UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
:
:
:
:
:
IN RE: KEURIG GREEN MOUNTAIN            :
SINGLE-SERVE COFFEE ANTITRUST           :     **ECF CASE**
LITIGATION                              :
:     Case No. 1:14-md-02542-VSB
:
:     [Rel. Case No. 1:14-cv-04242-VSB]
:
:
:
:
:
:
-------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE enter the appearance of Bernard J. Garbutt III, of the law firm Morgan,

Lewis & Bockius LLP, as counsel of record for Plaintiff, JBR, Inc. (D/B/A Rogers

Family Company), in the above-captioned consolidated action.

Dated: New York, New York
       June 16, 2014

                              **MORGAN, LEWIS & BOCKIUS LLP**

                              By: */s/ Bernard J. Garbutt III*
                                   Bernard J. Garbutt III (BG-1970)
                              101 Park Avenue
                              New York, New York 10178
                              Telephone:  (212) 309-6084
                              E-mail:  *bgarbutt@morganlewis.com*

                              *Attorneys for Plaintiff, JBR, Inc. (D/B/A Rogers*
                              *Family Company)*

DB2/ 25143828.2