

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

Linda P. Nussbaum
Director
Tel: 646-722-8504
lnussbaum@gelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2014
```

June 26, 2014

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/26/2014

VIA ECF
The Honorable Vernon S. Broderick
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,* Case No. 14-md-02542 (VSB): Appointment Liaison Counsel for Direct Purchaser Plaintiffs

Dear Judge Broderick:

On May 28, 2014, the Court ordered that "Motley Rice LLC, Robins, Kaplan, Miller & Ciresi L.L.P., and Grant & Eisenhofer P.A. are hereby appointed Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the proposed Direct Purchaser Plaintiff class under Rule 23(g)(3) of the Federal Rules of Civil Procedure." Order Appointing Interim Co-Lead Counsel, ECF 19, Case No. 14-cv-1609 (VSB) (May 28, 2014).

In the June 20, 2014, Minute Entry for the status conference held on June 19, 2014, the Court requested a "Letter from [ ]Direct Class Counsel regarding liaison counsel" to be submitted on June 26, 2014.

While all three firms that are Interim Co-Lead Counsel are eminently qualified to serve as Liaison Counsel, we respectfully request that Grant & Eisenhofer, P.A. be appointed to serve as Liaison Counsel for Direct Purchaser Plaintiffs. We annex for the Court's convenience the firm resume for each of Interim Co-Lead Counsel.

Respectfully Submitted,

| GRANT & EISENHOFER, P.A. | MOTLEY RICE LLC | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|---|---|---|
| /s/Linda P. Nussbaum | /s/Michael M. Buchman | /s/Kellie Lerner |
| Linda P. Nussbaum | Michael M. Buchman | Kellie Lerner |

enc.

