Case 1:14-md-02542-VSB   Document 51   Filed 07/09/14   Page 1 of 2

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Dan Johnson, Jr.**
Partner
415.442.1392
djj@morganlewis.com

July 9, 2014

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY  10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, MDL 2542 (S.D.N.Y.)

Dear Judge Broderick:

We respectfully request permission to file the attached reply to Keurig's opposition to Plaintiffs' motion for expedited discovery, which we felt was necessary to correct Keurig's misstatements concerning the relevant law and facts.

Sincerely,

By:   /s/ Daniel Johnson, Jr.
         Daniel Johnson, Jr. (admitted *pro hac vice*)

   MORGAN, LEWIS & BOCKIUS LLP
   One Market Spear Street Tower
   San Francisco, CA  94105-1126
   Tel:  415.442.1000
   Fax:  415.442.1001
   djjohnson@morganlewis.com

   *Attorney for JBR, Inc.* (d/b/a Rogers Family Company)

DB2/ 25203234.1

Almaty   Beijing   Boston   Brussels   Chicago   Dallas   Dubai*   Frankfurt   Harrisburg   Houston   Irvine   London   Los Angeles   Miami
Moscow   New York   Palo Alto   Paris   Philadelphia   Pittsburgh   Princeton   San Francisco   Tokyo   Washington   Wilmington
*In association with Mohammed Buhashem Advocates & Legal Consultants

**Morgan Lewis**
COUNSELORS AT LAW

Hon. Vernon S. Broderick
July 9, 2014
Page 2


By:   /s/  Aldo A. Badini

    WINSTON & STRAWN LLP

    Aldo A. Badini
    Susannah P. Torpey
    200 Park Avenue
    New York, New York 10166
    Tel:  212-294-6700
    Fax:  212-294-4700
    abadini@winston.com
    storpey@winston.com

    Dan K. Webb (admitted pro hac vice)
    35 West Wacker Drive
    Chicago, IL 60601
    Tel:  312.558.5600
    Fax:  312.558.5700
    dwebb@winston.com

    *Attorneys for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*


cc:  All Counsel of record

Attachments

DB2/ 25203234.1