# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Master Docket No. 1:14-md-02542-VSB<br>MDL No. 2542<br>Hon. Judge Vernon S. Broderick |
| THIS DOCUMENT RELATES TO:<br><br>Betty Ramey,<br><br>Plaintiff,<br><br>v.<br><br>Keurig Green Mountain, Inc. and Keurig, Inc.,<br><br>Defendants. | **MOTION FOR PRO HAC VICE**<br><br>Indiv. Case No. 14-cv-04071 |

Pursuant to the Local Rules of the United States courts for the Southern and Eastern Districts of New York, I Alyson L. Oliver, hereby move this Court for and Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Betty Ramey in the above-captioned action.

I am in good standing in the bar of the State of Michigan and there are no pending disciplinary proceedings against me in any state or referral court.

Dated: June 24, 2014

                                                /s/ Alyson L. Oliver_____
                                                Alyson L. Oliver (MI P55020)
                                                Oliver Law Group PC
                                                950 W. University Drive, Suite 200
                                                Rochester, MI  48307
                                                Telephone: 248-327-6556
                                                notifications@oliverlg.com
                                                *Counsel for Plaintiff Betty Ramey*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Alyson Louise Oliver*

was admitted to the practice of law in the courts of the State of Michigan on

*May 10, 1999*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: June 20, 2014

Clerk

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION** | Master Docket No. 1:14-md-02542-VSB<br>MDL No. 2542<br>Hon. Judge Vernon S. Broderick |
| THIS DOCUMENT RELATES TO:<br><br>Betty Ramey,<br><br>Plaintiff,<br><br>v.<br><br>Keurig Green Mountain, Inc. and Keurig, Inc.,<br><br>Defendants. | **[PROPOSED] ORDER ON MOTION FOR PRO HAC VICE**<br><br>Indiv. Case No. 14-cv-04071 |

The motion of Alyson L. Oliver, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Michigan; and that her contact information is as follows:

> Alyson L. Oliver
> Oliver Law Group PC
> 950 W. University Drive, Suite 200
> Rochester, MI 48307
> Telephone: 248-327-6556
> Facsimile: 248-436-3385

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Betty Ramey in the above entitled action;

**IT IS HEREBY ORDERED** that Application is admitted to practice Pro Hac Vice in the above referenced case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2014

                                          _____
                                          U.S. District Court Judge Vernon S. Broderick