```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
IN RE: KEURIG GREEN MOUNTAIN SINGLE-     :       14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST LITIGATION        :       14-MC-2542 (VSB)
                                                           :
                                                           :       [PROPOSED] ORDER
*This Order relates to All Actions*                :       SCHEDULING BRIEFING
                                                           :       ON MOTION TO DISMISS
                                                           :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

The following schedule shall govern briefing on, and pleadings in response to, Defendant's Motions to Dismiss:[1]

1. Defendant shall file its Motions to Dismiss on or before October 6, 2014.

2. On or before October 27, 2014, each Plaintiff shall inform Defendant whether that Plaintiff intends to file an amended complaint.

3. On or before November 25, 2014, each Plaintiff shall file (i) an amended complaint, or (ii) an opposition to Defendant's Motion to Dismiss (the "Oppositions").

4. Defendant shall file its reply to Plaintiffs' Oppositions, if any, on or before December 15, 2014.

5. Keurig may not use this extended briefing schedule as a basis to seek postponement of the September 3-5 hearing dates.

6. The parties will not use the amount of time of this agreed-upon extension as a basis to argue that discovery should or should not be had, as the case may be. No party waives any other rights that it might have.

SO ORDERED.
Dated: August 5, 2014
New York, New York

_____
Vernon S. Broderick
United States District Judge

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in this Court's prior orders entered in the above-captioned case.