```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:                                              :
                                                    :
KEURIG GREEN MOUNTAIN SINGLE-                       :         14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                              :         14-MC-2542 (VSB)
LITIGATION                                          :
                                                    :            ORDER No. 5
This Order relates to 14-CV-905 and                 :         (PI Hearing Submissions)
14-CV-4242                                          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2014

VERNON S. BRODERICK, United States District Judge:

In connection with the preliminary injunction hearing, by September 2, 2014 at 12:00 p.m., the parties shall exchange and submit the following:

- A list of all hearing witnesses and a brief summary of the substance of each witness's testimony;
- A list of exhibits to be offered by each party in its case in chief; and
- All documentary exhibits to be offered in evidence at the hearing.  All exhibits to be offered in evidence during the hearing must be pre-marked.

Since JBR's reply brief is not due until September 2, 2014, the parties shall submit courtesy copies of the preliminary injunction papers to the Court after the opposition is filed. The parties are directed to my Individual Rule 4.E regarding the submission of courtesy copies.

To the extent the parties intend to utilize the courtroom's electronics or other equipment during the hearing, they should contact my Deputy Clerk Mrs. Williams prior to or during the week of August 25, 2014.

Finally, in the future, the parties are not required to send the Court courtesy copies of letter motions or *pro hac vice* motions unless the Court requests otherwise.

SO ORDERED.

Dated: August 8, 2014
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge