UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  :
IN RE: KEURIG GREEN MOUNTAIN SINGLE : ECF Case
SERVE COFFEE ANTITRUST LITIGATION :
  : 1:14-md-2542-VSB-HBP
  :
  : MDL No. 2542
  :
-----------------------------------------------------------------X
  :
JBR, INC. (D/B/A ROGERS FAMILY COMPANY), :
  :
                    Plaintiff : 1:14-cv-04242-VSB-HBP
          v. :
  :
KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN :
MOUNTAIN COFFEE ROASTERS, INC. AND AS :
SUCCESSOR TO KEURIG, INC.), :
  :
                    Defendant. :
-----------------------------------------------------------------X

**DECLARATION OF ANDREW GROSS
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25249256.3

1

I, Andrew Gross, declare:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein. I submit this declaration in support of Plaintiff JBR, Inc.'s, d/b/a Rogers Family Company's ("Rogers") Motion for Preliminary Injunction.

2. I am currently the Science and Research Manager, also known as the Head of Research and Development, of Rogers and have served in this position since April 21, 2014.

3. From September 2011 through January 27, 2014, I was employed by Green Mountain Coffee Roasters, Inc. ("GMCR") in Waterbury, Vermont. At GMCR, I first served as a Process Development Technician, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In April 2013, I was transferred to lead the analytical chemistry laboratory in Research & Development.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25249256.3

1
2
3
4  7.  ███████████████
5
6
7  8.  ███████████████
8
9
10
11

12  I further represent under the penalty of perjury under the laws of the United States of
13  America that the foregoing is true and correct.

14
15  Dated: August 11, 2014   By _____
                                     Andrew Gross