UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
IN RE: KEURIG GREEN MOUNTAIN  : ECF Case
SINGLE SERVE COFFEE ANTITRUST :
LITIGATION : 1:14-md-2542-VSB-HBP
:
: MDL No. 2542
:
---------------------------------------------------------- X
:
JBR, Inc. (D/B/A ROGERS FAMILY :
COMPANY), : 1:14-cv-04242-VSB-HBP
:
Plaintiff, :
:
v. :
:
KEURIG GREEN MOUNTAIN, INC. :
(F/K/A GREEN MOUNTAIN COFFEE :
ROASTERS, INC. AND AS SUCCESSOR :
TO KEURIG, INC.), :
:
Defendant. :
:
---------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

I, Jacob J.O. Minne, hereby certify that on August 11, 2014, I caused to be served, by electronic mail, a copy of:

- DANIEL JOHNSON, JR'S LETTER TO COURT REGARDING REQUEST TO FILE UNDER SEAL;

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF JBR, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;

- DECLARATION OF ANDREW GROSS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;

- DECLARATION OF DANIEL JOHNSON, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND EXHIBITS;

- DECLARATION OF GORDON RAUSSER, PH.D. IN SUPPORT OF PLAINTIFF JBR INC.'S MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS;

- DECLARATION OF LARRY STEWART IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;

- DECLARATION OF MICHAEL SAMNA IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION;

- DECLARATION OF SANDEEP CHATTERJEE, PH.D., IN SUPPORT OF PLAINTIFF JBR INC.'S MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS; and

- DECLARATION OF WARREN YAMAUCHI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND EXHIBITS

on the parties listed in the Service List attached.

Dated:  Palo Alto, California

August 13, 2014

Respectfully submitted,

*s/Jacob J. O. Minne*
Jacob J. O. Minne
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:     (650) 843-4000
Fax:    (650) 843-4001
Email: jminne@morganlewis.com

**SERVICE LIST**

| | |
|---|---|
| Aldo A. Badini, Esq.<br>Susannah P. Torpey, Esq.<br>**Winston & Strawn LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel:    212.294.4601<br>Fax:   212.294.4700<br>Email: abadini@winston.com<br>            storpey@winston.com | Attorneys for Plaintiffs:<br>Treehouse Foods, Inc.<br>Bay Valley Foods, LLC<br>Sturm Foods, Inc. |
| Dan K. Webb, Esq.<br>James F. Herbison, Esq.<br>**Winston & Strawn LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel:    312.558.5856<br>Fax:   312.558.5700<br>Email: dwebb@ winston.com<br>            jherbison@winston.com | |
| Diana L. Hughes, Esq.<br>**Winston & Strawn LLP**<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Tel:    415.591.1000<br>Fax:   415.591.1400<br>Email: dhughes@winston.com | |
| Elizabeth Tran, Esq.<br>Steven N. Williams, Esq.<br>Joseph W. Cotchett, Esq.<br>**Cotchett, Pitre & McCarthy**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel:    650.697.6997<br>Fax:   650.697.0577<br>Email: etran@cpmlegal.com<br>            swilliams@cpmlegal.com<br>            jcotchett@cpmlegal.com | Attorneys for Plaintiff:<br>Richard Constantino |

| | |
|---|---|
| Donald A. Migliori, Esq.<br>**Motley Rice LLC**<br>321 South Main Street<br>Providence, RI 02903<br>Tel:   401.457.7700<br>Fax:   401.457.7708<br>Email: dmigliori@motleyrice.com | Attorneys for Plaintiff:<br>Judy Hoyer |
| Michael M. Buchman, Esq.<br>**Motley Rice LLC**<br>600 Third Avenue, 21st Floor<br>New York, NY 10016<br>Tel:   212.577.0050<br>Fax:   212.577.0054<br>Email: mbuchman@motleyrice.com | |
| William N. Narwold, Esq.<br>**Motley Rice LLC**<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Tel:   860.882.1676<br>Fax:   860.882.1682<br>Email: bnarwold@motleyrice.com | |
| John F. Garvish, II<br>**McKool Smith**<br>300 W. 6th Street, Suite 700<br>Austin, TX 78701<br>Tel:   512.692.8731<br>Fax:   512.692.8744<br>Email: jgarvish@mckoolsmith.com | |
| Lauren L. Fornarotto, Esq.<br>**McKool Smith**<br>One Bryant Park, 4th Floor<br>New York, NY 10036<br>Tel:   212.402.9400<br>Fax:   212.402.9444<br>Email: lfornarotto@mckoolsmith.com | |

| | |
|---|---|
| Lewis T. LeClair<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel:     214.978.4984<br>Fax:    214.978.4044<br>Email: lleclair@mckoolsmith.com | |
| Bernard Persky, Esq.<br>Hollis L. Salzman, Esq.<br>Kellie Lerner, Esq.<br>**Robins, Kaplan, Miller & Ciresi, LLP**<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>Tel:     212.980.7400<br>Fax:    212.980.7499<br>Email: bpersky@rkmc.com<br>            hsalzman@rkmc.com<br>            klerner@rkmc.com | Attorneys for Plaintiff:<br>Ney Silverman Insurance Associates, L.L.C. |
| K. Craig Wildfang, Esq.<br>Thomas J. Undlin, Esq.<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Tel:     612.349.8554<br>Fax:    612.339.4181<br>Email: kcwildfang@rkmc.com<br>            tjundlin@rkmc.com | |
| John D. Zaremba, Esq.<br>**Zaremba Brownell & Brown, PLLC**<br>40 Wall Street, 28th Floor<br>New York, NY 10005<br>Tel:     212.400.7223.<br>Fax:    212.400.7224<br>Email: jzaremba@zbblaw.com | |

| | |
|---|---|
| Linda P. Nussbaum, Esq.<br>Peter A. Barile, III<br>**Grant & Eisenhofer P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel:    646.722.8500<br>Fax:   646.722.8501<br>Email: lnussbaum@gelaw.com<br>           pbarile@gelaw.com | Attorneys for Plaintiffs:<br>Henry A. Rocker<br>David Rosenthal |
| Robert N. Kaplan, Esq.<br>Richard J. Kilsheimer, Esq.<br>Gregory K. Arenson, Esq.<br>Lauren I. Dubick, Esq.<br>**Kaplan, Fox & Kilsheimer LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel:    212.687.1980<br>Fax:   212.687.7714<br>Email: rkaplan@kaplanfox.com<br>           rkilsheimer@kaplanfox.com<br>           garenson@kaplanfox.com<br>           ldubick@kaplanfox.com | Attorneys for Plaintiffs:<br>William Daly<br>Michael J. Flanagan<br>Darlene M. Kennedy<br>John Lobin |
| Mario M. Choi, Esq.<br>**Kaplan, Fox & Kilsheimer LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel:    415.772.4700<br>Fax:   415.772.4707<br>Email: mchoi@kaplanfox.com | |
| Bethany L. Caracuzzo, Esq.<br>Shiho Yamamoto, Esq.<br>**Pritzker Law**<br>633 Battery Street, Suite 110<br>San Francisco, CA 94111<br>Tel:    415.692.0772<br>Fax:   415.366.6110<br>Email: bc@pritzker-law.com<br>           sy@pritzker-law.com | |

| | |
|---|---|
| Elizabeth C. Pritzker, Esq.<br>**Girard Gibbs LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel:     415.981.4800<br>Fax:     415.951.4846<br>Email: ecp@pritzker-law.com | |
| John A. Kehoe, Esq.<br>**Girard Gibbs LLP**<br>711 Third Avenue, 20th Floor<br>New York, NY 10017<br>Tel:     212.867.1721<br>Fax:     212.867.1767<br>Email: jak@girardgibbs.com | Attorneys for Plaintiff:<br>Todd W. Springer |
| Adam G. Kurtz, Esq.<br>**Pomerantz LLP**<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel:     212.661.1100<br>Fax:     212.661.8665<br>Email: agkurtz@pomlaw.com | Attorneys for Plaintiff:<br>Jeffrey Rosen |
| Jayne A. Goldstein, Esq.<br>**Mager & Goldstein, LLP**<br>1818 Market Street, Suite 3710<br>Philadelphia, PA 19103<br>Tel:     215.640.3280<br>Fax:     215.640.3281<br>Email: jagoldstein@pomlaw.com | |
| Mark Goldstein, Esq.<br>**Pomerantz LLP**<br>10 S. Lasalle Street, Suite 3505<br>Chicago, IL 60654<br>Tel:     312.337.1181<br>Email: mbgoldstein@pomlaw.com | |

| | |
|---|---|
| Heidi M. Silton, Esq.<br>Karen H. Riebel, Esq.<br>Richard A. Lockridge, Esq.<br>Robert K. Shelquist, Esq.<br>W. Joseph Bruckner, Esq.<br>**Lockridge, Grindal, Nauen, P.L.L.P.**<br>100 Washington Avenue, South<br>Suite 2200<br>Minneapolis, MN 54401-2179<br>Tel:     612.596.4092<br>Fax:    612.339.0981<br>Email: hmsilton@locklaw.com<br>            hriebel@locklaw.com<br>            alockridge@locklaw.com<br>            rkshelquist@locklaw.com<br>            wjbruckner@locklaw.com | Attorneys for Plaintiffs:<br>Cusimano Carstar Collison Inc.<br>John R. Cusimano |
| Max R. Schwartz, Esq.<br>**Scott and Scott LLP**<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174<br>Tel:     212.223.6444<br>Fax:    212.223.6334<br>Email: mschwartz@scott-scott.com | |
| Bruce L. Simon, Esq.<br>Robert G. Retana, Esq.<br>**Pearson Simon Washaw & Penny, LLP**<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Tel:     415.433.9000<br>Fax:    415.433.9008<br>Email: bsimon@pswlaw.com<br>            rretana@pswlaw.com | Attorneys for Plaintiffs:<br>Yelda Mesbah Bartlett<br>Lavinia Simona Biasell<br>Holly Ann Buss<br>Teena Marie Johnson<br>Lori Jo Kirkhart<br>Tracy Elizabeth Moreno<br>David Wayne Nation<br>Gregory Rose<br>Lauren Jill Schneider<br>Rhett Montgomery Tanselle |

| | |
|---|---|
| John F. McLean, Esq.<br>Patrick M. Ryan, Esq.<br>Robert H. Bunzel, Esq.<br>William I. Edlund, Esq.<br>**Bartko, Zankel, Bunzel & Miller**<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Tel:     415.956.1900<br>Fax:    415.956.1152<br>Email: jmclean@bzbm.com<br>            pryan@bzbm.com<br>            rbunzel@bzbm.com<br>            bedlund@bzbm.com | |
| Steven A. Hart, Esq.<br>**Segal McCambridge Singer & Mahoney, Ltd.**<br>Sears Tower<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606<br>Tel:     615.741.3697<br>Fax:    615.532.2765<br>Email: shart@smsm.com | |
| Daniel D. Owen, Esq.<br>Guillermo G. Zorogastua, Esq.<br>**Polsinelli PC**<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Tel:     816.395.0671<br>Fax:    816.753.1536<br>Email: dowen@polsinelli.com<br>            gzorogastua@polsinelli.com | |

| | |
|---|---|
| Alexandra S. Bernay, Esq.<br>Bonny E. Sweeney, Esq.<br>Carmen A. Medici, Esq.<br>Patrick J. Coughlin, Esq.<br>**Robbins Geller Rudman & Dowd LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel:   619.231.1058<br>Fax:   619.231.7428<br>Email: xanb@rgrdlaw.com<br>          bonnys@rgrdlaw.com<br>          cmedici@rgrdlaw.com<br>          atc@rgrdlaw.com | Attorneys for Plaintiff:<br>Ken Overton |
| David A. Rosenfeld, Esq.<br>Samuel H. Rudman, Esq.<br>**Robbins Geller Rudman & Dowd LLP**<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Tel:   631.367.7100<br>Fax:   631.367.1173<br>Email: drosenfeld@rgrdlaw.com<br>          rudman@rgrdlaw.com | |
| Archana Tamoshunas, Esq.<br>Kevin S. Landau, Esq.<br>Miles Greaves, Esq.<br>**Taus, Cebulash & Landau**<br>80 Maiden Lane<br>New York, NY 10038<br>Tel:   646.873.7651<br>Fax:   212.931.0703<br>Email: atamoshunas@tcllaw.com<br>          klandau@tcllaw.com<br>          mgreaves@tcllaw.com | Attorneys for Plaintiff:<br>Matthew Hashem |
| Arthur N. Bailey, Esq.<br>**Arthur N. Bailey & Associates**<br>111 West Second Street<br>Jamestown, NY 14701<br>Tel:   716.664.2967<br>Fax:   716.664.2983<br>Email | |

| | |
|---|---|
| Daniel E. Gustafson, Esq.<br>**Gustafson Gluek PLLC**<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel:    612.333.8844<br>Fax:   612.339.6622<br>Email: dgustafson@gustafsongluek.com | |
| Fei-Lu Qian, Esq.<br>Lester L. Levy, Esq.<br>Patricia I. Avery, Esq.<br>**Wolf Popper LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Tel:    212.759.4600<br>Fax:   212.486.2093<br>Email: fqian@wolfpopper.com<br>           llevy@wolfpopper.com<br>           pavery@wolfpopper.com | Attorneys for Plaintiff:<br>James G. Long |
| Curtis V. Trinko, Esq.<br>Jennifer E. Traystman, Esq.<br>**Law Offices of Curtis V. Trinko, LLP**<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036<br>Tel:    212.490.9550<br>Fax:   212.986.0158<br>Email: ctrinko@gmail.com<br>           jtraystman@trinko.com | Attorneys for Plaintiff:<br>Kenneth B. Burkley |
| Craig L. Briskin, Esq.<br>**Mehri & Skalet, PLLC**<br>1250 Connecticut Avenue, N.W.<br>Suite 300<br>Washington, DC 20036<br>Tel:    202.822.5100<br>Fax:   202.822.4997<br>Email: cbriskin@findjustice.com | Attorneys for Plaintiff:<br>Timothy Quackenbush |
| Alyson L. Oliver<br>950 W. University Drive, Suite 200<br>Rochester, MI 48307<br>Tel:    248.327.6556<br>Fax:   248.436.3385<br>Email: notifications@oliverlg.com | Attorneys for Plaintiff:<br>Toni Williams |

| | |
|---|---|
| Glen DeValerio, Esq.<br>**Berman DeValerio**<br>One Liberty Square<br>Boston, MA 02109<br>Tel:    617.542.8300<br>Fax:    617.542.1194<br>Email: gdevalerio@bermandevalerio.com | Attorneys for Plaintiff:<br>Sally Rizzo |
| Jeffrey S. Goddess, Esq.<br>Jessica Zeldin, Esq.<br>Peter B. deLeeuw, Esq.<br>**Rosenthal, Monhait & Goddess, P.A.**<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>919 Market Street<br>Wilmington, DE 19899-1070<br>Tel:    302.656.4433<br>Email: jgoddess@rmgglaw.com<br>           jzeldin@rmgglaw.com<br>           bdeleeuw@rmgglaw.com | Attorneys for Plaintiff:<br>Linda Major |
| Frederick T. Isquith, Esq.<br>Thomas H. Burt, Esq.<br>**Wolf Haldenstein Adler Freeman and Herz LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel:    212.545.4600<br>Email: isquith@whafh.com<br>           burt@whafh.com | Attorneys for Plaintiffs:<br>Lorie Rehma<br>Jonna Dugan<br>Patricia J. Nelson<br>Mary Hudson<br>Patricia Hall<br>Brier Miller Mino<br>Amy Gray<br>Armando Herrera<br>Shirley Schroeder<br>Constance Werthe |
| Rachele R. Rickert, Esq.<br>Betsy C. Manifold, Esq.<br>Francis M. Gregorek, Esq.<br>Marissa C. Livesay, Esq.<br>**Wolf Haldenstein Adler Freeman and Herz LLP**<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Tel:    619.239.4599<br>Fax:    619.234.4599<br>Email: rickert@whafh.com<br>           manifold@whafh.com<br>           gregorek@whafh.com<br>           livesay@whafh.com | |

-10-

| | |
|---|---|
| Geoffrey G. Grivner, Esq.<br>**Buchanan Ingersoll & Rooney P.C.**<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Tel:     302.552.4207<br>Fax:    302.552.4295<br>Email: geoffrey.grivner@bipc.com | Attorneys for Defendants:<br>Green Mountain Coffee Roasters, Inc.<br>Keurig, Incorporated<br>Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., as as successor to Keurig Incorporated |
| Landon Y. Jones, Esq.<br>**Buchanan Ingersoll & Ingersoll P.C.**<br>50 South 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>Tel:    215.665.3929<br>Fax:   215.665.8760<br>Email: landon.jones@bipc.com | |
| Wendelynne J. Newton, Esq.<br>**Buchanan Ingersoll & Rooney P.C.**<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219<br>Tel:     412.562.8932<br>Fax:    412.562.1041<br>Email: wendelynne.newton@bipc.com | |
| George S. Cary, Esq.<br>Leah Brannon, Esq.<br>Elaine H. Ewing, Esq.<br>**Cleary Gottlieb Steen & Hamilton LLP**<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel:    202.974.1920<br>Fax:   202.974.1999<br>Email: gcary@cgsh.com<br>           lbrannon@cgsh.com<br>           eewing@cgsh.com | |
| Lev L. Dassin, Esq.<br>Danielle P. Mindlin, Esq.<br>**Cleary Gottlieb Steen & Hamilton LLP**<br>One Liberty Plaza<br>New York, NY 10006<br>Tel:    212.225.2790<br>Fax:   212.225.3999<br>Email: ldassin@cgsh.com<br>           dmindlin@cgsh.com | |

| | |
|---|---|
| Courtney J. Linn, Esq.<br>**Orrick, Herrington & Sutcliffe LLP**<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Tel:     916.329.4946<br>Fax:    916.329.4900<br>Email: clinn@orrick.com | - |
| Daniel L. Warshaw, Esq.<br>**Pearson, Simon, Warshaw & Penny LLP**<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA 91403<br>Tel:     818.788.8300<br>Fax:    818.788.8104<br>Email: dwarshaw@pswplaw.com | Attorneys for ADR Provider:<br>All Indirect Purchaser Plaintiffs |
| Frederick T. Isquith, Esq.<br>**Wolf Haldenstein Adler Freeman and Herz LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel:     212.545.4600<br>Email: isquith@whafh.com | |