USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                              :
                                                                          :
KEURIG GREEN MOUNTAIN SINGLE-              :        14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                             :        14-MC-2542 (VSB)
LITIGATION                                                     :
                                                                          :              ORDER No. 6
*This Order relates to 14-CV-4242*                  :      (Ruling on Disputed Documents)
-----------------------------------------------------------  :
                                                                         X

VERNON S. BRODERICK, United States District Judge:

       The Court is in receipt of JBR's letter dated August 12, 2014, a redacted version of which JBR shall file on ECF. After reviewing the documents, I have determined that none of the documents are specifically called for by the document requests or directly relevant to the deposition topics delineated in my July 23, 2014 Order. (No. 14-MD-2542, Doc. 20.) Thus, these documents may not be used to question witnesses at any remaining Rule 30(b)(6) depositions. However, to the extent JBR believes these documents are relevant for impeachment purposes, they may be used during cross-examination at the preliminary injunction hearing and may be submitted in support of JBR's reply brief.

SO ORDERED.

Dated:    August 14, 2014
             New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

1