```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:                                           :
                                                 :
KEURIG GREEN MOUNTAIN SINGLE-                    :     14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                           :     14-MC-2542 (VSB)
LITIGATION                                       :
                                                 :              ORDER
This Order relates to 14-CV-4242                 :
------------------------------------------------------------ X
```

**VERNON S. BRODERICK, United States District Judge:**

  The Court is in receipt of JBR's letter dated August 15, 2014, and Defendant's letter, dated August 18, 2014, redacted versions of which shall be filed on ECF along with the attachments to those letters, some of which will be filed under seal. The parties shall be available for a telephone conference tomorrow, August 19, 2014, at 11:00 a.m. Counsel for Defendant shall provide the Court with a dial-in number where all parties can be reached by today at 5:00 p.m.

SO ORDERED.

Dated: August 18, 2014
    New York, New York

                   *[signature]*
                   Vernon S. Broderick
                   United States District Judge