Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Daniel Johnson Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com

August 25, 2014

<u>VIA ECF</u>

Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*
     No. 1:14-md-02542-VSB (S.D.N.Y.)

Dear Judge Broderick:

Plaintiff JBR, Inc. (d/b/a Rogers Family Company) ("Rogers") respectfully requests that the Court sign the attached form Order granting Rogers' counsel permission to bring certain electronic devices into the courthouse for the Preliminary Injunction Hearing.

Sincerely,

By:  s/ Daniel Johnson, Jr.
     Daniel Johnson, Jr. (admitted *pro hac vice*)

    MORGAN, LEWIS & BOCKIUS LLP
    One Market Spear Street Tower
    San Francisco, CA 94105-1126
    Tel: 415.442.1000
    Fax: 415.442.1001
    djjohnson@morganlewis.com

    *Attorney for JBR, Inc.* (d/b/a Rogers Family Company)

cc: All Counsel of record

Almaty  Beijing  Boston  Brussels  Chicago  Dallas  Dubai*  Frankfurt  Harrisburg  Houston  Irvine  London  Los Angeles  Miami
Moscow  New York  Palo Alto  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Tokyo  Washington  Wilmington
DB2/ 25285306.1
*In association with Mohammed Buhashem Advocates & Legal Consultants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation , No. 14-MD-2542 .

The date(s) for which such authorization is provided is (are) September 3 - 5, 2014 .

| Attorney | Device(s) |
|---|---|
| 1. PLEASE SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014

In re:  Keurig Green Mountain Single-Serve Coffee Antitrust Litigation

No. 14-MD-2542

| Attorney | Device(s) |
|---|---|
| Daniel Johnson, Jr. | (1) smartphone; (2) laptops; (1) set of speakers; (1) small presentation table; (1) 4-way switch; and up to (3) Keurig brewers |
| Kent M. Roger | (1) smartphone |
| Dion M. Bregman | (1) smartphone |
| Herman J. Hoying | (1) smartphone |