Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Daniel Johnson Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com

August 26, 2014

<u>**VIA ECF**</u>

Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*
 No. 1:14-md-02542-VSB (S.D.N.Y.)

Dear Judge Broderick:

Plaintiff JBR, Inc. (d/b/a Rogers Family Company) ("Rogers") respectfully requests that the Court sign the attached form Order granting Rogers' counsel permission to bring certain electronic devices into the courthouse for the Preliminary Injunction Hearing.

Sincerely,

By: s/ Daniel Johnson, Jr.
 Daniel Johnson, Jr. (admitted *pro hac vice*)

 MORGAN, LEWIS & BOCKIUS LLP
 One Market Spear Street Tower
 San Francisco, CA 94105-1126
 Tel: 415.442.1000
 Fax: 415.442.1001
 djjohnson@morganlewis.com

 *Attorney for JBR, Inc.* (d/b/a Rogers Family Company)

cc: All Counsel of record

DB2/ 25285306.1

Almaty   Beijing   Boston   Brussels   Chicago   Dallas   Dubai*   Frankfurt   Harrisburg   Houston   Irvine   London   Los Angeles   Miami
Moscow   New York   Palo Alto   Paris   Philadelphia   Pittsburgh   Princeton   San Francisco   Tokyo   Washington   Wilmington
*In association with Mohammed Buhashem Advocates & Legal Consultants