UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation _____, No. 14-MD-2542.

The date(s) for which such authorization is provided is (are) September 2 - 5, 2014_____.

| Attorney | Device(s) |
|---|---|
| 1. PLEASE SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

                                          _____
                                                  United States Judge

Revised: February 26, 2014

2

In re:  Keurig Green Mountain Single-Serve Coffee Antitrust Litigation

No. 14-MD-2542

| **Attorney** | **Device(s)** |
| --- | --- |
| Daniel Johnson, Jr. | (1) smartphone; (2) laptops; (1) set of speakers; (1) small presentation table; (1) 4-way switch; and up to (3) Keurig brewers |
| Kent M. Roger | (1) smartphone; (1) BlackBerry; (1) laptop |
| Dion M. Bregman | (1) smartphone; (1) laptop |
| Herman J. Hoying | (1) smartphone; (1) laptop |
| Stephen Gillen | (1) smartphone |