**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

MARK LEDDY
GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
KATHERINE MOONEY CARROLL
PAUL R. ST. LAWRENCE
  RESIDENT PARTNERS

KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DeC. HINDS
SARA D. SCHOTLAND
WILLIAM B. McGURN III
JOHN S. MAGNEY
JANET L. WELLER
LINDA J. SOLDO
JOHN T. BYAM
  SENIOR COUNSEL

W. RICHARD BIDSTRUP
STEVEN J. KAISER
JOYCE E. McCARTY
KATHLEEN W. BRADISH
  COUNSEL

KAREN A. KERR
JOHN P. McGILL, JR.
THOMAS L. HALL
LARRY WORK-DEMBOWSKI
  SENIOR ATTORNEYS

NOWELL BAMBERGER
STEPHEN BOWNE
JACOB M. CHACHKIN
ETHAN CRAIG
SARAH CRANDALL
DANIEL CULLEY
MATTHEW A. DAIGLER
LISA M. DANZIG*
RYAN M. DAVIS
JOANNA MARIA EL KHOURY*
ELAINE EWING
ERIN FRAKE*
PATRICK FULLER
SAURAV GHOSH
MELISSA L. GOHLKE*
JEFFREY AARON HALL
CARRIE ELIZABETH HANSON*
JAMES HUNSBERGER*
MEGHAN A. IRMLER
BRADLEY JUSTUS
ANNA KARASS*
THOMAS KELLY
ZUZANNA KNYPINSKI
ALBERT LAI
ALEXIS R.B. LAZDA*
CHINYELU K. LEE*
MEREDITH LEIGH MANN*
BENJAMIN A. LEVIN
KATHERINE LEVINE

MACEY LEVINGTON
JENNIFER X. LUO*
CARL L. MALM
MATTHEW A. McGUIRE
ROBERT A. McNAMEE*
BENJAMIN MEEKS
DAN MIFFLIN
KARI E. MILLIGAN
MORGAN L. MULVENON
CHRISTINE MUNDIA
NICHOLAS A. ORTIZ
ANTONIO M. POZOS
KENNETH S. REINKER
HAKEEM RIZK*
GREGORY T.W. ROSENBERG*
AARON S. ROSS*
ALYSSA C. SCRUGGS*
OMAR SERAGELDIN
SAIF SHAH MOHAMMED
LAUREN E. SNYDER*
CAROLINE STANTON
CHARLES STERLING
TANYA TAUBMAN
TARA LYNN TAVERNIA
TEALE TOWEILL
ASHLEY WALKER
ERIK WITTMAN
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: +1 (202) 974-1920
E-Mail: gcary@cgsh.com

August 27, 2014

BY ECF

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
             Keurig's Use of Electronic Devices at Preliminary Injunction Hearing

Dear Judge Broderick:

        Pursuant to Standing Order M10-468, Your Honor's Individual Rule 8(B), and Order No. 5 in this case, I write on behalf of defendant Keurig Green Mountain, Inc. ("Keurig") to request the Court's permission to bring certain electronic devices to the courthouse for use in the preliminary injunction hearing scheduled for September 3-5, 2014. Attached as Exhibit A is a proposed order, which identifies the requested equipment and the attorneys who would be using it. As discussed with Your Honor's Deputy Clerk and the Court's AV department, Keurig is requesting permission to set up the equipment on September 2, the day before the hearing.

                             Respectfully submitted,

                             /s/ George S. Cary

                             George S. Cary

cc: (via ECF) counsel of record