WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

MICHAEL LISKOW
DIRECT DIAL: 212-545-4600
FACSIMILE: 212-545-4677
liskow@whafh.com

August 28, 2014

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York New York 10007

   Re: In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig., MDL
     No. 2542

Dear Judge Broderick,

  Counsel for the Indirect Purchaser Plaintiffs in the abovementioned litigation respectfully requests that the Court sign the attached form Order granting permission for counsel to bring a limited number of electronic devices into the courthouse for the Preliminary Injunction Hearing.

              Respectfully submitted,

              Michael Liskow

cc: All Counsel of record

Attachment

760997