UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

——————————————————————————— x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-14
```

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation
_____, No. 14-MD-2542.

The date(s) for which such authorization is provided is (are) September 2 - 5, 2014.

| Attorney | Device(s) |
|---|---|
| 1. PLEASE SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 8/28/14

*/s/ Vernon Broderick*

United States Judge

Revised: February 26, 2014

**In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation**

No. 14-MD-2542

| Attorney | Device(s) |
|---|---|
| Aldo A. Badini | (1) Smartphone |
| Susannah P. Torpey | (1) BlackBerry |
| Thomas E. O'Neill | (1) Smartphone; and (2) iPad |

