# Exhibit 2
**Information on Single Serve Systems**

| System Name | Manufacturer | AH/AFH | Brewer Cost | Portion Pack Name | Portion Pack Price |
|---|---|---|---|---|---|
| 1.0 | Keurig[1] | AH/AFH | At Home: $99.99-$119.99<br>Away-From-Home: $129.95-$249.95 | K Cup | 60-90 cents |
| 2.0 | Keurig[1] | AH | $149.99-199.99 | K Cup, Vue, K Carafe | K Cup 60-90 cents<br>Vue 69-100 cents<br>K Carafe 162-175 cents |
| Tassimo | Bosch[2] | AH | $99.99-169.99 | T-disc | 50-150 cents |
| Nespresso VertuoLine | Nestle[3] | AH | $299<br>$349 for Bundle with Aeroccino frother | Capsule | 95 cents<br>(75 cents for espresso) |
| Flavia | Mars[4] | AH/AFH | $229 (Creation 150), $450 (Creation 200), and distributor pricing for the largest model (Creation 400) | Fresh Pack | 51-108 cents |
| Verismo | Starbucks[5] | AH | $119-$149 | Pod | 79-162 cents |

*Sources* :
[1] http://www.keurig.com/shop/brewers/single-cup-coffee-makers (1.0), and http://www.keurig.com/shop/keurig2-0-brewers/keurig2-0-all-brewers (2.0), and http://www.keurig.com/shop/vue-packs/v-pack-all-varieties last visited 8/28/14.
[2] http://www.tassimodirect.com/Brewers/brewers,default,sc.html, and http://www.tassimodirect.com/Beverages/beverages,default,sc.html, last visited 8/27/14.
[3] http://www.nespresso.com/us/en/pages/vertuo-machine, and http://www.nespresso.com/us/en/pages/vertuo-coffee?active_anchor=coffee-block, last visited 8/27/14.
[4] http://us.myflavia.com/family/index.jsp?categoryId=3414902, and http://us.myflavia.com/category/index.jsp?categoryId=3414903, last visited 8/27/14.
[5] http://store.starbucks.com/verismo/equipment-verismo-machines,default,sc.html, last visited 8/27/14.