# Exhibit 3

## Information on Selected Non-Keurig Version 1.0 Compatible Brewers

| System Name | Manufacturer | Licensed | AH/AFH | Brewer Cost | Release Date |
|---|---|---|---|---|---|
| SS-700 | Cuisinart | Yes | AH | $199.00 | May-10 |
| DCC-3000 | Cuisinart | Yes | AH | $99.99 | N/A |
| Mr. Coffee KG2-001 | Jarden Consumer Solutions | Yes | AH | $89.99 | Jun-11 |
| Breville BKC700XL | Breville | No | AH | $250.00 | Dec-09 |
| My Cafe MCU | Bunn | No | AH | $169.00 | Nov-12 |
| Model 49983 | Hamilton Beach | No | AH | $99.99 | Aug-13 |
| iCup | Remington | No | AH | TBA | TBA |

*Note:*
[1] The above is not an exhaustive list of all available models.

*Sources:*
[1] http://www.bootic.com/breville/home-and-garden/kitchen-and-dining/kitchen-appliances/coffee-makers-and-espresso-machines/breville-bkc700xl, last visited 8/27/14.
[2] http://www.bootic.com/cuisinart/home-and-garden/kitchen-and-dining/kitchen-appliances/coffee-makers-and-espresso-machines/cuisinart-ss-700, last visited 8/27/14.
[3] http://www.bestbuy.com/site/cuisinart-coffee-on-demand-12-cup-programmable-coffeemaker-silver/3673067.p?id=1218425885137&skuId=3673067, last visited 8/27/14.
[4] http://www.buystuff.co/upc-0072179231714/, last visited 8/27/14.
[5] http://www.cnet.com/products/bunn-mycafe-mcu/, last visited 8/27/14.
[6] http://www.bunnathome.com/sites/bunnathome.com/files/useruploads/MyCafe_MCU_Press_Release.pdf, last visited 8/27/14.
[7] http://www.cnet.com/news/a-coffeemaker-for-every-day-of-the-week/, last visited 8/27/14.
[8] http://www.foodbev.com/news/remington-icup-coffee-brewing-system#.U_ztWGP5czQ, last visited 8/27/14.