# Exhibit 4

## Coffee Consumers' Preparation Methods
## 2010-2014



*Note:* Survey respondents were asked "Thinking of the [COFFEE/COFFEE BEVERAGE] you had yesterday [TIME OF DAY], how was the [COFFEE/COFFEE BEVERAGE] prepared?" The "Other" category includes espresso machine, percolator, french press, moka stove top, coffee strainer and pour over preparations.
*Source:* "National Coffee Drinking Trends," The NCA Market Research Series, 2014.