## Exhibit 5A

### Yearly Difference Between Drip Coffee and K-Cup Price

| | Coffee Price ($/Eq. Serving) | | | Difference (K-Cup - Drip) ($/Eq. Serving) | |
|---|---|---|---|---|---|
| | | K-Cup | | K-Cup and Drip | |
| Year | Drip | All Licensed K-Cups | Licensed K-Cups Sold All 6 Periods | All Licensed K-Cups | Licensed K-Cups Sold All 6 Periods |
| 2009 | 0.147 | 0.518 | 0.518 | 0.371 | 0.371 |
| 2010 | 0.152 | 0.524 | 0.524 | 0.372 | 0.372 |
| 2011 | 0.181 | 0.596 | 0.589 | 0.415 | 0.409 |
| 2012 | 0.185 | 0.625 | 0.597 | 0.440 | 0.412 |
| 2013 | 0.174 | 0.613 | 0.584 | 0.439 | 0.411 |
| 2014* | 0.168 | 0.591 | 0.563 | 0.423 | 0.395 |

*Note*: 2014 is 52-weeks through July 13, 2014.

*Source* : Nielsen Retail Sales Data.

## Exhibit 5B

### Difference Between Drip Coffee and K-Cup Price
### Pre and Post Entry of Unlicensed Packs
2009 to 2011 *vs.* 2012 to 2014



*Note: 2014 is 52-weeks through July 13, 2014.
*Source*: Nielsen Retail Sales Data.