# Exhibit 7

**Unlicensed 1.0 Compatible Pack Average Prices for 12 Month Period Ending 7-13-14**

| Product Name | Price |
| --- | --- |
| BARNIES COFFEE KITCHEN[1] | $0.62 |
| BARNIES COFFEE KITCHEN[1] | $0.63 |
| BARRIE HOUSE | $0.43 |
| BERRES BROTHERS | $0.68 |
| BIG Y | $0.68 |
| BIGGBY | $0.73 |
| BOYDS COFFEE | $0.68 |
| BOYERS COFFEE | $0.42 |
| BROOKLYN BEAN ROASTERY | $0.59 |
| BROWN GOLD | $0.47 |
| CACAFE | $0.28 |
| CAFE BUSTELO[1] | $0.73 |
| CAFE BUSTELO[1] | $0.58 |
| CAMERONS | $0.48 |
| CHOCK FULL O NUTS | $0.55 |
| CITY KID JAVA | $0.49 |
| CLUB COFFEE | $0.51 |
| COFFEE BEANERY | $0.83 |
| COFFEE ROASTERS | $0.47 |
| COMMUNITY | $0.58 |
| COPPER MOON | $0.50 |
| DON FRANCISCOS FAMILY RESERVE | $0.56 |
| DOOR COUNTY | $0.75 |
| ENTENMANNS | $0.58 |
| FRENCH MARKET | $0.57 |
| GEVALIA[1] | $0.67 |
| GEVALIA[1] | $0.61 |
| HAWAIIAN ISLES | $0.94 |
| HILLS BROS | $0.56 |
| KAUAI COFFEE | $0.58 |
| LION | $0.85 |
| MARLEY COFFEE | $0.69 |
| MAXWELL HOUSE | $0.53 |
| MAYORGA | $0.55 |
| MCCAFE | $0.61 |
| MELITTA | $0.60 |
| NASH BROTHERS | $0.54 |
| NEW ENGLAND[1] | $0.55 |
| NEW ENGLAND[1] | $0.49 |
| PANERA BREAD | $0.65 |
| PAPANICHOLAS | $0.54 |
| PJS | $0.71 |
| PRIVATE LABEL | $0.48 |
| PUROAST | $0.57 |
| RED DIAMOND | $0.58 |
| REGENCY | $0.46 |
| RIO GRANDE ROASTERS | $0.32 |
| THE ORGANIC COFFEE CO | $0.55 |
| TIM HORTONS | $0.68 |
| VICTOR ALLENS | $0.35 |
| WHITE CASTLE | $0.73 |
| WHITE COFFEE | $0.69 |
| YUBAN GOLD | $0.56 |

*Note:*
[1] These brands have two separate price entries within the data.

*Source:* Nielsen Retail Sales Data.