**Exhibit 2**

**Testimony in Prior Four Years**

| | |
|---|---|
| 2012: | Report on behalf of Micron Technology, Inc. and Micron Semiconductor Products, Inc. against Oracle America, Inc., in Civil Action 10-cv-04340 in the U.S. Northern District of California, Oakland Division. |
| 2013: | Rebuttal report on behalf of Brookfield Asset Management Et Ano. v. AIG Financial Products Corp. Et Ano., in Civil Action 09-CV-8285 in the U.S. Southern District Court of New York. |
| 2013: | Report and testimony In re: Residential Capital, LLC et al., Debtors, United States Bankruptcy Court Southern District of New York, Case No. 12-12020 (MG) |
| 2013: | Declaration on behalf of The Blackstone Group L.P. et al., Defendants, United States District Court Southern District of New York, Civil Action No. 08-CV-03601-HB |
| 2013-2014: | Report, Rebuttal report, and deposition testimony on behalf of Deutsche Bank National Trust Company, as Trustee for the Trustees, Plaintiff, United States District Court for the District of Columbia, Case No. 09-CV-1656- RMC |
| 2014: | Report, Rebuttal report, and deposition testimony on behalf of Starr International Company, Inc., Plaintiff, in The United States Court of Federal Claims, No. 11-CV-00779 (TCW). |