**Exhibit 3**

**Materials Relied Upon**

<u>Discovery record</u>

1. JBRI00000033
2. JBRI00000034
3. JBRI00000036
4. JBRI00000038
5. JBRI00000040
6. JBRI00000074
7. JBRI00000075
8. JBRI00000109
9. JBRI00000110
10. JBRI00000142
11. JBRI00000143
12. JBRI00000145
13. JBRI00000147-180
14. JBRI00000182
15. JBRI00000184
16. JBRI00000185
17. JBR, Inc. Consolidated Financial Statements as of and for the Year Ended March 31, 2010.
18. JBR, Inc. Consolidated Financial Statements as of and for the Year Ended March 31, 2011.
19. JBR, Inc. Consolidated Financial Statements as of and for the Year Ended March 31, 2012.
20. JBR, Inc. Consolidated Financial Statements as of and for the Year Ended March 31, 2013.

21. JBR, Inc. Consolidated Financial Statements as of and for the Year Ended March 31, 2014.

22. Keurig Green Mountain, ELT Review, 2.0 Launch, Aug. 18, 2014.

23. Keurig 2 0 Shipments.xlsx

Declarations and depositions

24. Declaration of Michael Sarina, August 11, 2014 ("Sarina Declaration")

25. Declaration of Gordon Rausser, PhD., August 11, 2014 ("Rausser Declaration")

26. Declaration of Kevin M. Murphy, August 29, 2014 ("Murphy Declaration")

27. Deposition of David Manly, August 22, 2014

28. Deposition of Michael Sarina, August 26, 2014

29. Deposition of Kevin Sullivan, August 7, 2014.

Others

30. Notice of Motion and Motion for Preliminary Injunction, JBR, Inc. v. Keurig Green Mountain, Inc., No. 2:14-cv-KJM-CKD (E.D.Cal. April 16, 2014), ECF No. 19.

31. TreeHouse Foods, Inc. et al. v. Green Mountain Coffee Roasters, et al., No. 14 Civ. 905, Cplt.

32. Dichev, I. and D. Skinner, 2002. "Large-sample evidence on the debt covenant hypothesis," *Journal of Accounting Research*, vol. 40, no. 4.

33. Fabozzi, Frank J., and Pamela P. Drake. *Finance: Capital Markets, Financial Management, and Investment Management: Capital Markets, Financial Management, and Investment Management*. Vol. 178. p. 82 : John Wiley & Sons, 2009. Print. Frank J. Fabozzi Ser.

34. San Francisco Bay OneCup™': The Best Value On The Single Serve Coffee Market With The Rich, Full-Bodied Taste You Look For," PRNewswire, October 24, 2011.