Exhibit 7

Highly Confidential

Filed Under Seal