Exhibit 8

Highly Confidential

Filed Under Seal