USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE:                                                  :
                                                        :    14-MD-2542 (VSB)
KEURIG GREEN MOUNTAIN SINGLE-                           :    14-MC-2542 (VSB)
SERVE COFFEE ANTITRUST                                  :
LITIGATION                                              :    **ORDER**
                                                        :
*This order relates to 14-CV-4242*                      :
                                                        :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On August 11, 2014, Plaintiff JBR, Inc. ("JBR") filed a motion for a preliminary injunction seeking to prohibit Defendant Keurig Green Mountain, Inc., from promoting or selling its new Keurig 2.0 brewer with a "lock-out" of unlicensed portion packs, and from making false or misleading statements about JBR's products. JBR has not made a clear showing that it is imminently likely to suffer irreparable harm in the absence of preliminary relief. *See Grand River Enter. Six Nations, Ltd. v. Pryor*, 481 F.3d 60, 66 (2d Cir. 2007). Accordingly, JBR's motion for a preliminary injunction is DENIED.

A Memorandum and Order explaining my decision has been filed under seal because it relies upon material that the parties have designated as highly confidential. By September 30, 2014, the parties shall provide the Court with proposed redactions to the Memorandum and Order. I will consider the parties' proposed redactions and will file a redacted version of the Memorandum and Order on the public docket.

SO ORDERED.

Dated: September 19, 2014
      New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge