UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br>1:14-md-2542-VSB-HBP<br>MDL No. 2542 |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br>   Plaintiff,<br>v.<br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br>   Defendant. | 1:14-cv-04242-VSB-HBP |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff JBR, Inc., d/b/a Rogers Family Company ("Rogers"), in the above named case appeals to the United States Court of Appeals for the Second Circuit from the Order [D.E. 145] denying Roger's Motion For A Preliminary Injunction, which was filed on September 19, 2014.

Dated:  September 24, 2014

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Daniel Johnson, Jr.
   Daniel Johnson, Jr. (admitted *pro hac vice*)
   Kent M. Roger (admitted *pro hac vice*)
   One Market, Spear Street Tower
   San Francisco, CA 94105
   Telephone No.:  (415) 442-1000
   Facsimile No.:  (415) 442-1001

   *Attorneys for Plaintiff JBR, Inc.*
   *(d/b/a Rogers Family Company)*

DB2/ 25319076.1