

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
(212) 294-4601
abadini@winston.com

September 29, 2014

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:    *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542

Dear Judge Broderick:

      I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") in response to KGM's request to file a 35 page brief in support of its proposed motion to dismiss TreeHouse's complaint.  *See* ECF No. 156 (Sept. 29, 2014).  KGM's request simply proves TreeHouse's point as to the breadth and heft of the TreeHouse claims.  Having said that, TreeHouse does not object to KGM's request so long as TreeHouse is correspondingly permitted to file its own 35 page brief in opposition to any such motion to dismiss, in the event that TreeHouse chooses not to amend its complaint.

      Respectfully submitted,

      By: /s/ *Aldo A. Badini*

      Aldo A. Badini

cc:  All Counsel of record (via ECF)