UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
  :  ECF Case
IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE  :
COFFEE ANTITRUST LITIGATION  :  MDL No. 2542
  :
------------------------------------------------------------------- X  Master Docket No.
  :  1:14-md-02542 (VSB)
  :
*This Document Pertains To:*  :
  :
Case No. 1:14-cv-00905 (VSB)  :  **ORAL ARGUMENT**
    **REQUESTED**
------------------------------------------------------------------- X


**NOTICE OF DEFENDANT'S MOTION TO DISMISS
COMPLAINT FILED BY TREEHOUSE FOODS, INC., ET AL.**

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all exhibits thereto, and all prior proceedings in this action, Defendant Keurig Green Mountain, Inc. will move this Court, before The Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, as soon as counsel may be heard, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint of plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. and for such other relief as this Court deems just and proper.

Dated:  October 6, 2014
New York, New York

           CLEARY GOTTLIEB STEEN & HAMILTON

By:  /s/ George S. Cary
    **George S. Cary**
    **Leah Brannon**
    **Elaine Ewing**
    *gcary@cgsh.com*
    *lbrannon@cgsh.com*
    *eewing@cgsh.com*
    2000 Pennsylvania Avenue, NW
    Washington, D.C. 20006
    Telephone:  (202) 974-1500

    **Lev L. Dassin**
    **Danielle Mindlin**
    *ldassin@cgsh.com*
    *dmindlin@cgsh.com*
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2790


    **Wendelynne J. Newton**
    *wendelynne.newton@bipc.com*
    BUCHANAN INGERSOLL & ROONEY
    One Oxford Centre
    301 Grant Street, 20th Floor
    Pittsburgh, Pennsylvania 15219
    Telephone:  (412) 562-8932


    *Attorneys for Defendant Keurig Green Mountain,*
    *Inc., f/k/a Green Mountain Coffee Roasters, Inc.,*
    *and as successor to Keurig, Incorporated*