UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :   No. 1:14-md-02542 (VSB)
IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE                                :
COFFEE ANTITRUST LITIGATION                                              :
                                                                         :
                                                                         :
------------------------------------------------------------------------ X

# DECLARATION OF ELAINE EWING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FILED BY TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.

1. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated. I have personal knowledge of the following and, if called upon to testify, could and would do so competently as to the accuracy of the matter stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Morgan Stanley presentation entitled "Single-Serve Coffee: Consumers Speak Out," dated March 7, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of a report from Stifel, Nicolaus & Co., Inc., entitled "Updated Thoughts on Keurig 2.0 and F1Q14," dated January 30, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of Green Mountain Coffee Roasters' F4Q 2013 Earnings Call Transcript, dated November 20, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of Green Mountain Coffee Roasters' F1Q 2014 Earnings Call Transcript, dated February 5, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 6, 2014

                                                        _____
Elaine Ewing
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1500
Fax: (202) 974-1999
eewing@cgsh.com