# Exhibit 1

to

Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint Filed by TreeHouse Foods, Inc.

# Morgan Stanley

![Morgan Stanley alphawise proprietary research]

**MORGAN STANLEY RESEARCH**
**NORTH AMERICA**

Morgan Stanley & Co. Incorporated

**John Glass**
John.Glass@morganstanley.com
+1 617 856 8752

**Jon Tower, CFA**
Jon.Tower@morganstanley.com
+1 617 856 8750

**David Dorfman**
David.Dorfman@morganstanley.com
+1 617 856 8751

March 7, 2011

**Industry View**
**In-Line**

## Restaurants

### Single-Serve Coffee: Consumers Speak Out

**Based on our AlphaWise survey of 1,500+ regular coffee drinkers, we now believe that single-serve coffee represents one in every five cups of coffee consumed in the US.** This rapidly growing, $3B global category is largely incremental to overall coffee consumption, with over one-third saying it adds incremental cups consumed per day; the traditional grocery channel is most vulnerable to share erosion as 60% is consumed at home. Coffee drinking household penetration of single-serve machines has reached nearly 30%, making the category ripe for accelerated adoption.

**Survey increases our conviction that SBUX's entry into single-serve will be both successful and accretive to sales.** Over 40% of Starbucks customers already have a single-serve machine at home (most are Keurigs) and 32% of those Starbucks single-serve customers say they would make Starbucks their main single-serve brand, if available. Starbucks customers show a 2.5x greater propensity to buy a single-serve machine than non-SBUX consumers; however, branding a coffee maker with the Starbucks imprint alone does not provide a significant lift on intentions to buy. Interest is lower for a Starbucks "closed" system.

**Category leader Keurig gets rave reviews from consumers**, with some 97% reporting being highly or somewhat satisfied with their single-serve brewer and coffee. Areas of weakness revolve around price point. **VIA, Starbucks' first entry into single-serve through premium instant,** has a strong following, but is largely drawing from its core heavy users, and many of its biggest users were already instant coffee drinkers. Given this, VIA may find its biggest opportunity overseas where the majority of instant coffee is consumed.

**Upgrading Starbucks shares to Overweight** (see related note today); while we see accelerating earnings growth coming from a variety of sources beginning in FY12, single-serve could add $0.06-0.25 to EPS.

**At 22% of cups consumed/week, single-serve coffee is a large and fast growing piece of the pie**



Source: AlphaWise[SM], Morgan Stanley Research. Based on respondents that consume at least one cup of coffee per week.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

# Morgan Stanley

MORGAN STANLEY RESEARCH

March 7, 2011
Restaurants

## Single-Serve Coffee: The Consumer Speaks

**Single-serve coffee is a dynamic, rapidly growing $3B+ global category that has taken on multiple formats in various countries.** While some of these formats within certain countries have market leaders, there is no clear global winner yet. In the US, the focus of this survey, the market leader, Green Mountain (GMCR, not covered), and its Keurig platform, have roughly 65% share. More importantly, we believe single-serve coffee as a category is ripe for rapid expansion: **29%** of all homes with a coffee maker have a single-serve machine. Using the adoption rates for other technologies as a guide, this would suggest that adoption and use of single-serve coffee is poised for a period of rapid adoption.

We recently conducted a survey of 1,500+ regular coffee drinkers to determine their attitudes and usage of single-serve coffee, and specifically to determine what roll Starbucks, which currently is not involved in single-serve coffee in a meaningful way, could play in this growing category.

**Key points from our survey**:

- **We estimate single-serve coffee now represents 1 out of every 5 cups of coffee consumed in America**. Our AlphaWise survey suggests this new phenomenon is much bigger and adoption is much faster than most investors appreciate and makes it too big and too important for players like SBUX or THI to ignore.

- **Single-serve is generally additive to coffee consumption**. Over *one-third* of all single-serve coffee drinkers say it has expanded their overall consumption, while another 13% has said that single-serve has curtailed consumption at home and only 12% say it influences their purchases at coffee shops. Over 60% of single-serve is consumed at home, making the grocery channel the most vulnerable to share loss.

- **Household penetration rates of single-serve brewers is already at 29%,** of coffee-drinking homes, with Keurig holding 67% share in that segment. If valid, this adoption rate shows single-serve coffee is already hitting that 20%+ of total shipment 'sweet spot' of accelerated adoption. Analogous technology adoption patterns suggest that crossing the 20% threshold leads to a phase of rapid acceleration.

- **There's sizable pent up demand for Starbucks to enter single-serve coffee**. Thirty-two percent of Starbucks current customers who brew single-serve report that they would be 'very likely' to use SBUX coffee in their single-serve machine as their main brand, if available, and **26%** of current Keurig users would similarly be 'very likely" to make Starbucks their main brand. Contrary to Starbucks' public eschewal of 'closed systems' like Keurig, this evidence suggests Starbucks could reap faster financial rewards by entering the Keurig system and gaining immediate access to its 6-7 million installed single-serve machine base.

- **However, Starbucks' public commentary suggests it is headed in a different direction and more likely to support an "open" single-serve platform. Our evidence suggests there is some reason to believe they could be successful in this endeavor.** While Starbucks consumers are 2.5x more likely to buy a single-serve machine than non-Starbucks customers—leaving a window of opportunity open for the company should it decide to compete with Green Mountain-- customers do not necessarily show a significantly greater preference to buy a single-serve brewer branded as "Starbucks" vs. another brand and show even less willingness to buy a "closed" system that would only work with Starbucks pods. Partnering with a third party open platform with existing distribution may be the best strategy.

- **Current single-serve market leader Keurig gets overwhelmingly strong marks from current consumers**. The 97% satisfaction rating that our sample of consumers gave Keurig, combined with the relative youth of their single-serve systems (60% report having their machines a year or less) means taking share from the share leader will be challenging.

- **Starbucks VIA: Well liked but with a narrow appeal.** Starbucks' entry into the single-serve premium instant category has garnered significant awareness, trial and conversion but the regular drinkers of VIA tend to be existing heavy SBUX users and existing instant coffee drinkers—in fact two thirds were instant drinkers before trying VIA. Price appears to be the key barrier to increased frequency among those who did not convert. The US market for instant coffee is limited but there appears to be a sizable market opportunity outside the US for VIA based on this evidence.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

March 7, 2011
Restaurants

**About this survey:** We surveyed 1,554 regular coffee drinkers-- defined as drinking at least one cup of coffee a week, either at home, work or at a café. Our sample also included 589 Starbucks customers, 285 current Keurig users and 399 current VIA users in order to understand their attitudes and usage patterns for those products. The survey was fielded during the weeks of January 26 to February 10, 2011.

## alphawise Evidence

**Core Questions for Evidence Research**

- *What's the potential for SBUX in single-serve coffee?*
- *How has Starbucks VIA instant coffee been received?*

**The Evidence**

*Starbucks coffee pods, if compatible with consumers' current machines, could be a quick hit*

- *22% of those making single-serve coffee at home and 26% of Keurig owners would be "very likely" to make Starbucks their <u>main brand</u> of coffee pods.  More consumers would buy it to add variety.*
- *Importantly, single-serve coffee does not meaningfully cannibalize coffee sales at retail stores. Just 12% of current users "drank a lot less" or "stopped drinking" coffee purchased from shops, while 35% increased overall coffee consumption.*

*Consumers aren't as enthusiastic about a Starbucks branded single-serve coffee machine*

- *Among those already making single-serve coffee at home, purchase intent of a Starbucks branded machine as measured by % "very likely to buy" is 16% (for open platform) and 14% (closed platform).*
- *While this level of purchase intent suggests there is perhaps an opening for Starbucks in coffee machine, its brand didn't generate a significant lift in interest relative to interest in an unbranded machine, except among regular Starbucks customers.*
- *Consumers are generally happy with their current single-serve coffee – 97% of Keurig owners are "very/somewhat satisfied" – raising the bar for potential new entrants.*

*Starbucks VIA is well liked but doesn't have broad appeal in the US*

- *More than a year after its debut, VIA achieved very high trial rate, ranging from 63% among frequent Starbucks store visitors to 19% among occasional visitors.  Only 8% non-customers have tried VIA.*
- *About two-thirds of 'triers' are satisfied with VIA overall.  It earned high marks for convenience, quality, freshness and taste, but is seen as "too expensive", a key barrier to conversion to regular use and to trial.*
- *VIA regular users represent a unique but small niche of the market – young, instant coffee drinkers who frequent Starbucks stores and demand high quality.*

**What Gives Us Confidence**

- *We conducted an online survey with 1554 regular coffee drinkers (incl. 285 Keurig owners and 399 VIA triers) from 1/26 to 2/10. The sample is weighted to represent US adults by age, income and geographic regions.  Conclusions based on total sample have a max. margin of error of +/- 2% at 90% confidence level.*

3

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

March 7, 2011
Restaurants

## Key Insights from Our Single-Serve Coffee Survey

**Key finding #1:**

**Single-serve coffee now accounts for one in five cups of coffee consumed in the US**

Fully one-third of ALL coffee drinkers already report drinking single-serve coffee regularly—meaning at least once a week--including 13% who say they make a daily habit of it. We estimate that this translates into ~22% of all cups of coffee consumed now are single-serve. While we do not have historical numbers to compare this against, we think single-serve share has likely grown from the mid single digits just 2-3 years ago. These numbers on single-serve consumption are far greater than what we think many investors had expected, especially in light of the fact that the category leader in specialty coffee, Starbucks, has not yet entered the brewed single-serve category.

Exhibit 1
**While drip coffee remains dominant, single-serve is now 22% of total coffee cups consumed/week**



Source: AlphaWise[SM], Morgan Stanley Research. Based on respondents that consume at least one cup of coffee per week.

While most consumers may have first become aware of single-serve coffee in the workplace, our survey clearly indicates that the primary place where single-serve is being consumed is home – 60% report drinking single-serve there most often—while 20% report drinking single-serve primarily at work or while traveling, respectively.

Exhibit 2
**Most single-serve users consume their favorite cup at home**



Source AlphaWise[SM] Morgan Stanley Research. Based on respondents that consume single-serve coffee.

**Household penetration rates of single-serve brewers is greater than many assume**. While most of the syndicated research suggest that household penetration rates of single-serve coffee machines is in the single digits, our survey suggests that **29%** of coffee drinking households have a single-serve machine, including 27% that have a Keurig or K-cup system machine. Interestingly, **44%** of SBUX's customers report having a single-serve machine at home (that is nearly twice as much penetration as Starbucks has projected). Of those Starbucks' customers that have a single-serve machine, two-thirds have a Keurig or Keurig system machine.

Exhibit 3
**While most homes still have drip coffee makers, single-serve penetration has reached nearly 1/3 of households (even greater for SBUX customers)**



Source AlphaWise[SM], Morgan Stanley Research. Note, totals may exceed 100%.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

If valid, this adoption rate shows single-serve coffee is already hitting that 20%+ of total shipment 'sweet spot' of accelerated adoption. Analogous technology adoption patterns of everything from CDs to notebook computers to smart phones that suggest that crossing the 20% threshold leads to a phase of rapid acceleration. This increases the urgency for Starbucks to enter this category before adoption and usage patterns become entrenched and this data would suggest we are at this inflection point now.

Exhibit 4
**Single-serve could be hitting the 'sweet spot' for adoption, similar to notebook PCs**



Source: Company data, Morgan Stanley Research. *Systems and PC Hardware Emerging Debates for 2010*, January 8, 2010

**The installed base of single-serve machines is still relatively young—and often 'gifted'.** Two-thirds of single-serve users report having owned their machines less than one year. Given the lifespan of a brewer could be as much as 5-7 years, it is likely going to take a while before we enter the first replacement cycle in this segment. What's more, a significant portion of single-serve coffee makers are given as gifts –including 43% of Keurigs. This makes the holiday season a key period for accelerating adoption. It also possibly obscures some early consumption data for Green Mountain as those who receive the machines as gifts may not remain loyal customers over time.

Exhibit 5
**Single-serve coffee makers are at the early end of adoption at home, with Keurig having an even younger set of machines out amongst consumers**



Source: AlphaWise, Morgan Stanley Research. Based on respondents that have a single-serve coffee machine at home.

Exhibit 6
**A popular gift item: Percentages of respondents who have received single-serve machines as gifts**



Source: AlphaWise[SM], Morgan Stanley Research. Based on respondents that own a single-serve coffee maker.

**Favorite single-serve brands – Green Mountain and its Keurig system dominate.** Given its installed base of machines (see below) its not surprising that K-cups and their various sub-brands are cited by consumers as being most popular. Interestingly, even after adding in multiple brands to its platform, by far the most popular brand of coffee within the Keurig system is its very own Green Mountain, which consumers report to be far more popular than many of the specialty brands such as Tully's or Timothy's. Following Green Mountain, Folgers, Donut House and Caribou Coffee rank among the most purchased brands within the single-serve platform.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

**March 7, 2011**
Restaurants

Exhibit 7
**Keurig is the clear leader among single-serve coffee makers at home** (percent share on right)

| | |
|---|---|
| Keurig System (Net) | 63% |
| Senseo System (Net) | 15% |
| Nespresso | 8% |
| Tassimo Brewer | 7% |
| FLAVIA FUSION Brewer | 6% |
| Melitta Single Serve Brewer | 6% |
| Bunn My Cafe Pod Brewer | 5% |
| Grindmaster PrecisionBrew | 4% |
| TRU Single Serve Coffee Brewer | 3% |

Source: AlphaWise[SM], Morgan Stanley Research. Percentages may total over 100% due to multiple machines at one home.

Exhibit 8
**Green Mountain's own brands as well as other K-cup based brands are by far the most popular amongst respondents**

| Brand | % of Users that Consume | Platform |
|---|---|---|
| Green Mountain Coffee | 21% | Keurig |
| Folgers Gourmet Selections | 18% | Keurig |
| Donut House Collection | 14% | Keurig |
| Caribou Coffee | 14% | Keurig |
| Newman's Own Organics | 10% | Keurig |
| Emeril's | 9% | Keurig |
| Coffee People | 9% | Keurig |
| Celestial Seasonings | 8% | Keurig |
| Barista Prima Coffeehouse | 8% | Keurig |
| Gloria Jean's | 8% | Keurig |
| Tully's | 8% | Keurig |
| Timothy's | 8% | Keurig |
| Senseo | 8% | |
| Millstone | 8% | Keurig |
| Cafe Escapes | 8% | |
| Ghirardelli | 7% | Keurig |
| Bigelow | 7% | Keurig |
| Green Mountain Naturals | 6% | Keurig |
| Van Houtte | 5% | Keurig |
| Wolfgang Puck | 4% | Keurig |
| Diedrich | 4% | Keurig |
| Twinings | 4% | Keurig |
| Nespress Grands Crus | 3% | |
| Starbucks | 3% | |

Source: AlphaWise[SM], Morgan Stanley Research. Percentages may total over 100% due to multiple brands purchased by same respondent.

**Industry conclusions:** 1) Single-serve coffee is too big and too fast growing for any coffee company to ignore, in our view, 2) household penetration of single-serve is approaching 30%; and adoption rates are poised to accelerate materially from here, if other technologies are a proxy, 3) gifting of single-serve machine has driven much more rapid penetration especially of the Keurig brand, something new entrants into the category need to be mindful of.

Key Finding #2:

**Single-serve is generally additive to coffee category consumption**

One of the key concerns about a rapidly growing single-serve coffee category is potential cannibalization of existing channels. We believe that concern is overblown. Over **35%** of single-serve consumers say its additive to their overall consumption of coffee, the single most frequent response, followed by drinking less brewed coffee at home– 13%--and drinking less coffee at work--14%. Only 12% of users said single-serve caused them to cut down on the amount they drink at cafes such as Starbucks. While that number is not immaterial, it does suggest that for a brand like Starbucks, it is relatively low risk to enter this category and lose the high margin retail sales.

Exhibit 9
**Single-serve has yet to materially reduce the consumption of other forms of brewed coffee**



Source: AlphaWise[SM], Morgan Stanley Research. Based on respondents that consume single-serve regularly

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

**March 7, 2011**
**Restaurants**

Exhibit 10
**Keurig owners say they consume less home-brewed drip coffee than other single-serve users**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research. Based on respondents that consume single-serve regularly using the Keurig platform.

Looking at the largest player in single-serve, current Keurig users report that 1) they are visiting coffee shops more frequently in the last three months than the overall population –24% say more often vs. the national sample of which 21% say more often—while only 18% say less often, vs. a national sample of 20% who say less often.

Exhibit 11
**Single-serve not yet showing signs of coffee shop cannibalization for SBUX customers**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research. Based on respondents that drink coffee on a regular basis.

**Investment conclusion**: Single-serve is surprisingly additive to the overall category and will not likely cannibalize coffee at home consumption. This should be good news for Starbucks owners as it's unlikely to materially impact same store sales. However, the fact that it will impact the supermarket channel means that many of the existing large supermarket brands—many owned by global food companies—might be compelled to enter this category.

## Key finding #3

### There's a sizable pent up demand for Starbucks single-serve coffee…

Currently Starbucks does not have a meaningful offering in single-serve coffee (its failed foray with Kraft's Tassimo brewer notwithstanding). Our survey suggests that there's substantial demand for Starbucks single-serve coffee. Specifically, **32%** of Starbucks customers who are current single-serve users and 26% of Keurig users would be 'highly likely' to use Starbucks single-serve pods as their *main* brand if available. Another ~30% would be somewhat likely, bringing the top two box intentions to use Starbucks coffee in their single-serve machines to 70% for current Starbucks users and 59% for Keurig users. This suggests a significant revenue opportunity for Starbucks if they choose to enter the Green Mountain system (see our related note today).

Exhibit 12
**Likelihood of buying Starbucks coffee pods if compatible with your current machine**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research. Based on respondents that own a single-serve coffee maker.

**Consistent with overall category usage patterns, Starbucks single-serve customers would not likely change their store use patterns.** Fifty-five percent of Starbucks customers say that single-serve would not influence their use of the retail stores and another 37% say it would affect their usage only slightly. Few said that using single-serve would eliminate his or her use of Starbucks' retail sales.

7

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

**March 7, 2011**
Restaurants

Exhibit 13
**Should SBUX introduce its own line of pods, customers do not plan on cutting back their store visits**



Source: AlphaWise[SM], Morgan Stanley Research. Among those who are likely to buy either Starbucks coffee pods or Starbucks coffee machine

**Investment conclusions:** Starbucks has the potential to gain ~30% share in the Keurig system, according to our estimates. Though Starbucks would have to pay some sort of royalty to Green Mountain, most likely in the form of a co-packing arrangement, by which Starbucks would send coffee to Green Mountain which would then put the coffee into K-cups and sell it back to Starbucks to sell at retail. This is the most attractive short-term revenue opportunity for Starbucks but comes at a price as it allows Keurig to effectively own the single-serve market with Starbucks having to pay Green Mountain for the right to be on their system. It's also unclear how GMCR would feel about the cannibalization of its own brands caused by Starbucks entering its system. Its also unclear how GMCR would feel about the cannibalization of its own brands caused by Starbucks entering its system.

## Key finding #4

### Consumers would prefer "open platform" to Starbucks-branded single-serve brewers

Having failed at attempting to enter single-serve in a closed system—e.g. Tassimo—and based on recent comments reported in the press regarding the company's view on the benefits of open single-serve platforms (i.e. those that will accept multiple brands without charging a royalty), we'd argue that Starbucks could end up challenging Green Mountain by supporting an open single-serve platform. Here's how we interpret the survey results on consumer willingness to buy a new single-serve machine:

- Currently we estimate that 44% of Starbucks customers already own a single-serve coffee machine, of which 67% own a Keurig "system" machine. This

penetration of single-serve into Starbucks customer base is larger than we'd anticipated.

- Of those that do not currently make single-serve at home, Starbucks customers are 2.5x more likely to buy a single-serve coffee machine than non-Starbucks customers. While this makes some intuitive sense given that being a regular Starbucks customer implies regular coffee consumption, it nonetheless confirms that the appetite for single-serve brewers exists within the Starbucks customer base.

Exhibit 14
**SBUX customers are 2.5x more likely to purchase a single-serve machine over the next twelve months**



Source: AlphaWise[SM], Morgan Stanley Research.

- Of those existing single-serve users, 16% would be "highly likely" to purchase a new Starbucks branded single-serve machine (24% among regular Starbucks customers), as long it is compatible with their existing pods/system—e.g. an 'open' system. However, relative to a base line question about generic intent to purchase a new single-serve machine, mentioning the Starbucks name in connection with a single-serve platform produced only a moderate "lift" to intentions to buy.

8

# Morgan Stanley

Exhibit 15
**An open platform would be important to the success of an SBUX brewer among existing single-serve users**



Source: AlphaWise[SM], Morgan Stanley Research. Among current single-serve users. Likelihood of consumers to purchase an SBUX-branded single-serve machine if it were to use multiple brands of coffee pods

- Current Starbucks customers who are non-users of single-serve coffee have a slightly higher intent to purchase a Starbucks branded machined —10% would be "highly likely" to purchase such a machine vs. 3% of all non-current single-serve users. However, these percentages are relatively low and would require a slower ramp to built awareness and adoption among this cohort, in our view.

Exhibit 16
**Only a handful of SBUX customers that don't currently use single-serve would be interested in purchasing an SBUX-branded single-serve brewer**



Source: AlphaWise[SM], Morgan Stanley Research. Among non-single-serve users. Likelihood of consumers to purchase an SBUX-branded single-serve machine if it were to use multiple brands of coffee pods.

- Launching a Starbucks branded "closed system" – i.e. one that accepts only Starbucks coffee—would get a lower level of acceptance. We estimate that only 21% of all Starbucks customers that own a single-serve brewer would be willing to purchase such a machine. While 21% of Starbucks' substantial customer base would still yield a decent size installed base, it would not optimize the potential penetration for its single-serve efforts

**Investment conclusions:** 1) With over 40% of its customers already owning a single-serve machine, Starbucks is not early to this category. 2) If Starbucks is to enter single-serve with its own platform, rather than enter through the existing Green Mountain system, its best success will be with an open system that accepts multiple brands and would be better served by letting another manufacture or multiple manufacturers produce machines under their own names, 3) consumers response was only lukewarm to the notion of a closed system proprietary Starbucks' branded brewer—implying that its name alone will not drive adoption.

**Key finding #5**

**Satisfaction among existing single-serve coffee consumers is very high, especially among Keurig users, raising the bar for competitive entrants.**

Among existing single-serve users, consumer satisfaction runs extremely high, with some **87%** of all single-serve users rating their overall experience with single-serve coffee as either 'very" or "somewhat" satisfying. Of Keurig users, that satisfaction ramps to an astounding 97%, implying that Keurig is overwhelmingly meeting its consumers demands. If Starbucks chooses to enter this market with a new platform, it most likely needs to go after consumers who are not already on the Keurig system.

Exhibit 17
**Single-serve users have relatively high satisfaction ratings for their brewers, particularly Keurig owners**



Source AlphaWise[SM], Morgan Stanley Research. Based on all respondents that have single-serve brewers at home.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

March 7, 2011
Restaurants

Exhibit 18
**Most Keurig owners have positive feedback on their experience with the platform**



Source AlphaWise[SM], Morgan Stanley Research. Based on all respondents that have a Keurig single-serve brewers at home

The two area of unmet needs for single-serve revolve around cost of the pod—an area where SBUX is less likely to compete but which does leave the possibility open for others—and ease of use of machine.

Exhibit 19
**Taste and Quality score most important among single-serve users, but brands offered and types & flavors are areas of improvement for the industry**



Source: AlphaWise[SM], Morgan Stanley Research. Based on all respondents that have single-serve brewers at home.

**Cost of machines, pods drive new adoption.** While both existing and potential single-serve coffee consumers cite the importance of characteristics like taste and quality in common, the largest difference between an existing and potential user of single-serve is sensitivity to cost of pods and machines, with lower cost of these clearly driving more rapid adoption. Interestingly, brand of coffees offered ranks relatively low for both existing and potential users.

Exhibit 20
**Cost is the most important factor for likely buyers of single-serve brewers**



Source: AlphaWise[SM], Morgan Stanley Research. Based on respondents that own or plan on purchasing a single-serve coffee brewer.

**Investment conclusions:** 1) Unseating existing Keurig users will be difficult given their high satisfaction rates, 2) the most significant opportunities or dissatisfactions revolve around price and ease of use of machines. We don't believe Starbucks will be willing to compete on price given their brand positioning, but this could open up an area of opportunity for other single-serve brands. Complaints over ease of use also surprises us given how easy we think a Keurig machine is to use already, 3) cost of pods and machines are a bigger barrier to entry for new single ever users than available brands, suggesting that if Starbucks is to enter this segment it may consider a machine with a lower initial cost.

### Key finding #6

### VIA is well liked but with a narrow appeal

Starbucks' entry into the single-serve premium instant category has garnered significant awareness, trial and conversion—in fact, 5-6% of *all* coffee drinkers now are regular VIA drinkers. However, those customers tend to be both existing Starbucks customers and two thirds were instant drinkers before trying VIA.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

Morgan Stanley

MORGAN STANLEY RESEARCH

March 7, 2011
Restaurants

Exhibit 21
**5.5% of coffee drinkers have become VIA regulars**



Source AlphaWise<sup>SM</sup>, Morgan Stanley Research.

Exhibit 22
**While 13.5% of usual SBUX customers also become regular users of VIA**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research.

Exhibit 23
**Price appears to be a key barrier to repeat trial and purchase of VIA**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research. Among respondents that have tried VIA but are unlikely to buy it again.

**Among our findings for VIA:**

- Trial and awareness is high: 24% of all coffee drinkers have tried VIA and 46% of Starbucks customers have tried it.

- Conversion is also strong with 23% of those that have tried VIA becoming regular users.

- Overall satisfaction with VIA is also high--65% for consumers who have tried it and 72% for Starbucks consumers-- with convenience and taste ranking highly, and the only noticeable dissatisfaction being price.

- Most VIA users are current Starbucks heavy users, and two thirds were existing instant coffee consumers. These consumers also tend to be younger males, and consume about twice as much coffee per week as an "average" drinker.

- VIA consumption appears to have little impact on either single-serve coffee consumption or on overall coffee consumption. VIA has had the greatest cannibalization impact on instant coffee.

Exhibit 24
**VIA appears to be cannibalizing other instant coffee and drip consumption at work**



Source: AlphaWise<sup>SM</sup>, Morgan Stanley Research. Among respondents that purchase VIA regularly.

**Investment conclusion:** VIA use appears to be coming from Starbucks' existing loyal base and may not be extending the reach of the brand, but is clearly taking share from existing instant coffee brands. This fact should work in Starbucks' favor as it takes the brand outside the US, where instant coffee is a much larger category.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

March 7, 2011
Restaurants



Morgan Stanley *AlphaWise*[SM] conducts proprietary evidence-based investment research for Morgan Stanley Research analysts. For further information, please contact alphawise@morganstanley.com.

## Other Recent Morgan Stanley Research Based on AlphaWise

| Region | Date | Analyst | Title | Summary |
|---|---|---|---|---|
| MENA | February 02, 2011 | Muneeba Kayani | **MENA - Property:** Dubai Property Price Tracker: January 2011 | Dubai Listed Property prices declined ~1% m-o-m in January, on a 3-month moving average basis |
| Asia Pacific | January 31, 2011 | Chin Lim | **Singapore Airlines (SIAL.SI):** Raising Price Target; F3Q10 Operating Profit Beats Expectation | Our proprietary fare index for SIA indicates business class ticket fares are up from the low in 1Q09 (April-June), and are now tracking about 4-7% higher in 3Q10 over 3Q09 |
| North America | January 19, 2011 | David Risinger | **Specialty Pharmaceuticals:** Not another cosmetic survey | Our survey of office managers on their actual purchases and utilization indicates that Botox and Dysport market shares appear flattish since May 2010 |
| Asia Pacific | January 19, 2011 | Qing Wang | **China Macro AlphaWise Evidence Series:** MSCBCI Points to Continued Weakness | The headline and expectation components in the Morgan Stanley China Business Conditions Index (MSCBCI) registered modest improvement in January 2011 |
| North America | January 19, 2011 | Joseph Parkhill | **Retail, Food and Drug: 2011 Dollar Store Outlook:** It's Secular Not Cyclical | The results of our third annual survey of dollar store shopping (conducted in November 2010) support our view that dollar store sales will remain robust in 2011 |
| North America | January 19, 2011 | Joseph Parkhill | **Dollar Tree Inc (DLTR.O):** Upgrade to OW; Double Digit Sales Growth = Significant Operating Leverage | Upgraded Dollar Tree to Overweight partly based upon November 2010 consumer survey that strengthens our conviction that comps will stay in the mid single digits and total sales growth will remain in the double digits |
| North America | January 13, 2011 | Vincent Andrews | **Food: Cereal Survey** Suggests Volume Growth in 2011 | Proprietary survey conducted in November 2010 supports our expectation that cereal volume is likely to grow 1-2% in 2011 following a 1% unit sales decline in 2010 |
| Asia Pacific | January 08, 2011 | Sheela Rathi | **AlphaWise Evidence Series:** Unique Insights into Urban India's Unemployed | Our survey provides a first look at India's unemployed, from unhappiness with the government support, potential for huge migration to large cities in search of jobs, adequate skill level and aspiration for higher wages |
| Europe | January 07, 2011 | Bobby Chada | **European Utilities:** Weather and fuel spikes not a reason to get bullish, yet ... | Our 5th UK Energy Supply Survey confirms that Centrica has one of the stickiest customer bases, the most loyal customer base, and industry leading customer service |

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

**March 7, 2011**
**Restaurants**

| | | | | |
|---|---|---|---|---|
| MENA | January 08, 2011 | Muneeba Kayani | **MENA - Property:** Dubai Property Price tracker: December 2010 | AlphaWise Dubai listed price index declined by ~5% while transacted prices remained flat on a 3-month moving average basis |

Please note that all important disclosures including personal holdings disclosures and Morgan Stanley disclosures appear on the Morgan Stanley public website at www.morganstanley.com/researchdisclosures.

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

13

**Morgan Stanley**

MORGAN STANLEY RESEARCH

**March 7, 2011**
Restaurants

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. Incorporated, and/or Morgan Stanley C.T.V.M. S.A. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. Incorporated, Morgan Stanley C.T.V.M. S.A. and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: John Glass.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of January 31, 2011, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Chipotle Mexican Grill, Inc., PF Chang's China Bistro Inc., Starbucks Corp., Yum! Brands, Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of McDonald's Corporation, Yum! Brands, Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Jack in the Box Inc., McDonald's Corporation, Starbucks Corp., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Brinker International Inc., Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Einstein Noah Restaurant Group, Jack in the Box Inc., McDonald's Corporation, PF Chang's China Bistro Inc., Starbucks Corp., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Jack in the Box Inc., McDonald's Corporation, Sonic Corp., Starbucks Corp., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Brinker International Inc., Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Einstein Noah Restaurant Group, Jack in the Box Inc., McDonald's Corporation, PF Chang's China Bistro Inc., Starbucks Corp., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Jack in the Box Inc., McDonald's Corporation, Sonic Corp., Starbucks Corp., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

Morgan Stanley & Co. Incorporated makes a market in the securities of Brinker International Inc., Buffalo Wild Wings, Inc., California Pizza Kitchen, Inc., Chipotle Mexican Grill, Inc., Darden Restaurants Inc., Dominos Pizza Inc., Einstein Noah Restaurant Group, Jack in the Box Inc., McDonald's Corporation, Panera Bread Company, PF Chang's China Bistro Inc., Red Robin Gourmet Burgers, Inc., Sonic Corp., Starbucks Corp., Texas Roadhouse, Inc., The Cheesecake Factory, Inc., Tim Hortons Inc., Wendy's/Arby's Group, Inc., Yum! Brands, Inc..

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity and specialized trading, risk arbitrage and other proprietary trading, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

*(as of February 28, 2011)*

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| Stock Rating Category | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| **Overweight/Buy** | 1175 | 41% | 463 | 45% | 39% |
| **Equal-weight/Hold** | 1219 | 42% | 439 | 42% | 36% |
| **Not-Rated/Hold** | 120 | 4% | 23 | 2% | 19% |
| **Underweight/Sell** | 380 | 13% | 109 | 11% | 29% |
| Total | 2,894 | | 1034 | | |

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

March 7, 2011
Restaurants

Data include common stock and ADRs currently assigned ratings. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months.

**Analyst Stock Ratings**
Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.
Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

**Analyst Industry Views**
Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.
In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.
Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.
Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index.
.
**Important Disclosures for Morgan Stanley Smith Barney LLC Customers**
Citi Investment Research & Analysis (CIRA) research reports may be available about the companies or topics that are the subject of Morgan Stanley Research. Ask your Financial Advisor or use Research Center to view any available CIRA research reports in addition to Morgan Stanley research reports.
Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC, Morgan Stanley and Citigroup Global Markets Inc. or any of their affiliates, are available on the Morgan Stanley Smith Barney disclosure website at www.morganstanleysmithbarney.com/researchdisclosures.
For Morgan Stanley and Citigroup Global Markets, Inc. specific disclosures, you may refer to www.morganstanley.com/researchdisclosures and https://www.citigroupgeo.com/geopublic/Disclosures/index_a.html.
Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

**Other Important Disclosures**
Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Darden Restaurants Inc., Jack in the Box Inc., McDonald's Corporation, Wendy's/Arby's Group, Inc., Yum! Brands, Inc..
Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Client Link at www.morganstanley.com.
Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them.
The fixed income research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.
Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.
With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.
Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.
The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.
Morgan Stanley may make investment decisions or take proprietary positions that are inconsistent with the recommendations or views in this report.
To our readers in Taiwan: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. Information on any securities/instruments issued by a company owned by the government of or incorporated in the PRC and listed in on the Stock Exchange of Hong Kong ("SEHK"), namely the H-shares, including the component company stocks of the Stock Exchange of Hong Kong ("SEHK")'s Hang Seng China Enterprise Index; or any securities/instruments issued by a company that is 30% or more directly- or indirectly-owned by the government of or a company incorporated in the PRC and traded on an exchange in Hong Kong or Macau, namely SEHK's Red Chip shares, including the component company of the SEHK's China-affiliated Corp Index is distributed only to Taiwan Securities Investment Trust Enterprises ("SITE"). The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.
To our readers in Hong Kong: Information is distributed in Hong Kong by and on behalf of, and is attributable to, Morgan Stanley Asia Limited as part of its regulated activities in Hong Kong. If you have any queries concerning Morgan Stanley Research, please contact our Hong Kong sales representatives.

15

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

**March 7, 2011**
Restaurants

Morgan Stanley Research is disseminated in Japan by Morgan Stanley MUFG Securities Co., Ltd.; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents); in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore, which accepts responsibility for its contents; in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Smith Barney Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of Morgan Stanley Research in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated, which accepts responsibility for its contents.  Morgan Stanley & Co. International plc, authorized and regulated by the Financial Services Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates.  Morgan Stanley Private Wealth Management Limited, authorized and regulated by the Financial Services Authority, also disseminates Morgan Stanley Research in the UK.  Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International plc or Morgan Stanley Private Wealth Management representative about the investments concerned.  RMB Morgan Stanley (Proprietary) Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa.  RMB Morgan Stanley (Proprietary) Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data.  The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Morgan Stanley Research is disseminated and available primarily electronically, and, in some cases, in printed form.

**Additional information on recommended securities/instruments is available on request.**

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.

# Morgan Stanley

MORGAN STANLEY RESEARCH

| The Americas | Europe | Japan | Asia/Pacific |
|---|---|---|---|
| 1585 Broadway | 20 Bank Street, Canary Wharf | 4-20-3 Ebisu, Shibuya-ku | 1 Austin Road West |
| New York, NY 10036-8293 | London E14 4AD | Tokyo 150-6008 | Kowloon |
| **United States** | **United Kingdom** | **Japan** | **Hong Kong** |
| Tel: +1 (1) 212 761 4000 | Tel: +44 (0) 20 7 425 8000 | Tel: +81 (0) 3 5424 5000 | Tel: +852 2848 5200 |

## Industry Coverage: Restaurants

| Company (Ticker) | Rating (as of) | Price* (03/04/2011) |
|---|---|---|
| **John Glass** | | |
| Brinker International Inc. (EAT.N) | E (01/28/2011) | $23.82 |
| Buffalo Wild Wings, Inc. (BWLD.O) | NR (11/14/2008) | $52.38 |
| California Pizza Kitchen, Inc. (CPKI.O) | NR (11/14/2008) | $16.18 |
| Chipotle Mexican Grill, Inc. (CMG.N) | E (12/03/2010) | $255 |
| Darden Restaurants Inc. (DRI.N) | O (03/27/2008) | $46.32 |
| Dominos Pizza Inc. (DPZ.N) | E (03/27/2008) | $17.32 |
| Einstein Noah Restaurant Group (BAGL.O) | E (03/27/2008) | $15.66 |
| Jack in the Box Inc. (JACK.O) | E (09/02/2010) | $22.17 |
| McDonald's Corporation (MCD.N) | E (07/30/2009) | $76.03 |
| PF Chang's China Bistro Inc. (PFCB.O) | O (12/02/2009) | $46.72 |
| Panera Bread Company (PNRA.O) | E (03/27/2008) | $120.24 |
| Red Robin Gourmet Burgers, Inc. (RRGB.O) | U (06/07/2010) | $23.88 |
| Sonic Corp. (SONC.O) | U (04/20/2009) | $8.92 |
| Starbucks Corp. (SBUX.O) | E (03/27/2008) | $33.12 |
| Texas Roadhouse, Inc. (TXRH.O) | E (07/31/2008) | $16.93 |
| The Cheesecake Factory, Inc. (CAKE.O) | E (03/27/2008) | $28.97 |
| Tim Hortons Inc. (THI.TO) | E (02/04/2011) | C$42.96 |
| Wendy's/Arby's Group, Inc. (WEN.N) | E (01/08/2010) | $5.01 |
| Yum! Brands, Inc. (YUM.N) | O (07/30/2009) | $50.97 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2011 Morgan Stanley

suzanne.dulong@gmcr.com Suzanne DuLong 05/15/14 01:40:02 PM Green Mountain Coffee Roasters, Inc.