# Exhibit 2

to

Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint Filed by TreeHouse Foods, Inc.

**STIFEL**

*January 30, 2014*

**Green Mountain Coffee Roasters Inc.**
**GMCR – NASDAQ**
**Sell**
Beverages

*Company Update*

## Updated Thoughts on Keurig 2.0 and F1Q14

We believe Green Mountain remains focused on the introduction of Keurig 2.0, using it as an opportunity to convert unlicensed brands to licensed partners. Industry contacts tell us Green Mountain continues to aggressively court new business, including having CEO Brian Kelley attend meetings with potential customers.

We think retailer acceptance has thus far been muted, attributable to a significant installed base of Keurig 1.0 machines, an estimated 2-4 year conversion period to 2.0, underwhelming innovation on 2.0 (at least as publicly announced thus far), and a wait-and-see approach to brewer availability and consumer acceptance. We continue to think re-closing is not without significant transition risk and is primarily driven by share gains from unlicensed brands, especially in food, drug, mass (FDM) channels, since patent expiration.

In the near-term, updates on potential new partners and the conversion to 2.0 outweigh business fundamentals as key drivers of shareprice movement, in our view. We nonetheless lift F1Q14 (December) sales and EPS estimates to 9.4% y/y growth and $0.96, respectively, reflecting higher brewer and K-Cup shipments and pass-through the upside to F2015, now estimating EPS of $4.01.

In the note that follows, we update thoughts on Keurig 2.0, including takeaways from industry conversations, and discuss F1Q14 (December) expectations.

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Sell |
| Target Price | — | NA |
| FY14E EPS (Net) | $3.66 | $3.78 |
| FY15E EPS (Net) | $3.94 | $4.01 |
| FY14E Rev (Net) | $4.67B | $4.77B |
| FY15E Rev (Net) | $4.87B | $4.99B |

| | |
|---|---|
| Price (01/30/14): | $79.15 |
| 52-Week Range: | $90 – $42 |
| Market Cap.(mm): | 12,132.2 |
| Shr.O/S-Diluted (mm): | 153.3 |
| Enterprise Val. (mm): | $12,122.5 |
| Avg Daily Vol (3 Mo): | 3,301,975 |
| LT Debt/Total Cap.: | 8.2% |
| Net Cash/Share: | $1.70 |
| Book Value/Share: | $17.30 |
| Dividend($ / %) | $1.00 / 1.3% |
| S&P Index | 1,794.19 |

| EPS (Net) | 2013A | 2014E | 2015E |
|---|---|---|---|
| Q1 | $0.76 | $0.96 | $NE |
| Q2 | 0.93 | 1.01 | NE |
| Q3 | 0.82 | 0.89 | NE |
| Q4 | 0.89 | 0.93 | NE |
| FY Sep | $3.39A | $3.78 | $4.01 |
| P/E | 23.3x | 20.9x | 19.7x |

| Rev (Net) | 2013A | 2014E | 2015E |
|---|---|---|---|
| FY Sep | $4.36B | $4.77B | $4.99B |
| EV/Revenue | 2.8x | 2.5x | 2.4x |

| | | | |
|---|---|---|---|
| Mark S. Astrachan | msastrachan@stifel.com | (212) 847-6620 | |
| Edward McPike | mcpikee@stifel.com | (212) 847-6634 | |
| Stifel Equity Trading Desk | | (800) 424-8870 | |



**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 12 - 13 of this report.**

Conversion to Keurig 2.0 Could Take 2 - 4 Years.  We estimate full conversion to 2.0 could take until FY18, with a significant percentage of 1.0 brewers remaining in market until FY16/FY17.  Specifically, our base case, which assumes 50% of brewers sold in FY15 and 75% of brewers sold in FY16 are 2.0, suggests by end of FY16 60% of the brewer installed base are 2.0, with the remainder 1.0.  We believe the relatively slow conversion in part explains why unlicensed brands have not materially reduced pricing.  We also think it could explain why retailers have been non-committal in their commitment to 2.0.  While we are unsure of an exact rollout strategy, the company on its November 2013 earnings call said it anticipates that within about a year of the launch, 2.0 will replace the current brewer lineup.  We believe this suggests a phasing in of 2.0, including a period where both 1.0 and 2.0 will be available.

*Keurig 2.0 Brewers as Percentage of Cumulative Installed Base, FY15E - FY18E*

|  | FY15E | FY16E | FY17E | FY18E |
|---|---|---|---|---|
| 50% of Brewers Sold in F2015, 75% in F2016 are Keurig 2.0 | | | | |
| *Keurig 2.0 Percentage of Brewer Installed Base* | *28%* | *60%* | *84%* | *97%* |
| 50% of Brewers Sold in F2015, 100% in F2016 are Keurig 2.0 | | | | |
| *Keurig 2.0 Percentage of Brewer Installed Base* | *28%* | *73%* | *94%* | *98%* |
| 100% of Brewers Sold in F2015 are Keurig 2.0 | | | | |
| *Keurig 2.0 Percentage of Brewer Installed Base* | *55%* | *92%* | *97%* | *100%* |

*Source: Stifel estimates.*

The above analysis assumes:
- 2.0 launches at the beginning of FY15.
- 2.0 return rates are similar to current generation 1.0 brewers.
- 1.0 brewers are gradually phased out but still available until FY16.
- No supply disruptions related to the transition.
- Brewer shipments peak at 11m units shipped in FY14.
- Obsolescence rates of 0%, 35%, 90%, 95% in years 0 through 3 post initial brewer sale, consistent with rates we believe the company uses to estimate its installed base.

GMCR Aggressively Courting New Brands. Industry contacts tell us Green Mountain continues to aggressively court new business, both branded and private label, including having CEO Brian Kelley attend meetings with potential customers and asking those customers to sign confidentiality agreements.  Broadly, we think Green Mountain is pushing retailers on the need to become a licensed partner before the system closes to prevent losing consumer relevance as well as participating in the total beverage system, which includes non-coffee products.  We are unaware of any significant new deals that have been agreed upon, absent Target which Green Mountain has been widely understood to have won in FY13 from current producer Mother Parkers.  We also believe it is reasonable to assume Costco will sell 2.0 given Green Mountain manufactures Kirkland Signature K-Cups.

FDM Unlikely to Cease Selling Unlicensed Brands. Unlicensed brands currently have an approximate 25% share in FDM channels making it more difficult for retailers to cease carrying certain brands upon the introduction of 2.0.  This is especially notable as we estimate FDM accounts for at least 50% of system-wide K-Cup sales.  We believe this in part explains Green Mountain's aggressiveness in courting unlicensed brands.  Conversely, we also think it explains why FDM retailers have not quickly signed on with Green Mountain following the announcement it will re-close the system.  Given our view of a long brewer conversion cycle, we believe FDM retailers could convert to Keurig brewer, if necessary, at a later date.

New Carafe Technology in 2.0.  Innovation-wise, Green Mountain recently announced Keurig 2.0 will be able to brew a small pot of coffee.  We believe the benefit of brewing up to a 30-ounce carafe (as was cited in a Bloomberg Business Week article on 2.0) is

modest at best relative to expectations for significant innovation. For example, a 30-ounce pot is smaller in size than two Starbucks grande coffees. Assuming a competitively priced product, which the company indicated 2.0 would be, we believe this feature is likely to increase usage occasions and modestly benefit the overall brewer installed base. It is also likely to reduce attachment rates as it effectively competes against the single-serve model.

More Unlicensed Pod Capacity Coming Online. We believe production capacity for unlicensed Keurig-compatible pods continues to increase despite Green Mountain's plan to re-close the Keurig system with 2.0. Based on discussions with unlicensed pod producers, we estimate current unlicensed pod capacity of approximately 1.5bn units could double over the next 12-months. Notably, we estimate current overall system-wide unlicensed share at approximately 15%, indicating nearly all unlicensed capacity is being utilized. We believe planned capacity increases indicate growth for unlicensed brands is expected to continue.

K-Cup Pricing Remains Pressured. K-Cup pricing in FDM channels remains pressured, declining approximately 4-5% y/y in the 13-weeks ended December 29, 2013, inline with levels over the prior 6-12 months. We believe pricing will remain pressured, driven increasingly by Green Mountain and its licensed partners responding to share loss, most notably in FDM channels. We think increased reliance on larger value packages in FDM and select specialty channels could be negatively impacting pricing, as well as conditioning the consumer to purchase at lower per unit price points. For example, at Bed Bath & Beyond 36-count packages are being sold for $19.99, compared to $11.99 for an 18-count package, a 16% difference on a per unit basis.

Notably, current price reductions are far from a nuclear option where unlicensed producers dramatically reduce pricing ahead of re-closing the system to gain market share and/or offset startup/capital costs that will be lost following the 2.0 launch. That said, given increasing capacity and lower coffee costs, we believe meaningful price reductions could occur commensurate with Green Mountain's success in converting unlicensed brands and/or gaining retailer buy-in for 2.0 brewers. Relatedly, we believe pod pricing by unlicensed brands can be materially reduced, greater than 10%, if need be while maintaining solid per unit profitability.

Competing Brewers. We continue to hear more unlicensed K-Cup brewers are coming to market, beyond current offerings from Hamilton-Beach and Bunn. We believe Keurig's dominant brewer market share makes it unlikely any new entrant could gain meaningful share, though this remains a watchpoint.

**Thoughts on F1Q14**
We lift F1Q14 (December) sales and EPS estimates to 9.4% y/y growth and $0.96 reflecting higher brewer and K-Cup shipments.

K-Cups. FDM scanner data indicates K-Cup sales increased 16% y/y in F1Q14, modestly better than we estimated, though the 2-year CAGR continues to decelerate. We now anticipate 11% K-Cup sales growth in F1Q14. One wildcard is the growth rate in untracked channels, approximately 50% of system-wide K-Cup sales. Untracked channels (e.g., Bed Bath & Beyond, Costco, department stores, online, etc) have historically grown at a slower rate than tracked channels resulting from a continued shift in consumer purchase habits towards traditional grocery channels, where most at-home coffee purchases occur. Interestingly, in F4Q13 we estimate untracked channels grew ahead of tracked channels for the first time ever, a result we find surprising and could indicate Green Mountain shipped ahead of demand.

*Implied Tracked and Untracked Channel K-Cup Y/Y Sales Growth, F4Q11 - F4Q13*

|  | F4Q11 | F1Q12 | F2Q12 | F3Q12 | F4Q12 | F1Q13 | F2Q13 | F3Q13 | F4Q13 |
|---|---|---|---|---|---|---|---|---|---|
| Reported growth | 91.0% | 115.0% | 59.1% | 31.4% | 47.3% | 20.7% | 21.1% | 17.8% | 11.1% |
| IRI-tracked channels | 170.5% | 164.3% | 139.5% | 124.0% | 110.7% | 75.4% | 43.5% | 26.7% | 11.0% |
| Untracked channels | 58.8% | 96.6% | 1.9% | -57.3% | -30.5% | -31.9% | -2.1% | 7.8% | 11.2% |

Note: Assumes IRI share of system-wide K-Cup sales increases from 29% in F4Q11 to 55% in F4Q13.
Source: IRI, Company reports, Stifel estimates.

Brewers. Our channel checks indicate brewer promotions increased y/y in F1Q14. We believe this likely aided brewer sales but also negatively impacted segment profitability. We also believe increased promotions could indicate a more gradual rollout of 2.0. Additionally, sales of Keurig Vue brewers could modestly offset increased promotions as margins are likely to benefit from lower cost of sales given the majority of a $20mm write-down taken in F4Q13 was attributed to Vue.

**Coffee Costs**
Coffee prices, which have increased approximately 9% since the company reported F4Q13 results on November 20, 2013, will remain a tailwind through FY15, but the benefit will lessen in FY14 and FY15, compared to FY13. Specifically, we expect an EPS tailwind from coffee costs of $0.27 and $0.06 in FY14 and FY15, respectively, compared to a $0.53 benefit in FY13. We believe this benefit is largely embedded in Green Mountain's FY14 guidance for 100bps of gross margin expansion, which offsets the coffee benefit with anticipated increases in promotional and marketing spend.

*Estimated Coffee Cost Benefit, FY13E - FY15E*

|  | FY13E | FY14E | FY15E |
|---|---|---|---|
| Cofee Cost Benefit | $128,623 | $66,932 | $14,695 |
| Gross Margin Benefit, bps | 302 | 147 | 31 |
| EPS Benefit | $0.53 | $0.27 | $0.06 |

Source: Company reports, Stifel estimates.

**Company Description**

Green Mountain Coffee Roasters is a leading manufacturer of single-cup coffee systems through its Keurig brewer system and K-cup portion packs for the home and office. The company also develops, roasts, markets, and distributes specialty coffees. The company produces K-cups under its own brands including Green Mountain, Tully's, Timothy's, and Van Houtte, as well as through partnership agreements with JM Smucker and Starbucks, amongst others. The company is headquartered in Waterbury, Vermont.

**Green Mountain Coffee Roasters Inc. (GMCR)**

**Green Mountain Coffee Roasters**
Income Statement
*Fiscal year ended September*
*($ thousands except per share data)*

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 137,444 | 161,536 | 224,305 | 336,112 | 492,517 | 786,135 | 1,356,775 | 2,650,899 | 1,158,216 | 885,052 | 869,194 | 946,736 | 3,859,198 | 1,339,059 | 1,004,792 | 967,072 | 1,047,177 | 4,358,100 | 1,464,913 | 1,111,006 | 1,054,131 | 1,144,204 | 4,774,254 | 4,988,246 |
| % Change | 17.7% | 17.5% | 38.9% | 49.8% | 46.5% | 59.6% | 72.6% | 95.4% | 101.7% | 36.7% | 21.2% | 33.0% | 45.6% | 15.6% | 13.5% | 11.3% | 10.6% | 12.9% | 9.4% | 10.6% | 9.0% | 9.3% | 9.5% | 4.5% |
| Cost of Sales | 83,360 | 104,561 | 143,034 | 205,956 | 318,477 | 540,744 | 922,517 | 1,746,274 | 821,612 | 572,014 | 565,883 | 630,290 | 2,589,799 | 919,896 | 589,646 | 559,454 | 669,718 | 2,738,714 | 963,121 | 642,452 | 607,546 | 686,890 | 2,900,009 | 2,998,608 |
| % Change | 23.1% | 25.4% | 36.8% | 44.0% | 54.6% | 69.8% | 70.6% | 89.3% | 90.8% | 41.3% | 24.9% | 37.7% | 48.3% | 12.0% | 3.1% | -1.1% | 6.3% | 5.8% | 4.7% | 9.0% | 8.6% | 2.6% | 5.9% | 3.4% |
| **Gross Profit** | **54,084** | **56,975** | **81,271** | **130,156** | **174,040** | **245,391** | **434,258** | **904,625** | **336,604** | **313,038** | **303,311** | **316,446** | **1,269,399** | **419,163** | **415,146** | **407,618** | **377,459** | **1,619,386** | **501,792** | **468,554** | **446,585** | **457,314** | **1,874,245** | **1,989,638** |
| % Change | 10.4% | 5.3% | 42.6% | 60.2% | 33.7% | 41.0% | 77.0% | 108.3% | 134.4% | 28.9% | 14.9% | 24.5% | 40.3% | 24.5% | 32.6% | 34.4% | 19.3% | 27.6% | 19.7% | 12.9% | 9.6% | 21.2% | 15.7% | 6.2% |
| Selling & Operating Expenses | 29,738 | 31,517 | 46,808 | 72,144 | 90,882 | 121,350 | 186,418 | 348,696 | 141,358 | 111,105 | 117,982 | 111,048 | 481,493 | 171,845 | 124,781 | 136,742 | 127,062 | 560,430 | 205,088 | 144,431 | 154,957 | 161,333 | 665,809 | 728,284 |
| % Change | 7.6% | 6.0% | 48.5% | 54.1% | 26.0% | 33.5% | 53.6% | 87.1% | 80.6% | 39.3% | 23.5% | 16.7% | 38.1% | 21.6% | 12.3% | 15.9% | 14.4% | 16.4% | 19.3% | 15.7% | 13.3% | 21.0% | 18.8% | 9.4% |
| G&A Expenses | 9,493 | 9,554 | 17,112 | 30,781 | 41,759 | 47,655 | 66,689 | 127,235 | 37,286 | 39,626 | 41,130 | 48,308 | 166,350 | 52,622 | 65,814 | 65,201 | 59,803 | 243,440 | 58,597 | 73,326 | 70,627 | 65,220 | 267,769 | 274,354 |
| % Change | 15.2% | 0.6% | 79.1% | 79.9% | 35.7% | 14.1% | 39.9% | 90.8% | 75.6% | 34.2% | 12.2% | 21.4% | 30.7% | 41.1% | 66.1% | 58.5% | 23.8% | 46.3% | 11.4% | 11.4% | 8.3% | 9.1% | 10.0% | 2.5% |
| **Operating Income** | **14,853** | **15,904** | **17,351** | **27,231** | **41,399** | **76,386** | **181,151** | **428,694** | **157,960** | **162,307** | **144,199** | **157,090** | **621,556** | **194,696** | **224,551** | **205,675** | **190,594** | **815,516** | **238,107** | **250,797** | **221,001** | **230,762** | **940,667** | **987,001** |
| % Change | 13.2% | 7.1% | 9.1% | 56.9% | 52.0% | 84.5% | 137.2% | 136.7% | 258.4% | 21.5% | 9.3% | 31.9% | 45.0% | 23.3% | 38.3% | 42.6% | 21.3% | 31.2% | 22.3% | 11.7% | 7.5% | 21.1% | 15.3% | 4.9% |
| Other income | 61 | 164 | 202 | 54 | (235) | (662) | (269) | (8,024) | 2,243 | 2,170 | (1,807) | 1,311 | 3,917 | (1,387) | (2,417) | (5,735) | 3,363 | (6,176) | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest expense | (282) | (498) | (2,261) | (6,176) | (5,705) | (4,693) | (5,294) | (40,557) | (6,463) | (6,042) | (6,157) | (4,321) | (22,983) | (5,730) | (3,814) | (3,937) | (4,696) | (18,177) | (4,696) | (4,696) | (4,696) | (4,696) | (18,784) | (18,784) |
| Pretax income | 14,632 | 15,570 | 15,292 | 21,109 | 35,459 | 71,031 | 175,588 | 380,113 | 153,740 | 158,435 | 136,235 | 154,080 | 602,490 | 187,579 | 218,320 | 196,003 | 189,261 | 791,163 | 233,411 | 246,101 | 216,305 | 226,066 | 921,883 | 968,217 |
| % Change | 15.8% | 6.4% | -1.8% | 38.0% | 68.0% | 100.3% | 147.2% | 116.5% | 361.1% | 36.5% | 15.0% | 37.3% | 58.5% | 22.0% | 37.8% | 43.9% | 22.8% | 31.3% | 24.4% | 12.7% | 10.4% | 19.4% | 16.5% | 5.0% |
| Income taxes | 5,731 | 6,122 | 6,351 | 8,552 | 13,789 | 27,149 | 64,682 | 131,303 | 57,477 | 56,526 | 53,080 | 52,964 | 220,047 | 71,239 | 77,251 | 71,154 | 53,080 | 272,724 | 86,362 | 91,057 | 80,033 | 83,644 | 341,097 | 353,399 |
| Minority interest | | | | | | | | 1,547 | 268 | 232 | 224 | 148 | 872 | 362 | 150 | 174 | 185 | 871 | 362 | 150 | 174 | 185 | 871 | 871 |
| **Net Income** | **7,825** | **8,956** | **7,978** | **12,557** | **21,670** | **43,882** | **110,906** | **247,263** | **95,995** | **101,677** | **82,931** | **100,968** | **381,571** | **115,978** | **140,919** | **124,675** | **135,996** | **517,568** | **146,687** | **154,894** | **136,098** | **142,236** | **579,915** | **613,947** |
| % Change | 24.9% | 14.5% | -10.9% | 57.4% | 72.6% | 102.5% | 152.7% | 122.9% | 264.1% | 43.3% | 9.5% | 36.1% | 54.3% | 20.8% | 38.6% | 50.3% | 34.7% | 35.6% | 26.5% | 9.9% | 9.2% | 4.6% | 12.0% | 5.9% |
| Shares outstanding | 100,026 | 103,411 | 106,773 | 111,354 | 115,042 | 120,371 | 137,868 | 152,513 | 159,368 | 159,375 | 159,300 | 158,095 | 158,967 | 152,709 | 152,310 | 152,869 | 153,281 | 152,789 | 153,401 | 153,521 | 153,641 | 153,761 | 153,586 | 153,293 |
| % Change | 359.3% | 3.4% | 3.3% | 4.3% | 3.3% | 4.6% | 14.5% | 10.6% | 8.4% | 8.0% | 3.9% | -0.7% | 4.2% | -4.2% | -4.4% | -4.0% | -3.0% | -3.9% | 0.5% | 0.8% | 0.5% | 0.3% | 0.5% | -0.2% |
| **Adj. EPS - non-GAAP** | **$0.08** | **$0.09** | **$0.07** | **$0.11** | **$0.19** | **$0.36** | **$0.80** | **$1.62** | **$0.60** | **$0.64** | **$0.52** | **$0.64** | **$2.40** | **$0.76** | **$0.93** | **$0.82** | **$0.89** | **$3.39** | **$0.96** | **$1.01** | **$0.89** | **$0.93** | **$3.78** | **$4.01** |
| % Change | -72.8% | 10.7% | -13.7% | 50.9% | 67.0% | 93.5% | 120.7% | 101.5% | 235.9% | 32.7% | 5.4% | 37.0% | 48.1% | 26.1% | 45.0% | 56.7% | 38.9% | 41.1% | 25.9% | 9.0% | 8.6% | 4.3% | 11.5% | 6.1% |
| Depreciation & Amortization | 4,674 | 6,048 | 9,308 | 15,139 | 13,500 | 23,305 | 30,346 | 78,455 | 27,124 | 31,723 | 34,912 | 47,947 | 141,706 | 45,323 | 45,522 | 51,427 | 48,667 | 190,939 | 54,388 | 54,626 | 61,712 | 58,400 | 229,127 | 263,496 |
| **EBITDA** | **18,451** | **21,460** | **26,459** | **42,838** | **55,912** | **98,609** | **211,497** | **507,149** | **185,084** | **194,030** | **179,111** | **205,037** | **763,262** | **240,019** | **270,073** | **257,102** | **239,261** | **1,006,455** | **292,495** | **305,424** | **282,713** | **289,162** | **1,169,794** | **1,250,497** |
| % Change | 9.6% | 16.3% | 23.3% | 61.9% | 30.5% | 76.4% | 114.5% | 139.8% | 227.7% | 25.4% | 17.0% | 43.6% | 50.5% | 29.7% | 39.2% | 43.5% | 16.7% | 31.9% | 21.9% | 13.1% | 10.0% | 20.9% | 16.2% | 6.9% |
| Capital Expenditures | 18,500 | 9,442 | 13,613 | 21,844 | 48,718 | 48,298 | 118,042 | 283,444 | 101,848 | 102,708 | 100,976 | 95,589 | 401,121 | 83,458 | 64,891 | 42,039 | 42,392 | 232,780 | 105,000 | 105,000 | 105,000 | 105,000 | 420,000 | 374,118 |
| % of sales | 13% | 6% | 6% | 6% | 10% | 6% | 9% | 11% | 9% | 12% | 12% | 10% | 10% | 6% | 6% | 4% | 4% | 5% | 7% | 9% | 10% | 9% | 9% | 8% |
| Gross Margin | 39.3% | 35.3% | 36.2% | 38.7% | 35.3% | 31.2% | 32.0% | 34.1% | 29.1% | 35.4% | 34.9% | 33.4% | 32.9% | 31.3% | 41.3% | 42.1% | 36.0% | 37.2% | 34.3% | 42.2% | 42.4% | 40.0% | 39.3% | 39.9% |
| S&O/Sales | 21.6% | 19.5% | 20.9% | 21.5% | 18.5% | 15.4% | 13.7% | 13.2% | 12.2% | 12.6% | 13.6% | 11.7% | 12.5% | 12.8% | 12.4% | 14.1% | 12.1% | 12.9% | 14.0% | 13.0% | 14.7% | 14.1% | 13.9% | 14.6% |
| G&A/Sales | 6.9% | 5.9% | 7.6% | 9.2% | 8.5% | 6.1% | 4.9% | 4.8% | 3.2% | 4.5% | 4.7% | 5.1% | 4.3% | 3.9% | 6.6% | 6.7% | 5.7% | 5.6% | 4.0% | 6.6% | 6.7% | 5.7% | 5.6% | 5.5% |
| Operating Margin | 10.8% | 9.8% | 7.7% | 8.1% | 8.4% | 9.7% | 13.4% | 16.2% | 13.6% | 18.3% | 16.6% | 16.6% | 16.1% | 14.5% | 22.3% | 21.3% | 18.2% | 18.7% | 16.3% | 22.6% | 21.0% | 20.2% | 19.7% | 19.8% |
| EBITDA Margin | 13.4% | 13.3% | 11.8% | 12.7% | 11.4% | 12.5% | 15.6% | 19.1% | 16.0% | 21.9% | 20.6% | 21.7% | 19.8% | 17.9% | 26.9% | 26.6% | 22.8% | 23.1% | 20.0% | 27.5% | 26.8% | 25.3% | 24.5% | 25.1% |
| Pretax Margin | 10.6% | 9.6% | 6.8% | 6.3% | 7.2% | 9.0% | 12.9% | 14.3% | 13.3% | 17.9% | 15.7% | 16.3% | 15.6% | 14.0% | 21.7% | 20.3% | 18.1% | 18.2% | 15.9% | 22.2% | 20.5% | 19.8% | 19.3% | 19.4% |
| Tax Rate | 39.2% | 39.3% | 41.5% | 40.5% | 38.9% | 38.2% | 36.8% | 34.5% | 37.4% | 35.7% | 39.0% | 34.4% | 36.5% | 38.0% | 35.4% | 36.3% | 28.0% | 34.5% | 37.0% | 37.0% | 37.0% | 37.0% | 37.0% | 36.5% |
| Net Margin | 5.7% | 5.5% | 3.6% | 3.7% | 4.4% | 5.6% | 8.2% | 9.3% | 8.3% | 11.5% | 9.5% | 10.7% | 9.9% | 8.7% | 14.0% | 12.9% | 13.0% | 11.9% | 10.0% | 13.9% | 12.9% | 12.4% | 12.1% | 12.3% |

*Note: EBITDA calculations control for amortization of intangibles excluded from SG&A.*
*Source: Company Reports, Stifel Estimates.*

# Green Mountain Coffee Roasters Inc. (GMCR)

January 30, 2014

**Green Mountain Coffee Roasters**
**Keurig Segment**
*Fiscal year ended September*
*($ thousands except per share data)*

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREWERS** | | | | | | | | | | | | | | | | | | | | | | |
| **Keurig Brewers Shipped** | | | | | | | | | | | | | | | | | | | | | | |
| At-Home Brewers | 224 | 420 | 882 | 2,251 | 4,115 | 5,691 | 3,901 | 1,372 | 1,355 | 1,811 | 8,441 | 4,526 | 1,200 | 1,340 | 2,370 | 9,436 | 5,205 | 1,440 | 1,407 | 2,489 | 10,540 | 10,277 |
| Away-from-Home Brewers | 19 | 59 | 100 | 98 | 127 | 143 | 53 | 32 | 41 | 64 | 189 | 56 | 30 | 41 | 100 | 227 | 62 | 35 | 45 | 108 | 249 | 267 |
| Total Keurig Brewers Shipped | 243 | 479 | 982 | 2,349 | 4,242 | 5,834 | 3,955 | 1,404 | 1,396 | 1,875 | 8,630 | 4,582 | 1,230 | 1,381 | 2,470 | 9,663 | 5,266 | 1,475 | 1,452 | 2,596 | 10,789 | 10,544 |
| % Change | 71% | 97% | 105% | 139% | 81% | 38% | 80% | 18% | 27% | 39% | 48% | 16% | -12% | -1% | 32% | 12% | 15% | 20% | 5% | 5% | 12% | -2% |
| 2-Year CAGR | | | | 121% | 108% | 58% | 64% | 39% | 28% | 25% | 43% | 44% | 2% | 12% | 36% | 29% | 15% | 2% | 2% | 18% | 12% | 4% |
| Partner Brewers Shipped | | | | | 85 | 602 | 240 | 100 | 100 | 200 | 640 | 350 | 132 | 118 | 170 | 770 | 350 | 132 | 118 | 170 | 770 | 731 |
| **Cumulative Brewers Shipped to Date** | | | | | | | | | | | | | | | | | | | | | | |
| At-Home Brewers | | | | | 8,104 | 14,397 | 18,538 | 20,011 | 21,466 | 23,478 | 23,478 | 28,353 | 29,685 | 31,143 | 33,683 | 33,683 | 39,237 | 40,809 | 42,334 | 44,992 | 44,992 | 55,269 |
| Away-from-Home Brewers | 473 | 952 | 1,935 | 4,284 | 507 | 650 | 703 | 735 | 775 | 839 | 839 | 895 | 925 | 966 | 1,066 | 1,066 | 1,128 | 1,162 | 1,207 | 1,315 | 1,315 | 1,582 |
| Total | | | | | 8,611 | 15,047 | 19,241 | 20,745 | 22,241 | 24,317 | 24,317 | 29,248 | 30,610 | 32,109 | 34,749 | 34,749 | 40,365 | 41,971 | 43,541 | 46,307 | 46,307 | 56,851 |
| **Obsolescence Rate** | | | | | | | | | | | | | | | | | | | | | | |
| At-Home Brewers | | | | | 19% | 25% | 25% | 25% | 25% | 25% | 25% | 29% | 29% | 29% | 29% | 29% | 33% | 33% | 33% | 33% | 33% | 36% |
| Away-from-Home Brewers | | | | | 45% | 50% | 50% | 50% | 50% | 50% | 50% | 60% | 60% | 60% | 60% | 60% | 65% | 65% | 65% | 65% | 65% | 72% |
| Overall Obsolescence Rate | | | | | 22% | 26% | 26% | 26% | 26% | 26% | 26% | 31% | 31% | 31% | 31% | 31% | 35% | 35% | 35% | 35% | 35% | 38% |
| **Average Brewers In Use** | | | | | | | | | | | | | | | | | | | | | | |
| At-Home Brewers | | | | | | | 11,849 | 13,429 | 14,764 | 16,186 | | 18,158 | 19,617 | 20,864 | 22,390 | | 24,339 | 25,841 | 27,102 | 28,623 | | 31,915 |
| Away-from-Home Brewers | 291 | 565 | 1,103 | 2,344 | 4,839 | 8,595 | 329 | 348 | 368 | 394 | 14,417 | 376 | 373 | 380 | 403 | 20,640 | 399 | 403 | 413 | 436 | 26,889 | 444 |
| Average Units in Use | 26.5% | 94% | 95% | 113% | 106% | 78% | 12,178 | 13,777 | 15,132 | 16,580 | | 18,534 | 19,990 | 21,244 | 22,793 | | 24,738 | 26,243 | 27,515 | 29,060 | | 32,359 |
| % Change | | | | | | | 72% | 70% | 67% | 64% | 68% | 52% | 45% | 40% | 37% | 43% | 33% | 31% | 30% | 27% | 30% | 20% |
| **REVENUE DRIVERS** | | | | | | | | | | | | | | | | | | | | | | |
| **Brewer/Accesories Revenue** | | | | | 330,800 | 524,700 | 330,400 | 140,200 | 139,100 | 150,100 | 759,800 | 377,300 | 126,800 | 133,100 | 190,400 | 827,600 | 411,981 | 144,405 | 135,754 | 194,109 | 886,250 | 844,484 |
| y/y % change | | | | 195,700 | 69% | 59% | 76% | 21% | 32% | 30% | 45% | 14% | -10% | -4% | 27% | 9% | 9% | 14% | 2% | 2% | 7% | -5% |
| 2-year CAGR | | | | | 30% | 64% | 66% | 50% | 48% | 34% | 52% | 42% | 4% | 12% | 29% | 26% | 12% | 1% | -1% | 14% | 8% | 1% |
| Revenue per Brewer | | | | $83.3 | $79.6 | $91.2 | $83.5 | $99.9 | $99.6 | $80.0 | $88.0 | $82.4 | $103.1 | $96.4 | $77.1 | $85.6 | $78.2 | $97.9 | $93.5 | $74.8 | $82.1 | $80.1 |
| y/y % change | | | | | -4% | 15% | -2% | 3% | 4% | -6% | -3% | -1% | 3% | -3% | -4% | -3% | -5% | -5% | -3% | -3% | -4% | -3% |
| **K-Cup Revenue, excl Royalty** | | | | 410,400 | 834,400 | 1,705,600 | 715,700 | 655,000 | 638,000 | 700,200 | 2,708,900 | 863,700 | 793,500 | 751,700 | 777,900 | 3,186,800 | 958,304 | 886,809 | 840,219 | 875,161 | 3,560,493 | 3,797,628 |
| y/y % change | | | | 103% | 104% | 115% | 59% | 75% | 47% | 59% | 21% | 21% | 18% | 11% | 18% | 11% | 12% | 12% | 13% | 12% | 7% |
| 2-year CAGR | | | | | 43% | 104% | 102% | 75% | 76% | 68% | 80% | 61% | 39% | 24% | 28% | 37% | 16% | 16% | 15% | 12% | 15% | 9% |
| **K-Cup Revenue, Royalty** | | | | 25,300 | 22,000 | | | | | | | | | | | | | | | | | |
| K-Cups Shipped, GMCR | | | | 1,260,647 | 2,552,158 | 4,739,587 | 1,815,994 | 1,676,919 | 1,634,315 | 1,906,734 | 7,033,962 | 2,307,637 | 2,138,206 | 1,990,014 | 2,217,613 | 8,653,470 | 2,679,976 | 2,478,614 | 2,308,520 | 2,587,713 | 10,054,822 | 11,010,126 |
| y/y % change | | | | | 102% | 86% | 78% | 42% | 28% | 52% | 48% | 27% | 28% | 22% | 16% | 23% | 16% | 16% | 16% | 17% | 16% | 10% |
| 2-year CAGR | | | | | 42% | 94% | 33% | 19% | 13% | 23% | 66% | 50% | 35% | 25% | 33% | 35% | 21% | 22% | 19% | 16% | 20% | 13% |
| Revenue per K-Cup, GMCR | | | | $0.264 | $0.296 | $0.360 | $0.394 | $0.391 | $0.390 | $0.367 | $0.385 | $0.374 | $0.371 | $0.378 | $0.351 | $0.368 | $0.358 | $0.358 | $0.364 | $0.338 | $0.354 | $0.345 |
| y/y % change | | | | | 12% | 21% | 21% | 12% | 3% | -3% | 7% | -5% | -5% | -3% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -3% |
| Revenue per K-Cup, excl Royalty | | | | $0.326 | $0.327 | | | | | | | | | | | | | | | | | |
| K-Cups Shipped, Royalty | | | | 389,231 | 338,462 | | | | | | | | | | | | | | | | | |
| K-Cups Shipped, System-wide | | | | 1,649,878 | 2,890,619 | 4,739,587 | 1,825,120 | 1,693,857 | 1,650,824 | 1,916,315 | 7,086,116 | 2,345,159 | 2,226,718 | 2,123,814 | 2,457,189 | 9,152,880 | 3,062,829 | 2,890,512 | 2,748,239 | 3,146,155 | 11,847,735 | 13,936,869 |
| y/y % change | | | | 63% | 75% | 43% | 79% | 43% | 29% | 53% | 50% | 28% | 31% | 29% | 28% | 29% | 29% | 30% | 29% | 28% | 29% | 18% |
| 2-year CAGR | | | | | 69% | 69% | 68% | 53% | 55% | 52% | 57% | 51% | 37% | 29% | 40% | 39% | 31% | 31% | 29% | 28% | 29% | 23% |
| Non-GMCR K-Cups Shipped | | | | | | | 9,126 | 16,939 | 16,508 | 9,582 | 52,154 | 37,523 | 88,512 | 133,800 | 239,576 | 499,411 | 382,854 | 411,898 | 439,718 | 558,443 | 1,792,912 | 2,926,742 |
| Non-GMCR K-Cups % of System-Wide Share | | | | | | | | | | | 1% | | | | | 5% | | | | | 15% | 21% |
| K-Cup Attachment Rate per Brewer | 4.26 | 3.14 | 2.55 | 1.96 | 1.66 | 1.53 | 1.67 | 1.37 | 1.21 | 1.28 | 1.37 | 1.41 | 1.24 | 1.11 | 1.20 | 1.23 | 1.38 | 1.22 | 1.11 | 1.20 | 1.22 | 1.20 |
| % Change | | -26% | -19% | -23% | -15% | -8% | 5% | -13% | -23% | -7% | -11% | -16% | -9% | -8% | -7% | -10% | -2% | -1% | 0% | 0% | -1% | -2% |
| **Legacy Business/Van Houtte Revenue** | | | | 152,746 | 169,570 | 421,387 | 112,116 | 89,852 | 92,094 | 96,436 | 390,499 | 98,059 | 83,992 | 82,272 | 78,877 | 343,200 | 94,627 | 79,792 | 78,158 | 74,933 | 327,511 | 311,135 |
| y/y % change | | | | | 11% | 149% | 107% | -25% | -27% | -20% | -7% | -13% | -7% | -11% | -16% | -12% | -4% | -5% | -5% | -5% | -5% | -5% |
| **New Systems - Cold, Water, etc** | | | | | | | | | | | | | | | | | | | | | | 35,000 |
| **Total Revenue** | | | | 784,146 | 1,356,770 | 2,651,687 | 1,158,216 | 885,052 | 869,194 | 946,736 | 3,859,199 | 1,339,059 | 1,004,292 | 967,072 | 1,047,177 | 4,357,600 | 1,464,913 | 1,111,006 | 1,054,131 | 1,144,204 | 4,774,254 | 4,988,246 |
| y/y % change | | | | | 73% | 95% | 101% | 37% | 21% | 13% | 46% | 16% | 13% | 11% | 21% | 13% | 9% | 11% | 10% | 9% | 10% | 4% |
| 2-year CAGR | | | | | 32% | 84% | 83% | 66% | 66% | 59% | 69% | 53% | 25% | 16% | 21% | 28% | 12% | 12% | 10% | 10% | 11% | 7% |

**K-Cups**

| | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Total K-Cup Shipped per Brewer | 186,828 | 334,623 | 596,707 | 1,153,684 | 2,315,500 |
| At-Home Brewers | 259,699 | 303,436 | 415,647 | 497,698 | 575,119 |
| Away-from-Home Brewers | 446,527 | 638,059 | 1,012,354 | 1,649,878 | 2,890,619 |
| **Total K-Cups Shipped (system-wide)** | 43% | 43% | 59% | 63% | 75% |
| % Change | | | | | |
| 2-Year CAGR | | | | 61% | 69% |
| Total K-Cups Shipped (GMCR) | 253,150 | 359,063 | 578,933 | 956,503 | 2,391,130 |

*Note: Prior to its acquisition in June 2006, Keurig was a private company.*
*Note: Company did not disclose full quarterly restatements and thus quarters may not sum to annual amounts.*
*Source: Company Reports, Stifel Estimates.*

Page 7

**Green Mountain Coffee Roasters Inc. (GMCR)**                                                                                               January 30, 2014

**Green Mountain Coffee Roasters**
**K-Cup Pricing**
*Fiscal year ended September*

| | 2010 | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | F2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMCR Rev/K-Cup Wholesale, GMCR Brands | $0.327 | $0.343 | $0.360 | $0.360 | $0.38 | $0.362 | $0.405 | $0.405 | $0.405 | $0.380 | $0.399 | $0.391 | $0.391 | $0.405 | $0.373 | $0.390 | $0.387 | $0.389 | $0.397 | $0.360 | $0.383 | $0.374 |
| y/y % change | | | | | | 11% | 18% | 12% | 12% | -1% | 10% | -3% | -3% | 0% | -2% | -2% | -1% | -1% | -2% | -4% | -2% | -3% |

**Partner Agreement per unit Economics**

| | SBUX | SJM | DNKN | Private Label | Other |
|---|---|---|---|---|---|
| Coffee & Roasting Costs | $0.150 | $0.100 | $0.175 | $0.075 | $0.163 |
| Packaging Costs | $0.120 | $0.100 | $0.100 | $0.075 | $0.100 |
| G&A Costs | $0.023 | $0.023 | $0.023 | $0.023 | $0.023 |
| Total Costs | $0.293 | $0.223 | $0.298 | $0.173 | $0.286 |
| Margin to GMCR | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| GMCR Selling Price | $0.366 | $0.279 | $0.373 | $0.216 | $0.357 |
| GMCR Op Profit/Partner K-Cup | $0.073 | $0.056 | $0.075 | $0.043 | $0.071 |
| K-Cup Operating Margin | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |

**Partner Brands Share**

| | 2010 | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | F2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SBUX | | | | | | | 5% | 8% | 8% | 8% | 7% | 9% | 11% | 13% | 15% | 12% | 15% | 15% | 15% | 15% | 15% | 15% |
| SJM | | 2% | 4% | 5% | 5% | 4% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| DNKN | | | | | 1% | 0% | 1% | 3% | 3% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| Other (Eight O'Clock/Caribou) | | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% | 2% | 3% | 3% | 2% | 4% | 4% | 3% | 3% | 3% | 3% |
| Total | | 3% | 5% | 6% | 6% | 5% | 13% | 18% | 18% | 18% | 17% | 20% | 22% | 24% | 26% | 23% | 27% | 27% | 26% | 26% | 26% | 26% |
| Other Branded Share | | | | | | | | | | | | 1% | 3% | 5% | 6% | 4% | 8% | 9% | 10% | 11% | 10% | 13% |
| Private Label Share | | | | | | | 1% | 1% | 1% | 1% | 1% | 1% | 2% | 2% | 5% | 2% | 6% | 7% | 8% | 9% | 8% | 11% |
| GMCR-manufactured PL | | | | | | | | | | 1% | 0% | 0% | 1% | 1% | 1% | 1% | 2% | 2% | 2% | 2% | 2% | 3% |
| GMCR Share, excl. GMCR-manuf. PL | 100% | 97% | 95% | 94% | 94% | 95% | 87% | 81% | 81% | 81% | 83% | 78% | 74% | 69% | 63% | 71% | 60% | 58% | 56% | 54% | 57% | 50% |

*Source: Company Reports, Stifel Estimates, Symphony IRI.*

**Green Mountain Coffee Roasters Inc. (GMCR)**  
January 30, 2014

**Green Mountain Coffee Roasters**  
Balance Sheet  
*Fiscal year ended September*  
*($ thousands except per share data)*

| | 4Q04 | 4Q05 | 4Q06 | 4Q07 | 4Q08 | 4Q09 | 4Q10 | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 1Q13 | 2Q13 | 3Q13 | 4Q13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | |
| **Current** | | | | | | | | | | | | | | | | | | | |
| Cash & equivalents, including restricted cash | 4,514 | 6,450 | 1,274 | 3,172 | 965 | 292,091 | 4,756 | 62,924 | 64,502 | 106,789 | 40,512 | 93,198 | 155,205 | 149,084 | 71,173 | 98,530 | 221,723 | 352,918 | 260,652 |
| Accounts receivable | 13,776 | 16,548 | 30,071 | 39,373 | 54,782 | 91,559 | 172,200 | 238,068 | 226,773 | 229,420 | 310,321 | 412,464 | 300,713 | 265,862 | 363,771 | 432,692 | 312,880 | 333,593 | 467,976 |
| Inventory | 9,580 | 14,072 | 31,796 | 38,909 | 85,311 | 132,182 | 262,478 | 269,132 | 300,760 | 417,496 | 672,248 | 606,679 | 602,121 | 667,005 | 768,437 | 587,321 | 587,281 | 586,263 | 676,089 |
| Other current assets | 616 | 1,274 | 2,816 | 2,811 | 4,886 | 11,384 | 23,488 | 50,050 | 59,636 | 53,371 | 53,957 | 33,848 | 45,856 | 23,812 | 35,019 | 11,916 | 42,072 | 70,410 | 46,891 |
| Income taxes receivable | – | – | 618 | – | – | – | 5,350 | – | 10,526 | 10,736 | 18,258 | 1,645 | 2,576 | 7,810 | 32,943 | 44,534 | 6,496 | 2,157 | 11,747 |
| Deferred income taxes | 983 | 1,346 | 1,384 | 3,558 | 6,146 | 10,151 | 26,997 | 24,626 | 23,713 | 27,186 | 36,231 | 35,675 | 46,251 | 45,598 | 51,613 | 51,417 | 51,104 | 51,628 | 58,137 |
| **Total Current Assets** | **29,469** | **39,690** | **67,959** | **87,823** | **152,090** | **537,367** | **495,269** | **644,800** | **685,910** | **844,998** | **1,131,527** | **1,183,509** | **1,152,722** | **1,159,171** | **1,322,956** | **1,226,410** | **1,221,556** | **1,396,969** | **1,521,492** |
| Fixed assets | 36,502 | 39,507 | 48,811 | 65,692 | 97,678 | 135,981 | 258,923 | 389,608 | 429,595 | 499,076 | 579,219 | 674,764 | 793,293 | 846,323 | 944,296 | 969,297 | 977,298 | 973,246 | 985,563 |
| Intangibles | – | – | 39,019 | 34,208 | 29,396 | 36,478 | 220,005 | 573,935 | 569,016 | 555,416 | 529,494 | 520,820 | 516,491 | 496,793 | 498,352 | 481,600 | 462,241 | 439,035 | 435,216 |
| Goodwill | 1,446 | 1,446 | 75,305 | 73,840 | 73,953 | 99,600 | 386,416 | 769,401 | 808,881 | 806,613 | 789,305 | 792,700 | 801,690 | 791,197 | 808,076 | 802,337 | 793,405 | 779,639 | 788,184 |
| Investments in associates | 10,604 | 9,765 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Other long-term assets | 311 | 739 | 2,912 | 2,964 | 4,531 | 3,979 | 9,961 | 161,509 | 176,358 | 168,319 | 168,342 | 46,464 | 45,011 | 43,646 | 42,109 | 39,396 | 35,710 | 34,494 | 31,093 |
| **Total Assets** | **78,332** | **91,147** | **234,006** | **264,527** | **357,648** | **813,405** | **1,370,574** | **2,539,253** | **2,669,760** | **2,874,422** | **3,197,887** | **3,218,257** | **3,309,207** | **3,337,130** | **3,615,789** | **3,519,040** | **3,490,210** | **3,623,383** | **3,761,548** |
| **Liabilities** | | | | | | | | | | | | | | | | | | | |
| **Current** | | | | | | | | | | | | | | | | | | | |
| Current portion of long-term debt | 3,259 | 3,530 | 97 | 63 | 33 | 5,030 | 19,009 | 8,476 | 11,328 | 5,238 | 6,664 | 8,343 | 9,742 | 9,271 | 6,691 | 8,247 | 9,796 | 9,789 | 12,929 |
| Current portion of capital lease obligations | – | – | – | – | – | – | – | – | – | – | 5 | – | – | – | 3,057 | 3,167 | 3,274 | 3,380 | 1,760 |
| Accounts payable | 8,382 | 11,228 | 23,124 | 37,778 | 43,821 | 79,772 | 139,220 | 148,034 | 154,697 | 209,572 | 265,511 | 247,505 | 246,899 | 215,153 | 279,577 | 282,342 | 213,946 | 227,036 | 312,170 |
| Accrued compensation costs | 2,737 | 1,929 | 6,736 | 7,027 | 11,669 | 17,264 | 24,236 | 24,607 | 31,899 | 40,095 | 43,260 | 29,744 | 36,796 | 37,913 | 38,458 | 38,893 | 58,836 | 73,431 | – |
| Accrued expenses | 3,028 | 5,054 | 7,978 | 9,866 | 14,645 | 19,895 | 49,279 | 75,750 | 72,837 | 76,895 | 92,120 | 133,710 | 120,436 | 108,085 | 132,992 | 161,414 | 143,493 | 145,999 | 242,427 |
| Income taxes payable | 23 | 717 | – | 1,443 | 2,079 | 1,225 | 1,934 | 2,922 | 3,088 | 2,924 | 9,617 | 39,081 | 48,012 | 77,626 | 29,322 | 16,438 | 12,372 | – | – |
| Deferred income taxes, net | – | – | – | – | – | – | – | 26,097 | 36,876 | 1,888 | 243 | 245 | – | – | 245 | 241 | 236 | 229 | 233 |
| Other current liabilities | 317 | 60 | 874 | 871 | 673 | 3,257 | 4,377 | 11,181 | 19,786 | 59,094 | 53,954 | 33,064 | 27,181 | 23,827 | 29,645 | 24,123 | 16,357 | 12,960 | 27,544 |
| **Total Current Liabilities** | **17,746** | **22,518** | **38,809** | **57,048** | **72,920** | **126,443** | **238,055** | **297,067** | **330,511** | **395,706** | **471,374** | **491,692** | **489,066** | **471,875** | **519,987** | **534,865** | **458,310** | **472,824** | **597,063** |
| Long-term debt | 14,039 | 5,218 | 102,871 | 90,050 | 123,517 | 73,013 | 335,504 | 1,076,541 | 1,048,399 | 416,676 | 575,969 | 471,344 | 431,471 | 399,841 | 466,984 | 342,385 | 272,885 | 228,296 | 160,221 |
| Capital lease obligations | – | – | – | – | – | – | – | – | – | – | – | – | – | – | 54,794 | 60,536 | 64,798 | 75,801 | 76,061 |
| Deferred income taxes | 2,132 | 3,019 | 17,386 | 18,330 | 21,691 | 26,599 | 92,579 | 167,632 | 195,952 | 195,879 | 189,637 | 196,049 | 211,013 | 212,101 | 270,348 | 271,775 | 269,382 | 271,765 | 252,867 |
| Other long-term liabilities | – | – | – | – | – | – | 5,191 | 34,646 | 29,029 | 28,768 | 27,658 | 18,082 | 18,229 | 28,603 | 32,544 | 26,987 | 25,687 | 23,858 | 28,721 |
| **Total Liabilities** | **16,171** | **8,237** | **120,257** | **108,380** | **145,208** | **99,612** | **433,274** | **1,278,819** | **1,273,380** | **641,323** | **793,264** | **685,475** | **660,713** | **640,545** | **824,670** | **701,683** | **632,752** | **599,720** | **517,870** |
| **Shareholders' Equity** | | | | | | | | | | | | | | | | | | | |
| Common stock | 826 | 864 | 879 | 2,470 | 2,549 | 13,081 | 13,282 | 14,157 | 14,200 | 15,304 | 15,447 | 15,477 | 15,521 | 15,553 | 15,268 | 14,867 | 14,892 | 15,053 | 15,026 |
| Additional paid-in capital | 22,884 | 29,651 | 36,070 | 45,704 | 63,607 | 441,875 | 473,749 | 725,984 | 737,616 | 1,456,662 | 1,499,616 | 1,507,912 | 1,522,283 | 1,534,166 | 1,464,560 | 1,376,699 | 1,373,366 | 1,430,104 | 1,387,322 |
| Retained earnings | 28,739 | 37,695 | 46,138 | 58,981 | 81,280 | 134,338 | 213,844 | 216,073 | 280,934 | 337,000 | 411,727 | 516,247 | 609,307 | 678,891 | 771,200 | 878,703 | 1,009,985 | 1,126,164 | 1,252,407 |
| Accumulated other comprehensive income | (698) | (482) | (811) | (720) | (580) | (1,944) | (1,630) | 1,901 | 12,899 | 7,680 | (14,575) | (9,454) | 1,065 | (13,728) | 10,200 | 2,368 | (9,779) | (30,720) | (19,185) |
| Treasury & ESOP stock | (7,336) | (7,336) | (7,336) | (7,336) | (7,336) | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Noncontrolling interests | – | – | – | – | – | – | – | 5,252 | 20,220 | 20,747 | 21,034 | 10,908 | 11,252 | 9,828 | 9,904 | 9,855 | 10,684 | 10,238 | 11,045 |
| **Total Shareholders' Equity** | **44,415** | **60,392** | **74,940** | **99,099** | **139,520** | **587,350** | **699,245** | **963,367** | **1,065,869** | **1,837,393** | **1,933,249** | **2,041,090** | **2,159,428** | **2,224,710** | **2,271,132** | **2,282,492** | **2,399,148** | **2,550,839** | **2,646,615** |
| **Total Liabilities & Shareholder's Equity** | **78,332** | **91,147** | **234,006** | **264,527** | **357,648** | **813,405** | **1,370,574** | **2,539,253** | **2,669,760** | **2,874,422** | **3,197,887** | **3,218,257** | **3,309,207** | **3,337,130** | **3,615,789** | **3,519,040** | **3,490,210** | **3,623,383** | **3,761,548** |

*Note. Company did not disclose full quarterly restatements and thus quarters may not sum to annual amounts.*  
*Source: Company Reports, Stifel Estimates.*

**Green Mountain Coffee Roasters Inc. (GMCR)**  
January 30, 2014

**Green Mountain Coffee Roasters**
**Cash Flow Statement**
*Fiscal year ended September*
*($ thousands except per share data)*

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13 | 3Q13 | 4Q13 | 2013 | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | | | | | | | | | |
| Net income | 7,825 | 8,956 | 8,443 | 12,843 | 21,669 | 54,439 | 79,506 | 201,048 | 104,682 | 93,263 | 73,520 | 92,035 | 363,500 | 107,945 | 132,571 | 116,446 | 127,141 | 484,103 | 579,915 | 613,947 |
| Depreciation | 4,674 | 6,048 | 9,308 | 15,139 | 13,500 | 17,987 | 29,484 | 72,297 | 25,611 | 30,211 | 33,399 | 46,435 | 135,656 | 43,810 | 44,010 | 49,914 | 46,080 | 183,814 | 229,127 | 263,496 |
| Amortization of intangibles | | | | | 4,812 | 5,318 | 14,973 | 41,339 | 11,453 | 11,568 | 11,475 | 11,495 | 45,991 | 11,535 | 11,404 | 11,295 | 11,145 | 45,379 | 45,343 | 45,344 |
| Amortization of deferred financing fees | | | | | | 541 | 862 | 6,158 | 1,513 | 1,512 | 1,513 | 1,512 | 6,050 | 1,513 | 1,512 | 1,513 | 2,587 | 7,125 | | |
| Provision for doubtful accounts | 253 | 315 | 374 | 620 | 1,159 | 243 | 610 | 2,584 | 1,422 | 234 | 428 | 1,113 | 3,197 | 668 | (683) | 83 | 621 | 689 | | |
| Provision for sales returns | | | | | 8,251 | 15,943 | 40,139 | 64,457 | 54,630 | 12,772 | 15,768 | 24,266 | 107,436 | 44,809 | 14,003 | 397 | 20,538 | 79,747 | | |
| Loss on financial instruments, net | 73 | (163) | 842 | (3) | 6 | 264 | (188) | 3,292 | 1,383 | 2,197 | (3,468) | 6,198 | 6,310 | (755) | (3,092) | (4,025) | 3,365 | (4,507) | | |
| Change in accumulated other income | (61) | 58 | (476) | 36 | | | | | | | | | | | | | | | | |
| Deferred compensation and stock compensation | 46 | 176 | 1,846 | 4,603 | 6,455 | 6,819 | 8,110 | 10,575 | 3,606 | 5,730 | 4,475 | 4,268 | 18,079 | 6,165 | 9,049 | 6,179 | 4,922 | 26,315 | 26,315 | 26,315 |
| Excess tax benefits from equity-based compensation | | | | | (6,168) | (10,761) | (14,590) | (67,813) | (3,908) | (7,264) | (1,277) | 379 | (12,070) | (2,975) | (6,588) | (38,282) | (6,854) | (54,699) | | |
| Deferred income taxes | 788 | 157 | (49) | 138 | 549 | 1,683 | (6,931) | (8,828) | 5,636 | 2,689 | 4,873 | 47,658 | 60,856 | 2,934 | (33) | 5,893 | (26,495) | (17,701) | (17,701) | (17,701) |
| Other current assets | 2,224 | 3,236 | 2,157 | 379 | (46) | 1,277 | 1,236 | 15,515 | (30,732) | (1,459) | 4,849 | (6,284) | (33,626) | 3,019 | 4,849 | 8,790 | (6,740) | 9,918 | 9,918 | 9,918 |
| Total | 15,822 | 18,783 | 22,445 | 33,755 | 50,187 | 93,753 | 153,211 | 340,624 | 175,296 | 151,453 | 145,555 | 229,075 | 701,379 | 218,668 | 207,002 | 158,203 | 176,310 | 760,183 | 872,917 | 941,319 |
| Net change in working capital | | | | | | | | | | | | | | | | | | | | |
| Accounts receivable | (1,321) | (3,087) | (7,906) | (9,922) | (24,819) | (52,963) | (102,297) | (157,329) | (155,553) | 100,007 | 17,651 | (121,422) | (159,317) | (115,282) | 105,455 | (22,905) | (154,489) | (187,221) | | |
| Inventory | (2,115) | (4,492) | (8,626) | (6,983) | (44,662) | (47,650) | (116,653) | (375,709) | 67,048 | 5,623 | (66,207) | (99,326) | (92,862) | 179,767 | (2,102) | (2,133) | (87,855) | 87,677 | | |
| Income tax receivable/payable, net | 299 | 694 | (1,335) | 2,061 | 6,422 | 10,769 | 10,065 | 63,487 | 49,953 | 15,097 | 25,982 | (74,575) | 16,457 | 11,475 | 7,762 | 29,668 | (2,615) | 46,290 | | |
| Other current and long-term assets | 116 | (813) | (1,290) | (193) | (1,896) | (2,356) | (16,041) | (12,169) | (6,317) | (11,990) | 21,713 | (10,775) | (7,369) | (8,430) | 3,940 | (26,833) | 22,570 | (8,753) | | |
| Accounts payable, accrued expenses, and other | 1,268 | 2,571 | 5,489 | 8,969 | 8,667 | 25,834 | 41,007 | 106,202 | (25,535) | (12,889) | (20,706) | 41,462 | (17,668) | 53,389 | (49,668) | 35,361 | 94,450 | 133,532 | | |
| Accrued compensation costs | 681 | (808) | 3,031 | 291 | 4,090 | 6,147 | (1,830) | 2,233 | (13,295) | 6,893 | 1,378 | 116 | (4,908) | | | | | | | |
| Accrued expenses | 1,205 | 2,026 | 1,035 | 1,856 | 4,617 | 5,083 | 23,405 | 25,600 | 40,868 | (13,516) | (12,011) | 24,360 | 39,701 | | | | | | | |
| Other current and long-term liabilities | | | | | (660) | | 6,836 | 7,846 | (369) | (2,618) | 4,671 | 688 | 2,372 | (2,445) | (4,846) | (3,811) | 15,363 | 4,261 | | |
| Working Capital - Total | 133 | (3,909) | (9,602) | (3,921) | (48,241) | (55,136) | (155,508) | (339,839) | (43,200) | 86,607 | (27,529) | (239,472) | (223,594) | 118,474 | 60,541 | 9,347 | (112,576) | 75,786 | (100,000) | (75,000) |
| **Net cash provided by operating activities** | **15,955** | **14,874** | **12,843** | **29,834** | **1,946** | **38,617** | **(2,297)** | **785** | **132,096** | **238,060** | **118,026** | **(10,397)** | **477,785** | **337,142** | **267,543** | **167,550** | **63,734** | **835,969** | **772,917** | **866,319** |
| **Investing Activities** | | | | | | | | | | | | | | | | | | | | |
| Purchase of capital assets | (18,500) | (9,442) | (13,613) | (21,844) | (48,718) | (48,298) | (126,205) | (283,444) | (101,848) | (102,708) | (100,976) | (95,589) | (401,121) | (83,458) | (64,891) | (42,039) | (42,392) | (232,780) | (420,000) | (374,118) |
| Other investing activities | 488 | 713 | (100,559) | 187 | 407 | (91,199) | (407,230) | (904,228) | 146,118 | (7,276) | (990) | (2,376) | 135,476 | 3,661 | (417) | 109 | 3,860 | 7,213 | | |
| **Net cash used in investing activities** | **(18,012)** | **(8,729)** | **(114,172)** | **(21,657)** | **(48,311)** | **(139,497)** | **(533,435)** | **(1,187,672)** | **44,270** | **(109,984)** | **(101,966)** | **(97,965)** | **(265,645)** | **(79,797)** | **(65,308)** | **(41,930)** | **(38,532)** | **(225,567)** | | |
| **Financing Activities** | | | | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock, net | 930 | 4,341 | 2,189 | 3,123 | 5,653 | 378,046 | 8,788 | 955,787 | 811 | 1,417 | 6,164 | 3,700 | 12,092 | 1,127 | 8,207 | 12,430 | 8,013 | 29,777 | (100,000) | (200,000) |
| Repurchase of common stock | | | | | | | | | | | | (76,470) | (76,470) | (98,530) | (27,151) | | (62,597) | (188,278) | (153,586) | (153,293) |
| Dividend | | | | | | | | | | | | | | | | | | | | |
| Windfall tax benefit | | | 1,189 | 3,307 | 6,168 | 10,761 | 14,590 | 67,813 | 3,908 | 7,264 | 1,277 | (379) | 12,070 | 2,975 | 6,588 | 38,282 | 6,854 | 54,699 | | |
| Increase/decrease in long-term debt, net | 5,139 | (8,550) | 92,789 | (12,855) | 32,530 | 49,783 | 131,500 | (110,510) | (1,616) | (2,936) | (1,679) | (1,583) | (7,814) | (1,584) | (1,807) | (3,249) | (64,980) | (71,620) | | |
| Net change in revolving line of credit | | | | | | (96,584) | 145,000 | 333,835 | (113,074) | (69,740) | (25,864) | 99,951 | (108,727) | (120,000) | (64,949) | (41,261) | - | (226,210) | | |
| Deferred financing fees | | | | | | | (1,339) | (46,009) | | (2,526) | (1,107) | (3,303) | (7,558) | (755) | (792) | (1,049) | (5,692) | (8,288) | | |
| Capital lease obligations | | | | | | | (217) | (8) | (622) | (100) | (364) | 3,796 | 3,283 | (244) | (305) | (457) | (400) | (1,406) | | |
| Other financing activities | | | | | | | | (1,063) | (49) | | (21,573) | | (173,124) | | | | | | | |
| **Net cash used in financing activities** | **6,069** | **(4,209)** | **96,167** | **(6,425)** | **44,351** | **342,006** | **298,322** | **1,199,845** | **(110,642)** | **(66,621)** | **(21,573)** | **25,712** | **(173,124)** | **(217,011)** | **(80,209)** | **4,696** | **(118,802)** | **(411,326)** | | |
| Change in cash balances in assets held for sale | | | | | | | | (5,160) | 5,160 | | (1,502) | 1,951 | 5,160 | (98) | 619 | 719 | 1,487 | 2,727 | | |
| Effect of exchange rate changes | | | | | | | | 790 | 238 | 437 | | | 1,124 | | | | | | | |
| Net Increase (Decrease) in Cash | 4,012 | 1,936 | (5,162) | 1,752 | (2,014) | 241,126 | (237,410) | 8,588 | 71,122 | 61,892 | (7,015) | (80,699) | 45,300 | 40,236 | 122,645 | 131,035 | (92,113) | 201,803 | | |
| **Free Cash Flow\*** | **(2,545)** | **5,432** | **(770)** | **7,990** | **(46,772)** | **(9,681)** | **(128,502)** | **(282,659)** | **30,248** | **135,352** | **17,050** | **(105,986)** | **76,664** | **253,684** | **202,652** | **125,511** | **21,342** | **603,189** | **352,917** | **492,200** |
| % Change | (157.0%) | (313.4%) | (114.2%) | NA | (685.4%) | (79.3%) | 1,227.4% | NA | | | | | NA | | | | | 686.8% | (41.5%) | 39.5% |

*\* Cashflow from operating activities net of capital expenditures.*
*Note: Company did not disclose full quarterly restatements and thus quarters may not sum to annual amounts.*
*Source: Company Reports, Stifel Estimates.*

**Green Mountain Coffee Roasters Inc. (GMCR)**                                                                 January 30, 2014

**Green Mountain Coffee Roasters**
**Return on Invested Capital**
*Fiscal year ended September*
*($ thousands except per share data)*

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Return on Invested Capital** | **16.5%** | **17.1%** | **15.8%** | **8.8%** | **11.4%** | **13.1%** | **16.2%** | **16.6%** | **16.9%** | **18.6%** | **19.8%** | **21.6%** | **21.5%** |
| Reported Net Income | 6,266.0 | 7,825.0 | 8,956.0 | 7,978.0 | 12,557.0 | 21,669.8 | 43,882.0 | 110,906.0 | 247,263.2 | 381,571.0 | 517,567.9 | 579,915.3 | 613,946.8 |
| + After-tax Interest Expense | 315.3 | 171.5 | 302.2 | 1,322.0 | 3,673.9 | 3,486.5 | 2,899.3 | 3,343.8 | 26,547.4 | 14,588.9 | 11,911.2 | 11,833.9 | 11,927.8 |
| *Tax Rate* | *41.5%* | *39.2%* | *39.3%* | *41.5%* | *40.5%* | *38.9%* | *38.2%* | *36.8%* | *34.5%* | *36.5%* | *34.5%* | *37.0%* | *36.5%* |
| + Amortization | 200.0 | 200.0 | 200.0 | 1,402.0 | 4,811.0 | 4,812.0 | 5,318.0 | 14,973.0 | 41,339.0 | 45,991.0 | 48,290.6 | 50,705.1 | 53,240.3 |
| + Increase in Defd. Taxes | 803.0 | 788.0 | 157.0 | (49.0) | 138.0 | 549.0 | 1,683.0 | (6,931.0) | (8,828.0) | 60,856.0 | (17,701.0) | (17,701.0) | (17,701.0) |
| **Net Op. Profit After-tax** | **7,584.3** | **8,984.5** | **9,615.2** | **10,653.0** | **21,179.9** | **30,517.3** | **53,782.3** | **122,291.8** | **306,321.6** | **503,006.9** | **560,068.6** | **624,753.3** | **661,414.0** |
| Common Equity | 35,148.0 | 44,415.0 | 60,392.0 | 74,940.0 | 99,099.0 | 139,520.0 | 587,350.0 | 699,245.0 | 1,933,249.0 | 2,271,132.0 | 2,646,615.0 | 3,226,530.3 | 3,840,477.1 |
| + Net Debt | 11,529.0 | 12,784.0 | 2,298.0 | 101,694.0 | 86,941.0 | 122,585.0 | (214,048.0) | 349,757.0 | 542,126.0 | 460,353.0 | (9,681.0) | (453,348.1) | (945,548.3) |
| + Accum. Amortization | 500.0 | 700.0 | 900.0 | 2,302.0 | 7,113.0 | 11,925.0 | 17,243.0 | 32,216.0 | 73,555.0 | 119,546.0 | 167,836.6 | 218,541.6 | 271,782.0 |
| **Total Capital Employed** | **47,177.0** | **57,899.0** | **63,590.0** | **178,936.0** | **193,153.0** | **274,030.0** | **390,545.0** | **1,081,218.0** | **2,548,930.0** | **2,851,031.0** | **2,804,770.6** | **2,991,723.8** | **3,166,710.8** |

*Source: Company Reports, Stifel Estimates.*

### Important Disclosures and Certifications

I, Mark S. Astrachan, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Mark S. Astrachan, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. For our European Conflicts Management Policy go to the research page at www.stifel.com.



**For a price chart with our ratings and target price changes for GMCR go to http://sf.bluematrix.com/bluematrix/Disclosure?ticker=GMCR**

Stifel makes a market in the securities of Green Mountain Coffee Roasters Inc..

Stifel research analysts receive compensation that is based upon (among other factors) Stifel's overall investment banking revenues.

Our investment rating system is three tiered, defined as follows:

BUY -For U.S. securities we expect the stock to outperform the S&P 500 by more than 10% over the next 12 months. For Canadian securities we expect the stock to outperform the S&P/TSX Composite Index by more than 10% over the next 12 months. For other non-U.S. securities we expect the stock to outperform the MSCI World Index by more than 10% over the next 12 months. For yield-sensitive securities, we expect a total return in excess of 12% over the next 12 months for U.S. securities as compared to the S&P 500, for Canadian securities as compared to the S&P/TSX Composite Index, and for other non-U.S. securities as compared to the MSCI World Index.

HOLD -For U.S. securities we expect the stock to perform within 10% (plus or minus) of the S&P 500 over the next 12 months. For Canadian securities we expect the stock to perform within 10% (plus or minus) of the S&P/TSX Composite Index. For other non-U.S. securities we expect the stock to perform within 10% (plus or minus) of the MSCI World Index. A Hold rating is also used for yield-sensitive securities where we are comfortable with the safety of the dividend, but believe that upside in the share price is limited.

SELL -For U.S. securities we expect the stock to underperform the S&P 500 by more than 10% over the next 12 months and believe the stock could decline in value. For Canadian securities we expect the stock to underperform the S&P/TSX Composite Index by more than 10% over the next 12 months and believe the stock could decline in value. For other non-U.S. securities we expect the stock to underperform the MSCI World Index by more than 10% over the next 12 months and believe the stock could decline in value.

Of the securities we rate, 49% are rated Buy, 49% are rated Hold, and 2% are rated Sell.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 19%, 9% and 0% of the companies whose shares are rated Buy, Hold and Sell, respectively.

## Additional Disclosures

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all Buy-rated stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

Stifel is a multi-disciplined financial services firm that regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions. Moreover, Stifel and its affiliates and their respective shareholders, directors, officers and/or employees, may from time to time have long or short positions in such securities or in options or other derivative instruments based thereon.

These materials have been approved by Stifel Europe Limited, authorized and regulated by the Financial Conduct Authority (FCA) in the UK, in connection with its distribution to professional clients and eligible counterparties in the European Economic Area. (Stifel Europe Limited home office: London +44 20 7557 6030.) No investments or services mentioned are available in the European Economic Area to retail clients or to anyone in Canada other than a Designated Institution. This investment research report is classified as objective for the purposes of the FCA rules. Please contact a Stifel entity in your jurisdiction if you require additional information.

## Additional Information Is Available Upon Request

© 2014 Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.
© 2014 Stifel Nicolaus Canada Inc. 79 Wellington Street West, 21st Floor Toronto, ON M5K 1B7.
All rights reserved.