# EXHIBIT 4



September 23, 2014
**CONSUMER: Packaged Foods & Meats**
Company Update

# Keurig Green Mountain, Inc.:
*GMCR: Introduction to the Smart Brewer; Insights into GMCR's Innovation Roadmap*

KeyBanc Capital Markets Inc.  
Member NYSE/FINRA/SIPC

Akshay S. Jagdale: (917) 368-2317 — ajagdale@key.com  
Lubi Kutua: (917) 368-2335 — lubi_j_kutua@key.com

| Rating | BUY |
|---|---|
| Price | $131.64 |
| 12-Mo. Price Target | $150.00 |
| Dividend | $1.00 |
| Yield | 0.8% |
| 52-Wk. Range | $57 - $137 |
| Trading Volume (000) | 1,869 |
| Market Cap. (mm) | $21,679.8 |
| Shares Out. (mm) | 164.69 |
| Book Value/Share | $20.86 |

### EPS (Net) Summary

| FY Sept | 2013A | 2014E | 2015E |
|---|---|---|---|
| 1Q | $0.76 | $0.96A | $1.06 |
| 2Q | $0.93 | $1.08A | $1.25 |
| 3Q | $0.82 | $0.99A | $1.10 |
| 4Q | $0.89 | $0.86 | $0.76 |
| YEAR | $3.39 | $3.89 | $4.17 |
| First Call | -- | $3.80E | $4.08E |
| P/E | 38.8x | 33.8x | 31.6x |

## ACTION STATEMENT

We are reiterating our **BUY** rating and $150 price target for Keurig Green Mountain, Inc. (GMCR-NASDAQ) as we now have a higher level of confidence in our Hot platform earnings power estimates. We have been closely following proceedings in the antitrust lawsuit against GMCR since it was filed in February 2014. Although Friday's announcement denying JBR an injunction is the most significant development in the case to date, we believe what is more relevant (than Friday's decision) to our investment thesis on GMCR is the story that emerges from reading thousands of pages of legal documents in the case. Overall, we have a much better understanding of the 2.0 brewer's interactive technology and GMCR's innovation roadmap after having reviewed most of the documents filed in the aforementioned case over the last seven months. Also, we maintain that it will be difficult for competitors to commercialize and legally produce their 2.0-compatible portion packs and that they will find it difficult to keep up with future iterations of the Hot platform's operating system.

Our positive thesis on GMCR is predicated on long-term earnings power of ~$8 to ~$12/share, ~$5 to ~$8 of which comes from the Hot platform and ~$3 to ~$4 of which comes from Cold. We have increased confidence in our Hot platform earnings power estimates following the aforementioned detailed review.

## KEY INVESTMENT POINTS

**Keurig's 2.0 interactive brewer technology is the first version of its so-called "smart" brewer.** The 2.0 machine is the first step of a multi-generational interactive system that recognizes packs and varieties for the purpose of properly brewing, understanding and maintaining integrity in and among different pack sizes and variety sizes. Essentially, the interactive technology is Keurig's attempt at creating a so-called "smart" brewer. Some of the challenges the 2.0 brewer was designed to overcome include issues related to the orientation of the cup relative to the needles, backward compatibility, making a carafe of coffee and creating simplicity from what otherwise might have been a complicated user interface (which is unattractive to consumers). A key part of the solution was to create an interactive platform, or a so-called "smart" brewer.

**Over time, we expect the Hot platform to include the ability to better recognize and brew different packs and varieties, including, but not limited to, Espresso, Brewed Over Ice Tea and Hot Tea.** At present, the 2.0 brewer is capable of reading essentially two signals, and the 2.0 uses those signals to understand what kind of a cup has been placed into the brewer. Over time, the goal of GMCR's business plan is to increase the number of signatures that can be read in order to increase the variety and "smartness" of the brewer as well as identify different beverage types, including espresso, hot tea and brewed over ice tea.

FOR IMPORTANT DISCLOSURES AND CERTIFICATIONS, PLEASE REFER TO PAGES 6 - 7 OF THIS NOTE.

**Keurig 2.0 has six unique recipes that are set forth for the user.** When you put a portion pack into the 2.0 brewer, the ink on the cup's lid is read and that reading goes into a microprocessor within the brewer, which then sets forth for the user the recipes that are appropriate for that particular cup or pack. Currently, if the portion pack is a K- cup, you get one recipe; if it is a carafe cup, you get a choice of six recipes, and the user then selects the recipe that matches the cup they inserted.

**Breaking down the various components of the 2.0 interactive system and how they interact to deliver specific recipes/user interfaces.** The lids for 2.0- compatible portion packs contain a special ink that can be read by the 2.0 brewer. Currently, there are two ink colors being used—one for K- cups and another for carafe cups. It is this ink signature that tells the brewer whether it is a K- cup or carafe cup and, if so, what recipe options to display on the user interface. Digging a bit deeper, a light- emitting diode hits the ink on the portion pack and fluoresces back a signal to the optical reader. The signal sent to the optical reader (from the ink) contains different wavelengths that are dependent upon the color of the ink and the spectrum of the rainbow. The microprocessor in the brewer then reads the wavelengths and tells the brewer whether it is a K- cup or carafe cup.

**Why use interactive technology?** We believe the interactive technology between the 2.0 portion packs and brewer is a sophisticated way of creating a "smart" brewer (which the Company was targeting)—one that is capable of recognizing different portion pack types and different beverage varieties while maintaining a simple user interface for the consumer. Given the disappointing rollout of the VUE brewer a few years ago (which has largely been attributed to an overly complex user interface and limited brand variety), we think the 2.0's design addresses the shortfalls of the VUE in many ways, while continuing to deliver all of the benefits that the VUE promised.

**Innovation roadmap gives us increased confidence in our Hot platform earnings power estimates.** Our increased understanding of GMCR's longer- term innovation strategy for the Hot platform gives us increased confidence in our earnings power estimates for Hot (our positive thesis on GMCR is predicated on long- term earnings power of ~$8 to ~$12/share, ~$5 to ~$8 of which comes from the Hot platform and ~$3 to ~$4 of which comes from Cold). Specifically, as the brewers become "smarter" and allow consumers to produce a wider variety of beverages at home with a greater degree of customization, we believe the brewers will likely become more attractive to consumers, thereby increasing GMCR's long- term household penetration potential. For perspective, we assume Keurig brewer household penetration of ~27.5% of total U.S. households (or ~33 million households) in our upside case, and we estimate that every 1 point increase in our assumption would result in ~$0.30 in incremental EPS.

## VALUATION
**Our price target of $150 values the stock at ~36x our FY15 EPS estimate compared to 28x for its consumer growth peers.** Our $150 price target values GMCR at a P/E multiple of 36.0x our FY15 EPS estimate of $4.17 and an EV/EBITDA multiple of ~18x. Currently, on our NTM EPS estimate, GMCR is trading at a P/E multiple of 30.9x (roughly an 11% premium to its consumer growth peers of about 28x) and an EV/EBITDA multiple of 15.3x (~8% premium to its consumer growth peers of around 14x). Excluding dilution from the KO/Lavazza equity transactions (~$0.22/share expected dilution in FY15), the stock is currently trading at roughly 29x our FY15 EPS estimates, which is slightly above its consumer growth peers of about 28x.

**Recent transaction comps support a higher valuation for GMCR.** We believe recent transaction comps, including Mondelez International's announced merger (May 2014) of its coffee business with D.E. Masters Blenders 1753 N.V. (which values the combined company at ~12.6x EV/EBITDA) and Joh. A. Benckiser Group's (JAB) bids for Peet's Coffee & Tea Inc. at about 19x EV/EBITDA (July 2012), Caribou Coffee Co. at about 10x EV/EBITDA (Dec 2012), and D.E. Masters Blenders 1753 N.V. at about 17x EV/EBITDA (March 2013), point to the possibility that GMCR could be undervalued at its current valuation of about 15.3x our NTM EBITDA estimates. Our $150 price target implies an EV/EBITDA multiple of ~18x our FY15 EBITDA estimate.

## RISKS
**Risks that could impede GMCR from achieving our price target include:** patent expirations (the two main patents associated with GMCR's "current generation" K- cups expired on September 16, 2012), volatile green coffee costs, competition from non- licensed K- cups and product quality issues.

### Figure 1. GMCR – Financial Summary

| ($ in millions) | FY10 | FY11 | FY12 | FY13 | 1Q14 | 2Q14 | 3Q14 | 4Q14E | FY14E | 1Q15E | 2Q15E | 3Q15E | 4Q15E | FY15E | FY16E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 1,357 | 2,651 | 3,859 | 4,358 | 1,387 | 1,103 | 1,022 | 1,171 | 4,683 | 1,677 | 1,343 | 1,215 | 1,480 | 5,716 | 7,012 |
| % change | 73% | 95% | 46% | 13% | 4% | 10% | 6% | 12% | 7% | 21% | 22% | 19% | 26% | 22% | 23% |
| Gross profit | 426 | 905 | 1,269 | 1,619 | 464 | 457 | 445 | 454 | 1,820 | 572 | 554 | 526 | 518 | 2,170 | 2,476 |
| Adjusted EBIT | 175 | 429 | 622 | 816 | 238 | 272 | 243 | 226 | 979 | 278 | 323 | 282 | 194 | 1,076 | 1,184 |
| % change | 129% | 145% | 45% | 31% | 22% | 21% | 18% | 18% | 20% | 17% | 19% | 16% | -14% | 10% | 10% |
| EBITDA | 204 | 501 | 757 | 999 | 286 | 328 | 298 | 273 | 1,185 | 340 | 394 | 345 | 256 | 1,335 | 1,584 |
| Adjusted pretax income | 170 | 374 | 600 | 798 | 236 | 270 | 241 | 223 | 970 | 275 | 320 | 279 | 191 | 1,065 | 1,174 |
| Adjusted net income | 106 | 249 | 382 | 518 | 146 | 170 | 163 | 141 | 620 | 173 | 202 | 176 | 120 | 671 | 740 |
| **Adjusted EPS (ex. amortization)** | **0.77** | **1.64** | **2.40** | **3.39** | **0.96** | **1.08** | **0.99** | **0.86** | **3.89** | **1.06** | **1.25** | **1.10** | **0.76** | **4.17** | **4.72** |
| % change | 111% | 113% | 47% | 41% | 27% | 16% | 21% | -3% | 15% | 10% | 16% | 11% | -12% | 7% | 13% |
| Operating cash flow | -2 | 1 | 478 | 836 | 273 | 321 | 230 | -100 | 723 | 292 | 443 | 286 | -119 | 902 | 873 |
| Free cash flow | -129 | -283 | 77 | 603 | 212 | 263 | 127 | -264 | 337 | 175 | 349 | 201 | -223 | 502 | 382 |
| Capex | 126 | 283 | 401 | 233 | 61 | 58 | 103 | 164 | 386 | 117 | 94 | 85 | 104 | 400 | 491 |
| Equity | 699 | 1,933 | 2,271 | 2,647 | 2,613 | 3,286 | 3,435 | 3,515 | 3,515 | 3,455 | 3,424 | 3,368 | 3,253 | 3,253 | 3,465 |
| Net debt | 350 | 570 | 473 | -9 | -89 | -843 | -930 | -599 | -599 | -533 | -642 | -602 | -140 | -140 | 35 |
| # of shares | 138 | 152 | 159 | 153 | 152 | 157 | 165 | 165 | 160 | 163 | 162 | 160 | 159 | 161 | 157 |
| Gross margin | 31.4% | 34.1% | 32.9% | 37.2% | 33.5% | 41.5% | 43.5% | 38.8% | 38.9% | 34.1% | 41.2% | 43.3% | 35.0% | 38.0% | 35.3% |
| SG&A/sales | 18.5% | 18.0% | 16.8% | 18.4% | 16.3% | 16.8% | 19.7% | 19.5% | 18.0% | 17.5% | 17.2% | 20.1% | 21.9% | 19.1% | 18.4% |
| EBIT margin | 12.9% | 16.2% | 16.1% | 18.7% | 17.2% | 24.6% | 23.8% | 19.3% | 20.9% | 16.6% | 24.0% | 23.2% | 13.1% | 18.8% | 16.9% |
| Net margin | 7.8% | 9.4% | 9.9% | 11.9% | 10.5% | 15.4% | 16.0% | 12.1% | 13.2% | 10.3% | 15.0% | 14.5% | 8.1% | 11.7% | 10.5% |
| FCF margin | -9.5% | -10.7% | 2.0% | 13.8% | 15.3% | 23.8% | 12.4% | -22.6% | 7.2% | 10.4% | 26.0% | 16.5% | -15.0% | 8.8% | 5.4% |

Source: Company filings, KeyBanc Capital Markets Inc. estimates

### Figure 2.  GMCR – Drivers of Sales Growth

| ($ in millions) | FY10 | FY11 | FY12 | FY13 | 1Q14 | 2Q14 | 3Q14 | 4Q14E | FY14E | 1Q15E | 2Q15E | 3Q15E | 4Q15E | FY15E | FY16E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brewer sales** | 331 | 525 | 760 | 828 | 375 | 138 | 128 | 194 | 834 | 371 | 139 | 129 | 308 | 947 | 1,209 |
| yoy % ch | 67% | 59% | 45% | 9% | -1% | 9% | -4% | 2% | 1% | -1% | 1% | 1% | 59% | 13% | 28% |
| Hot brewers sold in period (M) | 4.2 | 6.5 | 9.2 | 10.4 | 5.1 | 1.8 | 1.7 | 2.4 | 11.0 | 4.6 | 1.6 | 1.5 | 2.2 | 10.0 | 9.1 |
| yoy % ch | 81% | 53% | 41% | 13% | 3% | 32% | 13% | -7% | 6% | -9% | -9% | -9% | -9% | -9% | -9% |
| Price per hot brewer | 78 | 89 | 88 | 85 | 77 | 81 | 80 | 84 | 76 | 80 | 85 | 84 | 88 | 83 | 65 |
| yoy % ch | -8% | 14% | -1% | -4% | -7% | -21% | -17% | 10% | -11% | 5% | 5% | 5% | 5% | 10% | -22% |
| Hot Brewer sales | 331 | 525 | 760 | 828 | 375 | 138 | 128 | 194 | 834 | 371 | 139 | 129 | 194 | 833 | 785 |
| yoy % ch | 67% | 59% | 45% | 9% | -1% | 9% | -4% | 2% | 1% | -1% | 1% | 1% | 0% | 0% | -6% |
| Cold brewers sold in period (M) | | | | | | | | | | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 3.7 |
| yoy % ch | | | | | | | | | | | | | | | 273% |
| Price per cold brewer | | | | | | | | | | | | | 114 | 114 | 114 |
| yoy % ch | | | | | | | | | | | | | | | 0% |
| Cold Brewer sales | | | | | | | | | | | | | 114 | 114 | 424 |
| yoy % ch | | | | | | | | | | | | | | | 273% |
| **Portion Pack Sales** | 834 | 1,704 | 2,709 | 3,187 | 931 | 898 | 826 | 907 | 3,563 | 1,226 | 1,137 | 1,018 | 1,101 | 4,482 | 5,517 |
| yoy % ch | 103% | 104% | 59% | 18% | 8% | 13% | 10% | 17% | 12% | 32% | 27% | 23% | 21% | 26% | 23% |
| Hot Installed brewer base (avg/period) | 4.05 | 7.26 | 10.61 | 14.14 | 17.08 | 18.28 | 19.07 | 20.00 | 18.41 | 21.01 | 21.63 | 21.95 | 22.32 | 21.54 | 24.30 |
| yoy % ch | 106% | 79% | 46% | 33% | 28% | 23% | 22% | 24% | 30% | 23% | 18% | 15% | 12% | 17% | 13% |
| Hot Attachment Rate | 1.95 | 1.69 | 1.76 | 1.61 | 1.57 | 1.38 | 1.29 | 1.41 | 1.43 | 1.68 | 1.48 | 1.38 | 1.51 | 1.53 | 1.52 |
| yoy % ch | -17% | -14% | 4% | -8% | -13% | -6% | -6% | -4% | -12% | 7% | 7% | 7% | 7% | 7% | -1% |
| Hot Portion Packs sold (M) | 2,303 | 4,464 | 6,800 | 8,322 | 2,452 | 2,308 | 2,244 | 2,582 | 9,587 | 3,228 | 2,923 | 2,764 | 3,084 | 11,999 | 13,454 |
| yoy % ch | 231% | 94% | 52% | 22% | 12% | 15% | 15% | 19% | 15% | 32% | 27% | 23% | 19% | 25% | 12% |
| Price per Hot Portion Pack | 0.36 | 0.38 | 0.40 | 0.38 | 0.38 | 0.39 | 0.37 | 0.35 | 0.37 | 0.38 | 0.39 | 0.37 | 0.35 | 0.37 | 0.38 |
| yoy % ch | -39% | 5% | 4% | -4% | -3% | -2% | -4% | -2% | -3% | 0% | 0% | 0% | 0% | 0% | 2% |
| Hot portion pack sales | 834 | 1,704 | 2,709 | 3,187 | 931 | 898 | 826 | 907 | 3,563 | 1,226 | 1,137 | 1,018 | 1,083 | 4,464 | 5,103 |
| yoy % ch | 103% | 104% | 59% | 18% | 8% | 13% | 10% | 17% | 12% | 32% | 27% | 23% | 19% | 25% | 14% |
| Cold Installed brewer base (avg/period) | | | | | | | | | | | | | 0.32 | 0.64 | 1.82 |
| yoy % ch | | | | | | | | | | | | | | | 186% |
| Cold Attachment Rate | | | | | | | | | | | | | 1.60 | 0.20 | 1.57 |
| yoy % ch | | | | | | | | | | | | | | | 687% |
| Cold Portion Packs sold (M) | | | | | | | | | | | | | 46 | 46 | 1,044 |
| yoy % ch | | | | | | | | | | | | | | | 2152% |
| Price per Cold Portion Pack | | | | | | | | | | | | | 0.40 | 0.40 | 0.40 |
| yoy % ch | | | | | | | | | | | | | | | -1% |
| Cold portion pack sales | | | | | | | | | | | | | 19 | 19 | 413 |
| yoy % ch | | | | | | | | | | | | | | | 2130% |
| All other product sales | | | 391 | 343 | 80 | 67 | 68 | 71 | 287 | 80 | 67 | 68 | 71 | 287 | 287 |
| yoy % ch | | | | -12% | -18% | -20% | -17% | -10% | -17% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Total sales** | 1,357 | 2,651 | 3,859 | 4,358 | 1,387 | 1,103 | 1,022 | 1,171 | 4,684 | 1,677 | 1,343 | 1,215 | 1,480 | 5,716 | 7,012 |
| yoy % ch | 73% | 95% | 46% | 13% | 4% | 10% | 6% | 12% | 7% | 21% | 22% | 19% | 26% | 22% | 23% |

Source: Company filings, KeyBanc Capital Markets Inc. estimates

### Figure 3. GMCR – Earnings Power Scenario Analysis

| | Denomination | FY13 (YE Sep) | FY17E (Hot Platform) | | | FY19E (Cold) Base |
|---|---|---|---|---|---|---|
| | | | Downside Case | Base Case | Upside Case | |
| **SS Machine Installed Base Assumptions** | | | | | | |
| Target Market (# of U.S. Households) | million households | 120 | 120 | 120 | 120 | 120 |
| Keurig Installed Base | million Keurig machines | 16.3 | 24.0 | 27.7 | 33.0 | 15.6 |
| Keurig Share of Target Market | Keurig machines/HH | 14% | 20% | 23% | 28% | 13% |
| Keurig Share of HH's that Own Coffee Makers | Keurig machines/90M HH's | 18.1% | 26.7% | 30.7% | 36.7% | 17.4% |
| **K-cup Market Volume Assumptions** | | | | | | |
| Total Coffee or CSD Servings Consumed in the U.S. | million cups/million 12 oz cans | 63,351 | 68,573 | 68,573 | 68,573 | 152,000 |
| K-cup Share of Total Coffee Cups Consumed | K-cups/coffee cups | 14% | 18% | 24% | 30% | 5% |
| Attachment Rate (GMCR & non-licensed) | Average daily K-cup per brewer | 1.47 | 1.41 | 1.66 | 1.71 | 1.39 |
| GMCR Attachment Rate | Average daily K-cup per brewer | 1.40 | 1.20 | 1.49 | 1.59 | 1.39 |
| Total K-cups Consumed in the U.S. | million cups | 8,731 | 12,343 | 16,744 | 20,572 | 7,945 |
| Private Label/Non-licensed SS Packs Sold | billion cups | 408 | 1,851 | 1,674 | 1,440 | 0 |
| GMCR owned & Partner K-cups Sold | million K-cups | 8,322 | 10,492 | 15,070 | 19,132 | 7,945 |
| **Portion Pack Market Share Breakdown** | | | | | | |
| Non-licensed Share | % of total cups sold | 5% | 15% | 10% | 7% | 0% |
| GMCR Market Share | % of total cups sold | 95% | 85% | 90% | 93% | 100% |
| **K-cup Sales & EBIT Assumption** | | | | | | |
| Wholesale K-cup price | $'s per K-cup | 0.38 | 0.35 | 0.38 | 0.37 | 0.38 |
| Costs (COGS + SG&A) per K-cup | $'s per K-cup | 0.27 | 0.26 | 0.28 | 0.25 | 0.26 |
| GMCR EBIT per K-cup | $'s per K-cup | 0.114 | 0.091 | 0.103 | 0.116 | 0.123 |
| **Consolidated Income Statement** | | | | | | |
| **Consolidated Sales** | **$'s million** | **4,358** | **4,588** | **6,744** | **8,247** | **4,143** |
| Portion packs | $'s million | 3,187 | 3,672 | 5,718 | 7,079 | 3,053 |
| Brewer | $'s million | 828 | 629 | 740 | 882 | 1,090 |
| Other Products | $'s million | 343 | 287 | 287 | 287 | |
| **Consolidated EBIT** | **$'s million** | **816** | **846** | **1,397** | **2,053** | **781** |
| Portion packs | $'s million | 946 | 957 | 1,554 | 2,212 | 975 |
| Brewer | $'s million | (187) | (154) | (181) | (216) | (195) |
| Other Coffee Products | $'s million | 56 | 43 | 24 | 57 | |
| **Consolidated EBITDA** | **$'s million** | **999** | **1,030** | **1,680** | **2,424** | **967** |
| NI | $'s million | 518 | 521 | 876 | 1,271 | 486 |
| SO | million shares | 153 | 156 | 156 | 156 | 156 |
| **EPS** | **$'s per share** | **$3.39** | **$3.33** | **$5.60** | **$8.12** | **$3.10** |
| **EBIT Margins** | | | | | | |
| **Consolidated** | | **18.7%** | **18.4%** | **20.7%** | **24.9%** | **18.8%** |
| Portion packs | | 29.7% | 26.1% | 27.2% | 31.2% | 31.9% |
| Brewer | | -22.6% | -24.5% | -24.5% | -24.5% | -17.8% |
| Other Products | | 16.5% | 15.0% | 8.3% | 20.0% | |

Source: Company reports, KeyBanc Capital Markets Inc. estimates

# KeyBanc Capital Markets Inc. Disclosures and Certifications

**Keurig Green Mountain, Inc. - GMCR**

We expect to receive or intend to seek compensation for investment banking services from Keurig Green Mountain, Inc. within the next three months.

During the past 12 months, Keurig Green Mountain, Inc. has been a client of the firm or its affiliates for non- securities related services.

As of the date of this report, we make a market in Keurig Green Mountain, Inc..

## Reg A/C Certification

The research analyst(s) responsible for the preparation of this research report certifies that:(1) all the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this research report.

## Three- Year Rating and Price Target History



## Rating Disclosures

### Distribution of Ratings/IB Services Firmwide and by Sector

| | KeyBanc Capital Markets | | | | CONSUMER | | | |
| | | | IB Serv/Past 12 Mos. | | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BUY [BUY] | 272 | 47.39 | 59 | 21.69 | BUY [BUY] | 67 | 46.21 | 8 | 11.94 |
| HOLD [HOLD] | 290 | 50.52 | 52 | 17.93 | HOLD [HOLD] | 73 | 50.34 | 5 | 6.85 |
| SELL [UND] | 12 | 2.09 | 3 | 25.00 | SELL [UND] | 5 | 3.45 | 0 | 0.00 |

## *Rating System*

BUY -  The security is expected to outperform the market over the next six to 12 months; investors should consider adding the security to their holdings opportunistically, subject to their overall diversification requirements.

HOLD -  The security is expected to perform in line with general market indices over the next six to 12 months; no buy or sell action is recommended at this time.

UNDERWEIGHT -  The security is expected to underperform the market over the next six to 12 months; investors should reduce their holdings opportunistically.

The information contained in this report is based on sources considered to be reliable but is not represented to be complete and its accuracy is not guaranteed. The opinions expressed reflect the judgment of the author as of the date of publication and are subject to change without notice. This report does not constitute an offer to sell or a solicitation of an offer to buy any securities. Our company policy prohibits research analysts and members of their families from owning securities of any company followed by that analyst, unless otherwise disclosed. Our officers, directors, shareholders and other employees, and members of their families may have positions in these securities and may, as principal or agent, buy and sell such securities before, after or concurrently with the publication of this report. In some instances, such investments may be inconsistent with the opinions expressed herein. One or more of our employees, other than the research analyst responsible for the preparation of this report, may be a member of the Board of Directors of any company referred to in this report. The research analyst responsible for the preparation of this report is compensated based on various factors, including the analyst's productivity, the quality of the analyst's research and stock recommendations, ratings from investor clients, competitive factors and overall Firm revenues, which include revenues derived from, among other business activities, the Firm's performance of investment banking services. In accordance with industry practices, our analysts are prohibited from soliciting investment banking business for our Firm.

Investors should assume that we are seeking or will seek investment banking or other business relationships with the company described in this report.