## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

THOMAS H. BURT
212-545-4669
FAX 212-545-4653
burt@whafh.com

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

October 14, 2014

Judge Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
40 Foley Square, Ctrm 51
New York, NY 10007

Re: *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*
1:14-md-02542-VSB

Your Honor:

Indirect Purchaser Plaintiffs, by this letter, join the opposition of Treehouse Foods, Inc. et al. to the request by Defendant to redact the transcript of the hearing held in open court on JBR, Inc.'s application for a preliminary injunction. The proposed redactions raise both prudential and constitutional concerns, and in the absence of an application and ruling prior to the hearing sealing the proceedings, the entire transcript should remain public.

Respectfully,

Thomas H. Burt

Cc: all counsel by ECF

#764666

