# EXHIBIT 1



200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
ABadini@winston.com

September 24, 2014

**VIA EMAIL**

George S. Cary
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
E-Mail: gcary@cgsh.com

    Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, No. 1:14-md-2542

Dear Mr. Cary:

    I write on behalf of TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") and in follow up to Judge Broderick's suggestion at the hearing on Rogers' motion for a preliminary injunction that the parties meet and confer regarding the use of documents produced by Keurig in the patent case it filed against Rogers in the District of Massachusetts (case no. 1:11-cv-11941-FDS).

    TreeHouse is in receipt of Rogers' letter to you of September 12, 2014 suggesting either a meet and confer or a stipulation between the parties providing for the production of all of the documents in the patent case to all counsel in the current action. We have not seen a response from Keurig on that issue. Consequently, I write to reiterate my client's ongoing interest in the documents and request that Keurig meet and confer with the parties, including TreeHouse, regarding production and use of those documents.

    Please respond with suggested times to meet and confer within the next few days. Alternatively, if Keurig continues to object to production of the documents to TreeHouse and declines to meet and confer on this issue, please provide the reasoning behind your decision so that we may raise this issue with the Court.

    Very truly yours,

    */s/ Aldo A. Badini*

    Aldo A. Badini

CC: All counsel of record