

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 · Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 · Fax: 302-622-7100
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091· Fax: 202-350-5908

Bradley J. Demuth, Esq.
Direct Dial: 646.722.8530
bdemuth@gelaw.com

October 21, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

   Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
     **14-md-02542-VSB (S.D.N.Y.)**

Dear Judge Broderick:

  I write on behalf of Direct Purchaser Plaintiffs to join the TreeHouse entity Plaintiffs in their request, as set forth in their October 13 and October 17, 2014 letters to the Court, that the Court remove any restrictions on the use in this case (subject to the Court's protective order) of the documents previously produced by Defendant Keurig Green Mountain, Inc. ("Keurig") in the prior patent litigation between Keurig and Plaintiff Rogers Family Company. *See, e.g., United States v. Hooker Chemicals & Plastics Corp.*, 90 F.R.D. 421, 426 (W.D.N.Y. 1981) ("Use of the discovery fruits disclosed in one lawsuit in connection with other litigation, and even in collaboration among plaintiffs' attorneys, comes squarely within the purposes of the Federal Rules of Civil Procedure. Such cooperation among litigants promotes the speedy and inexpensive determination of every action as well as conservation of judicial resources.") (citations omitted).

         Respectfully,

         */s/ Bradley J. Demuth*

         Bradley J. Demuth

cc: All counsel of record (via ECF)