```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                              :
                                                    :
KEURIG GREEN MOUNTAIN SINGLE-                       :      14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                              :
LITIGATION                                          :      ORDER
                                                    :
                                                    :
*This Document Relates to All Actions*              :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    The Court is in receipt of a request by counsel for Keurig Green Mountain, Inc. ("Keurig"), for leave to file under seal: (1) portions of a letter opposing Plaintiffs' request to make immediate use of certain previously produced documents; and (2) Exhibit B in support of the letter. Because the specified portions of the letter and Exhibit B contain material designated as highly confidential by the parties, Keurig's request to file those documents under seal is GRANTED.

SO ORDERED.

Dated:    October 21, 2014
            New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge