# Exhibit A

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:11−cv−11941−FDS

| | |
|---|---|
| Keurig, Incorporated v. JBR, Inc. | Date Filed: 11/02/2011 |
| Assigned to: Judge F. Dennis Saylor, IV | Date Terminated: 05/28/2013 |
| Case in other court:  USCA for the Federal Circuit, 13−01478 | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Keurig, Incorporated**     represented by     **Michael A. Albert**
Wolf, Greenfield &Sacks, PC
600 Atlantic Avenue
Boston, MA 02210
617−720−3500
Fax: 617−720−2441
Email: malbert@WolfGreenfield.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chelsea A. Loughran**
Wolf, Greenfield &Sacks, PC
600 Atlantic Avenue
Boston, MA 02210
617−646−8429
Email: cloughran@wolfgreenfield.com
*ATTORNEY TO BE NOTICED*

**Christopher W. Henry**
Wolf, Greenfield &Sacks, PC
600 Atlantic Avenue
Boston, MA 02210
617−646−8269
Email: chenry@wolfgreenfield.com
*ATTORNEY TO BE NOTICED*

**Gerald B Hrycyszyn**
Wolf Greenfield and Sacks PC
600 Atlantic Ave
Boston, MA 02210
16176468000
Fax: 16176468646
Email: ghrycyszyn@wolfgreenfield.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JBR, Inc.**     represented by     **Brett Alan Lovejoy , Ph.D**
*doing business as*         Morgan, Lewis &Bockius LLP
Rogers Family Company        One Market
Spear Street Tower
San Francisco, CA 94105
415−442−1000
Email: blovejoy@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Johnson , Jr.**
Morgan, Lewis &Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105−1126
415−442−1000
Fax: 415−442−1001
Email: djjohnson@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason E. Gettleman**
Morgan, Lewis &Bockius LLP
2 Palo Alto Squire
3000 El Camino Real
Suite 700
Palo Alto, CA 94306
650−843−4000
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Walsh**
Morgan, Lewis &Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415−442−1217
Email: rwalsh@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd S. Holbrook**
Morgan Lewis &Bockius LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617−341−7700
Fax: 617−341−7701
Email: tholbrook@morganlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2014 | 154 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting the defendant's 153 motion to modify the protective order. The proposed modified protective order is adopted. (Cicolini, Pietro) (Entered: 07/28/2014) |
| 07/25/2014 | 153 | Assented to MOTION to Modify Protective Order by JBR, Inc.. (Attachments: # 1 Exhibit A − [Proposed] Protective Order, # 2 Exhibit B [Redlined] Protective Order)(Holbrook, Todd) (Entered: 07/25/2014) |
| 05/21/2014 | 152 | Judge F. Dennis Saylor, IV: MEMORANDUM AND ORDER entered. Plaintiff's 144 first and 149 second motions to disallow costs are GRANTED in part and DENIED in part. Defendant's motion for a bill of costs is GRANTED in the amount of $5,545.67 and otherwise DENIED. (Cicolini, Pietro) (Entered: 05/21/2014) |
| 05/19/2014 | 151 | Opposition re 149 MOTION FOR DISALLOWANCE re 148 Bill of Costs filed by JBR, Inc.. (Holbrook, Todd) (Entered: 05/19/2014) |
| 05/13/2014 | 150 | MEMORANDUM in Support re 149 MOTION FOR DISALLOWANCE re 148 Bill of Costs filed by Keurig, Incorporated. (Hrycyszyn, Gerald) (Entered: 05/13/2014) |

| | | |
|---|---|---|
| 05/13/2014 | 149 | MOTION FOR DISALLOWANCE re 148 Bill of Costs by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 05/13/2014) |
| 05/05/2014 | 148 | BILL OF COSTS *(AMENDED)* by JBR, Inc.. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Holbrook, Todd) (Entered: 05/05/2014) |
| 05/05/2014 | 147 | Opposition re 144 MOTION FOR DISALLOWANCE re 142 Bill of Costs, filed by JBR, Inc.. (Attachments: # 1 Declaration of Todd S. Holbrook, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Holbrook, Todd) (Entered: 05/05/2014) |
| 04/28/2014 | 146 | DECLARATION re 144 MOTION FOR DISALLOWANCE re 142 Bill of Costs, *DECLARATION OF GERALD B. HRYCYSZYN IN SUPPORT OF KEURIG, INCORPORATED'S MOTION FOR DISALLOWANCE* by Keurig, Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hrycyszyn, Gerald) (Entered: 04/28/2014) |
| 04/28/2014 | 145 | MEMORANDUM in Support re 144 MOTION FOR DISALLOWANCE re 142 Bill of Costs, filed by Keurig, Incorporated. (Hrycyszyn, Gerald) (Entered: 04/28/2014) |
| 04/28/2014 | 144 | MOTION FOR DISALLOWANCE re 142 Bill of Costs, by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 04/28/2014) |
| 04/21/2014 | 143 | MANDATE of USCA for the Federal Circuit as to 137 Notice of Appeal to the Federal Circuit, filed by Keurig, Incorporated. Appeal 137 Terminated (Paine, Matthew) (Entered: 04/22/2014) |
| 04/17/2014 | 142 | BILL OF COSTS by JBR, Inc.. (Attachments: # 1 Exhibit A−1 − Fees of the Clerk, # 2 Exhibit A−2 − Fees for Subpoenas, # 3 Exhibit B − Court Reporter Fees, # 4 Exhibit C − Witness Fees, # 5 Exhibit D−1 − Docs for Exemplification and Papers Obtained for Case, # 6 Exhibit D−2 − Docs for Exemplification and Papers Obtained for Case)(Holbrook, Todd) (Entered: 04/17/2014) |
| 03/12/2014 | 141 | USCA Judgment for the Federal Circuit as to 137 Notice of Appeal to the Federal Circuit, filed by Keurig, Incorporated. AFFIRMED. (Paine, Matthew) (Entered: 03/13/2014) |
| 07/08/2013 | 140 | TRANSCRIPT ORDER FORM by Keurig, Incorporated Judge Judge F. Dennis Saylor IV.. (Albert, Michael) (Entered: 07/08/2013) |
| 06/28/2013 | 139 | USCA for the Federal Circuit Case Number 13−1478 for 137 Notice of Appeal to the Federal Circuit, filed by Keurig, Incorporated. (Paine, Matthew) (Entered: 07/01/2013) |
| 06/28/2013 | 138 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals for the Federal Circuit re 137 Notice of Appeal to the Federal Circuit, (Paine, Matthew) (Entered: 06/28/2013) |
| 06/27/2013 | 137 | NOTICE OF APPEAL to the Federal Circuit as to 136 Judgment, 134 Memorandum &ORDER, by Keurig, Incorporated Filing fee: $ 455, receipt number 0101−4519978 Fee Status: Filing Fee paid. US District Court Clerk to deliver official record to Court of Appeals by 7/17/2013. (Hrycyszyn, Gerald) (Entered: 06/27/2013) |
| 05/28/2013 | 136 | Judge F. Dennis Saylor, IV: ORDER entered. JUDGMENT for defendant. (Cicolini, Pietro) (Entered: 05/28/2013) |
| 05/24/2013 | 135 | Case no longer referred to Magistrate Judge Marianne B. Bowler. (Garvin, Brendan) (Entered: 05/24/2013) |
| 05/24/2013 | 134 | Judge F. Dennis Saylor, IV: MEMORANDUM AND ORDER entered. JBR's motions ( 25 + 31 ) for summary judgment as to the infringement of U.S. Patent No. D502, 362; U.S. Patent No. 7,165,488; and U.S. Patent No. 7,347,138 are GRANTED.(Cicolini, Pietro) (Entered: 05/24/2013) |
| 05/24/2013 | 133 | MOTION for Leave to File *a Response to Defendant's Supplemental Brief* by Keurig, Incorporated. (Attachments: # 1 Exhibit A: Keurig, Incorporated's Proposed Response To Rogers's Supplemental Briefing On The Ordinary Observer |

| | | |
|---|---|---|
| | | Test, # 2 Exhibit 1 to Exhibit A)(Hrycyszyn, Gerald) (Entered: 05/24/2013) |
| 05/14/2013 | 132 | ELECTRONIC NOTICE Resetting Hearing on Motion 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions*, 79 MOTION to Compel *(Redacted Version)* : Motion Hearing set for 5/29/2013 02:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Garvin, Brendan) (Entered: 05/14/2013) |
| 05/14/2013 | 131 | ELECTRONIC NOTICE Resetting Hearing on Motion 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions*, 79 MOTION to Compel *(Redacted Version)* : Motion Hearing set for 5/28/2013 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Garvin, Brendan) (Entered: 05/14/2013) |
| 05/13/2013 | 130 | Magistrate Judge Marianne B. Bowler: ELECTRONIC ORDER entered granting 129 Motion to Continue hearing. Motion hearing to be rescheduled at a later date. (Folan, Karen) (Entered: 05/13/2013) |
| 05/13/2013 | | Magistrate Judge Marianne B. Bowler: ELECTRONIC ORDER entered granting 129 Motion to Continue. (Bowler, Marianne) (Entered: 05/13/2013) |
| 05/13/2013 | 129 | Assented to MOTION to Continue May 13, 2013 hearing *on motions to compel* by JBR, Inc..(Holbrook, Todd) (Entered: 05/13/2013) |
| 05/07/2013 | 125 | RESPONSE TO COURT ORDER by Keurig, Incorporated re 102 Memorandum &ORDER, Set Deadlines . (Hrycyszyn, Gerald) (Entered: 05/07/2013) |
| 05/07/2013 | 124 | NOTICE OF MANUAL FILING by Keurig, Incorporated re 121 Reply to Response to Motion,, (Loughran, Chelsea) (Entered: 05/07/2013) |
| 05/07/2013 | 123 | DECLARATION re 122 Response to Court Order, *Declaration of Daniel Johnson, Jr., In Support of JBR, Inc.'s Response to the Court's Request for Supplemental Briefing Regarding JBR, Inc.'s Motion For Summary Judgment of Non−Infringement of U.S. Patent D502,362 (Public Version)* by JBR, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Holbrook, Todd) (Entered: 05/07/2013) |
| 05/07/2013 | 122 | RESPONSE TO COURT ORDER by JBR, Inc. re 102 Memorandum &ORDER, Set Deadlines *Re Request for Supplemental Briefing Regarding JBR, Inc.'s Motion for Summary Judgment of Non−Infringement of U.S. Patent No. D502,362 (Public Version)*. (Holbrook, Todd) (Entered: 05/07/2013) |
| 05/07/2013 | 121 | REPLY to Response to 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions Redacted Version − Leave to File Granted on May 2, 2013* filed by Keurig, Incorporated. (Attachments: # 1 Declaration of Gerald B. Hrycyszyn in Support of Keurig, Incorporated's Reply to Keurig's Motion to Compel, # 2 Public Exhibit A, # 3 Public Exhibit B, # 4 Public Exhibit C, # 5 Public Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Public Exhibit G)(Loughran, Chelsea) (Entered: 05/07/2013) |
| 05/07/2013 | 120 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 119 Motion for Leave to File response under seal. Defendant's response, declaration and identified exhibits may be filed under seal, however, defendant shall also electronically file public versions of those documents with any required redactions. (Cicolini, Pietro) (Entered: 05/07/2013) |
| 05/06/2013 | 119 | Assented to MOTION for Leave to File *Under Seal Response to the Court's Request For Supplemental Briefing Regarding JBR's Motion for Summary Judgment of Non−Infringement of U.S. Patent No. D502,362* by JBR, Inc..(Holbrook, Todd) (Entered: 05/06/2013) |
| 05/06/2013 | 118 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 117 Motion for Leave to File Document under seal. Plaintiff's reply and identified exhibits may be filed under seal, however, plaintiff shall also electronically file public versions of those documents with any required redactions. (Cicolini, Pietro) (Entered: 05/06/2013) |

| 05/03/2013 | 117 | Assented to MOTION for Leave to File *Under Seal* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 05/03/2013) |
|---|---|---|
| 05/02/2013 | 116 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 115 Motion for Leave to File reply; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Cicolini, Pietro) (Entered: 05/02/2013) |
| 04/30/2013 | 115 | Assented to MOTION for Leave to File *Reply Brief* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 04/30/2013) |
| 04/29/2013 | 113 | Opposition re 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions (Redacted)* filed by JBR, Inc.. (Attachments: # 1 Declaration of Daniel Johnson, # 2 Exhibit A (Filed Under Seal), # 3 Exhibit B (Filed Under Seal), # 4 Exhibit C (Filed Under Seal), # 5 Exhibit D (Filed Under Seal))(Holbrook, Todd) (Entered: 04/29/2013) |
| 04/29/2013 | 112 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 111 Motion for Leave to File Document under seal. Defendant's opposition to plaintiff's 98 motion to compel and identified exhibits may be filed under seal, however, defendant shall also electronically file public versions of those documents with any required redactions. (Cicolini, Pietro) (Entered: 04/29/2013) |
| 04/25/2013 | 111 | Assented to MOTION for Leave to File *Under Seal* by JBR, Inc..(Holbrook, Todd) (Entered: 04/25/2013) |
| 04/22/2013 | 110 | Withdrawal of motion: 87 MOTION to Compel *Non−Party The Motiv Design, LLC to Search For and Produce Responsive Documents Stored in Archival Records (Redacted)* filed by JBR, Inc... (Holbrook, Todd) (Entered: 04/22/2013) |
| 04/22/2013 | 109 | ELECTRONIC NOTICE Setting Hearing on Motion 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions*, 87 MOTION to Compel *Non−Party The Motiv Design, LLC to Search For and Produce Responsive Documents Stored in Archival Records (Redacted)*, 79 MOTION to Compel *(Redacted Version)* : Motion Hearing set for 5/13/2013 02:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Garvin, Brendan) (Entered: 04/22/2013) |
| 04/22/2013 | 108 | Magistrate Judge Marianne B. Bowler: ELECTRONIC ORDER entered granting 107 Motion to Continue (Garvin, Brendan) (Entered: 04/22/2013) |
| 04/22/2013 | 107 | Joint MOTION to Continue The Hearing on JBR, Inc's Motion to Compel to May 9, 2013 *or thereafter* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 04/22/2013) |
| 04/18/2013 | 106 | REPLY to Response to 79 MOTION to Compel *(Redacted Version) [Redacted] JBR, Inc.'s Reply ISO Its Motion to Compel Keurig to Supplement Its Production and for Sanctions* filed by JBR, Inc.. (Attachments: # 1 Declaration of Daniel Johnson, Jr., # 2 Exhibit 1 (Filed Under Seal), # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4 (Filed Under Seal), # 6 Exhibit 5 (Filed Under Seal), # 7 Exhibit 6 (Filed Under Seal))(Holbrook, Todd) (Attachments 2−7 replaced on 4/22/2013) (Maynard, Timothy). (Entered: 04/18/2013) |
| 04/18/2013 | 105 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 96 Motion for Leave to File reply brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. 104 Motion for Leave to File brief under seal is GRANTED. Defendant's reply in support of its motion to compel and identified exhibits may be filed under seal, however, defendant shall also electronically file public versions of those documents with any required redactions.(Cicolini, Pietro) (Entered: 04/18/2013) |
| 04/16/2013 | 104 | Assented to MOTION for Leave to File *Reply Brief Under Seal* by JBR, Inc..(Holbrook, Todd) (Entered: 04/16/2013) |

| | | |
|---|---|---|
| 04/16/2013 | 102 | Judge F. Dennis Saylor, IV: MEMORANDUM AND ORDER entered. Parties are to submit supplemental briefing on the "ORDINARY OBSERVER" TEST by May 7, 2013. (see attached memorandum for further details)(Cicolini, Pietro) (Entered: 04/16/2013) |
| 04/16/2013 | 101 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. REFERRING 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions* filed by Keurig, Incorporated to Magistrate Judge Bowler. (Cicolini, Pietro). Motions referred to Marianne B. Bowler. (Entered: 04/16/2013) |
| 04/15/2013 | 100 | NOTICE OF MANUAL FILING by Keurig, Incorporated re 99 Memorandum in Support of Motion, (Loughran, Chelsea) (Entered: 04/15/2013) |
| 04/15/2013 | 99 | MEMORANDUM in Support re 98 MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions (Redacted)* filed by Keurig, Incorporated. (Attachments: # 1 Declaration of Chelsea A. Loughran in Support of Keurig, Incorporated's Motion to Compel, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Loughran, Chelsea) Modified on 4/16/2013 (Cicolini, Pietro). (Entered: 04/15/2013) |
| 04/15/2013 | 98 | MOTION to Compel *JBR, Inc. to Supplement its Production, to Produce Witnesses, and for Sanctions* by Keurig, Incorporated.(Loughran, Chelsea) (Entered: 04/15/2013) |
| 04/12/2013 | 97 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting plaintiff's 95 Motion for Leave to File a motion to compel, and accompanying declarations and exhibits under seal, however, plaintiff shall also electronically file public versions of those documents with any required redactions, as necessary.(Cicolini, Pietro) (Entered: 04/12/2013) |
| 04/12/2013 | 96 | Assented to MOTION for Leave to File *Reply Brief* by JBR, Inc..(Holbrook, Todd) (Entered: 04/12/2013) |
| 04/12/2013 | 95 | Assented to MOTION for Leave to File *Under Seal* by Keurig, Incorporated.(Loughran, Chelsea) (Entered: 04/12/2013) |
| 04/11/2013 | 93 | NOTICE OF MANUAL FILING by Keurig, Incorporated re 92 Opposition to Motion, (Loughran, Chelsea) (Entered: 04/11/2013) |
| 04/10/2013 | 92 | Opposition re 79 MOTION to Compel *(Redacted Version)* filed by Keurig, Incorporated. (Attachments: # 1 Affidavit of Chelsea A. Loughran, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Loughran, Chelsea) (Entered: 04/10/2013) |
| 04/10/2013 | 91 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 90 Motion for Leave to File under seal an opposition to defendant's motion to compel. The opposition and supporting exhibits may be filed under seal, however plaintiff shall also electronically file public versions of those documents with any required redactions, as necessary. (Cicolini, Pietro) (Entered: 04/10/2013) |
| 04/09/2013 | 90 | Assented to MOTION for Leave to File *Under Seal* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 04/09/2013) |
| 04/09/2013 | 89 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. REFERRING 87 MOTION to Compel *non−party, The Motiv Design, LLC, to Search For and Produce Responsive Documents Stored in Archival Records (Redacted)* to Magistrate Judge Bowler.(Cicolini, Pietro) Motions referred to Marianne B. Bowler. (Entered: 04/09/2013) |
| 04/08/2013 | 88 | MEMORANDUM in Support re 87 MOTION to Compel *Non−Party The Motiv Design, LLC to Search For and Produce Responsive Documents Stored in Archival Records (Redacted)* filed by JBR, Inc.. (Attachments: # 1 Declaration of Rachael Chan (Redacted), # 2 Declaration of Daniel Johnson, Jr., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9 (Filed Under Seal), # 12 Exhibit 10 (Filed Under Seal), # 13 Exhibit 11 (Filed Under Seal), # 14 Exhibit 12 (Filed Under Seal), # 15 Exhibit |

| | | |
|---|---|---|
| | | 13, #16 Exhibit 14 (Filed Under Seal), #17 Exhibit 15 (Filed Under Seal))(Holbrook, Todd) (Attachment 11 replaced on 4/9/2013) (Maynard, Timothy). (Attachment 12 replaced on 4/9/2013) (Maynard, Timothy). (Attachment 13 replaced on 4/9/2013) (Maynard, Timothy). (Attachment 14 replaced on 4/9/2013) (Maynard, Timothy). (Attachment 16 replaced on 4/9/2013) (Maynard, Timothy). (Attachment 17 replaced on 4/9/2013) (Maynard, Timothy). (Entered: 04/08/2013) |
| 04/08/2013 | 87 | MOTION to Compel *Non−Party The Motiv Design, LLC to Search For and Produce Responsive Documents Stored in Archival Records (Redacted)* by JBR, Inc..(Holbrook, Todd) (Entered: 04/08/2013) |
| 04/08/2013 | 86 | ELECTRONIC NOTICE Setting Hearing on Motion 79 MOTION to Compel *(Redacted Version)* : Motion Hearing set for 4/23/2013 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Garvin, Brendan) (Entered: 04/08/2013) |
| 04/02/2013 | 85 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 84 Motion for Leave to File Document under seal. The motion to compel and identified exhibits may be filed under seal, however defendants shall also electronically file public versions of those documents with any required redactions, as necessary. (Cicolini, Pietro) (Entered: 04/02/2013) |
| 04/01/2013 | 84 | Assented to MOTION for Leave to File *Under Seal* by JBR, Inc..(Holbrook, Todd) (Entered: 04/01/2013) |
| 03/29/2013 | 83 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler. Referred for: Events Only (e). Motions referred: 79 MOTION to Compel.(Cicolini, Pietro) (Entered: 03/29/2013) |
| 03/25/2013 | 80 | MEMORANDUM in Support re 79 MOTION to Compel *(Redacted Version) And Redacted Memo* filed by JBR, Inc.. (Attachments: #1 Declaration of Dan Johnson, Jr., #2 Exhibit 1, #3 Exhibit 2, #4 Exhibit 3, #5 Exhibit 4, #6 Exhibit 5, #7 Exhibit 6 − UNDER SEAL, #8 Exhibit 7 − UNDER SEAL, #9 Exhibit 8 − UNDER SEAL, #10 Exhibit 9 − UNDER SEAL, #11 Exhibit 10 − UNDER SEAL, #12 Exhibit 11, #13 Exhibit 12)(Holbrook, Todd) (Entered: 03/25/2013) |
| 03/25/2013 | 79 | MOTION to Compel *(Redacted Version)* by JBR, Inc..(Holbrook, Todd) (Entered: 03/25/2013) |
| 03/22/2013 | 78 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting in part 76 MOTION for leave to file under seal. The motion to compel and identified exhibits may be filed under seal, however defendants shall also electronically file public versions of those documents with any required redactions, as necessary. (Cicolini, Pietro) (Entered: 03/22/2013) |
| 03/22/2013 | 77 | Judge F. Dennis Saylor, IV: ORDER entered. MEMORANDUM AND ORDER ON CLAIM CONSTRUCTION.(Cicolini, Pietro) (Entered: 03/22/2013) |
| 03/20/2013 | 76 | Assented to MOTION for Leave to File *Under Seal* by JBR, Inc..(Holbrook, Todd) (Entered: 03/20/2013) |
| 03/19/2013 | 75 | Notice of Supplemental Authorities re 25 MOTION for Summary Judgment *and Request for Hearing* (Holbrook, Todd) (Entered: 03/19/2013) |
| 02/07/2013 | 74 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general−info.htm (Scalfani, Deborah) (Entered: 02/07/2013) |
| 02/07/2013 | 73 | Transcript of Markman Hearing held on January 29, 2013, before Judge F. Dennis Saylor IV. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Valerie OHara at vaohara@gmail.com Redaction Request due 2/28/2013. Redacted Transcript Deadline set for 3/11/2013. Release of Transcript Restriction set for 5/8/2013. (Scalfani, Deborah) (Entered: 02/07/2013) |

| | | |
|---|---|---|
| 01/29/2013 | 72 | ELECTRONIC Clerk's Notes for proceedings held before Judge F. Dennis Saylor, IV: Markman Hearing held on 1/29/2013. Case called. Court hears argument re disputed constructions. Claim construction TAKEN UNDER ADVISEMENT. Court hears argument on pending summary judgment motions. MOTIONS are TAKEN UNDER ADVISEMENT. (Court Reporter: Valerie OHara at vaohara@gmail.com.)(Attorneys present: Loughran, Henry, Hrycyszyn, Albert, Johnson, Walsh, Holbrook) (Cicolini, Pietro) (Entered: 01/29/2013) |
| 01/18/2013 | 71 | JOINT STATEMENT re scheduling conference *Proposed Amended Joint Scheduling Statement*. (Loughran, Chelsea) (Entered: 01/18/2013) |
| 12/21/2012 | 70 | Joint Claim Construction and Prehearing Statement by JBR, Inc., Keurig, Incorporated. (Henry, Christopher) (Entered: 12/21/2012) |
| 12/14/2012 | 69 | Letter/request (non−motion) from Todd S. Holbrook Re: January 29, 2013 Hearing . (Holbrook, Todd) (Entered: 12/14/2012) |
| 12/14/2012 | 68 | Letter/request (non−motion) from Gerald B. Hrycyszyn *Re: January 29, 2013 Hearing*. (Hrycyszyn, Gerald) (Entered: 12/14/2012) |
| 12/11/2012 | 67 | NOTICE OF MANUAL FILING by JBR, Inc. (Maynard, Timothy) (Entered: 12/11/2012) |
| 12/07/2012 | 66 | DECLARATION re 65 Reply to Preliminary Claim Construction Briefs *by Christopher W. Henry* by Keurig, Incorporated. (Henry, Christopher) (Entered: 12/07/2012) |
| 12/07/2012 | 65 | Reply to Preliminary Claim Construction Briefs by Keurig, Incorporated. (Henry, Christopher) (Entered: 12/07/2012) |
| 12/07/2012 | 64 | *JBR, Inc.s Responsive Claim Construction Brief* Response by JBR, Inc. to 48 Preliminary Claim Construction Briefs . (Holbrook, Todd) (Entered: 12/07/2012) |
| 12/06/2012 | 63 | *Notice of Errata to Jbr, Inc.s Reply Brief in Support of Its Motion for Summary Judgment of Non−Infringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* Errata by JBR, Inc. to 54 Reply to Response to Motion . (Holbrook, Todd) (Entered: 12/06/2012) |
| 12/06/2012 | 62 | DECLARATION re 61 Reply to Response to Motion, *Declaration of Daniel Johnson, Jr., in Support of Reply Brief in Support of Motion for Summary Judgment of Noninfringement of U.S. Patent No. D502,362* by JBR, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Johnson, Daniel) (Entered: 12/06/2012) |
| 12/06/2012 | 61 | REPLY to Response to 31 MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. D502,362 JBR, Inc.s Reply Brief In Support of Its Motion For Summary Judgment of Non−Infringement of U.S. Patent No. D502,362* filed by JBR, Inc.. (Holbrook, Todd) (Entered: 12/06/2012) |
| 12/06/2012 | 60 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 59 Motion for Leave to Appear Pro Hac Vice. Rachel M. Walsh added. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Cicolini, Pietro) (Entered: 12/06/2012) |
| 12/06/2012 | 59 | MOTION for Leave to Appear Pro Hac Vice for admission of Rachel M. Walsh Filing fee: $ 100, receipt number 0101−4232889 by JBR, Inc.. (Attachments: # 1 Affidavit in Support)(Holbrook, Todd) (Entered: 12/06/2012) |
| 12/06/2012 | 58 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 56 Motion for Leave to File sur−reply; (Cicolini, Pietro) (Entered: 12/06/2012) |
| 12/06/2012 | 57 | SUR−REPLY to Motion re 25 MOTION for Summary Judgment *and Request for Hearing Keruig, Incorporated's Surreply to Defendant's Motion for Summary Judgment of No Infringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* filed by Keurig, Incorporated. (Hrycyszyn, Gerald) (Entered: 12/06/2012) |

| | | |
|---|---|---|
| 12/06/2012 | 56 | MOTION for Leave to File *Keurig, Incorporated's Motion for Leave to File a Surreply* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 12/06/2012) |
| 11/23/2012 | 55 | DECLARATION re 54 Reply to Response to Motion *Declaration of Daniel Johnson, Jr. in support of motion for Summary Judgment of Non−infringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* by JBR, Inc.. (Attachments: # 1 Exhibit 1)(Holbrook, Todd) (Entered: 11/23/2012) |
| 11/23/2012 | 54 | REPLY to Response to 25 MOTION for Summary Judgment *and Request for Hearing for Summary Judgment of Non−infringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* filed by JBR, Inc.. (Holbrook, Todd) (Entered: 11/23/2012) |
| 11/19/2012 | 53 | DECLARATION re 51 Opposition to Motion, *Declaration of Professor Alexander Slocum in Support of Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringement of U.S. Patent No. D502,362* by Keurig, Incorporated. (Loughran, Chelsea) (Entered: 11/19/2012) |
| 11/19/2012 | 52 | DECLARATION re 51 Opposition to Motion, *Declaration of Matthew Kressy in Support of Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringment of U.S. Patent No. D502,362* by Keurig, Incorporated. (Loughran, Chelsea) (Entered: 11/19/2012) |
| 11/19/2012 | 51 | Opposition re 31 MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. D502,362 Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringement of U.S. Patent No. D502,362* filed by Keurig, Incorporated. (Loughran, Chelsea) (Entered: 11/19/2012) |
| 11/19/2012 | 50 | ELECTRONIC Clerk's Notes for proceedings held before Judge F. Dennis Saylor, IV: Telephone Conference held on 11/19/2012. Case called. Court has colloquy with counsel re case status. Markman Hearing must be rescheduled. Markman Hearing reset to January 29, 2013, at 2:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. Parties are to notify the court by December 14, 2012, in writing whether they expect live testimony at the Markman hearing and if they will require longer than 90 minutes for their argument. Responses to that filing shall be due December 21, 2012. Court will prefer any complex testimony submitted by affidavit. At the Markman hearing, the Court will also hear argument on the pending motions for summary judgment. (Court Reporter: Valerie OHara at vaohara@gmail.com.)(Attorneys present: Holbrook (telephonic), Johnson (telephonic), Loughran, Albert, Hrycyszyn) (Cicolini, Pietro) (Entered: 11/19/2012) |
| 11/16/2012 | 49 | DECLARATION re 48 Preliminary Claim Construction Briefs *Declaration of Christopher W. Henry in Support of Keurig Incorporated's Opening Claim Construction Brief* by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/16/2012) |
| 11/16/2012 | 48 | Preliminary Claim Construction Briefs by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/16/2012) |
| 11/16/2012 | 47 | DECLARATION re 46 Preliminary Claim Construction Briefs *of Daniel Johnson, Jr. in Support* by JBR, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Johnson, Daniel) (Entered: 11/16/2012) |
| 11/16/2012 | 46 | Preliminary Claim Construction Briefs by JBR, Inc.. (Holbrook, Todd) (Entered: 11/16/2012) |
| 11/07/2012 | 45 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 34 Motion for Leave to File Document under seal. (Cicolini, Pietro) (Entered: 11/07/2012) |
| 11/06/2012 | 40 | NOTICE of Appearance by Christopher W. Henry on behalf of Keurig, Incorporated (Henry, Christopher) (Entered: 11/06/2012) |
| 11/05/2012 | 39 | NOTICE OF MANUAL FILING by Keurig, Incorporated *Keurig's Opposition to Roger's Motion for Summary Judgment, supporting declarations and exhibits* re 38 Declaration, 36 Declaration, 37 Declaration, 35 Opposition to Motion, (Henry, Christopher) (Entered: 11/05/2012) |

| 11/05/2012 | 38 | DECLARATION re 35 Opposition to Motion, *Declaration of Professor Alexander Slocum in Support of Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringement* by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/05/2012) |
|---|---|---|
| 11/05/2012 | 37 | DECLARATION re 35 Opposition to Motion, *Declaration of Mark C. Wood in Support of Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/05/2012) |
| 11/05/2012 | 36 | DECLARATION re 35 Opposition to Motion, *Declaration of Christopher W. Henry in Support of Plaintiff Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment* by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/05/2012) |
| 11/05/2012 | 35 | Opposition re 25 MOTION for Summary Judgment *and Request for Hearing Keurig, Incorporated's Opposition to Defendant's Motion for Summary Judgment of Noninfringement of the Asserted Claims of U.S. Patent Nos. 7,347,138 and 7,165,488* filed by Keurig, Incorporated. (Henry, Christopher) (Entered: 11/05/2012) |
| 11/05/2012 | 34 | Assented to MOTION for Leave to File *Under Seal* by Keurig, Incorporated.(Hrycyszyn, Gerald) (Entered: 11/05/2012) |
| 10/29/2012 | 33 | ELECTRONIC ENDORSEMENT approving 30 stipulation and order setting discovery protocol. (Cicolini, Pietro) (Entered: 10/30/2012) |
| 10/26/2012 | 32 | MEMORANDUM in Support re 31 MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. D502,362* filed by JBR, Inc.. (Attachments: # 1 Declaration of Jon Rogers, # 2 Declaration of Daniel Johnson, # 3 Exhibit 1 to Johnson Declaration, # 4 Exhibit 2 to Johnson Declaration, # 5 Exhibit 3 to Johnson Declaration, # 6 Exhibit 4 to Johnson Declaration, # 7 Exhibit 5 to Johnson Declaration, # 8 Exhibit 6 to Johnson Declaration)(Holbrook, Todd) (Entered: 10/26/2012) |
| 10/26/2012 | 31 | MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. D502,362* by JBR, Inc..(Holbrook, Todd) (Entered: 10/26/2012) |
| 10/23/2012 | 30 | STIPULATION *and (Proposed) Order Setting Discovery Protocol* by JBR, Inc., Keurig, Incorporated. (Loughran, Chelsea) (Entered: 10/23/2012) |
| 10/10/2012 | 26 | MEMORANDUM in Support re 25 MOTION for Summary Judgment *and Request for Hearing* filed by JBR, Inc.. (Attachments: # 1 Declaration of Daniel Johnson, Jr.)(Holbrook, Todd) (Entered: 10/10/2012) |
| 10/10/2012 | 25 | MOTION for Summary Judgment *and Request for Hearing* by JBR, Inc..(Holbrook, Todd) (Entered: 10/10/2012) |
| 10/10/2012 | 24 | Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 23 Motion for Leave to File Document Under Seal. (Cicolini, Pietro) (Entered: 10/10/2012) |
| 10/04/2012 | 23 | Assented to MOTION for Leave to File *Under Seal* by JBR, Inc..(Holbrook, Todd) (Entered: 10/04/2012) |
| 10/04/2012 | 22 | ELECTRONIC NOTICE of Hearing. Telephone Conference set for NOVEMBER 19, 2012, at 2:15 PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Cicolini, Pietro) (Entered: 10/04/2012) |
| 07/31/2012 | 21 | Case randomly reassigned to Judge F. Dennis Saylor, IV upon his transfer to Boston. Judge Denise J. Casper no longer assigned to the case. (Abaid, Kimberly) (Entered: 07/31/2012) |
| 05/15/2012 | 20 | Judge Denise J. Casper: ORDER entered granting 19 Motion for Stipulated Protective Order (Maynard, Timothy) (Entered: 05/15/2012) |
| 05/11/2012 | 19 | Joint MOTION for Protective Order *Joint Motion for Entry of Stipulated Protective Order* by JBR, Inc., Keurig, Incorporated. (Attachments: # 1 Motion for Stipulated Protective Order and Proposed Text)(Hrycyszyn, Gerald) (Entered: 05/11/2012) |

| | | |
|---|---|---|
| 02/03/2012 | 18 | NOTICE of Appearance by Chelsea A. Loughran on behalf of Keurig, Incorporated (Loughran, Chelsea) (Entered: 02/03/2012) |
| 02/03/2012 | 17 | NOTICE of Appearance by Gerald B Hrycyszyn on behalf of Keurig, Incorporated (Hrycyszyn, Gerald) (Entered: 02/03/2012) |
| 01/31/2012 | | Set/Reset Hearings: Markman Hearing set for 1/22/2013 10:00 AM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 01/31/2012) |
| 01/30/2012 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Denise J. Casper: Scheduling Conference held on 1/30/2012. Amended Pleadings due by 6/13/2012. Joinder of Parties due by 6/13/2012. Court adopts the schedule in the joint statement for the claims construction and preliminary contention deadlines. Markman hearing set for 1/22/13 at 10:00AM.(Court Reporter: Debra Joyce at joycedebra@gmail.com.)(Attorneys present: Michael Albert and Gerald Hrycyszyn for the plaintiff. Todd Holbrook for the defendant) (Hourihan, Lisa) Modified on 2/7/2012 (Hourihan, Lisa). (Entered: 01/31/2012) |
| 01/26/2012 | | ELECTRONIC NOTICE OF RESCHEDULING Scheduling Conference reset for 1/30/2012 03:15 PM in Courtroom 11 before Judge Denise J. Casper. (NOTE TIME CHANGE ONLY)(Hourihan, Lisa) (Entered: 01/26/2012) |
| 01/23/2012 | 16 | JOINT STATEMENT re scheduling conference . (Albert, Michael) (Entered: 01/23/2012) |
| 01/23/2012 | 15 | CERTIFICATION pursuant to Local Rule 16.1 . (Attachments: # 1 Certificate of Service)(Holbrook, Todd) (Entered: 01/23/2012) |
| 01/09/2012 | | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 12 Motion for Leave to Appear Pro Hac Vice Added Daniel Johnson, Jr. Brett Alan Lovejoy, Ph.D., Jason Gettleman. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Hourihan, Lisa) (Entered: 01/09/2012) |
| 12/27/2011 | 14 | Judge Denise J. Casper: ORDER entered. Standing Order Re: Courtroom Opportunities for Relatively Inexperienced Attorneys(Hourihan, Lisa) (Entered: 12/27/2011) |
| 12/27/2011 | 13 | NOTICE of Scheduling Conference Scheduling Conference set for 1/30/2012 02:00 PM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 12/27/2011) |
| 12/23/2011 | 12 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Johnson, Jr., Brett Alan Lovejoy and Jason E. Gettleman Filing fee: $ 150, receipt number 0101−3732302 by JBR, Inc.. (Attachments: # 1 Affidavit of Daniel Johnson, Jr., # 2 Affidavit of Brett Alan Lovejoy, # 3 Affidavit Jason E. Gettleman)(Holbrook, Todd) (Entered: 12/23/2011) |
| 12/23/2011 | 11 | CORPORATE DISCLOSURE STATEMENT by JBR, Inc.. (Holbrook, Todd) (Entered: 12/23/2011) |
| 12/23/2011 | 10 | ANSWER to 1 Complaint, by JBR, Inc..(Holbrook, Todd) (Entered: 12/23/2011) |
| 11/29/2011 | | ELECTRONIC NOTICE of Reassignment. Judge Denise J. Casper added. Magistrate Judge Marianne B. Bowler no longer assigned to case. (Folan, Karen) (Entered: 11/29/2011) |
| 11/29/2011 | | ELECTRONIC NOTICE Canceling Scheduling conference. (Garvin, Brendan) (Entered: 11/29/2011) |
| 11/28/2011 | 9 | Refusal to Consent to Proceed Before a US Magistrate Judge.. (Albert, Michael) (Entered: 11/28/2011) |
| 11/28/2011 | 8 | NOTICE of Scheduling Conference Scheduling Conference set for 1/3/2012 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Notice attached.(Garvin, Brendan) (Entered: 11/28/2011) |

| | | |
|---|---|---|
| 11/28/2011 | | ELECTRONIC NOTICE TO COUNSEL: Notification forms indicating whether or not a party has consented to proceed before a U.S. Magistrate Judge have not been received in the Clerk's Office. The submission of the form is mandatory. Completed forms shall be filed promptly. Additional forms can be obtained on the Court's web page at http://www.mad.uscourts.gov. (Garvin, Brendan) (Entered: 11/28/2011) |
| 11/28/2011 | | Reset Answer Deadlines for JBR, Inc. Answer due date 12/23/2011. (Geraldino−Karasek, Clarilde) (Entered: 11/28/2011) |
| 11/23/2011 | | Magistrate Judge Marianne B. Bowler: ELECTRONIC ORDER entered granting 7 Motion for Extension of Time to Answer. (Bowler, Marianne) (Entered: 11/23/2011) |
| 11/22/2011 | 7 | Assented to MOTION for Extension of Time to December 23, 2011 to File Answer re 1 Complaint, by JBR, Inc..(Holbrook, Todd) (Entered: 11/22/2011) |
| 11/08/2011 | 6 | AFFIDAVIT OF SERVICE Executed by Keurig, Incorporated. JBR, Inc. served on 11/2/2011, answer due 11/23/2011. Acknowledgement filed by Keurig, Incorporated. (Albert, Michael) (Entered: 11/08/2011) |
| 11/03/2011 | 5 | CORPORATE DISCLOSURE STATEMENT by Keurig, Incorporated. (Albert, Michael) (Entered: 11/03/2011) |
| 11/02/2011 | 4 | Summons Issued as to JBR, Inc. D/B/A Rogers Family Company. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Johnson, Jay) (Entered: 11/02/2011) |
| 11/02/2011 | 3 | NOTICE of Case Assignment. Magistrate Judge Marianne B. Bowler assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the attached General Order and Notice regarding Consent to Proceed before the Magistrate Judge. These documents will be mailed to counsel not receiving notice electronically. (Folan, Karen) (Entered: 11/02/2011) |
| 11/02/2011 | 2 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT (Johnson, Jay) (Entered: 11/02/2011) |
| 11/02/2011 | 1 | COMPLAINT *With Jury Demand* against JBR, Inc. D/B/A Rogers Family Company Filing fee: $ 350, receipt number 0101−3653640 (Fee Status: Filing Fee paid), filed by Keurig, Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Albert, Michael) (Additional attachment(s) added on 11/2/2011: # 6 Category Sheet) (Johnson, Jay). (Entered: 11/02/2011) |