

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
ABadini@winston.com

October 27, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542

Dear Judge Broderick:

    I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") regarding the Court's August 5, 2014 order that Plaintiffs each notify Defendant Keurig Green Mountain, Inc. ("KGM") by this date whether they intend to amend their respective complaints. Pursuant to the Court's order, TreeHouse hereby notifies the Court and KGM of its intent to amend and supplement its complaint pursuant to Federal Rules 15(a) and 15(d).

    Respectfully submitted,

By: /s/ Aldo A. Badini
    Susannah P. Torpey
    **Winston & Strawn LLP**
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 294-6700
    abadini@winston.com
    storpey@winston.com

    Dan K. Webb (*pro hac vice*)
    James F. Herbison (*pro hac vice*)
    35 West Wacker Drive
    Chicago, IL 60601
    Telephone: (312) 558-5600
    dwebb@winston.com
    jherbison@winston.com

    Diana L. Hughes (*pro hac vice*)
    101 California Street
    San Francisco, CA 94111
    Telephone: (415) 591-1000
    dhughes@winston.com

October 27, 2014 Page 2

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc: All counsel of record (by ECF)