

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714

Robert N. Kaplan
rkaplan@kaplanfox.com

October 27, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:    **In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation 1:14-md-02542-VSB**

Dear Judge Broderick:

      Pursuant to the Court's Order Scheduling Briefing on the Motion to Dismiss [ECF. No. 70], Indirect Purchaser Plaintiffs hereby provide notice to the Court and Defendant Keurig Green Mountain, Inc. that we intend to file an amended complaint.

      Sincerely,

      */s/ Robert N. Kaplan*

      Robert N. Kaplan

cc:    All counsel of record (via ECF)