Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel.  +1.415.442.1000
Fax: +1.415.442.1001
www.morganlewis.com



**Daniel Johnson, Jr.**
Partner
+1.415.442.1392
djjohnson@morganlewis.com

October 27, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY  10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542

Dear Judge Broderick:

    Pursuant to this Court's August 5, 2014 order, Plaintiff JBR, Inc. (d/b/a Rogers Family Company) hereby notifies the Court and Keurig Green Mountain, Inc. that it intends to amend and supplement its complaint pursuant to Federal Rules 15(a) and 15(d).


Respectfully submitted,

/s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.


cc (via ECF):  Counsel of record