# Exhibit A

| | |
|---|---|
| **From:** | Ross, Aaron |
| **To:** | "Minne, Jacob J.O."; Hoying, Herman J. (hhoying@morganlewis.com); Johnson, Jr., Daniel (djjohnson@morganlewis.com) |
| **Cc:** | Cary, George S.; Brannon, Leah; Newton, Wendelynne (wendelynne.newton@bipc.com); mackenzie.baird@bipc.com; Ewing, Elaine; Tavernia, Tara |
| **Subject:** | Exhibits from 8/22 Sullivan Depo |
| **Date:** | Monday, August 25, 2014 11:57:00 AM |

Jacob,

Please confirm that, in accordance with Judge Broderick's direction that documents from the patent litigation used in Friday's deposition of Kevin Sullivan are not to be retained by counsel for TreeHouse or the class action plaintiffs, Exhibits 35-41 from Friday's depositions will not be circulated with the deposition transcripts and other exhibits.

Thanks,
Aaron

_____

Aaron Ross
**Cleary Gottlieb Steen & Hamilton LLP**
Assistant: pgreely@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
t: +1 202 974 1663 | f: +1 202 974 1999
www.clearygottlieb.com | aross@cgsh.com
* Admitted only to a bar other than that of the District of Columbia. Working under the supervision of the principals of the Washington Office.