UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
IN RE:                                            :
                                                  :
KEURIG GREEN MOUNTAIN SINGLE-    :          14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST              :
LITIGATION                                  :          ORDER
                                                  :
*This order relates to 14-CV-7750*      :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    *Davidson v. Green Mountain Coffee Roasters, Inc.*, No. 14-CV-7750 ("the Davidson Action"), was filed on September 24, 2014. (Doc. 2.)[1] It was reassigned to me on November 12, 2014, for consolidated proceedings within this multidistrict litigation. (*See* Docket Entries of Nov. 12, 2014.) According to the allegations of the Complaint, the Davidson Action is a direct purchaser class action. (*See, e.g.*, Doc. 2, ¶ 179.) Accordingly, liaison counsel for the Direct Purchaser Plaintiffs and counsel for Davidson are hereby ordered to meet and confer regarding the Direct Purchaser Plaintiffs' impending filing of an Amended Complaint and the possible inclusion therein, to the extent appropriate, of any unique or novel factual allegations in Davidson's Complaint.

SO ORDERED.

Dated:    November 14, 2014
           New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge

---

[1] Citations to the docket in this Order refer to the docket in No. 14-CV-7750.