UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
IN RE: KEURIG GREEN MOUNTAIN : ECF Case
SINGLE SERVE COFFEE ANTITRUST :
LITIGATION : 1:14-md-2542-VSB-HBP
:
: MDL No. 2542
:
---------------------------------------------------------- X
:
JBR, Inc. (D/B/A ROGERS FAMILY :
COMPANY), : 1:14-cv-04242-VSB-HBP
:
   Plaintiff, :
:
  v. :
:
KEURIG GREEN MOUNTAIN, INC. :
(F/K/A GREEN MOUNTAIN COFFEE :
ROASTERS, INC. AND AS SUCCESSOR :
TO KEURIG, INC.), :
:
   Defendant. :
:
---------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

  I, Minna Naranjo, hereby certify that on November 25, 2014, I caused to be served, by electronic mail, a copy of:

- DANIEL JOHNSON, JR'S LETTER TO THE COURT REGARDING REQUEST TO FILE UNDER SEAL AND ATTACHED EXHIBIT A; and
- PLAINTIFF J.B.R. INC. D/B/A ROGERS FAMILY COMPANY'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AND ATTACHED EXHIBITS 1-16

on the Chambers of the Honorable Vernon S. Broderick, U.S.D.J., and all counsel of record, as per Rules 1.A and 5.B of Judge Broderick's Individual Rules of Practice in Civil Cases, pending

an Order from the Court regarding the appropriateness and necessity, if any, of the filing under seal of any information reflected therein.

Dated: San Francisco, California
November 25, 2014

                          Respectfully submitted,

                            /s/ Minna Naranjo
                              Minna Naranjo
                          Morgan, Lewis & Bockius LLP
                          1 Market Street, Spear Street Tower
                          San Francisco, CA  94105
                          Tel:     (415) 442-1000
                          Fax:    (415) 442-1001
                          Email: mnaranjo@morganlewis.com