CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

MARK LEDDY
GEORGE S CARY
MITCHELL S DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H KRIMMINGER
MATTHEW D SLATER
MICHAEL A. MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
KATHERINE MOONEY CARROLL
PAUL R. ST LAWRENCE
RESIDENT PARTNERS

KENNETH L. BACHMAN, JR
DANIEL B SILVER
RICHARD DEC HINDS
SARA D SCHOTLAND
WILLIAM B MCGURN III
JOHN S MAGNEY
JANET L WELLER
LINDA J SOLDO
SENIOR COUNSEL

W RICHARD BIDSTRUP
STEVEN J KAISER
JOYCE E MCCARTY
KATHLEEN W BRADISH
COUNSEL

KAREN A. KERR
JOHN P MCGILL, JR
THOMAS L. HALL
LARRY WORK-DEMBOWSKI
MEGHAN A IRMLER
SENIOR ATTORNEYS

NOWELL BAMBERGER
ELSBETH BENNETT*
GRANT A. BERMANN*
STEPHEN BOWNE
JACOB BOYARS*
NATHAN S BROWNBACK*
JACOB M. CHACHKIN
STEVEN W CHURCH*
ETHAN CRAIG
SARAH CRANDALL
DANIEL CULLEY
MATTHEW A. DAIGLER
LISA M DANZIG
RYAN M DAVIS
JOANNA MARIA EL KHOURY*
TABITHA EDGENS*
ELAINE EWING
BRANDON J FIGG*
ERIN FRAKE
PATRICK FULLER
JOSHUA B GARDNER*
SAURAV GHOSH
MELISSA L. GOHLKE*
JEFFREY AARON HALL
CARRIE ELIZABETH HANSON*
EILEEN HO*
JAMES HUNSBERGER*
PHILLIP L. HURST*
BRADLEY JUSTUS
ANNA KARASS
THOMAS KELLY

ZUZANNA KNYPINSKI
ALBERT LAI
ALEXIS R B LAZDA*
JOANNA R. LAMPE*
CHINYELU K LEE
MEREDITH LEIGH MANN
BENJAMIN R. LEVIN
KATHERINE LEVINE
MACEY LEVINGTON
JENNIFER X LUO*
CARL L. MALM
FARRELL MALONE
MATTHEW A. MCGUIRE
ROBERT A. MCNAMEE*
BENJAMIN MEEKS
DAN MIFFLIN
KARI E MILLIGAN
MORGAN L MULVENON
CHRISTINE MUNDIA
NICHOLAS A. ORTIZ
ANTONIO M. POZOS
KENNETH S. REINKER
HAKEEM RIZK*
GREGORY T W ROSENBERG*
AARON S ROSS*
ALYSSA C SCRUGGS
OMAR SERAGELDIN
SAIF SHAH MOHAMMED
JASON H SMITH*
ZACK SMITH*
LAUREN E. SNYDER*
CAROLINE STANTON
CHARLES STERLING
TANYA TAUBMAN
TARA LYNN TAVERNIA
TEALE TOWEILL
ASHLEY WALKER
ERIK WITTMAN
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE

Writer's Direct Dial: +1 (202) 974-1508
E-Mail: lbrannon@cgsh.com

December 15, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
> <u>Joint Status Report Regarding Briefing for Keurig's Motions to Dismiss</u>

Dear Judge Broderick:

  We write on behalf of Defendant Keurig Green Mountain ("Keurig") and all plaintiffs[1] in response to Your Honor's Order issued on December 1, 2014 directing the parties to meet and confer regarding a briefing schedule and page limits for any motions to dismiss by Keurig and to file a joint status report by December 15, 2014 setting forth a proposed briefing schedule and page limits, or, if unable to reach agreement, identifying any disputes for the Court to resolve. *See* ECF No. 213. Keurig has indicated that it intends to file motions to dismiss against all complaints. Accordingly, Keurig and plaintiffs met and conferred on December 5, December 8, and December 11 regarding briefing issues, and are pleased to report that we have reached agreement on both a proposed briefing schedule and page limits for Keurig's forthcoming motions to dismiss.

---

[1] Counsel for all plaintiffs participated in the meet and confer sessions, including counsel for TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse"); JBR, Inc. ("JBR"); Direct Purchaser Plaintiffs ("DPPs"); and Indirect Purchaser Plaintiffs ("IPPs").

Hon. Vernon S. Broderick
Page 2

We respectfully request that the Court enter an order adopting the parties' proposed schedule and page limits.

Briefing Schedule

Keurig and plaintiffs jointly propose the following briefing schedule in connection with Keurig's forthcoming motions to dismiss:

- Keurig will file its motions to dismiss and supporting briefs by February 2, 2015;
- Plaintiffs will file their opposition briefs by April 10, 2015; and
- Keurig will file its reply briefs by May 11, 2015.

This proposal reflects a compromise between the parties to allow the case to proceed promptly while ensuring that all parties have time to prepare their briefs, taking into account the number and size of the actions, and the holidays that fall in the parties' proposed briefing periods.

We respectfully request that the Court enter an order adopting the parties' proposed briefing schedule.

Page Limits

Keurig and plaintiffs jointly propose the following page limits for the memoranda of law to be filed in connection with Keurig's forthcoming motions to dismiss.

*TreeHouse*

- Keurig's Motion to Dismiss TreeHouse's Amended Complaint: 40 pages
- TreeHouse's Opposition Brief: 40 pages
- Keurig's Reply Brief: 17 pages

*JBR*

- Keurig's Motion to Dismiss JBR's Amended Complaint: 30 pages
- JBR's Opposition Brief: 30 pages
- Keurig's Reply Brief: 12 pages

*IPPs*

- Keurig's Motion to Dismiss IPPs' Amended Complaint: 30 pages
- IPPs' Opposition Brief: 30 pages
- Keurig's Reply Brief: 12 pages

*DPPs*

- Keurig's Motion to Dismiss DPPs' Amended Complaint: 25 pages
- DPPs' Opposition Brief: 25 pages

- Keurig's Reply Brief: 10 pages

These proposed opening briefs are five pages longer than the opening briefs permitted in connection with Keurig's motions to dismiss the prior set of complaints with respect to all motions except the motion to dismiss the DPPs' amended complaint, for which no additional pages are proposed. Unlike the other plaintiff groups, which all added new causes of action, DPPs dropped several causes of action.

We respectfully request that the Court enter an order adopting the parties' proposed schedule and page limits as set forth above.

Respectfully submitted,

| | |
|---|---|
| **Cleary Gottlieb Steen & Hamilton LLP** | **Buchanan Ingersoll & Rooney PC** |
| By: *[signature]* | |
| Leah Brannon | Wendelynne J. Newton |
| lbrannon@cgsh.com | wendelynne.newton@bipc.com |
| George S. Cary | One Oxford Centre |
| gcary@cgsh.com | 301 Grant Street, 20th Floor |
| Elaine Ewing | Pittsburgh, Pennsylvania 15219 |
| eewing@cgsh.com | (412) 562-8932 |
| 2000 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |
| (202) 974-1500 | |
| | |
| Lev Dassin | |
| ldassin@cgsh.com | |
| Danielle Mindlin | |
| dmindlin@cgsh.com | |
| One Liberty Plaza | |
| New York, NY 10006 | |
| (212) 225-2790 | |

*Attorneys for Keurig Green Mountain, Inc.*

| Winston & Strawn LLP | Morgan, Lewis & Bockius LLP |
|---|---|
| By: *[signature]*<br>Aldo A. Badini<br>abadini@winston.com<br>Susannah P. Torpey<br>storpey@winston.com<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700 | By: *[signature]*<br>Daniel Johnson, Jr. (*pro hac vice*)<br>djjohnson@morganlewis.com<br>Minna Lo Naranjo (*pro hac vice*)<br>mnaranjo@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1000 |
| Dan K. Webb (*pro hac vice*)<br>dwebb@winston.com<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-5600 | Jacob J.O. Minne (*pro hac vice*)<br>jminne@morganlewis.com<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>(650) 843-4000 |
| *Attorneys for TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.* | *Attorneys for JBR, Inc.* |

Hon. Vernon S. Broderick
Page 5

**Grant & Eisenhofer, P.A.**

By: _____
Linda P. Nussbaum
lnussbaum@gelaw.com
Peter A. Barile III
pbarile@gelaw.com
Bradley J. Demuth
bdemuth@gelaw.com
485 Lexington Avenue
New York, NY 10017
(646) 722-8500

*Attorneys for Direct Purchaser Plaintiffs and Interim Liaison Counsel and Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

**Motley Rice LLC**                                **Robins, Kaplan, Miller, & Ciresi L.L.P.**

Michael M. Buchman                                 Kellie Lerner
mbuchman@motleyrice.com                            klerner@rkmc.com
John A. Ioannou                                    Bernard Persky
jioannou@motleyrice.com                            bpersky@rkmc.com
Alex R. Straus                                     Meegan Hollywood
astraus@motleyrice.com                             mfhollywood@rkmc.com
600 Third Avenue, 21st Floor                       601 Lexington Avenue, Suite 3400
New York, New York 10016                           New York, NY 10022
(212) 577-0040                                     (212) 980-7400

*Attorneys for Direct Purchaser Plaintiffs and Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

**Wolf Haldenstein Adler Freeman & Herz LLP**

By: _____
Fred Taylor Isquith
isquith@whafh.com
Thomas H. Burt
burt@whafh.com
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Interim Co-Lead and Liaison Counsel for the Proposed Classes of Indirect Purchaser Plaintiffs*

**Kaplan Fox & Kilsheimer LLP**

Robert N. Kaplan
rkaplan@kaplanfox.com
Richard J. Kilsheimer
rkilsheimer@kaplanfox.com
Gregory K. Arenson
garenson@kaplanfox.com
Mario M. Choi
mchoi@kaplanfox.com
Matthew P. McCahill
mmccahill@kaplanfox.com
Lauren I. Dubick
ldubick@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

**Pearson, Simon & Warshaw, LLP**

Bruce L. Simon
bsimon@pswlaw.com
Robert G. Retana
rretana@pswla.com
Benjamin E. Shiftan
bshiftan@pswlaw.com
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
(415) 433-9000

*Interim Co-Lead Counsel for the Proposed Classes of Indirect Purchaser Plaintiffs*

cc: Counsel of record (via ECF)