CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

Writer's Direct Dial: +1 (202) 974-1508
E-Mail: lbrannon@cgsh.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/16/2014

Keurig's prior motions to dismiss are DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate Docs. 162, 165, 168, and 171. So ordered.

December 15, 2014

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
Joint Status Report Regarding Briefing for Keurig's Motions to Dismiss

Dear Judge Broderick:

We write on behalf of Defendant Keurig Green Mountain ("Keurig") and all plaintiffs[1] in response to Your Honor's Order issued on December 1, 2014 directing the parties to meet and confer regarding a briefing schedule and page limits for any motions to dismiss by Keurig and to file a joint status report by December 15, 2014 setting forth a proposed briefing schedule and page limits, or, if unable to reach agreement, identifying any disputes for the Court to resolve. *See* ECF No. 213. Keurig has indicated that it intends to file motions to dismiss against all complaints. Accordingly, Keurig and plaintiffs met and conferred on December 5, December 8, and December 11 regarding briefing issues, and are pleased to report that we have reached agreement on both a proposed briefing schedule and page limits for Keurig's forthcoming motions to dismiss.

---

[1] Counsel for all plaintiffs participated in the meet and confer sessions, including counsel for TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse"); JBR, Inc. ("JBR"); Direct Purchaser Plaintiffs ("DPPs"); and Indirect Purchaser Plaintiffs ("IPPs").

Hon. Vernon S. Broderick
Page 2

We respectfully request that the Court enter an order adopting the parties' proposed schedule and page limits.

### Briefing Schedule

Keurig and plaintiffs jointly propose the following briefing schedule in connection with Keurig's forthcoming motions to dismiss:

- Keurig will file its motions to dismiss and supporting briefs by February 2, 2015;
- Plaintiffs will file their opposition briefs by April 10, 2015; and
- Keurig will file its reply briefs by May 11, 2015.

This proposal reflects a compromise between the parties to allow the case to proceed promptly while ensuring that all parties have time to prepare their briefs, taking into account the number and size of the actions, and the holidays that fall in the parties' proposed briefing periods.

We respectfully request that the Court enter an order adopting the parties' proposed briefing schedule.

### Page Limits

Keurig and plaintiffs jointly propose the following page limits for the memoranda of law to be filed in connection with Keurig's forthcoming motions to dismiss.

*TreeHouse*

- Keurig's Motion to Dismiss TreeHouse's Amended Complaint: 40 pages
- TreeHouse's Opposition Brief: 40 pages
- Keurig's Reply Brief: 17 pages

*JBR*

- Keurig's Motion to Dismiss JBR's Amended Complaint: 30 pages
- JBR's Opposition Brief: 30 pages
- Keurig's Reply Brief: 12 pages

*IPPs*

- Keurig's Motion to Dismiss IPPs' Amended Complaint: 30 pages
- IPPs' Opposition Brief: 30 pages
- Keurig's Reply Brief: 12 pages

*DPPs*

- Keurig's Motion to Dismiss DPPs' Amended Complaint: 25 pages
- DPPs' Opposition Brief: 25 pages

- Keurig's Reply Brief: 10 pages

These proposed opening briefs are five pages longer than the opening briefs permitted in connection with Keurig's motions to dismiss the prior set of complaints with respect to all motions except the motion to dismiss the DPPs' amended complaint, for which no additional pages are proposed. Unlike the other plaintiff groups, which all added new causes of action, DPPs dropped several causes of action.

We respectfully request that the Court enter an order adopting the parties' proposed schedule and page limits as set forth above.

Respectfully submitted,

Cleary Gottlieb Steen & Hamilton LLP    Buchanan Ingersoll & Rooney PC

By: /s/ Leah Brannon

Leah Brannon
lbrannon@cgsh.com
George S. Cary
gcary@cgsh.com
Elaine Ewing
eewing@cgsh.com
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

Lev Dassin
ldassin@cgsh.com
Danielle Mindlin
dmindlin@cgsh.com
One Liberty Plaza
New York, NY 10006
(212) 225-2790

Wendelynne J. Newton
wendelynne.newton@bipc.com
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219
(412) 562-8932

*Attorneys for Keurig Green Mountain, Inc.*

Hon. Vernon S. Broderick
Page 4

| Winston & Strawn LLP | Morgan, Lewis & Bockius LLP |

By: /s/ Aldo A. Badini / Susannah P. Torpey
Aldo A. Badini
abadini@winston.com
Susannah P. Torpey
storpey@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700

Dan K. Webb (*pro hac vice*)
dwebb@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

*Attorneys for TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

By: /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr. (*pro hac vice*)
djjohnson@morganlewis.com
Minna Lo Naranjo (*pro hac vice*)
mnaranjo@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

Jacob J.O. Minne (*pro hac vice*)
jminne@morganlewis.com
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
(650) 843-4000

*Attorneys for JBR, Inc.*

Hon. Vernon S. Broderick
Page 5

      **Grant & Eisenhofer, P.A.**

By: _/s/_
Linda P. Nussbaum
lnussbaum@gelaw.com
Peter A. Barile III
pbarile@gelaw.com
Bradley J. Demuth
bdemuth@gelaw.com
485 Lexington Avenue
New York, NY 10017
(646) 722-8500

*Attorneys for Direct Purchaser Plaintiffs and Interim Liaison Counsel and Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

| **Motley Rice LLC** | **Robins, Kaplan, Miller, & Ciresi L.L.P.** |
|---|---|
| Michael M. Buchman<br>mbuchman@motleyrice.com<br>John A. Ioannou<br>jioannou@motleyrice.com<br>Alex R. Straus<br>astraus@motleyrice.com<br>600 Third Avenue, 21st Floor<br>New York, New York 10016<br>(212) 577-0040 | Kellie Lerner<br>klerner@rkmc.com<br>Bernard Persky<br>bpersky@rkmc.com<br>Meegan Hollywood<br>mfhollywood@rkmc.com<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>(212) 980-7400 |

*Attorneys for Direct Purchaser Plaintiffs and Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

Wolf Haldenstein Adler Freeman & Herz LLP

By: /s/
Fred Taylor Isquith
isquith@whafh.com
Thomas H. Burt
burt@whafh.com
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Interim Co-Lead and Liaison Counsel for the Proposed Classes of Indirect Purchaser Plaintiffs*

| Kaplan Fox & Kilsheimer LLP | Pearson, Simon & Warshaw, LLP |
|---|---|
| Robert N. Kaplan<br>rkaplan@kaplanfox.com<br>Richard J. Kilsheimer<br>rkilsheimer@kaplanfox.com<br>Gregory K. Arenson<br>garenson@kaplanfox.com<br>Mario M. Choi<br>mchoi@kaplanfox.com<br>Matthew P. McCahill<br>mmccahill@kaplanfox.com<br>Lauren I. Dubick<br>ldubick@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980 | Bruce L. Simon<br>bsimon@pswlaw.com<br>Robert G. Retana<br>rretana@pswla.com<br>Benjamin E. Shiftan<br>bshiftan@pswlaw.com<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>(415) 433-9000 |

*Interim Co-Lead Counsel for the Proposed Classes of Indirect Purchaser Plaintiffs*

cc: Counsel of record (via ECF)