UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                              : ECF Case

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE  :
COFFEE ANTITRUST LITIGATION  : MDL No. 2542
                                                                              :
------------------------------------------------------------------ X  Master Docket No.
                                                                              : 1:14-md-02542 (VSB)
    :

*This Document Pertains To:*   :

*Indirect-Purchaser Actions*   : **ORAL ARGUMENT**
  : **REQUESTED**
*Case No. 1:14-cv-03790-VSB*   :
*Case No. 1:14-cv-04391-VSB*   :
*Case No. 1:14-cv-03018-VSB*   :
*Case No. 1:14-cv-04392-VSB*   :
*Case No. 1:14-cv-04398-VSB*   :
*Case No. 1:14-cv-04399-VSB*   :
*Case No. 1:14-cv-04403-VSB*   :
*Case No. 1:14-cv-04405-VSB*   :
*Case No. 1:14-cv-04071-VSB*   :
*Case No. 1:14-cv-04295-VSB*   :
------------------------------------------------------------------ X

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**
**THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**
**<u>FILED BY INDIRECT PURCHASER PLAINTIFFS</u>**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all exhibits thereto, and all prior proceedings in this action, Defendant Keurig Green Mountain, Inc. will move this Court, before The Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, as soon as counsel may be heard, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the consolidated amended complaint filed by the Indirect Purchaser Plaintiffs and for such other relief as this Court deems just and proper.

Dated:  February 2, 2015
New York, New York

                CLEARY GOTTLIEB STEEN & HAMILTON

By:   /s/ George S. Cary
**George S. Cary**
**Leah Brannon**
**Elaine Ewing**
*gcary@cgsh.com*
*lbrannon@cgsh.com*
*eewing@cgsh.com*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 974-1500

**Lev L. Dassin**
**Danielle Mindlin**
*ldassin@cgsh.com*
*dmindlin@cgsh.com*
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2790

**Wendelynne J. Newton**
*wendelynne.newton@bipc.com*
BUCHANAN INGERSOLL & ROONEY
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219
Telephone:  (412) 562-8932

*Attorneys for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated*

2