

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 · Fax: 646-722-8501

123 Justison Street
Wilmington, DE  19801
Tel:  302-622-7000 · Fax: 302-622-7100
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091· Fax: 202-350-5908

Bradley J. Demuth, Esq.
Direct Dial:  646.722.8530
bdemuth@gelaw.com

April 10, 2015

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

      Re:    ***In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.***,
                **14-md-02542-VSB (S.D.N.Y.)**

Dear Judge Broderick:

      Pursuant to Rule 4.I. of this Court's Individual Rules of Practice, I write on behalf of Direct Purchaser Plaintiffs ("DPPs") to respectfully request oral argument in order to respond to any questions the Court may have concerning Defendant's Motion to Dismiss The Consolidated Amended Class Action Complaint (ECF 229, 230), the opposition to which DPPs emailed to Chambers today pursuant to the Court's Individual Rules regarding filings to be made under seal.

                                             Respectfully,

                                             */s/ Bradley J. Demuth*

                                             Bradley J. Demuth

cc:     All counsel of record (via email)