```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                              :
                                                    :
KEURIG GREEN MOUNTAIN SINGLE-  :            14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST              :
LITIGATION                                      :            ORDER
                                                    :
*This Document Relates to All Actions*    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of letters dated April 10, 2015, from JBR, TreeHouse, the Direct Purchaser Plaintiffs, and the Indirect Purchaser Plaintiffs. All Plaintiffs have requested leave to file their memoranda of law in opposition to Keurig's motions to dismiss the amended complaints, and/or supporting exhibits thereto, under seal and to file redacted versions thereof on the public docket. Plaintiffs seek to redact material designated as confidential or attorneys' eyes only under the protective order governing this litigation, (Doc. 189). In all cases, the redactions are limited to no more than several sentences. All of Plaintiffs' requests are therefore GRANTED with respect to all proposed redactions.

SO ORDERED.

Dated:    April 13, 2015
          New York, New York

                                                       _____
                                                       Vernon S. Broderick
                                                       United States District Judge