**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500
FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

Writer's Direct Dial: +1 (202) 974-1920
E-Mail: gcary@cgsh.com

June 12, 2015

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Oral Argument for Keurig's Motions to Dismiss

Dear Judge Broderick:

We write on behalf of Defendant Keurig Green Mountain, Inc. ("Keurig") in response to Your Honor's Order issued on May 12, 2015 granting the parties' requests for oral argument concerning Keurig's Motions to Dismiss the four operative complaints (ECF Nos. 223, 226, 229, 231). *See* ECF No. 262. We respectfully ask for Your Honor's guidance regarding the oral arguments scheduled for Thursday, July 9, 2015 at 10:30 am.

Specifically, we respectfully request Your Honor's guidance regarding how much time is allotted for argument on each of Keurig's four Motions to Dismiss.

Respectfully submitted,

/s/ George S. Cary

George S. Cary

cc: Counsel of record (via ECF)

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.