WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

**FRED T. ISQUITH**
DIRECT DIAL: (212) 545-4690
FACSIMILE: (212) 686-0114
isquith@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016

212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

June 12, 2015

**VIA HAND DELIVERY**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, N.Y. 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
    **14-md-02542-VSB (S.D.N.Y.)**

Dear Judge Broderick:

The undersigned counsel for the Plaintiffs, indicated below by their counsels' signatures, jointly write with respect to the argument Your Honor has scheduled for July 9, 2015 on Defendants' motion to dismiss the various complaints.

We would appreciate whatever guidance the Court chooses to provide Counsel in advance of the argument. In particular, and in connection with the structure of the argument, we would appreciate Your Honor's expectations as to how much time the Court anticipates for the argument, including the time to be allocated for each of the cases, and for each side in the cases, and whether Your Honor has any other plans regarding the structure of the argument. In addition, if there are specific issues that the Court would like the Parties to address during argument, we would be grateful for Your Honor's advance advice to enable us to better prepare our responses for the Court.

We thank Your Honor in advance for your Honor's consideration.



Hon. Vernon S. Broderick, U.S.D.J.
June 12, 2015
Page 2

                Respectfully submitted,

**Grant & Eisenhofer, P.A.**

By: *Charles T. Caliendo* (by PSI)
Charles T. Caliendo
ccaliendo@gelaw.com
Robert G. Eisler
reisler@gelaw.com
485 Lexington Avenue
New York, NY 10017
(646) 722-8500

*Attorneys for Direct Purchaser Plaintiffs and Interim Liaison and Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

**Wolf Haldenstein Adler Freeman & Herz LLP**

By: _____
Fred Taylor Isquith
isquith@whafh.com
Thomas H. Burt
burt@whafh.com
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Attorneys for Indirect Purchaser Plaintiffs and Interim Liaison and Co-Lead Counsel for the Proposed Indirect Purchaser Plaintiff Classes*

**Winston & Strawn LLP**

By: *Aldo A. Badini* (by CTC)
Aldo A. Badini
abadini@winston.com
Susannah P. Torpey
storpey@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700

Dan K. Webb
dwebb@winston.com
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

*Attorneys for TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

**Morgan, Lewis & Bockius LLP**

By: *Daniel Johnson, Jr.* (by CTC)
Daniel Johnson, Jr.
djjohnson@morganlewis.com
Minna Lo Naranjo
mnaranjo@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

*Attorneys for JBR, Inc.*

cc:    All counsel of record (via ECF)

FTI:ks/781184

