UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation _____, No. 14-MD-2542.

The date(s) for which such authorization is provided is (are) July 9, 2015 .

| Attorney | Device(s) |
|---|---|
| 1. Daniel Johnson, Jr. | 1 smartphone |
| 2. J. Clayton Everett, Jr. | 1 smartphone; and 1 laptop |
| 3. Michael F. Carr | 1 smartphone; 1 USB drive; and 1 laptop |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:  July 6, 2015

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

Revised: February 26, 2014