UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation _____, No. 14-MD-2542.

The date(s) for which such authorization is provided is (are) July 9, 2015.

| Attorney | Device(s) |
|---|---|
| 1. PLEASE SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: July 6, 2015

_____
Vernon S. Broderick
United States District Judge

Revised: February 26, 2014

**In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation**

No. 14-MD-2542

| Attorney | Device(s) |
| --- | --- |
| Aldo A. Badini | (1) Smartphone; <br>(2) Laptop; and <br>(3) iPad |
| Susannah P. Torpey | (1) Blackberry; and <br>(2) Laptop |
| Thomas E. O'Neill | (1) Smartphone; and <br>(2) iPad |
| Dan Webb | (1) Smartphone; and <br>(2) Blackberry |
| Stephanie O'Connor | (1) 6500 Lumens Projector; <br>(2) DaLite Projectostand (25"x17"); <br>(3) 6'x8' Fastfold Screen; <br>(4) Tech Table; <br>(5) Smartphone; <br>(6) Two technician laptops (one MacBook Pro and one Dell); <br>(7) Various Cabling; <br>(8) Inline VGA Switch; and <br>(9) Computer Monitor |
| Sofia Arguello | (1) Smartphone |
| Marissa C. Nardi | (1) Smartphone; <br>(2) Laptop; and <br>(3) Brewer |