Law Offices

## Pearson, Simon & Warshaw, LLP

44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
WWW.PSWLAW.COM

LOS ANGELES OFFICE
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
FAX (818) 788-8104

WRITER'S DIRECT CONTACT
(415) 400-7718
RRETANA@PSWLAW.COM

July 6, 2015

Hon. Vernon S. Broderick
United States District Judge
40 Foley Square, Room 415
New York, NY 10007

Re:    In Re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation
       Case No.: 14-md-2542 (VSB)

Dear Judge Broderick:

        Counsel for the Indirect Purchaser Plaintiffs in the above-referenced litigation
respectfully request that the Court enter the attached form Order granting permission for
counsel to bring a limited number of electronic devices to the hearing on the motions to
dismiss on July 9, 2015.

                                    Very truly yours,

                                    PEARSON, SIMON & WARSHAW, LLP

                                    */s/ Robert G. Retana*

                                    ROBERT G. RETANA

RGR

cc:    All counsel of record
864228.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to

this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned___In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation_____

_____, No. _14-MD-2542_.

The date(s) for which such authorization is provided is (are) _July 9, 2014_____.

| Attorney | Device(s) |
| --- | --- |
| 1. Bruce L. Simon | (1) Smartphone |
| 2. Robert G. Retana | (2) Smartphones |
| 3. Michael Liskow | (1) Smartphone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the
restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:        _____

_____
United States Judge

Revised: February 26, 2014

*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*

Case No. 14-MD-2542

Extra Sheet for Electronic Devices Proposed Order

| Attorney | Device(s) |
|---|---|
| 4. Fred Isquith | (1) Smartphone |
| 5. Thomas Burt | (1) Smartphone |
| 6. Robert Kaplan | (1) Smartphone |
| 7. Lauren Dubick | (1) Smartphone |
| 8. Richard Kilsheimer | (1) Smartphone |
| 9. Jason Uris | (1) Smartphone |

864223.1