

601 LEXINGTON AVENUE          212 980 7400 TEL
SUITE 3400                    212 980 7499 FAX
NEW YORK NY  10022            ROBINSKAPLAN.COM

BERNARD PERSKY
212 980 7407 TEL
BPERSKY@ROBINSKAPLAN.COM

July 7, 2015                              *Via ECF*

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542 -
     Use of Electronic Devices in the Courthouse

Dear Judge Broderick:

    Pursuant to Standing Order M10-468 and Your Honor's Individual Rule 8(B),
Direct Purchaser Plaintiffs respectfully request the Court's permission to bring
certain electronic devices into the courthouse for the motion to dismiss hearing
scheduled for July 9, 2015. Attached is a proposed order identifying the requested
equipment, and the attorneys who will be using it.

                              Respectfully Submitted,

                              /s/ Bernard Persky
                              Bernard Persky, Robins Kaplan LLP

                              /s/ Michael Buchman
                              Michael Buchman, Motley Rice LLC

                              /s/ Robert Eisler
                              Robert Eisler, Grant & Eisenhofer,
                              P.A.

                              *Attorneys for Direct Purchaser
                              Plaintiffs and Interim Co-Lead Counsel
                              for the Proposed Direct Purchaser
                              Plaintiff Class*

July 7, 2015                                                   *Via ECF*
Page 2
_____


Attachment

cc:     All Counsel of Record (via ECF)