UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation_____, No. _14-MD-2542_.

The date(s) for which such authorization is provided is (are) _July 9, ~~2014~~ 2015_____.

| Attorney | Device(s) |
|---|---|
| 1. Bruce L. Simon | (1) Smartphone |
| 2. Robert G. Retana | (2) Smartphones |
| 3. Michael Liskow | (1) Smartphone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _July 7, 2015_

_Vernon Broderick_
Vernon S. Broderick
United States District Judge

Revised: February 26, 2014

*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*

Case No. 14-MD-2542

Extra Sheet for Electronic Devices Proposed Order

| Attorney | Device(s) |
|---|---|
| 4. Fred Isquith | (1) Smartphone |
| 5. Thomas Burt | (1) Smartphone |
| 6. Robert Kaplan | (1) Smartphone |
| 7. Lauren Dubick | (1) Smartphone |
| 8. Richard Kilsheimer | (1) Smartphone |
| 9. Jason Uris | (1) Smartphone |

864223.1