UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
―――――――――――――――――――――――――――x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation__, No. __14-MD-2542__.

The date(s) for which such authorization is provided is (are) __July 9, 2015__.

| Attorney | Device(s) |
|---|---|
| 1. Please see Attachment A | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: __July 8, 2015__

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

Revised: February 26, 2014

**Attachment A**

*In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*

No. 14-MD-2542

| Attorney | Device(s) |
|---|---|
| Bernard Persky | Smartphone |
| Meegan Hollywood | Smartphone<br>Laptop<br>USB drive<br>iPad |
| Robert Eisler | Smartphone |
| John Ioannou | Two Smartphones |
| Alex Straus | Smartphone |
| Peter Barile | Smartphone |
| Charles Caliendo | Two Smartphones |
| Michael Buchman | Smartphone |

1