

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
212-294-4601
ABadini@winston.com

January 22, 2016

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:** In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig., MDL No. 2542
Supplemental Authority

Dear Judge Broderick:

We write on behalf of all Plaintiffs in the above-referenced MDL proceedings to notify the Court of recently decided supplemental authority relevant to the Defendants' pending motions to dismiss.

The Southern District of New York recently issued a decision in Dial Corporation v. News Corporation, 13-cv-06802-WHP (Jan. 15, 2016) ("Dial"), attached as Exhibit A. The plaintiffs in Dial are a class of consumer packaged goods companies that purchased in-store promotions from defendants. Judge William H. Pauley III denied defendants' motion for summary judgment on plaintiffs' exclusive dealing claim under Section 1 of the Sherman Act and Section 3 of the Clayton Act, monopolization claim under Section 2 of the Sherman Act, and state law exclusive dealing and monopolization claims.

To the extent the Court would benefit from further discussion of the relevance of this authority to the pending motions, Plaintiffs would be pleased to submit an additional supplemental letter brief of no more than three pages.

Respectfully submitted,

By: /s/ Aldo A. Badini
   **WINSTON & STRAWN LLP**
   200 Park Avenue
   New York, NY 10166
   (212) 294-6700
   ABadini@winston.com

Counsel for Plaintiffs TreeHouse
Foods, Inc., Bay Valley Foods, LLC,
and Sturm Foods, Inc.

cc: All counsel of record (by ECF)
Enclosure