

June 20, 2017

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542: **Plaintiffs' Request for a Status Conference**

Dear Judge Broderick:

I write on behalf of all Plaintiffs to request a status conference.

Our clients have become increasingly concerned about the continuing harm they are facing in the marketplace with the stay of discovery of this litigation since June 19, 2014, which was continued following the argument on the motion to dismiss on July 9, 2015.

We are not in a position to respond to our clients' concerns. Consequently, we respectfully request a status conference to discuss the following matters:

a) Plaintiffs' April 24, 2017 request to lift the stay of discovery; and

b) The schedule for the completion of this MDL action ordered by the Court on November 9, 2016, in view of its current status.

Respectfully submitted,

By: *[signature]* Daniel Johnson

400 Oyster Point Blvd, Suite 321  >  South San Francisco, California 94080  >  415.604.4500                    www.DanJohnsonLawGroup.com