UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>This Notice relates to:<br>The Direct Purchaser Actions Below | MDL No. 2542<br>Docket No. 1:14-md-02542-VSB |
| Ney Silverman Insurance Associates, LLC,<br>        Plaintiff,<br>v.<br><br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-01671-VSB |
| Richard Constantino,<br>        Plaintiff,<br>v.<br><br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-01836-VSB |
| Cusimano Carstar Collision, Inc., et al.,<br>        Plaintiffs,<br>v.<br><br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-01963-VSB |
| Jeffrey Rosen,<br>        Plaintiff,<br>v.<br><br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-02255-VSB |

| | |
|---|---|
| Ken Overton,<br>        Plaintiff,<br>v.<br>Green Mountain Coffee Roasters, Inc., et al,<br>        Defendants. | Docket No. 1:14-cv-02530-VSB |
| Matthew Hashem,<br>        Plaintiff,<br>v.<br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-02582-VSB |
| Timothy Quackenbush,<br>        Plaintiff,<br>v.<br>Keurig Green Mountain, Inc., et al.,<br>        Defendants. | Docket No. 1:14-cv-03032-VSB |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ney Silverman Insurance Associates, LLC; Richard Constantino; Cusimano Carstar Collision, Inc.; John R. Cusimano; Jeffrey Rosen; Ken Overton; Matthew Hashem; and Timothy Quackenbush hereby give notice that their claims in the above-captioned actions are voluntarily dismissed, with the parties to bear their own costs and expenses. This notice of voluntary dismissal is made without prejudice to these Plaintiffs' rights as absent class members.

Dated: January 12, 2018

Respectfully submitted,

   /s/ William V. Reiss
Bernard Persky
William V. Reiss
David B. Rochelson
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
BPersky@robinskaplan.com
WReiss@robinskaplan.com
DRochelson@robinskaplan.com

3