UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | No. 1:14-md-02542 (VSB) |
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE | : |  |
| COFFEE ANTITRUST LITIGATION | : |  |
|  | : |  |

------------------------------------------------------------------------X

## RULE 7.1 THIRD AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Keurig Green Mountain, Inc. ("Keurig"), f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated, by its undersigned counsel, certifies as follows:

Keurig is now a subsidiary of Keurig Dr Pepper Inc., a publicly held corporation. Mondelez International, Inc., a publicly held corporation, owns at least 10% of Keurig Dr Pepper Inc.'s common stock.  To Keurig's knowledge, no other publicly held corporation owns 10% or more of Keurig or the common stock of Keurig Dr Pepper Inc.

1

Dated: July 12, 2018

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Leah Brannon*
     **Leah Brannon**
     *lbrannon@cgsh.com*
     2000 Pennsylvania Avenue, NW
     Washington, District of Columbia 20006
     Telephone: (202) 974-1508
     Facsimile: (202) 974-1999

     *Attorney for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated*

Of counsel:

BUCHANAN INGERSOLL & ROONEY, P.C.
**Wendelynne J. Newton**
*wendelynne.newton@bipc.com*
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 562-8932
Facsimile: (412) 562-1041