```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE:                                         :
                                               :
KEURIG GREEN MOUNTAIN SINGLE-                  :        14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                         :
LITIGATION                                     :        ORDER
                                               :
This Document Relates to All Actions           :
----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties appeared for a status conference on April 5, 2019 to address several topics related to the status of this multi-district litigation. For the reasons stated on the record, it is hereby:

ORDERED that Plaintiff TreeHouse Foods, Inc.'s ("TreeHouse") motion for an order reversing certain orders entered by Magistrate Judge Henry B. Pitman on November 9, 2018, (Doc. 466), is DENIED.

IT IS FURTHER ORDERED that the parties shall appear for a status conference on July 24, 2019 at 2:30 p.m.

SO ORDERED.

Dated:   April 5, 2019
         New York, New York

*Vernon S. Broderick*
United States District Judge