# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Alex Brown**  Direct Dial: **404-881-7943**  Email: **alex.brown@alston.com**
Alex Brown
Direct Dial: 404-881-7943
Email: alex.brown@alston.com

December 16, 2019

**VIA CM/ECF, EMAIL, AND HAND DELIVERY**

Honorable Vernon S. Broderick
BroderickNYSDChambers@nysd.uscourts.gov

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 12/17/2019

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-2542-VSB-SLC

Dear Judge Broderick,

We write pursuant to Your Honor's Individual Practices No. 5.B, requesting permission to file the enclosed Amended Complaint under seal. The Amended Complaint shall be filed as Exhibit A to the parties Stipulation and Proposed Order regarding the filing of the Amended Complaint. McLane Company, Inc. seeks to redact material in the Amended Complaint that is designated as Protected Material under the protective order governing this litigation (ECF No. 496).

Specifically, portions of McLane's Amended Complaint refer to information that has been designated as Confidential Material and Highly Confidential Material by the parties. For these reasons, McLane request that the Court permit the Amended Complaint to be filed under seal, with a redacted version filed on the public docket, in accordance with the protective order. Defendant Keurig Green Mountain, Inc. has consented to the proposed redactions.

Sincerely,

Alexander G. Brown

CC: All counsel of Record (via ECF)