# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

**Alex Brown**   Direct Dial: **404-881-7943**   Email: **alex.brown@alston.com**

Alex Brown
Direct Dial: 404-881-7943
Email: alex.brown@alston.com

December 19, 2019

**VIA CM/ECF, EMAIL, AND OVERNIGHT DELIVERY**

Honorable Vernon S. Broderick
BroderickNYSDChambers@nysd.uscourts.gov

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/20/2019

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-2542-VSB-SLC; *McLane Company, Inc. v. Keurig Green Mountain, Inc.*, 1:19-cv-00325-VSB

Dear Judge Broderick,

We write pursuant to Your Honor's Individual Practices No. 5.B, requesting permission to file the enclosed Amended Complaint and its Associated Exhibit A under seal. The Amended Complaint shall be filed pursuant to this Court's Order of December 17, 2019 (D.I. 697).

The Amended Complaint and its associated Exhibit A are to be filed under seal pursuant to the same confidentiality concerns addressed in McLane's Letter Motion to Seal of December 16, 2019 (D.I. 694) which was granted by this Court's Order of December 18, 2019 (D.I. 696).

Sincerely,

Alexander G. Brown

CC: All counsel of Record (via ECF)