UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The unopposed request to seal the documents filed at ECF No. 705 is **GRANTED**.

The parties are directed to refile the documents at ECF No. 705 with the proposed redactions at ECF No. 709.

The Clerk of Court is respectfully directed to seal ECF No. 705 and to close the Letter-Motion at ECF No. 709.

Dated:     New York, New York
            January 23, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**