UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **TELEPHONE CONFERENCE** <br> **SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, Sturm Foods, Inc., and JBR, Inc.'s request at ECF No. 706 for a discovery conference to discuss Plaintiffs' request for document production and deposition of Mike Degnan, and the opposition by Defendant Keurig at ECF No. 713.

The Defendant Keurig and the Plaintiffs listed above are directed to jointly call Chambers on **February 13, 2020 at 2:30 pm** at (212) 805-0214 to discuss the Letter-Motion.

The Clerk of Court is respectfully directed to Close the Letter-Motion at ECF No. 706.

Dated:   New York, New York
         January 24, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**