UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 715 to seal the documents filed at ECF No. 706 is **GRANTED** in part and **DENIED** in part. The parties are directed to refile the documents at ECF No. 706 with Keurig's and Sagentia's proposed redactions described in ECF No. 715.

The Letter-Motion at ECF No. 717 to seal the documents at ECF No. 707 is **GRANTED**. The parties are directed to refile the documents at ECF No. 707 with the proposed redactions described in ECF No. 717.

The Letter-Motion at ECF No. 718 to seal the documents at ECF No. 708 is **GRANTED**. The parties are directed to refile the documents at ECF No. 708 with the proposed redactions described in ECF No. 718.

The Clerk of Court is respectfully directed to seal ECF Nos. 706, 707 and 708 and to close the Letter-Motions at ECF Nos. 715, 717 and 718.

Dated:     New York, New York
            January 28, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**