UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 721 to seal the documents filed at ECF No. 712 is **GRANTED**. The parties are directed to refile the documents at ECF No. 712 with the proposed redactions described in ECF No. 721.

The Letter-Motion at ECF No. 723 to seal the documents at ECF No. 713 is **GRANTED**. The parties are directed to refile the documents at ECF No. 713 with the proposed redactions described in ECF No. 723.

The Clerk of Court is respectfully directed to seal ECF Nos. 712 and 713 and to close the Letter-Motions at ECF Nos. 721 and 723.

Dated: New York, New York
January 29, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**