UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 726 to seal the documents filed at ECF No. 716 is **GRANTED**. The parties are directed to refile the documents at ECF No. 716 with the proposed redactions described in ECF No. 726.

The Letter-Motion at ECF No. 727 to seal the documents at ECF No. 719 is **GRANTED**. The parties are directed to refile the documents at ECF No. 719 with the proposed redactions described in ECF No. 727.

The Clerk of Court is respectfully directed to seal ECF Nos. 716 and 719 and to close the Letter-Motions at ECF Nos. 726 and 727.

Dated:  New York, New York
        January 30, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**