UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE
COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 731 to seal the documents filed at ECF No. 722 is **GRANTED**.

The parties are directed to refile the documents at ECF No. 722 with the proposed redactions

described in ECF No. 731.

The Clerk of Court is respectfully directed to seal ECF No. 722, to close the Letter-Motion

at ECF No. 730 as moot, and to close the Letter-Motions at ECF No. 731.

Dated:        New York, New York
              January 31, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**