UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, February 4, 2020, between Plaintiffs TreeHouse Foods, Sturm Foods, and Bay Valley Foods ("TreeHouse") and Defendant Keurig, the Court ORDERS as follows:

By **February 28, 2020**, TreeHouse shall produce (1) all of Samantha Peskie's responsive handwritten notes for the period January 1, 2009 through April 30, 2013, and (2) Ms. Peskie's custodial documents for the period January 1, 2009 through December 31, 2010 regarding the development of TreeHouse's unfiltered single-serve product.

By **February 28, 2020**, Keurig shall produce Don Holly's custodial documents regarding the negotiation of the supplier agreements between Keurig and Curwood, Phoenix Cups, and Winpak.

The parties' requests set forth in their Letter-Motions at ECF Nos. 705 and 708 are otherwise DENIED.

Dated: New York, New York
February 4, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge