# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
|  | : | ECF Case |
| IN RE: | : |  |
|  | : | MDL No. 2542 |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | : |  |
|  | : | Master Docket No. 1:14-md-02542-VSB-SLC |
|  | : |  |
|  | : | **ORAL ARGUMENT REQUESTED** |
|  | x |  |

### NOTICE OF PLAINTIFFS TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.'S AND PLAINTIFF JBR, INC. D/B/A ROGERS FAMILY COMPANY'S MOTION FOR RECONSIDERATION PURSUANT TO LOCAL CIVIL RULE 6.3 & FEDERAL RULES OF CIVIL PROCEDURE 59(e) & 60(b)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, all exhibits thereto, and all prior proceedings in this action, Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. and JBR, Inc. d/b/a Rogers Family Company (collectively, "Plaintiffs") will move this court, before The Honorable Sarah L. Cave, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 18A, 500 Pearl Street, New York, New York, as soon as counsel may be heard, pursuant to Local Civil Rule 6.3 & Federal Rules of Civil Procedure 59(e) & 60(b), for reconsideration of the sealing order entered by The Honorable Sarah L. Cave on January 28, 2020 (ECF No. 720), granting third-party Sagentia Limited's request to seal portions of Plaintiffs' January 21, 2020 letter motion to compel and Exhibit J thereto, and for such other relief as this Court deems just and proper.

Dated: February 11, 2020
New York, New York

WINSTON & STRAWN LLP

By: ___s/ *Aldo A. Badini*___

Aldo A. Badini
abadini@winston.com
Susannah P. Torpey
storpey@winston.com
Kelli L. Lanski
klanski@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

Diana Hughes Leiden
dhleiden@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 615-1700

Dan K. Webb
dwebb@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

*Attorneys for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

/s/ *Mario Moore*
Mario Moore
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Ste. 321
South San Francisco, CA 94080
(415) 604-4500
mario@danjohnsonlawgroup.com

*Counsel for Plaintiffs JBR, Inc. d/b/a Rogers Family Company*