

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
Abadini@winston.com

February 11, 2020

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pear Street, Courtroom 18A
New York, NY 10007

**Re:** *In re Keurig Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542 Request for Oral Argument

Dear Judge Cave:

Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") have today filed their Memorandum of Law in Support of their Motion for Reconsideration Pursuant to Local Civil Rule 6.3 & Federal Rules of Civil Procedure 59(e) & 60(b) (the "Motion"). Pursuant to Rule III.D. of Your Honor's Individual Practices, TreeHouse respectfully requests oral argument in order to respond to any questions the Court may have concerning the Motion, to be scheduled at the Court's convenience once the matter has been fully briefed.

Respectfully submitted,

By: /s/ *Aldo A. Badini*
Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
abadini@winston.com

*Counsel for Plaintiffs
TreeHouse Foods, Inc., Bay
Valley Foods, LLC, and Sturm
Foods, Inc.*

CC: All counsel (via ECF)