UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Plaintiffs' Letter-Motion to file portions of the Memorandum of Law in Support of Motion for Reconsideration under seal (ECF No. 741) is **GRANTED.** The redacted Memorandum of Law filed at ECF No. 743 shall remain under seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter Motions at ECF No. 741.

Dated: New York, New York
February 14, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**