UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING AND TELEPHONE CONFERENCE SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Plaintiffs' Letter-Motion to file portions of the Letter Motion to Compel Answers to Deposition under seal (ECF No. 754) is **GRANTED.** The redacted Letter Motion filed at ECF No. 756 shall remain under seal only visible to the selected parties.

The Court will hold a telephone conference between Plaintiff JBR and Defendant Keurig on **Tuesday, March 3, 2020 at 10:30 am** to discuss Keurig's Motion to Compel Answers to Deposition Questions. (ECF Nos. 755 and 756). The parties are directed to jointly call Chambers at 212-805-0214 at the scheduled time.

The Court will hold a telephone conference between Plaintiff TreeHouse and Defendant Keurig on **Tuesday, March 3, 2020 at 11:30 am** to discuss Keurig's Motion to Compel TreeHouse to Schedule its 30(b)(6) Deposition. (ECF No. 757). The parties are directed to jointly call Chambers at 212-805-0214 at the scheduled time. The parties are reminded that all depositions must be completed before the end of fact discovery, and the Court encourages TreeHouse to set dates for its 30(b)(6) deposition while negotiations on the topics are ongoing. Should the parties agree to dates before the scheduled call, they shall promptly notify the Court by requesting an adjournment.

The Clerk of Court is respectfully directed to close the Letter Motions at ECF Nos. 754, 755, 756 and 757.

Dated: New York, New York
February 19, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**