UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **AMENDED TELEPHONE CONFERENCE** <br> **<u>SCHEDULING ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will hold a telephone conference between Plaintiff JBR and Defendant Keurig on **Monday, March 2, 2020 at 10:30 am** to discuss Keurig's Motion to Compel Answers to Deposition Questions.  (ECF Nos. 755 and 756).

The Court will hold a telephone conference between Plaintiff TreeHouse and Defendant Keurig on **Monday, March 2, 2020 at 11:30 am** to discuss Keurig's Motion to Compel TreeHouse to Schedule its 30(b)(6) Deposition.  (ECF No. 757).

Dated:          New York, New York
                February 20, 2020                   SO ORDERED


_____
SARAH L. CAVE
**United States Magistrate Judge**