UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING AND SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff JBR's Letter-Motion to file portions of the Letter Motion Challenging Keurig's Clawback under seal (ECF No. 760) is **GRANTED.** The unredacted Letter-Motion filed at ECF No. 762 shall remain under seal; however, JBR is directed to make the filing visible to all parties to this action, not just the filing party and the Court.

Plaintiff JBR's Letter-Motion for a conference to discuss the Letter-Motion Challenging Keurig's Clawback is **GRANTED**. (ECF No. 761). This Motion will be discussed during the discovery conference scheduled for **Monday, March 2, 2020 at 10:30 am**.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 760, 761 and 762.

Dated:  New York, New York
        February 20, 2020                   SO ORDERED

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**