UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 768 to seal portions of the documents filed at ECF No. 769 is **GRANTED**. As per Judge Cave's Individual Practices and SDNY standing order 19-mc-583, complete and unredacted versions the documents proposed to be sealed must be filed at the same time as the Motion to Seal and made visible to the parties in this action. The filing party is directed to file the unredacted documents on the docket, making them visible only to the parties in this action.

The Letter-Motion at ECF No. 774 to seal portions of the documents filed at ECF No. 775 is **GRANTED**. The Letter-Motion filed at ECF No. 776 shall remain under seal only visible to the selected parties.

The Letter-Motion at ECF No. 778 to seal portions of the documents filed at ECF No. 779 is **GRANTED**. The Letter-Motion filed at ECF No. 780 shall remain under seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 768, 774 and 778.

Dated: New York, New York
February 24, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge