UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 784 to seal portions of the documents filed at ECF No. 785 is **GRANTED**. The Letter-Motion filed at ECF No. 786 shall remain under seal only visible to the selected parties.

The Letter-Motion at ECF No. 787 to seal portions of the documents filed at ECF No. 788 is **GRANTED**. The Letter-Motion filed at ECF No. 789 shall remain under seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 785 and 787.

Dated: New York, New York
February 25, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge