UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
|---|---|
| | **SEALING ORDER AND TELEPHONE CONFERENCE SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The undersigned will be ruling on the Emergency Letter Motion for an Extension of Time to Complete Discovery. (ECF No. 769). Accordingly, a telephone conference will be held between all parties on **Wednesday, March 4, 2020 at 3:30 pm**. The parties are directed to call into the Chambers' conference line at 866-390-1828 at the scheduled time. The access code for the conference call is: 3809799.

The Letter-Motion at ECF No. 801 to seal portions of the documents filed at ECF No. 802 is **GRANTED**.

The Court notes that the parties complied with Judge Broderick's individual practices regarding requests to seal. As the undersigned will be ruling on this motion, the parties are directed to file unredacted versions the documents at ECF Nos. 769 and 802, made visible only to the parties in this action.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 801.

Dated:  New York, New York
        February 27, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge