UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, March 2, 2020, between Plaintiffs TreeHouse Foods, Sturm Foods, and Bay Valley Foods ("TreeHouse") and Defendant Keurig, the Court ORDERS as follows:

By **Wednesday, March 4, 2020 at 6:00 pm**, TreeHouse and Keurig shall submit a joint letter listing, without argument, the topics for TreeHouse's 30(b)(6) deposition(s) still in dispute after the parties' meet and confer today, March 2, 2020. The parties shall attach to this submission a copy of Keurig's original list of deposition topics.

On **Friday, March 6, 2020 at 3:00 pm**, TreeHouse and Keurig shall jointly call Chambers at 212-805-0214, at which time the Court will resolve all remaining disputes regarding the 30(b)(6) topics.

By **Monday, March 9, 2020 at 6:00 p.m.,** TreeHouse must provide Keurig dates before March 19, 2020 for its 30(b)(6) deposition(s).

Dated:     New York, New York
           March 2, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge