UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 821 to seal portions of the documents filed at ECF No. 822 is **GRANTED**. The Letter-Motion filed at ECF No. 823 shall remain under seal only visible to the selected parties.

The Letter-Motion at ECF No. 824 to seal portions of the documents filed at ECF No. 825 is **GRANTED**. The Letter-Motion filed at ECF No. 826 shall remain under seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 821 and 824.

Dated: New York, New York
March 4, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge