UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held Monday, March 2, 2020 between Plaintiff, JBR, Inc. d/b/a Rogers Family Company ("JBR") and Defendant Keurig, the Court ORDERS as follows:

(1) Motion to Compel Answers to Certain Deposition Questions (ECF No. 755)

Keurig shall submit to JBR a list of former JBR employees for whom, based on the current record, the reason why their employment with JBR ended is uncertain. For each employee, JBR must provide one of two answers: (1) that the employee was terminated, or (2) that the employee left voluntarily.

The parties are directed to meet and confer as to whether the parties agree to reopen Mr. Rogers's deposition for the purposes of questioning on this topic, or whether a Rule 30(b)(6) witness be designated.

(2) Motion Challenging Clawback of an April 9, 2014 Email (ECF No. 761)

Having reviewed the April 9, 2014 email in camera, as well as the parties' supplemental submissions (ECF Nos. 814 and 820), JBR's Motion challenging Keurig's clawback is DENIED.

Dated: New York, New York
March 4, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge