UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 835 to keep under seal portions of the document filed at ECF No. 836 is **GRANTED**. The unredacted Letter-Motion filed at ECF No. 837 shall remain under seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF Nos. 835.

Dated: New York, New York
March 6, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge