UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held on March 6, 2020, between Plaintiffs TreeHouse Foods, Sturm Foods, and Bay Valley Foods ("TreeHouse") and Defendant Keurig, the Court ORDERS as follows:

By **Tuesday, March 10, 2020 at 6:00 p.m.,** TreeHouse must provide Keurig dates before April 20, 2020 for its 30(b)(6) deposition(s).

By **Wednesday, March 11, 2020 at 6:00 pm**, TreeHouse and Keurig shall submit a joint letter listing, without argument, the topics for TreeHouse's 30(b)(6) deposition(s) still in dispute, including both TreeHouse's and Keurig's proposed language for each disputed topic.

Dated: New York, New York
March 9, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge