UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 858 to maintain the redactions in the documents filed at

ECF No. 859 is **GRANTED**.   The unredacted Letter-Motion filed at ECF No. 860 shall remain under

seal only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 858 and

860.

Dated:      New York, New York
            March 20, 2020

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**