UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 876 to file portions of the documents filed at ECF No. 877 with redactions is **GRANTED**. The Letter-Motion filed at ECF No. 878 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 876.

Dated:  New York, New York
        March 25, 2020                                    SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge