UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 884 to file portions of the documents filed at ECF No. 885 with redactions is **GRANTED**. The Letter-Motion filed at ECF No. 886 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 884.

Dated:    New York, New York
          March 27, 2020                                SO ORDERED

                                                        _____
                                                        SARAH L. CAVE
                                                        United States Magistrate Judge