UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **CASE MANGEMENT SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The discovery conference currently scheduled for Friday, April 3, 2020 at 10:00 am is ADJOURNED until **May 4, 2020 at 10:15 am**.

Per the case management schedule (ECF No. 887), the parties must meet and confer on any questions concerning Keurig's reproduced data and submit a joint letter to the Court listing any outstanding data disputes to be resolved by the Court by **April 30, 2020**.

The parties are directed to call into the Court's conference line at 866-390-1828, access code 380-9799, at the scheduled time.

Dated:   New York, New York
         April 2, 2020                         SO ORDERED

                                               _____
                                               SARAH L. CAVE
                                               United States Magistrate Judge