UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING AND TELEPHONE CONFERENCE** <br> **SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 905 to file portions of the documents filed at ECF No. 906 with redactions is **GRANTED**. The Letter-Motion filed at ECF No. 907 shall remain as only visible to the selected parties.

The Letter Motion at ECF Nos. 907 and 907 is GRANTED. A discovery conference to discuss TreeHouse's metadata will be held on **Tuesday, April 21, 2020 at 11:00 am**. The parties are directed to call the Court's conference line, 866-390-1828, access code, 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 905, 906 and 907.

Dated:     New York, New York
           April 13, 2020                     SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              United States Magistrate Judge