UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE : No. 1:14-md-02542 (VSB) (SLC)
COFFEE ANTITRUST LITIGATION :
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I served a copy of Indirect Purchaser Plaintiffs **(1) Motion to Compel; and (2) Declaration of Joseph C. Bourne with Exhibits A-E** thereto by e-mail and Federal Express on counsel for Amazon.com, Inc. and all other counsel of record in this case via CM/ECF.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2020.

*/s/ Ellowene J. Grant*
Ellowene J. Grant

930013.1