UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**DISCOVERY CONFERENCE**<br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Indirect Purchaser Plaintiffs' motion to compel third-party Amazon.com Inc. ("Amazon") to produce data and materials responsible to a subpoena (ECF No. 923), Amazon's Opposition (ECF Nos. 926–27), and the Indirect Purchaser Plaintiffs' reply (ECF No. 930).

The Court will hold a telephone conference to discuss this motion on **Thursday, May 7, 2020 at 10:30 am.** The parties are directed to call into the Court's conference line at 866-390-1828, access code 380-9799, at the scheduled time.

Dated:  New York, New York
        April 29, 2020                                    SO ORDERED

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

1