

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
+1 212 294 4601
abadini@winston.com

April 30, 2020

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542
         Joint Submission re Outstanding Data Disputes

Dear Judge Cave:

The parties submit this joint letter pursuant to Paragraph 2(g) of the Case Management Scheduling Order entered on March 26, 2020 (ECF No. 887).[1] The parties have worked diligently to resolve questions regarding their data, exchanged responses to all previously outstanding data questions, and met and conferred regarding those responses. Though certain responses do require clarification, the parties are working in good faith to provide the requested information and have no disputes to raise with the Court at this time.

Accordingly, the parties respectfully request an adjournment of the telephonic hearing scheduled for May 4, 2020, and an opportunity to provide the Court with a written update on May 8, 2020, to confirm that all of the requested clarifications regarding the parties' data question responses have been adequately addressed.

Respectfully submitted,

*/s/ Aldo A. Badini*

Aldo A. Badini

CC:   All counsel (via ECF)

---

[1] We were not able to reach counsel for Plaintiff McLane Company, Inc., to obtain sign-off prior to filing this joint submission, but we will inform the Court if we subsequently learn that McLane does not join in this submission.