UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
IN RE: KEURIG GREEN MOUNTAIN :
SINGLE-SERVE COFFEE ANTITRUST : Case No. 1:14-md-02542-VSB-SLC
LITIGATION :
: ECF Case
:
: **MOTION FOR ADMISSION PRO**
: **HAC VICE**
:
:
:
:
:
---------------------------------------------------------------- x

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James Howard hereby moves this Court for an Order for admission Pro Hac Vice to appear as counsel for Non-Party Amazon.com, Inc. in the above-captioned action.

     I am in good standing of the bar of the state of Washington and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

Dated: Seattle, Washington          Respectfully Submitted,
       May 6, 2020

                                      By:    */s/ James Howard*

                                      James Howard
                                      Davis Wright Tremaine LLP
                                      920 Fifth Avenue, Suite 3300
                                      Seattle, Washington 98104
                                      Tel:  (206) 757-8336
                                      Fax: (206) 757-7336
                                      Email: jimhoward@dwt.com

                                      *Counsel for Non-Party Amazon.com, Inc.*