UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
IN RE: KEURIG GREEN MOUNTAIN :
SINGLE-SERVE COFFEE ANTITRUST : Case No. 1:14-md-02542-VSB-SLC
LITIGATION :
: ECF Case
:
: **DECLARATION OF JAMES**
: **HOWARD IN SUPPORT OF**
: **MOTION FOR ADMISSION**
: **PRO HAC VICE**
:
:
:
------------------------------------------------------------ x

James Howard, an attorney duly admitted to practice law before the courts of the State of Washington and District of Columbia, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the firm Davis Wright Tremaine LLP and submit this affidavit pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York in support of my Motion for an Order for Admission Pro Hac Vice to appear as counsel for Non-Party Amazon.com, Inc. ("Amazon") in the above-captioned action.

2. I am a member and in good standing of the bar of the state of Washington and the District of Columbia.  Attached hereto are true and correct copies of certificates of good standing issued within the past 30 days by the State Bar of Washington (**Exhibit A)** and the District of Columbia (**Exhibit B)**.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

6. I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on May 6, 2020
in Seattle, Washington

Respectfully Submitted,

By: _____*/s/ James Howard*_____
James Howard
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel:  (206) 757-8336
Fax: (206) 757-7336
Email: jimhoward@dwt.com