

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
212-294-4601
ABadini@winston.com

May 5, 2020

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/6/2020

The Letter-Motion at ECF No. 935 to file portions of the document filed at ECF No. 937 with redactions is GRANTED. The Letter-Motion filed at ECF No. 937 shall remain visible only to the selected parties. The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 935.

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:** *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-02542-VSB: Request to File Under Seal

Dear Judge Broderick:

I write as counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") and on behalf of all Plaintiffs in accordance with Your Honor's Individual Rules & Practices in Civil Cases 5.B to request leave to file under seal or redact limited portions of Plaintiffs' Reply Memorandum of Law in Support of Objections to Magistrate Judge's Discovery Order, which will be filed today, May 5, 2020.

Plaintiffs' Reply contains references to information contained in TreeHouse's Amended and Supplemental Complaint, which information was ordered to remain under seal by order of this Court. *See* ECF No. 213. Plaintiffs request that the Court order redaction of these references from Plaintiffs' Reply, which references are highlighted in green.

Plaintiffs' Reply also contains information ordered to remain under seal pursuant to an order by Judge Cave. *See* ECF No. 720. That information is highlighted in blue.

This Court has previously ordered that the aforementioned information should remain sealed. *See* ECF No. 899.

Respectfully Submitted,

/s/ *Aldo A. Badini*

Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
abadini@winston.com



*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc:   Counsel for All Parties (via ECF)
      Counsel for Sagentia (via ECF and email)