UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The letter request at ECF No. 946 to file portions of the exhibits in ECF No. 945 with redactions is **GRANTED**. The exhibits filed at ECF No. 946 shall remain as only visible to the selected parties.

Dated:     New York, New York
           May 13, 2020                              SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge