Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | MDL No 2542<br><br>Master Docket No. 1:14-md-02542-VSB<br><br>ECF Case |

**Amended Initial Disclosures of Defendant Keurig Green Mountain, Inc.
Pursuant to Rule 26(a)(1)**

Defendant Keurig Green Mountain, Inc. ("Keurig") hereby makes the following amended initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). These amended initial disclosures are based on information reasonably available to Keurig at this time and are made in a good faith effort to supply such factual information as is presently known. Discovery and Keurig's investigation are ongoing and may disclose the existence of additional facts or documents or add meaning to known facts or documents. Keurig reserves the right to further supplement and/or amend these disclosures pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and applicable Court Orders.

In providing these amended initial disclosures, Keurig preserves all defenses. These amended initial disclosures are made without waiving any right to object (1) to any discovery request involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and the Local Rules; or (2) to the use of any information disclosed in this action or in any other action.

Keurig may rely on documents in Plaintiffs' possession, custody, or control, or the possession, custody, or control of third parties. Keurig reserve the right to seek additional discovery from Plaintiffs or third parties. Keurig further reserves the right to call as witnesses any individuals identified in the initial disclosure (or any amendment thereto) served by any Plaintiff in this MDL.

**A.     Individuals Likely to Have Discoverable Information that Keurig May Use to Support Its Defenses and Counterclaims**

Subject to the foregoing and based on the information reasonably available to Keurig at the present time, Keurig identifies the following individuals as likely to have discoverable information that Keurig may use to support its defenses and counterclaims.

## 1. Current and Former Keurig Employees

The following current and former Keurig employees have been deposed during the course of this litigation and are likely to have discoverable information that Keurig may use to support its defenses and counterclaims. Each of the following current and former Keurig employees may only be contacted through counsel.

| Name and Title | Subject of Information |
| --- | --- |
| Burgess, Tom<br>Director, Business Communications | Mr. Burgess is likely to have discoverable information regarding statements made by Keurig. |
| Conlon, Philip<br>Senior Director of Demand Planning | Mr. Conlon is likely to have discoverable information regarding Keurig's sales to Walmart. |
| Cronican, Sean<br>Senior Vice President, General Manger Partners | Mr. Cronican is likely to have discoverable information regarding Keurig's business development and sales, customer relationships, and private label and partner strategy. |
| Dwyer, Taighe<br>Sales VP, At Home | Mr. Dwyer is likely to have discoverable information regarding Keurig's sales to Walmart and Ahold and services provided by McLane. |
| Huang, Jimmy<br>Senior Director, Engineering | Mr. Huang is likely to have discoverable information regarding the development of the Keurig 2.0 Brewer software and Sun Chemical. |
| Martin, Jim<br>Quality Manager | Mr. Martin is likely to have discoverable information regarding the development of the Keurig 2.0 Brewer, quality of Keurig portion packs, and the quality of non-Keurig manufactured portion packs. |
| Murphy, Sarah<br>Senior Brand Manager | Ms. Murphy is likely to have discoverable information regarding the marketing of Keurig brewers and portion packs. |
| Oh, Annie<br>Vice President, Strategy and Transformation | Ms. Oh is likely to have discoverable information regarding overall company sales and marketing strategies, brewer development/exploration, customers, Away From Home office coffee, contracts with retailers, Keurig's relationships with fulfillment entities, and the At Home channel. |

| Name and Title | Subject of Information |
|---|---|
| Preziosi, Gail<br>Customer Service Manager | Ms. Preziosi is likely to have discoverable information regarding Keurig customer service, including consumer inquiries. |
| Quinn, Larissa<br>Vice President, Marketing and Strategy, AFH | Ms. Quinn is likely to have discoverable information regarding Keurig's business in the Away from Home channel. |
| Yoder, Ben<br>Vice President Business Development | Mr. Yoder is likely to have discoverable information regarding business development and sales, business relationships with retailers and roasters/brands, private label and partner strategy, and competition. |
| Arlequin, Alex<br>Former At Home Regional Sales Director | Mr. Arlequin is likely to have discoverable information regarding retailer relationships and beverage sales. |
| Barberio, Donald<br>Former Vice President In Home Sales | Mr. Barberio is likely to have discoverable information regarding retailer relationships and beverage sales. |
| Baynes, Mark<br>Former Chief Marketing Officer | Mr. Baynes is likely to have discoverable information regarding the marketing of Keurig brewers and portion packs. |
| Berry, Tom<br>Former Director, Beverage Marketing | Mr. Berry is likely to have discoverable information regarding beverage sales and marketing strategies. |
| Blanford, Larry<br>Former CEO, Green Mountain Coffee Roasters, Inc. | Mr. Blanford is likely to have discoverable information regarding company strategies and Keurig's relationships with customers, suppliers, distributors, roasters and brands. |
| Brown, Dwight<br>Former Senior VP of Marketing for the Center of Excellence/Asia-Pacific | Mr. Brown is likely to have discoverable information regarding the marketing of Keurig brewers and portion packs. |
| Cefalo, Kristin<br>Former Director of Marketing, Business Communications | Ms. Cefalo is likely to have discoverable information regarding the marketing of Keurig brewers. |
| Chojnacki, Adam<br>Former Senior Manager Shopper Insights | Mr. Chojnacki is likely to have discoverable information regarding shopper insights and marketing research. |

| Name and Title | Subject of Information |
|---|---|
| Cignarella, Dan<br>Former VP Sales AFH | Mr. Cignarella is likely to have discoverable information regarding sales channels, private label sales, marketing and competition. |
| Collett, Chad<br>Former Vice President Sales | Mr. Collett is likely to have discoverable information regarding Keurig's relationships with retailers, the sale of Keurig brewers and portion packs, and McLane. |
| Crites, Ken<br>Former Senior Director, Category | Mr. Crites is likely to have discoverable information regarding business development and sales and business relationships with retailers and brands. |
| Damodar, Ranjan<br>Former VP, K/V/2.0 Platform | Mr. Damodar is likely to have discoverable information regarding Keurig's contractual and business relationships with customers and the marketing of Keurig brewers and portion packs. |
| DiFabio, Ron<br>Former Senior Vice President At Home Sales | Mr. DiFabio is likely to have discoverable information regarding Keurig's relationships with retailers, the sale of Keurig brewers and portion packs, and McLane. |
| DuLong, Suzanne Prudente<br>Former Vice President of Global Communications | Ms. DuLong is likely to have discoverable information regarding investor relations and public statements made by Keurig. |
| Dutton, Greg<br>Former Strategic Account Manager | Mr. Dutton is likely to have discoverable information regarding Keurig's relationships with retailers and the sale of Keurig brewers and portion packs. |
| Ferguson, Tom<br>Former Vice President of Retail Sales & Grocery | Mr. Ferguson is likely to have discoverable information regarding retailer relationships and competition. |
| Ferreira, Steve<br>Former VP, Finance- Sales & Demand Planning | Mr. Ferreira is likely to have discoverable information regarding brewer development exploration, corporate finance, and the installed base of Keurig brewers. |
| Gallagher, Karen<br>Former VP, US Commercial | Ms. Gallagher is likely to have discoverable information regarding Keurig's contractual and business relationships with customers and the marketing of Keurig brewers and portion packs. |
| Godfrey, Bruce<br>Former Director of Market Research | Mr. Godfrey is likely to have discoverable information concerning marketing research, the installed base of Keurig brewers and Away From Home office coffee. |

4

| Name and Title | Subject of Information |
|---|---|
| Green, Ann<br>Former Senior Shopper Marketing Manager | Ms. Green is likely to have discoverable information regarding the marketing of Keurig brewers and portion packs. |
| Hartley, Kevin<br>Former Chief Innovation Officer | Mr. Hartley is likely to have discoverable information regarding Keurig's business relationship with Sagentia and innovation strategies. |
| Heller, John<br>Former Vice President Supply Chain Services | Mr. Heller is likely to have discoverable information regarding Keurig's supply chain and McLane. |
| Hester, Cynthia<br>Former Strategic Account Manager | Ms. Hester is likely to have discoverable information regarding Keurig's business in the Away from Home channel and its relationship with Keurig Authorized Re-Distributors. |
| Holly, Don<br>Former Vice President Beverage Quality | Mr. Holly is likely to have discoverable information regarding Keurig's relationships with suppliers and the quality of K-Cup® portion packs. |
| Howe, Chris<br>Former Senior Director, Commercial Development, Cold Systems | Mr. Howe is likely to have discoverable information regarding Keurig's business in the Away from Home channel. |
| Huebner, Rosemary Lemay<br>Former Operations Project Manager | Ms. Huebner is likely to have discoverable information regarding portion pack research and development. |
| James, Catherine<br>Former Senior Manager Consumer Insights | Ms. James is likely to have discoverable information regarding marketing research. |
| Kelley, Brian<br>Former CEO, Keurig Green Mountain, Inc. | Mr. Kelley is likely to have discoverable information regarding Keurig's relationships with customers, suppliers, distributors, roasters and brands; brewer and portion pack innovation; the development of the Keurig 2.0 Brewer; and company strategies. |
| Kelley-Straube, Kathy<br>Former Senior Director Customer Care | Ms. Kelley-Straube is likely to have discoverable information regarding Keurig customer service, including consumer inquiries. |

| Name and Title | Subject of Information |
|---|---|
| Lazaris, Nick<br>Former CEO and President, Keurig, Inc. | Mr. Lazaris is likely to have discoverable information regarding the history of Keurig, company strategies, and Keurig's relationships with customers, suppliers, distributors, roasters and brands. |
| Manly, David<br>Former Senior Vice President of Innovation; Vice President and General Manager, Away From Home | Mr. Manly is likely to have discoverable information regarding Keurig's contractual and business relationships with distributers, the marketing of Keurig brewers and portion packs, customer inquiries, competition, and Away From Home office coffee. |
| McCall, Bob<br>Former Senior Vice President - Engineering | Mr. McCall is likely to have discoverable information regarding the design of the Keurig 2.0 Brewer, contract/business relationships with suppliers, and the prior patent litigations between Keurig and JBR and Keurig and Sturm. |
| McCauley, Bill<br>Former National Sales Manager | Mr. McCauley is likely to have discoverable information regarding Keurig's business in the Away from Home channel. |
| McCreary, Scott<br>Former President, Specialty Coffee Business Unit (SCBU) | Mr. McCreary is likely to have discoverable information regarding the coffee business. |
| Mueller, Joe<br>Former Vice President of Sales | Mr. Mueller is likely to have discoverable information regarding Keurig's relationships with Walmart, the sale of Keurig brewers and portion packs, and McLane. |
| Naughton, John<br>Former Senior Vice President - Quality | Mr. Naughton is likely to have discoverable information regarding the development of the Keurig 2.0 Brewer. |
| Novak, Tom<br>Former Senior Vice President - Beverage Research & Development | Mr. Novak is likely to have discoverable information regarding portion pack research and development, the development of the Keurig 2.0 Brewer, and Keurig's business relationship with Sagentia. |
| Rathke, Fran<br>Former Chief Financial Officer | Ms. Rathke is likely to have discoverable information regarding corporate finance. |
| Sachs, David<br>Former Senior Director of Brand Management and Innovation | Mr. Sachs is likely to have discoverable information regarding Keurig business strategies and Keurig's relationships with brands. |

| Name and Title | Subject of Information |
|---|---|
| Sarno, Anthony<br>Former Strategic Account Manager, National Accounts | Mr. Sarno is likely to have discoverable information regarding the Away from Home channel. |
| Slade, Richard<br>Former Senior Director, Creative | Mr. Slade is likely to have discoverable information regarding the creative design of K-Cup® portion packs. |
| Smits, Steve<br>Former Sales Vice President, At Home | Mr. Smits is likely to have discoverable information regarding Keurig's relationships with Walmart and Sam's Club, the sale of Keurig brewers and portion packs, and McLane. |
| Stacy, Michelle<br>Former President, Keurig, Inc. | Ms. Stacy is likely to have discoverable information regarding Keurig's relationships with customers, suppliers, distributors, roasters and brands, brewer development, and the prior patent litigations between Keurig and JBR and Keurig and Sturm. |
| Sullivan, Kevin (deceased)<br>Former Chief Technology Officer | Mr. Sullivan is likely to have discoverable information regarding the design of the Keurig 2.0 Brewer, Keurig suppliers, and the prior patent litigations between Keurig and JBR and Keurig and Sturm. |
| Sweeney, Richard<br>Keurig Founder; Former Vice President, Special Projects Product Supply | Mr. Sweeney is likely to have discoverable information regarding the history of Keurig, contract/business relationships with suppliers, and the development of the Keurig 2.0 Brewer. |
| Tate, Tom<br>Former Director, Marketing Away from Home | Mr. Tate is likely to have discoverable information regarding Keurig's business in the Away from Home channel. |
| Tidwell, Brad<br>Former Supply Chain Lead | Mr. Tidwell is likely to have discoverable information regarding Keurig's supply chain and McLane. |
| Tinkler, Ian<br>Former VP, Research & Development / Brewer Engineering | Mr. Tinkler is likely to have discoverable information regarding the design of the Keurig 2.0 Brewer and the prior patent litigations between Keurig and JBR and Keurig and Sturm. |
| Travis, Jim<br>Former Vice President of Sales | Mr. Travis is likely to have discoverable information regarding retailer relationships and beverage sales. |
| Wettstein, Jon<br>Former Vice President Operations | Mr. Wettstein is likely to have discoverable information regarding Keurig's relationships with suppliers. |

| Name and Title | Subject of Information |
|---|---|
| Whalen, TJ<br>Former Chief Strategy Officer; Vice President Marketing & Sales | Mr. Whalen is likely to have discoverable information regarding beverage sales and marketing strategies, Keurig's sale of portion packs, and competition. |
| White, Joel<br>Former Senior Director, Category | Mr. White is likely to have discoverable information regarding marketing, retailer relationships, and beverage sales. |
| Whoriskey, John<br>Former Vice President, At Home; Head of U.S. Sales & Marketing | Mr. Whoriskey is likely to have discoverable information regarding company sales and marketing, customers, relationships with retailers. |
| Williamson, Mike<br>Former National Director Field Sales | Mr. Williamson is likely to have discoverable information regarding Keurig's business in the Away from Home channel. |
| Wood, Mark<br>Former Chief Business Development & Partners Officer; Vice President of New Business | Mr. Wood is likely to have discoverable information regarding the history of Keurig, business development and sales, business relationships with retailers and roasters/brands, competition, and Keurig's relationships with fulfillment entities. |

**2.     Third Parties**

Third party discovery is currently on-going. Keurig may rely on the third parties who have been subpoenaed and/or identified in Plaintiffs' disclosures to support its defenses and counterclaims.

**3.     Individuals Designated by Others**

Keurig also may use testimony from any individuals who is deposed in this case by any party, who provides a declaration in connection with this litigation, or who is designated by any of the Plaintiffs in this case.

**4.     Experts**

The foregoing list does not include experts and/or consultants who might be retained by Keurig to support its defenses and counterclaims.

**B.     Documents and Tangible Things That Keurig May Use to Support Its Defenses and Counterclaims**

The documents Keurig may use in support of its defenses and counterclaims could include all documents produced by Keurig, Plaintiffs, or any third party in this case. Specifically, for the timeframe January 1, 2009 – December 31, 2017, Keurig may use, *inter alia*, the following categories of documents produced in this litigation:

- Keurig 2.0 Brewers and K-Cup® portion packs

- Presentations that reflect marketing and sales analyses of 1.0 K-Cup® portion packs, 2.0 K-Cup® portion packs, 1.0 Brewers, or 2.0 Brewers

- Competitive and market analyses regarding Single-Serve Brewers or Compatible Portion Packs

- Documents reflecting total volume of direct sales of Brewers and K-Cup® portion packs by Keurig direct to consumers on an annual basis for the period of 2009-2019, as well as overall sales volumes for the same period

- Final written agreement between Keurig and fulfillment companies that handle website sales of pods, including M. Block & Sons

- Final written agreements with any agent, administrator, distributor, retailer, or other entities involved in the K-Cup® portion pack chain of distribution with which Keurig has a direct contractual relationship for the period of 2009 - 2017

- United States Patent No. D502,362 ("Disposable Beverage Filter Cartridge")

- United States Patent No. 6,606,938 ("Two Step Puncturing And Venting Of Single Serve Filter Cartridge In A Beverage Brewer")

- United States Patent No. 7,165,488 ("Brew Chamber For A Single Serve Beverage Brewer")

- United States Patent No. 7,347,138 ("Brew Chamber For A Single Serve Beverage Brewer")

- Final license agreements with selected coffee roasters, beverage brands, coffee brands or licensees

- Final agreements with any KAD, KARD, RNKAD or coffee roaster or beverage brand that concerns K-Cup® portion packs

9

- Final agreements with coffee roaster or beverage brands that concern the manufacture, sale, distribution of K-Cup® portion packs

- Final written agreements with input suppliers, including machinery, cups, filters, lids, etc.

- Final written agreements between Keurig and any Retailer or Wholesaler for the manufacture of private labeled K-Cup® portion packs

- Final presentations made to partners/private label customers/prospective partners/customers

- Marketing and business plans or other documents that concern the decision to develop the 2.0 Brewer or 2.0 K-Cup® portion packs

- Relevant documents and communications with Motiv, Sagentia, and Sun Chemical

- Development/R&D records as to the Keurig 2.0 Brewer design, features and functionality

- Final training materials provided to customer service or sales teams in advance of Keurig 2.0 launch, including customer service "scripts"

- Documents and communications regarding consumer benefits of the Keurig 2.0 Brewer

- Final reports concerning the outcome of focus group tests or surveys regarding the Keurig 2.0 Brewer or 2.0 K-Cup® portion packs

- Presentation materials provided to retailers that concern Keurig 2.0 Brewers or K-Cup® portion packs

- Final marketing materials released in advance of the launch of the Keurig 2.0 Brewer

- Final marketing materials provided to customer service or sales team released in advance of the launch of the Keurig 2.0 Brewer

- Customer service records regarding inquiries as to Keurig's brewers, portion packs, or products manufactured by entities other than Keurig.

**C.      Statement of the Basis of Any Damages Claimed**

In connection with its counterclaims against Plaintiff JBR, Keurig seeks monetary damages, an award of all costs and expenses in this action, including attorneys' fees, pre- and post-judgment interest, and other relief as the nature of the case may require or as the Court deems just and proper.  The computation of such damages will be subject to expert testimony disclosed pursuant to Rule 26(a)(2) and the operative case management plan and scheduling order in this case, and proven at trial.

**D.      Insurance Agreement**

*See* documents previously produced at KGM00006518 – KGM00007436.

Without prejudice to the foregoing, Keurig reserves all rights to supplement and/or amend these disclosures consistent with the Federal Rules of Civil Procedure and the Local Rules

Dated: May 11, 2020
      Pittsburgh, PA

By: */s/ Wendelynne J. Newton*
**Wendelynne J. Newton**
**Mackenzie A. Baird**
*wendelynne.newton@bipc.com*
*mackenzie.baird@bipc.com*

BUCHANAN INGERSOLL & ROONEY
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone:  412-562-8800

**Leah Brannon**
**C. Lawrence Malm**
*lbrannon@cgsh.com*
*lmalm@cgsh.com*
CLEARY GOTTLIEB STEEN & HAMILTON
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-974-1500

**Rahul Mukhi**
*rmukhi@cgsh.com*
One Liberty Plaza
New York, New York 10006
Telephone:  212-225-2912

*Attorneys for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated*