UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 951 to file portions of the documents at ECF No. 953 with redactions is **GRANTED**.  The documents filed at ECF No. 952 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 951.

Dated:    New York, New York
          May 14, 2020                                       SO ORDERED

                                                             _____
                                                             SARAH L. CAVE
                                                             United States Magistrate Judge