UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Case No. 1:14-md-2542<br><br>STIPULATION AND ORDER |

WHEREAS, the Case Management Scheduling Order (ECF No. 887) provides that all motions to compel discovery, except in extraordinary circumstances, shall be filed by May 13, 2020;

WHEREAS, the Case Management Scheduling Order (ECF No. 887) also provides that Contention Interrogatories and Requests for Admission shall be served no later than July 13, 2020;

WHEREAS, the parties have agreed that any motions to compel arising from and related to objections and responses to Contention Interrogatories and Requests for Admission may be filed by September 30, 2020;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned:

Any motions to compel arising from and related to objections and responses to Contention Interrogatories and Requests for Admission shall be filed no later than September 30, 2020.

SO ORDERED.

Dated: May 14, 2020
New York, NY

_____
SARAH L. CAVE
United States Magistrate Judge

Dated: New York, NY
      May 13, 2020

COUNSEL FOR TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.:

**WINSTON & STRAWN LLP**

By: *s/Aldo A. Badini*

    Aldo A. Badini
    Susannah P. Torpey
    Kelli L. Lanski
    200 Park Avenue
    New York, NY 10166-4193
    (212) 294-6700
    abadini@winston.com

    Dan K. Webb
    35 West Wacker Drive
    Chicago, IL 60601-9703
    (312) 558-5600
    dwebb@winston.com

    Diana Hughes Leiden
    333 South Grand Avenue
    Los Angeles, CA 90071-1543
    (213) 615-1700
    dhleiden@winston.com

COUNSEL FOR DEFENDANT KEURIG GREEN MOUNTAIN, INC.:

**BUCHANAN INGERSOLL & ROONEY PC**

By: *s/Wendelynne J. Newton*

    Wendelynne J. Newton
    Mackenzie A. Baird
    Union Trust Building
    501 Grant Street, Suite 200
    Pittsburgh, Pennsylvania 15219
    Telephone: (412) 562-8800
    wendelynne.newton@bipc.com
    mackenzie.baird@bipc.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Leah Brannon
Carl Lawrence Malm
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1959
lmalm@cgsh.com

Rahul Mukhi
One Liberty Plaza
New York, NY 10006
Telephone:  (212) 225-2912
rmukhi@cgsh.com

COUNSEL FOR DIRECT PURCHASER PLAINTIFFS:

**ROBINS KAPLAN LLP**

By:     *s/William v. Reiss*

William V. Reiss
David Rochelson
399 Park Avenue
Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
WReiss@robinskaplan.com
DRochelson@robinskaplan.com

**MOTLEY RICE LLC**

Michael M. Buchman
Michelle C. Clerkin
777 Third Avenue
27th Floor
New York, NY 10017
Telephone: (212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

**GRANT & EISENHOFER PA**

Robert G. Eisler
Deborah Elman
485 Lexington Avenue

29th Floor
New York, NY 10017
Telephone: (646) 722-8500
reisler@gelaw.com
delman@gelaw.com

COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *s/Fred T. Isquith, Sr.*

    Fred T. Isquith, Sr.
    Thomas H. Burt
    270 Madison Avenue
    New York, NY 10016
    Telephone: (212) 545-4653
    isquith@whafh.com

**KAPLAN FOX & KILSHEIMER LLP**

    Robert N. Kaplan
    Richard J. Kilsheimer
    Gregory K. Arenson
    Mario M. Choi
    Matthew P. McCahill
    Lauren I. Dubick
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone:  (212) 687-1980
    rkaplan@kaplanfox.com

**PEARSON, SIMON, & WARSHAW, LLP**

    Bruce L. Simon
    Robert G. Retana
    Aaron M. Sheanin
    44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
    Telephone:  (415) 433-9000
    bsimon@pswlaw.com

COUNSEL FOR MCLANE COMPANY, INC.:

**ALSTON & BIRD LLP**

By: *s/Steven L. Penaro*

    Steven L. Penaro
    90 Park Avenue
    15th Floor
    New York, NY 10016
    Telephone: (212) 210-9400
    steve.penaro@alston.com

    Alexander G. Brown
    James C. Grant
    Valarie C. Williams
    B. Parker Miller
    1201 West Peachtree Street
    Atlanta, GA 30309
    Telephone: (404) 881-7000
    alex.brown@alston.com
    jim.grant@alston.com
    valarie.williams@alston.com
    parker.miller@alston.com

COUNSEL FOR JBR, INC.:

**DAN JOHNSON LAW GROUP, LLP**

By: *s/Daniel Johnson, Jr.*

    Daniel Johnson, Jr.
    Mario Moore
    400 Oyster Point Blvd., Suite 321
    South San Francisco, CA 94080
    Telephone: (415) 604-4500
    dan@danjohnsonlawgroup.com