**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>*This Document Relates to*<br>*Case No. 1:14-cv-00905 (VSB) (SLC)* | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

## NOTICE OF DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S
## MOTION TO AMEND ITS ANSWER AND DEFENSES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of C. Lawrence Malm and all exhibits thereto, and all prior proceedings in this multidistrict litigation, Defendant Keurig Green Mountain, Inc. ("Keurig") will move this Court, before The Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, as soon as counsel may be heard, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to amend Keurig's Answer and Defenses to the Amended and Supplemental Complaint filed by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc., and for such other relief as this Court deems just and proper.

Dated: May 18, 2020

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Lev L. Dassin
    Lev L. Dassin
    Rahul Mukhi
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    *ldassin@cgsh.com*
    *rmukhi@cgsh.com*

    George S. Cary
    Leah Brannon
    Carl Lawrence Malm
    2112 Pennsylvania Avenue, NW
    Washington, D.C. 20037
    Telephone:  (202) 974-1500
    *gcary@cgsh.com*
    *lbrannon@cgsh.com*
    *lmalm@cgsh.com*

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Wendelynne J. Newton
    Wendelynne J. Newton
    Mackenzie A. Baird
    Union Trust Building
    501 Grant Street, Suite 200
    Pittsburgh, PA 15219
    Telephone: (412) 562-8932
    *wendelynne.newton@bipc.com*
    *mackenzie.baird@bipc.com*

    *Attorneys for Defendant Keurig Green*
    *Mountain, Inc., f/k/a Green Mountain Coffee*
    *Roasters, Inc., and as successor to Keurig,*
    *Incorporated*