UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 959 to file portions of the documents at ECF No. 960 with redactions is **GRANTED**. The documents filed at ECF No. 961 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 962 to file portions of the documents at ECF Nos. 964 and 966 with redactions is **GRANTED**. The documents filed at ECF Nos. 965 and 957 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 968 to file portions of the documents at ECF No. 969 with redactions is **GRANTED**. The documents filed at ECF No. 970 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 959, 962 and 968.

Dated: New York, New York
May 19, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge