UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 980 to file portions of the documents filed at ECF No. 981 with redactions is **GRANTED**.  The Letter-Motion filed at ECF No. 982 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 980.

Dated:     New York, New York
           May 26, 2020                                        SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge