UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 989 to file portions of the documents filed at ECF Nos. 990 and 992 with redactions is **GRANTED**. The documents filed at ECF Nos. 991 and 993 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 989.

Dated:   New York, New York
         June 2, 2020                                          SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge