UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING AND TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 997 to file portions of the documents filed at ECF No. 998 with redactions is **GRANTED**. The documents filed at ECF No. 999 shall remain as only visible to the selected parties.

A telephone conference will be held on **Thursday, June 11, 2020 at 12:00 pm** to discuss the motion for an order concerning third party deposition hours. (ECF Nos. 998 and 999).

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 997.

Dated: New York, New York
June 3, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge