UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1003 to file portions of the documents filed at ECF No. 1004 with redactions is **GRANTED**. The documents filed at ECF No. 1006 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1005 to file portions of the documents filed at ECF Nos. 1007 and 1008 with redactions is **GRANTED**. The documents filed at ECF Nos. 1009 and 1010 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1003 and 1005.

Dated:    New York, New York
          June 9, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge