UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1014 to file portions of the documents filed at ECF No. 1015 with redactions is **GRANTED**. The documents filed at ECF No. 1016 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF No. 1014.

Dated:   New York, New York
        June 10, 2020                                   SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge