UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1020 to file portions of the documents filed at ECF No. 1022 with redactions is **GRANTED**.  The documents filed at ECF No. 1021 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF No. 1020.

Dated:     New York, New York
           June 11, 2020                              SO ORDERED

                                                                  _____
                                                                  SARAH L. CAVE
                                                                  United States Magistrate Judge