UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1031 to file portions of the documents at ECF No. 1033 with redactions is **GRANTED**. The documents filed at ECF No. 1032 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1031.

Dated:   New York, New York
         June 17, 2020                            SO ORDERED

                                                  _____
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge