UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

**IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION**          Plaintiff,

-against-

*This document concerns all related actions.*          Defendant.

Case No.  **1:14-md-02542 (VSB) (SLC)**

**MDL No. 2542**

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Daniel Johnson Jr.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____**N/A**_____ My State Bar Number is **57409 (California)**

I am,

[ ] An attorney
[ ] A Government Agency attorney
[X] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: **Dan Johnson Law Group, LLP**
              FIRM ADDRESS: **400 Oyster Point Blvd., Suite 321, South San Francisco, CA 94080**
              FIRM TELEPHONE NUMBER: **(415) 605-4500**
              FIRM FAX NUMBER: **N/A**

NEW FIRM:     FIRM NAME: **Dan Johnson Law Group, LLP**
              FIRM ADDRESS: **1350 Old Bayshore Highway, Suite 520, Burlingame, CA 94010**
              FIRM TELEPHONE NUMBER: **(415) 605-4500**
              FIRM FAX NUMBER: **N/A**

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: **July 24, 2020**

_____/s/ Daniel Johnson Jr._____
ATTORNEY'S SIGNATURE