# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +1 202 974 1920 | ABU DHABI |
| | gcary@cgsh.com | SEOUL |

July 22, 2020

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 7/23/2020

The parties are directed to file a letter on the docket with the case numbers of the Indirect Purchaser cases to which this order applies.

Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.,* MDL No. 2542;
     Joint Letter-Motion for Immediate Stay of Indirect Purchaser Actions

Your Honors:

Indirect Purchaser Plaintiffs ("IPPs") and Defendant Keurig Green Mountain, Inc. ("Keurig"), through their undersigned counsel, hereby notify the Court that they have reached an agreement to settle. The IPPs and Keurig will be drafting a Stipulation of Settlement in the next few weeks and expect that appropriate papers will be presented to the Court seeking preliminary approval of a class settlement in due course.

Based on the foregoing, IPPs and Keurig respectfully request that the matter be stayed as to the Indirect Purchaser cases and that all deadlines be vacated as to those cases. This settlement does not impact the schedule for the other four cases in this multi-district litigation.

Respectfully submitted,

| Buchanan Ingersoll & Rooney PC | Cleary Gottlieb Steen & Hamilton LLP | Cleary Gottlieb Steen & Hamilton LLP |
|---|---|---|
| _/s/ Wendelynne J. Newton_ | _/s/ Leah Brannon_ | _/s/ George S. Cary_ |
| By: Wendelynne J. Newton | By: Leah Brannon | By: George S. Cary |

*Attorneys for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated*

| Kaplan Fox & Kilsheimer LLP | Pearson, Simon & Warshaw, LLP | Wolf Haldenstein Adler Freeman & Herz LLP |
|---|---|---|
| _/s/ Robert N. Kaplan_ | _/s/ Clifford H. Pearson_ | _/s/ Mark C. Rifkin_ |
| By: Robert N. Kaplan | By: Clifford H. Pearson | By: Mark C. Rifkin |

*Attorneys for Indirect Purchaser Plaintiffs and Interim Co-Lead Counsel for the Proposed Indirect Purchaser Class*