

**THOMAS H. BURT, ESQ.**
DIRECT DIAL: 212-545-4669
FACSIMILE: 212-545-4653
burt@whafh.com

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

70 WEST MADISON STREET
SUITE 1400
CHICAGO, IL 60603
312-984-0000

September 3, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  9/4/2020

Re:    *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
       1:14-md-02542-VSB-SLC – Request for Leave to File Brief in Excess of Applicable Page Limits

Dear Judge Broderick:

Pursuant to Your Honor's Individual Rule of Practice 4(B), the Indirect Purchaser Plaintiffs ("IPPs") respectfully request leave to file up to a 35-page opening brief in support of their motion for preliminary approval of the proposed settlement between IPPs and Keurig. This is ten pages over the applicable 25-page limit. We believe the extra pages are necessary to adequately address the highly fact-intensive settlement process and terms, the complex class certification issues, and the proposed plans for notice and settlement allocation. Defendant Keurig Green Mountain Inc. has consented to this request.

We are available at the Court's convenience to answer any questions Your Honor may have regarding this request.

Respectfully yours,

*/S/ Thomas H. Burt*

Thomas H. Burt