UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 1089 and 1091 to file portions of the documents at ECF Nos. 1088 and 1093 with redactions are **GRANTED**.  The documents filed at ECF Nos. 1090 and 1092 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1089 and 1091.

Dated:   New York, New York
         September 28, 2020                               SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge