UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1095 to file portions of the documents at ECF No. 1096 with redactions is **GRANTED**.  The documents filed at ECF No. 1097 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1095.

Dated:    New York, New York
          September 29, 2020                     SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge