UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1102 to file portions of the documents at ECF No. 1101 with redactions is **GRANTED**. The documents filed at ECF No. 1103 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1106 to file portions of the documents at ECF No. 1105 with redactions is **GRANTED**. The documents filed at ECF No. 1107 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1108 to file portions of the documents at ECF No. 1110 with redactions is **GRANTED**. The documents filed at ECF No. 1109 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1102, 1106 and 1108.

Dated:    New York, New York
         September 30, 2020                    SO ORDERED

                                               _____
                                               SARAH L. CAVE
                                               United States Magistrate Judge