UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1120 to file portions of the documents at ECF No. 1121 with redactions is **GRANTED**. The documents filed at ECF No. 1122 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1123 to file portions of the documents at ECF No. 1125 with redactions is **GRANTED**. The documents filed at ECF No. 1124 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1120 and 1123.

Dated:   New York, New York
         October 1, 2020                          SO ORDERED

                                                  _____
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge