UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1128 to file portions of the documents at ECF No. 1129 with redactions is **GRANTED**. The documents filed at ECF No. 1130 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF No. 1128.

Dated:   New York, New York
         October 5, 2020                    SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge