UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will hold a telephonic discovery conference on **Thursday, October 22, 2020 at 11:00 am** to discuss JBR's motion to compel Keurig to respond to RFA's (ECF No. 1122) and Keurig's motion to compel TreeHouse to respond to discovery (ECF No. 1124). The parties are directed to call the Court's conference line at: 866-390-1828; access code: 380-9799, at the scheduled time.

At the discovery conference scheduled for **Tuesday, October 20, 2020 at 10:00 am** the Court will address TreeHouse's motion to compel Keurig's response to interrogatories (ECF No. 1103) and the Plaintiffs' motion regarding expert depositions and the expert discovery timeline (ECF No. 1104).

At the discovery conference scheduled **for Wednesday, October 7, 2020 at 11:00 am**, the parties are expected to address Plaintiffs' motion concerning Keurig's attempted claw-back of portions of certain documents. (ECF Nos. 1090, 1092, 1097, 1107, 1109).

The Clerk of Court is respectfully directed to schedule these three conferences as telephone conferences.

Dated:	New York, New York
	October 6, 2020	SO ORDERED

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge