UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1135 to file portions of the documents at ECF No. 1134 with redactions is **GRANTED**. The documents filed at ECF No. 1136 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1140 to file portions of the documents at ECF No. 1139 with redactions is **GRANTED**. The documents filed at ECF No. 1141 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1135 and 1140.

Dated:   New York, New York
         October 6, 2020                              SO ORDERED

                                                     _____
                                                     SARAH L. CAVE
                                                     United States Magistrate Judge