UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1145 to file portions of the documents at ECF No. 1144 with redactions is **GRANTED**. The documents filed at ECF No. 1146 shall remain as only visible to the selected parties.

The Letter-Motion at ECF No. 1147 to file portions of the documents at ECF No. 1148 with redactions is **GRANTED**. The documents filed at ECF No. 1149 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 1145 and 1147.

Dated:  New York, New York
        October 7, 2020                                    SO ORDERED

                                                           _____
                                                           SARAH L. CAVE
                                                           United States Magistrate Judge