**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Civil Action No. 14-md-02542-VSB-SLC MDL No. 2542 |

## ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

This matter is before the Court on Direct Purchaser Plaintiffs' ("DPPs") Unopposed Motion to Withdraw Hollis Salzman of the law firm Robins Kaplan LLP as counsel of record for DPPs in this action. Having considered the Motion, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Ms. Salzman is withdrawn as counsel of record, that her appearance is deemed withdrawn on the date of this order, and that her e-mail address be removed from the Court's ECF service list in the above-captioned matter. All future pleadings, notices, and other documents are to be served on the remaining counsel for DPPs.

Dated: October 23, 2020

_____
Honorable Sarah L. Cave
United States Magistrate Judge