UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Indirect Purchaser Plaintiffs' letter seeking clarification of the Scheduling Order at ECF No. 1160. (ECF No. 1163).

The Scheduling Order does not alter the stay granted by Judge Broderick at ECF No. 1072 pending decision on the Motion for Preliminary Approval of the Indirect Purchaser Plaintiffs' settlement.

Dated:   New York, New York
         October 30, 2020                    SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge