USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
IN RE: KEURIG GREEN MOUNTAIN  :
SINGLE-SERVE COFFEE ANTITRUST  :
LITIGATION  :
:  14-md-2542 (VSB)
---------------------------------------------------------X

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Magistrate Judge Cave's October 20, 2020 scheduling order. (Doc. 1152.) I had previously scheduled a post-discovery conference in this case for December 18, 2020. (Doc. 668.) Accordingly, it is hereby:

ORDERED that the post-discovery conference scheduled for December 18, 2020 (Doc. 668) is adjourned *sine die*.

SO ORDERED.

Dated: November 16, 2020
New York, New York

Vernon S. Broderick
United States District Judge