

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**EVAN C. MILLER**
Associate
212-294-6728
EMiller@winston.com

November 30, 2020

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
Master Docket No. 1:14-md-02542-VSB-SLC:
Letter Pursuant to Individual Rules & Practices in Civil Cases 5.B.iii.a.

Dear Judge Broderick:

I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") and in accordance with Your Honor's Individual Rules & Practices in Civil Cases 5.B.iii.a. with respect to Keurig's November 27, 2020 Request to Seal "references to Plaintiffs' Highly Confidential log descriptions, which Keurig expects Plaintiffs will move to seal."  ECF No. 1194 at 1.

Specifically, in Keurig's "Combined Memorandum of Law in Opposition to Plaintiffs' Motions and Objections to Magistrate Judge Cave's October 30 Discovery Order," *see* ECF No. 1196, Keurig includes the following sentence: "TreeHouse similarly has over 1,600 log entries that simply reference a confidential communication regarding 'intellectual property issues.'"  ECF No. 1196 at 3 n.3 (highlighting in original).  As Keurig notes in its brief, Keurig highlighted the phrase "intellectual property issues" because it expected that TreeHouse would seek to keep this information Highly Confidential.  *See* ECF No. 1196 at nn. 2 & 3.

TreeHouse does not object to releasing its previous confidentiality designation over the phrase "intellectual property issues," as included in its otherwise Highly Confidential privilege logs, such that the phrase "intellectual property issues" does not need to be shielded from public view.  However, TreeHouse maintains its designations over every other aspect of the privilege logs it has previously designated as Highly Confidential under the Stipulated Amended Protective Order.  *See* ECF No. 496.

Respectfully submitted,

*/s/ Evan C. Miller*
Evan C. Miller
**Winston & Strawn LLP**



November 30, 2020
Page 2

200 Park Avenue
New York, NY 10166
(212) 294-6700
emiller@winston.com

*Counsel for Plaintiffs*
*TreeHouse Foods, Inc., Bay*
*Valley Foods, LLC, and*
*Sturm Foods, Inc.*

CC: All counsel (via ECF)