## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | Case No. 1:14-md-02542 (VSB) (SLC) <br> MDL No. 2542 <br><br> Hon. Vernon S. Broderick <br> Hon. Sarah L. Cave |
| *This document concerns all related actions.* | **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE THAT**, upon this Notice of Motion, and the concurrently filed documents, including the Memorandum of Law and the supporting Declaration of Aldo Badini and the exhibits attached thereto, and upon other records on file in this matter and all of the papers and proceedings heretofore had herein, and upon any further material and argument presented to the Court at the time of any hearing or oral argument, Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse"), Plaintiff JBR, Inc. (d/b/a Rogers Family Company) ("Rogers"), McLane Company, Inc. ("McLane"), and Direct Purchaser Plaintiffs (collectively, "Plaintiffs") will move this Court, before the Hon. Vernon S. Broderick, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order granting Plaintiffs' motion to exclude the report and testimony of proposed expert Hon. Arthur J. Gajarsa (Ret.), pursuant to Rule 702 of the Federal Rules of Evidence.

Plaintiffs respectfully request that oral argument on this Motion be set for a date and time by the Court.

Dated: January 15, 2021
      New York, NY

Respectfully Submitted,

/s/ *Aldo A. Badini*

Aldo A. Badini
abadini@winston.com
Susannah P. Torpey
storpey@winston.com
Kelli L. Lanski
klanski@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
(212) 294-4700 (fax)

Dan K. Webb
dwebb@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Diana L. Hughes
dhughes@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 615-1700

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC and Sturm Foods, Inc.*

Daniel Johnson Jr.
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
(415) 604-4500
dan@danjohnsonlawgroup.com

*Counsel for Plaintiff JBR, Inc. d/b/a Rogers Family Company*

Alexander G. Brown
James C. Grant
Valarie C. Williams

2

B. Parker Miller
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
alex.brown@alston.com
jim.grant@alston.com
parker.miller@alston.com
valarie.williams@alston.com

Steven L. Penaro
ALSTON & BIRD LLP
90 Park Avenue
15th Floor
New York, NY 10016-1387
Phone: 212-210-9400
Fax: 212-210-9444
steve.penaro@alston.com

*Counsel for Plaintiff McLane Company, Inc.*

William V. Reiss
David B. Rochelson
Matthew J. Geyer
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
wreiss@robinskaplan.com
drochelson@robinskaplan.com
mgeyer@robinskaplan.com

Michael M. Buchman
Michelle C. Clerkin
Jacob O. Onile-Ere
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com
jonileere@motleyrice.com

Robert G. Eisler
Deborah Elman
Julia McGrath
GRANT & EISENHOFER P.A.

485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500
reisler@gelaw.com
delman@gelaw.com
jmcgrath@gelaw.com

*Counsel for Direct Purchaser Plaintiffs
and Interim Co-Lead Counsel for the
Proposed Direct Purchaser Plaintiff Class*

4