# EXHIBIT C


Case 1:14-md-02542-VSB-SLC   Document 1222-3   Filed 01/15/21   Page 2 of 3

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

D: +1 202 974 1959
lmalm@cgsh.com

GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MATTHEW D. SLATER
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
MARK W. NELSON
D. BRUCE HOFFMAN
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
MATTHEW C. SOLOMON
KATHERINE MOONEY CARROLL
ELAINE EWING
NOWELL D. BAMBERGER
KENNETH S. REINKER
ALEXIS COLLINS
  RESIDENT PARTNERS
KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
JANET L. WELLER
LINDA J. SOLDO
MICHAEL H. KRIMMINGER
  SENIOR COUNSEL
W. RICHARD BIDSTRUP
STEVEN J. KAISER
KATHLEEN WARD BRADISH
CUNZHEN HUANG**
CHASE D. KANIECKI
MACEY LEVINGTON
CARL LAWRENCE MALM
CHARLES STERLING
CARL F. EMIGHOLZ
  RESIDENT COUNSEL
JOHN P. MCGILL, JR.
MATTHEW I. BACHRACK
LARRY WORK-DEMBOWSKI
PATRICK FULLER
SAIF I. SHAH MOHAMMED
CHRISTIAN J. MAHONEY
  SENIOR ATTORNEYS

GRAHAM BANNON
HANI BASHOUR
TAYLOR H. BATES
ZACHARY BAUM
ELSBETH BENNETT
LINDEN BERNHARDT
JORGE A. BONILLA LOPEZ
MADISON C. BUSH
SAMUEL H. CHANG
CHINWE T. CHUKWUOGO
EVERETT K. CORAOR
LISA M. DANZIG
KATHERINE DENBY
BRANDON J. FIGG
MEREDITH LEIGH FINN
CHRISTOPHER M. FITZPATRICK
ALAN B. FREEDMAN
SAMUEL G. FULLER
LAUREN E. GILBERT*
V. NOAH GIMBEL
MELISSA GOHLKE
LAUREL HATTIX
SAVANNAH HAYNES*
CHRISTOPHER J. HILDEBRAND
JESSICA HOLLIS
STEPHEN J. HOUCK
RICHARD HUBER
JAMES HUNSBERGER
EUN SUN JANG
SAMEER JAYWANT
BRENDAN JORDAN
BRIAN KESTEN
ANDREW L. KLINE
JOHN F. KOZAK
TOBIAS A. KRAFT
NATHANAEL F. KURCAB
ELISE G. LANE
GABRIEL J. LAZARUS
ALEXIS R.B. LAZDA
CLOTILDE LE ROY
JOHN A. LIGHTBOURNE
NICOLE S. LIM
MOLLY MA
NORA MCCLOSKEY
ADEEL MOHAMMADI
ADAM MOTIWALA
JENNIFER E. PAUL
ROBIN RABINOWITZ
RICK REDMOND
W. BENJAMIN REESE
MARK ROHAN
BEN ROSENBLUM

MICHAEL G. SANDERS
MAX SCHECHTER
MICHAEL SCHULMAN
WILLIAM SEGAL
GARRETT D. SHINN
SARAH M. STANTON
NICOLE TATZ
ZACH TSCHIDA
TAMARA WIESEBRON
JIM WINTERING
HUANBING IZZY XU
JEANNE-PALOMA ZELMATI
IRIS MENGYAO ZHOU
  ASSOCIATES

* Admitted only to a bar other
 than that of the District of
 Columbia. Working under the
 supervision of principals of
 the Washington office.

** Special Legal Consultant,
 qualified in the People's
 Republic of China.

July 1, 2020

**VIA EMAIL**

Aldo A. Badini, Esq.
Winston and Strawn LLP
200 Park Avenue
New York, NY 10166

Daniel Johnson Jr., Esq.
Dan Johnson Law Group, LLP
400 Oyster Point Blvd., Ste. 321
South San Francisco, CA 94080

B. Parker Miller, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Michael M. Buchman, Esq.
Motley Rice LLC
600 Third Avenue, Suite 2101
New York, NY 10016

Fred T. Isquith, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*; MDL No. 2542;
<u>Expert Identification</u>

Dear Counsel:

  Pursuant to the Case Management Scheduling Order (Mar. 26, 2020), ECF No. 887, Keurig identifies the following witnesses that may offer expert testimony in this matter. Keurig's identification of these expert witnesses is neither an admission nor acknowledgement that Keurig bears the burden of proof on any issue on which the below-listed expert witnesses may testify, or that expert testimony is necessary for the adjudication of any such issue. Keurig expects to designate additional expert witnesses in accordance with the Scheduling Order, the

July 1, 2020
Page 2 of 2

Federal Rules of Civil Procedure, and all other applicable law.  Keurig also reserves the right to withdraw any of these experts prior to the submission of reports.

Experts expected to offer testimony in all cases

| Name and Business Address |
|---|
| Arthur J. Gajarsa<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Kevin M. Murphy<br>The University of Chicago Booth School of Business<br>5807 S. Woodlawn Avenue<br>Chicago, IL 60637 |
| Peter E. Rossi<br>UCLA Anderson School of Management<br>110 Westwood Plaza, B5.15<br>Los Angeles, CA 90095 |
| Keith R. Ugone<br>Analysis Group, Inc.<br>Park Place Center<br>2911 Turtle Creek Blvd., Suite 600<br>Dallas, TX 75219 |

Expert expected to offer testimony in the DPP and IPP cases

| Name and Business Address |
|---|
| Laila Haider<br>Charles River Associates<br>1201 F Street NW, Suite 800<br>Washington, DC 20004 |

Expert expected to offer testimony in the JBR case

| Name and Business Address |
|---|
| Marc A. Hillmyer<br>University of Minnesota, Department of Chemistry<br>A-4, 139 Smith Hall, 207 Pleasant Street SE<br>Minneapolis, MN 55455 |

Sincerely,

*/s/ Carl Lawrence Malm*

Carl Lawrence Malm

cc: Short service list (via e-mail)