# EXHIBIT J

Filed under seal per
January 11, 2019 Protective Order