# EXHIBIT L

```
1            IN THE UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - -x

4    IN RE:  KEURIG GREEN          : Civil Action No.

5    MOUNTAIN SINGLE-SERVE COFFEE  : 14-md-02542-VSB

6    ANTITRUST LITIGATION            MDL No. 2542

7    - - - - - - - - - - - - - -x

8

9    Continued Videotaped 30(b)(6) Deposition of Keurig

10            Green Mountain, by Mark Wood

11              Burlington, Massachusetts

12                 February 14, 2020

13                     9:02 a.m.

14

15

16

17

18

19

20

21

22   Job No.: 297947

23   Pages: 276 - 520

24   Reported By: Alan H. Brock, RDR, CRR

25
```

| | | |
|---|---|---|
| 1 | recalled by Keurig; correct? | 15:39:07 |
| 2 | A. I don't know that we ever had a formal | 15:39:14 |
| 3 | product recall, but we did take B31 back out of -- | 15:39:16 |
| 4 | off of retail shelves. But I don't think it was | 15:39:24 |
| 5 | classified as a formal recall. | 15:39:26 |
| 6 | Q. All right, let's show you Plaintiffs' | 15:39:28 |
| 7 | Exhibit 791 and see if that refreshes your | 15:39:31 |
| 8 | recollection. It's entitled United States Consumer | 15:39:34 |
| 9 | Product Safety Commission, "Keurig recalls Mini Plus | 15:39:40 |
| 10 | Brewing Systems due to burn hazard." Does that | 15:39:46 |
| 11 | refresh your recollection that Keurig on or about | 15:40:07 |
| 12 | December 23rd, 2014, recalled the B31 brewer? | 15:40:09 |
| 13 | MS. NEWTON: Objection, form. | 15:40:18 |
| 14 | A. Yes, this would indicate that this is | 15:40:19 |
| 15 | something from the CPSC that indicates it was a | 15:40:24 |
| 16 | recall. | 15:40:27 |
| 17 | Q. And the hazard listed in the statement from | 15:40:29 |
| 18 | the Consumer Product Safety Commission is, "Water | 15:40:32 |
| 19 | can overheat during brewing, spray out, and burn | 15:40:35 |
| 20 | consumers." Correct? | 15:40:39 |
| 21 | A. Yes. | 15:40:41 |
| 22 | Q. Now, going back to Figure 1 -- oh, and by | 15:40:43 |
| 23 | the way, staying with the recall: It says the | 15:40:48 |
| 24 | product at issue, if you look at Page 3 of 5 -- it | 15:40:53 |
| 25 | says, "This recall involves Keurig Mini Plus Brewing | 15:40:56 |

| | | |
|---|---|---|
| 1 | System with Model No. K10 (previously identified as | 15:41:01 |
| 2 | Model No. B31)."  Correct? | 15:41:06 |
| 3 |      A.  Yes. | 15:41:12 |
| 4 |      Q.  Okay.  Now, if you go back to Mr. | 15:41:12 |
| 5 | Sullivan's test and the photo in Figure 1 showing | 15:41:15 |
| 6 | the delamination, it indicates in that caption that | 15:41:21 |
| 7 | that cup that delaminated was used in a B31 brewer; | 15:41:27 |
| 8 | correct? | 15:41:37 |
| 9 |      A.  Yes, that's correct. | 15:41:37 |
| 10 |      Q.  And the other cup that you referenced, the | 15:41:43 |
| 11 | other photograph, Figure 2, that caption says, | 15:41:44 |
| 12 | "Photo showing lid weld failure resulting in hot | 15:41:49 |
| 13 | water leaking from brew chamber after brewing Grove | 15:41:54 |
| 14 | Square light roast using a B31 brewer."  Have I read | 15:41:58 |
| 15 | that correctly? | 15:42:03 |
| 16 |      A.  You have. | 15:42:04 |
| 17 |      Q.  Now, in the declaration that Mr. Sullivan | 15:42:06 |
| 18 | submitted to the Court seeking to take Grove Square | 15:42:16 |
| 19 | products off the market, he nowhere told the Court | 15:42:18 |
| 20 | that those two failures were in the B31 brewer, did | 15:42:22 |
| 21 | he? | 15:42:29 |
| 22 |           MS. NEWTON:  Objection, form. | 15:42:29 |
| 23 |      A.  No, he didn't.  But you're making a | 15:42:31 |
| 24 | presumption that it's the same brewer with the same | 15:42:35 |
| 25 | internals, and it's a difference of a four-year time | 15:42:38 |

|  |  |  |
|---|---|---|
| 1 | this didn't become an issue until years later, which | 15:45:20 |
| 2 | is why I'm referencing that there were changes made | 15:45:23 |
| 3 | to the brewer that affected how it operated. | 15:45:25 |
| 4 | And so to say that this was a known | 15:45:29 |
| 5 | thing in 2010 I think is not true.  You're | 15:45:32 |
| 6 | conflating brewers and time periods. | 15:45:38 |
| 7 | Q.  Is it your testimony under oath that Keurig | 15:45:40 |
| 8 | had not received any burn complaints relating to the | 15:45:53 |
| 9 | B31 brewer prior to Mr. Sullivan's tests?  Is that | 15:46:00 |
| 10 | your testimony? | 15:46:04 |
| 11 | A.  I don't know that we did. | 15:46:04 |
| 12 | Q.  Let me show you what's been previously | 15:46:17 |
| 13 | marked as Plaintiffs' Exhibit 682, which is a | 15:46:31 |
| 14 | settlement agreement between the Consumer Product | 15:46:33 |
| 15 | Safety Commission and Keurig.  In particular, take a | 15:46:38 |
| 16 | look at Paragraph 7. | 15:46:52 |
| 17 | Actually, before Paragraph 7, let's | 15:47:01 |
| 18 | start with Paragraph 4, which reads, "Between | 15:47:04 |
| 19 | December 2009 and December 2014, Keurig imported and | 15:47:09 |
| 20 | offered for sale in the United States approximately | 15:47:13 |
| 21 | 6.6 million Keurig Mini Plus Brewing Systems (model | 15:47:17 |
| 22 | K10, previously identified as Model B31) ('Brewers' | 15:47:23 |
| 23 | or 'Subject Products')." | 15:47:31 |
| 24 | Then if you look at -- have I read that | 15:47:38 |
| 25 | correctly? | 15:47:41 |

| | | |
|---|---|---|
| 1 | A. Yes. | 15:47:41 |
| 2 | Q. And then if you look at Paragraph 7, it | 15:47:42 |
| 3 | says, quote, "Between February 2010 and November | 15:47:44 |
| 4 | 2014, Keurig received approximately 200 incident | 15:47:53 |
| 5 | reports of hot water, coffee, and coffee grounds | 15:47:56 |
| 6 | spraying out of the Brewers ('Incidents')." | 15:47:59 |
| 7 | So do you have any reason to doubt that | 15:48:09 |
| 8 | the complaints with respect to the B31 brewer | 15:48:11 |
| 9 | started as early as February 2010? | 15:48:15 |
| 10 | A. This would indicate that a complaint was | 15:48:25 |
| 11 | received at that time. | 15:48:26 |
| 12 | THE VIDEOGRAPHER: Excuse me? Can you | 15:48:27 |
| 13 | two switch microphones? | 15:48:31 |
| 14 | (Discussion off the record.) | 15:48:49 |
| 15 | Q. And Keurig and Mr. Sullivan decided for | 15:49:04 |
| 16 | themselves that the Court didn't need to know about | 15:49:06 |
| 17 | those complaints, which had started many months | 15:49:09 |
| 18 | earlier before his declaration; correct? | 15:49:13 |
| 19 | MS. NEWTON: Objection, form. | 15:49:17 |
| 20 | A. It wasn't a consideration at that time | 15:49:22 |
| 21 | because we didn't have incidents of that happening | 15:49:26 |
| 22 | where we thought there was a potential problem with | 15:49:38 |
| 23 | the brewer back in 2010. | 15:49:43 |
| 24 | Q. Really? So incidents of people getting | 15:49:47 |
| 25 | injured by hot water because of the B31 brewer you | 15:49:50 |