UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1248 to file the documents at ECF No. 1251 with redactions is **GRANTED**. The documents filed at ECF No. 1249 shall remain as ex parte flings, and the documents at ECF No. 1250 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1248.

Dated:     New York, New York
           March 3, 2021                         SO ORDERED

                                                 _____
                                                 SARAH L. CAVE
                                                 United States Magistrate Judge