**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>*This Document Relates to*<br>*Case No. 1:14-cv-00905 (VSB) (SLC)*<br>*Case No. 1:14-cv-04242 (VSB) (SLC)* | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

**KEURIG'S NOTICE OF MOTION FOR SANCTIONS DUE TO SPOLIATION OF EVIDENCE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Keurig's Motion for Sanctions Due to Spoliation of Evidence and the Declaration of Joseph M. Kay, dated April 19, 2021, and the exhibits appended to the Declaration, Defendant Keurig Green Mountain, Inc. ("Keurig") hereby moves for an Order for sanctions due to spoliation of evidence by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") and JBR, Inc. ("JBR") pursuant to Rule 37(e) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's November 9, 2020 Order, ECF No. 1171, TreeHouse and JBR's opposition brief is due on May 21, 2021, and Keurig's reply brief is due June 7, 2021.

Dated: April 19, 2021

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: */s/ Leah Brannon*
            Leah Brannon
            Carl Lawrence Malm
            2112 Pennsylvania Avenue, NW
            Washington, D.C. 20037
            Telephone: (202) 974-1500
            *lbrannon@cgsh.com*
            *lmalm@cgsh.com*

            Rahul Mukhi
            Joseph M. Kay
            One Liberty Plaza
            New York, NY 10006
            Telephone: (212) 225-2000
            *rmukhi@cgsh.com*
            *jkay@cgsh.com*


        BUCHANAN INGERSOLL & ROONEY PC

        By: */s/ Wendelynne J. Newton*
            Wendelynne J. Newton
            Mackenzie A. Baird
            Union Trust Building
            501 Grant Street, Suite 200
            Pittsburgh, PA 15219
            Telephone: (412) 562-8932
            *wendelynne.newton@bipc.com*
            *mackenzie.baird@bipc.com*

            *Attorneys for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated*