UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1285 to file the documents at ECF Nos. 1283 and 1284 with redactions or under seal in full is **GRANTED**. The documents at ECF Nos. 1286 and 1287 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1285.

Dated:   New York, New York
         April 20, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge