UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1297 seeking to file the corrected documents at ECF No. 1299 with redactions or under seal in full is **GRANTED**. The documents at ECF No. 1298 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1297.

Dated:  New York, New York
        April 23, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge