UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE : No. 1:14-md-02542 (VSB)
COFFEE ANTITRUST LITIGATION : No. 1:14-cv-04391 (VSB)
:
*This Relates to the Indirect-Purchaser Actions* :
---------------------------------------------------------------x

## NOTICE OF MOTION FOR FINAL APPROVAL OF INDIRECT PURCHASER SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law; the Declaration of Robert N. Kaplan in Support of the Indirect Purchaser Plaintiffs' (1) Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and (2) Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses and Incentive Awards for the Named Plaintiffs, the Declaration of Gina M. Intrepido-Bowden Regarding Notice Plan and Settlement Administration, and all prior proceedings, pleadings, and filings in the above-identified actions, the Indirect Purchaser Plaintiffs will move this Court at a hearing on June 4, 2021 at the United States District Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 518, New York, NY 10007, before the Honorable Vernon S. Broderick, United States District Court Judge, for an Order granting final approval of the proposed class action settlement and approval of the proposed plan of allocation.

Dated: May 7, 2021

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Hae Sung Nam
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY  10022

Telephone:  (212) 687-1980
Facsimile:  (212) 687-7114

/s/ Mark C. Rifkin
Mark C. Rifkin
Thomas H. Burt
Patrick Donovan
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone:  (212) 545-4600
Facsimile:  (212) 686-0114


/s/ Clifford H. Pearson
Clifford H. Pearson
Daniel L. Warshaw
Matthew A. Pearson
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

*Proposed Settlement Class Counsel*

2