UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1335 to file the documents at ECF Nos. 1337 and 1341 with redactions or under seal in full is **GRANTED**. The documents at ECF Nos. 1336 and 1340 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1335.

Dated:     New York, New York
            May 24, 2021                           SO ORDERED

                                                          SARAH L. CAVE
                                                          United States Magistrate Judge