UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1344 to file the documents at ECF Nos. 1346 and 1347 with redactions or under seal in full is **GRANTED**. The documents at ECF Nos. 1345 and 1348 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1344.

Dated:     New York, New York
            May 24, 2021                          SO ORDERED

                                                                SARAH L. CAVE
                                                                United States Magistrate Judge