**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE KEURIG SINGLE SERVE COFFEE ANTITRUST LITIGATION | Civil Action No. 1:14-MD-02542 (VSB) |
| This Document Relates To: All Direct Purchaser Plaintiff Actions | |

**DECLARATION OF MICHAEL M. BUCHMAN IN SUPPORT OF THE DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Michael M. Buchman, hereby declare as follows:

1. I am a member of Motley Rice, LLC and counsel of record for the Direct Purchaser Plaintiffs. I am a duly admitted member in good standing of the bar of this Court. I filed the first Direct Purchaser Plaintiff action in this proceeding. I submit this Declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification and the Appointment of Class Representatives and Class Counsel (the "Motion"). Based upon my seven (7) years of experience working on this case, I have personal knowledge of the matters stated herein, and the Motion and Memorandum of Law in Support of the Motion and exhibits thereto and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Gary L. French, Ph.D. dated August 28, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of the Expert Reply Report of Gary L. French, Ph.D. dated February 1, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of KGM02722071.

1

6. Attached hereto as Exhibit E is a true and correct copy of KGM00014068.

7. Attached hereto as Exhibit F is a true and correct copy of KGM00265928.

8. Attached hereto as Exhibit G is a true and correct copy of KGM00604075.

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt of Keurig's Direct to Consumer Data – KGM08087198.

10. Attached hereto as Exhibit I is a true and correct copy of Keurig's Pricing Discussion presentation – KGM01964675.

11. Attached hereto as Exhibit J is a true and correct copy of the March 10, 2020 deposition transcript of Michelle Stacy Day pages 270 – 271.

12. Attached hereto as Exhibit K is a true and correct copy of a biography of Michael M. Buchman and the firm resume of Motley Rice LLC.

13. Attached hereto as Exhibit L is a true and correct copy of a biography of Robert G. Eisler and the firm resume of Grant & Eisenhofer P.A.

14. Attached hereto as Exhibit M is a true and correct copy of a biography of William V. Reiss and firm resume of Robins Kaplan LLP.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May 2021, at New York, New York.

/s/ *Michael M. Buchman*
Michael M. Buchman

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

*/s/ Michael M. Buchman*
Michael M. Buchman
