UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
|---|---|
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1382 to file the documents at ECF Nos. 1385, 1387, and 1389 with redactions or under seal in full is **GRANTED**. The documents at ECF Nos. 1384, 1386, and 1388 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1382.

Dated: New York, New York
        June 8, 2021                           SO ORDERED

                                                          SARAH L. CAVE
                                                          United States Magistrate Judge