UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1383 to file the documents at ECF Nos. 1392 and 1393 with redactions or under seal in full is **GRANTED**. The documents at ECF Nos. 1390 and 1391 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1383.

Dated:     New York, New York
            June 8, 2021                                    SO ORDERED

                                                         _____
                                                         SARAH L. CAVE
                                                         United States Magistrate Judge