UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1400 seeking to file a corrected version of a document previously filed under seal pursuant to the Court's Order at ECF No. 1397 is **GRANTED**. The documents at ECF No. 1402 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1400.

Dated:   New York, New York
         June 11, 2021                       SO ORDERED

                                             _____
                                             SARAH L. CAVE
                                             United States Magistrate Judge