

June 16, 2021

**VIA CM/ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

   **Re:** *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
      MDL No. 2542

Dear Hon. Judge Broderick:

I write regarding case schedule deadlines and issues specific to *JBR v. Keurig*.

In recent meet and confer on June 14, Keurig has proposed to JBR and other plaintiffs a set of page limits for summary judgment briefing that is premised on JBR's case being combined with all the other plaintiffs' cases in this matter. JBR is unable to fully respond in meet and confer on Keurig's proposal without knowing whether JBR will be briefing summary judgment issues in this matter, or if its case will be remanded to the transferor court in the Eastern District of California prior to summary judgment briefing in this Court, which is currently set to begin August 18, 2021.

In the same vein, JBR is unable to plan its own summary judgment motion schedule without knowing the outcome of its motion for suggestion of remand. JBR's motion was filed on April 8 (ECF No. 1275), the first day permitted by the Court, and was fully briefed as of April 29 (ECF Nos. 1302, 1310). As it stands now, JBR could be in the position of briefing several major motions for this Court only to find out at a later date that the case has been transferred to the Eastern District of California.  To enable JBR to effectively meet and confer on Keurig's proposal and avoid unnecessary and wasteful motion practice that would burden the parties and the Court, JBR respectfully requests a decision with respect to its motion to suggest remand.

Respectfully submitted,

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr.

DAN JOHNSON LAW GROUP, LLP
dan@danjohnsonlawgroup.com
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010

Hon. Vernon S. Broderick, U.S.D.J.
June 16, 2021
Page **2** of **2**

(415) 604-4500

*Counsel for Plaintiff*
JBR, Inc. d/b/a Rogers Family Company

cc:   Counsel for All Parties (via ECF)