# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | 2112 Pennsylvania Avenue, NW<br>Washington, DC 20037-3229<br>T: +1 202 974 1500<br>F: +1 202 974 1999<br><br>clearygottlieb.com<br><br>D: +1 202 974 1508<br>lbrannon@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO<br>ABU DHABI<br>SEOUL |

July 26, 2021

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Structure and Limits for Summary Judgment – Request for Schedule Adjustment

Dear Judge Broderick:

I write on behalf of Keurig in connection with pending letter requests related to the structure and page limits for summary judgment briefing. See ECF Nos. 1412, 1413, 1414, 1415.

In light of the pending requests, Keurig requests that the deadline for opening briefs, currently set for August 18, 2021, *see* ECF No. 1160 ¶ 5, be extended until 30 days from when Your Honor has ruled on the parties' competing proposals.[1] While Keurig is working on its briefs now, given the wide differences between the parties' respective proposals on the length and structure of the briefing, providing 30 days from the Court's ruling would ensure that the parties have sufficient time to incorporate the Court's decision before the filing deadline. Keurig does not propose any additional time for opposition and reply briefs, although corresponding adjustments should be made to those dates based on the new date for opening briefs, if any. *See* ECF No. 1415. Plaintiffs JBR, TreeHouse, and McLane do not consent to this proposal. The Direct Purchaser Plaintiffs do not take a position.

---

[1] Keurig has proposed 150 pages for a brief in support of summary judgment on liability consolidated across all cases and separate 20 page briefs on damages and relief in each case. *See* ECF Nos. 1412, 1415. TreeHouse, DPPs, and McLane have proposed 115 pages per side, to be divided at the parties' discretion, and have not taken a position on whether briefing should be consolidated. *See* ECF Nos. 1413. JBR has proposed 40 pages per side in the JBR case and opposes combined briefing. *See* ECF No. 1414.

Hon. Vernon S. Broderick
June 26, 2021

     Keurig does not request relief from the August 18, 2021 deadline with respect to *Daubert* motions.  ECF No. 1160.  ¶ 6(d).

                                      Respectfully submitted,

                                      */s/ Leah Brannon*

                                      Leah Brannon

cc:  All Counsel of Record (via ECF)