UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On **Tuesday, August 3, 2021 at 12:00 pm**, the Court will hold a telephone conference on the Court's conference line to discuss scheduling of oral argument on the parties' motions for spoliation sanctions (ECF Nos. 1282 & 1289).  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall confer prior to the conference to discuss their mutual availability for oral argument.

Dated:  New York, New York
        July 27, 2021                                    SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge