UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 5, 2021, the Court directed the parties to advise the Court whether they would be able to prepare and submit a stipulated set of facts containing certain information with respect to Plaintiffs' and Keurig's pending motions for spoliation sanctions (the "Aug. 5, 2021 Order"). (ECF No. 1434). Because the Aug. 5, 2021 Order may have referenced material subject to the Sealing Orders at ECF Nos. 1294–95, 1306, 1351–53, 1396–97, or 1403, the Court made it available only to the case participants and the Court at this time. The Court directed the parties to file a proposed redacted version of this Order for public filing by August 12, 2021. To date, the parties have not filed any proposed redactions.

To ensure the parties' confidential information is not disclosed, the Court will afford the parties a final opportunity to propose redactions to the Aug. 5, 2021 Order by **August 20, 2021**. If the parties do not file any proposed redactions by the date, the Court will make the Aug. 5, 2021 Order available to the public.

Dated:    New York, New York
         August 18, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge