**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | *This Document Relates to*<br>*Case No. 1:14-cv-00905 (VSB) (SLC)* |

**KEURIG'S NOTICE OF MOTION TO EXCLUDE OPINIONS IN THE EXPERT REPORTS AND TESTIMONY OF TREEHOUSE EXPERT LAUREN J. STIROH, PH.D.**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, supporting Declaration of Matthew Pilsner dated August 18, 2021, and the exhibits appended thereto, Defendant Keurig Green Mountain Inc. hereby moves for an Order pursuant to Rules 403 and 702 of the Federal Rules of Evidence excluding opinions in the expert reports and testimony of Lauren J. Stiroh, Ph.D.

Dated: August 18, 2021

*/s/ Leah Brannon*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
**George S. Cary**
**Leah Brannon**
**Kenneth S. Reinker**
**Carl Lawrence Malm**
**Alan B. Freedman**
gcary@cgsh.com
lbrannon@cgsh.com
kreinker@cgsh.com
lmalm@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

**Rahul Mukhi**
rmukhi@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

*/s/* Gretchen L. Jankowski
BUCHANAN INGERSOLL & ROONEY PC
**Wendelynne J. Newton**
**Gretchen L. Jankowski**
**Mackenzie A. Baird**
wendelynne.newton@bipc.com
gretchen.jankowski@bipc.com
mackenzie.baird@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412-562-8800

*Attorneys for Defendant Keurig Green Mountain, Inc.*