# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB<br><br>Hon. Vernon S. Broderick |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br><br>    Plaintiff/<br>    Counterclaim Defendant,<br><br>    v.<br><br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br><br>    Defendant/<br>    Counterclaim Plaintiff. | 1:14-cv-04242-VSB |

## PLAINTIFF JBR'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE PROPOSED TESTIMONY OF MARK WOOD

PLEASE TAKE NOTICE THAT, upon Notice of this Motion, and the concurrently filed documents, including the Memorandum of Law and the supporting Declaration of Mario Moore and the exhibits attached thereto, and upon other records on file in this matter and all of the papers and proceedings heretofore had herein, and upon any further material and argument presented to the Court at the time of any hearing or oral argument, Plaintiff JBR, Inc. (d/b/a Rogers Family Company) hereby moves this Court, before the Hon. Vernon S. Broderick, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order granting Plaintiffs' motion to

exclude certain opinions and testimony of Defendant Keurig's designated expert Mark Wood, pursuant to Rules 403 and 702 of the Federal Rules of Evidence.

JBR respectfully requests that oral argument on this Motion be set for a date and time by the Court.

Dated: August 18, 2021                             Respectfully submitted,


By:     /s/ Daniel Johnson Jr.
Daniel Johnson Jr. (CA Bar No. 57409)
Mario Moore (CA Bar No. 231644)
Robert G. Litts (CA Bar No. 205984)
**DAN JOHNSON LAW GROUP, LLP**
1350 Old Bayshore Highway, Suite 520,
Burlingame, CA 94010
Telephone: 415-604-4500
Email: dan@danjohnsonlawgroup.com
Email: mario@danjohnsonlawgroup.com
Email: robert@danjohnsonlawgroup.com

*Counsel for Plaintiff*
*JBR, Inc. d/b/a Rogers Family Company*