UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 5, 2021, the Court directed the parties to advise whether they would be able to prepare and submit a stipulated set of facts containing certain information with respect to Plaintiffs' and Keurig's pending motions for spoliation sanctions (the "Aug. 5, 2021 Order"). (ECF No. 1434). Because the Aug. 5, 2021 Order may have referenced material subject to the Sealing Orders at ECF Nos. 1294–95, 1306, 1351–53, 1396–97, or 1403, the Court made it available only to the case participants and the Court at this time, and directed the parties to file a proposed redacted version of this Order for public filing by August 12, 2021. (Id.) On August 18, 2021, the Court sua sponte extended that deadline to August 20, 2021 and advised that, "[i]f the parties do not file any proposed redactions by the date, the Court will make the Aug. 5, 2021 Order available to the public." (ECF No. 1438). To date, the parties have neither filed proposed redactions nor sought an extension of the now-lapsed deadline to do so.

Accordingly, the Clerk of Court is respectfully directed to make the Aug. 5, 2021 Order (ECF No. 1434) available to the public.

Dated:     New York, New York          SO ORDERED.
             August 23, 2021

_____
SARAH L. CAVE
United States Magistrate Judge