UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542 <br><br> Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| This Document Relates to: All Cases | **Oral Argument Requested** |

**KEURIG'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Keurig's Motion for Summary Judgment, Keurig's Statement of Undisputed Materials Facts in Support of its Motion for Summary Judgment, the Declaration of Lisa M. Danzig in Support of Keurig's Motion for Summary Judgment, and the exhibits appended thereto, Defendant Keurig Green Mountain Inc. hereby moves for an Order granting Keurig summary judgment.

In accordance with the Court's August 4, 2021 Order, opening summary judgment briefs shall be filed on August 25, 2021, opposition briefs shall be filed on October 27, 2021, and any reply memoranda of law shall be filed on December 15, 2021. Oral argument is hereby requested.

Dated: August 25, 2021

                                                                     */s/ Leah Brannon*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
**Leah Brannon**
**George S. Cary**
**Kenneth S. Reinker**
**Carl Lawrence Malm**
**Lisa M. Danzig**
lbrannon@cgsh.com
gcary@cgsh.com
kreinker@cgsh.com
lmalm@cgsh.com
ldanzig@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-199

**Rahul Mukhi**
rmukhi@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000


*/s/ Wendelynne J. Newton*
BUCHANAN INGERSOLL & ROONEY PC
**Wendelynne J. Newton**
**Gretchen L. Jankowski**
**Mackenzie A. Baird**
wendelynne.newton@bipc.com
gretchen.jankowski@bipc.com
mackenzie.baird@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412-562-8800

*Attorneys for Defendant Keurig Green Mountain, Inc.*