UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the parties' letter at ECF No. 1553 in response to the Court's August 5, 2021 order (ECF No. 1434 (the "August 5 Order") requesting stipulated sets of facts (the "Stipulations") as to information with respect to (i) Plaintiffs' Motion for Spoliation Sanctions (ECF No. 1282) and (ii) Keurig's Motion for Spoliation Sanctions (ECF No. 1289) (the "Motions"), the Court orders as follows:

1. By **November 19, 2021**, the parties shall submit the Stipulations, with citations to the relevant exhibits accompanying the Motions, as to:

    a. The following information for each custodian at issue in the Motions: (i) dates of employment; (ii) title; and (iii) date of initial receipt of a preservation notice for this litigation; and

    b. The parties' agreement that the content of their respective preservation notices is not at issue in the Motions;

2. The parties shall continue to confer as to remaining categories of information requested in the August 5 Order, and shall include in the Stipulations any other information as to which they are able to agree;

3. To the extent that the parties cannot otherwise stipulate to a fact requested in the August 5 Order, the Stipulations shall set forth each parties' position as to that fact without argument; and

4. Regarding Paragraph (ii)(f) of the August 5 Order, the Court clarifies Paragraph (ii)(f) to read: "The dates and content of any representation by TreeHouse's counsel to Keurig's counsel concerning (a)–(e)."

Dated:    New York, New York
          October 1, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge