

**Wendelynne J. Newton**
412 562 8932
wendelynne.newton@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
T 412 562 8800
F 412 562 1041

November 3, 2021

**VIA CM/ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
Request for Limited Redaction of October 25 Opinion and Order

Dear Judge Broderick:

    I write on behalf of Keurig to request that the Court order the redaction and sealing of a limited portion of its October 25, 2021 Opinion and Order, ECF 1562.[1]  Enclosed with this letter motion are Keurig's proposed redactions, designated by yellow highlighted text.  JBR has advised that it does not dispute Keurig's proposed redactions.

    Keurig makes this sealing request to protect its privileged and confidential information. Keurig's proposed redactions concern the Court's discussion of Paragraph 105 in the Ware Report, which Your Honor held to contain privileged material, as well as descriptions from Keurig's privilege logs, which were designated as Highly Confidential under the parties' Amended Stipulated Protective order.  Keurig seeks to protect this information from public disclosure.

    Keurig's proposed redactions are narrowly tailored to protect the confidentiality and privileged nature of the subject matter at issue.  They are also consistent with the Court's October 25 Opinion and Order, which protects substantially similar information from public disclosure in granting Keurig's motions to seal the Wolf Greenfield Advice, ECF 1257, 1269, as well as the Court's February 9, 2021 Order, ECF 1238, granting Keurig's motion to seal its privilege log

---

[1] The Opinion and Order has also been docketed in every related case: 1:21-cv-07504-VSB; 1:14-cv-00905-VSB; 1:14-cv-01609-VSB; 1:14-cv-01671-VSB; 1:14-cv-01716-VSB; 1:14-cv-01836-VSB; 1:14-cv-04242-VSB; 1:14-cv-03032-VSB; 1:14-cv-02267-VSB; 1:14-cv-02255-VSB; 1:14-cv-01963-VSB; 1:14-cv-01716-VSB; 1:14-cv-02219-VSB; 1:14-cv-03790-VSB; 1:21-cv-07493-VSB; 1:14-cv-02530-VSB; 1:19-cv-00325-VSB; 1:14-cv-02582-VSB; 1:14-cv-02670-VSB; 1:14-cv-02692-VSB; 1:14-cv-03018-VSB; 1:14-cv-04392-VSB; 1:14-cv-04398-VSB; 1:14-cv-04399-VSB; 1:14-cv-04403-VSB; 1:14-cv-04405-VSB; 1:14-cv-04407-VSB; 1:14-cv-04414-VSB; 1:14-cv-04391-VSB; 1:14-cv-07750-VSB; 1:15-cv-08985-VSB.  To protect against access to the unredacted Opinion and Order, which references Keurig's privileged and confidential information, Keurig requests that the Opinion and Order be removed from all of those dockets, except from the *JBR* docket, 1:14-cv-04242-VSB. Keurig has filed this motion to seal solely at the MDL docket; however its motion to seal applies to the Opinion and Order more generally.

November 3, 2021
Page - 2 -

descriptions, ECF 1194.  Accordingly, Keurig requests that the Court seal limited portions of its Opinion and Order, ECF 1562, as proposed by Keurig.

                                      Respectfully submitted,

                                      /s/ *Wendelynne J. Newton*
                                      Wendelynne J. Newton

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/8/2021

Counsel for Defendant are instructed to file the unredacted version with the Clerk and the redacted version on ECF.  The Clerk of Court is unable to remove docket entries, and the Opinion & Order at ECF 1562 is viewable only to the Court and counsel.