

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
ABadini@winston.com

November 12, 2021

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, MDL No. 2542, No. 14-md-2542-VSB
      **Amended Filing and Request to Seal Docket Entries**

Dear Judge Broderick:

      I write on behalf of all Plaintiffs in the above-captioned matter. We have been advised by Keurig's counsel that one paragraph in Plaintiffs' Response and Counterstatement to Keurig Green Mountain, Inc's Rule 56.1 Statement of Undisputed Fact ("56.1 Response") contains characterizations that may reflect privileged content. Specifically, the docket entries at ECF No. 1568-1 (unredacted version) and at ECF No. 1570-5 (redacted version) contain PSUF 1567, which includes certain information that should be kept from public view and from all parties but Keurig. Accordingly, Keurig's counsel has asked us to remedy this situation.

      With this letter, we are filing via ECF amended documents to address this issue. These filed versions (one unredacted and one redacted) amend PSUF 1567 to remove the information in question. We note that, in order to avoid confusion, we are re-filing the entire unredacted and redacted versions of Plaintiffs' 56.1 Response so that these respective amended versions will each have consistent ECF numbering.

      Plaintiffs respectfully request that this Court either direct the Honorable Clerk to delete docket entries 1568-1 and 1570-5 from the docket, or to seal those entries such that neither the public nor any non-Keurig party may view their contents.

      Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

By:  /s/ *Aldo A. Badini*
     Aldo A. Badini



November 12, 2021
Page 2

**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
abadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

CC: All counsel (via ECF)

---

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   11/15/2021

The Clerk of Court is respectfully directed to seal Plaintiffs' 56.1 Response (ECF # 1568-1 and 1570-5) so it is only viewable to the Court and Keurig. I also grant Plaintiffs permission, to the extent necessary, to re-file the entire unredacted and redacted versions of Plaintiffs' 56.1 Response.