# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB<br><br>Hon. Vernon S. Broderick |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br><br>       Plaintiff/<br>       Counterclaim Defendant,<br><br>       v.<br><br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br><br>       Defendant/<br>       Counterclaim Plaintiff. | 1:14-cv-04242-VSB<br><br><br>**<u>REDACTED VERSION</u>** |

# DECLARATION OF MARIO MOORE IN CONNECTION WITH STIPULATIONS AND COUNTERSTATEMENTS

I, Mario Moore, declare and state as follows:

1.     I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court.  I am a partner at Dan Johnson Law Group, LLP, and I am one of the attorneys representing Plaintiff JBR, Inc. in the above-captioned matter.  I make this declaration on personal knowledge, and if called as a witness, I could and would competently testify with respect to the matters stated herein.

2.     Attached as Exhibit **H** is a list of emails produced by JBR on April 30, 2018.  This list was prepared by JBR's counsel in light of the Court's August 5, 2021 Order for a list of produced JBR documents relating to the subject matter of the January 31, 2014 meeting between JBR and Costco.

3.     Attached as Exhibit **I** is a list of emails produced by Costco pursuant to subpoena on June 12, 2020.  This list was prepared by JBR's counsel in light of the Court's August 5, 2021 Order for a list of produced documents of other parties relating to the subject matter of the January 31, 2014 meeting between JBR and Costco.

4.     Attached as Exhibit **1** is a true and correct copy of correspondence regarding the 2.0 brewer, bearing production numbers ROG001077677-ROG001077678.

5.     Attached as Exhibit **2** is a true and correct copy of correspondence regarding "meeting," bearing production number ROG001261706.

6.     Attached as Exhibit **3** is a true and correct copy of correspondence regarding "meeting," bearing production number ROG001261718.

7.     Attached as Exhibit **4** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001261719-ROG001261720.

8.     Attached as Exhibit **5** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001261721-ROG001261722.

9.     Attached as Exhibit **6** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001261731-ROG001261732.

10.     Attached as Exhibit **7** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001261736-ROG001261738.

11.     Attached as Exhibit **8** is a true and correct copy of correspondence regarding "Demos," bearing production number ROG001261739.

12.     Attached as Exhibit **9** is a true and correct copy of correspondence regarding "TreeHouse Foods Sues Green Mountain Coffee," bearing production numbers ROG001262177-ROG001262178.

13.     Attached as Exhibit **10** is a true and correct copy of correspondence regarding "TreeHouse Foods Sues Green Mountain Coffee," bearing production numbers ROG001262193-ROG001262194.

14.     Attached as Exhibit **11** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001360221-ROG001360223.

15.     Attached as Exhibit **12** is a true and correct copy of correspondence regarding "Demos," bearing production number ROG001360224.

16.     Attached as Exhibit **13** is a true and correct copy of correspondence regarding "meeting," bearing production number ROG001361249.

17.     Attached as Exhibit **14** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001361251-ROG001361252.

18.     Attached as Exhibit **15** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001361254-ROG001361255.

19.     Attached as Exhibit **16** is a true and correct copy of correspondence regarding "meeting," bearing production numbers ROG001361257-ROG001361259.

20.     Attached as Exhibit **17** is a true and correct copy of correspondence regarding "TreeHouse Foods Sues Green Mountain Coffee," bearing production numbers ROG001362039-ROG001362040.

21.     Attached as Exhibit **18** is a true and correct copy of correspondence regarding "meeting," bearing production number ROG001362637.

2

22.     Attached as Exhibit **19** is a true and correct copy of correspondence regarding "TreeHouse Foods Sues Green Mountain Coffee," bearing production numbers ROG001897682-ROG001897683.

23.     Attached as Exhibit **20** is a true and correct copy of correspondence regarding "TreeHouse Foods Sues Green Mountain Coffee," bearing production numbers ROG001920702-ROG001920703.

24.     Attached as Exhibit **21** is a true and correct copy of correspondence regarding "New Keurig machine," bearing production number COSTCO_KEURIG_00000640.

25.     Attached as Exhibit **22** is a true and correct copy of correspondence regarding "Non GMCR K-Cup sku," bearing production number COSTCO_KEURIG_00000732.

26.     Attached as Exhibit **23** is a true and correct copy of correspondence regarding "Green Mtn news," bearing production number COSTCO_KEURIG_00001243.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: Irvine, California
        November 19, 2021                                  By ____*/s/ Mario Moore*____
                                                                Mario Moore

**Redacted in Entirety**
**Exhibit H**

**Redacted in Entirety**
**Exhibit I**

**Redacted in Entirety**

Exhibit 1

**Redacted in Entirety**

Exhibit 2

**Redacted in Entirety**

Exhibit 3

**Redacted in Entirety**

Exhibit 4

**Redacted in Entirety**

Exhibit 5

**Redacted in Entirety**

Exhibit 6

**Redacted in Entirety**

Exhibit 7

**Redacted in Entirety**

Exhibit 8

**Redacted in Entirety**

Exhibit 9

**Redacted in Entirety**

Exhibit 10

**Redacted in Entirety**

Exhibit 11

**Redacted in Entirety**

Exhibit 12

**Redacted in Entirety**

Exhibit 13

**Redacted in Entirety**

Exhibit 14

**Redacted in Entirety**
Exhibit 15

**Redacted in Entirety**

Exhibit 16

**Redacted in Entirety**
Exhibit 17

**Redacted in Entirety**
## Exhibit 18

**Redacted in Entirety**
Exhibit 19

**Redacted in Entirety**

Exhibit 20

**Redacted in Entirety**

Exhibit 21

**Redacted in Entirety**
Exhibit 22

**Redacted in Entirety**

Exhibit 23