UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1631 to file the document at ECF No. 1633 with redactions is **GRANTED**.  The document at ECF No. 1632 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1631.

Dated:      New York, New York
            November 22, 2021                     SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge