UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1634 to file certain documents at ECF No. 1636 with redactions is **GRANTED**. The documents at ECF No. 1635 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1634.

Dated:   New York, New York
         November 22, 2021                SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge