

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
212-294-4601
ABadini@winston.com

December 15, 2021

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007
(212) 805-6165

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-02542-VSB-SLC: Request for Oral Argument on Plaintiffs' Summary Judgment Motion

Dear Judge Broderick:

Plaintiffs write pursuant to Rule 4.J of Your Honor's Individual Rules and Practices in Civil Cases. Plaintiffs respectfully request oral argument in order to respond to any questions the Court may have concerning Plaintiffs' Motion for Summary Judgment, ECF No. 1489.

Respectfully submitted,

By: /s/ *Aldo A. Badini*
Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-4601
ABadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc: Counsel for All Parties (via ECF only)