# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1508
lbrannon@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

December 15, 2021

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; <u>Oral Argument on Summary Judgment</u>

Dear Judge Broderick:

    Pursuant to Rule 4.J of Your Honor's Individual Rules of Practice, I write on behalf of Defendant Keurig to respectfully request oral argument on Keurig's Motion for Summary Judgment, ECF No. 1493, should the Court determine it would be of assistance to resolving the motion.

                               Respectfully submitted,

                               */s/ Leah Brannon*

                             Leah Brannon

cc: Counsel of record for All Parties (via CM/ECF)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.