UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

### NOTICE OF FILING OF SPOLIATION SANCTIONS MATERIALS

PLEASE TAKE NOTICE that, pursuant to the Court's instructions, Keurig Green Mountain, Inc. ("Keurig") has filed redacted and unredacted versions of the January 11-12, 2022 oral argument transcripts, attached as Exhibits 1 and 2; Keurig's presentation for its opposition to Plaintiffs' motion for spoliation sanctions (ECF No. 1282), attached as Exhibit 3; and Keurig's presentation for its motion for spoliation sanctions (ECF No. 1289), attached as Exhibit 4.

Dated: January 21, 2022

/s/ Wendelynne J. Newton
BUCHANAN INGERSOLL & ROONEY PC
**Wendelynne J. Newton**
**Mackenzie A. Baird**
wendelynne.newton@bipc.com
mackenzie.baird@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412-562-8800

**Leah Brannon**
**Carl Lawrence Malm**
lbrannon@cgsh.com
lmalm@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

*Attorneys for Defendant Keurig Green Mountain, Inc.*