UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:                                              :
                                                    :
KEURIG GREEN MOUNTAIN SINGLE-                       :          14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                              :
LITIGATION                                          :          **ORDER**
                                                    :
*This Document Relates to All Actions*              :
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' joint letter filed on February 18, 2022, requesting clarification of and modification to the sealing procedures for summary judgment and *Daubert* briefing as well as the class certification reply brief.  (Doc. 1715.)  I have reviewed the parties' requests and, considering the volume of the briefing and the supporting materials in the three subject motions, it is hereby ordered that:

      The motion for an extension from March 4, 2022 to March 18, 2022 to file letter-motions is GRANTED.

      The motion to increase the page limit for letter-motions from three to five pages is GRANTED.  The parties are directed to file letter-motions of not more than five pages (excluding exhibits or tables).

      The motion to email or deliver by FTP all documents proposed for sealing is DENIED.  The parties are directed to Rule 5.B.iii. of my Individual Rules & Practices in Civil Cases for procedures on electronically filing documents proposed for sealing.

      The motion to file opposition letter-motions on or before April 8, 2022 is GRANTED.  The parties are directed to file opposition letter-motions of not more than five pages (excluding exhibits or tables).

      Keurig's motion to file reply briefs is DENIED.

SO ORDERED.

Dated: February 23, 2022
New York, New York

Vernon S. Broderick
United States District Judge