# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION*

**MDL No.: 1:14-md-02542-VSB-SLC**

**ORDER GRANTING ADMISSION**
*PRO HAC VICE*
**OF JOHN E. BENKO**

The motion of John E. Benko, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Michigan; and that his contact information is as follows:

Applicant's Name: John E. Benko
Firm Name: McDonald Hopkins, PLC
Address: 39533 Woodward Ave., Ste. 318
City/State/Zip: Bloomfield Hills, MI 48304

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party Flint Group, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to close ECF No. 1719.

Dated: 3/7/2022

SARAH L. CAVE
United States Magistrate Judge

{10128640: }