KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Ave
New York, NY 10022

Lamina Bowen
To Call Writer Directly:
+1 212 390 4122
lamina.bowen@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 18, 2022

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.* MDL No. 2542; Third Parties Essendant and Staples' Requests to Seal and Redact Confidential Information

Dear Judge Broderick:

Third parties Essendant Co. ("Essendant") and its affiliate Staples, Inc. ("Staples") respectfully request permission to maintain under seal or redaction confidential information pursuant to the Court's Orders of August 13, 2021 and November 8, 2021 (ECF Nos. 1436 and 1583) as well as Your Honor's Individual Rule 5(B)(iii).

Essendant and Staples are third parties to this litigation that were served document subpoenas by the parties in this litigation. Essendant and Staples complied with their obligations to provide documents as third parties, and in the course of fulfilling that obligation, designated certain documents as "Confidential" or "Highly Confidential" pursuant to the Protective Order (ECF No. 496). Plaintiffs also served Essendant and Staples with a third party subpoena for depositions, which Essendant and Staples complied with. Portions of the deposition transcripts were marked "Confidential" or "Highly Confidential" as well. Recently, the parties to this litigation included more than thirty Essendant and Staples documents and deposition transcript excerpts as exhibits to their summary judgment and *Daubert* filings. Because these materials had been designated Confidential or Highly Confidential under the Protective Order, the parties initially filed their briefing under seal. For a substantial portion of these materials, Essendant and Staples are willing to forego confidentiality and allow the documents to be filed publicly. However, a subset of the materials contain proprietary business and customer information, marketing strategies, revenue information, and pricing information. This subset also reflects information that is substantially similar to, or otherwise bears upon, Essendant and Staples' current corporate strategies and proprietary information. Because disclosure of this information would place Essendant and Staples at a competitive disadvantage, Essendant and Staples respectfully request that the Court grant Essendant and Staples' requests that certain materials remain under

seal and others be partially redacted before being filed on the public docket. In support of this request, Essendant and Staples state as follows.

Even in the case of judicial documents that carry a presumption of public access, "[h]igher values that may justify the sealing of documents include . . . the privacy interests of third parties." *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021) (applying *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and sealing confidential and proprietary business information). More specifically, courts within the Second Circuit "***commonly*** find that documents that contain trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like satisfy the sealing standard." *Id.* at *3, 6 (collecting cases and emphasis added); *see also Sec. & Exch. Comm'n v. Telegram Grp. Inc.*, 2020 WL 3264264, at *5-6 (S.D.N.Y. June 17, 2020) (sealing investor information in product offering because "the confidentiality of proprietary business information . . . [is a] legitimate countervailing factor[] to the public's presumptive right of access").

The materials that Essendant and Staples seek to maintain under seal or to redact readily fit this sealing standard. The documents contain, for example, customer identifying information, including account and dealer numbers. *See Hesse v. SunGard Sys. Int'l*, 2013 WL 174403, at *2 (S.D.N.Y. Jan. 14, 2013) (sealing "sensitive client information and proprietary business information . . . as well as details of specific projects completed for several clients"). The documents also detail Essendant and Staples' business operations, marketing strategies, and pricing information. *Id.* at *2 (sealing proprietary information including "the company's billing rates and project pricing"); *Encyclopedia Brown Prods., Ltd. v. Home Box Off., Inc.*, 26 F. Supp. 2d 606, 614 (S.D.N.Y. 1998) (sealing confidential business information and holding such "information dating back even a decade or more may provide valuable insights into a company's current business practices that a competitor would seek to exploit"). Disclosure of these materials would give competitors greater insight into how Essendant and Staples operate. Further, disclosure would expose, in detail, some of the corporate strategies that Essendant and Staples contemplated to remain competitively strong in the marketplace. This sensitive information should not be unsealed; doing so would make the information available to Essendant and Staples' competitors, many of whom are likely keenly aware of the public docket for this high-profile litigation.

For the above reasons, Essendant and Staples designated these materials "Confidential" or "Highly Confidential" and therefore asks that the Court maintain sealing or redact the following:

1. **<u>Request To Seal</u>**

| Ex. | Bates Number/Document Name | Basis For Sealing |
|---|---|---|
| A | ESND0000033 | Includes proprietary information regarding pricing. |

KIRKLAND & ELLIS LLP



| | | |
|---|---|---|
| B | ESND0000972-82 | Includes proprietary information regarding business strategy, financials, and pricing. |
| C | ESND0002757 | Includes proprietary information regarding business strategy. |
| D | ESND0002762 | Includes proprietary information regarding business strategy and financials. |
| E | ESND0002763-65 | Includes proprietary information regarding business strategy and financials. |
| F | ESND0005997-6005 | Includes proprietary information regarding business strategy, financials, and pricing. |
| G | ESND0007144-50 | Includes proprietary information regarding business strategy, financials, and pricing. |
| H | ESND0009403 | Includes proprietary information regarding business strategy. |
| I | STAPLES000023 | Contract that includes proprietary information regarding business strategy and operations. |
| J | STAPLES000057 | Contract that includes proprietary information regarding business strategy and operations. |
| K | STAPLES000071-091 | Contract that includes proprietary information regarding business strategy and operations. |
| L | STAPLES000279-303 | Contract that includes proprietary information regarding business strategy and operations. |
| M | STAPLES000235 | Contract that includes proprietary information regarding business strategy and operations. |
| N | STAPLES000263 | Contract that includes proprietary information regarding business strategy and operations. |
| O | Exhibit H4 | Contract that includes proprietary information regarding business strategy and operations. |
| P | Exhibit H14 | Contract that includes proprietary information regarding business strategy and operations. |

**2. Request To Redact**

The two charts below identify the page and/or line numbers for proposed redaction, but do not contain references to the specific confidential substance for redaction in accordance with Your Honor's Individual Rule 5(B)(iii) that requires this Letter to be filed publicly. Accordingly, the Court should refer to the documents filed under seal for the specific material that Essendant and Staples identified for redaction with yellow highlighting (or pink highlighting, as specified in the charts below, to differentiate from the original yellow highlighting on copies provided by Parties' counsel).

| Ex. | Bates Number/Document Name | Excerpt To Redact | Basis For Redacting |
|---|---|---|---|
| Q | ESND0012338-341 | References to customer as well as related account/dealer information such as name, email address, phone number, and website. | Includes proprietary customer information. |
| R | ESND0016287-293 | References to customer as well as related account/dealer information such as name, email address, phone number, and website. | Includes proprietary customer information. |
| S | ESND0016327-328 | References to customer as well as related account/dealer information such as name, email address, phone number, and website. | Includes proprietary customer information. |
| T | ESND0031766-770 | References to customer as well as related account/dealer information such as name, email address, phone number, and website. | Includes proprietary customer information. |
| U | Exhibit A246 (deposition excerpt) | 190:3; 190:5; 191:20 to 192:1; 192:7. | Includes proprietary investment and strategy information. |
| V | ECF 1565, Exhibit 0469 | Slide 5; slide 6. | Includes proprietary strategy and customer information. |
| W | ECF 1565, Exhibit 0705 | Slide 5; slide 6. | Includes proprietary strategy and customer information. |

3. **<u>Request To Redact Expert Reports</u>**

In addition, the parties' expert reports, initially filed under seal in their entirety, contain detailed discussion of Essendant and Staples' confidential and proprietary information. Essendant and Staples further request that the below-identified excerpts be redacted before the expert reports are filed publicly.

| Ex. | Document Name | Excerpt To Redact | Basis For Redacting |
|---|---|---|---|
| X | Haider Report | Page 50, footnote 88. | Includes proprietary investment and strategy information. |
| Y | French Report | Page 177, footnotes 765 and 766. | Includes proprietary pricing and strategy information. |
| Z | Macartney Report | Pages 132, 141-142; and 195. | Includes proprietary strategy and customer information. |
| AA | Macartney Reply Report | Page 192. | Includes proprietary strategy and customer information. |
| BB | Sibley Report | Pages 136, 263 footnote 955, 310, 313, and 316. | Includes proprietary strategy and customer information. |
| CC | Sibley Reply Report | Page 155, footnote 449. | Includes proprietary strategy information. |
| DD | Stiroh Report | Page 58. Proposed redactions highlighted in pink. | Includes proprietary strategy information. |
| EE | Ugone Rebuttal Report | Ex. 8 at page 36. Proposed redactions highlighted in pink.<br>Pages 95, 99-100. | Includes proprietary strategy and customer information. |

As noted above, the "Confidential" or "Highly Confidential" materials that Essendant and Staples are requesting to maintain under seal, or to redact, constitute only a subset of the materials relating to Essendant and Staples that have been proposed for public filing. For a substantial portion of such materials, Essendant and Staples are willing to allow the documents to be filed publicly.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By: */s/ Lamina Bowen*
Lamina Bowen
Daniel E. Laytin (*pro hac vice* application pending)
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

cc: Counsel of Record (via ECF)