UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE
COFFEE ANTITRUST LITIGATION.

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 28, 2022, the Court issued its Opinion and Order on Plaintiffs' motion for spoliation sanctions against Defendant Keurig (ECF No. 1282),[1] and Keurig's motion for spoliation sanctions against Plaintiffs TreeHouse and JBR, Inc. (ECF No. 1289).  (ECF No. 1806 (the "O&O")). Due to references to sealed filings, the Court issued the O&O under seal and directed that, "[b]y April 8, 2022, the parties shall submit to the Court any proposed redactions" for the Court to take under advisement in preparing the public version.  (Id. At 119).

On April 8, 2022, Keurig filed its proposed redactions to the O&O.  (ECF No. 1808 ("Keurig's Redactions")).  Keurig's Redactions concern "a privileged communication that Keurig produced pursuant to the Rule 502(d) Order in this case."  (ECF No. 1807; see ECF No. 571).  Plaintiffs did not file any proposed redactions.

The Court has reviewed Keurig's Redactions and finds them to be narrowly tailored to protect the asserted privilege.  See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006).  Accordingly, having found Keurig's Redactions to be appropriate, and having received

---

[1] The moving Plaintiffs were TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively "TreeHouse"), McLane Company, Inc., and the Direct Purchaser Plaintiffs only. (ECF Nos. 1282; 1290 at 5 n.1; 1632 at 1).

no proposed redactions from any Plaintiff, the Court hereby ADOPTS Keurig's Redactions, which

will be reflected in the publicly filed version of the O&O.

Dated:      New York, New York
            April 11, 2022

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**