UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions*. | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

**NOTICE OF DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S
MOTION AND OBJECTIONS TO MAGISTRATE JUDGE CAVE'S
MARCH 28, 2022 OPINION & ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Keurig Green Mountain, Inc. ("Keurig") moves this Court, before The Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, pursuant to Rule 72 of the Federal Rules of Civil Procedure, for an order reversing in part Magistrate Judge Cave's March 28, 2022 Opinion & Order, ECF 1806.

|  |  |
|---|---|
| Dated: April 11, 2022 | */s/ Wendelynne J. Newton* <br> **Wendelynne J. Newton** <br> **Mackenzie A. Baird** <br> *wendelynne.newton@bipc.com* <br> *mackenzie.baird@bipc.com* <br> BUCHANAN INGERSOLL & ROONEY PC <br> Union Trust Building <br> 501 Grant Street, Suite 200 <br> Pittsburgh, PA 15219-4413 <br> Telephone: 412-562-8800 <br><br> **Leah Brannon** <br> **Carl Lawrence Malm** <br> *lbrannon@cgsh.com* <br> *lmalm@cgsh.com* <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> 2112 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Telephone: 202-974-1508 <br> Facsimile: 202-974-1999 <br><br> *Attorneys for Defendant Keurig Green Mountain, Inc.* |