*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, Civ. No. 14-2542 (VSB)
Exhibit A to Plaintiffs' Letter Request for a Trial Date – Pending *Daubert*, Class Certification, and Summary Judgment Motions

| Filing Date | Motion & ECF Number |
|---|---|
| ***Daubert*** | |
| 1-15-2021 | Plaintiffs' Motion to Exclude the Report and Testimony of Proposed Expert Hon. Arthur J. Gajarsa (ECF No. 1220) |
| 6-16-2021 | Keurig's Motion to Exclude the Expert Report and Testimony of DPP Expert Gary L. French, Ph.D. (ECF No. 1406) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of Treehouse Expert Mohan Rao, Ph.D. (ECF No. 1439) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of Treehouse Expert Hal Poret (ECF No. 1442) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of Treehouse Expert Sarah Butler (ECF No. 1445) |
| 8-18-2021 | Keurig's Motion to Exclude Certain Opinions in the Expert Reports and Testimony of Hon. James Ware and Hon. Randall Rader (ECF No. 1449) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D. (ECF No. 1452) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of JBR Expert Gareth Macartney, Ph.D. (ECF No. 1456) |
| 8-18-2021 | Keurig's Motion to Exclude Opinions in the Expert Reports and Testimony of Treehouse Expert Lauren J. Stiroh, Ph.D. (ECF No. 1460) |
| 8-18-2021 | Keurig's Motion to Exclude the Expert Reports and Testimony of Treehouse Expert Dr. David Sibley (ECF No. 1464) |
| 8-18-2021 | Plaintiffs' Motion to Exclude Certain Opinions of Keurig Expert Keith R. Ugone, Ph.D. (ECF No. 1470) |
| 8-18-2021 | Plaintiffs' Motion to Exclude the Proposed Testimony of Kevin Murphy, Ph.D. (ECF No. 1474) |
| 8-18-2021 | Plaintiff JBR's Motion to Exclude the Proposed Testimony of Mark Wood (ECF No. 1478) |
| 8-18-2021 | Plaintiff JBR's Motion to Exclude the Proposed Testimony of Marc A. Hillmyer (ECF No. 1484) |
| **Class Certification** | |
| 5-24-2021 | Direct Purchaser Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 1359) |
| **Summary Judgment** | |
| 8-25-2021 | Plaintiffs' Motion for Summary Judgment (ECF No. 1489) |
| 8-25-2021 | Keurig's Motion for Summary Judgment (ECF No. 1493) |