UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-02542-VSB-SLC |
| TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, and STURM FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00905-VSB-SLC |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Megan P. Fitzgerald, I, Megan P. Fitzgerald, hereby move this Court to withdraw my appearance as counsel of record for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in the above-captioned actions, and to remove my email address from the CM/ECF service lists for these actions.

Dated:   New York, New York
         May 20, 2022                         Respectfully submitted,

                                              WINSTON & STRAWN LLP

By:   */s/ Megan P. Fitzgerald*
Megan P. Fitzgerald
mfitzgerald@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-2681
(212) 294-4700 (fax)