UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION.

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request (ECF No. 1839) for a telephone conference regarding their anticipated motion for attorneys' fees and expenses (the "Motion") is DENIED. The Court will set a briefing schedule for the Motion in due course, following the Honorable Vernon S. Broderick's ruling on Keurig's objections (ECF No. 1816 (the "Objections")) to the Court's April 11, 2022 Opinion and Order (ECF No. 1815) on the parties' motions for sanctions.

If, in the meantime, Plaintiffs wish to pursue reimbursement of their vendor costs that are not at issue in Keurig's Objections (the "Vendor Costs"), the Court orders as follows:

1. By **June 10, 2022**, Plaintiffs shall provide Keurig with records evidencing the Vendor Costs;

2. By **June 24, 2022**, the parties shall meet and confer to reach an agreement on the Vendor Costs. If the parties cannot reach an agreement:

    a. By **July 5, 2022**, Plaintiffs shall file a letter-motion of no longer than five (5) pages, exclusive of exhibits, with sufficient supporting documentation to permit the Court to analyze the requested Vendor Costs;

    b. By **July 12, 2022**, Keurig shall file an opposition letter-brief of no longer than five (5) pages exclusive of exhibits in opposition; and

    c. By **July 17, 2022**, Plaintiffs shall file a reply letter of no longer than three (3) pages exclusive of exhibits.

The Clerk of Court is respectfully directed to close ECF No. 1839.

Dated:      New York, New York  
               June 3, 2022

                                                 SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**