UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
|---|---|
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1840 to file the document at ECF No. 1842 with redactions is **GRANTED**. The document at ECF No. 1841 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1840.

Dated:   New York, New York
         June 3, 2022                                SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge