UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | No. 1:14-md-02542-VSB-SLC |

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The Court, having considered the Motion for Leave to Withdraw Alexander J. Owings as counsel of record for Plaintiff BJ's Wholesale Club, Inc. and accompanying declaration, GRANTS the Motion.

IT IS HEREBY ORDERED that Mr. Owings is withdrawn as counsel of record, that his appearance is deemed withdrawn as of the date of this order, and that his e-mail address be removed from the Court's CM/ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for BJ's.

The Clerk of Court is respectfully directed to close ECF No. 1845.

Dated: June 14, 2022

_____
Honorable Sarah L. Cave
United States Magistrate Judge