North America Europe Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO BADINI**
Partner
(212) 294-6700
abadini@winston.com

June 21, 2022

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:** *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-02542-VSB-SLC re Plaintiffs' Vendor Costs

Dear Judge Cave:

I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") regarding this Court's June 3 Order, ECF No. 1843, which set forth the process by which Plaintiffs should pursue reimbursement of their vendor costs that are not at issue in Keurig's Objections (the "Vendor Costs")—namely, TreeHouse's costs for the "additional measures with respect to the hard drives for Rathke and Stacy that TreeHouse sent to its vendor." ECF No. 1806 at 118-19.

In accordance with the Court's Order, TreeHouse and Defendant Keurig Green Mountain, Inc. ("Keurig") have reached an agreement on the above Vendor Costs. Plaintiffs intend to submit their fees and costs for all other categories in the Court's March 28 Spoliation Order at the appropriate time and in accordance with a briefing schedule set by this Court and reserve all rights with respect to these additional fees and costs.

Respectfully Submitted,

/s/ *Aldo A. Badini*

Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
abadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*



June 21, 2022
Page 2

cc:     Counsel for All Parties (via ECF)