Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
(312) 404-3760
www.ahernandassociatespc.com

Patrick J. Ahern                                                                                                                           (312) 404-3760

June 24, 2022

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern
  District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Winn-Dixie Stores, Inc. et al. v. Keurig Green Mountain, Inc., et al.*, Case No. 21-cv-7504**

Your Honor,

    I am lead counsel for the Winn-Dixie Plaintiffs. They are in receipt of your Honor's Order setting a discovery conference on Keurig's Motion to Compel (Dkt. 1848) for June 29, 2022 at 12:00 p.m. Unfortunately, I have expert depositions in *In re Broiler Chicken Antitrust Litigation* on June 29 and 30. Based on those expert depositions, Plaintiffs must move this Court to adjourn the June 29 discovery conference to another date.

    Thus, pursuant to Section I.E of your Honor's Individual Practices, Plaintiffs seek an adjournment of the discovery conference. In support of their request, Plaintiffs state as follows:

(1) <u>the original date of the conference, proceeding or deadline</u>

    June 29, 2022 at 12:00 p.m.

(2) <u>the number of previous requests for adjournment or extension</u>

    None

(3) <u>whether these previous requests were granted or denied</u>

    N/A

(4) <u>the reason for the present request</u>

    Plaintiffs' lead counsel has expert depositions in *In re Broiler Chicken Antitrust Litigation* on June 29 and 30.

Honorable Sarah L. Cave
June 24, 2022

      (5) <u>whether all affected parties consent; and</u>

         Yes

      (6) <u>if not, the reasons given for refusing.</u>

         N/A

I have conferred with Keurig's counsel and we are available on June 27, June 28 and July 1. We can also be available the following week, if those dates do not work for this Court.

                                    Respectfully Submitted,

                                    */s/ Patrick J. Ahern*

                                    Patrick J. Ahern

Cc: All Counsel via ECF