UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION. | CIVIL ACTION NO.: 14 Civ. MD 2542 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendant Keurig's letter-motion (the "Letter-Motion") seeking an order compelling Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC (together, "Winn-Dixie") "to provide overdue discovery by a date certain." (ECF No. 1848 at 1). Having reviewed the parties' submissions, and having heard the parties' arguments during the discovery conference held today, June 28, 2022, the Letter-Motion is GRANTED IN PART and DENIED IN PART as follows:

1. By **July 1, 2022**, Winn Dixie shall:

    a. Provide Keurig with an update on Winn Dixie's compliance with its obligations under the ESI Order (ECF No. 41);

    b. Provide Keurig with an update on its search of the "Ariba" system;

    c. Speak to C&S Wholesale Grocers ("C&S") regarding whether C&S possesses unique and relevant information or documents and provide Keurig with an update on those discussions;

    d. Provide Keurig with an estimated date of production for Winn Dixie's transactional data relating to C&S;

   e. Confirm that each agreed document custodian has received a litigation hold in this matter, and identify the date that each custodian initially received the hold notice; and

   f. Serve verified responses to Keurig's interrogatories.

2. By **July 5, 2022**, Winn Dixie shall:

   a. Produce responsive documents collected from custodian Brad Smith; and

   b. Serve responses and objections to Keurig's topics for Winn Dixie's Fed. R. Civ. P. 30(b)(6) witness depositions, following which the parties shall promptly meet and confer to resolve any disputed topics.

3. By **July 12, 2022**, Winn Dixie shall produce a privilege log.

4. The deadline for the completion of fact discovery is EXTENDED to **August 19, 2022**. All other terms of the amended case management plan (ECF No. 1838) remain in effect.

The parties are directed to order a transcript of today's conference.

The Clerk of Court is respectfully directed to close ECF No. 1848.

Dated:      New York, New York
            June 28, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**