UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION** | Case No. 1:14-md-02542-VSB-SLC |
| **This Documents relates to:**<br><br>Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC,<br>v.<br>Keurig Green Mountain, Inc., Green Mountain Coffee Roasters, Inc., and Keurig, Incorporated.<br>*(*Case No. 1:21-cv-07504-VSB) | NOTICE OF MOTION TO WITHDRAW AS COUNSEL<br><br>Case No. 1:21-cv-07504-VSB |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying Declaration of Theodore B. Bell, Theodore B. Bell will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for direct action plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC ("Plaintiffs").

PLEASE TAKE FURTHER NOTICE that Patrick J. Ahern the head of the law firm Ahern and Associates, P.C. will continue to serve as counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC.

Dated:  July 8, 2022         By:  /s/ *Theodore B. Bell*
                                          Theodore B. Bell (*admitted pro hac vice*)
                                          Illinois ARDC Reg. No. 6273743
                                          8045 Kenneth Ave.
                                          Skokie, Illinois

Tel: (773) 580-3318
theolawman@hotmail.com

*One of the Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*

---

Attorney Theodore B. Bell's motion (ECF No. 1859) to withdraw as counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC is GRANTED.  The Clerk of Court is respectfully directed to terminate Mr. Bell as counsel for these Plaintiffs and to close ECF No. 1859.

SO ORDERED    7/11/2022

SARAH L. CAVE
United States Magistrate Judge