UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1867 to file the document at ECF No. 1869 with redactions and/or under seal is **GRANTED**. The document at ECF No. 1868 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 1867.

Dated:   New York, New York
         July 13, 2022                              SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    United States Magistrate Judge