UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 1874 and 1878 to file the documents at ECF No. 1875 and 1880 with redactions and/or under seal is **GRANTED**.  The documents at ECF Nos. 1875 and 1879 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 1874 and 1878.

Dated:    New York, New York
         July 21, 2022                                SO ORDERED.

                                                     _____
                                                     SARAH L. CAVE
                                                     United States Magistrate Judge