UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1882 to file the letter at ECF No. 1885 under seal is **GRANTED**. The letter at ECF No. 1885 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 1882, 1883, and 1884.[1]

Dated:   New York, New York
         July 22, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] The Letter-Motions at ECF Nos. 1883 and 1884 are identical to the Letter-Motion at ECF No. 1882.