# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 650 815 4113
ztschida@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

July 22, 2022

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542: Request to Strike Winn-Dixie's Improper Letter Re: C&S Discovery, ECF No. 1885

Dear Judge Cave:

      The Court should strike Winn-Dixie's unauthorized "reply," which raises new arguments and new cases. ECF No. 1872 at 2 (brief ***not to exceed 3 pages***); ECF No. 1885 (submitting "reply" for a total of 6 pages of briefing). In the alternative, Keurig notes the following:

- Winn-Dixie argues C&S discovery may not be admissible as a party admission. This is not a reason to deny discovery: Information may be admissible for many reasons and "need not be admissible in evidence to be discoverable." Fed. R. Civ. P. 26(b)(1).

- Winn-Dixie cites new cases from other districts to argue it lacks the "legal right" to discovery of its assignor. ECF No. 1885 at 2. This argument is wrong both factually, ECF No. 1875-1 ¶ 13 (conveying the right to obtain discovery of C&S), and legally. *See, e.g.*, *Royal Park v. Deutsche Bank*, 314 F.R.D. 341, 346-47 (S.D.N.Y. 2016) (regardless of assignee's rights to discovery from its assignor, it is "in a better position than its adversary" to obtain the materials, and is obliged to do so). Indeed, any other rule would unfairly allow a company to assign claims and evade discovery obligations.

- Finally, Winn-Dixie asserts that it is not pursuing a C&S liability claim. ECF No. 1885 at 1. If that is the case, the Court should strike the portion of the Complaint in which Winn-Dixie purports to bring "this action … as the assignee of C&S." Compl. ¶¶ 24-25.

                                  Respectfully submitted,

                                    */s/ Zach Tschida*

                                  Zach Tschida

Cc: All counsel of record (By ECF)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.