UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION.

CIVIL ACTION NO.: 14 Civ. MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 12, 2022 the Court orders as follows:

1. By today, **August 12, 2022**, Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC ("Winn-Dixie") shall produce the documents for which they have withdrawn their prior assertions of privilege.

2. By **August 16, 2022**, Winn-Dixie shall:

    a. Produce the documents from the "broken families" of files identified by the parties; and

    b. Provide Keurig with an update on the collection and production of emails, transactional data, and document retention policies from C&S Wholesale Grocers, Inc. ("C&S").

3. By **August 17, 2022**, Winn-Dixie shall:

    a. Produce a revised privilege log; and

    b. Provide Keurig with an update on the status of custodian Scott Smith's emails

4. A telephone conference is scheduled for **Monday, August 22, 2022 at 6:00 pm** on the Court's conference line. Keurig and Winn-Dixie are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The parties are directed to promptly order a transcript of today's conference.

Dated:     New York, New York
            August 12, 2022

SO ORDERED.

*Sarah Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**