UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION.

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 26, 2022 the Court orders as follows:

1. By **August 30, 2022**, Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC ("Winn-Dixie") shall:

    a. produce the transactional data and document retention policies from C&S Wholesale Grocers, Inc. ("C&S"); and

    b. Respond to Keurig's questions regarding the retention of and search for custodian Scott Smith's emails.

2. By **September 2, 2022**:

    a. Winn-Dixie shall:

        i. Produce its document retention policies;

        ii. Produce emails collected from the C&S custodians

        iii. Respond to Keurig's questions regarding the collection and search of the C&S custodians' emails;

    b. The parties shall meet and confer regarding Winn-Dixie's privilege log and, if necessary, Keurig may file a letter no longer than three (3) pages outlining any outstanding issues.

3. The parties shall continue to meet and confer regarding the time limits applicable to Federal Rule of Civil Procedure 30(b)(6) witness depositions.

The parties are directed to promptly order a transcript of today's conference.

Dated:    New York, New York
            August 26, 2022

                          SO ORDERED.

                          */s/ Sarah L. Cave*
                          **SARAH L. CAVE**
                          **United States Magistrate Judge**