

**Wendelynne J. Newton**
412 562 8932
wendelynne.newton@bipc.com

> By **September 9, 2022**, Keurig may file a letter no longer than three (3) pages outlining any outstanding issues concerning Winn-Dixie's privilege log.
>
> SO ORDERED    9/2/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

September 1, 2022

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542
        Winn Dixie Privilege Log Disputes

Dear Judge Cave:

I write pursuant to Your Honor's August 26 Order, ECF 1901, regarding the September 2, 2022 deadline for Keurig to outline remaining deficiencies with Winn-Dixie's privilege log.

The parties' met-and-conferred on September 1, 2022 for about an hour, and Winn-Dixie has committed to (1) withdraw its claims of privilege/work product on some documents and produce them on Tuesday, September 6, (2) review many of the remaining documents that Keurig has identified, and (3) supplement its log information via email as to documents that are not relevant—all by close-of-business tomorrow. Winn Dixie has also confirmed that many documents on the log in dispute are irrelevant documents not responsive to Keurig's Requests for Production.

In light of the narrowing issues, Keurig does not intend to move the Court tomorrow, but asks that it be allowed to raise remaining deficiencies once Winn-Dixie's supplements its log and document production.

Respectfully submitted,

/s/ Wendelynne J. Newton

Wendelynne J. Newton

cc: Counsel of Record via ECF