UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION. | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Winn-Dixie's letter-motion (ECF No. 1911 (the "Letter-Motion")) to seal its letter at ECF No. 1912 (the "Letter"). Winn-Dixie claims the Letter should "be sealed to protect their confidentiality interests." (ECF No. 1911). Winn-Dixie fails, however, to articulate any specific basis to seal the Letter, and the Court, having reviewed the Letter, finds no such basis. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006) ("[D]ocuments may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest."). Accordingly, the Letter-Motion is DENIED.

The Clerk of Court is respectfully directed to unseal the Letter at ECF No. 1912, and to close ECF No. 1911.

Dated:   New York, New York
         September 20, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**