

**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
Ron Motley (1944-2013)

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/7/2022
Plaintiffs shall file their memorandum of law in accordance with the redactions proposed in Doc. 1360.

May 24, 2021

**VIA CM/ECF**

The Honorable Vernon S. Broderick
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Master Docket No. 1:14-md-02542-VSB-SLC: Request to File Under Seal Portions of the Direct Purchaser Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification, and the Appointment of Class Representatives and Class Counsel and Exhibits

Dear Judge Broderick:

    We write as counsel for the Direct Purchaser Plaintiffs ("Plaintiffs") in accordance with Section 5.B of Your Honor's Individual Rules & Practices in Civil Cases, to request leave to file under seal or to redact limited portions of the Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification, and the Appointment of Class Representatives and Class Counsel ("Memorandum") as well as the exhibits contained in the Declaration of Michael M. Buchman dated May 24, 2021 ("Buchman Decl.").

    Plaintiffs respectfully request that the highlighted portions of the Memorandum and the entirety of Exhibits B, C, D, E, F, G, H, I and J be sealed because they contain information designated as "Confidential" or "Highly Confidential" by Plaintiffs and Keurig pursuant to the Stipulated Amended Protective Order. *See* ECF No. 496.

    Accordingly, Plaintiffs respectfully request that the Court permit the portions of the Memorandum and the entirety of Buchman Decl., Exhibits B, C, D, E, F, G, H, I and J to be filed under seal.

Respectfully submitted,

*/s/ Michael M. Buchman*

Michael M. Buchman
Michelle C. Clerkin
Jacob O. Onile-Ere
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com
jonileere@motleyrice.com

Robert G. Eisler
Deborah Elman
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500
reisler@gelaw.com
delman@gelaw.com

William V. Reiss
David B. Rochelson
Matthew Geyer
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
wreiss@robinskaplan.com
drochelson@robinskaplan.com
mgeyer@robinskaplan.com

*Attorneys for Direct Purchaser Plaintiffs and Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

Enclosures
cc: Counsel for All Parties (via CM/ECF)