S.D.N.Y.-N.Y.C.
14-cv-4242
14-md-2542
Broderick, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-two.

Present:
> Robert D. Sack,
> Richard C. Wesley,
> Joseph F. Bianco,
> > *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 15 2022
```

In re JBR, Inc.,

> *Petitioner.*

---

JBR, Inc., DBA Rogers Family Company,

> *Petitioner,*

v.                                                                        22-2079

Keurig Green Mountain Inc., as successor to
Keurig, Incorporated, FKA Green Mountain Coffee Roasters Inc.,

> *Respondent.*

---

Petitioner has filed a petition for a writ of mandamus directing the district court to either rule on pending motions for summary judgment or provide alternative relief. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails to take action on the pending motions within 60 days of the date of this order.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 11/15/2022