UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)  **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motions at ECF Nos. 1929, 1938, and 1943 to file the documents at ECF No. 1931, 1939, and 1944 under seal are **GRANTED**.  The documents at ECF Nos. 1930, 1939, and 1944 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 1929, 1938, and 1943.

Dated:      New York, New York
            November 21, 2022                           SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                        United States Magistrate Judge