UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1946 to file the documents at ECF No. 1948 with redactions or under seal is **GRANTED**.  The documents at ECF No. 1947 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 1946.

Dated:     New York, New York
           November 22, 2022                          SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge