UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE
COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Winn-Dixie Plaintiffs' request at ECF No. 1950 is GRANTED, and the telephone conference scheduled for November 28, 2022 at 4:00 pm is ADJOURNED to **Tuesday, December 13, 2022 at 5:15 pm**. Keurig and the Winn-Dixie Plaintiffs are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 1950.

Dated:     New York, New York
           November 28, 2022

SO ORDERED.

**SARAH L. CAVE
United States Magistrate Judge**