UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Keurig's motion to dismiss "the C&S portion of Winn-Dixie's claims." (ECF No. 1931 (the "Motion")). In their Motion briefing, the parties refer to excerpts from the depositions of Daniel Fudger, Bryan Granger, and Bradley Mullinax (the "Depositions"). (See, e.g., ECF Nos. 1931 at 2–4; 1939 at 2–3). The parties' submissions, however, do not contain all cited testimony. (See, e.g., ECF No. 1939 at 2 nn.4–5). For completeness, the Court ORDERS the parties to submit the complete transcripts of the Depositions (the "Transcripts"), in "mini-script" form, by 5:00 p.m. on **Friday, December 9, 2022**. Because the parties have indicated that the Transcripts have been, or may be, designated as confidential or highly confidential under the Stipulated Amended Protective Order (see ECF Nos. 496; 1929 at 1), they may file the Transcripts under seal.

Dated:    New York, New York
          December 8, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**