Ahern and Associates, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
www.ahernandassociatespc.com

December 12, 2022

**VIA ECF**

The Honorable Sarah L. Cave. United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re: ***Winn-Dixie Stores, Inc. et al. v. Keurig Green Mountain, Inc., et al.***, **Case No. 21-cv-7504**

Your Honor,

I write on behalf of the Winn-Dixie Plaintiffs to correct a reference in their Response. In footnote 17, on page 6, of the Response, the reference to footnote 16 on the third line of the footnote should be footnote 18.

In addition, the Winn-Dixie Plaintiffs provide an update regarding information contained in their Response in Opposition to Keurig's Renewed Motion to Dismiss C&S Claims. In their November 17, 2022 Notice of Supplemental Information (Dkt. 1944), the Winn-Dixie Plaintiffs provided updated C&S purchase data in response to Keurig's data questions regarding the C&S data and responses to Keurig's questions regarding C&S data. Since that time, neither the Winn-Dixie Plaintiffs nor C&S have heard anything further from Keurig on the issue of the C&S data.

Respectfully Submitted,

Patrick J. Ahern
patrick.ahern@ahernandassociatespc.com
(312) 404-3760

Cc: All Counsel via ECF