UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. 1:14-md-02452 (VSB) (SLC)<br><br>MDL No. 2542 |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying Declaration, Jessica Roll will move this Court, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant Keurig Green Mountain, Inc.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue as counsel for Defendant Keurig Green Mountain, Inc.

Dated:  December 29, 2022
            New York, New York

                              Respectfully submitted,

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              By: */s/ Jessica Roll*
                                    Jessica Roll
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone: (212) 225-2000
                                    Facsimile: (212) 225-3999

                              *Attorneys for Defendant Keurig Green Mountain, Inc.*