UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has received Keurig's December 21, 2022 letter in further support of its letter-motion to dismiss "the C&S portion of Winn-Dixie's claims" (the "C&S Claims") (ECF No. 1931 (the "Motion")), as well as the Winn-Dixie Plaintiffs' response. (ECF Nos. 1959; 1967). The Court will issue its decision on Keurig's Motion in due course. The Court notes that, while the Motion is pending, the C&S Claims remain in the case, and the parties shall act accordingly.

Dated:   New York, New York
         January 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**