UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) |
| | **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1984 to file the documents at ECF No. 1986 with redactions or under seal is **GRANTED**.  The documents at ECF No. 1985 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 1984.

Dated:     New York, New York
           January 30, 2023                      SO ORDERED.

                                                 _____
                                                 SARAH L. CAVE
                                                 United States Magistrate Judge