UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions.* | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

**NOTICE OF DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S
MOTION FOR PARTIAL RECONSIDERATION OF JANUARY 17, 2023 OPINION
AND ORDER ON MOTION TO SEAL FRENCH DAUBERT MATERIAL AND CLASS
CERTIFICATION OPPOSITION**

PLEASE TAKE NOTICE THAT based upon the accompanying Memorandum of Law, and all relevant pleadings and prior proceedings in this matter, Defendant will move this Court, before The Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, New York, as soon as counsel may be heard, for an order pursuant to Local Civil Rule 6.3 vacating its January 17, 2023 Opinion & Order as to the nine documents described in the accompanying Memorandum of Law, and for such other relief as this Court deems just and proper.

Dated: January 31, 2023

/s/ *Wendelynne J. Newton*
**Wendelynne J. Newton**
**Mackenzie A. Baird**
*wendelynne.newton@bipc.com*
*mackenzie.baird@bipc.com*
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: 412-562-8800

**Leah Brannon**
**Carl Lawrence Malm**
*lbrannon@cgsh.com*
*lmalm@cgsh.com*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-974-1508

*Attorneys for Defendant Keurig Green Mountain, Inc.*