UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC) <br><br> **SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 1992 to file the document at ECF No. 1994 with redactions is **GRANTED**. The document at ECF No. 1993 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 1992.

Dated:   New York, New York
         February 3, 2023                   SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge