UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | x<br>:   Civil Action No. 1:14-md-02542-VSB-SLC<br>:<br>:   MOTION TO WITHDRAW CARMEN A.<br>x   MEDICI AS ATTORNEY OF RECORD |

4883-2492-3215.v1

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Carmen A. Medici to withdraw as counsel of record for Plaintiff Ken Overton in the above-referenced action due to his departure from the law firm of Robbins Geller Rudman & Dowd LLP.  I respectfully request that Carmen A. Medici be removed from the docket as counsel for Plaintiff Ken Overton.  All other counsel listed on the docket from the law firm of Robbins Geller Rudman & Dowd LLP will continue to represent Plaintiff Ken Overton in this matter.

A proposed order is filed concurrently herewith.

DATED:  February 8, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
ALEXANDRA S. BERNAY


s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
xanb@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Attorneys for Plaintiff Ken Overton, No. 14-cv-02530 (S.D.N.Y.)

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: xanb@rgrdlaw.com

**Mailing Information for a Case 1:14-md-02542-VSB-SLC In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick Ahern**
  patrick.ahern@ahernandassociatespc.com

- **Carrie Amezcua**
  carrie.amezcua@bipc.com,eservice@bipc.com

- **Gregory Keith Arenson**
  garenson@kaplanfox.com

- **Patricia I. Avery**
  pavery@wolfpopper.com,cdunleavy@wolfpopper.com

- **Aldo A Badini**
  abadini@winston.com,srusso@winston.com,emiller@winston.com,aldo-badini-5799@ecf.pacerpro.com,docketny@winston.com

- **Mackenzie Baird**
  mackenzie.baird@bipc.com,nannette.quillen@bipc.com,Jaimesen.Heins@keurig.com,Stephen.Cole@kdrp.com,eservice@bipc.com

- **Mitchell Jan Banas , Jr**
  mbanas@jaeckle.com

- **John E. Benko**
  benko@butzel.com

- **Maureen Kane Berg**
  mkberg@locklaw.com,lgn-mkberg@ecf.courtdrive.com,jpgramlich@locklaw.com

- **Alexandra S. Bernay**
  xanb@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Lamina E Bowen**
  lamina.bowen@kirkland.com,kenymanagingclerk@kirkland.com,lamina--bowen-6901@ecf.pacerpro.com

- **Marcus Neil Bozeman**
  mbozeman@bozemanfirm.com,bozemanmarcus@hotmail.com

- **Liz A Brady**
  liz.brady@myfloridalegal.com,Patrick.Crotty@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com

- **Leah Brannon**
  lbrannon@cgsh.com,maofiling@cgsh.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **Craig L. Briskin**
  cbriskin@findjustice.com,Pleadings@findjustice.com,electroniccasefiling@labaton.com

- **Geoffrey Stuart Brounell**
  geoffreybrounell@dwt.com,jodisavitsky@dwt.com,nycdocket@dwt.com

- **Alex Brown**
  alex.brown@alston.com,emily.welch@alston.com,robert.poole@alston.com,laura.komarek@alston.com,doug.cunningham@alston.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,hnpotteiger@locklaw.com,lgn-wjbruckner@ecf.courtdrive.com,emsipe@locklaw.com

- **Michael Morris Buchman**
  mbuchman@motleyrice.com

- **Robert Harvey Bunzel**
  rbunzel@bzbm.com

- **Thomas H. Burt**
  burt@whafh.com

- **Rachele R. Byrd**
  byrd@whafh.com,fileclerk@whafh.com

- **Steven Campbell**
  steven.campbell@alston.com,managingclerksoffice-nyc@alston.com,adam.biegel@alston.com,trenton.hafley@alston.com,autodocket-nyc@alston.com

- **Bethany L Caracuzzo**
  bc@pritzkerlevine.com,ecp@pritzkerlevine.com,jkl@pritzkerlevine.com

- **George S Cary**
  gcary@cgsh.com,maofiling@cgsh.com,mike.degnan@gmcr.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **Mario Man-Lung Choi**
  MChoi@Donahue.com

- **Christopher Gardner Clark**
  cclark@skadden.com,tholden@skadden.com,nicole.pacheco@skadden.com,mlcbos@skadden.com

- **Everett Coraor**
  ecoraor@cgsh.com

- **Kieran M. Corcoran**
  Kieran.corcoran@stinson.com

- **Patrick Joseph Coughlin**
  pcoughlin@scott-scott.com,slandry@rgrdlaw.com,smiller@rgrdlaw.com,DavidM@rgrdlaw.com,e_file_sd@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Matthew Robert DalSanto**
  mdalsanto@winston.com

- **William Daly**
  rkaplan@kaplanfox.com

- **Lisa Danzig**
  ldanzig@cgsh.com

- **Lev Louis Dassin**
  ldassin@cgsh.com,maofiling@cgsh.com,ejdavis@cgsh.com

- **Glen DeValerio**
  gdevalerio@bermandevalerio.com,bdentremont@bermandevalerio.com,ecf@bermandevalerio.com,bmccarthy@bermandevalerio.com

- **Ronald David Degen**
  rdegen@odlegal.com

- **Wayne F. Dennison**
  wdennison@brownrudnick.com

- **Patrick Donovan**
  donovan@whafh.com

- **Lauren E Duxstad**
  lduxstad@winston.com,lauren-duxstad-2215@ecf.pacerpro.com

- **William I Edlund**
  bedlund@bzbm.com

- **Robert Gerard Eisler**
  reisler@gelaw.com,cnevers@gelaw.com,vbeal@gelaw.com,5210588420@filings.docketbird.com,mstein@gelaw.com

- **Elaine H. Ewing**
  eewing@cgsh.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **Alan B Freedman**
  afreedman@cgsh.com

- **Karen P Freeman**
  kfreeman@mwlaw.com

- **John Franklin Garvish , II**
  jgarvish@mckoolsmith.com,vmerideth@mckoolsmith.com,hstuddard@mckoolsmith.com

- **Jeffrey S. Goddess**
  jgoddess@rmgglaw.com

- **Jayne Arnold Goldstein**
  jagoldstein@millershah.com,pleadings@millershah.com

- **Philip A. Goldstein**
  pagoldstein@mcguirewoods.com,echin@mcguirewoods.com,cguerrero@mcguirewoods.com,CBomzer-Stein@mcguirewoods.com,rsimmons@mcguirewoods.com,SRuffin@mcguirewoods.com

- **James C. Grant**
  jim.grant@alston.com,autodocket-nyc@alston.com

- **Nicholas A. Gravante , Jr**
  nicholas.gravante@cwt.com,nyecfnotice@cwt.com

- **Miles Greaves**
  mgreaves@tcllaw.com

- **Francis M Gregorek**
  gregorek@whafh.com

- **Geoffrey Graham Grivner**
  geoffrey.grivner@bipc.com

- **Terry Gross**
  terry@grossbelsky.com,adam@grossbelsky.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Steven Alan Hart**
  shart@smsm.com

- **Aaron Michael Healey**
  ahealey@jonesday.com,docketnortheast@jonesday.com

- **James Franklin Herbison**
  jherbison@winston.com

- **Meegan F. Hollywood**
  mhollywood@robinskaplan.com,eknight@robinskaplan.com

- **James E Howard**
  jimhoward@dwt.com,jennifergreen@dwt.com,annamariataskai@dwt.com,seadocket@dwt.com,mollytullman@dwt.com

- **Philip J. Iovieno**
  philip.iovieno@cwt.com,nyecfnotice@cwt.com

- **Fred Taylor Isquith**
  fisquith@zsz.com,isquithlaw@gmail.com

- **Frederick Taylor Isquith , Sr**
  ftisquith@zsz.com

- **Ellen E Jalkut**
  ejalkut@robinskaplan.com,eknight@robinskaplan.com

- **Gretchen Lee Jankowski**
  gretchen.jankowski@bipc.com

- **Daniel Johnson , Jr**
  dan@danjohnsonlawgroup.com,josie@danjohnsonlawgroup.com,philip@danjohnsonlawgroup.com,bill@danjohnsonlawgroup.com,andrew@danjohnsonlawgroup.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Joseph Michael Kay**
  jkay@cgsh.com,maofiling@cgsh.com

- **Richard J. Kilsheimer**
  rkilsheimer@kaplanfox.com

- **Robert S. Kitchenoff**
  kitchenoff@wka-law.com

- **Rossana Klawon**
  srandall@knpa.com

- **Dana B. Klinges**
  dklinges@duanemorris.com,dgartner@duanemorris.com

- **Joseph Thomas Kohn**
  joseph.kohn@quarles.com,Gabriel.Timis@quarles.com,john.remington@quarles.com,debra.topping@quarles.com,sarah.palmateer@quarles.com,kerlyne.luc@quarles

- **Laura Ann Komarek**
  laura.komarek@alston.com

- **Adam G. Kurtz**
  agkurtz@hotmail.com

- **Kevin Sylvan Landau**
  klandau@tcllaw.com

- **Gregory Langsdale**
  greg.langsdale@cwt.com,nyecfnotice@cwt.com

- **Daniel Edward Laytin**
  daniel.laytin@kirkland.com

- **Lewis Titus LeClair**
  lleclair@mckoolsmith.com,lewis-leclair-4399@ecf.pacerpro.com

- **Diana Hughes Leiden**
  dhleiden@winston.com,docketla@winston.com,recordsla@winston.com,imercier@winston.com,jherbison@winston.com,ANewman@winston.com,srusso@winston.c
  leiden-7075@ecf.pacerpro.com,slehrman@winston.com

- **Kellie Lerner**
  klerner@robinskaplan.com,bernard-pound-1518@ecf.pacerpro.com,eknight@robinskaplan.com

- **Rachel Lerner**
  rlerner@cgsh.com

- **Jonathan K. Levine**
  jkl@pritzkerlevine.com

- **Lester L. Levy , Sr**
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com

- **Robert Lauri Lindholm , Jr**
  robert.lindholm@nelsonmullins.com,maxine.irvinggist@nelsonmullins.com,bobbie.kullman@nelsonmullins.com

- **Courtney Jack Linn**
  clinn@orrick.com

- **Marisa C. Livesay**
  livesay@whafh.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com,bmemmons@locklaw.com

- **Dewitt M. Lovelace**
  courtdocs@lovelacelaw.com

- **Molly Ma**
  mma@cgsh.com

- **Carl Lawrence Malm**
  lmalm@cgsh.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **Betsy C. Manifold**
  manifold@whafh.com,fileclerk@whafh.com

- **Shannon Manley**
  smanley@cgsh.com

- **Kristen J McAhren**
  kristen.mcahren@cwt.com

- **Julie Moffett McCall**
  julie.mccall@butlersnow.com

- **Thomas James McKenna**
  tjmlaw2001@yahoo.com,tjmckenna@gme-law.com,gmelawny@gmail.com

- **John Francis McLean**
  jmclean@bzbm.com

- **Carmen A. Medici**
  cmedici@scott-scott.com

- **Catherine Medvene**
  cmedvene@mayerbrown.com,opottinger@mayerbrown.com,wdc.docket@mayerbrown.com

- **Donald Alan Migliori**
  dmigliori@motleyrice.com,kdotson@motleyrice.com

- **Brian Parker Miller**
  parker.miller@alston.com

- **Evan Charles Miller**
  emiller@winston.com,evan-miller-9059@ecf.pacerpro.com

- **Mario Moore**
  mario@danjohnsonlawgroup.com,bill@danjohnsonlawgroup.com

- **Rahul Mukhi**
  rmukhi@cgsh.com,maofiling@cgsh.com

- **Kathryn Hunt Muse**
  Kathryn.Muse@ilag.gov,Julianne.Feldman@ilag.gov,stefanie.krajewski@ilag.gov,Richard.Schultz@ilag.gov

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **William H. Narwold**
  bnarwold@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Wendelynne J. Newton**
  wendelynne.newton@bipc.com,nannette.quillen@bipc.com,mackenzie.baird@bipc.com,william.vankirk@bipc.com

- **Joanne O'Connor**
  joconnor@jonesfoster.com

- **Alyson Louise Oliver**
  notifications@oliverlg.com

- **Silvia Noemi Ostrower**
  sostrower@hunton.com,bmulder@hunton.com,rgalbraith@hunton.com

- **Daniel D Owen**
  dowen@polsinelli.com,Docketing@polsinelli.com

- **Clifford H. Pearson**
  cpearson@pwfirm.com,7244306420@filings.docketbird.com,egrant@pswlaw.com

- **Matthew Abraham Pearson**
  mapearson@pwfirm.com,9222557420@filings.docketbird.com

- **Steven Lawrence Penaro**
  steve.penaro@alston.com,managingclerksoffice-nyc@alston.com,autodocket-nyc@alston.com

- **Matthew Pilsner**
  matthew.pilsner@bipc.com,eservice@bipc.com

- **Elizabeth Cheryl Pritzker**
  ecp@pritzkerlevine.com,jkl@pritzkerlevine.com,ccc@pritzkerlevine.com,bc@pritzkerlevine.com

- **Kenneth Stephen Reinker**
  kreinker@cgsh.com,dcmaofiling@cgsh.com,dc-managingclerk@cgsh.com

- **William V. Reiss**
  WReiss@RobinsKaplan.com,mmarte@robinskaplan.com,drochelson@RobinsKaplan.com

- **Rachele R Rickert**
  rickert@whafh.com,cothran@whafh.com

- **Patrick George Rideout**
  patrick.rideout@skadden.com

- **Karen Hanson Riebel**
  Khriebel@locklaw.com,crjohnson@locklaw.com,atajagbusi@locklaw.com,amraak@locklaw.com,lgn-khriebel@ecf.courtdrive.com

- **Mark C. Rifkin**
  rifkin@whafh.com

- **Justin Henry Roeber**
  justin.roeber@klgates.com,justin-roeber-1092@ecf.pacerpro.com,klgateseservice@klgates.com,ecf-caed-5903626270441472@inbound.docketalarm.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Kajetan Rozga**
  kajrozga@dwt.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter Stephen Russ**
  peter.russ@bipc.com,eservice@bipc.com

- **Patrick Martin Ryan**
  pryan@bzbm.com,bsage@bzbm.com,dknapp@bzbm.com

- **Max Raphael Schwartz**
  mschwartz@scott-scott.com,efile@scott-scott.com

- **Robert K Shelquist**
  rkshelquist@locklaw.com,kjleroy@locklaw.com,brgilles@locklaw.com

- **Benjamin E Shiftan**
  bshiftan@pwfirm.com,9113502420@filings.docketbird.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,hnpotteiger@locklaw.com

- **Samantha Lee Southall**
  samantha.southall@bipc.com,dana.kennedy@bipc.com,eservice@bipc.com

- **Mae Amelia Stiles**
  mae@maestileslaw.com

- **Archana Tamoshunas**
  atamoshunas@tcllaw.com

- **Thomas P. Thrash**
  tomthrash@sbcglobal.net

- **Susannah Providence Torpey**
  storpey@winston.com,PacerCourtFile@winston.com,susannah-torpey-1133@ecf.pacerpro.com,docketny@winston.com

- **Elizabeth Tran**
  etran@cpmlegal.com

- **Jennifer Elizabeth Traystman**
  jennifer.traystman@lockelord.com

- **Curtis Victor Trinko**
  ctrinko@trinko.com

- **Zachary G. Tschida**
  ztschida@cgsh.com

- **Isabel Tuz**
  ituz@cgsh.com

- **Thomas J. Undlin**
  tundlin@robinskaplan.com,bbrtek@robinskaplan.com

- **Jason Aron Uris**
  juris@kaplanfox.com

- **Amanda Michelle Waide**
  amanda.waide@alston.com,autodocket-nyc@alston.com

- **Daniel L. Warshaw**
  dwarshaw@pwfirm.com,7546762420@filings.docketbird.com,aaguirre@pwfirm.com,egrant@pwfirm.com

- **Brett Waters**
  bwaters@winston.com,docketny@winston.com,brett-waters-4670@ecf.pacerpro.com

- **Dan K. Webb**
  dwebb@winston.com,dan-webb-8335@ecf.pacerpro.com

- **K. Craig Craig Wildfang**
  kcwildfang@robinskaplan.com,rries@robinskaplan.com,afmiller@robinskaplan.com,hmccourtney@robinskaplan.com

- **Steven N. Williams**
  swilliams@saverilawfirm.com,cporter@saverilawfirm.com,dlockett@saverilawfirm.com,srobertson@saverilawfirm.com,rponce@saverilawfirm.com,jday@saverilawf

- **Valarie C. Williams**
  valarie.williams@alston.com

- **Shiho Yamamoto**
  sy@pritzkerlevine.com

- **John Domenick Zaremba**
  jzaremba@zbblaw.com,jsobin@zbblaw.com,mclemmens@zarembabrown.com

- **Jessica Zeldin**
  jzeldin@rmgglaw.com

- **Guillermo G Zorogastua**
  gzorogastua@polsinelli.com,tcrane@polsinelli.com,Docketing@polsinelli.com

- **Peter Bradford deLeeuw**
  bdeleeuw@rmgglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Monique          Alonso
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

Arthur           N. Bailey
Arthur N. Bailey & Associates
111 West Second Street
Jamestown, NY 14701


Yelda Mesbah Bartlett
,

Adam             C. Belsky
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

Joseph               Winters Cotchett
Cotchett Pitre and McCarthy
San Francisco Airport Office Center
840 Malcolm Road  Suite 200
```

Burlingame, CA 94010

**Lori Jo Kirkhart**
,

**Sagentia, Ltd.**
,