**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* **Keurig Green Mountain Single-Serve Coffee Antitrust Litigation** | Case No. 1:14-md-02542 (VSB)<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick<br><br>**DECLARATION OF EVAN C. MILLER, ESQ. IN SUPPORT OF JOINT LETTER ON SEALING ISSUES PER COURT ORDER OF JANUARY 17, 2023 (ECF NO. 1978)** |

I, Evan C. Miller, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and an associate at Winston & Strawn LLP ("Winston"). I am one of the attorneys representing Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") in the above-captioned matter. I make this declaration on personal knowledge and in support of the "Joint Letter on Sealing Issues Per Court Order of January 17, 2023 (ECF No. 1978)," filed today. If called as a witness, I could and would competently testify to the matters stated herein.

**<u>The Parties' and Third Parties' Meet and Confers</u>**

2. Counsel for Plaintiffs met and conferred with counsel for Defendant Keurig Green Mountain, Inc. ("Keurig") in connection with the January 17, 2023 Opinion & Order of the Hon. Vernon S. Broderick, U.S.D.J. regarding sealing (ECF 1978) on January 23, 2023, January 26, 2023, and February 3, 2023.

3. On February 13, 2013, counsel for the parties and the following third parties met and conferred: R.C. Bigelow Inc. ("Bigelow"); Costco Wholesale Corporation; Essendant Co.;

Staples, Inc.; Microtrace Corporation; J.M. Smucker Co.; Starbucks Corporation; Winpak Portion Packaging Inc. and Winpak Heat Seal Packaging, Inc./Winpak Heat Seal Corporation.

4. Counsel for Plaintiffs met and conferred with counsel for Starbucks Corporation ("Starbucks") on February 7, 2023. Counsel for Keurig was also in attendance. Counsel for Starbucks also attended a meet and confer with the parties and several third parties on February 13, 2023.

5. Counsel for Plaintiffs met and conferred with counsel for Dunkin' Brands, Inc. ("Dunkin'") on February 15, 2023. Counsel for Keurig was also in attendance.

6. Counsel for Plaintiffs met and conferred with counsel for Flint Group, Inc. on February 10, 2023. Counsel for Keurig was also in attendance.

7. Counsel for Plaintiffs met and conferred with counsel for Grupo Phoenix Corporate Services, LLC on February 14, 2023. Counsel for Keurig was also in attendance.

8. Counsel for Plaintiffs met and conferred with counsel for JAB Holding Company, LLC and JAB Holding Company S.à.r.l. (collectively, "JAB") and Peet's Coffee & Tea, Inc. on February 14, 2023. Counsel for Keurig was also in attendance.

9. Counsel for Plaintiffs met and conferred with counsel for Microtrace Corporation on February 14, 2023. Counsel for Keurig was also in attendance. Counsel for Microtrace also attended a meet and confer with the parties and several third parties on February 13, 2023.

10. Counsel for Plaintiffs met and conferred with counsel for Office Depot, LLC on February 10, 2023. Counsel for Keurig was also in attendance.

11. Counsel for Plaintiffs met and conferred with counsel for Rychiger North America Inc. d/b/a Rychiger NA on February 15, 2023. Counsel for Keurig was also in attendance.

12. Counsel for Plaintiffs met and conferred with counsel for Sagentia, Ltd. on February 15, 2023. Counsel for Keurig was also in attendance.

13. Counsel for Plaintiffs met and conferred with counsel for third-party Bigelow on February 13, 2023. Counsel for Keurig was also in attendance. Counsel for Bigelow also attended a meet and confer with the parties and several third parties later that same day.

14. Counsel for Plaintiffs met and conferred with counsel for J.M. Smucker Co. ("Smucker") on February 13, 2023. Counsel for Keurig was also in attendance. Counsel for Smucker also attended a meet and confer with the parties and several third parties later that same day.

15. Counsel for Plaintiffs met and conferred with counsel for Vistar (a division of Performance Food Group, Inc.) on February 13, 2023. Counsel for Keurig was also in attendance.

16. Counsel for Plaintiffs met and conferred with counsel for Walmart Inc. and Sam's West, Inc. on February 14, 2023. Counsel for Keurig was also in attendance.

17. Counsel for Plaintiffs met and conferred with counsel for Essendant Co. ("Essendant") and Staples, Inc. ("Staples") on February 15, 2023. Counsel for Keurig was also in attendance. Counsel for Essendant and Staples also attended a meet and confer with the parties and several third parties on February 13, 2023.

**Exhibits Referenced in the Joint Letter**

18. Attached as Exhibit JL-1 is a chart describing the documents containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples after reviewing previous requests to seal in light of the January 17, 2023 Opinion and Order of the Hon. Vernon S. Broderick, U.S.D.J., *see* ECF 1978.

19. Attached as Exhibit JL-2 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit B to ECF 1829-1 (at ECF 1829-3) in connection with Essendant and Staples's previous request to seal based on joint agreement with TreeHouse Foods, Inc., Bay Valley Foods, LLC, Sturm Foods, Inc., JBR, Inc. (d/b/a Rogers Family Company), McLane Company, Inc., and Direct Purchaser Plaintiffs (collectively, "Plaintiffs"), *see* ECF 1829, 1829-1.

20. Attached as Exhibit JL-3 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit C to ECF 1829-1 (at ECF 1829-4) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

21. Attached as Exhibit JL-4 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit D to ECF 1829-1 (at ECF 1829-5) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

22. Attached as Exhibit JL-5 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the

Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit E to ECF 1829-1 (at ECF 1829-6) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

23. Attached as Exhibit JL-6 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit F to ECF 1829-1 (at ECF 1829-7) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

24. Attached as Exhibit JL-7 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit G to ECF 1829-1 (at ECF 1829-8) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

25. Attached as Exhibit JL-8 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit H to ECF 1829-1 (at ECF 1829-9) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

26. Attached as Exhibit JL-9 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as

explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit L to ECF 1829-1 (at ECF 1829-13) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

27. Attached as Exhibit JL-10 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit O to ECF 1829-1 (at ECF 1829-16) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

28. Attached as Exhibit JL-11 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit Q to ECF 1829-1 (at ECF 1829-18) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

29. Attached as Exhibit JL-12 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit R to ECF 1829-1 (at ECF 1829-19) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

30. Attached as Exhibit JL-13 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit S to ECF 1829-1 (at ECF 1829-20) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

31. Attached as Exhibit JL-14 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit T to ECF 1829-1 (at ECF 1829-21) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

32. Attached as Exhibit JL-15 is a true and correct copy of a document containing information, highlighted in yellow, that is requested to be sealed by Essendant and Staples, as explained in the joint letter filed herewith and described in the chart attached as Exhibit JL1 to the Declaration of Evan C. Miller, Esq. This document was filed previously as Exhibit AA to ECF 1829-1 (at ECF 1829-28) in connection with Essendant and Staples's previous request to seal based on joint agreement with Plaintiffs, *see* ECF 1829, 1829-1.

33. Attached as Exhibit JL-16 is the Declaration of Kevin Jones, which is referenced in the joint letter filed herewith at footnote 12 and which is submitted by Essendant and Staples.

34. Attached as Exhibit JL-17 is the Declaration of Marsha Rubin, which is referenced in the joint letter filed herewith at footnote 12 and which is submitted by Essendant and Staples.

35. Attached as Exhibit JL-18 is a true and correct copy of an email thread between Evan Miller and Larry Malm, with the top email dated January 27, 2023.

36. Attached as Exhibit JL-19 is a true and correct copy of an email dated January 27, 2023 from Evan Miller to counsel for third parties, with the subject line "In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation, No. 14-2542 (SDNY) - Court Order re Sealing."

37. Attached as Exhibit JL-20 is a true and correct copy of an email thread between Evan Miller and Larry Malm, with the top email dated February 1, 2023.

38. Attached as Exhibit JL-21 is a true and correct copy of a letter dated February 2, 2023 from Larry Malm to Mario Moore and Evan Miller.

39. Attached as Exhibit JL-22 is a true and correct copy of a letter dated January 30, 2023 from Mario Moore to Larry Malm.

40. Attached as Exhibit JL-23 is a true and correct copy of a letter dated February 7, 2023 from Larry Malm to Mario Moore and Evan Miller.

41. Attached as Exhibit JL-24 is a true and correct copy of a letter dated February 3, 2023 from Mario Moore to Larry Malm.

42. Attached as Exhibit JL-25 is a true and correct copy of a letter dated February 2, 2023 from Mario Moore to Larry Malm.

43. Attached as Exhibit JL-26 is a true and correct copy of a letter dated February 8, 2023 from Mario Moore to Larry Malm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
February 16, 2023

WINSTON & STRAWN LLP

By: /s/ *Evan C. Miller*

Evan C. Miller
emiller@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*