```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:                                            :
                                                  :
KEURIG GREEN MOUNTAIN SINGLE-                     :     14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                            :
LITIGATION                                        :         ORDER
                                                  :
This Document Relates to Case Nos. 21-cv-         :
7493, 21-cv-7504.                                 :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 24, 2023, I entered a consolidated amended preliminary case management plan and scheduling order for two actions in this multidistrict litigation. (Doc. 2014.) Accordingly, it is hereby

ORDERED that the premotion conference for cases 21-cv-7493 and 21-cv-7504 currently set for March 10, 2023, is hereby adjourned pending further order of the court.

The Clerk of Court is respectfully directed to docket a copy of this Order in cases 21-cv-7493 and 21-cv-7504.

SO ORDERED.

Dated:  March 6, 2023
        New York, New York

_____
Vernon S. Broderick
United States District Judge