UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Case No. 14-md-2542<br><br>WITHDRAWAL OF APPEARANCE |

## WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdrawal the appearance of Dana B. Klinges on behalf of interested non-party Rychiger North America Inc. d/b/a Rychiger NA.

Dated:  March 9, 2023               DUANE MORRIS LLP

                                By: */s/ Dana B. Klinges*
                                    Dana B. Klinges
                                    30 South 17th Street
                                    Philadelphia, PA  19103-4196
                                    Telephone: +1 215 979 1000
                                    DKlinges@duanemorris.com

DM1\13921643.1