UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 2027 to file the document at ECF No. 2029 with redactions is **GRANTED**. The document at ECF No. 2028 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 2027.

Dated:      New York, New York
            April 24, 2023                                 SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge