**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

ROME

2112 Pennsylvania Avenue
Washington, DC 20
T: +1 202 974 1
F: +1 202 974 1

clearygottlieb.

D: +1 202 974 1508
lbrannon@cgsh.com

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 5/5/2023

The parties shall provide an update or stipulation on these proposals by May 12, 2023.

May 4, 2023

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Response to BJ's and Winn-Dixie's Pre-Motion Letter, ECF No. 2034

Your Honor:

    I write on behalf of Keurig in response to BJ's and Winn-Dixie's request to join certain parts of other MDL plaintiffs' pending motion for summary judgment. *See* ECF No. 2034 at 1-2. Plaintiffs did not make this proposal to Keurig before articulating it in their letter. In view of the proposal in Plaintiffs' letter, Keurig believes that it can likely reach an agreement for BJ's and Winn-Dixie to rely on portions of the other plaintiffs' motion. This will be efficient as the Plaintiffs' motion on the subjects identified would be the same as the existing motion, whereas Keurig's motion will rely on the undisputed facts developed in discovery from BJ's and Winn-Dixie. Keurig believes that the parties should meet and confer and provide the Court with a status update or stipulation by May 12, 2023.

Respectfully submitted,

*/s/ Leah Brannon*

Leah Brannon

cc: Counsel of Record (via ECF)