# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 650 815 4113
ztschida@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

May 22, 2023

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

   Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
     Status Update on Proceedings Re: Keurig's Attorneys' Fees and Costs

Your Honor:

  I write on behalf of Keurig regarding Your Honor's May 8, 2023 Order, ECF No. 2038 (the "Order"). Keurig and Winn-Dixie have met and conferred, and Winn-Dixie informed Keurig that it plans to object to the award of Keurig's attorneys' fees and costs. *See* Order at 33. Winn-Dixie's position is that further proceedings on a fee application should be stayed pending resolution of its objection. Keurig is filing an objection to the Order on the basis that it does not dismiss the C&S claims. Keurig does not oppose a stay under the circumstances.

  Keurig proposes that, within 14 days of Judge Broderick's order on Winn-Dixie's objection to the award of fees, the parties meet and confer and provide Your Honor with a status update and proposal for further proceedings consistent with Judge Broderick's order. *See* ECF No. 1843 at 1 (staying fee application pending resolution of objection to order).

          Respectfully submitted,

          */s/ Zach Tschida*

          Zach Tschida

cc: Counsel of Record (via ECF)