# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

July 24, 2023

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Appointment of Hon. Richard Holwell (ret.) as Special Master on sealing issues

Dear Judge Broderick:

    Per Your Honor's July 17 order at ECF 2091, I write to report that agreement has been reached among the parties on Hon. Richard Holwell (ret.) as Special Master on sealing issues and the parties have confirmed his availability and willingness to serve.

    Respectfully submitted,

    */s/ Carl Lawrence Malm*

    Carl Lawrence Malm

    *Counsel for Defendant*
    *Keurig Green Mountain, Inc.*

cc:  All Counsel of Record (via ECF)