UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | ) No. 1:14-md-02542 (VSB)<br>) No. 1:14-mc-02542 (VSB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION FOR MODIFICATION OF DISTRIBUTION ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiff's unopposed Motion for Modification of the Distribution Order is GRANTED.

2. The funds that are currently in the Net Settlement Fund (less additional administration fees and expenses in the amount of $270,576.88), pursuant to invoices attached to the Declaration of Gretchen Eoff dated July 26, 2023, shall be distributed pursuant to the Stipulation and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Proposed Settlement of Class Action.

3. If any funds remain in the Net Settlement Fund by reason of undeposited checks, no additional distribution shall be made without further Order of this Court.

4. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.

Dated:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE