# **EXHIBIT A**

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

THOMAS H. BURT
DIRECT DIAL: 212-545-4669
FACSIMILE: 212-686-0114
Burt@whafh.com

SYMPHONY TOWERS
750 B STREET-SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

70 WEST MADISON STREET
SUITE 1400
CHICAGO, IL 60603
312-984-0000

June 29, 2023

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*
**1:14-md-02542-VSB**

Dear Judge Broderick:

Counsel for the Indirect Purchaser Plaintiff Class write in response to the Court's Order of June 13, 2023. The portion of the Court's order directed to the IPP Class's attention escaped notice, and the undersigned offers a respectful and unreserved apology for the error and for the delay.

Immediately following the Court's distribution order, class counsel was contacted by representatives of several institutional claimants with data-intensive claims, who threatened to dispute the distribution and plan of allocation. Rather than use the time and effort of the Special Master or the Court, counsel undertook to review the claims at issue at a granular level and resolve the disputes through negotiation, which was successful, but which added delay to the process. Accordingly, despite the passage of time since the Court's order, the distribution checks have not been sent.

Therefore, the amount of unclaimed funds is an unknown sum at this time. IPP counsel have no objection to the use of a portion of the unclaimed funds to defray the cost of the Special Master.

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Hon. Vernon S. Broderick, U.S.D.J.
June 29, 2023
Page 2


       Claims administrator JND has advised us that the amount expended, particularly in the laborious process of resolving disputes with separately represented institutional claimants with data-intensive claims, has been greater than anticipated. JND's invoices, paid and unpaid, are attached hereto and IPP counsel respectfully requests that the Court modify the Distribution Order to permit JND to be paid an additional $270,576.88, in full satisfaction of their work on this engagement. If it would be of use to the Court to have a further submission concerning the application for administration costs, IPP counsel respectfully requests one week to submit it. Distribution checks can be sent within seven business days of an order resolving this application.

       Respectfully,

       **WOLF HALDENSTEIN ADLER**
       **FREEMAN & HERZ LLP**

By: _____
       Thomas H. Burt

THB:jg\814566

Enclosure



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**07/09/2021**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/28/2021 | 132590 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | Initial Invoice - Billing Period (Inception - January 31, 2021) | | |
| 142.75 | Case Website with Online Filing | 155.00 | 22,126.25 |
| 4 | Monthly Website Hosting Fee | 200.00 | 800.00 |
| 12.25 | Call Center | 125.00 | 1,531.25 |
| 92.25 | Email Communications | 75.00 | 6,918.75 |
| 2.25 | Database Management | 175.00 | 393.75 |
| 38 | Finalize Notice Content; Coordinate Placement | 245.00 | 9,310.00 |
| | Notice Publication | 80,123.00 | 80,123.00 |
| 7.5 | Mailroom | 75.00 | 562.50 |
| 116.5 | Project Management | 250.00 | 29,125.00 |
| | Expenses: | | |
| | Domain registration | 285.06 | 285.06 |
| 4 | PO Box charge | 300.00 | 1,200.00 |
| | Translation | 1,201.90 | 1,201.90 |
| | Copy charge | 106.00 | 106.00 |
| | Postage | 1.08 | 1.08 |
| | Box storage | 1.50 | 1.50 |

| | **Invoice Total** | $153,686.04 |
|--|--|--|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**07/09/2021**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2021 | 136061 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY  10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 -  28, 2021) | | |
| 22 | Case Website with Online Filing | 195.00 | 4,290.00 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| 40.75 | Call Center | 60.00 | 2,445.00 |
| 8.65 | IVR minutes | 0.25 | 2.16 |
| 80 | Email Communications | 75.00 | 6,000.00 |
| 7 | Database Management | 215.00 | 1,505.00 |
| 9.75 | Finalize Notice Content; Coordinate Placement | 230.00 | 2,242.50 |
| | Notice Publication | 77,833.00 | 77,833.00 |
| 33.75 | Mailroom | 60.00 | 2,025.00 |
| 37 | Project Management | 185.00 | 6,845.00 |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| | Copy charge | 315.40 | 315.40 |
| | Postage | 70.99 | 70.99 |
| | Box storage | 6.00 | 6.00 |
| | Mail delivery | 2.36 | 2.36 |
| | Supplies | 14.08 | 14.08 |
| | AWS Hosting | 9.46 | 9.46 |

| | **Invoice Total** $104,105.95 |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**07/09/2021**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2021 | 137151 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2021) | | |
| 13.75 | Case-specific Website with Online Filing | 165.00 | 2,268.75 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| | | | |
| 2.75 | Call Center | 100.00 | 275.00 |
| 249.59 | IVR Minutes | 0.25 | 62.40 |
| 55.75 | Email Communications | 70.00 | 3,902.50 |
| | | | |
| 1.75 | Finalize Notice Content; Coordinate Placement | 300.00 | 525.00 |
| | Notice Publication | 165,834.00 | 165,834.00 |
| | | | |
| 1 | Database Management | 225.00 | 225.00 |
| | | | |
| | Process Claim Forms | | |
| 996 | Paper Claims | 0.95 | 946.20 |
| 44,520 | Online Claims | 0.25 | 11,130.00 |
| | | | |
| 32 | Mailroom | 60.00 | 1,920.00 |
| | | | |
| 35.75 | Project Management | 155.00 | 5,541.25 |
| | | | |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| | Copy charge | 63.40 | 63.40 |
| | Postage | 43.56 | 43.56 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2021 | 137151 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
|  | Box storage | 6.00 | 6.00 |
|  | Supplies | 8.33 | 8.33 |
| 121,524 | Electronic data storage | 0.002 | 243.05 |

|  | **Invoice Total** $193,494.44 |
|--|--|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2021 | 137525 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2021) | | |
| 0.5 | Case-specific Website with Online Filing | 190.00 | 95.00 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| | | | |
| 1.25 | Call Center | 125.00 | 156.25 |
| 254.36 | IVR Minutes | 0.25 | 63.59 |
| 55 | Email Communications | 75.00 | 4,125.00 |
| | | | |
| 4.25 | Finalize Notice Content; Coordinate Placement | 305.00 | 1,296.25 |
| | | | |
| | Process Forms | | |
| 166 | Process Mailed Claims | 0.95 | 157.70 |
| 8,407 | Process Online Claims | 0.25 | 2,101.75 |
| | | | |
| 25.25 | Mailroom | 70.00 | 1,767.50 |
| | | | |
| 19 | Project Management | 170.00 | 3,230.00 |
| | | | |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| | Copy charge | 68.40 | 68.40 |
| | Postage | 5.50 | 5.50 |
| | Box storage | 9.00 | 9.00 |
| | Supplies | 9.07 | 9.07 |
| 140,526 | Electronic data storage | 0.002 | 281.05 |

| | Invoice Total | $13,866.06 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/21/2021 | 137695 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| | PROJECT | TERMS |
|---|---------|-------|
| | KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (May 1 - 31, 2021) | | |
| 1.25 | Case-specific Website with Online Filing | 200.00 | 250.00 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| 1.5 | Call Center | 135.00 | 202.50 |
| 154.98 | IVR Minutes | 0.25 | 38.75 |
| 28.5 | Email Communications | 70.00 | 1,995.00 |
| 0.75 | Publication Notice | 265.00 | 198.75 |
| | Process Claims | | |
| 169 | Process Mailed Claims | 0.95 | 160.55 |
| 7,154 | Process Online Claims | 0.25 | 1,788.50 |
| 38 | Documentation Review | 95.00 | 3,610.00 |
| 0.5 | Deficiency Letter | 45.00 | 22.50 |
| 1.75 | Process Opt Outs | 170.00 | 297.50 |
| 17 | Mailroom | 65.00 | 1,105.00 |
| 23.75 | Project Management | 225.00 | 5,343.75 |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
04/22/2022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/21/2021 | 137695 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Copy charge | 61.00 | 61.00 |
| | Postage | 8.16 | 8.16 |
| | Box storage | 10.50 | 10.50 |
| | Supplies | 2.51 | 2.51 |
| 157,038 | Electronic data storage | 0.002 | 314.08 |

| | **Invoice Total** | **$15,909.05** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
04/22/2022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/21/2021 | 114570 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2021) | | |
| 2.75 | Case-specific Website with Online Filing | 200.00 | 550.00 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| | | | |
| 2 | Call Center | 85.00 | 170.00 |
| 393.62 | IVR Minutes | 0.25 | 98.41 |
| 54.5 | Email Communications | 70.00 | 3,815.00 |
| | | | |
| | Process Claims | | |
| 6,533 | Process Online Claims | 0.25 | 1,633.25 |
| 221 | Process Paper Claims | 0.95 | 209.95 |
| 22 | Documentation Review | 100.00 | 2,200.00 |
| | | | |
| 26.5 | Mailroom | 60.00 | 1,590.00 |
| | | | |
| 27 | Project Management | 190.00 | 5,130.00 |
| | | | |
| | Expenses: | | |
| | PO Box charge | 300.00 | 300.00 |
| | Postage | 3.05 | 3.05 |
| | Box storage | 12.00 | 12.00 |
| | Supplies | 2.57 | 2.57 |
| 176,689 | Electronic data storage | 0.002 | 353.38 |
| | AWS | 2.22 | 2.22 |

| | Invoice Total | $16,269.83 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2021 | 145659 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2021) | | |
| 3 | Case-specific Website with Online Filing | 165.00 | 495.00 |
| 1 | Monthly Website Hosting Fee | 200.00 | 200.00 |
| | | | |
| 6 | Call Center | 110.00 | 660.00 |
| 753.83 | IVR Minutes | 0.25 | 188.46 |
| 96.5 | Email Communications | 65.00 | 6,272.50 |
| | | | |
| | Process Claims | | |
| 11,079 | Process Online Claims | 0.25 | 2,769.75 |
| 1,934 | Process Paper Claims | 0.95 | 1,837.30 |
| 203.75 | Documentation Review | 115.00 | 23,431.25 |
| | | | |
| 124.75 | Mailroom | 55.00 | 6,861.25 |
| | | | |
| 96.5 | Project Management | 165.00 | 15,922.50 |
| | | | |
| | Expenses: | | |
| | PO Box charge | 300.00 | 300.00 |
| | Postage | 3.86 | 3.86 |
| | Box storage | 30.00 | 30.00 |
| | Supplies | 1.76 | 1.76 |
| 282,461 | Electronic data storage | 0.002 | 564.92 |
| | AWS | 4.00 | 4.00 |
| | Copies | 241.80 | 241.80 |

| | Invoice Total | $59,784.35 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/23/2021 | 145902 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2021) | | |
| 96.25 | Project Management | 105.00 | 10,106.25 |
| 10.5 | Case Website with Online Filing | 200.00 | 2,100.00 |
| 18 | Email Communications | 70.00 | 1,260.00 |
| 1.75 | Call Center | 115.00 | 201.25 |
| 152.66 | IVR Minutes | 0.25 | 38.17 |
| 3.5 | Database Management | 135.00 | 472.50 |
| | Process Claims | | |
| 334 | Document Review | 110.00 | 36,740.00 |
| 10 | Mailroom | 55.00 | 550.00 |
| | Expenses: | | |
| 2 | PO Box charge | 150.00 | 300.00 |
| | Postage | 0.51 | 0.51 |
| 20 | Box storage | 1.50 | 30.00 |
| 855,215 | Electronic data storage | 0.002 | 1,710.43 |
| | Copies | 199.19 | 199.19 |
| | Domain Renewal | 249.99 | 249.99 |

| | Invoice Total | $53,958.29 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/20/2021 | 146104 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2021) | | |
| 16.75 | Email Communications | 60.00 | 1,005.00 |
| 1.75 | Call Center | 110.00 | 192.50 |
| 250.2 | IVR Minutes | 0.25 | 62.55 |
| 920.25 | Document Review | 90.00 | 82,822.50 |
| 3.25 | Mailroom | 55.00 | 178.75 |
| 114 | Project Management | 100.00 | 11,400.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| | Amazon Web Services | 1.25 | 1.25 |
| 20 | Box storage | 1.50 | 30.00 |
| 858,085 | Electronic data storage | 0.002 | 1,716.17 |
| | Copies | 27.05 | 27.05 |
| | Domain Renewal | 103.38 | 103.38 |

| | Invoice Total | $97,689.15 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/19/2021 | 146444 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2021) | | |
| 0.25 | Case Website with Online Filing | 200.00 | 50.00 |
| 16.25 | Email Communications | 60.00 | 975.00 |
| 2 | Call Center | 100.00 | 200.00 |
| 134.22 | IVR Minutes | 0.25 | 33.56 |
| 7.25 | Database Management | 165.00 | 1,196.25 |
| 1,869.5 | Document Review | 65.00 | 121,517.50 |
| 0.75 | Mailroom | 115.00 | 86.25 |
| 28 | Project Management | 150.00 | 4,200.00 |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| 20 | Box storage | 1.50 | 30.00 |
| 859,975 | Electronic data storage | 0.002 | 1,719.95 |
| | Copy Charges | 104.35 | 104.35 |

| | **Invoice Total** $130,412.86 |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
04/22/2022

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/17/2021 | 142693 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - 30, 2021) | | |
| 38 | Email Communications | 70.00 | 2,660.00 |
| 1,373 | Email Sent | 0.01 | 13.73 |
| 0.5 | Publish Notice | 125.00 | 62.50 |
| 3 | Call Center | 80.00 | 240.00 |
| 228.46 | IVR Minutes | 0.25002 | 57.12 |
| | Deficiency Processing | | |
| 1,200 | Process Emailed Deficiency Responses | 0.25 | 300.00 |
| 75 | Database Management | 120.00 | 9,000.00 |
| 7.25 | Mailroom | 65.00 | 471.25 |
| 26.5 | Project Management | 200.00 | 5,300.00 |
| | Expenses: | | |
| 2 | PO Box charge | 150.00 | 300.00 |
| 23 | Box storage | 1.50 | 34.50 |
| 879,485 | Electronic data storage | 0.002 | 1,758.97 |
| | Copy Charges | 494.15 | 494.15 |

| | Invoice Total | $20,692.22 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/21/2022 | 142895 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY  10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1 - 31, 2021) | | |
| 26 | Email Communications | 70.00 | 1,820.00 |
| 1,504 | Email Sent | 0.01 | 15.04 |
| | | | |
| | Deficiency Processing | | |
| 205 | Process Deficiency Responses | 0.25 | 51.25 |
| | | | |
| 2.75 | Call Center | 85.00 | 233.75 |
| 196.48 | IVR Minutes | 0.25 | 49.12 |
| | | | |
| 61.5 | Database Management | 120.00 | 7,380.00 |
| | | | |
| 17.75 | Mailroom | 55.00 | 976.25 |
| | | | |
| 16 | Project Management | 140.00 | 2,240.00 |
| | | | |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| 1 | Box storage | 1.50 | 1.50 |
| 884,330 | Electronic data storage | 0.002 | 1,768.66 |
| | Copy Charges | 145.00 | 145.00 |
| | Postage | 10.88 | 10.88 |
| | Supplies | 5.98 | 5.98 |

| | | | |
|---|---|---|---|
| | | **Invoice Total** | $14,997.43 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID**
**04/22/2022**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/24/2022 | 143284 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2022) | | |
| 27.75 | Email Communications | 70.00 | 1,942.50 |
| 3 | Call Center | 90.00 | 270.00 |
| 306.8 | IVR Minutes | 0.25 | 76.70 |
| 2.5 | Database Management | 130.00 | 325.00 |
| 5.5 | Mailroom | 70.00 | 385.00 |
| 17.5 | Project Management | 230.00 | 4,025.00 |
| | Expenses: | | |
| 1 | PO Box charge | 300.00 | 300.00 |
| 44 | Box storage | 1.50 | 66.00 |
| 886,240 | Electronic data storage | 0.002 | 1,772.48 |
| | Copy Charges | 48.95 | 48.95 |

| | | | |
|---|---|---|---|
| | | **Invoice Total** | $9,211.63 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/28/2022 | 143628 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (February 1 - 28, 2022) | | |
| 21.75 | Email Communications | 75.00 | 1,631.25 |
| 4 | Call Center | 105.00 | 420.00 |
| 182.36 | IVR Minutes | 0.25 | 45.59 |
| 2 | Database Management | 110.00 | 220.00 |
| 1.25 | Mailroom | 60.00 | 75.00 |
| 13.5 | Project Management | 225.00 | 3,037.50 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 887,590 | Electronic data storage | 0.002 | 1,775.18 |
| | Copy Charges | 56.70 | 56.70 |

| | Invoice Total | $7,444.22 |
|--|---------------|-----------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/27/2022 | 143869 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2022) | | |
| 3 | Call Center | 85.00 | 255.00 |
| 195.6 | IVR Minutes | 0.25 | 48.90 |
| 23.5 | Email Communications | 70.00 | 1,645.00 |
| 2.25 | Deficiency Process | 105.00 | 236.25 |
| 1.5 | Mailroom | 100.00 | 150.00 |
| 9.5 | Project Management | 140.00 | 1,330.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 887,635 | Electronic data storage | 0.002 | 1,775.27 |
| | Copy Charges | 18.85 | 18.85 |
| | | **Invoice Total** | $5,642.27 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/26/2022 | 144148 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---|---|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2022) | | |
| 4 | Call Center | 80.00 | 320.00 |
| 189.36 | IVR Minutes | 0.25 | 47.34 |
| 20.25 | Email Communications | 60.00 | 1,215.00 |
| 1.25 | Mailroom | 60.00 | 75.00 |
| 9.25 | Project Management | 100.00 | 925.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 887,785 | Electronic data storage | 0.002 | 1,775.57 |
| | Copy Charges | 17.25 | 17.25 |
| | | **Invoice Total** | **$4,558.16** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/23/2022 | 144348 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2022) | | |
| 4.5 | Call Center | 75.00 | 337.50 |
| 117.72 | IVR Minutes | 0.25 | 29.43 |
| 10.75 | Email Communications | 65.00 | 698.75 |
| 0.5 | Mailroom | 70.00 | 35.00 |
| 2 | Project Management | 160.00 | 320.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 885,655 | Electronic data storage | 0.002 | 1,771.31 |
| | Copy Charges | 1.60 | 1.60 |
| | | **Invoice Total** | **$3,376.59** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/28/2022 | 144787 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (June 1 - 30, 2022) | | |
| 5.25 | Call Center | 75.00 | 393.75 |
| 194.56 | IVR Minutes | 0.25 | 48.64 |
| 14.75 | Email Communications | 65.00 | 958.75 |
| 39 | Deficiency Process | 135.00 | 5,265.00 |
| 1.25 | Mailroom | 90.00 | 112.50 |
| 7 | Project Management | 215.00 | 1,505.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 887,855 | Electronic data storage | 0.002 | 1,775.71 |
| | Copy Charges | 3.20 | 3.20 |
| | Supplies | 25.80 | 25.80 |

| | **Invoice Total** | **$10,271.35** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/30/2022 | 144989 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY  10016

| PROJECT | | TERMS |
|---------|---|-------|
| KEU -Keurig Indirect Purchaser Settlement | | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2022) | | |
| 4 | Call Center | 80.00 | 320.00 |
| 92.92 | IVR Minutes | 0.25 | 23.23 |
| 15.25 | Email Communications | 65.00 | 991.25 |
| 1.75 | Database Management | 120.00 | 210.00 |
| 48.75 | Deficiency Process | 125.00 | 6,093.75 |
| 1 | Mailroom | 55.00 | 55.00 |
| 9.5 | Project Management | 210.00 | 1,995.00 |
| | Expenses: | | |
| 1 | PO Box charge | 150.00 | 150.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 884,650 | Electronic data storage | 0.002 | 1,769.30 |
| | Copy Charges | 3.80 | 3.80 |

| | Invoice Total | $11,644.33 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/21/2022 | 145039 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2022) | | |
| 0.5 | Case-Specific Website with Online Filling | 150.00 | 75.00 |
| 8.5 | Call Center | 75.00 | 637.50 |
| 96.16 | IVR Minutes | 0.25 | 24.04 |
| 9.75 | Email Communications | 65.00 | 633.75 |
| 4.75 | Database Management | 145.00 | 688.75 |
| 41.5 | Deficiency Process | 125.00 | 5,187.50 |
| 1.5 | Mailroom | 50.00 | 75.00 |
| 6.25 | Project Management | 185.00 | 1,156.25 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 888,490 | Electronic data storage | 0.002 | 1,776.98 |
| | Copy Charges | 15.25 | 15.25 |
| | Domain Renewal | 249.99 | 249.99 |

| | **Invoice Total** | **$10,718.01** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/25/2022 | 145337 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY  10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2022) | | |
| 6.25 | Call Center | 75.00 | 468.75 |
| 70.82 | IVR Minutes | 0.25 | 17.71 |
| 10 | Email Communications | 70.00 | 700.00 |
| 7.5 | Database Management | 95.00 | 712.50 |
| 24.5 | Project Management | 135.00 | 3,307.50 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 1.50 | 33.00 |
| 296,220 | Electronic data storage | 0.002 | 592.44 |
| | Copy Charges | 19.60 | 19.60 |
| | Domain Renewal | 105.15 | 105.15 |

| | Invoice Total | $6,121.65 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2022 | 145517 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (October 1 - 30, 2022) | | |
| 3.25 | Call Center | 85.00 | 276.25 |
| 59.59 | IVR Minutes | 0.32 | 19.07 |
| 8 | Email Communications | 60.00 | 480.00 |
| 4 | Deficiency Processing | 125.00 | 500.00 |
| 3.75 | Database Management | 115.00 | 431.25 |
| 36 | Project Management | 135.00 | 4,860.00 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 2.50 | 55.00 |
| 293,735 | Electronic data storage | 0.002 | 587.47 |
| | Copy Charges | 2.00 | 2.00 |

| | Invoice Total | $7,376.04 |
|--|---------------|-----------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/16/2022 | 145835 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY  10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (November 1 - 30, 2022) | | |
| 3.5 | Call Center | 90.00 | 315.00 |
| 50.94 | IVR Minutes | 0.32 | 16.30 |
| 3.75 | Email Communications | 65.00 | 243.75 |
| 19.5 | Project Management | 180.00 | 3,510.00 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 2.50 | 55.00 |
| 293,735 | Electronic data storage | 0.002 | 587.47 |
| | Copy Charges | 5.00 | 5.00 |

| | Invoice Total | $4,897.52 |
|--|---------------|-----------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/20/2023 | 147194 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1 - 31, 2022) | | |
| 4.25 | Call Center | 130.00 | 552.50 |
| 100.23 | IVR Minutes | 0.32 | 32.07 |
| 13.5 | Email Communications | 110.00 | 1,485.00 |
| 1 | Deficiency Processing | 135.00 | 135.00 |
| 101.75 | Project Management | 150.00 | 15,262.50 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 2.50 | 55.00 |
| 291,245 | Electronic data storage | 0.002 | 582.49 |
| | | **Invoice Total** | $18,269.56 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/16/2023 | 148262 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2023) | | |
| 4.75 | Call Center | 90.00 | 427.50 |
| 400.34 | IVR Minutes | 0.32 | 128.11 |
| 28.75 | Email Communications | 80.00 | 2,300.00 |
| 85.25 | Project Management | 145.00 | 12,361.25 |
| | Expenses: | | |
| 1 | PO Box charge | 165.00 | 165.00 |
| 22 | Box storage | 2.50 | 55.00 |
| 296,284 | Electronic data storage | 0.002 | 592.57 |
| | Copy Charges | 9.45 | 9.45 |

| | Invoice Total | $16,038.88 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/26/2023 | 149011 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (February 1 - March 31, 2023) | | |
| 0.5 | Case Website with Online Filing | 210.00 | 105.00 |
| 3.5 | Call Center | 70.00 | 245.00 |
| 109.95 | IVR Minutes | 0.32 | 35.18 |
| 13.75 | Email Communications | 80.00 | 1,100.00 |
| 0.25 | Distribute Benefits | 395.00 | 98.75 |
| 163.75 | Project Management | 180.00 | 29,475.00 |
| | Expenses: | | |
| 2 | PO Box charge | 165.00 | 330.00 |
| 44 | Box storage | 2.50 | 110.00 |
| 593,200 | Electronic data storage | 0.002 | 1,186.40 |
| | Copy Charges | 695.80 | 695.80 |

| | **Invoice Total** | **$33,381.13** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/18/2023 | 149066 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | April through May 15th actual billing plus estimate to perform the distribution and close the administration | | |
| 2.5 | Case Website | 200.00 | 500.00 |
| 139.5 | Call Center | 65.00 | 9,067.50 |
| 8,545 | IVR Minutes | 0.32 | 2,734.40 |
| 290.25 | Email Communications | 85.00 | 24,671.25 |
| 27.75 | Database Updates | 180.00 | 4,995.00 |
| 25 | Calculate, review, and implement individual benefits | 135.00 | 3,375.00 |
| 10 | Account and management and reconciliation | 135.00 | 1,350.00 |
| 38.5 | Distribution Management and Oversight | 185.00 | 7,122.50 |
| 51,475 | Check Printing | 0.36 | 18,531.00 |
| 250.25 | Project Management | 175.00 | 43,793.75 |
| | Expenses: | | |
| 10 | PO Box charge | 165.00 | 1,650.00 |
| 220 | Box storage | 2.50 | 550.00 |
| 2,944,200 | Electronic data storage | 0.002 | 5,888.40 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/18/2023 | 149066 |

**BILL TO**

Wolf Haldenstein Adler Freeman & Herz LLP
Thomas Burt
Mark C. Rifkin
270 Madison Avenue
New York, NY 10016

| PROJECT | TERMS |
|---------|-------|
| KEU -Keurig Indirect Purchaser Settlement | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Copy Charges | 50.00 | 50.00 |
| 51,475 | Postage | 0.50 | 25,737.50 |
| | Bank Fees | 500.00 | 500.00 |
| | Document Destruction | 2,500.00 | 2,500.00 |
| 2 | QSF Tax Return 2023 and 2024 | 2,500.00 | 5,000.00 |

| | |
|--|--|
| **Invoice Total** | $158,016.30 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$297,756.01