UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE: :
 :
KEURIG GREEN MOUNTAIN SINGLE- : 14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST :
LITIGATION : **ORDER**
 :
*This Document Relates to All Actions* :
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The Indirect Purchaser Plaintiffs' motion to modify my distribution order at Doc. 2023 (the "Distribution Order") is GRANTED.  All terms used in this Order shall have the meaning set out in the Distribution Order.  The Distribution Order is hereby modified as follows:

1. The funds that are currently in the Net Settlement Fund (less additional administration fees and expenses in the amount of $270,576.88), pursuant to invoices attached to the Declaration of Gretchen Eoff dated July 26, 2023 (Doc. 2097), shall be distributed pursuant to the Stipulation and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Proposed Settlement of Class Action.

2. If any funds remain in the Net Settlement Fund by reason of undeposited checks, no additional distributions shall be made without further Order of this Court.

3. Following the second distribution of funds provided for in ¶ 7 of the Distribution Order, the Indirect Purchaser Plaintiffs shall submit a status letter to the Court stating if any undistributed funds remain and indicating if they have any objections, or if they have been made aware of any objections to the use of such undistributed funds to defray costs associated with the employment of a special master in this case.

4. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

The Clerk of Court is respectfully directed to close the motion at Doc. 2095.

SO ORDERED.

Dated:   July 31, 2023
         New York, New York

Vernon S. Broderick
United States District Judge