APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 8/2/2023

The Clerk of Court is respectfully directed to SEAL Docs. 2100 and 2012, with access restricted to the following parties: Defendant Keurig Green Mountain Roasters, Inc.; Plaintiff TreeHouse Foods, Inc.; Plaintiff Bay Valley Foods, LLC; Plaintiff Sturm Foods, Inc.; Plaintiff JBR, Inc. (d/b/a Rogers Family Company); Plaintiff McLane Company, Inc.; Plaintiff Direct Purchaser Plaintiffs; Plaintiff Winn-Dixie, Inc.; Plaintiff Bi-Lo Holdings, Inc.; and Plaintiff BJ's Wholesale Club, Inc. This relief is granted on a provisional basis and is not a decision on whether long-term sealing or redaction of these papers is merited.

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
No. 1:14-md- 2542.

Dear Judge Broderick:

    I write on behalf of Plaintiffs BJ's Wholesale Club, Inc. ("BJ's) and Winn-Dixie Stores, Inc. and Bi-Lo Holding (LLC) ("Winn-Dixie").

    Due to an inadvertent filing error, the following unredacted ECF documents filed by BJ's and Winn-Dixie under seal are currently unavailable to the named parties to the litigation: (1) ECF No. 2100 (Plaintiffs BJ's and Winn-Dixie Response and Counterstatement to Keurig's Rule 56.1 Statement of Undisputed Fact) and (2) ECF No. 2012 (Memorandum of Law in Opposition re: Motion for Summary Judgment in the *Winn-Dixie* and *BJ's* Actions). After speaking to the clerk's office, we were instructed to submit a letter application to Your Honor requesting that the clerk be instructed to adjust the viewing preferences in PACER to allow access to the parties.

    BJ's and Winn-Dixie hereby respectfully submit the following request that Your Honor instruct the clerk to adjust the viewing preferences for ECF No. 2100 and ECF No. 2012 to allow full access to the named parties as follows:

- Defendant Keurig Green Mountain Roasters, Inc.
- Plaintiff TreeHouse Foods, Inc.
- Plaintiff Bay Valley Foods, LLC
- Plaintiff Sturm Foods, Inc.
- Plaintiff JBR, Inc. (d/b/a Rogers Family Company)
- Plaintiff McLane Company, Inc.
- Plaintiff Direct Purchaser Plaintiffs

Philip J. Iovieno  Tel 212-504-6868  Philip.Iovieno@cwt.com

# CADWALADER

Hon. Vernon S. Broderick
August 1, 2023

- Plaintiff Winn-Dixie, Inc.
- Plaintiff Bi-Lo Holdings, Inc.
- Plaintiff BJ's Wholesale Club, Inc.

We apologize for the error and are available should you or the clerk's office have any questions or need additional information.

Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Counsel for BJ's Wholesale Club, Inc.

cc: All Counsel of Record (via ECF)