UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                       :
                                                             :
KEURIG GREEN MOUNTAIN SINGLE-                                :          14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                                       :
LITIGATION                                                   :          **ORDER**
                                                             :
*This Document Relates to All Actions*                       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Pursuant to my revised Rule 4.I of my Rules Individual Practice, it is no longer necessary for parties to move independently for oral argument. Parties have moved for oral argument on pending *Daubert* and summary judgment motions. (Docs. 1614, 1657, and 1658.) I will continue to evaluate the papers the parties have submitted and will set at time for oral argument, if necessary, based on my review of those papers. Accordingly, the Clerk of Court is respectfully directed to close the motions at Docs. 1614, 1657, and 1658.

SO ORDERED.

Dated:    August 6, 2023
             New York, New York

                                                             Vernon S. Broderick
                                                              United States District Judge