```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
IN RE:                                                :      14-MD-2542 (VSB)
                                                      :      14-MC-2542 (VSB)
KEURIG GREEN MOUNTAIN SINGLE-                         :
SERVE COFFEE ANTITRUST                                :      **INITIAL REPORT OF**
LITIGATION                                            :      **THE SPECIAL MASTER**
                                                      :
------------------------------------------------------X
```

RICHARD J. HOLWELL, Special Master:

By order of the Court dated August 1, 2023 the undersigned was appointed as special master to draft a report and recommendation on all pending sealing motions filed by both parties and third parties in the above-captioned matter.

On August 2, 2023 I held a meet and confer with the parties to set a schedule for the resolution of the pending sealing motions. All parties appeared by counsel for the meet and confer.

Counsel confirmed that the parties would rest on their written submissions and would waive oral argument on the pending sealing motions. Counsel also undertook to provide me with all documents necessary to resolve the pending motions.

I intend to communicate directly with counsel for third party movants to obtain highlighted copies of the materials they seek to seal or redact and to determine whether any movant requests oral argument.

While my review of the pending motions has just begun, it is my intention to endeavor to issue a report and recommendation by October 1, 2023.

Dated: August 10, 2023
       New York, New York

                                                    _____
                                                    Richard J. Holwell
                                                    Special Master