UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                  :
                                                        :
KEURIG GREEN MOUNTAIN SINGLE-                           :       14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                                  :
LITIGATION                                              :       **ORDER**
                                                        :
*This Document Relates to All Actions*                  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      A sealing motion has been made in this action.  (Doc. 2113.)  In accordance with my order appointing a special master in this matter I expect to refer this motion to Special Master Hon. Richard Holwell (ret.).  (Doc. 2106 § IV.1.)  If any party objects to the referral of this motion to the Special Master Holwell, they may file objections by August 29, 2023.  If no party objects by that date, the motion shall be deemed referred to Special Master Holwell without need for further action by the Court.

SO ORDERED.

Dated:    August 22, 2023
             New York, New York

                                                                            Vernon S. Broderick
                                                                     United States District Judge