UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                                           :
                                                                 :
KEURIG GREEN MOUNTAIN SINGLE-     :        14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                   :
LITIGATION                                               :        **ORDER**
                                                                 :
*This Document Relates to All Actions*         :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  A sealing motion has been made in this action. (Doc. 2132.) In accordance with my order appointing a special master in this matter I expect to refer this motion to Special Master Hon. Richard Holwell (ret.). (Doc. 2106 § IV.1.) If any party objects to the referral of this motion to the Special Master Holwell, they may file objections by September 20, 2023. If no party objects by that date, the motion shall be deemed referred to Special Master Holwell without need for further action by the Court.

SO ORDERED.

Dated: September 13, 2023
    New York, New York

                    _____
                    Vernon S. Broderick
                    United States District Judge