UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. 1:14-md-02542 (VSB) (SLC)<br><br>MDL No. 2542 |

## DECLARATION OF RACHEL LERNER BASU PURSUANT TO LOCAL RULE 1.4

I, Rachel Lerner Basu (formerly Rachel Lerner), declare as follows pursuant to 23 U.S.C. § 1746:

    1.    I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On June 18, 2019, I appeared in the above-captioned case.

    2.    I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Defendant Keurig Green Mountain, Inc. ("Keurig").

    3.    Following September 19, 2023, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"). Other attorneys from Cleary Gottlieb have also appeared in this action and will continue to be counsel of record for Keurig. Accordingly, no delay or prejudice to any party will result from my withdrawal.

    4.    No retaining or charging lien is being asserted.

    5.    This declaration and the accompanying motion will be served on Keurig. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2023
       New York, New York

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      */s/ Rachel Lerner Basu*
                                      Rachel Lerner Basu
                                      (formerly Rachel Lerner)