# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Hon. Richard J. Holwell*
*646-837-5152*
*rholwell@hsgllp.com*

October 2, 2023

VIA ECF
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:    In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.
               MDL No. 2542; Special Master Report and Recommendation

Dear Judge Broderick:

    I write to advise the Court that I am in the final stages of preparing my report and recommendation address all pending sealing motions (the "Sealing Report") and will file that report on or before October 6, 2023.

Respectfully submitted,

Richard J. Holwell
Special Master

cc:    All Counsel