UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                        :
IN RE:                                                  :
                                                        :
KEURIG GREEN MOUNTAIN SINGLE-                           :
SERVE COFFEE ANTITRUST                                  :    14-MD-2542 (VSB)
LITIGATION                                              :    14-MC-2542 (VSB)
                                                        :
*This order relates to all cases*                       :    **OPINION & ORDER**
                                                        :
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 7, 2023, the Special Master filed a Supplemental Report & Recommendation, resolving the remaining sealing motions within the scope of his appointment. Accordingly, it is hereby:

ORDERED that counsel for the Indirect Purchaser Plaintiffs shall submit a letter to the Court by December 21, 2023, stating the amount of unclaimed settlement funds available to be used as compensation for the Special Master.

IT IS FURTHER ORDERED that any objections to the Special Master's decisions must be filed by December 28, 2023.  *See* Fed. R. Civ. P. 53(f)(2).

SO ORDERED.

Dated: December 7, 2023
       New York, New York

Vernon S. Broderick
United States District Judge