# Buchanan

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.

**Wendelynne J. Newton**
412 562 8932
wendelynne.newton@bipc.com

The deadline for the parties to submit any objections to the Special Master's Report & Recommendation is hereby extended to January 8, 2024.

Dated: December 22, 2023

December 21, 2023

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*;
No. 14-MD-2542-VSB-SLC (S.D.N.Y.)
**Joint Letter Motion to Request Extension to File Objections**

Dear Judge Broderick:

I write on behalf of Keurig and Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse"), Plaintiff JBR Inc., Plaintiff McLane Company, Inc., and Direct Purchaser Plaintiffs (collectively, "Plaintiffs") per Your Honor's Individual Rule 1.G. to request a brief extension of the **December 28, 2023** deadline for objections to Judge Holwell's sealing decisions.  ECF Nos. 2159.  The parties request a brief extension of this deadline to **Monday, January 8, 2024**, for any party or third party to file objections to the Special Master's Report & Recommendation [ECF Nos. 2145, 2157].  This is the first extension request.  Judge Holwell agrees with the requested relief.

In the course of its evaluation of Judge Holwell's sealing rulings, Keurig identified certain rulings on which it desires clarification.  Keurig provided a list of these items to counsel for TreeHouse on December 19, and the parties are currently conferring to see if they can agree on any of the issues raised by Keurig and/or submit a narrowed number of items to Judge Holwell for supplemental ruling.

The Parties intend to make any necessary submission to Judge Holwell on or before December 28.  Judge Holwell has committed to issue any supplemental ruling on or before January 5.  To permit this process, the parties request a short extension of the time to object to January 8.

Judge Holwell held a conference with the parties this morning and is in agreement with the process and schedule outlined above.

December 21, 2023
Page - 2 -

                                      Respectfully submitted,

                                      /s/ *Wendelynne J. Newton*

                                      Wendelynne J. Newton

WJN/

cc:      Counsel of Record via ECF; Hon. Richard J. Holwell (ret.) via email