UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE:                                   :
                                         :           14-MD-2542 (VSB)
KEURIG GREEN MOUNTAIN SINGLE-            :           14-MC-2542 (VSB)
SERVE COFFEE ANTITRUST                   :
LITIGATION                               :           **ORDER REGARDING BJ'S AND**
                                         :           **WINN-DIXIE SEALING**
*This order relates to all cases*        :           **SUBMISSIONS**
                                         :
-----------------------------------------X

RICHARD J. HOLWELL, Special Master:

      On March 5, 2024, I received submissions from parties and non-parties regarding motions to seal materials relating to the BJ's Wholesale Club and Winn-Dixie summary judgment and Daubert motions. It is hereby ORDERED that:

1.     Any letter motion in opposition to a party or non-party motion to seal shall be submitted to me on or before March 22, 2024. No reply should be filed without leave of the Special Master.

2.     Non-parties Dunkin' Brands, Inc., Community Coffee Company, and Starbucks Corporation shall submit to me digital and hard copy versions of the exhibits they wish to redact, with the proposed redacted portions of said exhibits highlighted, on or before March 22, 2024.

DATED:  New York, New York
             March 15, 2024

                                                                Richard J. Holwell, Special Master