UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :

IN RE:                                                                    :

KEURIG GREEN MOUNTAIN SINGLE-          :
SERVE COFFEE ANTITRUST                       :          14-MD-2542 (VSB)
LITIGATION                                        :          14-MC-2542 (VSB)

*This order relates to all cases*               :               **ORDER**

------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of the letter filed by counsel to the Indirect Purchaser Class (the "IPP Class"), dated March 26, 2024, stating that $163,074.64 in unclaimed settlement funds is available to be used as compensation for the Special Master. (Doc. 2172.) Accordingly, it is hereby

       ORDERED that the above-referenced settlement funds are released and shall be remitted to the Special Master for his work on this case. Counsel to the IPP Class shall promptly contact the Special Master to facilitate payment. No later than ten days after payment is completed, counsel to the IPP Class shall file a letter advising the Court on the amount paid to the Special Master.

       IT IS FURTHER ORDERED that the scope of the Special Master's appointment is enlarged to include all pending sealing motions, including those previously identified as before Judge Cave. (*See* Doc. 2145 at 1 n.1.)

       IT IS FURTHER ORDERED that, in light of the Special Master's continued work on this case, the aspect of my prior order directing the parties to submit a joint letter noting their respective share of the Special Master's fees is withdrawn. (Doc. 2170 at 3–4.) I will direct the

parties to meet and confer regarding the balance due to the Special Master, and to submit a joint letter with the amount each party owes, after the Special Master submits a final invoice.

IT IS FURTHER ORDERED that, in light of Rychiger North America Inc.'s letter, dated September 14, 2023, withdrawing its motion to seal its confidential business information, the motion pending at Doc. 1749 is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 1749.

SO ORDERED.

Dated: April 2, 2024
      New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge