**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION<br><br>*This document concerns all related actions.* | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB<br><br>Hon. Vernon S. Broderick |

**DECLARATION OF MARIO MOORE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF KEVIN MURPHY, PH.D.**

I, Mario Moore, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner at Dan Johnson Law Group, LLP, and I am one of the attorneys representing Plaintiff JBR, Inc. in the above-captioned matter. I make this declaration on personal knowledge, and if called as a witness, I could and would competently testify with respect to the matters stated herein.

2. Attached as Exhibit **A** is a true and correct copy of excerpts from Keurig's opposition presentation slides at the September 4, 2014, hearing on JBR's Motion for Preliminary Injunction.

3. Attached as Exhibit **B** is a true and correct copy of the Expert Report of Kevin M. Murphy, dated December 7, 2020. This copy includes the full main text of the expert report, but omits the appendices and exhibits to the report due to the page volume. A copy of this document also was marked as Plaintiffs' Deposition Exhibit 3137.

4. Attached as Exhibit **C** is a true and correct copy of excerpts from the transcripts of the deposition of Kevin M. Murphy, Ph.D., recorded March 23 and 24, 2021.

5. Attached as Exhibit **D** is a true and correct copy of a U.S. Department of Justice press release entitled "Justice Department Withdraws Report on Antitrust Monopoly Law," dated May 11, 2009.

6. Attached as Exhibit **E** is a true and correct copy of excerpts from the remarks of the Commissioner of the Federal Trade Commission J. Thomas Rosch, "Thoughts on the Withdrawal of the DOJ Section 2 Report," dated June 25, 2009.

7. Attached as Exhibit **F** is a true and correct copy of excerpts from the Expert Report of David S. Sibley, Ph.D. (corrected version), dated September 11, 2020. This was Dr. Sibley's opening expert report in this matter.

8. Attached as Exhibit **G** is a true and correct copy of a document produced by Keurig titled Keurig Corporate Profile and bearing Bates numbers KVR0018183-KVR0018185.

9. Attached as Exhibit **H** is a true and correct copy of excerpts from a Keurig PowerPoint presentation titled Keurig Premium Coffee Systems Single Serve Portion Pack Brewing: Getting

to Market in the At Home Segment, produced by Keurig in this matter and bearing Keurig Bates numbers KEURIG00475218- KEURIG00475279, which was marked as Plaintiffs' Deposition Exhibit 971 at the deposition of Nick Lazaris.

10. Attached as Exhibit **I** is a true and correct copy of excerpts from Green Mountain Coffee Roasters' Second Quarter 2011 Form 10-Q filing with the U.S. Securities and Exchange Commission.

11. Attached as Exhibit **J** is a true and correct copy of excerpts from the transcript of the deposition of Christopher Howe, recorded April 30, 2019.

12. Attached as Exhibit **K** is a true and correct copy of an article authored by Benjamin Klein and Kevin M. Murphy, titled "How Exclusivity is Used to Intensify Competition for Distribution – Reply to Zenger," published in *Antitrust Law Journal*, 77:691-699 (2011).

13. Attached as Exhibit **L** is a true and correct copy of an article authored by Daniel McGinn, titled "The Buzz Machine," published in *The Boston Globe*, dated August 7, 2011, and bearing JBR Bates numbers ROG00139346-ROG00139351.

14. Attached as Exhibit **M** is a true and correct copy of excerpts from the federal reporter copy of the Order and Opinion of this court, *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.,* 383 F. Supp. 3d 187, 236 (S.D.N.Y. 2019), which was marked as Plaintiffs' Deposition Exhibit 3147 at the deposition of Kevin Murphy.

15. Attached as Exhibit **N** is a true and correct copy of excerpts from *New York v. Microsoft Corp*., 224 F. Supp. 2d 76, 151 (D.D.C. 2002), *aff'd*, 373 F.3d 1199 (D.C. Cir. 2004), which was marked as Plaintiffs' Deposition Exhibit 3148 at the deposition of Kevin Murphy.

16. Attached as Exhibit **O** is a true and correct copy of excerpts from the condensed transcript of the 30(b)(6) deposition of Annie Oh, recorded February 27, 2020, which was marked as Plaintiffs' Deposition Exhibit 3150 at the deposition of Kevin Murphy.

17. Attached as Exhibit **P** is a true and correct copy of excerpts from the transcript of the 30(b)(6) deposition of Walmart by Carli Rosencranz, recorded June 29, 2020.

18. Attached as Exhibit **Q** is a true and correct copy of Exhibit 30 to the December 7, 2020, Expert Report of Kevin M. Murphy, entitled "Annual Keurig Compatible Coffee Portion Pack and Bagged Coffee Retail Sales."

19. Attached as Exhibit **R** is a true and correct copy of excerpts from the transcript of the deposition of Keith R. Ugone, Ph.D., recorded March 17, 2021.

20. Attached as Exhibit **S** is a true and correct copy of excerpts from the Expert Report of Gareth Macartney, Ph.D., dated August 28, 2020.

21. Attached as Exhibit **T** is a true and correct copy of excerpts from the transcripts of the deposition of John F. Whoriskey, recorded December 12, 2019 and February 21, 2019.

22. Attached as Exhibit **U** is a true and correct copy of Keurig's webpage titled "Shop coffee makers," available at https://www.keurig.com/coffee+makers/c/coffeemakers101, accessed August 11, 2021.

23. Attached as Exhibit **V** is a true and correct copy of excerpts from a Keurig-produced presentation entitled "Hot Platform Strategy," dated March 11, 2013, bearing Bates number KGM01405693.

24. Attached as Exhibit **W** is a true and correct copy of excerpts from the transcript of the 30(b)(6) deposition of Mark Wood, recorded February 14, 2020, which was marked as Plaintiffs' Deposition Exhibit 3151 at the deposition of Kevin Murphy.

25. Attached as Exhibit **X** is a true and correct copy of excerpts from the Expert Reply Report of David S. Sibley, Ph.D. (amended version), dated March 8, 2021.

26. Attached as Exhibit **Y** is a true and correct copy of excerpts from a Keurig presentation entitled "Coffee Maker Shopper Insights," dated November 20, 2015, which was marked as Plaintiffs' Deposition Exhibit 3152 at the deposition of Kevin Murphy.

27. Attached as Exhibit **Z** is a true and correct copy of "Bold Statement: Our resident caffeine fiend's five favorite espresso machines," *Food & Wine*, dated March 2021, which was marked as Plaintiffs' Deposition Exhibit 3153 at the deposition of Kevin Murphy.

28. Attached as Exhibit **AA** is a true and correct copy of excerpts from the Declaration of Kevin M. Murphy, Ph.D. in Support of Defendant Keurig Green Mountain's Opposition to JBR's Motion for a Preliminary Injunction, dated August 29, 2014, was marked as Plaintiffs' Deposition Exhibit 3145 at the deposition of Kevin Murphy.

29. Attached as Exhibit **BB** is a true and correct copy of excerpts from the Fifth Amended and Restated Portion Pack Manufacturing and Distribution Agreement between Keurig Green Mountain, Inc., and Smucker Sales and Distribution Company, dated May 5, 2014, bearing Bates numbers KGM03137950-KGM03137984.

30. Attached as Exhibit **CC** is a true and correct copy of excerpts from the License and Distribution Agreement between Keurig, Incorporated and Twinings North America, Inc., dated August 17, 2005, and bearing Bates numbers starting with KGM00198123, which was marked as Plaintiffs' Deposition Exhibit 979 at the deposition of Nick Lazaris.

31. Attached as Exhibit **DD** is a true and correct copy of an email thread with subject "RE: Single Serve IRI/NPD Update as of Month Ending April 2014," sent by Chad Collett on May 14, 2014, and bearing Bates numbers KGM08896550-KGM08896554.

32. Attached as Exhibit **EE** is a true and correct copy of excerpts from the transcript of the deposition of Scott McCreary, recorded May 15, 2019.

33. Attached as Exhibit **FF** is a true and correct copy of excerpts from the transcript of the deposition of Michelle Stacy, recorded March 11, 2020.

34. Attached as Exhibit **GG** is a true and correct copy of an email from TJ Whalen attaching a presentation file named "Strategy Operating Review Arizona 1.22.14.pptx," sent January 18, 2014, bearing Bates numbers beginning KGM03156661, which was marked as Plaintiffs' Deposition Exhibit 908 at the deposition of David Manly.

35. Attached as Exhibit **HH** is a true and correct copy of excerpts from the transcript of the deposition of Daniel Cignarella, recorded December 13, 2019.

36. Attached as Exhibit **II** is a true and correct copy of excerpts from the transcript of the deposition of Nicholas G. Lazaris, recorded August 6, 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Irvine, California
August 18, 2021

By *___/s/ Mario Moore_____*
Mario Moore