**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB<br><br>Hon. Vernon S. Broderick |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br><br>Defendant/<br>Counterclaim Plaintiff. | 1:14-cv-04242-VSB |

**DECLARATION OF MARIO MOORE IN SUPPORT OF PLAINTIFF JBR'S MOTION TO EXCLUDE THE TESTIMONY OF MARK WOOD**

I, Mario Moore, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner at Dan Johnson Law Group, LLP, and I am one of the attorneys representing Plaintiff JBR, Inc. in the above-captioned matter. I make this declaration on personal knowledge, and if called as a witness, I could and would competently testify with respect to the matters stated herein.

2. Attached as Exhibit **A** is a true and correct copy of excerpts from the transcript of the deposition of Mark Wood, recorded April 1, 2021.

3. Attached as Exhibit **B** is a true and correct copy of excerpts from the Expert Report of Bob Giacomelli, dated August 27, 2020.

4. Attached as Exhibit **C** is a true and correct copy of excerpts from the Expert Report of Mark Wood, dated December 7, 2020.

5. Attached as Exhibit **D** is a true and correct copy of excerpts from the transcript of the deposition of Mark Wood (Keurig 30(b)(6) designee), recorded February 14, 2020.

6. Attached as Exhibit **E** is a true and correct copy of the curriculum vitae of Mark C. Wood (Exhibit 1 to the Expert Report of Mark Wood), dated December 7, 2020.

7. Attached as Exhibit **F** is a true and correct copy of excerpts from the transcript of the deposition of Annie Oh (Keurig 30(b)(6) designee), recorded February 27, 2020.

8. Attached as Exhibit **G** is a true and correct copy of excerpts from the transcript of the deposition of Carli Rosencranz (Walmart 30(b)(6) designee), recorded June 29, 2020.

9. Attached as Exhibit **H** is a true and correct copy of a Keurig presentation entitled "Bagged Coffee Spring 2018 Launch." This document also was marked as Plaintiffs' Deposition Exhibit 2155.

10. Attached as Exhibit **I** is a true and correct copy of a Keurig presentation entitled "Capturing Unlicensed K-Cup Coffee Share." This document also was marked as Plaintiffs' Deposition Exhibit 1316.

11. Attached as Exhibit **J** is a true and correct copy of Keurig presentation entitled "Recapturing K-Cup Share – Working Draft." This document also was marked as Plaintiffs' Deposition Exhibit 1319.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Irvine, California
August 18, 2021

By *___/s/ Mario Moore_____*
Mario Moore