**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB-SLC<br><br>Hon. Vernon S. Broderick |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br><br>Defendant/<br>Counterclaim Plaintiff. | 1:14-cv-04242-VSB-SLC |

**DECLARATION OF MARIO MOORE IN SUPPORT OF JBR'S OPPOSITION TO KEURIG'S MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF JBR EXPERT GARETH MACARTNEY, PH.D.**

I, Mario Moore, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner at Dan Johnson Law Group, LLP, and I am one of the attorneys representing Plaintiff JBR, Inc. in the above-captioned matter. I make this declaration on personal knowledge, and if called as a witness, I could and would competently testify with respect to the matters stated herein.

2. Attached as Exhibit **A** is a true and correct copy of Plaintiffs' Deposition Exhibit 1316 (Capturing Unlicensed K-Cup Coffee Share, September 2013 Operating Review).

3. Attached as Exhibit **B** is a true and correct copy of Defendant's Deposition Exhibit Number 11, marked at the November 18, 2019 deposition of Bob Giacomelli, bearing production numbers ROG002811179-181.

4. Attached as Exhibit **C** is a true and correct copy of a White & Case presentation entitled "Have You Looked At Your Indemnification Clause Lately? What *Quanta v. LG* Means For Your Business Relationships," dated May 6-7, 2009, and bearing production numbers KGM10863183-204

5. Attached as Exhibit **D** is a true and correct copy of a Keurig presentation entitled "Squid Brewer Communication Test Results, January 2012," and bearing production number KGM00249897

6. Attached as Exhibit **E** is a true and correct copy of an email from Ron DiFabio to Chad Collett, et al., dated June 11, 2015, bearing production numbers KGM02222848-849, and marked as Plaintiffs' Deposition Exhibit 318.

7. Attached as Exhibit **F** is a true and correct copy of an email from Shannon Axthelm to Pete Carter, "Re: Community Coffee K-Cups," dated February 19, 2014, bearing production number COSTCO_KEURIG_00000639, and marked as Plaintiffs' Deposition Exhibit 2916.

8. Attached as Exhibit **G** is a true and correct copy of excerpts from the transcript of the deposition of Shannon Axthelm (Costco 30(b)(6) designee), dated June 17, 2020.

9. Attached as Exhibit **H** is a true and correct copy of excerpts from the transcript of the deposition of Annie Oh (Keurig 30(b)(6) designee), dated February 27, 2020.

10. Attached as Exhibit **I** is a true and correct copy of excerpts from the transcript of the deposition of Robert Giacomelli, dated November 18, 2019.

11. Attached as Exhibit **J** is a true and correct copy of email correspondence between Larry Jones and Dan Cignarella, "FW: Grove Square K Cups – Take Action – REVISED," dated April 18, 2012, and bearing production numbers KGM07476291-292.

12. Attached as Exhibit **K** is a true and correct copy of excerpts from the transcript of the deposition of Kristin Cefalo, dated May 29, 2019.

13. Attached as Exhibit **L** is a true and correct copy of excerpts from the transcript of the deposition of Ben Yoder, dated September 30, 2019.

14. Attached as Exhibit **M** is a true and correct copy of email correspondence between Brian Kelley and Howard Schultz, "RE: K-Cup Private Labelers," dated August 2, 2013, bearing production number KGM0157154, and marked as Plaintiffs' Deposition Exhibit 2427.

15. Attached as Exhibit **N** is a true and correct copy of a Rogers Family Company press release entitled "Rogers Coffee – Awarded One of Nation's Most Environmentally Responsible Coffee Companies," dated November 5, 2014.

16. Attached as Exhibit **O** is a true and correct copy of a presentation entitled "The Single Cup Coffee Market," dated September 21, 2012, and bearing production number ROG001393246.

17. Attached as Exhibit **P** is a true and correct copy of excerpts from the transcript of the deposition of Bob Giacomelli (JBR 30(b)(6) designee), dated April 28, 2020.

18. Attached as Exhibit **Q** is a true and correct copy of excerpts from the transcript of the deposition of John Overton, dated June 5, 2019.

19. Attached as Exhibit **R** is a true and correct copy of the Expert Rebuttal [Rossi] Report of Gareth Macartney, Ph.D., dated December 7, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Irvine, California
September 29, 2021

By *    /s/ Mario Moore    *
Mario Moore