**Exhibit N**

## Contact

www.linkedin.com/in/jim-song-96267033 (LinkedIn)

### Top Skills
Lecturing
Mathematical Modeling
Materials Science

### Languages
Chinese
English

# Jim Song
Professor in Materials Science and Engineering at Brunel University
London

## Summary

My research has focused on a particular theme – development and application of novel materials processing technologies. These covered processing of a broad range of materials from metals, ceramics, polymers and materials derived from natural renewable resources to reduce environmental impact. The majority of my work has been accompanied with quantitative modelling and analysis and led to a portfolio of over 100 publications.

Since 1997, my research has been concentrated on the development of novel processing technologies for bio-based materials and their applications. I have been leading a research group in Materials from Renewable Resources and working in collaboration with industrial and research institutions in a portfolio of government funded (EPSRC, BBSRC, DEFRA, TSB and EU)
projects in
• Novel processing of starch based foams;
• Development of biodegradable starch foams and composites for industrial applications;
• Processing, modelling and application of starch-based nano-composites
• Development of natural fibre bio-composites for industrial applications;
• Lightweight eco-composites based on renewable resources;
• Food Packaging;
• Recycling of waste materials.

---

## Experience

**Brunel University**
17 years

Professor
2004 - Present (17 years)
Materials Science and Engineering

Professor in Materials Science and Engineering
2004 - Present (17 years)
Uxbridge, London

---

## Education

University of Newcastle-upon-Tyne
Doctor of Philosophy (PhD), Materials Processing · (1987 - 1990)