**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | Case No. 1:14-md-02542 (VSB)<br>MDL No. 2542 |
| | Hon. Vernon S. Broderick |
| *This document concerns all related actions.* | **DECLARATION OF ALDO A. BADINI** |

I, Aldo A. Badini, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and a partner at Winston & Strawn LLP ("Winston"). I am one of the attorneys representing Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse" or "Plaintiffs") in the above-captioned matter. I make this declaration on personal knowledge and in support of Plaintiffs' Motion for Summary Judgment, unless I indicate that I make a statement on information and belief. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct copy of ECF No. 409, the Answer and Defenses of Defendant Keurig Green Mountain, Inc. to Amended and Supplemental Complaint filed by TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.

3. Attached as Exhibit 2 is a true and correct copy of an email and attachment from Ms. Katie Gilroy to Ms. Suzanne DuLong, dated February 17, 2014, and bearing Bates numbers KGM09710038-41, which was marked as Plaintiffs' Exhibit 805.

4. Attached as Exhibit 3 is a true and correct copy of an email from Ms. Kerry Gould to Mr. Tom Burgess and Mr. John Whoriskey, dated August 22, 2014, and bearing the Bates number KGM01981543, which was marked as Plaintiffs' Exhibit 129.

5. Attached as Exhibit 4 is a true and correct copy of a PowerPoint presentation titled "Walmart Top-to-Top Meeting," dated October 29, 2013, which was marked as Plaintiffs' Exhibit 1266.

6. Attached as Exhibit 5 is a true and correct copy of the 30(b)(6) Deposition Transcript of Keurig by Ms. Annie Oh, dated February 27, 2020, which was marked as Plaintiffs' Exhibit 3150.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Corrected Version of the Expert Opening Report of David S. Sibley, Ph.D., dated September 11, 2020.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the Expert Rebuttal Report of Keith Ugone, Ph.D., dated December 7, 2020, which was marked as Plaintiffs' Exhibit 3122.

9. Attached as Exhibit 8 is a true and correct copy of Keurig Dr. Pepper Inc.'s Form 10-K submitted to the Securities and Exchanges Commission, dated February 25, 2021.

10. Attached as Exhibit 9 is a true and correct copy of Keurig's Supplemental Responses and Objections to McLane's First Set of Interrogatories, dated March 18, 2020.

11. Attached as Exhibit 10 is a true and correct copy of Keurig's Responses and Objections to TreeHouse's Second Set of RFAs, dated August 19, 2020.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Starbucks Corporation by Mr. Bruce Katsman, dated June 30, 2020.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Starbucks Corporation by Mr. Kevin Schaub, dated June 23, 2020.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of The J.M. Smucker Company by Mr. Vincent Byrd, dated June 5, 2020.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the Deposition Transcript of Mr. John Fassak, dated May 7, 2020.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Peet's by Mr. David Burwick, dated May 29, 2020.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Peet's by Mr. Eric Lauterbach, dated February 27, 2020.

18. Attached as Exhibit 17 is a true and correct copy of an email between Mr. Peter Eck and Ms. Nina Barton and others, dated January 15, 2015, bearing Bates number KHFC_0006173.

19. Attached as Exhibit 18 is a true and correct copy of an email between Ms. Allie Green and Ms. Nina Barton and others, dated August 13, 2014, bearing Bates number KHFC_0017381.

20. Attached as Exhibit 19 is a true and correct copy of The J.M. Smucker Company's Form 10-K submitted to the Securities and Exchanges Commission, dated June 23, 2014.

21. Attached as Exhibit 20 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Michelle Stacy, dated March 10, 2020.

22. Attached as Exhibit 21 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Joel White, dated November 15, 2019.

23. Attached as Exhibit 22 is a true and correct copy of an email between Mr. Joel White and Ms. Lori Tauber Marcus, dated September 20, 2013, bearing Bates number KGM10993623, which was marked as Plaintiffs' Exhibit 1348.

24. Attached as Exhibit 23 is a true and correct copy of excerpts from the Deposition Transcript of Mr. John Whoriskey, dated December 11, 2019.

25. Attached as Exhibit 24 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Brian Kelley, dated April 9, 2020.

26. Attached as Exhibit 25 is a true and correct copy of Keurig's Responses and Objections to TreeHouse's Third Set of Interrogatories, dated February 4, 2020.

27. Attached as Exhibit 26 is a true and correct copy of Appendix B to Keurig's Responses and Objections to TreeHouse's Third Set of Interrogatories, dated February 4, 2020.

28. Attached as Exhibit 27 is a chart of extracted text and selected information from Keurig's agreements which, on information and belief based on Keurig's Response to TreeHouse's Interrogatory No. 17 and the production of documents from Keurig's files, were entered into by Keurig on the dates the agreement bears with the parties indicated.

29. Attached as Exhibit 28 is a compilation of agreements which, on information and belief based on Keurig's Response to TreeHouse's Interrogatory No. 17 and the production of documents from Keurig's files, reflect agreements that were entered into by Keurig on the dates the agreement bears with the parties indicated.

30. Attached as Exhibit 29 is a true and correct copy of Appendix B to the Expert Report of David S. Sibley, Ph.D., dated August 28, 2020.

31. Attached as Exhibit 30 is a true and correct copy of Keurig's Supplemental Responses and Objections to TreeHouse's Interrogatories Nos. 11-14 and 24, dated July 10, 2020.

32. Attached as Exhibit 31 is a true and correct copy of an agreement entered into between Keurig and Starbucks Corporation, dated March 5, 2014, bearing Bates number KGM03139726.

33. Attached as Exhibit 32 is a true and correct copy of an agreement entered into between Keurig and Dunkin' Donuts, LLC, dated February 21, 2011, bearing Bates number KGM03111762, which was marked as Plaintiffs' Exhibit 2340.

34. Attached as Exhibit 33 is a true and correct copy of an agreement entered into between Keurig and International Coffee & Tea, LLC d/b/a The Coffee Bean & Tea Leaf, dated May 13, 2013, bearing Bates number KGM03119434.

35. Attached as Exhibit 34 is a true and correct copy of an agreement entered into between Keurig and Joffrey's Coffee and Tea Co., dated June 15, 2016, bearing Bates number KGM03120214.

36. Attached as Exhibit 35 is a true and correct copy of ECF No. 86-3, an agreement entered into between Keurig and Caribou Coffee Company, Inc., dated December 20, 2011.

37. Attached as Exhibit 36 is a true and correct copy of an agreement entered into between Keurig and Starbucks Corporation, dated March 18, 2016, bearing Bates number KGM03139648.

38. Attached as Exhibit 37 is a true and correct copy of an agreement entered into between Keurig and Starbucks Corporation, dated March 6, 2013, bearing Bates number KGM03139801.

39. Attached as Exhibit 38 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Michelle Stacy, dated March 11, 2020.

40. Attached as Exhibit 39 is a true and correct copy of an agreement entered into between Keurig and Smucker Sales and Distribution Company, dated September 1, 2017, bearing Bates number KGM03138186.

41. Attached as Exhibit 40 is a true and correct copy of an email between Mr. Brian Kelley and Mr. Howard Schultz, dated December 12-13, 2013, bearing Bates number KGM00394605, which was marked as Plaintiffs' Exhibit 2047.

42. Attached as Exhibit 41 is a true and correct copy of an email between Mr. Vivienne Long and Mr. Bruce Katsman, dated September 23-24, 2013, bearing Bates number SBUX0199885.

43. Attached as Exhibit 42 is a true and correct copy of an agreement entered into between Keurig and Kraft Foods Group, Inc., Kraft Foods Group Brands LLC, and Kraft Canada Inc., dated August 21, 2014, bearing Bates number KGM10249407.

44. Attached as Exhibit 43 is a true and correct copy of an email between Mr. Mark Wood, Mr. Adam Chojnacki, and Mr. Ron DiFabio, dated December 5, 2011, bearing Bates number KGM00135183, which was marked as Plaintiffs' Exhibit 225.

45. Attached as Exhibit 44 is a true and correct copy of an email between Mr. Brian Kelley and members of Keurig's Board of Directors, dated August 21-25, 2015, bearing Bates number KGM03549906, which was marked as Plaintiffs' Exhibit 3092.

46. Attached as Exhibit 45 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated September 11, 2009, bearing Bates number KGM03857390, which was marked as Plaintiffs' Exhibit 2348.

47. Attached as Exhibit 46 is a true and correct copy of an email between Mr. Dave Burwick and Mr. John Coletta, dated March 17, 2015, bearing Bates number PT-00023640, which was marked as Plaintiffs' Exhibit 2330.

48. Attached as Exhibit 47 is a true and correct copy of a PowerPoint presentation prepared by Keurig, bearing Bates number KGM02288881, which was marked as Plaintiffs' Exhibit 3156.

49. Attached as Exhibit 48 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Mark Wood, dated October 17, 2019.

50. Attached as Exhibit 49 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mr. Mark Wood, dated February 14, 2020, which was marked as Plaintiffs' Exhibit 3151.

51. Attached as Exhibit 50 is a true and correct copy of a letter by Mr. Mark Wood, dated August 15, 2003, bearing Bates number KVR0035401, which was marked as Plaintiffs' Exhibit 973.

52. Attached as Exhibit 51 is a true and correct copy of an email between Mr. Dan Cignarella, Mr. John Whoriskey, Mr. Mark Wood, and others, dated January 6-19, 2014, bearing Bates number KGM00391163, which was marked as Plaintiffs' Exhibit 1175.

53. Attached as Exhibit 52 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Benjamin Yoder, dated September 30, 2019.

54. Attached as Exhibit 53 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Dan Cignarella, dated December 13, 2019.

55. Attached as Exhibit 54 is a true and correct copy of a declaration by Ms. Rossana Klawon, bearing Bates number KROG_SSCOFFEE_0000218, which was marked as Plaintiffs' Exhibit 2667.

56. Attached as Exhibit 55 is a true and correct copy of an email between Mr. Bill McNichols, Mr. Brian Kelley, Mr. Mark Wood, Mr. Mike Degnan, and Mr. Sean Murphy, dated January 29, 2014, bearing Bates number SBUX0126320, which was marked as Plaintiffs' Exhibit 2675.

57. Attached as Exhibit 56 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Starbucks by Ms. Lisa Ederly, dated June 24, 2020.

58. Attached as Exhibit 57 is a true and correct copy of a PowerPoint presentation prepared by Peet's, dated October 2012, bearing Bates number PT-00000007, which was marked as Peet's Defendant's Exhibit 1.

59. Attached as Exhibit 58 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of R.C. Bigelow, Inc. by Mr. John McCraw, dated June 25, 2019.

60. Attached as Exhibit 59 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated December 1, 2000, bearing Bates number KEURIG00475218, which was marked as Plaintiffs' Exhibit 971.

61. Attached as Exhibit 60 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated March 2012, bearing Bates number KGM08225801.

62. Attached as Exhibit 61 is a true and correct copy of an agreement entered into between Keurig and DB Master Finance, LLC, dated February 23, 2015, bearing Bates number KGM03110341.

63. Attached as Exhibit 62 is a true and correct copy of an agreement entered into between Keurig and Kraft Heinz Foods Company, dated April 26, 2016, bearing Bates number KGM03121980.

64. Attached as Exhibit 63 is a true and correct copy of an agreement entered into between Keurig and Eight O'Clock Coffee Company, Tata Global Beverages Canada Inc., and Tetley USA Inc., dated November 9, 2017, bearing Bates number KGM03112115.

65. Attached as Exhibit 64 is a true and correct copy of an agreement entered into between Keurig and Peet's Coffee and Tea, Inc., dated November 24, 2014, bearing Bates number KGM03130683.

66. Attached as Exhibit 65 is a true and correct copy of an email by Mr. John Fassak, dated January 4, 2017, bearing Bates number DBI0039206, which was marked as Plaintiffs' Exhibit 2490.

67. Attached as Exhibit 66 is a true and correct copy of an email between Ms. Catherine James and Mr. Bruce Godfrey, dated November 13, 2015, bearing Bates number KGM02337777, which was marked as Plaintiffs' Exhibit 123.

68. Attached as Exhibit 67 is a true and correct copy of excerpts from the Expert Report of Kevin M. Murphy, dated December 7, 2020, which was marked as Plaintiffs' Exhibit 3137.

69. Attached as Exhibit 68 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Jon Wettstein, dated August 14, 2019.

70. Attached as Exhibit 69 is a true and correct copy of Appendix D to the Expert Report of Kevin M. Murphy, dated December 7, 2020.

71. Attached as Exhibit 70 is a true and correct copy of an email between Mr. Thomas Riggins and Mr. Federico Testarella, dated December 7, 2012, bearing Bates number RAJ-00156465-66.

72. Attached as Exhibit 71 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of R.A. Jones by Mr. Thomas Riggins, dated October 3, 2019.

73. Attached as Exhibit 72 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Joseph Eastburn, dated October 4, 2019.

74. Attached as Exhibit 73 is a true and correct copy of an agreement entered into between Keurig and Packaging Technologies, dated December 2009, bearing Bates numbers KGM00831147-62.

75. Attached as Exhibit 74 is a true and correct copy of an agreement entered into between Keurig and Packaging Technologies, dated March 29, 2011, bearing Bates numbers KGM10011439-51.

76. Attached as Exhibit 75 is a true and correct copy of an agreement entered into between Keurig and R.A. Jones & Co., dated May 13, 2013, bearing Bates numbers KGM03133228-42, which was marked as Plaintiffs' Exhibit 1239.

77. Attached as Exhibit 76 is a true and correct copy of an agreement entered into between Keurig and R.A. Jones & Co., dated July 26, 2013, bearing Bates numbers KGM03133243-50, which was marked as Plaintiffs' Exhibit 1242.

78. Attached as Exhibit 77 is a true and correct copy of an agreement entered into between Keurig and Coesia S.p.A., dated February 13, 2015, bearing Bates numbers KGM03106168-80, which was marked as Plaintiffs' Exhibit 1243.

79. Attached as Exhibit 78 is a true and correct copy of an agreement entered into between Keurig and Coesia S.p.A., dated February 6, 2017, bearing Bates numbers KGM03106162-66, which was marked as Plaintiffs' Exhibit 1245.

80. Attached as Exhibit 79 is a true and correct copy of an agreement entered into between Keurig and Opem S.r.l., dated March 14, 2006, bearing Bates numbers KGM03129396-449.

81. Attached as Exhibit 80 is a true and correct copy of an agreement entered into between Keurig and Opem S.p.A., dated April 19, 2008, bearing Bates numbers KGM03129376-95.

82. Attached as Exhibit 81 is a true and correct copy of an agreement entered into between Keurig and Opem S.p.A., dated November 2009, bearing Bates numbers KGM03129363-75.

83. Attached as Exhibit 82 is a true and correct copy of an agreement entered into between Keurig and Opem, dated July 1, 2011, bearing Bates numbers KGM03129517-32.

84. Attached as Exhibit 83 is a true and correct copy of an agreement entered into between Keurig and Optima Filling and Packaging Machinery GmbH, dated May 31, 2010, bearing Bates numbers KGM03129632-46.

85. Attached as Exhibit 84 is a true and correct copy of an agreement entered into between Keurig and Optima Consumer GmbH, dated May 21, 2015, bearing Bates numbers KGM03129605-16.

86. Attached as Exhibit 85 is a true and correct copy of an agreement entered into between Keurig and Optima Consumer GmbH, dated October 16, 2017, bearing Bates numbers OPTIMA_000040-43.

87. Attached as Exhibit 86 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mr. Jim Martin, dated February 21, 2020, which was marked as Plaintiffs' Exhibit 3098.

88. Attached as Exhibit 87 is a true and correct copy of an agreement entered into between Keurig and Phoenix Packaging LLC, dated October 1, 2009, bearing Bates numbers KGM03131274-92.

89. Attached as Exhibit 88 is a true and correct copy of an agreement entered into between Keurig and Phoenix Packaging Operations, LLC, dated January 18, 2018, bearing Bates numbers KGM03131244-68.

90. Attached as Exhibit 89 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Bemis Company, Inc. by Mr. Brian Sturgill, dated March 21, 2019.

91. Attached as Exhibit 90 is a true and correct copy of an agreement entered into between Keurig and Curwood, Inc., dated August 1, 2011, bearing Bates numbers KGM03109779-815.

92. Attached as Exhibit 91 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Winpak Portion Packaging, Inc. by Mr. David J. Stacey, dated June 17, 2020.

93. Attached as Exhibit 92 is a true and correct copy of an agreement entered into between Keurig and Winpak Portion Packaging, Inc., dated August 19, 2011, bearing Bates numbers KGM03146919-36, which was marked as Plaintiffs' Exhibit 2073.

94. Attached as Exhibit 93 is a true and correct copy of an agreement entered into between Keurig and Winpak Portion Packaging, Inc., dated July 9, 2017, bearing Bates numbers KGM03146901-18, which was marked as Plaintiffs' Exhibit 2831.

95. Attached as Exhibit 94 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Winpak Heat Seal Packaging, Inc. by Mr. Timothy Lee Johnson, dated June 17, 2020.

96. Attached as Exhibit 95 is a true and correct copy of an agreement entered into between Keurig and Winpak Heat Seal Packaging, Inc., dated January 6, 2012, bearing Bates numbers KGM03146864-79, which was marked as Plaintiffs' Exhibit 2074.

97. Attached as Exhibit 96 is a true and correct copy of an agreement entered into between Keurig and H.S. Crocker Company, Inc., dated November 16, 2013, bearing Bates numbers KGM10012288-303.

98. Attached as Exhibit 97 is a true and correct copy of an agreement entered into between Keurig and Phoenix Packaging Operations LLC, dated October 30, 2014, bearing Bates numbers KGM03131200-25.

99. Attached as Exhibit 98 is a true and correct copy of an agreement entered into between Keurig and Sun Chemical Corporation, dated August 2, 2013, bearing Bates numbers KGM03140505-62, which was marked as Plaintiffs' Exhibit 2078.

100. Attached as Exhibit 99 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Sun Chemical Corporation by Mr. Mohammad Farahat, dated December 18, 2019.

101. Attached as Exhibit 100 is a true and correct copy of an email between Mr. Jimmy Huang and Mr. Jon Hull and others, dated April 4, 2016, bearing Bates numbers KGM06891719-21, which was marked as Plaintiffs' Exhibit 2079.

102. Attached as Exhibit 101 is a true and correct copy of an agreement entered into between Keurig and Flint Group North America Corporation, dated September 27, 2017, bearing Bates numbers KGM03114223-56.

103. Attached as Exhibit 102 is a true and correct copy of a newspaper article published on August 7, 2011, bearing Bates numbers KGM00101753-59.

104. Attached as Exhibit 103 is a true and correct copy of a newspaper article published on August 7, 2011, bearing Bates numbers TOUCH000017816-22, which was marked as Plaintiffs' Exhibit 985.

105. Attached as Exhibit 104 is a true and correct copy of meeting minutes dated December 11, 2008, bearing Bates numbers KGM03626115-21, which was marked as Plaintiffs' Exhibit 643.

106. Attached as Exhibit 105 is a true and correct copy of a meeting recap dated February 24, 2010, bearing Bates numbers KGM00014068-71.

107. Attached as Exhibit 106 is a true and correct copy of an email between Mr. Wade Hodge and Mr. Tom Riggins, dated April 17, 2011, bearing Bates numbers RAJ-00160300-02.

108. Attached as Exhibit 107 is a true and correct copy of an email between Mr. Kevin Sullivan and Mr. Tom Riggins, dated October 31, 2013, bearing Bates numbers RAJ-00183032, which was marked as Plaintiffs' Exhibit 1248.

109. Attached as Exhibit 108 is a true and correct copy of an email from Ms. Ombretta Sarassi to Mr. Michael Degnan, attaching a letter from Mr. Fabio Binacchi to Mr. Michael Degnan, dated October 16, 2013, bearing Bates numbers OPE_00000261-62.

110. Attached as Exhibit 109 is a true and correct copy of a letter from Mr. Rainer Feuchter to Mr. Sean Murphy, dated July 31, 2015, bearing Bates numbers OPTIMA_005582-83.

111. Attached as Exhibit 110 is a true and correct copy of an email from Ms. Adrienne Cornejo to Mr. William Karim, dated November 22, 2013, bearing Bates numbers GPCS-011056-58, which was marked as Plaintiffs' Exhibit 1403.

112. Attached as Exhibit 111 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of TreeHouse by Mr. Martin Reynolds, dated May 13, 2020.

113. Attached as Exhibit 112 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Adam Spratlin, dated February 26, 2020.

114. Attached as Exhibit 113 is a true and correct copy of an email from Mr. Joe Eastburn to Mr. Adam Spratlin and others, dated December 19-26, 2013, bearing Bates numbers RAJ-00139792-93, which was marked as Plaintiffs' Exhibit 1258.

115. Attached as Exhibit 114 is a true and correct copy of an email from Mr. Rick Graff to Mr. Todd Welker and Mr. Tom Riggins, dated December 4-11, 2012, bearing Bates numbers RAJ-00286413-14.

116. Attached as Exhibit 115 is a true and correct copy of a letter from Mr. Fabio Binacchi to Ms. Ellen Grossman and Mr. Michael Degnan, dated September 4, 2014, bearing Bates numbers OPE_00000269.

117. Attached as Exhibit 116 is a true and correct copy of an email from Mr. Bob McCall to Mr. Chris Haraldsen and Mr. John Panteleos, dated November 12-17, 2014, bearing Bates numbers KGM06240977-80.

118. Attached as Exhibit 117 is a true and correct copy of an email from Mr. Cody Uhrhammer to Mr. Dennis Paynter, dated December 22-23, 2010, bearing Bates numbers OPTIMA_007988-93.

119. Attached as Exhibit 118 is a true and correct copy of a letter from Mr. Michael Degnan to Mr. Hans Buehler, dated October 1, 2013, bearing Bates number OPTIMA_001869.

120. Attached as Exhibit 119 is a true and correct copy of an email from Mr. Michael Degnan to Mr. Hans Bühler, dated October 21, 2013, bearing Bates numbers KGM03161092-93.

121. Attached as Exhibit 120 is a true and correct copy of an agreement entered into between Keurig and Kraft Foods Group, Inc., Kraft Foods Group Brands LLC, and Kraft Canada Inc., dated August 21, 2014, bearing Bates numbers KGM03121898.

122. Attached as Exhibit 121 is a true and correct copy of an email between Mr. Bob McCall and Mr. Mark Choe, Mr. Tom Novak, and Mr. Paul Iaderosa, dated July 7, 2015, bearing Bates numbers KGM07552353-54.

123. Attached as Exhibit 122 is a true and correct copy of an email between Mr. Peter Delain and Mr. Sean Murphy, dated July 10, 2015, bearing Bates numbers OPTIMA_008198-99.

124. Attached as Exhibit 123 is a true and correct copy of an email between Mr. Liberatore Trombetta and Mr. Gavin Wells, dated July 1, 2013, bearing Bates number MP0100655.

125. Attached as Exhibit 124 is a true and correct copy of an email between Mr. RC Giordano and Mr. Gus DiPerna, dated June 14, 2013-July 2, 2013, bearing Bates numbers MP0100744-50.

126. Attached as Exhibit 125 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Flint Group by Mr. Ronald Reagan, dated February 21, 2020.

127. Attached as Exhibit 126 is a true and correct copy of an invoice issued by Packaging Technologies to Keurig, dated October 14, 2010, bearing Bates numbers RAJ-00001673-77.

128. Attached as Exhibit 127 is a true and correct copy of an invoice issued by Packaging Technologies to Keurig, dated June 9, 2011, bearing Bates number RAJ-00008079.

129. Attached as Exhibit 128 is a true and correct copy of an Excel Spreadsheet prepared by TreeHouse in the ordinary course of business, dated January 5, 2012, bearing Bates number THS-004178927.

130. Attached as Exhibit 129 is a true and correct copy of an agreement entered into between TreeHouse and Spartech Polycom, Inc., dba Spartech Packaging Technologies, dated February 8, 2012, bearing Bates numbers THS-004174776-87.

131. Attached as Exhibit 130 is a true and correct copy of an invoice issued by Spiralkote to Keurig, dated April 25, 2011, bearing Bates number THS-002432232.

132. Attached as Exhibit 131 is a true and correct copy of a catalog by R.A. Jones, bearing Bates numbers THS-004060971-76, which was marked as Plaintiffs' Exhibit 288.

133. Attached as Exhibit 132 is a true and correct copy of an email between Mr. Don Holly and Mr. Dave Legieski, Ms. Sarah Averkamp, and others, dated December 22, 2010-January 18, 2011, bearing Bates numbers KGM11697717-9.

134. Attached as Exhibit 133 is a true and correct copy of an agreement entered into between Keurig and Winpak Portion Packaging, dated October 1, 2008, bearing Bates numbers WINPAK_000000005-33.

135. Attached as Exhibit 134 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Donald M. Holly, dated May 8, 2020.

136. Attached as Exhibit 135 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Bemis Company, Inc. by Mr. Sam Wuest, dated March 21, 2019.

137. Attached as Exhibit 136 is a true and correct copy of Exhibit 2 to the Expert Opening Report of Lauren J. Stiroh, dated August 28, 2020.

138. Attached as Exhibit 137 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Ms. Larissa Quinn, dated February 20, 2020.

139. Attached as Exhibit 138 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated February 6, 2013, bearing Bates number KGM03544615.

140. Attached as Exhibit 139 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated August 29, 2016, bearing Bates number KGM02483733.

141. Attached as Exhibit 140 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Chris Howe, dated April 30, 2019.

142. Attached as Exhibit 141 is a true and correct copy of the Declaration of AVB Sales & Marketing, LLC by Ken Cain, dated June 16, 2020, bearing Bates numbers AVB0002566-2575.

143. Attached as Exhibit 142 is a true and correct copy of the Declaration of Atnip Co., Inc. by Larry Atnip, dated June 15, 2020, bearing Bates numbers ATNIP0001366-1372.

144. Attached as Exhibit 143 is a true and correct copy of excerpts from the Deposition of Nick Lazaris, dated August 6, 2019.

145. Attached as Exhibit 144 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Canteen by Ali Yousefpour, dated June 16, 2020.

146. Attached as Exhibit 145 is a true and correct copy of the Declaration of Timothy Canale (AVA Coffee & Distribution, LLC), dated June 5, 2020, bearing Bates numbers AVTC0000001-010.

147. Attached as Exhibit 146 is a true and correct copy of the Declaration of B.C. Coffee & Supplies, Inc. by Mark Nichols, dated June 20, 2020, bearing Bates numbers BCCOFFEE0000022-79.

148. Attached as Exhibit 147 is a true and correct copy of an email from Mr. Mike Burkett to Mr. Michael DeMitri, dated August 9, 2016, bearing the Bates numbers DCS0005082-83.

149. Attached as Exhibit 148 is a true and correct copy of a document prepared by Keurig in the ordinary course of business, dated March 2, 2008, bearing Bates numbers KVR0018183-85.

150. Attached as Exhibit 149 is a true and correct copy of Green Mountain Coffee Roasters, Inc. Form 10-Q submitted to the Securities and Exchanges Commission, dated May 3, 2011.

151. Attached as Exhibit 150 is a true and correct copy of excerpts from the Deposition Transcript of Dr. Kevin Murphy, dated March 23, 2021.

152. Attached as Exhibit 151 is a true and correct copy of a PowerPoint presentation prepared by TreeHouse in the ordinary course of business, dated June 8, 2016, bearing Bates number THS-000751654.

153. Attached as Exhibit 152 is a true and correct copy of TreeHouse Foods, Inc. Form 10-K submitted to the Securities and Exchanges Commission, for the Fiscal Year ended December 31, 2019.

154. Attached as Exhibit 153 is a true and correct copy of an email sent by Mr. Dan Cignarella, dated April 4, 2013, bearing Bates numbers KGM01517631-35.

155. Attached as Exhibit 154 is a true and correct copy of a PowerPoint presentation prepared by Keurig in the ordinary course of business, dated May 11, 2017, bearing Bates number KGM08479885.

156. Attached as Exhibit 155 is a true and correct copy of a draft 2013 KAD Agreement maintained by Keurig in the ordinary course of business, bearing Bates numbers KGM10107373-97.

157. Attached as Exhibit 156 is a true and correct copy of an agreement entered into between Keurig and McLiff Partners Ltd., dated June 27, 2018, bearing Bates numbers KGM03125227-33.

158. Attached as Exhibit 157 is a true and correct copy of an email from Mr. Anthony Sarno to Mr. Dan Cignarella, dated August 6, 2013, bearing Bates numbers KGM08431938-41.

159. Attached as Exhibit 158 is a true and correct copy of a spreadsheet prepared by TreeHouse in the ordinary course of business, dated September 3, 2019, bearing Bates number THS-004300869, which was marked as Plaintiffs' Exhibit 2714.

160. Attached as Exhibit 159 is a true and correct copy of an email from Mr. Christopher Hirvela to Mr. Gary Schachter, dated December 10, 2011, bearing Bates numbers THS-003374647-49, which was marked as Plaintiffs' Exhibit 2803.

161. Attached as Exhibit 160 is a true and correct copy of an email from Ms. Lori Olsen, dated April 7, 2017, bearing Bates numbers CANTEEN-0000823-25, which was marked as Plaintiffs' Exhibit 2789.

162. Attached as Exhibit 161 is a true and correct copy of a draft agreement with Canteen maintained by Keurig in the ordinary course of business dated August 26, 2010, bearing Bates numbers KEURIG05521584-602, which was marked as Plaintiffs' Exhibit 180.

163. Attached as Exhibit 162 is a true and correct copy of an email from Mr. Dan Cignarella to Mr. Chris McMahon, dated August 20, 2013, bearing Bates numbers KGM10414278-81, which was marked as Plaintiffs' Exhibit 1456.

164. Attached as Exhibit 163 is a true and correct copy of an email from Mr. Dan Cignarella to several Keurig executives, dated February 26, 2013, as part of an email exchange beginning February 21, 2013, bearing Bates numbers KGM08431246-52, which was marked as Plaintiffs' Exhibit 1488.

165. Attached as Exhibit 164 is a true and correct copy of an email from Mr. Dan Cignarella to various Keurig employees, dated November 10, 2013, bearing Bates numbers KGM01684165-67, which was marked as Plaintiffs' Exhibit 1586.

166. Attached as Exhibit 165 is a true and correct copy of an email from Mr. Dan Cignarella to several Keurig executives, dated July 26, 2013, bearing Bates numbers KGM01563924-29, which was marked as Plaintiffs' Exhibit 1588.

167. Attached as Exhibit 166 is a true and correct copy of an email from Mr. Stephen Murphy, dated September 19, 2014, bearing Bates numbers KGM10819843-45, which was marked as Plaintiffs' Exhibit 1690.

168. Attached as Exhibit 167 is a true and correct copy of a PowerPoint presentation prepared by Essendant, Inc. in the ordinary course of business, dated November 2013, bearing Bates numbers ESND0000972-82, which was marked as Plaintiffs' Exhibit 1720.

169. Attached as Exhibit 168 is a true and correct copy of an email from Ms. Tina Lathrope to various Keurig executives, dated November 22, 2013, bearing Bates numbers KGM01698478-80, which was marked as Plaintiffs' Exhibit 1833.

170. Attached as Exhibit 169 is a true and correct copy of an email and attachment from Mr. Mike Lauria to Mr. Tom Ferguson, dated January 24, 2014, bearing Bates numbers KGM01770302-04, which was marked as Plaintiffs' Exhibit 1946.

171. Attached as Exhibit 170 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated September 29, 2015 and titled Away From Home Business Overview for KO Mexico, attached to an email from Mr. Peter Woodson to Ms. Jackie Rios-Torchia, dated October 16, 2015, which itself was attached to an email from Mr. Peter Woodson to Mr. John Whoriskey, dated October 19, 2015, bearing Bates numbers KGM08389271-9312, which was marked as Plaintiffs' Exhibit 2066.

172. Attached as Exhibit 171 is a true and correct copy of an email thread amongst executives of JAB Holding Company and investment bankers from Morgan Stanley, dated March 9, 2015, attaching a PowerPoint presentation, bearing Bates numbers JAB-KGM-MDL-00041706-51, which was marked as Plaintiffs' Exhibit 2203.

173. Attached as Exhibit 172 is a true and correct copy of an email from Mr. Nick Lazaris to several Keurig executives, dated November 9, 2015, bearing Bates numbers KGM03506538-39, which was marked as Plaintiffs' Exhibit 2175.

174. Attached as Exhibit 173 is a true and correct copy of an email from Mr. Eric Lauterbach to several Peet's executives, dated February 27, 2015, bearing Bates numbers PT-00014050-53, which was marked as Plaintiffs' Exhibit 2326.

175. Attached as Exhibit 174 is a true and correct copy of an email from Ms. Melissa Schwartz to Mr. Jim Frost, dated February 17, 2017, bearing Bates number ARA0006851, which was marked as Plaintiffs' Exhibit 2546.

176. Attached as Exhibit 175 is a true and correct copy of an email from Mr. Dan Cignarella to Brian Magner, dated June 9, 2011, bearing Bates numbers KGM07273236-38, which was marked as Plaintiffs' Exhibit 2574.

177. Attached as Exhibit 176 is a true and correct copy of an email from Mr. Stephen Murphy to Mr. Dan Cignarella, dated June 10, 2011, bearing Bates numbers KGM04339549-50, which was marked as Plaintiffs' Exhibit 2575.

178. Attached as Exhibit 177 is a true and correct copy of a PowerPoint presentation prepared by Sysco, dated January 25, 2017, natively produced and bearing Bates number SYSCO Doc ID: 20180619_009-000000069, which was marked as Plaintiffs' Exhibit 2705.

179. Attached as Exhibit 178 is a true and correct copy of an email from Mr. Jim Flanagan, to several Keurig and Canteen executives, dated July 7, 2015, bearing Bates number CANTEEN-0000559, which was marked as Plaintiffs' Exhibit 2790.

180. Attached as Exhibit 179 is a true and correct copy of an agreement between Keurig and Compass Group USA, Inc., dated October 1, 2010, bearing Bates numbers KGM08469583-9607, which was marked as Plaintiffs' Exhibit 2795.

181. Attached as Exhibit 180 is a true and correct copy of an agreement between Keurig and Compass Group USA, Inc., dated October 7, 2014, bearing Bates numbers CANTEEN-0001840-1886, which was marked as Plaintiffs' Exhibit 2816.

182. Attached as Exhibit 181 is a true and correct copy of an agreement between Keurig and Performance Food Group, Inc. dba Vistar, dated October 1, 2010, bearing Bates numbers PFGKCUP0000114-35, which was marked as Plaintiffs' Exhibit 3001.

183. Attached as Exhibit 182 is a true and correct copy of an agreement between Keurig and Performance Food Group, Inc dba Vistar, dated April 2, 2014, bearing Bates numbers PFGKCUP0000155-85, which was marked as Plaintiffs' Exhibit 3002.

184. Attached as Exhibit 183 is a true and correct copy of a PowerPoint presentation prepared by Keurig, attached to an email from Ms. Diane Isaacson to Mr. Tom Tate, dated March 28, 2014, bearing Bates numbers KGM08675849-50.

185. Attached as Exhibit 184 is a true and correct copy of an agreement between Keurig and Accent Vending, Inc., dated November 16, 2013, bearing Bates numbers KGM03096281-481.

186. Attached as Exhibit 185 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated September 16, 2004, bearing Bates numbers KEURIG06836414-39, which was marked as Plaintiffs' Exhibit 977.

187. Attached as Exhibit 186 is a true and correct copy of an email from Mr. David Burwick, dated October 28, 2013, bearing Bates numbers JAB-KGM-MDL-00122521-22, which was marked as Plaintiffs' Exhibit 2193.

188. Attached as Exhibit 187 is a true and correct copy of a PowerPoint presentation prepared by Mr. John Fassak of Dunkin' Brands, Inc. in the ordinary course of business, dated December 13, 2010, bearing Bates number DBI0000140, which was marked as Plaintiffs' Exhibit 2480.

189. Attached as Exhibit 188 is a true and correct copy of an email from Ms. Missy Hackett to several Bigelow executives, dated September 15, 2009, bearing Bates numbers BIGELOW-00032921-25, which was marked as Plaintiffs' Exhibit 842.

190. Attached as Exhibit 189 is a true and correct copy of a document prepared by Unilever in the ordinary course of business, bearing Bates numbers UNILEVER025205-20, which was marked as Plaintiffs' Exhibit 2765.

191. Attached as Exhibit 190 is a true and correct copy of excerpts from the Deposition of Dr. Keith Ugone, dated March 17, 2021.

192. Attached as Exhibit 191 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of JBR by Mr. Robert Giacomelli, dated April 28, 2020.

193. Attached as Exhibit 192 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Fox Vending by Ms. Jennifer Fox, dated October 12, 2018.

194. Attached as Exhibit 193 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Vistar by Mr. David Schans, dated June 17, 2020.

195. Attached as Exhibit 194 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Unilever by Mr. Theodore Narozny, dated June 11, 2020.

196. Attached as Exhibit 195 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of JAB Holdings by Mr. David Bell, dated March 10, 2020.

197. Attached as Exhibit 196 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Essendant by Mr. Jeffrey Bobroff, dated November 7, 2019.

198. Attached as Exhibit 197 is a true and correct copy of the Declaration of Master Wholesale by Andy Eyrise, dated June 9, 2020, bearing Bates numbers MWAE0000001-81.

199. Attached as Exhibit 198 is a true and correct copy of the Declaration of Alpine Valley Water Company by Charles T. Hall, dated June 26, 2020, bearing the Bates numbers AVW0000054-140.

200. Attached as Exhibit 199 is a true and correct copy of Keurig's Responses and Objections to JBR's Second Set of RFAs, dated September 11, 2020.

201. Attached as Exhibit 200 is a true and correct copy of Keurig's Amended Responses and Objections to TreeHouse's Second Set of RFAs, dated November 4, 2020.

202. Attached as Exhibit 201 is a true and correct copy of excerpts from the Amended Expert Reply Report of David S. Sibley, Ph.D., dated March 8, 2021.

203. Attached as Exhibit 202 is a true and correct copy of excerpts from the Opening Expert Report of Lauren J. Stiroh, Ph.D., dated August 28, 2020.

204. Attached as Exhibit 203 is a true and correct copy of excerpts from the Expert Report of Ms. Sarah Butler on Surveys, dated August 28, 2020.

205. Attached as Exhibit 204 is a true and correct copy of Green Mountain Coffee Roasters, Inc. Form 10-Q submitted to the Securities and Exchanges Commission, dated June 30, 2011.

206. Attached as Exhibit 205 is a true and correct copy of Green Mountain Coffee Roasters, Inc. Form 10-K submitted to the Securities and Exchanges Commission, dated September 25, 2010.

207. Attached as Exhibit 206 is a true and correct copy of Keurig Dr. Pepper, Inc. Form 10-K submitted to the Securities and Exchanges Commission, dated February 27, 2020.

208. Attached as Exhibit 207 is a compilation of agreements which, on information and belief based on Keurig's Supplemental Response to TreeHouse's Interrogatory No. 11 and the production of documents from Keurig's files, reflects final Non-Exclusive Distribution Agreements (KAD Agreements) and Non-Exclusive Re-Distribution Agreements (KARD

Agreements) entered into by Keurig on the dates each agreement bears and with the party indicated in each agreement.

209. Attached as Exhibit 208 is a Trilliant Food and Nutrition, LLC webpage titled "Our Products," last accessed August 20, 2021, and available at https://trilliantfood.com/our-products/.

210. Attached as Exhibit 209 is a webpage titled Lavazza Professional, "Recycle Your Freshpacks," last accessed August 25, 2021, and *available at* https://www.recycleyourfreshpacks.com/.

211. Attached as Exhibit 210 is a Dolce Gusto webpage titled "Patented Smart Capsule," last accessed August 20, 2021, and available at https://www.dolce-gusto.us/pages/about-nescafedolce-gusto/smart-capsules.

212. Attached as Exhibit 211 is a Tassimo webpage titled "What Is Tassimo," last accessed August 20, 2021, and available at https://www.tassimo.com/gb/what-is-tassimo.

213. Attached as Exhibit 212 is a true and correct copy of an email from Ms. Michelle Stacy to Mr. Steve Ferreira, dated March 6, 2009, attaching a PowerPoint presentation prepared by Keurig, dated November 24, 2008, bearing Bates numbers KGM02626691-92, which was marked as Plaintiffs' Exhibit 1544.

214. Attached as Exhibit 213 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Steve Ferreira, dated November 21, 2019.

215. Attached as Exhibit 214 is a true and correct copy of a document prepared by Keurig, bearing Bates number KGM00018248.

216. Attached as Exhibit 215 is a true and correct copy of ordinary course of business documents produced in this litigation by Microtrace, bearing Bates numbers MT-00001-62, which was marked as Plaintiffs' Exhibit 388.

217. Attached as Exhibit 216 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Microtrace by Mr. Brian Brogger, dated June 12, 2020.

218. Attached as Exhibit 217 is a true and correct copy of a report prepared by Sagentia, dated June 21, 2011, bearing Bates number SAG00002973, which was marked as Plaintiffs' Exhibit 946.

219. Attached as Exhibit 218 is a true and correct copy of an email thread between Mr. Alun James, Mr. Steve Dawson, and other Sagentia employees, dated April 17-20, 2012, bearing Bates numbers SAG00002041-42, which was marked as Plaintiffs' Exhibit 948.

220. Attached as Exhibit 219 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Sagentia by Mr. Dan Edwards, dated July 19, 2019.

221. Attached as Exhibit 220 is a true and correct copy of an email between Mr. Dan Edwards and Mr. Robert Beale, dated July 23, 2012, bearing Bates number SAG00001107, which was marked as Plaintiffs' Exhibit 960.

222. Attached as Exhibit 221 is a true and correct copy of an email between Mr. Dan Edwards and Mr. Robert Beale, dated July 23, 2012, bearing Bates number SAG00001103-04, which was marked as Plaintiffs' Exhibit 961.

223. Attached as Exhibit 222 is a true and correct copy of a report prepared by Sagentia, dated July 24, 2012, bearing Bates numbers KGM0457450-54, which was marked as Plaintiffs' Exhibit 962.

224. Attached as Exhibit 223 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Kevin Hartley, dated May 22, 2019.

225. Attached as Exhibit 224 is a true and correct copy of emails between Mr. Dan Cignarella and Mr. David Manly, dated September 14, 2012, bearing Bates numbers KGM01279441-43, which was marked as Plaintiffs' Exhibit 897.

226. Attached as Exhibit 225 is a true and correct copy of excerpts from the Deposition Transcript of Mr. David Manly, dated June 27, 2019.

227. Attached as Exhibit 226 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Ian Tinkler, dated September 27, 2019.

228. Attached as Exhibit 227 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Andrew Gross, dated February 25, 2020.

229. Attached as Exhibit 228 is a true and correct copy of a declaration by Mr. Andrew Gross, dated August 11, 2014, which was marked as Plaintiffs' Exhibit 1907.

230. Attached as Exhibit 229 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Thomas Fedorka, dated February 26, 2021.

231. Attached as Exhibit 230 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Jianming Huang, dated June 10, 2020.

232. Attached as Exhibit 231 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mr. Kevin Sullivan, dated August 22, 2014, which was marked as Plaintiffs' Exhibit 3103.

233. Attached as Exhibit 232 is a true and correct copy of the Opening Expert Report of Mr. Kenneth R. Castleman, Ph.D., dated August 27, 2020, which was marked as Plaintiffs' Exhibit 3105.

234. Attached as Exhibit 233 is a true and correct copy of an email between Mr. Kelvin Lee and Mr. Jianming Huang, dated February 11, 2014, bearing Bates numbers KGM05256471-85, which was marked as Plaintiffs' Exhibit 3104.

235. Attached as Exhibit 234 is a true and correct copy of an email between Ms. Diane Crane and Keurig's Consumer Care Management team, dated June 7, 2017, bearing Bates numbers KGM02564602-03.

236. Attached as Exhibit 235 is a true and correct copy of the Expert Reply Report of Mr. Kenneth R. Castleman, Ph.D., dated February 1, 2021, which was marked as Plaintiffs' Exhibit 3102.

237. Attached as Exhibit 236 is a true and correct copy of an email between Mr. Jason Riches, Mr. Thomas Piper, and Mr. Ian Tinkler, dated November 21, 2013, bearing Bates numbers KGM00358086-90, which was marked as Plaintiffs' Exhibit 3091.

238. Attached as Exhibit 237 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mr. Kevin Sullivan, dated August 7, 2014.

239. Attached as Exhibit 238 is a true and correct copy of an email between Mr. Scott Chaudoin, Ms. Kristin Cefalo, and Mr. Bruce Godfrey, dated March 21, 2013, bearing Bates Numbers KGM00265928-30, which was marked as Plaintiffs' Exhibit 150.

240. Attached as Exhibit 239 is a true and correct copy of the Expert Report of Mr. Thomas Fedorka, dated December 7, 2020, which was marked as Plaintiffs' Exhibit 3089.

241. Attached as Exhibit 240 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Craig Lemieux, dated May 8, 2019.

242. Attached as Exhibit 241 is a true and correct copy of an email between Mr. Trevor David, Mr. Devin Rainer, and Mr. Bob Baker, dated February 7, 2014, bearing Bates number THS-004191313, which was marked as Plaintiffs' Exhibit 2858.

243. Attached as Exhibit 242 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Bob Baker, dated March 21, 2019.

244. Attached as Exhibit 243 is a true and correct copy of the complaint from *Keurig v. Sun Chemical Corp.*, No. 17-2858 in the Superior Court of Massachusetts, dated September 29, 2017.

245. Attached as Exhibit 244 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Suzanne DuLong, dated June 19, 2019.

246. Attached as Exhibit 245 is a true and correct copy of talking points prepared by Keurig, dated June 24, 2014, bearing Bates numbers KGM00000268-88, which was marked as Plaintiffs' Exhibit 914.

247. Attached as Exhibit 246 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated November 6, 2013, bearing Bates number KGM00006052, which was marked as Plaintiffs' Exhibit 2417.

248. Attached as Exhibit 247 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Brian Kelley, dated April 8, 2020.

249. Attached as Exhibit 248 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated November 7, 2013, bearing Bates number KGM00006053, which was marked as Plaintiffs' Exhibit 2418.

250. Attached as Exhibit 249 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated November 14, 2013, bearing Bates number KGM00006222.

251. Attached as Exhibit 250 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated November 19, 2013, bearing Bates number KGM00006056, which was marked as Plaintiffs' Exhibit 310.

252. Attached as Exhibit 251 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Chad Collett, dated January 30, 2019.

253. Attached as Exhibit 252 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated November 22, 2013, bearing Bates number KGM00006048, which was marked as Plaintiffs' Exhibit 2421.

254. Attached as Exhibit 253 is a true and correct copy of a PowerPoint presentation prepared by Costco, dated December 12, 2013, bearing Bates number KGM00006050, which was marked as Plaintiffs' Exhibit 2415.

255. Attached as Exhibit 254 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Shannon Axthelm.

256. Attached as Exhibit 255 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated December 13, 2013, bearing Bates number KGM00006049, which was marked as Plaintiffs' Exhibit 2422.

257. Attached as Exhibit 256 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated February 11, 2014, which was marked as Plaintiffs' Exhibit 1223.

258. Attached as Exhibit 257 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Tom Ferguson, dated January 17, 2020.

259. Attached as Exhibit 258 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated April 7 & 8, 2014, bearing Bates number KGM00006054, which was marked as Plaintiffs' Exhibit 2424.

260. Attached as Exhibit 259 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Stater Brothers by Mr. Steve Coffman, dated July 14, 2020.

261. Attached as Exhibit 260 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Walmart by Mr. Daniel Chinchay, dated June 30, 2020.

262. Attached as Exhibit 261 is a true and correct copy of the declaration of Mr. Thomas Tomaselli, bearing Bates numbers PC0000135-58.

263. Attached as Exhibit 262 is a true and correct copy of the declaration of Mr. Paul Naylor, dated June 12, 2020, bearing Bates number KPN000001-09.

264. Attached as Exhibit 263 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Brian Kelley, dated April 7, 2020.

265. Attached as Exhibit 264 is a true and correct copy of excerpts of a Hearing Transcript in the instant matter (ECF No. 143), dated September 16, 2014.

266. Attached as Exhibit 265 is a true and correct copy of an email between Mr. Ben Yoder and Ms. Lori Marcus, dated May 1, 2014, bearing Bates number KGM01884848, which was marked as Plaintiffs' Exhibit 705.

267. Attached as Exhibit 266 is a true and correct copy of excerpts from the Deposition Transcript of Mr. David Manly, dated June 26, 2019.

268. Attached as Exhibit 267 is a true and correct copy of an email between Mr. Will Billings, Mr. Mark Wood, and Mr. Tom Ferguson, dated June 4, 2013, bearing Bates number KGM00290744, which was marked as Plaintiffs' Exhibit 1755.

269. Attached as Exhibit 268 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Kevin M. Murphy, dated March 24, 2021.

270. Attached as Exhibit 269 is a true and correct copy of an email between Ms. Suzanne DuLong and Ms. Annie Oh, dated June 18, 2013, bearing Bates number KGM10297507, which was marked as Plaintiffs' Exhibit 508.

271. Attached as Exhibit 270 is a true and correct copy of an email between Mr. David Manly and Mr. Jim Shepherd, dated October 18, 2013, bearing Bates number KGM05352483.

272. Attached as Exhibit 271 is a true and correct copy of an email between Mr. David Manly and Ms. Karen Gallagher, dated October 17, 2013, bearing Bates numbers KGM02918306-09, which was marked as Plaintiffs' Exhibit 902.

273. Attached as Exhibit 272 is a true and correct copy of a report prepared by Keurig, dated September 4, 2014, bearing Bates numbers KGM11019329-48.

274. Attached as Exhibit 273 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Ben Yoder, dated October 8, 2019, which was marked as Plaintiffs' Exhibit 3096.

275. Attached as Exhibit 274 is a true and correct copy of an email between Ms. Jessica Lidell and Ms. Suzanne DuLong, bearing Bates numbers KGM0971027-30, which was marked as Plaintiffs' Exhibit 820.

276. Attached as Exhibit 275 is a true and correct copy of emails between Ms. Jessica Lidell and Ms. Suzanne DuLong, dated March 10, 2014, bearing Bates numbers KGM09719684-85, which was marked as Plaintiffs' Exhibit 806.

277. Attached as Exhibit 276 is a true and correct copy of a PowerPoint presentation prepared by Keurig bearing Bates number KGM05351911.

278. Attached as Exhibit 277 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Suzanne DuLong, dated June 18, 2019.

279. Attached as Exhibit 278 is a true and correct copy of an article written by Mr. Kevin Tremblay, titled "Data Matrix Codes v. QR Codes – What is the Difference?", https://www.laserax.com/blog/data-matrix-vs-qr-codes.

280. Attached as Exhibit 279 is a true and correct copy of an email between Mr. Steve Dawson and Ms. Helen Simons, dated May 15, 2012, bearing Bates numbers SAG00000288-294, which was marked as Plaintiffs' Exhibit 950.

281. Attached as Exhibit 280 is a true and correct copy of a PowerPoint presentation prepared by Sagentia, bearing Bates number SAG000006511, which was marked as Plaintiffs' Exhibit 951.

282. Attached as Exhibit 281 is a true and correct copy of an email between Mr. Dan Edwards and Mr. Steve Dawson, dated May 25, 2012, bearing Bates numbers SAG00000208-10, which was marked as Plaintiffs' Exhibit 952.

283. Attached as Exhibit 282 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated March 28, 2008, bearing Bates number KGM00198506.

284. Attached as Exhibit 283 is a true and correct copy of an email between Mr. Kevin Sullivan, Mr. Larry Blanford, and Mr. David Manly, dated June 5, 2012, bearing Bates number KGM01220247, which was marked as Plaintiffs' Exhibit 1069.

285. Attached as Exhibit 284 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Kenneth R. Castleman, dated March 30, 2021.

286. Attached as Exhibit 285 is a true and correct copy of an email between Mr. David Manly, Mr. Kevin Sullivan, and Mr. Ian Tinkler, dated July 16, 2013, bearing Bates number KGM00306048-49, which was marked as Plaintiffs' Exhibit 154.

287. Attached as Exhibit 286 is a true and correct copy of the Deposition Transcript of Mr. Bruce Godfrey, dated January 30, 2019.

288. Attached as Exhibit 287 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated July 2013, bearing Bates number KGM017175060, which was marked as Plaintiffs' Exhibit 155.

289. Attached as Exhibit 288 is a true and correct copy of an email between Mr. Bruce Godfrey and Ms. Catherine James, dated February 20, 2014, bearing Bates numbers KGM0408856-59, which was marked as Plaintiffs' Exhibit 106.

290. Attached as Exhibit 289 is a true and correct copy of an email between Mr. Bruce Godfrey and Ms. Brenda Armstead, dated June 1, 2016, bearing Bates numbers KGM02450293-94, which was marked as Plaintiffs' Exhibit 162.

291. Attached as Exhibit 290 is a true and correct copy of an email between Mr. John Whoriskey, Mr. Scott Chaudoin, Mr. Dwight Brown, and Mr. Ron DiFabio, dated February 24, 2013, bearing Bates numbers KGM01392352-54, which was marked as Plaintiffs' Exhibit 1753.

292. Attached as Exhibit 291 is a true and correct copy of an email between Mr. John Whoriskey and Mr. Dwight Brown, dated March 2, 2013, bearing Bates numbers KGM01397164-65, which was marked as Plaintiffs' Exhibit 1754.

293. Attached as Exhibit 292 is a true and correct copy of emails between Mr. Bruce Godfrey and Ms. Karen Gallagher, dated March 4, 2013, bearing Bates number KGM02880729, which was marked as Plaintiffs' Exhibit 147.

294. Attached as Exhibit 293 is a true and correct copy of an email between Mr. Jim Martin, Mr. Greg Montemurro, and Mr. Robert Neville, dated March 16, 2016, bearing Bates number KGM00822568, which was marked as Plaintiffs' Exhibit 1185.

295. Attached as Exhibit 294 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Kathleen Kelley-Straube, dated February 12, 2019.

296. Attached as Exhibit 295 is a true and correct copy of an email between Ms. Kathy Kelley and Mr. John Whoriskey, bearing Bates number KGM07527313, which was marked as Plaintiffs' Exhibit 196.

297. Attached as Exhibit 296 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Dan Cignarella, dated November 7, 2019.

298. Attached as Exhibit 297 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Taighe Dwyer, dated January 15, 2020.

299. Attached as Exhibit 298 is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated February 2017, bearing Bates number KGM02535032, which was marked as Plaintiffs' Exhibit 2086.

300. Attached as Exhibit 299 is a true and correct copy of Keurig Green Mountain Coffee Roasters Form 10-K submitted to the Securities and Exchanges Commission, dated September 24, 2011.

301. Attached as Exhibit 300 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Richard Slovenko, dated April 1, 2021.

302. Attached as Exhibit 301 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Scott McCreary, dated May 15, 2019.

303. Attached as Exhibit 302 is a true and correct copy of an article from the Cision PR Newswire titled "Keurig Introduces BrewID, the Company's New Connected Technology Platform.", last accessed on August 21, 2021, and available at https://www.prnewswire.com/news-

releases/keurig-introduces-brewid-the-companys-new-connected-technology-platform-301341857.html.

304. Attached as Exhibit 303 is a true and correct copy of an article from The Spoon titled "Keurig Debuts BrewID Smart Brewing Platform, Launches First WiFi Connected Brewer.", last accessed on August 21, 2021, and available at https://thespoon.tech/keurig-debuts-brewid-smart-brewing-platform-launches-first-wifi-connected-brewer/.

305. Attached as Exhibit 304 is a true and correct copy of a report prepared by Keurig, dated June 22, 2015, bearing Bates numbers KGM09856097-108, which was marked as Plaintiffs' Exhibit 2165.

306. Attached as Exhibit 305 is a true and correct copy of a letter prepared by Keurig, dated October 18, 2011, bearing Bates number KGM01079015, which was marked as Plaintiffs' Exhibit 887.

307. Attached as Exhibit 306 is a chart of false statements, which, on information and belief (the basis of which is set forth in the chart itself), Keurig made in the ordinary course of business regarding Competitive Cups.

308. Attached as Exhibit 307 is a chart of extracted text and selected information from consumer complaints which, on information and belief (the basis of which is set forth in the chart itself), were received by Keurig.

309. Attached as Exhibit 308 is a true and correct copy of excerpts from the Expert Report of Mohan Rao, Ph.D., dated August 28, 2020.

310. Attached as Exhibit 309 is a true and correct copy of excerpts from the Expert Reply Report of Mohan Rao, Ph.D., dated February 1, 2021.

311. Attached as Exhibit 310 is a true and correct copy of excerpts from the Expert Reply Report of Ms. Sarah Butler on Testing, dated February 1, 2021.

312. Attached as Exhibit 311 is a true and correct copy of a JCPenney webpage titled "Keurig K350 2.0 Brewer + Touch Display," dated November 4, 2014, and available at http://www.jcpenney.com/shops/doorbuster/kitchen-dining/keurig-k350-20-brewer-touch-display/prod.jump?ppId=pp5004070384&catId=cat100240105&deptId=dept20000011&&_dynch harset=UTF-8.

313. Attached as Exhibit 312 is a true and correct copy of an Amazon Canada webpage titled "Keurig 611247357569 Hot Brewing System K425, Vintage Red," last accessed August 13, 2021, and available at https://www.amazon.ca/Keurig-611247357569-Brewing-System-Vintage/dp/B01NBEUZSD.

314. Attached as Exhibit 313 is a true and correct copy of a Walmart webpage titled "Keurig 2.0 K350 Brewer," last accessed August 13, 2021, and available at https://www.walmart.com/ip/Keurig-2-0-K350-Brewer/48989906.

315. Attached as Exhibit 314 is a true and correct copy of a Staples webpage titled "Keurig 2.0 K200 Brewer, Black (119256), last accessed July 9, 2021, and previously available at https://www.staples.com/Keurig-2-0-K200-Brewer-Black/product_1587004.

316. Attached as Exhibit 315 is a true and correct copy of a Kohl's webpage titled "Keurig 2.0 K350 Coffee Brewing System," last accessed August 13, 2021, and available at https://www.kohls.com/product/prd-1850129/keurig-20-k350-coffee-brewing-system.jsp.

317. Attached as Exhibit 316 is a true and correct copy of a Sam's Club webpage titled "Keurig 2.0 K460 Brewing System with 42 K-Cup Packs & 4 K-Carafe Packs," last accessed

August 13, 2021, and available at https://www.samsclub.com/p/keurig-2-0-k460-brewer/prod14630026.

318. Attached as Exhibit 317 is a true and correct copy of a Keurig webpage titled "Frequently Asked Questions," dated August 31, 2014.

319. Attached as Exhibit 318 is a true and correct copy of a Keurig webpage titled "Frequently Asked Questions," dated May 21, 2016.

320. Attached as Exhibit 319 is a true and correct copy of a PowerPoint presentation titled "Secure Ink Analysis," dated March 11, 2014, bearing the Bates numbers KGM02017877-933, which was marked as Plaintiffs' Exhibit 1158.

321. Attached as Exhibit 320 is a true and correct copy of the Deposition Transcript of Mr. Robert McCall, dated August 23, 2019.

322. Attached as Exhibit 321 is a true and correct copy of a PowerPoint presentation titled "Product Authentication: An Expert Opinion on Technologies and Approaches," dated 2012 bearing the Bates number SAG00006514, which was marked as Plaintiffs' Exhibit 3106.

323. Attached as Exhibit 322 is a true and correct copy of an email from Mr. Russell Schwartz, dated August 13, 2014, bearing the Bates number SUN00359, which was marked as Plaintiffs' Exhibit 1160.

324. Attached as Exhibit 323 is a true and correct copy of a PowerPoint presentation titled "Portion Pack Quality Engineering Unlicensed Product K2.0 Compatibility Testing," dated June 12, 2015, bearing the Bates number KGM07708019, which was introduced as Plaintiffs' Exhibit 602.

325. Attached as Exhibit 324 is a true and correct copy of an email from Mr. Robert McCall to Mr. David Manley, dated May 14, 2014, bearing the Bates number KGM01893249, which was marked as Plaintiffs' Exhibit 911.

326. Attached as Exhibit 325 is a true and correct copy of an email from Mr. Ian Tinkler to Ms. Suzanne DuLong and others, dated July 18, 2014, bearing the Bates numbers KGM03218906-07.

327. Attached as Exhibit 326 is a true and correct copy of an email from Ms. Katie Gilroy to Mr. Brian Kelley and others, dated August 7, 2014, bearing the Bates numbers KGM07585227-29.

328. Attached as Exhibit 327 is a true and correct copy of a letter from Mr. Aldo Badini to Keurig, ECF No 82, dated August 11, 2014.

329. Attached as Exhibit 328 is a true and correct copy of a Keurig webpage titled "About Keurig Brewed," dated February 21, 2013, and available at http://www.keurig.com/Customer-Service/K-Cups-And-Beverages-Support/About Keurig Brewed.

330. Attached as Exhibit 329 is a true and correct copy of a Keurig webpage titled "About Keurig Brewed," dated September 24, 2014, and available at http://www.keurig.com/Customer-Service/K-Cups-And-Beverages-Support/About Keurig Brewed.

331. Attached as Exhibit 330 is a true and correct copy of a post on Keurig's Facebook page, and available at https://m.facebook.com/story.php?story_fbid=10151957593685975&id=198333355974&.

332. Attached as Exhibit 331 is a true and correct copy of a post on Keurig's Twitter page, and available at https://twitter.com/Keurig/status/419847009118720000.

333. Attached as Exhibit 332 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mr. Mark Wood, dated February 21, 2020.

334. Attached as Exhibit 333 is a true and correct copy of a PowerPoint presentation titled "Competitive Pod Evaluation Update," bearing the Bates number KGM03992056, which was marked as Plaintiffs' Exhibit 2085.

335. Attached as Exhibit 334 is a true and correct copy of a post on Keurig's YouTube channel, dated January 2013, and available at https://www.youtube.com/watch?v=8ICkjR5uBoA.

336. Attached as Exhibit 335 is a true and correct copy of a post on Keurig's Twitter page, dated December 2013, and available at https://twitter.com/Keurig/status/415563718500835329.

337. Attached as Exhibit 336 is a true and correct copy of a post on Keurig's Twitter page, dated January 2014, and available at https://twitter.com/Keurig/status/419847009118720000.

338. Attached as Exhibit 337 is a true and correct copy of a post on Keurig's Twitter page, dated May 2014, and available at https://twitter.com/Keurig/status/470303304703279106.

339. Attached as Exhibit 338 is a true and correct copy of an email and attachment from Ms. Kathleen Kelley-Straube, dated January 21, 2013, bearing the Bates numbers KGM09952857-62, which was marked as Plaintiffs' Exhibit 201.

340. Attached as Exhibit 339 is a true and correct copy of excerpts from the Deposition Transcript of Mr. John Whoriskey, dated December 12, 2019.

341. Attached as Exhibit 340 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Rossana Klawon, dated June 25, 2020.

342. Attached as Exhibit 341 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Kevin Sullivan in *Keurig, Inc. v. JBR, Inc.*, *d/b/a Rogers Family Co.*, No. 11-CV-11941 (D. Mass.), dated August 21, 2012, and bearing the Bates numbers KGM02598487-517.

343. Attached as Exhibit 342 is a true and correct copy of a U.S. Consumer Product Safety Commission press release titled "Keurig Recalls MINI Plus Brewing Systems Due to Burn Hazard," dated December 23, 2014, which was marked as Plaintiffs' Exhibit 791.

344. Attached as Exhibit 343 is a true and correct copy of the Settlement Agreement between Keurig and the U.S. Consumer Product Safety Commission, dated February 16, 2017, which was marked as Plaintiffs' Exhibit 682.

345. Attached as Exhibit 344 is a true and correct copy of Keurig's Form 10-Q, dated December 25, 2010, which was marked as Plaintiffs' Exhibit 781.

346. Attached as Exhibit 345 is a true and correct copy of Keurig's Second Supplemental Responses and Objections to TreeHouse's Interrogatory No. 25, dated April 6, 2021.

347. Attached as Exhibit 346 is a true and correct copy of an email thread between Ms. Suzanne DuLong and Ms. Sandy Yusen, dated February 11, 2011, bearing the Bates numbers KGM08915230-31, which was marked as Plaintiffs' Exhibit 782.

348. Attached as Exhibit 347 is a true and correct copy of a Keurig webpage titled "More About the Keurig 2.0 Brewer," which was available at http://www.keuriggreenmountain.com/OurStories/InnovationStories/MoreAboutKeurig20.aspx.

349. Attached as Exhibit 348 is a true and correct copy of a post on Keurig's Facebook page, and available at www.facebook.com/keurig/posts-to-page.

350. Attached as Exhibit 349 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Tom Ferguson, dated February 28, 2020.

351. Attached as Exhibit 350 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Mark Wood, dated October 18, 2019.

352. Attached as Exhibit 351 is a true and correct copy of excerpts from the Deposition Transcript of Ms. Catherine James, dated January 10, 2019.

353. Attached as Exhibit 352 is a true and correct copy of an excerpt of a document reflecting K-Cup complaints, bearing Bates numbers KGM11698571-84, which was marked as Plaintiffs' Exhibit 2508.

354. Attached as Exhibit 353 is a true and correct copy of a document reflecting K-Cup complaints, bearing Bates numbers KGM02600105-34, which was marked as Plaintiffs' Exhibit 2509.

355. Attached as Exhibit 354 is a true and correct copy of a document reflecting K-Cup complaints, bearing Bates numbers KGM02600135-213, which was marked as Plaintiffs' Exhibit 2510.

356. Attached as Exhibit 355 is a true and correct copy of an excerpt of a document reflecting K-Cup complaints, bearing Bates number KGM11698571-84, which was marked as Plaintiffs' Exhibit 3167.

357. Attached as Exhibit 356 is a true and correct copy of an excerpt of a document reflecting K-Cup complaints, bearing Bates number KGM11698571-84, which was marked as Plaintiffs' Exhibit 3168.

358. Attached as Exhibit 357 is a true and correct copy of an email thread between Mr. Nicholas Lazaris and Mr. David Manly, dated July 16, 2007, bearing Bates number KEURIG04371240, which was marked as Plaintiffs' Exhibit 1015.

359. Attached as Exhibit 358 is a true and correct copy of an email and attachment from Mr. Mike Williamson, Director of Independent Distributors at Keurig, dated November 17, 2015, bearing Bates numbers KGM08395281-307, which was marked as Plaintiffs' Exhibit 1824.

360. Attached as Exhibit 359 is a true and correct copy of Appendix C to the Expert Opening Report of David S. Sibley, Ph.D., dated August 28, 2020.

361. Attached as Exhibit 360 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Mike Williamson, dated November 15, 2019.

362. Attached as Exhibit 361 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Tom Tate, dated January 24, 2020.

363. Attached as Exhibit 362 is a true and correct copy of excerpts from the Deposition Transcript of Mr. John Whoriskey, dated February 21, 2020.

364. Attached as Exhibit 363 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Stephen Murphy of Atlantic Coffee and Tea, dated June 18, 2020.

365. Attached as Exhibit 364 is a true and correct copy of a Non-Exclusive Distributorship Agreement between Keurig and Wrigly's Office Supply, dated October 12, 2011, bearing Bates numbers KGM03097025-46.

366. Attached as Exhibit 365 is a true and correct copy of excerpts from the Deposition Transcript of Mr. Anthony Sarno, dated March 6, 2019.

367. Attached as Exhibit 366 is a true and correct copy of a Keurig PowerPoint titled "Market Overview," dated August 7, 2015, bearing Bates number KGM03670732.

368. Attached as Exhibit 367 is a true and correct copy of a Keurig PowerPoint titled "Winning in AFH: Thought Starters," dated January 22, 2013, bearing Bates number KGM00241853.

369. Attached as Exhibit 368 is a true and correct copy of the Expert Reply Report of Ms. Barbara Ann Frederiksen-Cross, dated February 1, 2021.

370. Attached as Exhibit 369 is a true and correct copy of excerpts from the May 25, 2021 Hearing Transcript.

371. Attached as Exhibit 370 is a true and correct copy of TreeHouse's Second Set of RFAs to Keurig, including Appendix C, dated July 13, 2020.

372. Attached as Exhibit 371 is a true and correct copy of excerpts from the 30(b)(6) Deposition of Keurig by Mr. David Manly, dated August 22, 2014.

373. Attached as Exhibit 372 is a true and correct copy of the Supplemental Expert Declaration of Kenneth R. Castleman, Ph.D. Based on Keurig Conduct After Expert Discovery, dated August 25, 2021.

374. Attached as Exhibit 373 is a true and correct copy of excerpts from the July 15, 2019 Hearing Transcript, ECF No. 643.

375. Attached as Exhibit 374 is a true and correct copy of excerpts from the May 9, 2018 Hearing Transcript, ECF No. 435.

376. Attached as Exhibit 375 is a true and correct copy of an email thread between Mr. Brian Kelley, former President and CEO of Keurig, and Mr. Joe Mueller, Vice President of Sales, Walmart Team for Keurig, dated February 8, 2014, bearing Bates numbers KGM00403677-79, which was marked as Plaintiffs' Exhibit 2412.

377. Attached as Exhibit 376 is a true and correct copy of Keurig's Responses and Objections to TreeHouse's Second Set of Interrogatories dated April 29, 2019.

378. Attached as Exhibit 377 is a true and correct copy of a Keurig document titled "William Blair Conference – Investor Meetings – Exec Hot Topics," dated June 10, 2014, bearing Bates numbers KGM03807841-44, which was marked as Plaintiffs' Exhibit 2408.

379. Attached as Exhibit 378 is a true and correct copy of an email exchange between Mr. Mike Flanagan, President of Canteen Refreshment Services, and Hayden McClenny, former Senior Vice President of Sales at Keurig, dated between February 2, 2015, and February 9, 2015, bearing Bates numbers KGM08444556-57, which was marked as Plaintiffs' Exhibit 2788.

380. Attached as Exhibit 379 is a true and correct copy of an email from Mr. Eric Shea, a former Manager, Business Development at Keurig, and Mr. Ben Yoder, Keurig's Director of Strategic Partnerships, dated August 31, 2016, bearing Bates number KGM09747986.

381. Attached as Exhibit 380 is a true and correct copy of the declaration of Mr. Guido Gallicchio of Thayer Distribution, Inc., dated June 16, 2020, bearing Bates numbers TGG0000001-21.

382. Attached as Exhibit 381 is a true and correct copy of an email thread between Mr. Ken Holden and Mr. Dan Elrod, dated May 18, 2012, and bearing the Bates numbers MCLANE00235876-77.

383. Attached as Exhibit 382 is a true and correct copy of an email from Mr. Ken Holden, dated June 6, 2012, and bearing the Bates number MCLANE00089044.

384. Attached as Exhibit 383 is a true and correct copy of an email from Ms. Sandy Yusen to Mr. Ken Crites, dated July 30, 2012, and bearing the Bates numbers KGM08271273-78.

385. Attached as Exhibit 384 is a true and correct copy of an email from Mr. Steve Smits, along with several attachments, all bearing the Bates numbers KGM00183250-69, which was marked as Plaintiffs Exhibit 1636.

386. Attached as Exhibit 385 is a true and correct copy of the 2012 McLane-Keurig Supplier Agreement bearing the Bates numbers MCLANE00121903-20, which was marked as Ross Exhibit 4.

387. Attached as Exhibit 386 is a true and correct copy of 2012 addendum to the 2012 McLane-Keurig Supplier Agreement bearing the Bates numbers MCLANE00121900-02, which was marked as Ross Exhibit 5.

388. Attached as Exhibit 387 is a true and correct copy of the 2012 McLane-Starbucks Supplier Agreement bearing the Bates numbers MCLANE00001071-82, which was marked as Defendant's Exhibit 9 in McLane's 30(b)(6) deposition.

389. Attached as Exhibit 388 is a true and correct copy of the McLane-J.M. Smucker Company Supplier Agreement, and bearing the Bates numbers MCLANE00122704-15, which was previously marked as Defendant's Exhibit 11 in McLane's 30(b)(6) deposition.

390. Attached as Exhibit 389 is a true and correct copy of an email from Mr. Michael Carlson to Mr. Nick Marino and Ms. Karsyn Betts, dated February 6, 2015, and bearing the Bates numbers MCLANE00124005-08.

391. Attached as Exhibit 390 is a true and correct copy of an email from Mr. Michael Carlson to Shay Demetro, dated February 4, 2015, and bearing the Bates numbers MCLANE00122701-03, previously marked as Defendant's Exhibit 10 in McLane's 30(b)(6) deposition.

392. Attached as Exhibit 391 is a true and correct copy of an email from Mr. Keith Ross to Mr. Greg Tradup, dated August 27, 2012, and bearing the Bates numbers MCLANE00143556-57, which was previously marked as Ross Exhibit 3.

393. Attached as Exhibit 392 is a true and correct copy of an email from Mr. Steve Smits to Mr. Ron DiFabio and Mr. John Whoriskey, dated August 24, 2012, and bearing the Bates numbers KGM00197326-27, which was previously marked as Plaintiffs' Exhibit 1638.

394. Attached as Exhibit 393 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of McLane by Mr. Keith Ross, dated May 19, 2020.

395. Attached as Exhibit 394 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Chad Collett, dated February 26, 2020.

396. Attached as Exhibit 395 is a true and correct copy of an email from Ms. Becky Miller to Mr. Chad Collett, dated April 3, 2015, and bearing the Bates numbers KGM11686319-21, which was previously marked as Plaintiff's Exhibit 1366.

397. Attached as Exhibit 396 is a true and correct copy of excerpts of the Deposition Transcript of Mr. John Heller, dated February 6, 2020.

398. Attached as Exhibit 397 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Ronald DiFabio, dated February 21, 2020.

399. Attached as Exhibit 398 is a true and correct copy of excerpts of the Expert Deposition Transcript of Dr. Philip Johnson, Ph. D., dated March 31, 2021.

400. Attached as Exhibit 399 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Chris Robinson, dated January 30, 2020.

401. Attached as Exhibit 400 is a true and correct copy of excerpts from the Opening Expert Report of Phillip M. Johnson, Ph. D., dated August 28, 2020.

402. Attached as Exhibit 401 is a true and correct copy of excerpts of the Deposition Transcript of Ms. Carli Rosencranz, dated June 29, 2020.

403. Attached as Exhibit 402 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Keith Ross, dated February 13, 2020.

404. Attached as Exhibit 403 is a true and correct copy of excerpts of McLane's Responses and Objections to Keurig's First Set of Interrogatories, dated August 19, 2020.

405. Attached as Exhibit 404 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Grant Demers, dated February 27, 2020.

406. Attached as Exhibit 405 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Ken Holden, dated February 26, 2020.

407. Attached as Exhibit 406 is a true and correct copy of an email from Mr. Keith Holden to Mr. Dumarco Cooley, dated November 20, 2019, and bearing the Bates number of MCLANE00238161.

408. Attached as Exhibit 407 is a true and correct copy of a document entitled "Walmart / Keurig Meeting," dated January 29, 2013, and bearing the Bates numbers KGM09464346-47, which was previously marked as Plaintiffs' Exhibit 1644.

409. Attached as Exhibit 408 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Joe Mueller, dated April 21, 2020.

410. Attached as Exhibit 409 is a true and correct copy of McLane's Walmart Distribution Contract, dated August 1, 2011, and bearing the Bates numbers MCLANE00326222-53, which was previously marked as Defendant's Exhibit 4 in McLane's 30(b)(6) deposition.

411. Attached as Exhibit 410 is a true and correct copy of the addendum to McLane's Walmart Distribution Contract, bearing the Bates numbers MCLANE00326254-69, which was previously marked as Defendant's Exhibit 5 in McLane's 30(b)(6) deposition.

412. Attached as Exhibit 411 is a true and correct copy of an email sent from Mr. Dan Elrod to Mr. Chris Skelly, dated March 22, 2016, and bearing the Bates number MCLANE00037166, which was previously marked as Defendant's Exhibit 29 in McLane's 30(b)(6) deposition.

413. Attached as Exhibit 412 is a true and correct copy of the License Agreement formed between Green Mountain Coffee Roasters, Inc. and TC Global, Inc., f/k/a Tully's Coffee Corporation, dated March 27, 2009, and bearing the Bates numbers KGM03141280-314.

414. Attached as Exhibit 413 is a true and correct copy of the Supply Agreement formed between Green Mountain Coffee Roasters, Inc. and TC Global, Inc., f/k/a Tully's Coffee Corporation, dated March 27, 2009, and bearing the Bates numbers KGM03141317-39.

415. Attached as Exhibit 414 is a true and correct copy of the Noncompetition Agreement formed between Green Mountain Coffee Roasters, Inc. and Tully's Coffee Corporation, dated March 27, 2009, and bearing the Bates numbers KGM03143690-701.

416. Attached as Exhibit 415 is a true and correct copy of the License Agreement formed between Green Mountain Coffee Roasters, Inc., Timothy's Coffees of the World Inc., and Threecar Brands Canada, Inc., dated November 13, 2009, and bearing the Bates numbers KGM03142740-71.

417. Attached as Exhibit 416 is a true and correct copy of a PowerPoint presentation titled "K-Cup Forecasting," dated January 10, 2013, and bearing the Bates numbers MCLANE00241309-14.

418. Attached as Exhibit 417 is a true and correct copy of a PowerPoint presentation titled "WALMART / MCLANE REPLINISHMENT MEETING," dated March 6, 2014, and bearing the Bates numbers MCLANE00107037-44.

419. Attached as Exhibit 418 is a true and correct copy of an email from Mr. Grant Demers to Ms. Theresa Ward and Ms. Ann Miller, dated November 26, 2013, and bearing the Bates numbers MCLANE00043106-108.

420. Attached as Exhibit 419 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Kriag Morrison, dated January 29, 2020.

421. Attached as Exhibit 420 is a true and correct copy of excerpts of the Deposition Transcript of Ms. Tammra Lynch, dated December 19, 2019.

422. Attached as Exhibit 421 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Philip Conlon, dated February 28, 2020.

423. Attached as Exhibit 422 is a true and correct copy of a document entitled "McLane – Keurig Call," dated October 21, 2014, and bearing the Bates numbers MCLANE00103653-55.

424. Attached as Exhibit 423 is a true and correct copy of an email from Mr. Grant Demers to Mr. Keith Ross, dated May 27, 2014, and bearing the Bates numbers MCLANE00147020-21.

425. Attached as Exhibit 424 is a true and correct copy of an email from Mr. Michael Carlson to Mr. Keith Ross, Mr. Grant Demers, and Ms. Teresa Voelter, dated December 8, 2014, and bearing the Bates numbers MCLANE00093158-61.

426. Attached as Exhibit 425 is a true and correct copy of an email from Mr. Joe Mueller to Mr. Ron DiFabio and Mr. Steve Ferreira, dated November 3, 2014, and bearing the Bates numbers KGM00515441-43.

427. Attached as Exhibit 426 is a true and correct copy of a document entitled "Meeting Minutes," dated October 21, 2014, and bearing the Bates number KGM11323861.

428. Attached as Exhibit 427 is a true and correct copy of an email sent from Ms. Tammra Lynch to Ms. Theresa Ward, dated February 19, 2013, and bearing the Bates numbers MCLANE00063788-90.

429. Attached as Exhibit 428 is a true and correct copy of an email sent from Mr. Ron DiFabio to Mr. John Whoriskey, dated November 9, 2013, and bearing the Bates numbers KGM01683336-43, which was previously marked as Plaintiffs' Exhibit 1358.

430. Attached as Exhibit 429 is a true and correct copy of an email from Ms. Teresa Voelter to Mr. John Heller, dated February 10, 2015, and bearing the Bates numbers KGM11333113-16.

431. Attached as Exhibit 430 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Chris Skelly, dated January 28, 2020.

432. Attached as Exhibit 431 is a true and correct copy of an email from Mr. Ron DiFabio to Mr. John Whoriskey, dated August 19, 2013, along with its attachments, all bearing the Bates numbers KGM09412092-98, which were previously marked as Plaintiffs' Exhibit 1357.

433. Attached as Exhibit 432 is a true and correct copy of excerpts of the Deposition Transcript of Mr. Brad Tidwell, dated March 4, 2020.

434. Attached as Exhibit 433 is a true and correct copy of an email sent by Mr. Daniel Chinchay to Ms. Chandra McFarlane, dated September 30, 2014, and bearing the Bates number KGM11322851-52, which was previously marked as Plaintiffs' Exhibit 3061.

435. Attached as Exhibit 434 is a true and correct copy of the McLane-Keurig Convenience Store Supplier agreement, dated August 13, 2014, bearing the Bates numbers MCLANE00122144-58, which was previously marked as Voelter Exhibit 13.

436. Attached as Exhibit 435 is a true and correct copy of a letter from Mr. John Heller to Mr. Keith Ross, dated May 1, 2015, and bearing the Bates number MCLANE00099782, which was previously marked as LaGrone Exhibit 8.

437. Attached as Exhibit 436 is a true and correct copy of an email from Mr. Chad Collett to Ms. Ashley Rubin, dated August 3, 2015, and bearing the Bates numbers KGM11056998-7000.

438. Attached as Exhibit 437 is a true and correct copy of an email from Mr. Chad Collett to Mr. Grant Demers, dated February 2, 2016, and bearing the Bates number MCLANE00134724.

439. Attached as Exhibit 438 is a true and correct copy of an email from Mr. Chad Collett to Mr. Rom DiFabio and Mr. Brian McGowan, dated September 17, 2015, and bearing the Bates numbers KGM09379018-19.

440. Attached as Exhibit 439 is a true and correct copy of an email from Mr. Chad Collet to Mr. Grant Demers, dated September 17, 2015, and bearing the Bates number KGM11058016.

441. Attached as Exhibit 440 is a true and correct copy of excerpts of the Deposition Transcript of Ms. Teresa Voelter, dated December 17, 2019.

442. Attached as Exhibit 441 is a true and correct copy of a graph constructed by Econ One Research, Inc., created on August 20, 2021, demonstrating McLane's K-Cup purchases between September 2012 and June 2016 determined from McLane's produced purchase data

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
August 25, 2021

WINSTON & STRAWN LLP

By: /s/ *Aldo A. Badini*

Aldo A. Badini
abadini@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*