**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

MDL No. 2542

Case No. 1:14-md-02542-VSB

TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, and STURM FOODS, INC.,

Plaintiffs,

v.

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

Civil Action No. 1:14-cv-00905-VSB

**DECLARATION OF ALDO A. BADINI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO KEURIG'S MOTIONS TO EXCLUDE OPINIONS OF HAL PORET AND SARAH BUTLER**

I, Aldo A. Badini, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and a partner at Winston & Strawn LLP. I am one of the attorneys representing Plaintiff TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse" or "Plaintiffs") in the above-captioned matter. I make this declaration on personal knowledge and in support of Plaintiffs' Memoranda of Law in Support of its (1) Opposition to Keurig's Motion to Exclude the Expert Reports and Testimony of Hal Poret and (2) Opposition to Keurig's Motion to Exclude the Expert Reports and Testimony of Sarah Butler. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion *in Limine* to Exclude the Survey Report, and Testimony of Hal Poret,

Case 1:14-md-02542-VSB-SLC Document 1525 Filed 09/29/21 Page 2 of 6

*Flushing Bank v. Green Dot Corp. et al.*, No. 1:13-cv-09120-KBF (S.D.N.Y. Oct. 1, 2014).

3. Attached as Exhibit B is a compilation of true and correct copies of surveys relied upon by Hal Poret as surveys done or commissioned by Keurig in the ordinary course of business, bearing Bates numbers KGM00019770–79, KGM00182234–49, KGM00690948–62, KGM00777100–291, KGM00830480–81, KGM00907438–49, KGM01206359–64, KGM01669261–70, KGM02148118–45, KGM02753792–94, KGM04087128–42.

4. Attached as Exhibit C is a true and correct copy of excerpts taken from the document bearing Bates number KGM11013262, which was marked as Plaintiffs' Exhibit 3117.

5. Attached as Exhibit D is an excerpt of a true and correct copy of Keurig's Responses and Objections to TreeHouse's Second Set of RFAs, dated August 19, 2020.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition Transcript of Brian Kelley, dated April 7, 2020.

7. Attached as Exhibit F is a true and correct copy of excerpts from the Expert Report of Dr. Kevin M. Murphy, dated December 7, 2020, which was marked as Plaintiffs' Exhibit 3137.

8. Attached as Exhibit G is a true and correct copy of excerpts from the Deposition Transcript of Dr. Kevin Murphy, dated March 23, 2021 and March 24, 2021.

9. Attached as Exhibit H is a true and correct copy of a document titled "Guidelines for Inquiries and Requests for Information," bearing Bates numbers KGM00000089-104, which was marked as Plaintiffs' Exhibit 202.

10. Attached as Exhibit I is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Mark Wood, dated December 3, 2019 and February 21, 2020.

11. Attached as Exhibit J is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Jim Martin, dated February 21, 2020.

12. Attached as Exhibit K is a true and correct copy of excerpts from the Deposition Transcript of Donald M. Holly, dated May 8, 2020.

13. Attached as Exhibit L is a true and correct copy of a PowerPoint presentation titled "Competitive Pod Evaluation Update," bearing the Bates number KGM03992056, which was marked as Plaintiffs' Exhibit 2085.

14. Attached as Exhibit M is a true and correct copy of a letter titled "Portion Pack Testing," from Paul Verghese, Ph.D., P.E., CRE, Senior Managing Engineer at Exponent, to Jim Martin, Portion Pack Quality Engineering Manager at Keurig, dated March 16, 2016, bearing Bates numbers KGM03971387-405, which was marked as Plaintiffs' Exhibit 2083.

15. Attached as Exhibit N is a true and correct copy of a letter titled "Signature Select Portion Pack Testing" from Paul Verghese, Ph.D., P.E., CRE, Senior Managing Engineer at Exponent, to Jim Martin, Portion Pack Quality Engineering Manager at Keurig, dated October 12, 2016, bearing Bates numbers KGM03985693-704, which was marked as Plaintiffs' Exhibit 2088.

16. Attached as Exhibit O is a true and correct copy of a letter titled "Third Party Portion Pack and Accessory Testing" from Paul Verghese, Ph.D., P.E., CRE, Senior Managing Engineer at Exponent, to Jim Martin, Portion Pack Quality Engineering Manager at Keurig, dated March 12, 2015, bearing Bates numbers KGM02152496-97.

17. Attached as Exhibit P is a true and correct copy of a letter titled "Third Party Portion Pack Testing" from Paul Verghese, Ph.D., P.E., CRE, Senior Managing Engineer at Exponent, to Jim Martin, Portion Pack Quality Engineering Manager at Keurig, dated June 8, 2015, bearing Bates numbers KGM00619925-26.

18. Attached as Exhibit Q is a true and correct copy of Green Mountain Coffee Roasters, Inc.'s Form 10-K submitted to the Securities and Exchanges Commission, dated

December 9, 2010.

19. Attached as Exhibit R is a document bearing Bates numbers KEURIG07025381-93, which was marked as Plaintiffs' Exhibit 2056.

20. Attached as Exhibit S is a true and correct copy of the Declaration of Kevin Sullivan, *Keurig, Inc. v. Sturm Foods, Inc.*, No. 1:10-cv-00841-SLR (D. Del., Oct. 18, 2010), ECF No. 14, which was marked as Plaintiffs' Exhibit 780.

21. Attached as Exhibit T is a true and correct copy of the Motion to Strike Improper Materials in Keurig's Reply in Support of Keurig's Motion for Preliminary Injunction, *Keurig, Inc. v. Sturm Foods Inc.*, No. 1:10-cv-00841-SLR (D. Del. Nov. 23, 2010), ECF No. 42.

22. Attached as Exhibit U is a true and correct copy of excerpts from the Expert Opening Report of Lauren J. Stiroh, dated August 28, 2020.

23. Attached as Exhibit V is a true and correct copy of the Reply Expert Report of Sarah Butler on Survey of Consumers and the Away-From-Home Market, dated February 1, 2021.

24. Attached as Exhibit W is a true and correct copy of a PowerPoint presentation titled "AFH Omnibus Fiscal 2014 Quarterly Report," bearing the Bates number KGM08369498.

25. Attached as Exhibit X is a true and correct copy of a PowerPoint presentation titled "AFH Omnibus Fiscal 2016 Semi-Annual Report," bearing the Bates number KGM00773637.

26. Attached as Exhibit Y is a true and correct copy of a PowerPoint presentation titled "Away From Home Omnibus," bearing the Bates number KGM03808435.

27. Attached as Exhibit Z is a true and correct copy of an email from Mr. Dan Cignarella to several Keurig executives, dated February 26, 2013, as part of an email exchange beginning February 21, 2013, bearing Bates numbers KGM08431246-52, which was marked as Plaintiffs' Exhibit 1488.

28. Attached as Exhibit AA is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Essendant by Jeffrey Bobroff, dated November 7, 2019.

29. Attached as Exhibit BB is a true and correct copy of an email from Mr. Christopher Hirvela to Mr. Gary Schachter, dated December 10, 2011, bearing Bates numbers THS-003374647-49, which was marked as Plaintiffs' Exhibit 2803.

30. Attached as Exhibit CC is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Canteen by Ali Yousefpour, dated June 16, 2020.

31. Attached as Exhibit DD is a true and correct copy of the Declaration of Alpine Valley Water Company by Charles T. Hall, dated June 26, 2020, bearing the Bates numbers AVW0000054-140.

32. Attached as Exhibit EE is a true and correct copy of an email from Ms. Melissa Schwartz to Mr. Jim Frost, dated February 17, 2017, bearing Bates number ARA0006851, which was marked as Plaintiffs' Exhibit 2546.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021
New York, New York

Respectfully submitted,
WINSTON & STRAWN LLP

By: *<u>/s/ Aldo A. Badini</u>*

Aldo A. Badini
abadini@winston.com
Susannah P. Torpey
storpey@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
(212) 294-4700 (fax)

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC and Sturm Foods, Inc*