**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | Case No. 1:14-md-02542 (VSB) (SLC)<br>MDL No. 2542 |
| | Hon. Vernon S. Broderick |
| *This document concerns all related actions.* | **DECLARATION OF ALDO A. BADINI IN SUPPORT OF TREEHOUSE PLAINTIFFS' OPPOSITION TO KEURIG'S MOTION TO EXCLUDE OPINIONS IN THE EXPERT REPORTS AND TESTIMONY OF TREEHOUSE EXPERT LAUREN J. STIROH, PH.D.** |

I, Aldo A. Badini, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and a partner at Winston & Strawn LLP ("Winston"). I am one of the attorneys representing Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse" or "Plaintiffs") in the above-captioned matter. I make this declaration on personal knowledge and in support of TreeHouse Plaintiffs' Memorandum of Law in Opposition to Keurig's Motion to Exclude Opinions in the Expert Reports and Testimony of TreeHouse Expert Lauren J. Stiroh, Ph.D., unless I indicate that I make a statement on information and belief. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Keith R. Ugone, Ph.D., dated March 17, 2021.

3. Attached as Exhibit B is a true and correct copy of chapters 4, 8, and 9 of an article authored by the American Bar Association, titled "Quantifying Damages," "Overcharges" and

Case 1:14-md-02542-VSB-SLC Document 1541 Filed 09/29/21 Page 2 of 5

"Damages in Exclusionary Conduct Cases," published in *Proving Antitrust Damages: Legal and Economic Issues* (3d ed. 2017).

4. Attached as Exhibit C is a true and correct copy of an article authored by Mark A. Allen, amongst others, titled "Reference Guide on Estimation of Economic Damages," published in *Reference Manual on Scientific Evidence* (3d ed. 2011).

5. Attached as Exhibit D is a true and correct copy of an excerpt of an article, authored by Jean Tirole, titled "The Theory of Industrial Organization" (1994).

6. Attached as Exhibit E is a true and correct copy of a chapter of a textbook authored by Steven A. Greenlaw, amongst others, titled "Consumer Choices," published in *Principles of Microeconomics* (2d ed. 2011).

7. Attached as Exhibit F is a true and correct copy of an excerpt of a textbook authored by David A. Besanko and Ronald R. Braeutigam, titled "Microeconomics" (4th ed.).

8. Attached as Exhibit G is a true and correct copy of an article authored by Xavier Gabaix, amongst others, titled "The impact of competition on prices with numerous firms," published in the *Journal of Economic Theory*, Vol. 165, pp. 1-24 (2016).

9. Attached as Exhibit H is a true and correct copy of an article authored by Timothy F. Bresnahn and Peter C. Reiss, titled "Entry and Competition in Concentrated Markets," published in *The Journal of Political Economy*, Vol. 99, pp. 977-1009 (1991).

10. Attached as Exhibit I is a true and correct copy of excerpts of the Deposition of Mr. Martin Reynolds, dated August 7, 2019.

11. Attached as Exhibit J is a true and correct copy of excerpts of the Deposition of Mr. Martin Reynolds, dated August 8, 2019.

12. Attached as Exhibit K is a true and correct copy of excerpts of the Deposition of Ms. Judy Clark, dated June 21, 2019.

13. Attached as Exhibit L is a true and correct copy of excerpts of the Deposition of Mr. Harry Overly, dated July 12, 2019.

14. Attached as Exhibit M is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Keurig by Ms. Larissa Quinn, dated February 20, 2020.

15. Attached as Exhibit N is a true and correct copy of excerpts from the Deposition of Ms. Rossana Klawon, dated June 25, 2020.

16. Attached as Exhibit O is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Essendant by Mr. Jeffrey Bobroff, dated November 7, 2019.

17. Attached as Exhibit P is a true and correct copy of the Declaration of Alpine Valley Water Company by Charles T. Hall, dated June 26, 2020, bearing Bates Numbers AW000000054-140.

18. Attached as Exhibit Q is a true and correct copy of the Declaration of Thayer Distribution, Inc. by Guido Gallicchio, dated June 16, 2020, bearing Bates Numbers TGG0000001-21.

19. Attached as Exhibit R is a true and correct copy of the Declaration of Master Wholesale & Vending Supply, Inc. by Andy Eyrise, dated June 9, 2020, bearing Bates Numbers MWAE0000001-81.

20. Attached as Exhibit S is a true and correct copy of an email between Mr. Ron Difabio and Mr. Chad Collett, Mr. John Whoriskey, and Mr. Steve Ferreira, dated June 11, 2015, bearing Bates number KGM02222848-50, which was marked as Plaintiffs' Exhibit 318..

21. Attached as Exhibit T is a true and correct copy of a PowerPoint presentation, prepared by Keurig, bearing Bates number KGM02288881, which was marked as Plaintiffs' Exhibit 3156.

22. Attached as Exhibit U is a true and correct copy of a call invitation dated January 20, 2015, bearing Bates number THS-003297856.

23. Attached as Exhibit V is a true and correct copy of an email between Ms. Annette Herz, Mr. Steve Ferreira, and Mr. John Whoriskey, dated August 5, 2009, bearing Bates number KGM02722063, which was marked as Plaintiffs' Exhibit 578.

24. Attached as Exhibit W is a true and correct copy of an email between Ms. Jesse Manchego and Mr. Norman McKoy, dated June 22, 2011, bearing Bates number THS-004237030, which was marked as Plaintiffs' Exhibit 3017.

25. Attached as Exhibit X is a true and correct copy of excerpts from the Amended Expert Reply Report of David S. Sibley, Ph.D., dated March 8, 2021.

26. Attached as Exhibit Y is a true and correct copy of excerpts of the Deposition of Mr. Tom Tate, dated January 24, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
September 29, 2021

WINSTON & STRAWN LLP

By: /s/ *Aldo A. Badini*

Aldo A. Badini
abadini@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*