# Exhibit E

openstax™

# Principles of Micro-economics 2e.

# Principles of Microeconomics 2e

SENIOR CONTRIBUTING AUTHORS

**STEVEN A. GREENLAW, UNIVERSITY OF MARY WASHINGTON**

**DAVID SHAPIRO, PENNSYLVANIA STATE UNIVERSITY**

Based on the 2nd edition of *Principles of Economics, Economics and the Economy, 2e* by Timothy Taylor, published in 2011.

openstax™

# 6 | Consumer Choices



**Figure 6.1 Investment Choices** We generally view higher education as a good investment, if one can afford it, regardless of the state of the economy. (Credit: modification of work by Jason Bache/Flickr Creative Commons)

Bring it Home

### "Eeny, Meeny, Miney, Moe"—Making Choices

The 2008–2009 Great Recession touched families around the globe. In too many countries, workers found themselves out of a job. In developed countries, unemployment compensation provided a safety net, but families still saw a marked decrease in disposable income and had to make tough spending decisions. Of course, non-essential, discretionary spending was the first to go.

Even so, there was one particular category that saw a universal increase in spending world-wide during that time—an 18% uptick in the United States, specifically. You might guess that consumers began eating more meals at home, increasing grocery store spending; however, the Bureau of Labor Statistics' Consumer Expenditure Survey, which tracks U.S. food spending over time, showed "real total food spending by U.S. households declined five percent between 2006 and 2009." So, it was not groceries. What product would people around the world demand more of during tough economic times, and more importantly, why? (Find out at chapter's end.)

That question leads us to this chapter's topic—analyzing how consumers make choices. For most consumers, using "eeny, meeny, miney, moe" is not how they make decisions. Their decision-making processes have been educated far beyond a children's rhyme.

## Introduction to Consumer Choices

In this chapter, you will learn about:

- Consumption Choices
- How Changes in Income and Prices Affect Consumption Choices
- How Consumer Choices Might Not Always be Rational

Microeconomics seeks to understand the behavior of individual economic agents such as individuals and businesses. Economists believe that we can analyze individuals' decisions, such as what goods and services to buy, as choices we make within certain budget constraints. Generally, consumers are trying to get the most for their limited budget. In economic terms they are trying to maximize total utility, or satisfaction, given their budget constraint.

Everyone has their own personal tastes and preferences. The French say: *Chacun à son goût*, or "Each to his own taste." An old Latin saying states, *De gustibus non est disputandum* or "There's no disputing about taste." If people base their decisions on their own tastes and personal preferences, however, then how can economists hope to analyze the choices consumers make?

An economic explanation for why people make different choices begins with accepting the proverbial wisdom that tastes are a matter of personal preference. However, economists also believe that the choices people make are influenced by their incomes, by the prices of goods and services they consume, and by factors like where they live. This chapter introduces the economic theory of how consumers make choices about what goods and services to buy with their limited income.

The analysis in this chapter will build on the budget constraint that we introduced in the **Choice in a World of Scarcity** chapter. This chapter will also illustrate how economic theory provides a tool to systematically look at the full range of possible consumption choices to predict how consumption responds to changes in prices or incomes. After reading this chapter, consult the appendix **Indifference Curves** to learn more about representing utility and choice through indifference curves.

# 6.1 | Consumption Choices

By the end of this section, you will be able to:

- Calculate total utility
- Propose decisions that maximize utility
- Explain marginal utility and the significance of diminishing marginal utility

Information on the consumption choices of Americans is available from the Consumer Expenditure Survey carried out by the U.S. Bureau of Labor Statistics. **Table 6.1** shows spending patterns for the average U.S. household. The first row shows income and, after taxes and personal savings are subtracted, it shows that, in 2015, the average U.S. household spent $48,109 on consumption. The table then breaks down consumption into various categories. The average U.S. household spent roughly one-third of its consumption on shelter and other housing expenses, another one-third on food and vehicle expenses, and the rest on a variety of items, as shown. These patterns will vary for specific households by differing levels of family income, by geography, and by preferences.

| | |
|---|---|
| **Average Household Income before Taxes** | **$62,481** |
| **Average Annual Expenditures** | **$48.109** |
| Food at home | $3,264 |
| Food away from home | $2,505 |
| Housing | $16,557 |
| Apparel and services | $1,700 |

**Table 6.1 U.S. Consumption Choices in 2015** (Source: http://www.bls.gov/cex/csxann13.pdf)




**Figure 6.5 The Foundations of a Demand Curve: An Example of Housing** (a) As the price increases from $P_0$ to $P_1$ to $P_2$ to $P_3$, the budget constraint on the upper part of the diagram rotates clockwise. The utility-maximizing choice changes from $M_0$ to $M_1$ to $M_2$ to $M_3$. As a result, the quantity demanded of housing shifts from $Q_0$ to $Q_1$ to $Q_2$ to $Q_3$, *ceteris paribus*. (b) The demand curve graphs each combination of the price of housing and the quantity of housing demanded, *ceteris paribus*. The quantities of housing are the same at the points on both (a) and (b). Thus, the original price of housing ($P_0$) and the original quantity of housing ($Q_0$) appear on the demand curve as point $E_0$. The higher price of housing ($P_1$) and the corresponding lower quantity demanded of housing ($Q_1$) appear on the demand curve as point $E_1$.

Thus, as the price of housing rises, the budget constraint rotates clockwise and the quantity consumed of housing falls, *ceteris paribus* (meaning, with all other things being the same). We graph this relationship—the price of housing rising from $P_0$ to $P_1$ to $P_2$ to $P_3$, while the quantity of housing demanded falls from $Q_0$ to $Q_1$ to $Q_2$ to $Q_3$—on the demand curve in **Figure 6.5** (b). The vertical dashed lines stretching between the top and bottom of **Figure 6.5** show that the quantity of housing demanded at each point is the same in both (a) and (b). We ultimately determine the shape of a demand curve by the underlying choices about maximizing utility subject to a budget constraint. While economists may not be able to measure "utils," they can certainly measure price and quantity demanded.

## Applications in Government and Business

The budget constraint framework for making utility-maximizing choices offers a reminder that people can react to a change in price or income in a range of different ways. For example, in the winter months of 2005, costs for heating homes increased significantly in many parts of the country as prices for natural gas and electricity soared, due in large part to the disruption caused by Hurricanes Katrina and Rita. Some people reacted by reducing the quantity demanded of energy; for example, by turning down the thermostats in their homes by a few degrees and wearing a heavier sweater inside. Even so, many home heating bills rose, so people adjusted their consumption in other ways, too. As you learned in the chapter on **Elasticity**, the short run demand for home heating is generally inelastic. Each