# Exhibit F

David Besanko | Ronald R. Braeutigam



4th Edition

# MICROECONOMICS

# MICROECONOMICS

FOURTH EDITION

**DAVID A. BESANKO**
Northwestern University,
Kellogg School of Management

**RONALD R. BRAEUTIGAM**
Northwestern University,
Department of Economics

*with Contributions from*

**Michael J. Gibbs**
The University of Chicago,
Booth School of Business

WILEY
JOHN WILEY & SONS, INC.

To our wives . . .
Maureen and Jan
. . . and to our children
Suvarna and Eric, Justin, and Julie


| | |
|---|---|
| VP & PUBLISHER | George Hoffman |
| ACQUISITIONS EDITOR | Lacey Vitetta |
| PROJECT EDITOR | Jennifer Manias |
| SENIOR EDITORIAL ASSISTANT | Emily McGee |
| PRODUCTION MANAGER | Dorothy Sinclair |
| SENIOR PRODUCTION EDITOR | Janet Foxman |
| CREATIVE DIRECTOR | Harry Nolan |
| SENIOR DESIGNER | Madelyn Lesure |
| SENIOR ILLUSTRATION EDITOR | Anna Melhorn |
| PHOTO RESEARCHER | Sheena Goldstein |
| PRODUCTION MANAGEMENT SERVICES | Furino Production |
| ASSOCIATE DIRECTOR OF MARKETING | Amy Scholz |
| ASSISTANT MARKETING MANAGER | Diane Mars |
| EXECUTIVE MEDIA EDITOR | Allison Morris |
| MEDIA EDITOR | Greg Chaput |
| COVER PHOTO | Radius Images/Photolibrary |

This book was set in 10/12 Janson by Aptara Corp. and printed and bound by R.R. Donnelley/Jefferson City. The cover was printed by RR Donnelley, Inc.

This book is printed on acid-free paper. ∞

**Chapter Opener 1** ©James Richey/iStockphoto; **Chapter Opener 2** ©Bruce Works/iStockphoto; **Chapter Opener 3** Rick Bowmer/©Ap/Wide World Photos; **Chapter Opener 4** ©Joe Belanger/iStockphoto; **Chapter Opener 5** ©Corbis; **Chapter Opener 6** Glow Images/Punchstock; **Chapter Opener 7** Dennis MacDonald/Alamy; **Chapter Opener 8** Blend Images/Punchstock; **Chapter Opener 9** ©Zastavkin/iStockphoto; **Chapter Opener 10** ©Inga Spence/Alamy; **Chapter Opener 11** Stefano Paltera/©AP/Wide World Photos; **Chapter Opener 12** ©Antony Nettle/Alamy; **Chapter Opener 13** AFP/Getty Images, Inc.; **Chapter Opener 14** AFP/Getty Images, Inc.; **Chapter Opener 15** TED S. WARREN/STF©AP/Wide World Photos; **Chapter Opener 16** ©Mira/Alamy; **Chapter Opener 17** Juan Silva/Digital Vision/Getty Images, Inc.



Copyright © 2011, 2008, 2005, 2002 John Wiley & Sons, Inc. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, website *www.copyright.com*. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030-5774, (201) 748-6011, fax (201) 748-6008, website *www.wiley.com/go/permissions*.

Evaluation copies are provided to qualified academics and professionals for review purposes only, for use in their courses during the next academic year. These copies are licensed and may not be sold or transferred to a third party. Upon completion of the review period, please return the evaluation copy to Wiley. Return instructions and a free of charge return shipping label are available at *www.wiley.com/go/returnlabel*. Outside of the United States, please contact your local representative.



***Library of Congress Cataloging-in-Publication Data***

Besanko, David, 1955-
Microeconomics / David Besanko, Ronald Braeutigam. —4th ed.
p. cm.
Includes index.
ISBN 978-0-470-56358-8 (hardback)
1. Microeconomics. I. Braeutigam, Ronald R. (Ronald Ray) II. Title.
HB172.B49 2010
338.5—dc22
2010032314

To order books or for customer service, please call 1-800-CALL WILEY (225-5945).

Main Book ISBN: 978-0-470-56358-8

Binder-Ready Version ISBN: 978-0-470-91756-5

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

## LEARNING-BY-DOING EXERCISE 11.2

### Applying the Monopolist's Profit-Maximization Condition

The equation of the monopolist's demand curve in Figure 11.5 is $P = 12 - Q$, and the equation of marginal cost is $MC = Q$, where $Q$ is expressed in millions of ounces.

**Problem** What are the profit-maximizing quantity and price for the monopolist?

**Solution** To solve this problem, (1) find the marginal revenue curve, (2) equate marginal revenue to marginal cost to find the profit-maximizing quantity, and (3) substitute this quantity back into the demand curve to find the profit-maximizing price.

The monopolist's demand curve has the same form as the demand curve in Learning-By-Doing Exercise 11.1 ($P = a - bQ$). Therefore, as in that exercise, our monopolist's marginal revenue curve has the same vertical intercept as the demand curve (i.e., 12) and twice the slope: $MR = 12 - 2Q$. The profit-maximization condition is $MR = MC$, or $12 - 2Q = Q$. Thus, the profit-maximizing quantity is $Q = 4$ (i.e., 4 million ounces). Substituting this result back into the equation for the demand curve, we find that the profit-maximizing price $P = 12 - 4 = 8$ (i.e., \$8 per ounce). These results, of course, correspond with the graphical solution of the monopolist's profit-maximization problem shown in Figure 11.5.

**Similar Problems:** 11.5, 11.6, 11.7, 11.8, 11.9, 11.10, 11.12, 11.13, 11.14

## A MONOPOLIST DOES NOT HAVE A SUPPLY CURVE

A perfectly competitive firm takes the market price as given and chooses a profit-maximizing quantity. The fact that the perfect competitor views price as exogenous allows us to construct the firm's supply schedule, by taking each possible market price and associating it with the corresponding profit-maximizing quantity.

For the monopolist, however, price is *endogenous*, not *exogenous*. That is, the monopolist determines both quantity and price. Depending on the shape of the demand curve, the monopolist might supply the same quantity at two different prices or different quantities at the same price. The unique association between price and quantity that exists for a perfectly competitive firm does not exist for a monopolist. Thus, a monopolist does not have a supply curve.

Figure 11.6 illustrates this point. For demand curve $D_1$, the profit-maximizing quantity is 5 million units per year, and the profit-maximizing price is \$15 per unit. If




**FIGURE 11.6 The Monopolist Does Not Have a Supply Curve**
When the demand curve is $D_1$, the monopolist's profit-maximizing quantity is 5 and the profit-maximizing price is \$15. When the demand curve is $D_2$, the profit-maximizing quantity is also 5, but the profit-maximizing price is \$20. Thus, the monopolist might sell the same quantity at different prices, depending on demand.

the monopolist's demand curve shifts to $D_2$, the profit-maximizing quantity continues to be 5 million units per year, but the profit-maximizing price is now \$20 per unit. It is thus possible, depending on market demand, for a monopolist to sell a given profit-maximizing quantity (5 million units in Figure 11.6) at different prices (\$15 and \$20). Therefore, no unique supply curve exists for a monopolist.

## 11.2 THE IMPORTANCE OF PRICE ELASTICITY OF DEMAND

We have just seen that the monopolist uses the market demand curve to set price. We have also seen that the monopolist's profit-maximizing price exceeds the marginal cost of the last unit supplied. In this section, we explore in more detail how the nature of the demand curve affects the gap between the monopolist's profit-maximizing price and the marginal cost. In particular, we will see that this gap is influenced in a very important way by the price elasticity of demand.

### PRICE ELASTICITY OF DEMAND AND THE PROFIT-MAXIMIZING PRICE

Figure 11.7 shows why the price elasticity of demand plays such an important role in the monopolist's profit-maximization condition. Figure 11.7(a) shows the profit-maximizing price $P_A$ and quantity $Q_A$ in a particular monopoly market, $A$. Figure 11.7(b) shows another monopoly market, $B$, in which demand is less sensitive to price. In particular, we constructed the demand curve in market $B$ by pivoting the demand curve in market $A$ around the profit-maximizing price and quantity in market $A$. That is, demand curve $D_B$ is less price elastic than demand curve $D_A$ at the profit-maximizing price $P_A$ for market $A$. Comparing the two markets, we see that the gap between the




**FIGURE 11.7 How Price Elasticity of Demand Affects Monopoly Pricing**
In market $A$, the profit-maximizing price is $P_A$. In market $B$, where demand is less price elastic at the price $P_A$, the profit-maximizing monopoly price is $P_B$. The difference between the profit-maximizing price and the marginal cost $MC$ is smaller when demand is more price elastic.

Why is this IEPR significant? One important reason is that this condition distinguishes monopsony labor markets from perfectly competitive labor markets. In a perfectly competitive labor market, in which many firms purchase labor services, each firm would take the price of labor $w$ as given. Each firm would thus maximize its profits by choosing a quantity of labor that equates the marginal revenue product of labor with the wage rate: $MRP_L = w$. In a monopsony labor market, by contrast, the monopsony firm pays a wage that is *less than* the marginal revenue product. The IEPR tells us that the amount by which the wage falls short of the marginal revenue product is determined by the inverse elasticity of labor supply.

## LEARNING-BY-DOING EXERCISE 11.9

### Applying the Inverse Elasticity Rule for a Monopsonist

A firm produces output, measured by $Q$, which is sold in a market in which the price $P = 12$, regardless of the size of $Q$. The output is produced using only one input, labor (measured by $L$); the production function is $Q(L) = L$. Labor is supplied by competitive suppliers, and everywhere along the supply curve the elasticity of supply is 2. The firm is a monopsonist in the labor market.

**Problem** How much lower is the wage rate paid by the monopsonist than the wage rate the firm would charge if it behaved as a perfect competitor?

**Solution** Each unit of labor produces 1 unit of output ($MP_L = 1$), each of which can be sold at a price of 12. Thus, $MRP_L = P(MP_L) = 12$. The perfectly competitive firm would pay a wage rate equal to the marginal product of labor, which is 12.

Now let's consider how the firm sets the wage rate if it behaves as a monopsonist. Since the elasticity of supply of labor is constant, we can use the inverse elasticity rule for a monopsonist: $[MRP_L - w]/w = 1/\epsilon_{L,w}$. The inverse elasticity rule for the monopsonist then becomes $[12 - w]/w = 1/2$. Thus, the monopsonist would pay a wage rate of 8, which is a third less than the wage rate in a perfectly competitive market.

**Similar Problems:** 11.30, 11.32

## MONOPSONY DEADWEIGHT LOSS

Just as monopoly results in a deadweight loss, so does monopsony. To see why, consider the monopsony equilibrium in Figure 11.19, where our monopsonistic coal mining firm pays a wage rate of $8 per hour and employs a total quantity of labor of 3,000 hours per week (the same condition illustrated in Figure 11.18). In this monopsonistic market, the coal mining firm is a "consumer" of labor services, while the workers are the "producers" of labor services. The coal firm's profit equals total revenue less total expenditures on labor. Total revenue from selling output is the area under the marginal revenue product of labor curve $MRP_L$ up to the optimal labor supply of 3,000, or areas $A + B + C + D + E$. The firm's total cost of labor is areas $D + E$, so the coal firm's profit, or equivalently, its *consumer surplus*, is areas $A + B + C$.

The labor suppliers' *producer surplus* is the difference between total wages received and the total opportunity cost of the labor supplied. Total wage payments equal areas $D + E$. The opportunity cost of labor supply is reflected in the labor supply curve. The area underneath the labor supply curve $w(L)$ up to the quantity of 3,000—area $E$—represents the total compensation needed to elicit that supply of labor, which corresponds to the economic value workers receive in their best outside opportunity.




| | Perfect Competition | Monopsony | Impact of Monopsony |
|---|---|---|---|
| Consumer surplus | $A + B + F$ | $A + B + C$ | $C - F$ |
| Producer surplus | $C + D + G$ | $D$ | $-C - G$ |
| Net economic benefit | $A + B + C + D + F + G$ | $A + B + C + D$ | $-F - G$ |

**FIGURE 11.19 Monopsony Equilibrium versus Perfectly Competitive Equilibrium**
The profit-maximizing monopsony quantity of labor is 3,000 hours per week, and the profit-maximizing wage rate is $8 per hour. In a perfectly competitive market, the equilibrium quantity of labor is 5,000 hours per week, and the equilibrium wage rate is $12 per hour. At the monopsony equilibrium, net economic benefit is $A + B + C + D$. At the perfectly competitive equilibrium, net economic benefit is $A + B + C + D + F + G$. The deadweight loss due to monopsony is thus $F + G$.

That outside opportunity might be the value of the leisure a worker enjoys by not working, or it might be the wage he or she would get if he or she migrated from the region to another labor market. Thus, producer surplus is areas $D + E - E =$ area $D$. The sum of producer and consumer surplus (net economic benefit) thus equals areas $A + B + C + D$.

If the market for labor were perfectly competitive, the market clearing price of labor would equal $12 per hour, and the corresponding quantity of labor would be 5,000 hours per week. Thus, a monopsony market results in an underemployment of the input—in this case, labor—relative to the competitive market outcome. In a competitive market, consumer surplus equals areas $A + B + F$, while producer surplus equals areas $C + D + G$. As the table in Figure 11.19 reveals, monopsony transfers surplus from the owners of the input to the buyers of the input—in this case, from workers to the coal mining firm. Since the monopsonist uses fewer units of the input than a competitive market would use, there is a deadweight loss. The table in Figure 11.19 shows that this deadweight loss is areas $F + G$.

The dominant firm's problem is to find a price that maximizes its profits, taking into account how that price affects the competitive fringe's supply. To solve this problem, we need to identify the dominant firm's residual demand curve $D_R$, which will tell us how much the dominant firm can sell at different prices. We derive $D_R$ by subtracting the fringe's supply from the market demand at each price. For example, at a price of \$35, market demand is 90 units, and the price-taking fringe would supply 10 units. The dominant firm's residual demand at a price of \$35 is thus 80 units. Point $A$ is thus one point on $D_R$. By identifying the horizontal distance between $D_M$ and $S_F$ at every price, we can trace out the full residual demand curve. At prices less than \$25 per unit, fringe firms will not supply output, and the dominant firm's residual demand curve coincides with the market demand curve. At \$75, the dominant firm's residual demand shrinks to zero, and fringe firms satisfy the entire market demand.

The dominant firm finds its optimal quantity and price by equating the marginal revenue $MR_R$ associated with the residual demand curve to its marginal cost $MC$ (\$25 in Figure 13.7). We see that the dominant firm's optimal quantity is 50 units per year, with the profit-maximizing price of \$50 per unit. We use the residual demand curve rather than the market demand curve to determine the price because it is the residual demand curve that tells us how much the dominant firm can sell at various market prices.

At a price of \$50, market demand is 75 units per year, and the competitive fringe supplies 25 units. By setting a price of \$50, which is twice as high as the minimum price of \$25 at which fringe firms would be willing to supply output, the dominant firm creates a price umbrella that allows some fringe firms to operate profitably. And of course, as we have just shown, this price maximizes profit for the dominant firm, which earns a profit equal to (\$50 − \$25) × 50, or \$1,250 per year.

Figure 13.8 shows what happens when the size of the competitive fringe grows because additional fringe producers enter the market. The fringe's supply curve pivots rightward, from $S_F$ to $S'_F$ (the fringe supplies more at a given price). This causes the dominant firm's residual demand curve to pivot leftward from $D_R$ to $D'_R$ (the dominant




**FIGURE 13.8 Dominant Firm Market When the Size of the Competitive Fringe Grows**
When the size of the fringe grows, the fringe's supply curve rotates rightward to $S'_F$, causing the residual demand curve to rotate leftward to $D'_R$. The new profit-maximizing quantity for the dominant firm is 50 units, and the profit-maximizing price is \$42. At this price, the fringe supplies 33 units of the total market demand of 83 units.

firm supplies less at a given price). As a result, the dominant firm's profit-maximizing price becomes \$42 per unit, rather than \$50 per unit. Its optimal quantity continues to be 50 units, but the fringe's supply increases from 25 to 33.[19] The dominant firm's market share falls from 67 percent to 60 percent, and its profit falls from \$1,250 to \$833.

**limit pricing** A strategy whereby the dominant firm keeps its price below the level that maximizes its current profit in order to reduce the rate of expansion by the fringe.

Given this, why doesn't the dominant firm do something to slow the rate of entry of fringe firms? The prices \$50 and \$42 maximize the dominant firm's profit at a particular point in time (e.g., in a given year). But if the rate of entry by fringe firms depends on the current market price, the dominant firm might want to follow a strategy of **limit pricing**, whereby the dominant firm keeps its price below the level

## LEARNING-BY-DOING EXERCISE 13.3

### Computing the Equilibrium in the Dominant Firm Model

Suppose that the market demand curve in a global mining industry is given by $Q^d = 110 - 10P$, where $Q^d$ is measured in millions of units of product mined per year and $P$ is measured in dollars per unit. The industry is dominated by a large firm with a constant marginal cost of \$5 per unit. There also exists a competitive fringe of 200 firms, each of whom has a marginal cost given by $MC = 5 + 100q$, where $q$ is the output of a typical fringe firm.

### Problem

(a) What is the equation of the supply curve for the competitive fringe?

(b) What is the equation of the dominant firm's residual demand curve?

(c) What is the profit-maximizing quantity of the dominant firm? What is the resulting market price? At this price, how much does the competitive fringe produce, and what is the fringe's market share (i.e., the fringe quantity divided by total industry quantity)? What is the dominant firm's market share?

### Solution

(a) To find the supply curve of the competitive fringe, we proceed as follows. Each price-taking fringe firm produces to the point at which the market price equals marginal cost: $P = 5 + 100q$, or $q = (P - 5)/100$. This equation is valid only if the market price is greater than or equal to 5. If the price is less than 5, each fringe firm would produce nothing. In this exercise, there is no loss of generality in assuming that the market price will exceed 5 and that a fringe firm's supply curve is given by $q = (P - 5)/100$. This is because the marginal cost of the dominant firm is 5, and the dominant will not operate at a point at which its price is less than its marginal cost. Given this, the fringe's overall supply curve is found by multiplying the individual fringe supply curve by the number of fringe firms (200): $Q^s = (200)(P - 5)/100 = 2P - 10$. Thus, the overall fringe supply curve is $Q^s = 2P - 10$.

(b) We find the residual demand curve by subtracting the overall fringe supply from the market demand curve. Letting $Q^r$ denote residual demand, we have: $Q^r = Q^d - Q^s = (110 - 10P) - (2P - 10)$, which implies $Q^r = 120 - 12P$.

(c) To find the profit-maximizing quantity of the dominant firm, we first invert the residual demand (dropping the superscript $r$) to get: $P = 10 - (1/12)Q$. The corresponding marginal revenue curve is $MR = 10 - (1/6)Q$. Equating marginal revenue to marginal cost gives us $10 - (1/6)Q = 5$, which implies $Q = 30$ million units per year. The resulting market price is $P = 10 - (1/12)(30) =$ \$7.50 per unit. At this price, the fringe's overall supply is: $2(7.50) - 10 = 5$ million units per year. The total industry output is thus 35 million units: 30 million units produced by the dominant firm and 5 million units produced by the fringe. The fringe's market share is thus $5/(5 + 30) = 14.29$ percent, while the dominant firm's market share is 85.71 percent.

**Similar Problems:** 13.20, 13.21, 13.23

[19]The dominant firm's profit-maximizing quantity stayed at 50 units per year because of the way we constructed the demand curve and fringe supply curve for this example. A shift in the fringe's supply curve could, in general, change the dominant firm's profit-maximizing output.

that maximizes its current profit, in order to reduce the rate of expansion by the fringe.[20] Under limit pricing, the dominant firm sacrifices profits today in order to keep future profits higher than they would otherwise be.

A limit pricing strategy is most appealing when a high current price induces the competitive fringe to expand rapidly.[21] Limit pricing is also attractive when the dominant firm takes the "long view" and emphasizes future over current profits in making decisions. Finally, the limit pricing strategy tends to be attractive when a dominant firm has a significant cost advantage over its rivals. A cost advantage allows the dominant firm to keep its price low to slow the rate of entry without much sacrifice of current profit.

## 13.4 OLIGOPOLY WITH HORIZONTALLY DIFFERENTIATED PRODUCTS

In many markets, such as beer, ready-to-eat breakfast cereals, automobiles, and soft drinks, firms sell products that consumers consider distinctive from each other. In these markets, we say that firms produce differentiated products. In this section, following up on our brief discussion in Chapter 11, we take a deeper look at product differentiation and then explore how firms in a differentiated products oligopoly might compete against each other.

### WHAT IS PRODUCT DIFFERENTIATION?

Economists distinguish between two types of product differentiation: vertical and horizontal. **Vertical differentiation** is about inferiority or superiority. Two products are vertically differentiated when consumers consider one product better or worse than the other. Duracell batteries are vertically differentiated from generic store-brand batteries because they last longer. This makes Duracell batteries unambiguously superior to store-brand batteries.

**vertical differentiation** A situation involving two products such that consumers consider one product better or worse than the other.

**Horizontal differentiation** is about substitutability. Two products, *A* and *B*, are horizontally differentiated when, at equal prices, some consumers view *B* as a poor substitute for *A* and thus will buy *A* even if *A*'s price is higher than *B*'s, while other consumers view *A* as a poor substitute for *B* and thus will buy *B* even if *B*'s price is higher than *A*'s. Diet Coke and Diet Pepsi are horizontally differentiated. Some consumers view Diet Pepsi as a poor substitute for Diet Coke, while others view Diet Coke as a poor substitute for Diet Pepsi.

**horizontal differentiation** A situation involving two products such that some consumers view one as a poor substitute for the other and thus will buy the one even if its price is higher than the other's.

Horizontal differentiation and vertical differentiation are distinct forms of product differentiation. For example, all consumers might agree that Duracell batteries are better than a store-brand battery because they last twice as long, but if all consumers also regard two store-brand batteries as equivalent to one Duracell battery, then the two products, though vertically differentiated, would not be horizontally

[20]It is an interesting question—beyond the scope of this book—why the rate of fringe expansion might depend on the current industry price. One possibility is that existing fringe firms rely on current profits to finance their expansion plans, and so a lower price will mean lower current profits and (for some) more difficulty expanding their capacity. (Of course, if expansion is profitable, one might wonder why fringe firms cannot go to their bankers and get a loan to fund their expansion plans.) This point is best explored in advanced courses, such as industrial economics and finance.

[21]These insights about the limit pricing problem come from D. Gaskins, "Dynamic Limit Pricing: Optimal Pricing under the Threat of Entry," *Journal of Economic Theory* 3 (September 1971): 306–322.