**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | Case No. 1:14-md-02542<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick |
| *This document relates to Case No. 1:14-cv-00905* | **DECLARATION OF ALDO A. BADINI IN SUPPORT OF TREEHOUSE PLAINTIFFS' OPPOSITION TO DEFENDANT KEURIG'S MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF DR. DAVID SIBLEY** |

I, Aldo A. Badini, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and a partner at Winston & Strawn LLP ("Winston"). I am one of the attorneys representing Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse" or "Plaintiffs") in the above-captioned matter. I make this declaration on personal knowledge and in support of TreeHouse Plaintiffs' Opposition to Defendant Keurig's Motion to Exclude the Expert Reports and Testimony of Dr. David Sibley, unless I indicate that I make a statement on information and belief. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Deposition Transcript of Dr. Kevin Murphy, dated March 24, 2021.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Dr. Keith Ugone, dated March 17, 2021.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition Transcript of Ms. Michelle Stacy, dated March 10, 2020.

5. Attached as Exhibit D is a true and correct copy of excerpts from the Deposition Transcript of Mr. Tom Tate, dated January 24, 2020.

6. Attached as Exhibit E is a true and correct copy of excerpts of the Deposition Transcript of Mr. Ronald DiFabio, dated February 11, 2020.

7. Attached as Exhibit F is a true and correct copy of the Horizontal Merger Guidelines of the United States Department of Justice and the Federal Trade Commission, issued August 19, 2010.

8. Attached as Exhibit G is a true and correct copy of an excerpt of Phillip E. Areeda & Herbert Hovenkamp et al., *Antitrust Law* (1998 ed.).

9. Attached as Exhibit H is a true and correct copy of A. Douglas Melamed, *Exclusionary Conduct Under the Antitrust Laws: Balancing, Sacrifice, and Refusals to Deal*, 20 Berkeley Tech. L.J. 1247 (2005).

10. Attached as Exhibit I is a true and correct copy of David S. Sibley et al., *Tying and Bundled Discounts: An Equilibrium Analysis of Antitrust Liability Tests*, 13 Berkeley Bus. L.J. 149 (2016).

11. Attached as Exhibit J is a true and correct copy of J. Baker & T. Bresnahan, "Economic Evidence in Antitrust: Defining Markets and Measuring Market Power" *in Handbook of Antitrust Economics* (P. Buccirossi, Editor; Cambridge: The MIT Press, 2008).

12. Attached as Exhibit K is a true and correct copy of a PowerPoint presentation prepared by Keurig, bearing Bates number KGM02288881, which was marked as Plaintiffs' Exhibit 3156.

13. Attached as Exhibit L is a true and correct copy of a PowerPoint presentation prepared by Keurig, dated February 24, 2014, bearing Bates number KGM01806670.

14. Attached as Exhibit M is a true and correct copy of a declaration by Ms. Rossana Klawon, bearing Bates number KROG_SSCOFFEE_0000218, which was marked as Plaintiffs' Exhibit 2667.

15. Attached as Exhibit N is a true and correct copy of the Amended Expert Reply Report of David S. Sibley, Ph.D., dated March 8, 2021, the Errata for February 1, 2021 Reply Expert Report and Materials Relied Upon of David S. Sibley, Ph.D., dated March 8, 2021, and the Second Errata for Reply Expert Report and Materials Relied Upon of David S. Sibley, Ph.D., dated March 31, 2021.

16. Attached as Exhibit O is a true and correct copy of excerpts of the Deposition Transcript of Ms. Rossana Klawon, dated June 25, 2020.

17. Attached as Exhibit P is a true and correct copy of emails between Keurig executives Mr. Tom Ferguson, Senior Vice President, US Sales and Mr. John Whoriskey, President, US Sales and Marketing, in the ordinary course of business, dated February 20 and March 9, 2014, bearing Bates numbers KGM00419227-31, which was marked as Plaintiffs' Exhibit 1813.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
September 29, 2021

WINSTON & STRAWN LLP

By: /s/ *Aldo A. Badini*

Aldo A. Badini
abadini@winston.com
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*