# Exhibit E

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x

IN RE: KEURIG GREEN : Civil Action No.
MOUNTAIN SINGLE-SERVE COFFEE : 14-md-02542-VSB
ANTITRUST LITIGATION MDL No. 2542

- - - - - - - - - - - - - - -x

Videotaped Deposition of Ronald DiFabio

Boston, Massachusetts

February 11, 2020

9:34 a.m.

Job No.: 297581

Pages: 1 - 297

Reported By: Alan H. Brock, RDR, CRR

MS. NEWTON: Objection as to form, lacks 17:01:24
foundation. 17:01:33
A. Yes. 17:01:36
Q. And did Walmart in fact verbally confirm 17:01:41
that they were engaged in the principle of the 17:01:43
agreement, as you state here? 17:01:49
A. They did. 17:01:50
MS. NEWTON: Objection as to form. 17:01:51
MS. TORPEY: Let's take a look at a 17:01:56
document that has been previously marked as 17:02:00
Plaintiffs' Exhibit 458, which for the record bears 17:02:05
Bates numbers KGM02145728 through 29. 17:02:23
Q. Do you recognize this as an email you sent 17:02:35
in the ordinary course of business? 17:02:37
A. I do. 17:02:39
Q. And this document relates to the 17:02:46
disappointing reviews that were posted regarding the 17:02:52
2.0; correct? 17:02:58
A. The overarching purpose of the letter was 17:02:59
to make sure that John and Brian were aware of what 17:03:04
I felt were going to be the reoccurring themes of 17:03:07
our upcoming housewares show. 17:03:11
Q. Meaning that consumers were disappointed 17:03:14
with the 2.0? 17:03:17
MS. NEWTON: Objection, form. 17:03:18

REPORTER'S CERTIFICATE

I, Alan H. Brock, Registered Diplomate Reporter and Certified Realtime Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of Massachusetts that the foregoing is true and correct.

Dated this 21st day of February, 2020.

____________________

Alan H. Brock, RDR, CRR