**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION<br><br>*This document concerns the McLane actions.* | Case No. 1:14-md-02542 (VRB) (SLC)<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick<br>Hon. Sarah L. Cave |

## DECLARATION OF ALEXANDER G. BROWN

I, Alexander G. Brown, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Alston & Bird LLP. I am one of the attorneys representing Plaintiff McLane Company, Inc. ("McLane") in the above-captioned matter. I make this declaration on personal knowledge and in support of McLane's Memorandum of Law In Opposition to Defendant Keurig Green Mountain, Inc.'s ("Keurig") Motion to Exclude the Reports and Testimony of McLane Expert Phillip M. Johnson, Ph.D. If I were called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the August 28, 2020 Expert Report of Phillip M. Johnson, Ph.D., submitted by McLane. Dr. Johnson's Expert Report was previously designated in this case as Plaintiffs' deposition Exhibit 1973.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain from Mr. Brian Kelley to Mr. Mark Dowley, dated January 24, 2014, and bearing bates numbers KGM00394605-07, which was marked as Plaintiffs' Exhibit 2047.

4. Attached hereto as Exhibit 3 is a true and correct copy of the February 1, 2021 Reply Expert Report of Phillip M. Johnson, Ph.D., submitted by McLane. Dr. Johnson's reply report was previously designated in this case as Plaintiffs' deposition Exhibit 1974.

5. Attached hereto as Exhibit 4 is a true and correct copy of the December 7, 2020 Rebuttal Expert Report of Keith R. Ugone, Ph.D., as submitted by Keurig, rebutting the opinions of McLane's damages expert Phillip M. Johnson, Ph.D. Dr. Ugone's McLane Rebuttal Report was previously designated in this case as Plaintiffs' deposition Exhibit 1971.

6. Attached hereto as Exhibit 5 is a true and correct copy of the February 22, 2021 Sur-Reply Expert Report of Keith R. Ugone, Ph.D., as submitted by Keurig, further rebutting the opinions of McLane's damages expert Phillip M. Johnson, Ph.D. Dr. Ugone's McLane Sur-Reply Report was previously designated in this case as Plaintiffs' deposition Exhibit 1972.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the March 31, 2021 Deposition of Phillip M. Johnson, Ph.D.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email chain from Mr. Adam Chojnacki to Mr. Tom Ferguson, dated March 21, 2013, and bearing bates numbers KGM01416597-99, which was marked Plaintiffs' Exhibit 1790.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the June 17, 2020 Costco 30(b)(6) Deposition of Shannon Axthelm.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the June 5, 2019 Deposition of John M. Overton, Jr. (Overton Sales & Marketing).

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the June 30, 2020 Walmart 30(b)(6) Deposition of Creighton Kiper.

12. Attached hereto as Exhibit 11 is a true and correct copy of a Green Mountain Coffee Roasters, Inc. PowerPoint Presentation titled "Competitive Update Discussion For December 2011 ELT Meeting" and bearing bates number KGM08961908, which was marked as Plaintiffs' Exhibit 1580.

13. Attached hereto as Exhibit 12 is a true and correct copy of a September 2013 Keurig PowerPoint Presentation titled "Capturing Unlicensed K-Cup Coffee Share: September 2013 Operating Review" and bearing bates numbers KGM00342570, which was marked as Plaintiffs' Exhibit 1316.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email chain from Mr. John Whoriskey to Mr. Steve Ferreira and Ms. Annette Herz, dated August 5, 2009, bearing bates numbers KGM02722071-72, which was marked Plaintiffs' Exhibit 1737.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the June 5, 2020 The J.M. Smucker Company 30(b)(6) Deposition of Vincent C. Byrd.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of the March 10, 2020 Deposition of Michelle V. Stacy (Keurig).

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the June 12, 2020 Microtrace, LLC 30(b)(6) Deposition of Brian Brogger.

18. Attached hereto as Exhibit 17 is a true and correct copy of an email chain from Mr. Steve Dawson to Ms. Helen Simons, dated May 15, 2012, and bearing bates numbers SAG00000288-94, which was marked as Plaintiffs' Exhibit 950.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the transcript of the July 19, 2019 Sagentia 30(b)(6) Deposition of Dan Edwards.

20. Attached hereto as Exhibit 19 is a true and correct copy of a declaration by Mr. Andrew Gross, dated August 11, 2014, which was marked as Plaintiffs' Exhibit 1907.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the transcript of the February 25, 2020 Deposition of Andrew Gross (Keurig).

22. Attached hereto as Exhibit 21 is a true and correct copy of the December 7, 2020 Rebuttal Expert Report of Kevin M. Murphy, Ph.D., as submitted by Keurig, rebutting the opinions of McLane's experts Phillip M. Johnson, Ph.D. and Jeffrey J. Leitzinger, Ph.D., among others. Dr. Murphy's Rebuttal Report was previously designated in this case as Plaintiffs' Exhibit 3137.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the transcript of the March 3, 2021 deposition of Keith R. Ugone, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2021

Respectfully submitted,

*/s/ Alexander G. Brown*

Alexander G. Brown (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
alex.brown@alston.com

*Counsel for Plaintiff McLane Company, Inc.*