Case 1:14-md-02542-VSB-SLC Document 1249 Filed 04/19/21 Page 1 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION<br><br>*This document concerns the Treehouse, McLane, and JBR actions.* | Case No. 1:14-md-02542 (VRB) (SLC)<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick |

**<u>DECLARATION OF ALEXANDER G. BROWN</u>**

I, Alexander G. Brown, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Alston & Bird LLP. I am one of the attorneys representing Plaintiff McLane Company, Inc. (“McLane”) in the above-captioned matter. I make this declaration on personal knowledge and in support of Plaintiffs’ Motion to Exclude Certain Opinions of Keith R. Ugone, Ph.D. If I were called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the December 7, 2020 Rebuttal Expert Report of Keith R. Ugone, Ph.D., as submitted by Defendant Keurig Green Mountain, Inc. (“Keurig”), rebutting the opinions of McLane’s damages expert Phillip M. Johnson, Ph.D. Dr. Ugone’s McLane Rebuttal Report was previously designated in this case as Plaintiffs’ deposition Exhibit 1971.

3. Attached as Exhibit B is a true and correct copy of the December 7, 2020 Rebuttal Expert Report of Keith R. Ugone, Ph.D., as submitted by Keurig, rebutting the opinions of TreeHouse Foods, Inc.’s, Bay Valley Foods, LLC’s, and Sturm Foods, Inc.’s (collectively, “TreeHouse”) damages expert Lauren J. Stiroh, Ph.D., and an excerpt of the accompanying exhibits. Dr. Ugone’s Treehouse Rebuttal Report was previously designated in this case as

Plaintiffs' deposition Exhibit 3122, and his accompanying exhibits were previously designated as Plaintiffs' deposition Exhibit 3123.

4. Attached as Exhibit C is a true and correct copy of the December 7, 2020 Rebuttal Expert Report of Keith R. Ugone, Ph.D., as submitted by Keurig, rebutting the opinions of JBR, Inc.'s (d/b/a Rogers Family Company) damages expert Gareth Macartney, Ph.D. Dr. Ugone's JBR Rebuttal Report was previously designated in this case as Plaintiffs' deposition Exhibit 2930.

5. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the March 17, 2021 deposition of Keith R. Ugone, Ph.D.

6. Attached as Exhibit E is a true and correct copy of excerpts from the March 2, 2021 Sur-Reply Expert Report of Keith R. Ugone, Ph.D., as submitted by Keurig, further rebutting the opinions of TreeHouse's damages expert Lauren J. Stiroh, Ph.D. Dr. Ugone's Treehouse Sur-Reply Report was previously designated in this case as Plaintiffs' deposition Exhibit 3125.

7. Attached hereto as Exhibit F is a true and correct copy of the February 22, 2021 Sur-Reply Expert Report of Keith R. Ugone, Ph.D., as submitted by Defendant Keurig Green Mountain, Inc. ("Keurig"), further rebutting the opinions of McLane's damages expert Phillip M. Johnson, Ph.D. Dr. Ugone's McLane Sur-Reply Report was previously designated in this case as Plaintiffs' deposition Exhibit 1972.

8. Attached as Exhibit G is a true and correct copy of excerpts from the transcript of the March 3, 2021 deposition of Keith R. Ugone, Ph.D.

9. Attached hereto as Exhibit H is a true and correct copy of the August 28, 2020 Expert Report of Phillip M. Johnson, Ph.D., submitted by McLane. Dr. Johnson's Expert Report was previously designated in this case as Plaintiffs' deposition Exhibit 1973.

10. Attached hereto as Exhibit I is a true and correct copy of the February 1, 2021 Reply Expert Report of Phillip M. Johnson, Ph.D., submitted by McLane. Dr. Johnson's reply report was previously designated in this case as Plaintiffs' deposition Exhibit 1974.

11. Attached as Exhibit J is a true and correct copy of an excerpt from a presentation Keurig delivered to this Court on September 4, 2014 in support of Keurig's Opposition to JBR's Motion for a Preliminary Injunction.

12. Attached as Exhibit K is a true and correct copy of an excerpt from a 1998 publication titled "Witness Preparation," published by Aspen Law & Business, A Division of Aspen Publishers, Inc. The excerpted Section 13.4 is titled "Preparing the Financial Expert or Economist," authored by Keith R. Ugone, Ph.D. and George G. Strong, Jr.

13. Attached as Exhibit L is a true and correct copy of excerpts from the March 31, 2020 Declaration of Timothy J. Descoteaux (Crystal Rock) and accompanying exhibits, produced in this case with the Bates number range of CRTD_0000001 through CRTD_0000045, and previously designated in this case as Defendant's deposition Exhibit 1 to the Deposition of Timothy Descoteaux.

14. Attached as Exhibit M is a true and correct copy of excerpts from the transcript of the May 8, 2020 deposition of Peter Baker (Crystal Rock).

15. Attached as Exhibit N is a true and correct copy of excerpts from the transcript of the June 2, 2020 deposition of Timothy Descoteaux (Crystal Rock).

16. Attached as Exhibit O is a true and correct copy of excerpts from the May 8, 2020 Declaration of Rossana Klawon (Kroger), produced in this case with the Bates number range of KROG_SSCOFFEE_0000218 through KROG_SSCOFFEE_0000238, previously designated in this case as Plaintiffs' deposition Exhibit 2667.

Case 1:14-md-02542-VSB-SLC Document 1273 Filed 08/18/21 Page 4 of 4

17. Attached as Exhibit P is a true and correct copy of excerpts from the June 5, 2020 Declaration of Timothy Canale (AVA Coffee), produced in this case with the Bates number range of AVTC0000001 through AVTC0000010.

18. Attached as Exhibit Q is a true and correct copy of excerpts from the February 1, 2021 Expert Reply Report of Lauren J. Stiroh, Ph.D, submitted by Treehouse, previously designated in this case as Plaintiffs' deposition Exhibit 3127.

19. Attached as Exhibit R is a true and correct copy of excerpts from the transcript of the April 2, 2021 deposition of Keith R. Ugone, Ph.D.

20.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2021

Respectfully submitted,

/s/ Alexander G. Brown

Alexander G. Brown (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
alex.brown@alston.com

*Counsel for Plaintiff McLane Company, Inc.*