**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | Case No. 1:14-md-02542 (VSB) (SLC)<br>MDL No. 2542 |
| | Hon. Vernon S. Broderick<br>Hon. Sarah L. Cave |
| *This document concerns all related actions.* | |

**DECLARATION OF ALEXANDER G. BROWN**

1. I am an attorney at the law firm Alston & Bird LLP. I am one of the attorneys representing Plaintiff McLane Company, Inc. ("McLane") in the above-captioned matter. I make this declaration on personal knowledge and in support of Plaintiffs Treehouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc., McLane Company, Inc., and JBR, Inc. (d/b/a Rogers Family Company) (collectively "Plaintiffs") Memorandum of Law In Opposition to Defendant Keurig Green Mountain, Inc.'s ("Keurig") Motions to Exclude the Reports and Testimony of Plaintiffs' Experts Hon. James Ware and Hon. Randall Rader. If I were called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Expert Report of David Sibley, Ph.D., dated September 11, 2020.

3. Attached as Exhibit B is a true and correct copy of excerpts from the 30(b)(6) deposition of Keurig by Mark Wood, former Chief Business Development and Partners Officer for Keurig, dated December 3, 2019.

4. Attached as Exhibit C is a true and correct copy of an email and attachment from Doug Cunningham, dated January 21, 2020, with the subject line, "In re: Keurig – Subpoena to

Kraft Foods Group."

5. Attached as Exhibit D is a true and correct copy of Plaintiffs' Notice of Deposition of Defendant Keurig Green Mountain, Inc., Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated July 19, 2019, which was introduced and marked as Plaintiffs' Deposition Exhibit 1551.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Expert Report of Kevin M. Murphy, dated December 7, 2020.

7. Attached as Exhibit F is a true and correct copy of an email from Mulan Cui, dated July 31, 2020, with the subject line, "In re Keurig – Expert Disclosures."

8. Attached as Exhibit G is a true and correct copy of the Sur-Reply Expert Report of Keith R. Ugone, Ph.D., dated March 2, 2021, which was introduced and marked as Plaintiffs' Deposition Exhibit 3125.

9. Attached as Exhibit H is a true and correct copy of the Sur-Reply Expert Report of Keith R. Ugone, Ph.D., dated February 22, 2021.

10. Attached as Exhibit I is a true and correct copy of excerpts from the deposition transcript of Judge Arthur Gajarsa, dated April 2, 2021.

11. Attached as Exhibit J is a true and correct copy of a document produced in this litigation by Keurig bearing the Bates numbers KGM10863183-204.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2021

Respectfully submitted,

*/s/ Alexander G. Brown*

Alexander G. Brown (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
alex.brown@alston.com

*Counsel for Plaintiff McLane Company, Inc.*