**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | *This Document Relates to*<br>*Case No. 1:14-cv-00905 (VSB) (SLC)* |

**DECLARATION OF MATTHEW PILSNER**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memoranda of Law in Support of its (1) Motion to Exclude the Expert Reports and Testimony of TreeHouse Expert Sarah Butler; (2) Motion to Exclude the Expert Reports and Testimony of TreeHouse Expert Hal Poret; and (3) Motion to Exclude the Expert Reports and Testimony of TreeHouse Expert Mohan Rao, Ph.D.

2. Attached hereto as Exhibits 1-33 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Sarah Butler Analysis of Cup Testing Evidence, Aug. 28, 2020, and Errata dated March 1, 2021 |
| 2 | Sarah Butler Deposition Transcript (Vol. II), March 3, 2021, and Errata dated April 29, 2021 |
| 3 | Rebuttal Expert Report of G. Richard Slovenko to Sarah Butler's Analysis Of Cup Testing Evidence, Dec. 7, 2020 |
| 4 | Reply Expert Report of Sarah Butler on Analysis of Cup Testing Evidence, Feb. 1, 2021 |
| 5 | Expert Report of Sarah Butler Survey of Consumers and the Away-From-Home Market, Aug. 28, 2020, and Errata dated January 4, 2021 |
| 6 | Expert Rebuttal Report of Peter E. Rossi, Ph.D., Dec. 7, 2020 |
| 7 | Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, (Federal Judicial Center, 3d ed. 2011) |
| 8 | Shadish, William R., Thomas D. Cook, Donald T. Campbell. "Experimental and Quasi-Experimental Designs for Generalized Causal Inference," Wadsworth Cengage Learning (Wadsworth Cengage Learning 2002) |
| 9 | Sarah Butler Deposition Transcript (Vol. I), March 2, 2021 |
| 10 | Brian M. Sowers Deposition Transcript, March 8, 2021, and Errata |
| 11 | Peter E. Rossi, Ph.D. Deposition Transcript, March 4, 2021, and Errata dated April 14, 2021 |
| 12 | Bradburn, Norman, et al., *Asking Questions: The Definitive Guide to Questionnaire Design – For Market Research*, *Political Polls, and Social and Health Questionnaires* (Jossey-Bass Publishers 2004); |
| 13 | Payne, Stanley. L. *The Art of Asking Questions*, 33 (Princeton University Press 1951) |
| 14 | Exhibit 13 to Sarah Butler Deposition Transcript (Vol. I), March 2, 2021 |
| 15 | Sarah Butler & Kent Van Liere, "The Use of Surveys in Litigation: Recent Trends," in *Insight in Economics* (NERA Economic Consulting April 7, 2010) |
| 16 | Excerpt of David Manly's Deposition Transcript, June 27, 2019 |
| 17 | Barbara Kitchenham and Shari Lawrence Pfleeger, "Principles of Survey Research: Part 5: Populations and Samples." *ACM SIGSOFT Software Engineering Notes* (2002) |
| 18 | Exhibit 9 to Sarah Butler Deposition Transcript (Vol. I), March 2, 2021 |
| 19 | Exhibit 7 to Sarah Butler Deposition Transcript (Vol. I), March 2, 2021 |
| 20 | Exhibit 8 to Sarah Butler Deposition Transcript (Vol. I), March 2, 2021 |
| 21 | Expert Report of Hal Poret in Matter of Treehouse v. Green Mountain, January 2018 |
| 22 | Sarah Butler, "Survey Evidence in False Advertising Cases," The Antitrust Trial Practice Newsletter, 2010 |
| 23 | Supplemental Expert Report of Hal Poret in Matter of Treehouse V. Green Mountain, February 2021 |
| 24 | Hal Poret Deposition Transcript, March 10, 2021, and Errata dated April 29, 2021 |
| 25 | Exhibit 8 to Hal Poret Deposition Transcript, March 10, 2021 |
| 26 | Exhibit 9 to Hal Poret Deposition Transcript, March 10, 2021 |

Case 1:14-md-02542-VSB-SLC Document 1448 Filed 08/18/21 Page 3 of 3

| | |
|---|---|
| 27 | Nosek BA, Errington TM, "What is replication?" PLoS Biol 18(3), March 27, 2020 |
| 28 | KGM02527533, Keurig Consumer Omnibus Fourth Quarter Calendar 2016 Report |
| 29 | United States Census Bureau, "Age and Sex Comparison in the United States: 2019" |
| 30 | Expert Report of Mohan Rao, Ph.D., Aug. 28, 2020, and Errata dated November 3, 2020 |
| 31 | Reply Expert Report of Mohan Rao, Ph.D., Feb. 1, 2021 |
| 32 | Mohan Rao, Ph.D. Deposition Transcript, April 7, 2021, and Errata dated June 3, 2021 |
| 33 | Peter Rossi and Greg Allenby, "Marketing Models of Consumer Heterogeneity," Journal of Econometrics (1999). |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*

Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com