**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| JBR, INC. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant/<br>Counterclaim Plaintiff. | *This Document Relates to*<br>*No. 1:14-cv-04242 (VSB) (SLC)* |

**DECLARATION OF MATTHEW PILSNER**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Opposition to JBR's Motion to Exclude the Proposed Testimony of Marc Hillmyer, Ph.D.

2. Attached hereto as Exhibits 1-11 are true and correct copies of the following documents:

| **Exhibit** | **Description** |
|---|---|
| 1 | Plaintiff JBR, Inc.'s Second Supplemental Responses and Objections to Keurig Green Mountain, Inc.'s First Set of Interrogatories, May 18, 2020 |
| 2 | Expert Report of Marc A. Hillmyer, Ph.D., August 28, 2020 |
| 3 | Plaintiff JBR, Inc.'s Responses and Objections to Keurig Green Mountain, Inc.'s First Set of RFAs, September 11, 2020 |
| 4 | Deposition Transcript of Joseph P. Greene, Ph.D., February 19, 2021 |

| | |
|---|---|
| 5 | Expert Report of Joseph P. Greene, Ph.D., December 7, 2020 |
| 6 | Expert Reply Report of Marc. A. Hillmyer, Ph.D., January 31, 2021 |
| 7 | Excerpt of Tom Garber's Deposition Transcript, March 20, 2019 |
| 8 | Excerpt of JBR's (Jim Rogers) Deposition Transcript, May 4, 2020 |
| 9 | Kolstad, J. J.; Vink, E. T. H.; De Wilde, B.; Debeer, L. "Assessment of anaerobic degradation of Ingeo™ polylactides under accelerated landfill conditions" *Polymer Degradation and Stability* 2012, *97*, 1131. |
| 10 | Deposition Transcript of Marc. A. Hillmyer, Ph.D., March 29, 2021, and Errata dated April 20, 2021 |
| 11 | Defendant's Deposition Exhibit 2 to Marc Hillmyer Ph.D.'s Deposition Transcript |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*

Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com