**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| MCLANE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | *This Document Relates to*<br>*Case No. 1:19-cv-00325 (VSB) (SLC)* |

**DECLARATION OF MATTHEW PILSNER**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Support of its Motion to Exclude the Expert Report and Testimony of Phillip M. Johnson, Ph.D.

2. Attached hereto as Exhibits 1-20 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Phillip Johnson, Ph.D. Deposition Transcript, March 31, 2021, and Errata dated May 11, 2021 |
| 2 | Expert Report of Phillip M. Johnson, Ph.D., August 28, 2020 |
| 3 | Rebuttal Expert Report of Keith R. Ugone, Ph.D., December 7, 2020 |
| 4 | Reply Expert Report of Phillip Johnson, Ph.D., February 1, 2021 |
| 5 | Expert Report of Jeffrey J. Leitzinger, Ph.D., August 28, 2020 |
| 6 | Excerpt of Pete Roger's Deposition Transcript, January 29, 2020 |

| | |
|---|---|
| 7 | Excerpt of David Vermylen's Deposition Transcript, December 17, 2019 |
| 8 | Email dated November 16, 2012, ROG002345100 |
| 9 | Excerpt of Walmart's 30(b)(6) (Rosencranz) Deposition Transcript, June 29, 2020 |
| 10 | Excerpt of Walmart's 30(b)(6) (Kiper) Deposition Transcript, June 30, 2020 |
| 11 | Excerpt of Greg Tradup's Deposition Transcript, December 17, 2019 |
| 12 | Email dated August 27, 2015, ROG001539428 |
| 13 | Jeffrey Leitzinger, Ph.D. Deposition Transcript, April 2, 2021, and Errata dated May 11, 2021 |
| 14 | Excerpt of Sam Reed's Deposition Transcript, December 5, 2019 |
| 15 | Excerpt of TreeHouse's 30(b)(6) (Reynolds) Deposition Transcript, May 13, 2020 |
| 16 | Excerpt of TreeHouse's 30(b)(6) (Reynolds) Deposition Transcript, May 14, 2020 |
| 17 | Email dated December 16, 2014, MP0001594 |
| 18 | Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* 133-35 (5th ed. 2013). |
| 19 | Excerpt from McLane Company, Inc.'s Objections and Responses to Keurig Green Mountain, Inc.'s First Set of Requests for Admissions, August 26, 2020 |
| 20 | Letter from Alex Brown to Larry Malm, March 10, 2020 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*
Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com