**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| JBR, INC. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant/<br>Counterclaim Plaintiff. | *This Document Relates to*<br>*No. 1:14-cv-04242 (VSB) (SLC)* |

## DECLARATION OF MATTHEW PILSNER

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Support of its Motion to Exclude the Expert Reports and Testimony of Gareth Macartney, Ph.D.

2. Attached hereto as Exhibits 1-33 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Gareth Macartney, Ph.D., August 28, 2020 |
| 2 | Deposition Transcript of Gareth Macartney, Ph.D. (Vol. I), March 18, 2021, and Errata dated April 19, 2021 |
| 3 | Excerpt of JBR, Inc.'s Responses and Objections to Keurig Green Mountain, Inc.'s First Set of Requests for Admission, September 11, 2020 |

| | |
|---|---|
| 4 | Gareth Macartney, et al. "Antitrust Class Proceedings – Then And Now," *The Law and Economics of Class Actions,* 2014, vol. 26. |
| 5 | Rebuttal Expert Report of Keith R. Ugone, Ph.D., December 7, 2020, and Errata dated December 18, 2020 |
| 6 | Excerpt of Pete Rogers' Deposition Transcript (Vol. I), January 28, 2020 |
| 7 | Excerpt of Tess Wilkins' Deposition Transcript, May 1, 2019 |
| 8 | Excerpt of JBR's 30(b)(6) (Giacomelli) Deposition Transcript, April 28,2020 |
| 9 | Excerpt of Aramark 30(b)(6) (Schwartz) Deposition Transcript, May 21, 2020 |
| 10 | Excerpt of Office Depot 30(b)(6) (Davis) Deposition Transcript, June 10, 2020 |
| 11 | Excerpt of Jim Rogers' Deposition Transcript (Vol. I), February 12, 2019 |
| 12 | Excerpt of John Rogers' Deposition Transcript (Vol. I), March 13, 2019 |
| 13 | Excerpt of Pete Rogers' Deposition Transcript (Vol. II), January 29, 2020 |
| 14 | Excerpt of Lisa Smoot's Deposition Transcript, March 21, 2019 |
| 15 | Email dated January 13, 2012, ROG001056075 |
| 16 | Spreadsheet, ROG001951770 |
| 17 | Exhibit 8 to Robert Giacomelli Deposition Transcript, ROG001652333 |
| 18 | Exhibit 25 to Robert Giacomelli Deposition Transcript, ROG001951775 |
| 19 | "Introducing the Freedom Ring," April 27, 2015 |
| 20 | Excerpt of Keurig Dr. Pepper 2018 Annual Report |
| 21 | Private Label Agreement, KGM03125371 |
| 22 | Private Label Agreement, KGM01561132 |
| 23 | Private Label Agreement, KGM03781451 |
| 24 | Excerpt of Kathy Hybsch's Deposition Transcript, March 6, 2019 |
| 25 | Email dated March 11, 2015, ROG001922854 |
| 26 | Email dated July 4, 2015, ROG001951775 |
| 27 | Expert Reply Report of Gareth Macartney, Ph.D., February 1, 2021 |
| 28 | Email dated February 21, 2014, KGM00409574 |
| 29 | Deposition Transcript of Jeffrey Leitzinger, Ph.D., April 2, 2021, and Errata dated May 11, 2021 |
| 30 | Excerpt of Ben Yoder's Deposition Transcript (Vol. I), September 30, 2019 |
| 31 | Deposition Transcript of Dr. Gareth Macartney (Vol. II), March 19, 2021, and Errata dated April 19, 2021 |
| 32 | Expert Report of Kevin M. Murphy, December 7, 2020, and Erratas dated December 18, 2020 and March 19, 2021 |
| 33 | PowerPoint, ROG003144817 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*

Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com