**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC)<br><br>Hon. Vernon S. Broderick |
| *This document concerns the TreeHouse, JBR, McLane, and DPP actions.* | |

**DECLARATION OF LISA M. DANZIG**

I, Lisa Danzig, hereby declare under penalty of perjury as follows:

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP. I am one of the attorneys representing Defendant Keurig in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Opposition to Plaintiffs' Motion to Exclude Testimony of Kevin Murphy, Ph.D. (the "Opposition") in the above-captioned proceedings.

2. Attached hereto as Exhibits A-K are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | Deposition Transcript of Kevin M. Murphy, Ph.D. (Day 1), Mar. 23, 2021, with Errata dated May 6, 2021 |
| B | Deposition Transcript of Kevin M. Murphy, Ph.D. (Day 2), Mar. 24, 2021, with Errata dated May 5, 2021 |
| C | Expert Report of Jeffrey J. Leitzinger, Ph.D., Aug. 28, 2020 |
| D | Reply Expert Report of Jeffrey J. Leitzinger, Ph.D., Feb. 1, 2021 |
| E | Excerpts from 30(b)(6) Deposition Transcript of Keurig (Annie Oh), Feb. 27, 2020 |
| F | Excerpts from Deposition Transcript of Ben Yoder (Keurig) (Day 1), Sept. 30, 2019 |
| G | Excerpts from Deposition Transcript of Frances Rathke (Keurig), May 17, 2019 |
| H | IRI Coffee Maker Shopper Insights, dated Nov. 20, 2015, KGM02557631 |

| | |
|---|---|
| I | Consumer Omnibus First Quarter Calendar 2017 Report, Apr. 2017, KGM02555264 |
| J | HACCP Plan Coffee Process, June 2015, ROG001478408 |
| K | Horizontal Merger Guidelines |

3. The Opposition also references materials that have already been filed on the docket or submitted to the Court pursuant to the parties' stipulated sealing procedure. *See* ECF No. 1435 (joint letter); ECF No. 1436 (entering stipulation). These materials are listed below for ease of reference, but are not attached to this Declaration to avoid duplicative submissions.

| **ECF No.** | **Description** |
|---|---|
| ECF No. 1418-3 | Expert Report of Kevin M. Murphy, Ph.D., Dec. 7, 2020 |
| ECF No. 1467 Ex. 2 | Expert Report of David S. Sibley, Ph.D., Sept. 11, 2020 |
| ECF No. 1467 Ex. 8 | Expert Reply Report of David S. Sibley, Ph.D., Feb. 1, 2021 |
| ECF No. 1362-2 | Expert Report of Gary L. French, Ph.D., Aug. 28, 2020. |
| ECF No. 1362-3 | Expert Reply Report of Gary L. French, Ph.D., Feb. 1, 2021 |
| ECF No. 1459 Ex. 1 | Expert Report of Gareth Macartney, Ph.D., Aug. 28, 2020 |
| ECF No. 1459 Ex. 31 | Deposition Transcript of Gareth Macartney, Ph.D. (Day 2), Mar. 19, 2021 |
| ECF No. 1459 Ex. 29 | Deposition Transcript of Jeffrey J. Leitzinger, Ph.D., Apr. 2, 2021 |
| ECF No. 1467 Ex. 3 | Deposition Transcript of David S. Sibley, Ph.D. (Day 1), Apr. 6, 2021 |
| ECF No. 1467 Ex. 1 | Deposition Transcript of David S. Sibley, Ph.D. (Day 2), Apr. 7, 2021 |
| ECF No. 1477 Ex. K | Benjamin Klein and Kevin M. Murphy, "How Exclusivity Is Used to Intensify Competition – Reply to Zenger," *Antitrust Law Journal*, 77:691-699 (2011) |
| ECF No. 1477 Ex. R | Excerpts of Deposition Transcript of Keith R. Ugone, Ph.D. (THS), Mar. 17, 2021 |
| ECF No. 1477 Ex. T | Excerpts from Deposition Transcript of John Whoriskey (Keurig), Dec. 12, 2019 and Feb. 21, 2019 |
| ECF No. 1477 Ex. W | Excerpts from 30(b)(6) Deposition Transcript of Keurig (Mark Wood), Feb. 14, 2020 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Lisa M. Danzig*

Lisa M. Danzig
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1539
*ldanzig@cgsh.com*