**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | *This Document Relates to*<br>*Case No. 1:14-cv-00905 (VSB) (SLC)* |

**<u>DECLARATION OF MATTHEW PILSNER</u>**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Support of Keurig's Motion to Exclude the Expert Reports and Testimony of TreeHouse Expert Dr. David Sibley.

2. Attached hereto as Exhibits 1-21 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | David S. Sibley, Ph.D. Deposition Transcript (Vol. II), April 7, 2021, and Errata dated June 1, 2021 |
| 2 | Expert Report of David S. Sibley, Ph.D., September 11, 2020 |

| | |
|---|---|
| 3 | David S. Sibley, Ph.D. Deposition Transcript (Vol. I), April 6, 2021, and Errata dated June 1, 2021 |
| 4 | Excerpt of Walmart's 30(b)(6) (Chinchay) Deposition Transcript, June 30, 2020 |
| 5 | Excerpt of Joe Mueller's Deposition Transcript, April 21, 2020 |
| 6 | Excerpt of Rosanna Klawon's Deposition Transcript, June 25, 2020 |
| 7 | Expert Report of Kevin M. Murphy, December 7, 2020, and Erratas dated December 18, 2020 and March 19, 2021 |
| 8 | Expert Reply Report of David S. Sibley, Ph.D., February 1, 2021, and Errata dated March 8, 2021 |
| 9 | KGM01737663, Email chain dated January 1, 2014 |
| 10 | Excerpt of Martin Reynolds' Deposition Transcript (Vol. I), August 7, 2019 |
| 11 | Excerpt of Sam Reed's Deposition Transcript (Vol. I), December 5, 2019 |
| 12 | THS-003962833, May 2016 email from Bill Ford |
| 13 | THS-003560147, Feb. 2013 TreeHouse Earnings Call |
| 14 | Excerpt of Jennifer Fox's Deposition Transcript, October 12, 2018 |
| 15 | Excerpt of Staples' 30(b)(6) (Scanlan) Deposition Transcript, June 7, 2019 |
| 16 | Excerpt of Vistar's 30(b)(6) (Schans) Deposition Transcript, June 17, 2020 |
| 17 | Excerpt of Expert Report of Dr. David Sibley, *Health Alliance Plan of Michigan v. Blue Cross Blue Shield of Michigan* |
| 18 | THS-003206142, PowerPoint dated February 24, 2015 |
| 19 | Expert Reply Report of Lauren J. Stiroh, Ph.D., February 1, 2021 |
| 20 | Sample Inadmissible Statements Regarding Knowledge, Motivations, and Intent |
| 21 | Comparison of the Expert Report of Dr. David Sibley, September 11, 2020, to the Expert Report of Hon. Randall J. Rader (Ret.), dated February 25, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*

Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com