**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

MDL No. 2542

Master Docket No. 1:14-md-02542 (VSB) (SLC)

TREEHOUSE FOODS, INC., BAY VALLEY FOODS, LLC, AND STURM FOODS, INC.,

Plaintiffs,

v.

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

*This Document Relates to*
*Case No. 1:14-cv-00905 (VSB) (SLC)*

**DECLARATION OF MATTHEW PILSNER**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Support of Keurig's Motion to Exclude Opinions in the Expert Report and Testimony of TreeHouse Expert Lauren J. Stiroh, Ph.D.

2. Attached hereto as Exhibits 1-36 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Lauren J. Stiroh, Ph.D. Deposition Transcript, March 25, 2021, and Errata dated May 21, 2021 |
| 2 | Expert Reply Report of Lauren J. Stiroh, Ph.D., February 1, 2021 |
| 3 | Excerpt of Rosanna Klawon's Deposition Transcript, June 25, 2019 |

| | |
|---|---|
| 4 | Expert Report of Lauren J. Stiroh, Ph.D., August 28, 2020, and Errata dated November 2, 2020 |
| 5 | Declaration of Rosanna Klawon, May 8, 2020 |
| 6 | Exhibit 8 to Lauren J. Stiroh Deposition Transcript, March 25, 2021 |
| 7 | Rebuttal Expert Report of Keith R. Ugone, Ph.D., December 7, 2020, and Errata dated December 18, 2020 |
| 8 | Exhibits to Rebuttal Expert Report of Keith R. Ugone, Ph.D., December 7, 2020 |
| 9 | Expert Report of Dr. Laila Haider, December 7, 2020, and Erratas dated December 18, 2020 and March 17, 2021 |
| 10 | Excerpt of Walmart's 30(b)(6) (Chinchay) Deposition Transcript, June 30, 2020 |
| 11 | THS-004120840, July 2015 Presentation |
| 12 | THS-000327184, January 2015 Presentation |
| 13 | THS-004100119, March 2015 Proposal and Related Email |
| 14 | Excerpt of TreeHouse Privilege Log, dated Oct. 18, 2018 |
| 15 | THS-004108017, March 2015 Email String |
| 16 | THS-000824062, March 2015 Email String |
| 17 | THS-004107954, March 2015 Email String |
| 18 | THS-000823722, April 2015 Email String |
| 19 | THS-004120781, May 2015 Email String |
| 20 | Sur-Reply Expert Report of Keith R. Ugone, Ph.D., March 2, 2021 |
| 21 | Excerpt of David Besanko & Ronald R. Braeutigam, *Microeconomics* (4th ed. 2010) |
| 22 | THS-004175773, TreeHouse Q1 2015 Conference Call |
| 23 | THS-003157506, Memo from TreeHouse CEO to Board of Directors |
| 24 | Expert Report of David S. Sibley, Ph.D., September 11, 2020 |
| 25 | David S. Sibley Deposition Transcript (Vol II), April 7, 2021, and Errata dated June 1, 2021 |
| 26 | David S. Sibley Deposition Transcript (Vol I), April 6, 2021, and Errata dated June 1, 2021 |
| 27 | THS-000516983, March 2016 Email String |
| 28 | CCC033802, 2014 Community Coffee board deck |
| 29 | Excerpt of Community Coffee 30(b)(6) (Armstrong) Deposition Transcript |
| 30 | CCC006053, 2014 Community Coffee document |
| 31 | Excerpt of Sam Reed's Deposition Transcript |
| 32 | Expert Reply Report of David S. Sibley, Ph.D., February 1, 2021, and Errata dated March 8, 2021 |
| 33 | Excerpt of Craig Lemieux's Deposition Transcript (Vol. II), May 9, 2019 |
| 34 | THS-004175539, TreeHouse's Q2 2013 Earnings Call transcript |
| 35 | Excerpt of TreeHouse 30(b)(6) (Vermylen) Deposition Transcript, May 1, 2020 |
| 36 | THS-004100109, January 2015 Presentation |
| 37 | Excerpt of N. Gregory Mankiw, *Principles of Economics* (6th ed. 2012) |

I declare under penalty of perjury that the foregoing is true and correct.

Case 1:14-md-02542-VSB-SLC Document 1463 Filed 08/18/21 Page 3 of 3

Dated: August 18, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*
Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com