**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| JBR, INC. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant/<br>Counterclaim Plaintiff. | *This Document Relates to*<br>*No. 1:14-cv-04242 (VSB) (SLC)* |

**DECLARATION OF MATTHEW PILSNER**

I, Matthew Pilsner, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Buchanan Ingersoll & Rooney PC. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration in support of Keurig's Memorandum of Law in Opposition to JBR's Motion to Exclude the Proposed Testimony of Mark Wood.

2. Attached hereto as Exhibits 1-8 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Mark Wood, December 7, 2020 |
| 2 | Deposition Transcript of Bob Giacomelli, March 25, 2021 |
| 3 | Deposition Transcript of Mark Wood, April 1, 2021, and Errata |
| 4 | Reply Expert Report of Bob Giacomelli, February 1, 2021 |
| 5 | Excerpt of Deposition Exhibit 68 (ROG003141955) to the Deposition of Pete Rogers, January 29, 2020 |

| | |
|---|---|
| 6 | Excerpt from Keurig's (Annie Oh) Deposition Transcript, February 27, 2020 |
| 7 | Excerpt from Keurig's (Mark Wood) Deposition Transcript, February 14, 2020 |
| 8 | Excerpt from Walmart's (Daniel Chinchay) Deposition Transcript, June 30, 2020 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2021

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Matthew Pilsner*

Matthew Pilsner
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412 562 3921
matthew.pilsner@bipc.com