**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| This Document Relates to: All Cases | **FILED UNDER SEAL** |

**DECLARATION OF LISA M. DANZIG**

I, Lisa M. Danzig, hereby declare under penalty of perjury as follows.

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration as a supplement to Keurig's Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

2. Attached hereto as Exhibits are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| **Deposition Transcripts and Declarations** | |
| A-1 | Excerpts from Deposition of Christopher Skelly (McLane) |
| A-2 | Excerpts from Deposition of Alex Arlequin (Keurig) |
| A-3 | Excerpts from Deposition of Brian M. Sowers (Expert Witness) |

| | |
|---|---|
| A-4 | Excerpts from Deposition of Barbara Ann Frederiksen-Cross (Expert Witness) |
| A-5 | Excerpts from Deposition of Ben Yoder (Keurig) (Day 2) |
| A-6 | Excerpts from Deposition of Ben Yoder (Keurig) (Day 3) |
| A-7 | Excerpts from Deposition of Bill Ford (TreeHouse) |
| A-8 | Excerpts from Deposition of Brian Kelley (Keurig) (Day 3) |
| A-9 | [Intentionally Omitted] |
| A-10 | Excerpts from Deposition of Bruce Katsman (Starbucks) |
| A-11 | Excerpts from Deposition of Thomas Whalen (Keurig) |
| A-12 | Excerpts from Deposition of Chris Miller (JBR) |
| A-13 | Excerpts from Deposition of Christopher H. Robinson (McLane) |
| A-14 | Excerpts from Deposition of Craig Lemieux (Day 1 by Defense) |
| A-15 | Excerpts from Deposition of Craig Lemieux (TreeHouse) (Day 2 by Defense) |
| A-16 | Excerpts from Deposition of Craig Lemieux (TreeHouse) (By Plaintiffs) |
| A-17 | Excerpts from Deposition of Dave Burwick (Peet's) |
| A-18 | Excerpts from Deposition of Brian Kelley (Keurig) (Day 1) |
| A-19 | Excerpts from Rule 30(b)(6) Deposition of Reily Foods |
| A-20 | Excerpts from Deposition of David L. Sachs (Keurig) |
| A-21 | Excerpts from Deposition of David S. Sibley (Expert Witness) (Day 1) |
| A-22 | Excerpts from Deposition of David S. Sibley (Expert Witness) (Day 2) |
| A-23 | Errata for Deposition of David S. Sibley (Expert Witness) |
| A-24 | Excerpts from Deposition of Dennis Riordan (TreeHouse) |
| A-25 | Excerpts from Deposition of Donald M. Holly (Keurig) |
| A-26 | Excerpts from Deposition of Douglas Molden (TreeHouse) |
| A-27 | Excerpts from Deposition of Dr. Phillip Johnson (Expert Witness) |

| | |
|---|---|
| A-28 | Excerpts from Deposition of Eric Lauterbach (Peet's) |
| A-29 | Excerpts from Deposition of Gareth Macartney (Expert Witness) (Day 1) |
| A-30 | Excerpts from Deposition of Gareth Macartney (Expert Witness) (Day 2) |
| A-31 | Excerpts from Deposition of Gary L. French (Expert Witness) (Day 1) |
| A-32 | Excerpts from Deposition of Gary L. French (Expert Witness) (Day 2) |
| A-33 | Excerpts from Deposition of Gary Schachter (TreeHouse) |
| A-34 | Excerpts from Deposition of Gregory E. Pollard (TreeHouse) |
| A-35 | Excerpts from Deposition of Greg Tradup (McLane) |
| A-36 | Excerpts from Deposition of Harry Overly (TreeHouse) (Day 1) |
| A-37 | Excerpts from Deposition of Harry Overly (TreeHouse) (Day 2) |
| A-38 | Excerpts from Deposition of Scott McCreary (Keurig) |
| A-39 | Excerpts from Deposition of Hon. James Ware (Expert Witness) |
| A-40 | Excerpts from Deposition of Hope Lagrone (McLane) |
| A-41 | Excerpts from Deposition of James Dwight Rogers, II (JBR) (Day 1) |
| A-42 | Excerpts from Deposition of James Dwight Rogers, II (JBR) (Day 3) |
| A-43 | Excerpts from Deposition of James Gardner Long III (DPP) |
| A-44 | Excerpts from Deposition of James Schuett (JBR) |
| A-45 | Excerpts from Rule 30(b)(6) Deposition of Essendant |
| A-46 | Excerpts from Deposition of Jeffrey Leitzinger (Expert Witness) |
| A-47 | Excerpts from Deposition of Jennifer L. Fox (Fox Vending) |
| A-48 | Excerpts from Deposition of Jo Ellen Wilkens (JBR) |
| A-49 | Excerpts from Deposition of John F. Whoriskey (Keurig) (Day 3) |
| A-50 | Excerpts from Deposition of John W. Rogers (Morning Session) |
| A-51 | Excerpts from Deposition of John W. Rogers (Afternoon Session) |

| | |
|---|---|
| A-52 | Excerpts from Rule 30(b)(6) Deposition of Corporate Essentials (Day 1) |
| A-53 | Excerpts from Rule 30(b)(6) Deposition of Corporate Essentials (Day 2) |
| A-54 | Excerpts from Deposition of Justice Randall Rader (Expert Witness) |
| A-55 | Excerpts from Deposition of Kathryn Hybsch (JBR) |
| A-56 | Excerpts from Deposition of Kathy Kelley-Straube (Keurig) |
| A-57 | Excerpts from Deposition of Ken Holden (McLane) |
| A-58 | Excerpts from Deposition of Kenneth Burkley (DPP) |
| A-59 | Excerpts from Deposition of Kenneth R. Castleman (Expert Witness) |
| A-60 | Excerpts from Deposition of Kraig Morrison (McLane) |
| A-61 | Excerpts from Deposition of Lauren J. Stiroh (Expert Witness) |
| A-62 | Excerpts from Deposition of Lisa Smoot (JBR) |
| A-63 | Excerpts from Deposition of Mariusz Olszewski (Rychiger) |
| A-64 | Excerpts from Deposition of Mark C. Schoeppe (JBR) |
| A-65 | Excerpts from Deposition of Mark Wood (Keurig) (Day 1) |
| A-66 | Excerpts from Deposition of Mark Wood (Keurig) (Day 2) |
| A-67 | Excerpts from Deposition of Martin Reynolds (TreeHouse) (Day 1) |
| A-68 | Excerpts from Deposition of Martin Reynolds (TreeHouse) (Day 2) |
| A-69 | Excerpts from Deposition of Maureen Cuthbert (JBR) |
| A-70 | Excerpts from Deposition of Tom Tate (Keurig) |
| A-71 | Excerpts from Deposition of Nicholas G. Lazaris (Keurig) (Day 1) |
| A-72 | Excerpts from Deposition of Nicholas G. Lazaris (Keurig) (Day 2) |
| A-73 | Excerpts from Deposition of Pete Rogers (JBR) (Day 1) |
| A-74 | Excerpts from Deposition of Pete Rogers (JBR) (Day 2) |
| A-75 | Excerpts from Deposition of Pete Schmitt (JBR) |

| | |
|---|---|
| A-76 | Excerpts from Deposition of Peter Baker (Crystal Rock) |
| A-77 | Excerpts from Deposition of Rachel Bishop (TreeHouse) |
| A-78 | Excerpts from Deposition of Robert Stephen Giacomelli (JBR) (Day 1) |
| A-79 | Excerpts from Deposition of Robert Stephen Giacomelli (JBR) (Day 2) |
| A-80 | Excerpts from Rule 30(b)(6) Deposition of Sysco |
| A-81 | Excerpts from Deposition of Rodney Sharpe (TreeHouse) |
| A-82 | Excerpts from Deposition of Roger Davidson (DPP) |
| A-83 | Excerpts from Deposition of Rossana Klawon (Kroger) |
| A-84 | Excerpts from Deposition of Sally Rizzo (DPP) |
| A-85 | Excerpts from Deposition of Sam Reed (TreeHouse) (Day 1) |
| A-86 | Excerpts from Deposition of Sam Reed (TreeHouse) (Day 2) |
| A-87 | Excerpts from Deposition of Samantha Peskie (TreeHouse) (Day 1) |
| A-88 | Excerpts from Deposition of Samantha Peskie (TreeHouse) (Day 2) |
| A-89 | Suchanek v. Sturm Foods, Excerpts from Deposition of Samantha Peskie (TreeHouse) |
| A-90 | Excerpts from Deposition of Stephen Murphy (Atlantic Coffee) |
| A-91 | Excerpts from Deposition of Tammra Lynch (McLane) |
| A-92 | Excerpts from Deposition of Teresa C. Voelter (McLane) |
| A-93 | Declaration of Eric H. Beringause, dated Nov. 9, 2010 (TreeHouse) |
| A-94 | Excerpts from Deposition of Todd W. Springer (DPP) |
| A-95 | Excerpts from Deposition of Thomas Lowell Garber (JBR) |
| A-96 | Excerpts from Deposition of Thomas P. Jarona (TreeHouse) |
| A-97 | Excerpts from Deposition of Warren Yamauchi (JBR) |
| A-98 | Excerpts from Rule 30(b)(6) Deposition of JBR (Albert Troutman) |
| A-99 | Excerpts from Rule 30(b)(6) Deposition of Grupo Phoenix |

| | |
|---|---|
| A-100 | Excerpts from Rule 30(b)(6) Deposition of JBR (Robert Giacomelli) |
| A-101 | Excerpts from Rule 30(b)(6) Deposition of Community Coffee Company |
| A-102 | Excerpts from Rule 30(b)(6) Deposition of Dunkin' Brands |
| A-103 | Excerpts from Rule 30(b)(6) Deposition of ProStar |
| A-104 | Excerpts from Rule 30(b)(6) Deposition of Walmart (Carli Rosencranz) |
| A-105 | Excerpts from Rule 30(b)(6) Deposition of Palmer Fish |
| A-106 | Excerpts from Rule 30(b)(6) Deposition of Walmart (Creighton Kiper) |
| A-107 | Excerpts from Rule 30(b)(6) Deposition of Walmart (Daniel Chinchay) |
| A-108 | Excerpts from Rule 30(b)(6) Deposition of Winpak Portion Packaging, Inc. |
| A-109 | Excerpts from Rule 30(b)(6) Deposition of Vistar |
| A-110 | Excerpts from Rule 30(b)(6) Deposition of TreeHouse (David Vermylen) |
| A-111 | Excerpts from Rule 30(b)(6) Deposition of Aramark |
| A-112 | Excerpts from Rule 30(b)(6) Deposition of McLane (Keith Ross) |
| A-113 | Excerpts from Rule 30(b)(6) Deposition of Starbucks (Kevin Schaub) |
| A-114 | Excerpts from Rule 30(b)(6) Deposition of Keurig (Larissa Quinn) |
| A-115 | Excerpts from Rule 30(b)(6) Deposition of Starbucks (Lisa Erdely) |
| A-116 | Excerpts from Rule 30(b)(6) Deposition of Keurig (Mark Wood) (Day 2) |
| A-117 | Excerpts from Rule 30(b)(6) Deposition of TreeHouse (Martin Reynolds) (Day 1) |
| A-118 | Excerpts from Rule 30(b)(6) Deposition of TreeHouse (Martin Reynolds) (Day 2) |
| A-119 | Excerpts from Rule 30(b)(6) Deposition of TreeHouse (Martin Reynolds) (Day 3) |
| A-120 | Excerpts from Rule 30(b)(6) Deposition of Office Depot |
| A-121 | Excerpts from Deposition of Shannon Axthelm (Costco) |
| A-122 | Excerpts from Rule 30(b)(6) Deposition of Stater Bros. Markets |
| A-123 | Excerpts from Rule 30(b)(6) Deposition of Unilever |

| | |
|---|---|
| A-124 | Excerpts from Rule 30(b)(6) Deposition of JBR (Thomas Lowell Garber) |
| A-125 | Excerpts from Rule 30(b)(6) Deposition of TreeHouse (Thomas P. Jarona) |
| A-126 | Excerpts from Rule 30(b)(6) Deposition of Winpak Heat Seal Packaging |
| A-127 | Excerpts from Deposition of Kevin Sullivan (Keurig) (Day 2) |
| A-128 | Excerpts from Deposition of David Vermylen (TreeHouse) |
| A-129 | Excerpts from Deposition of Benjamin Krajcir (DPP) |
| A-130 | Excerpts from Deposition of Linda Major (DPP) |
| A-131 | Excerpts from Rule 30(b)(6) Deposition of R.A. Jones (Day 1) |
| A-132 | Excerpts from Deposition of Robert B. Aiken (TreeHouse) |
| A-133 | Declaration of Rossana Klawon (Kroger), dated May 8, 2020 |
| A-134 | Excerpts from Deposition of Henry Rocker (DPP) |
| A-135 | Declaration of Jeff Seyfarth (Sam's Club), dated December 3, 2020 |
| A-136 | Excerpts from Rule 30(b)(6) Deposition of The J.M. Smucker Co. |
| A-137 | Excerpts from Rule 30(b)(6) Deposition of Staples |
| A-138 | Excerpts from Deposition of Brian Magner (Atlantic Coffee) |
| A-139 | Declaration of Jon Rogers (JBR) (Aug. 11, 2014) (ECF No. 86) |
| A-140 | Excerpts from Rule 30(b)(6) Deposition of Keurig (Jim Martin) |
| A-141 | Excerpts from Rule 30(b)(6) Deposition of Target |
| A-142 | Excerpts from Rule 30(b)(6) Deposition of Keurig (Annie Oh) |
| A-143 | Excerpts from Deposition of Kristin Lemieux (Keurig) |
| **Discovery Responses & Objections** | |
| B-1 | Excerpts from TreeHouse's Responses and Objections to Keurig's First Set of Requests for Admission |
| B-2 | Excerpts from JBR's Responses and Objections to Keurig's First Set of Requests for Admission |

| | |
|---|---|
| B-3 | [Intentionally Omitted] |
| B-4 | Excerpts from TreeHouse's Responses and Objections to Keurig's First Set of Interrogatories |
| B-5 | Excerpts from JBR's Supplemental Responses and Objections to Keurig's Second Set of Interrogatories |
| B-6 | Excerpts from McLane's Responses and Objections to Keurig's First Set of Interrogatories |
| B-7 | Excerpts from DPPs' Amended Responses and Objections to Keurig's Requests for Admission |
| B-8 | Excerpts from McLane's Responses and Objections to Keurig's First Set of Requests for Admissions |
| B-9 | Excerpts from Keurig's Supplemental Responses and Objections to McLane's First Set of Interrogatories |
| **Expert Reports** | |
| C-1 | Excerpts from Expert Report of Brian M. Sowers |
| C-2 | Excerpts from Expert Report of Kenneth R. Castleman |
| C-3 | Excerpts from Expert Report of Thomas Fedorka (JBR) |
| C-4 | Excerpts from Expert Report of Thomas Fedorka (TreeHouse) |
| C-5 | Excerpts from Expert Report of Gary L. French |
| C-6 | Excerpts from Expert Reply Report of Gary L. French |
| C-7 | Excerpts from Expert Rebuttal Report of Dr. Laila Haider |
| C-8 | Excerpts from Expert Report of Phillip M. Johnson |
| C-9 | Excerpts from Expert Report of Jeffrey J. Leitzinger |
| C-10 | Excerpts from Expert Reply Report of Jeffrey J. Leitzinger |
| C-11 | Excerpts from Expert Report of Gareth Macartney |
| C-12 | Excerpts from Expert Reply Report of Gareth Macartney |
| C-13 | Excerpts from Expert Rebuttal Report of Kevin M. Murphy |

| | |
|---|---|
| C-14 | Excerpts from Expert Report of Mohan Rao |
| C-15 | Excerpts from Expert Rebuttal Report of Keith R. Ugone (McLane) |
| C-16 | Excerpts from Expert Rebuttal Report of Keith R. Ugone (TreeHouse) |
| C-17 | Excerpts from Expert Sur-Reply Report of Keith R. Ugone (TreeHouse) |
| C-18 | Excerpts from Corrected Expert Report of David S. Sibley |
| C-19 | Excerpts from Amended Expert Reply Report of David S. Sibley |
| C-20 | Excerpts from Expert Report of Lauren J. Stiroh |
| C-21 | Excerpts from Expert Reply Report of Lauren J. Stiroh |
| C-22 | Excerpts from Expert Report of Hal Poret |
| C-23 | Excerpts from Expert Report of Sarah Butler |
| **Party Documents** | |
| D-1 | Email from Jim Schuett, dated Feb. 5, 2015 (ROG001964269) |
| D-2 | Press Release, Green Mountain Coffee Roasters, Inc. Acquires Timothy's Coffees of the World (KGM02744989) |
| D-3 | [Intentionally Omitted] |
| D-4 | TreeHouse Liquid Beverages Presentation (Aug. 24, 2017) (THS-002470035) |
| D-5 | Keurig Pack Manufacturing and Sales Agreement by and among Keurig Green Mountain, Inc. and Giant Eagle, Inc. (Oct. 23, 2014) (KGM03115478 ) |
| D-6 | Meijer Own Brand K-Cup Packs Product Purchase Addendum to Master Vendor Agreement (Apr. 10, 2014) (KGM03125371) |
| D-7 | Private Label Agreement with Ahold U.S.A., Inc. (Oct. 7, 2014) (KGM03096823) |
| D-8 | Supply Agreement with SUPERVALU INC. (July 3, 2014) (KGM03141007) |
| D-9 | K-Cup Pack Manufacturing and Distribution Agreement by and between Keurig Green Mountain, Inc. and Royal Cup, Inc. (Apr. 29, 2014) (KGM03135123) |
| D-10 | Email from Alyce Sandbach, dated Apr. 15, 2016 (ROG003133605) |
| D-11 | Email from Kathy Hybsch, dated Apr. 3, 2014 (ROG001662304) |

| | |
|---|---|
| D-12 | TreeHouse SSB Roundtable Group Alternate Brewer Strategy (Apr. 2, 2014) (THS-000280359) |
| D-13 | Email from Harry Overly, dated July 30, 2014 (THS-001231610) |
| D-14 | Brewer Market Analysis (Jan. 2014) (THS-003312487) |
| D-15 | Email from Catherine Gollwitzer, dated July 15, 2016 (THS-004224624) |
| D-16 | Email from Josh Sowell, dated Mar. 28, 2016 (THS-000516983) |
| D-17 | Email from Loye Trunnell, dated Feb. 4, 2013 (THS-001261653) |
| D-18 | Email from Harry Overly, dated Dec. 13, 2011 (THS-003675094) |
| D-19 | TreeHouse Earnings Call Transcript (Aug. 6, 2015) (THS-004175814) |
| D-20 | Email from TJ Whalen, dated Jan. 2, 2013 (KGM01351527) |
| D-21 | TreeHouse Earnings Call Transcript (Aug. 8, 2013) (THS-004175539) |
| D-22 | Letter from Sam Reed, dated July 17, 2015 (THS-003157506 ) |
| D-23 | TreeHouse Single Serve Beverages Expansion Planning Presentation (Oct. 3, 2017) (THS-003444140) |
| D-24 | TreeHouse Earnings Call (May 7, 2015) (THS-004175773) |
| D-25 | Email from Sam Reed, dated Sept. 9, 2014 (THS-003314009) |
| D-26 | Retailer X's Serve Coffee Presentation (June 30, 2014) (THS-003899742) |
| D-27 | Sam's Club Single Serve Coffee Presentation (Apr. 15, 2014) (THS-003682196) |
| D-28 | Email from Keiran Kelly, dated July 17, 2014 (THS-003854817) |
| D-29 | TreeHouse SSB 2.0 Project Oversight Council Meeting Presentation (Sept. 12, 2014) (THS-004129138) |
| D-30 | Email from Harry Overly, dated Mar. 3, 2015 (THS-001149264) |
| D-31 | Long-Term Microtrace Technical Services Agreement to Prepare and Supply Taggant Ink (Sept. 8, 2014) (THS-003297864) |
| D-32 | Email from Pete Rogers, dated Dec. 1, 2014 (ROG001747149) |
| D-33 | [Intentionally Omitted] |

| | |
|---|---|
| D-34 | Email from Jon Rogers, dated July 4, 2015 (ROG001951775) |
| D-35 | Email from Jon Rogers, dated Jan. 13, 2012 (ROG001056075) |
| D-36 | Termination Agreement and General Release between Unilever and Sturm Foods (Dec. 27, 2012) (THS-003705071) |
| D-37 | Letter from Sam Reed, dated Jan. 16, 2013 (THS-003430061) |
| D-38 | Co-Manufacturing Supply Agreement between Sturm Foods and Unilever (Aug. 13, 2012) (THS-003678671) |
| D-39 | Email from John Overton, dated Mar. 13, 2015 (ROG001907046) |
| D-40 | Email from Jim Rogers, dated Mar. 1, 2016 (ROG001924426) |
| D-41 | Email from Harry Overly, dated Sept. 16, 2014 (THS-000024136) |
| D-42 | [Intentionally Omitted] |
| D-43 | Email from Bridget Uhrig, dated Aug. 4, 2014 (THS-003201189) |
| D-44 | Email from Micki Rivers, dated Dec. 11, 2014 (THS-000298560) |
| D-45 | Email from Dennis Riordan, dated Dec. 8, 2016 (THS-000071329) |
| D-46 | Email from Bob Giacomelli, dated Aug. 27, 2015 (ROG001539428) |
| D-47 | Email from Ken Wallace, dated June 1, 2012 (ROG001045702) |
| D-48 | Email from Keith Ross, dated May 31, 2016 (MCLANE00001905) |
| D-49 | Email from Dan Elrod, dated Mar. 22, 2016 (MCLANE00037166) |
| D-50 | Email from Dan Elrod, dated Mar. 28, 2016 (MCLANE00148461) |
| D-51 | McLane, Walmart K-Cups Memorandum (Mar. 28, 2016) (MCLANE00148462) |
| D-52 | Email from Mike Senn, dated Oct. 7, 2014 (THS-001694541) |
| D-53 | Email from Bobby Moorhead, dated Feb. 16, 2017 (THS-000847447) |
| D-54 | Email from William Ford, dated Feb. 21, 2017 (THS-002698332) |
| D-55 | Email from Robert Aiken, dated Sep. 22, 2017 (THS-000857429) |
| D-56 | Email from Craig Lemieux, dated July 12, 2013 (THS-001996570) |

| | |
|---|---|
| D-57 | Ahold Single Serve Beverage Bid Summary Presentation (Oct. 9, 2014) (THS-002483240) |
| D-58 | ShopRite K-Cups Product Withdrawal Notice (THS-000147651) |
| D-59 | Exhibit 8 to the Deposition of Lauren J. Stiroh |
| D-60 | Email from Harry Overly, dated Aug. 16, 2014 (THS-001995995) |
| D-61 | Email from Bob Baker, dated Sept. 19, 2014 (THS-004266111) |
| D-62 | K501 Product Specification (KGM00000528) |
| D-63 | Handwritten Notes by Sam Reed (Sep. 12, 2014) (THS-003979492) |
| D-64 | Email from Bob Baker, dated Feb. 8, 2013 (THS-003845228) |
| D-65 | Email from Trevor Davis, dated June 13, 2012 (THS-004224975) |
| D-66 | Sturm Consumer Reactions to Sturm Single-Serve Coffee Cups Phase II Presentation (May 14, 2010) (THS-002432830) |
| D-67 | Grove Square Single Serve Coffee for Office Coffee Service (Sept. 1, 2010) (THS-003161769) |
| D-68 | TreeHouse Foods at Barclays Back to School Conference (Sept. 5, 2012) (THS-003581672) |
| D-69 | Email from Bay Valley Care, dated Jan. 18, 2013 (THS-003609953) |
| D-70 | Email from Ken Noble, dated Nov. 21, 2012 (THS-004204744) |
| D-71 | TreeHouse Earnings Call (Feb. 12, 2015) (THS-004175735) |
| D-72 | Letter from Sam Reed, dated Oct. 23, 2014 (THS-003970812) |
| D-73 | TreeHouse SSB Growth Strategy Presentation (Sept. 28, 2016) (THS-003168382) |
| D-74 | TreeHouse Beverages - Single Serve Beverage 3-Year Category Plan (Aug. 13, 2018) (THS-004301041) |
| D-75 | TreeHouse, The Sturm Foods Coffee Experience July 2012 Board of Directors Meeting Presentation (THS-003696383) |
| D-76 | Letter from Sam Reed, dated Apr. 17, 2014 (THS-003682265) |

| | |
|---|---|
| D-77 | Co-Packing Agreement between Bay Valley Foods and Single Cup Coffee (May 1, 2015) (THS-004106731) |
| D-78 | Private Label Supply Agreement between Sturm Foods and Gaviña (Dec. 20, 2012) (THS-003357052) |
| D-79 | [Intentionally Omitted] |
| D-80 | Email from Mike Senn, dated Sept. 4, 2014 (THS-001695574) |
| D-81 | Email from Dennis Riordan, dated Oct. 10, 2014 (THS-003526614) |
| D-82 | Email from Tom Garber, dated Feb. 6, 2015 (ROG001826279) |
| D-83 | Email from Tom Rothers, dated Nov. 29, 2012 (THS-001206047) |
| D-84 | Email from Jodi Rickert, dated Jan. 10, 2013 (THS-004205374) |
| D-85 | [Intentionally Omitted] |
| D-86 | Email from Ryan Norton, dated Nov. 7, 2016 (THS-002495426) |
| D-87 | Spreadsheet Titled "Filter Contacts" with Handwritten Notes (Undated) (THS-004061052) |
| D-88 | Email from Jacqueline Serna, dated Aug. 28, 2015 (KGM02286857) |
| D-89 | Starbucks Corp. Q1 2013 Earnings Call (Jan. 24, 2013) |
| D-90 | AH iBase Model CY20 Q2 (KGM11721679) |
| D-91 | [Intentionally Omitted] |
| D-92 | Email from HR, dated Mar. 30, 2009 (KGM02653555) |
| D-93 | TreeHouse Single Serve Beverage Partnership Presentation (Oct. 3, 2016) (THS-000801265) |
| D-94 | Email from Tammra Lynch, dated Jan. 22, 2013 (MCLANE00007898) |
| D-95 | Email from Theresa Ward, dated June 14, 2013 (MCLANE00115054) |
| D-96 | Winn Dixie Supplier Summit Meeting, Beverage Enhancers / Energy Shots, Single Serve Coffee, Soup Gravy & Broth (THS-002429243) |
| D-97 | Email from Martin Reynolds, dated Mar. 15, 2013 (THS-003178009) |

| | |
|---|---|
| D-98 | Email from Harry Overly, dated Jan. 21, 2011 (THS-002994133) |
| D-99 | TreeHouse Spreadsheet (Douglas Molden Ex. 10) |
| D-100 | K301 Product Specification (KGM00000490) |
| D-101 | Email from Shannon Axthelm, dated Nov. 5, 2014 (THS-001208781) |
| D-102 | Email from W.J. Drescher, Jr., dated Sep. 27, 2013 (THS-001210396) |
| D-103 | Email from Ron DiFabio, dated Oct. 28, 2015 (KGM09344262) |
| D-104 | Email from Craig Lemieux, dated Oct. 9, 2015 (THS-002728484) |
| D-105 | [Intentionally Omitted] |
| D-106 | K401 Production Specification (KGM00000509) |
| D-107 | Email from William Ford, dated Mar. 7, 2014 (THS-004108662) |
| D-108 | Costco Wholesale Private Label Terms (Aug. 27, 2012) |
| D-109 | [Intentionally Omitted] |
| D-110 | TreeHouse East Division – Account Initiative Tracker (THS-002949930) |
| **Pleadings** | |
| E-1 | Excerpts from TreeHouse Amended and Supplemental Complaint |
| E-2 | Excerpts from JBR First Amended and Supplemental Complaint |
| E-3 | Excerpts from DPP Consolidated Amended Class Action Complaint |
| E-4 | Excerpts from McLane Amended Complaint |
| E-5 | Excerpts from Hoyer v. Keurig Class Action Complaint |
| **Prior Litigation** | |
| F-1 | Keurig v. Sturm Foods, Complaint |
| F-2 | Keurig v. Sturm Foods, Second Amended Complaint |
| F-3 | Keurig v. Sturm Foods, Sturm Foods' Answer to the Second Amended Complaint |
| F-4 | Keurig v. Sturm Foods, Memorandum Opinion |

| | |
|---|---|
| F-5 | Keurig v. Sturm Foods, Settlement Agreement |
| F-6 | Keurig v. Sturm Foods, Appellant Brief |
| F-7 | Keurig, Inc. v. JBR, Inc., Complaint |
| F-8 | Keurig v. JBR, Keurig's Opposition to Defendant's Motion for Summary Judgment |
| F-9 | Keurig v. JBR, Appellant's Brief |
| F-10 | Keurig v. JBR, Judgment |
| F-11 | Amicus Br. of the United States submitted in *Quanta* |
| F-12 | Keurig v. JBR, Keurig's Opposition to Defendant's Motion for Summary Judgment |
| F-13 | Keurig v. JBR, Memorandum and Order on Summary Judgment |
| F-14 | Keurig v. Sturm Foods, Brief on Behalf of *Amicus Curiae* Boston Patent Law Association in Support of Plaintiff-Appellant Keurig, Inc. |
| F-15 | Keurig v. Sturm Foods, Order Granting Leave to File Amicus Brief |
| F-16 | Keurig v. JBR, Docket |
| F-17 | Keurig v. Sturm Foods, Docket |
| F-18 | Keurig v. JBR, Appellant's Reply Brief |
| F-19 | Keurig v. JBR, Appellant's Reply Brief |
| **Public Documentation** | |
| G-1 | Keurig Dr. Pepper Form 10-K Annual Report 2018 |
| G-2 | Reuters, New Single-Serve Coffee Brewers Pile Pressure on Keurig (Oct. 5, 2012) |
| G-3 | Walmart, Mainstays Single Serve Dual Brew Coffee Webpage |
| G-4 | Keurig Dr. Pepper Form 10-K Annual Report 2020 |
| G-5 | Treehouse Form 10-K Annual Report 2020 |
| G-6 | TreeHouse, Company Overview |
| G-7 | TreeHouse Q4 2020 Results and Outlook (Feb. 11, 2021) |
| G-8 | Press Release, Office of the District Attorney of Sonoma County (Mar. 20, 2018) |

| | |
|---|---|
| G-9 | Caza Trail Webpage (TreeHouse 30(b)(6) Ex. 109) |
| G-10 | Amazon Caza Trail Coffee Single Serve Cups Webpage (TreeHouse 30(b)(6) Ex. 110) |
| G-11 | Walmart Coffee Brewer Search Results (Walmart 30(b)(6) Ex. 30) |
| G-12 | Keurig K3000 Brewer 3 Silver (B0081VRKDA) Amazon Webpage |
| G-13 | Keurig Commercial Coffee Machines & Makers Webpage |
| G-14 | K-Duo Single Serve Carafe Coffee Maker Webpage |
| G-15 | Claudia Buck, Sacramento Bee, Lincoln Company Sells Device to Fool Keurig Machine (Mar. 12, 2015) |
| G-16 | TreeHouse, TreeHouse Foods, Inc. Reports Second Quarter 2014 Results (Aug. 7, 2014) |
| G-17 | Research and Markets, United States Coffee Pods and Capsules Market - Growth, Trends, and Forecasts (2020-2025) |
| G-18 | Mordor Intelligence Webpage |
| G-19 | Green Mountain Coffee Roasters Form 10-K Annual Report 2010 |
| G-20 | Chicago Tribune, Starbucks eyes single-serve coffee market (Feb. 12, 2011) |
| G-21 | Excerpts from U.S. Court of Appeals for the Federal Circuit, Internal Operating Procedures |
| G-22 | U.S. Patent No. 9,173,519 (filed Jan. 17, 2014) |
| G-23 | U.S. Patent No. 9,474,406 (filed Jan. 17, 2014) |
| G-24 | U.S. Patent No. 9,295,357 (filed Jan. 17, 2014) |
| G-25 | U.S. Patent No. 10,136,754 (filed Jan. 17, 2014) |
| G-26 | U.S. Patent No. D729,003 (filed Jan. 17, 2014) |
| G-27 | TreeHouse Earnings Call (May 27, 2015) |
| **Third-Party Documents** | |
| H-1 | Email from Scott Murphy, dated July 16, 2013 (DBI0038190) |

| | |
|---|---|
| H-2 | Non-Exclusive Distributorship Agreement with ARAMARK (Jan. 1, 2007) (ARA0017242) |
| H-3 | Non-Exclusive Re-Distributor and Distributor Agreement with Vistar (Apr. 2, 2014) (PFGKCUP0000155) |
| H-4 | K-Cup Pod Manufacturing and Distribution Agreement with Staples (Mar. 30, 2018) (STAPLES000279) |
| H-5 | Small Kitchen Appliances - US (Dec. 2014) (BAIN-TREEHOUSE-0000546) |
| H-6 | [Intentionally Omitted] |
| H-7 | [Intentionally Omitted] |
| H-8 | [Intentionally Omitted] |
| H-9 | Email from Dan Cignarella, dated Dec. 9, 2013 (CORP-ESSENTIALS0000753) |
| H-10 | Email from John Laney, dated Jan. 12, 2017 (WM-Keurig00001014) |
| H-11 | Community Coffee Company Presentation (Sept. 17, 2014) (CCC033802) |
| H-12 | Community Coffee Company Spreadsheet (CCC006053) |
| H-13 | Sturm Foods Private Label Supply Agreement with Community Coffee Company (Dec. 6, 2012) (CCC004541) |
| **Transcripts from Court Proceedings** | |
| I-1 | Excerpts from Transcript of Hearing on JBR's Motion for a Preliminary Injunction (Sep. 3, 2014) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *_/s/ Lisa M. Danzig_*

Lisa M. Danzig
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1539
*ldanzig@cgsh.com*