**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| *This document concerns the TreeHouse, JBR, McLane, and DPP actions.* | **FILED UNDER SEAL** |

**DECLARATION OF LISA M. DANZIG**

I, Lisa M. Danzig, hereby declare under penalty of perjury as follows.

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration as a supplement to Keurig's Reply Brief in Support of its Motion for Summary Judgment and Keurig's Response to Plaintiffs' Additional Statements of Fact.

2. Attached hereto as Exhibits are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| **Deposition Transcripts and Declarations** | |
| A-287 | Excerpts from Deposition of Kenneth Crites (Keurig) |
| A-288 | Excerpts from Deposition of Rossana Klawon (Kroger) |
| A-289 | Excerpts from Deposition of David Burwick (Peet's) |
| A-290 | Excerpts from Deposition of David Bell (JAB) |
| A-291 | Excerpts from Deposition of Eric Lauterbach (Peet's) |
| A-292 | [Intentionally Omitted] |
| A-293 | Excerpts from Deposition of Jim Rogers (JBR) (Day 1) |

| | |
|---|---|
| A-294 | Excerpts from Deposition of Thomas Jarona (TreeHouse) |
| A-295 | [Intentionally Omitted] |
| A-296 | Excerpts from Deposition of Walmart 30(b)(6) (Kiper) |
| A-297 | Excerpts from Deposition of Tom Ferguson (Keurig) (Day 1) |
| A-298 | Excerpts from Deposition of Bigelow 30(b)(6) (McCraw) |
| A-299 | Excerpts from Deposition of Ben Yoder (Keurig) (Day 1) |
| A-300 | Excerpts from Deposition of Ben Yoder (Keurig) (Day 2) |
| A-301 | Excerpts from Deposition of David Manly (Keurig) (Day 1) |
| A-302 | Excerpts from Deposition of Annie Oh (Keurig) |
| A-303 | Excerpts from Deposition of Suzanne DuLong (Keurig) (Day 1) |
| A-304 | Excerpts from Deposition of Harry Overly (TreeHouse) (Day 2) |
| A-305 | [Intentionally Omitted] |
| A-306 | Excerpts from Deposition of Michelle Stacy (Keurig) (Day 1) |
| A-307 | Excerpts from Deposition of Bill Ford (TreeHouse) |
| A-308 | [Intentionally Omitted] |
| A-309 | Excerpts from Deposition of Reily Foods 30(b)(6) (Darragh) |
| A-310 | Excerpts from Deposition of Keurig 30(b)(6) (Manly) (Day 2) |
| A-311 | Excerpts from Deposition of Keurig 30(b)(6) (Manly) (Day 1) |
| A-312 | Excerpts from Deposition of Keurig 30(b)(6) (Oh) |
| A-313 | Excerpts from Deposition of Essendant 30(b)(6) (Bobroff) |
| A-314 | Excerpts from Deposition of Martin Reynolds (TreeHouse) (Day 2) |
| A-315 | Excerpts from Deposition of Canteen 30(b)(6) (Yousefpour) |
| A-316 | Excerpts from Deposition of Walmart 30(b)(6) (Chinchay) |
| A-317 | Excerpts from Deposition of Mark Wood (Keurig) (Day 1) |
| A-318 | Excerpts from Deposition of Chris Howe (Keurig) |
| A-319 | Excerpts from Deposition of David Manly (Keurig) (Day 2) |
| A-320 | Excerpts from Deposition of Robert McCall (Keurig) (Day 1) |
| A-321 | [Intentionally Omitted] |
| A-322 | Excerpts from Deposition of Craig Lemieux (TreeHouse) (Day 2 by Plaintiffs) |
| A-323 | Excerpts from Deposition of Craig Lemieux (TreeHouse) (Day 2 by Defense) |
| **Party Documents** | |
| D-183 | TreeHouse Spreadsheet (THS-003729483) |
| D-184 | Non-Exclusive KAD Agreement, dated September 2010 (KGM03130101) |
| D-185 | [Intentionally Omitted] |
| D-186 | [Intentionally Omitted] |
| D-187 | [Intentionally Omitted] |
| D-188 | [Intentionally Omitted] |
| D-189 | [Intentionally Omitted] |
| D-190 | Letter from John Whoriskey, dated April 21, 2014 (KGM03093982) |

| **Third-Party Documents** | |
|---|---|
| H-27 | Supply Agreement between Keurig and Community Coffee, dated October 17, 2014 (CCC000001) |
| **Additional Exhibits to Keurig's Reply Brief in Support of its Motion for Summary Judgment** | |
| K-1 | Excerpts from Deposition of Conagra 30(b)(6) (Arnold) |
| K-2 | Excerpts from Deposition of Dunkin' 30(b)(6) (Gilbert) |
| K-3 | Email with attachment from Steve Smits, dated August 1, 2012 (KGM11615346) |
| K-4 | Email from Aldo Badini, dated May 13, 2020 |
| K-5 | Excerpts from Deposition of Target 30(b)(6) (O'Connor) |
| K-6 | Excerpts from Deposition of Staples 30(b)(6) (Scanlan) |
| K-7 | Excerpts from Deposition of Shannon Axthelm (Costco) |
| K-8 | Excerpts from Deposition of Office Depot 30(b)(6) (Davis) |
| K-9 | Excerpts from Deposition of The J.M. Smucker Co. 30(b)(6) (Byrd) (Day 2) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Lisa M. Danzig*

Lisa M. Danzig
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1539
*ldanzig@cgsh.com*