**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*All Direct Purchaser Actions* | MDL No. 2542<br><br>Master Docket No. 1:14-md-02542 (VSB) (SLC) |

**DECLARATION OF ALAN B. FREEDMAN**

I, Alan B. Freedman, hereby declare under penalty of perjury as follows.

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP. I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter. I respectfully submit this declaration as a supplement to Keurig's Memorandum of Law in Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibits A-Y are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| **A** | Errata to Expert Report of Dr. Laila Haider, Dec. 18, 2020 |
| **B** | Second Errata to Expert Report of Dr. Laila Haider, Mar. 17, 2021 |
| **C** | Expert Report of Kevin M. Murphy, Dec. 7, 2020 |
| **D** | Excerpt of Walmart deposition transcript (by Daniel Chinchay), June 30, 2020 |
| **E** | Excerpt of Office Depot deposition transcript (by Michael Davis), June 10, 2020 |
| **F** | Excerpt of Walmart deposition transcript (by Creighton Kiper), June 30, 2020 |
| **G** | JBR internal email re: Retail Buyer Feedback, Nov. 8, 2012, ROG001064731 |
| **H** | Excerpt of Canteen deposition transcript (by Ali Yousefpour), June 16, 2020 |
| **I** | Excerpt of Essendant deposition transcript (by Jeffrey Bobroff), Nov. 7, 2019 |
| **J** | Excerpt of Tess Wilkins deposition transcript (former Costco), May 1, 2019 |
| **K** | Excerpt of Walmart deposition transcript (by Carli Rosencranz), June 29, 2020 |
| **L** | Excerpt of Aramark deposition transcript (by Wojciech Biszta), May 29, 2020 |

| Exhibit | Description |
|---|---|
| M | Excerpt of McLane's Responses & Objections to Keurig's First Set of Requests for Admissions, Aug. 26, 2020 |
| N | Amazon Vendor Terms & Conditions, Nov. 25, 2015, KGM03098017 |
| O | Target Conditions of Contract for Partners, Sep. 1, 2017, KGM03141175 |
| P | Nestle Waters and Keurig Green Mountain's Distributorship Agreement, December 20, 2013, KGM03127196 |
| Q | Excerpt of Roger Davidson deposition transcript, Aug. 27, 2019 |
| R | Exhibit 11 to deposition of Roger Davidson, DPPKEURIG0000298 |
| S | Excerpt of James Long deposition transcript, Aug. 29, 2019 |
| T | Excerpt of Sally Rizzo deposition transcript, June 18, 2019 |
| U | Exhibit 2 to deposition of Sally Rizzo, DPPKEURIG0000103 |
| V | Excerpt of Henry Rocker deposition transcript, July 10, 2019 |
| W | Excerpt of Todd W. Springer deposition transcript, April 30, 2019 |
| X | Excerpt of Kenneth Burkley deposition transcript, June 19, 2019 |
| Y | JBR internal email re: Update on OneCup Distribution, July 2, 2015, ROG001539428 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Alan B. Freedman*

Alan B. Freedman
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1647
*afreedman@cgsh.com*