**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | No. 1:14-md-02542 (VSB) (SLC) |
| This Document Relates to All Actions | MDL No. 2542 |

## ORDER

Upon the motion for Zachary Tschida for leave to withdraw from this action as counsel for Defendant Keurig Green Mountain, Inc., IT IS HEREBY ORDERED:

1. The motion is granted.

SO ORDERED.

Dated:  July 22, 2024

_____
United States District Judge