UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                  :
                                                                              :
KEURIG GREEN MOUNTAIN SINGLE-               :         14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                              :
LITIGATION                                                          :         ORDER
                                                                              :
*This Document Relates to All Actions*                  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On January 3, 2025, I sent a copy of my Opinion & Order on the parties' Rule 702 motions seeking to exclude expert testimony, (Docs. 1220, 1406, 1439, 1442, 1445, 1449, 1452, 1456, 1460, 1464, 1470, 1474, 1478, 1484, 2078, 2083, 2086, 2089, 2237), to the parties. As the Opinion & Order refers to materials that were filed under seal, I have not yet filed it on the public docket. It is hereby:

ORDERED that within thirty (30) days, the parties shall meet and confer to discuss whether the Opinion & Order can be filed publicly and file either (i) a joint letter reflecting the parties' decision that the Opinion & Order can be filed publicly without redaction; or (ii) any proposed redactions.

SO ORDERED.

Dated:    January 3, 2025
              New York, New York

                                                                              Vernon S. Broderick
                                                                              United States District Judge