UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION<br><br>*This document concerns all related actions.* | Case No. 1:14-md-2542-VSB-SLC<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick |

**NOTICE OF MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER REGARDING TESTIMONY OF GARETH MACARTNEY (JANUARY 3, 2025 ORDER)**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that, on a date a time to be set by the Court, Plaintiff JBR, Inc. (d/b/a Rogers Family Company) ("Rogers" or "JBR") will move this Court, before the Honorable Vernon S. Broderick, U.S.D.J., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, pursuant to Local Rule 6.3, for entry of an order (1) reconsider the Court's Opinion and Order dated January 3, 2025 (as provided to the parties under seal), (2) upon reconsideration denying Defendant Keurig Green Mountain, Inc.'s Motion to Exclude the Expert Reports and Testimony of Gareth Macartney, Ph.D. (Doc. 1456), (3) in the alternative, if the Court declines reconsideration or affirms its ruling, permitting Dr. Macartney to supplement his Expert Report based on evidence of record to account for the Court's ruling, and (4) granting such other and further relief as the Court deems just and proper.

1

2

Dated: January 15, 2025

Respectfully submitted,

By:   /s/ Daniel Johnson Jr.
Daniel Johnson Jr. (CA Bar No. 57409)
Mario Moore (CA Bar No. 231644)
**DAN JOHNSON LAW GROUP, LLP**
1350 Old Bayshore Highway, Suite 520,
Burlingame, CA 94010
Telephone: 415-604-4500
Email: dan@danjohnsonlawgroup.com
Email: mario@danjohnsonlawgroup.com

*Counsel for Plaintiff*
*JBR, Inc. d/b/a Rogers Family Company*