

NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**ALDO A. BADINI**
Partner
212-294-4601
ABadini@winston.com

January 27, 2025

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, Case No. 1:14-md-02542-VSB
**Joint Letter Reflecting Parties' Positions on Filing *Daubert* Opinion & Order**

Dear Judge Broderick:

I write on behalf of Defendant Keurig Green Mountain, Inc. and Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse"), Plaintiff JBR Inc., Plaintiff McLane Company, Inc., Direct Purchaser Plaintiffs, Plaintiff BJ's Wholesale Club, Inc., and Plaintiff Winn-Dixies Stores, Inc. and Bi-Lo Holding, LLC (collectively, "Plaintiffs") with respect to Your Honor's January 3, 2025 Order [ECF No. 2367] directing the parties to jointly file a letter reflecting the parties' positions regarding whether Your Honor's Opinion & Order on the parties' Rule 702 motions seeking to exclude expert testimony can be filed publicly without redactions.  The parties have conferred and agree Your Honor's Opinion & Order can be filed publicly without redaction.

Respectfully submitted,

By: /s/ *Aldo A. Badini*
   Aldo A. Badini
   **Winston & Strawn LLP**
   200 Park Avenue
   New York, NY 10166
   (212) 294-6700
   abadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc:   Counsel for All Parties (via ECF)