UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                                             :
                                                   :
KEURIG GREEN MOUNTAIN SINGLE-                      :      14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                             :
LITIGATION                                         :      ORDER
                                                   :
*This Document Relates to All Actions*             :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge:</u>

I am in receipt of the parties' joint letter, dated January 27, 2025, informing me that no party has any proposed redactions to my January 3, 2025 Opinion & Order. (*See* Doc. 2366.) Accordingly, it is hereby:

ORDERED that Document 2366, which was filed under seal on January 3, 2025, be unsealed. The Clerk of Court is respectfully directed to file Document 2366 on the Electronic Case Filing System without any redactions.

SO ORDERED.

Dated:      January 30, 2025
            New York, New York

                                                   _____
                                                   Vernon S. Broderick
                                                   United States District Judge