# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1508
lbrannon@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

June 10, 2025

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

  Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
    Response to JBR's June 5, 2025 Letter

Your Honor:

  We write on behalf of Keurig in response to JBR's June 5 Letter. ECF No. 2386. The Court should deny JBR's request for remand for the reasons previously stated. ECF No. 1424 at 5 (this Court finding "remand would not be the most efficient for all concerned"); ECF No. 116 at 1, MDL No. 2542 (J.P.M.L.) (rejecting JBR's request, which ignored "common issues that are raised" in pending motions); ECF No. 57, Case No. 22-2079 (2d Cir.) (denying JBR's mandamus petition).

              Respectfully submitted,

              */s/ Leah Brannon*

              Leah Brannon

cc:  All counsel of record (by ECF)