DAN JOHNSON LAW GROUP

June 11, 2025

**VIA CM/ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

    **Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
            **MDL No. 2542**
            **Reply Letter Regarding JBR Request for Summary Judgment Decision or Remand to the Eastern District of California**

Dear Hon. Judge Broderick:

Keurig's June 10 letter fails to address the question of actual harm to JBR caused by the years of delay. JBR and Keurig are not similarly situated by the effects of the delay to judgment in this matter — JBR is harmed by each day of delay as Keurig continues to be able to charge high prices for its products. Keurig continues to enforce its industry-wide exclusivity provisions that forbid its licensees from working with JBR, and Keurig maintains its virtual monopoly on the office market for pods JBR has suffered with this situation for more than ten years.

Keurig also fails to mention that JBR is a relatively small company with a limited number of executives and employees, and therefore the delay has been particularly harmful to its witness list. JBR has few options in terms of replacement witnesses when one or more key witnesses dies, falls ill, or retires. By contrast, Keurig, with a much larger number of employees and executives, has been far less affected by the delay in terms of taking away witnesses who would otherwise be available for its defenses. Keurig wishes to maintain its advantages by delaying trial for as long as possible. All JBR wants is a chance to finally have this matter resolved.

Respectfully submitted,

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr.

DAN JOHNSON LAW GROUP, LLP
dan@danjohnsonlawgroup.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 604-4500

Hon. Vernon S. Broderick, U.S.D.J.
June 11, 2025
Page **2** of **2**

*Counsel for Plaintiff*
JBR, Inc. d/b/a Rogers Family Company

cc:    Counsel for All Parties (via ECF)