> The parties' request at ECF No. 2391 is **GRANTED**. The proposed schedule set forth below is **ADOPTED**.
>
> SO ORDERED.    July 16, 2025
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**DAN JOHNSON LAW GROUP**

July 15, 2025

**VIA CM/ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:    *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
            MDL No. 2542
            **Joint Letter Regarding Amended Expert Report Schedule**

Dear Hon. Judge Broderick:

I write in compliance with the Court's June 30 Order (ECF No. 2389) to inform the Court that counsel for JBR and Keurig have conferred [1] on a proposed schedule for JBR's amended Macartney expert damages report and Keurig's rebuttal to that amended report.

JBR expects that it will need approximately 90 days to prepare Dr. Macartney's amended report. The parties thus jointly propose the following schedule:

| | |
|---|---|
| October 31, 2025 | JBR serves amended Macartney report |
| January 30, 2026 | Keurig serves rebuttal report |
| February 20, 2026 | Supplemental expert depositions complete |
| March 20, 2026 | Parties file any *Daubert* motions |

If either party files a *Daubert* motion regarding the new reports, the parties agree to file a joint proposed briefing schedule for oppositions and replies at that time.

Respectfully submitted,

*/s/ Daniel Johnson Jr.*
Daniel Johnson Jr.

DAN JOHNSON LAW GROUP, LLP
dan@danjohnsonlawgroup.com
100 Pine Street, Suite 1250

---

[1] JBR counsel Mario Moore and Keurig counsel Alan Freedman met and conferred on the schedule on multiple calls on July 9 and July 14, and exchanged emails.

Hon. Vernon S. Broderick, U.S.D.J.
July 15, 2025
Page **2** of **2**

San Francisco, CA 94111
(415) 604-4500
*Counsel for Plaintiff*
JBR, Inc. d/b/a Rogers Family Company

cc: Counsel for All Parties (via ECF)