

**PEARSON WARSHAW**

15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
*office* (818) 788-8300
*fax* (818) 788-8104
PWFIRM.COM

MATTHEW A. PEARSON
*direct* (818) 205-2806
MAPEARSON@PWFIRM.COM

July 31, 2025

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007-1312

> Counsel's request at ECF No. 2396 is **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF notifications in 14-md-2542 (VSB)(SLC) for the following attorneys: Bruce L. Simon; Clifford H. Pearson; Daniel L. Warshaw; and Matthew A. Pearson. The Court clarifies that the Clerk of Court shall not formally remove these identified attorneys as counsel of record, and shall only terminate their ECF notifications.
>
> SO ORDERED.   August 1, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation
      Case No.:       14-md-2542-VSB-SLC
      Our File No.:   5452-00001

Dear Judge Cave:

Counsel respectfully clarifies that the request is solely for the termination of ECF notifications for the identified attorneys at Pearson Warshaw, LLP and not for their formal withdrawal as counsel of record. The identified attorneys at Pearson Warshaw, LLP were appointed as Co-Lead Counsel for the Indirect Purchase Plaintiff Class. Withdrawal is not necessary because the Indirect Purchaser Plaintiff class action has concluded, judgment has been entered, and all matters, including settlement administration, have been fully resolved. Despite the ongoing litigation in this matter with parties other than the Indirect Purchaser Plaintiff Class, there is no further action required by Pearson Warshaw, LLP in this matter, and the identified attorneys no longer require electronic notice of filings.

Respectfully,

PEARSON WARSHAW, LLP

*/s/ Matthew A. Pearson*

MATTHEW A. PEARSON

MAP
1038331.1