

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
ABadini@winston.com

August 15, 2025

> The parties' proposed schedule set forth below is **ADOPTED**. The Court will schedule a conference as needed following Plaintiffs' reply.
>
> SO ORDERED.   August 18, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

<u>VIA ECF</u>

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:**   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
Joint Letter re Schedule for Plaintiffs' Fee Application (14-MD-2542)

Dear Judge Cave:

I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, Sturm Foods, Inc., Plaintiff McLane Company, Inc., Direct Purchaser Plaintiffs (collectively, "Plaintiffs"), and Defendant Keurig Green Mountain, Inc. ("Keurig") regarding this Court's Order of March 28, 2022 (ECF No. 1806) and Judge Broderick's July 31, 2025 Order (ECF No. 2395).

Plaintiffs and Keurig have met and conferred and propose the schedule below to resolve Plaintiffs' fee application. If the disputes are sufficiently narrowed, the parties may propose a modified schedule to take that into account.

| Event/Deadline | Proposed Date |
| --- | --- |
| Plaintiffs to provide Keurig with redacted spreadsheets supporting fee requests | September 10, 2025 |
| Parties to meet and confer in good faith to resolve or narrow any disputes as to the fee requests | Through October 10, 2025 |
| Plaintiffs to file fee application, including unredacted copies of the supporting materials for *in camera* review, to the extent anything remains in dispute | November 10, 2025 |
| Keurig to file opposition to Plaintiffs' fee application | December 15, 2025 |
| Plaintiffs to file reply in support of their fee application | January 21, 2026 |



August 15, 2025<br>Page 2

With respect to the redacted backup materials to be provided by Plaintiffs to Keurig on September 10, and the unredacted materials to be supplied to the Court on November 10, Keurig confirms that it will not take the position that such submissions constitute a waiver of any attorney-client privilege, work product protection, or any other applicable privilege or protection.

Keurig reserves the right to object to the extent the billing records provided by Plaintiffs are not sufficient to enable Keurig or the Court to evaluate the appropriateness of the request. Plaintiffs reserve the right to supplement their fee application materials to respond to any additional requests for information from the Court. Plaintiffs also reserve the right to move for fees and costs associated with the briefing and other work associated with this schedule.

Respectfully submitted,

/s/ *Aldo A. Badini*
Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-4601
ABadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc:   Counsel for All Parties (via ECF)