UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:                                             :
                                                   :
KEURIG GREEN MOUNTAIN SINGLE-      :           14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST               :
LITIGATION                           :                ORDER
                                                   :
*This Document Relates to All Actions*   :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On July 31, 2025, I issued an Opinion & Order temporarily under seal and instructed the

parties to submit any proposed redactions within thirty days.  (*See* Doc. 2395 at 45.)  To date, no

party has proposed any redactions to the Opinion & Order.  Accordingly, it is hereby:

      ORDERED that Document 2395, which was filed under seal on July 31, 2025, be

unsealed.  The Clerk of Court is respectfully directed to file Document 2395 on the Electronic

Case Filing System without any redactions.

SO ORDERED.

Dated:     September 9, 2025
          New York, New York

                              Vernon S. Broderick
                              United States District Judge