# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| AMERICAS | 2112 Pennsylvania Avenue, NW | EUROPE & MIDDLE EAST |
|---|---|---|
| NEW YORK | Washington, DC 20037-3229 | ABU DHABI |
| SAN FRANCISCO | T: +1 202 974 1500 | BRUSSELS |
| SÃO PAULO | F: +1 202 974 1999 | COLOGNE |
| SILICON VALLEY |  | FRANKFURT |
| WASHINGTON, D.C. | clearygottlieb.com | LONDON |
|  |  | MILAN |
| ASIA |  | PARIS |
| BEIJING | D: +1 202 974 1959 | ROME |
| HONG KONG | lmalm@cgsh.com |  |
| SEOUL |  |  |

September 12, 2025

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter Regarding the Status of the Party's Negotiations Concerning the Court's Order at ECF 2038 and Winn-Dixie's response to Keurig's RFAs

Your Honor:

      Keurig and Winn-Dixie provide this joint update in accordance with the Court's August 15, 2025 Order (ECF No. 2402).

      After the parties' last update, Winn-Dixie moved for reconsideration of Judge Broderick's July 31, 2025 decision upholding the award of certain of Keurig's attorneys' fees. Winn-Dixie's motion is fully briefed and is pending before Judge Broderick. (Keurig was not aware that the reconsideration motion was forthcoming). In light of that motion, Winn-Dixie proposes that a briefing schedule be set only after Judge Broderick resolves Winn-Dixie's motion for reconsideration. Keurig maintains that Winn-Dixie's reconsideration motion is meritless. But to avoid burdening the Court, Keurig will not oppose that approach. The parties therefore propose that they confer on an appropriate briefing schedule and update the Court within 14 days of any order resolving Winn-Dixie's motion for reconsideration.

      In addition, Winn-Dixie has responded to Keurig's requests for admission for which this Court previously ordered responses (ECF No. 2004).

                                               Respectfully submitted,

                                               */s/ C. Lawrence Malm*
                                               C. Lawrence Malm

cc: All counsel of record (by ECF)