# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1959
lmalm@cgsh.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
BEIJING
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

September 12, 2025

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

> The parties' request at Dkt. No. 2409 is **GRANTED**. The parties shall confer on an appropriate briefing schedule for Keurig's motion for attorneys' fees and update the Court within 14 days of any order resolving Winn-Dixie's motion for reconsideration at Dkt. No. 2400.
>
> SO ORDERED.   September 15, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter Regarding the Status of the Party's Negotiations Concerning the Court's Order at ECF 2038 and Winn-Dixie's response to Keurig's RFAs   (14-md-2542)

Your Honor:

Keurig and Winn-Dixie provide this joint update in accordance with the Court's August 15, 2025 Order (ECF No. 2402).

After the parties' last update, Winn-Dixie moved for reconsideration of Judge Broderick's July 31, 2025 decision upholding the award of certain of Keurig's attorneys' fees. Winn-Dixie's motion is fully briefed and is pending before Judge Broderick. (Keurig was not aware that the reconsideration motion was forthcoming). In light of that motion, Winn-Dixie proposes that a briefing schedule be set only after Judge Broderick resolves Winn-Dixie's motion for reconsideration. Keurig maintains that Winn-Dixie's reconsideration motion is meritless. But to avoid burdening the Court, Keurig will not oppose that approach. The parties therefore propose that they confer on an appropriate briefing schedule and update the Court within 14 days of any order resolving Winn-Dixie's motion for reconsideration.

In addition, Winn-Dixie has responded to Keurig's requests for admission for which this Court previously ordered responses (ECF No. 2004).

Respectfully submitted,

/s/ C. Lawrence Malm
C. Lawrence Malm

cc: All counsel of record (by ECF)