# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1959
lmalm@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

October 30, 2025

> The Court thanks the parties for the update at Dkt. No. 2413 and congratulates them on resolving the issue between themselves.
>
> SO ORDERED.   October 31, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter Regarding Plaintiffs' Fee Application

Your Honor:

   Keurig and McLane have resolved the dispute as to the amount of payment related to McLane's request for fees and costs associated with this Court's March 28, 2022 Order (Dkt. No. 1806) and Judge Broderick's July 31, 2025 Order (Dkt. No. 2395). The parties agree that they will update the Court should further intervention prove necessary.

Respectfully submitted,

/s/ C. Lawrence Malm

C. Lawrence Malm

cc: All counsel of record (by ECF)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.