Case 1:14-md-02542-VSB-SLC   Document 2416   Filed 11/12/25   Page 1 of 2



North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
212-294-4601
ABadini@winston.com

> The parties' request at Dkt. No. 2415 is **GRANTED**. The below briefing schedule for TreeHouse's fee application is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 2415.
>
> SO ORDERED.   November 12, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

November 10, 2025

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:**  *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter re Schedule for TreeHouse's Fee Application

Dear Judge Cave:

I write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. (collectively, "TreeHouse") and Defendant Keurig Green Mountain, Inc. ("Keurig"). In its August 18, 2025 Order (ECF No. 2403), this Court endorsed a schedule, jointly proposed by Rule 37 Plaintiffs[1] and Keurig, for the briefing of Rule 37 Plaintiffs' respective fee applications based on Your Honor's Order of March 28, 2022 (ECF No. 1806), and Judge Broderick's July 31, 2025 Order (ECF No. 2395).

As of the time of this submission, TreeHouse and Keurig continue to be in ongoing negotiations which have been diligently pursued throughout and beyond the scheduled meet-and-confer period to resolve or narrow the scope of disputes before the Court. Accordingly, TreeHouse and Keurig respectfully request a modification of the schedule for briefing TreeHouse's fee application as set forth below:

| Event/Deadline | Original Date | Proposed Date |
|---|---|---|
| TreeHouse to file fee application, including unredacted copies of the supporting materials for *in camera* review, to the extent anything remains in dispute | November 10, 2025 | November 24, 2025 |
| Keurig to file opposition to TreeHouse's fee application | December 15, 2025 | January 9, 2026 |
| TreeHouse to file reply in support of its fee application | January 21, 2026 | February 9, 2026 |

---

[1] Rule 37 Plaintiffs include TreeHouse, McLane Company, Inc., and Direct Purchaser Plaintiffs. The instant submission only concerns the schedule for briefing TreeHouse's fee application.

November 10, 2025
Page 2

TreeHouse and Keurig thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Aldo A. Badini*
Aldo A. Badini
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-4601
ABadini@winston.com

*Counsel for Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.*

cc:    Counsel for All Parties (via ECF)