# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1959
lmalm@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

November 18, 2025

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Letter Motion to Seal

Your Honor:

    Keurig respectfully submits this letter in accordance with the Court's October 27, 2025 Class Certification Opinion & Order, ECF No. 2412 ("Order"), requesting limited redaction of the Order. Keurig met and conferred via email with counsel for the Direct Purchaser Plaintiffs, who do not oppose the requested redactions.

    The Order references certain confidential material that Special Master Holwell and this Court have previously determined should be sealed. *See* ECF No. 2170 (adopting Special Master Holwell's recommendations in their entirety); ECF No. 2323 (granting joint request to reconcile prior sealing decisions). To ensure consistency with the Court's prior sealing orders and to protect the confidential commercial information contained in such sealed materials, Keurig respectfully requests that the Court redact the passages highlighted in the enclosed Exhibit A and described below.

    *First*, in footnote 4 of the Order, Keurig requests that the Court redact: (1) the number of "unique 'sold to' customers found in Keurig's PeopleSoft data," (2) the number of such customers that are "DTC customers," (3) Keurig's total K-Cup sales between October 2012 and 2019, and (4) Keurig's K-Cup sales associated with its top 25 customers. These figures are confidential commercial information relating to Keurig's sales and customer data that both the Court and Special Master Holwell have already determined should be sealed. The first two figures appear in Dr. French's Reply Report and are redacted in the public version of that report consistent with Special Master Holwell's determinations. ECF No. 2211-32 ¶ 371 n.512. The latter two figures appear in Dr. Haider's Report and are similarly redacted in the public version consistent with Special Master Holwell's determinations. ECF No. 2325-2, Ex. 6.

Hon. Vernon Broderick
November 18, 2025
Page 2

*Second*, on page 21 of the Order, Keurig requests that the Court redact information regarding the prices at which a major customer buys K-Cups from Keurig. The specific negotiated prices at which Keurig sells to one of its largest customers are confidential business information, and are redacted in the public version of Dr. Haider's report consistent with Special Master Holwell's determinations. ECF No. 2325-2, ¶ 49 n.42.

Keurig's proposed redactions are tailored to protect the parties' confidentiality interests, and it requests that the Court file the Order with the proposed limited redactions.

                                              Respectfully submitted,

                                              */s/ C. Lawrence Malm*
                                              C. Lawrence Malm

cc: All counsel of record (via ecf)