# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1959
lmalm@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

November 21, 2025

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

    Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter Regarding Plaintiffs' Fee Application

Your Honor:

    Keurig and the TreeHouse Plaintiffs have resolved all matters concerning the TreeHouse Plaintiffs' request for fees and costs associated with this Court's March 28, 2022 Order (Dkt. No. 1806) and Judge Broderick's July 31, 2025 Order (Dkt. No. 2395). To avoid burdening the Court with further disputes on these issues, Keurig will pay TreeHouse $1,500,000 by January 20, 2026. The parties agree that they will update the Court should further intervention prove necessary.

                                   Respectfully submitted,

                                   */s/ C. Lawrence Malm*

                                   C. Lawrence Malm

cc: All counsel of record (by ECF)