UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. 1:14-md-02542 (VSB) (SLC)<br><br>MDL No. 2542 |

### DECLARATION OF CARL LAWRENCE MALM PURSUANT TO LOCAL RULE 1.4

I, Carl Lawrence Malm, hereby declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys at Cleary Gottlieb Steen & Hamilton LLP representing Defendant Keurig Green Mountain, Inc. ("Keurig") in the above-captioned matter.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. Isabel Tuz, Molly Ma, Rachel Lerner and Shannon Manley are no longer associated with Cleary Gottlieb Steen & Hamilton LLP. Attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Keurig in this matter.

4. No retaining or charging lien is being asserted.

5. This declaration and the accompanying motion will be served on Keurig.

Dated: December 23, 2025
      Washington, DC

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        By:   /s/ *C. Lawrence Malm*
                                Carl Lawrence Malm
                                lmalm@cgsh.com
                                Cleary Gottlieb Steen & Hamilton LLP
                                2112 Pennsylvania Avenue, NW
                                Washington, DC 20037
                                Telephone: (202) 974-1959