# ALSTON & BIRD

55 2nd Street
Suite 2100
San Francisco, CA 94105
415-243-1000

Valarie C. Williams                    415.243.1058                    valarie.williams@alston.com

February 11, 2026

**VIA CM/ECF**

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, New York 10007

Re:   *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542, Master Docket No. 1:14-md-2542-VSB-SLC – Request for Schedule Clarification

Dear Hon. Vernon S. Broderick:

     I write on behalf of Plaintiffs McLane Company, Inc., TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods (collectively, "Plaintiffs") pursuant to Section 1(B) of your Honor's Individual Rules & Practices to respectfully request clarification regarding the schedule for the remaining motions and for trial in this matter. Plaintiffs appreciate the Court's diligence in addressing the outstanding motions over the past year and a half. In its July 26, 2024, docket entry, the Court indicated that following resolution of the *Daubert* motions, the remaining motions would likely be decided shortly thereafter. The *Daubert* motions were resolved nearly a year ago, and the Court issued its Class Certification Order in November 2025. Plaintiffs therefore anticipate that rulings on the pending Summary Judgment motions may be forthcoming.

     In light of this progress, Plaintiffs would appreciate any guidance the Court can provide regarding the expected timing of those remaining orders and a prospective trial date. The Court has not held a status conference since 2020 and, given the developments over the past year, Plaintiffs respectfully suggest that now may be an appropriate time for the parties to convene and plan for the next phase of the case. Keurig's anticompetitive conduct has continued unabated such that Plaintiffs and the market continue to be harmed with each passing day.

Respectfully Submitted,

*/s/Valarie C. Williams*

Valarie C. Williams (pro hac vice)

cc: Counsel of Record (via ECF)

Alston & Bird LLP                                                                                                       www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.