# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | 2112 Pennsylvania Avenue, NW<br>Washington, DC 20037-3229<br>T: +1 202 974 1500<br>F: +1 202 974 1999<br>clearygottlieb.com<br><br>D: +1 202 974 1647<br>afreedman@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

February 19, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

   Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
     <u>Joint Letter Regarding Amended Expert Report Schedule</u>

Dear Judge Broderick:

  Keurig and JBR submit this joint letter regarding an updated schedule for briefing related to JBR's amended expert damages report. *See* ECF No. 2391 (agreeing to a schedule).

  The parties have agreed that the deposition of Dr. Macartney will proceed after the original deadline, February 20, 2026. The parties thus jointly propose the following amended schedule:

| | |
|---|---|
| March 2, 2026 | Deposition of Dr. Macartney |
| March 20, 2026 | Parties file any *Daubert* motions |
| April 10, 2026 | Parties file any *Daubert* oppositions |
| April 24, 2026 | Parties file any *Daubert* replies |

                Respectfully submitted,

                */s/ Alan Freedman*

                Alan Freedman

cc: All counsel of record (by ECF)