# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1647
afreedman@cgsh.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

February 19, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

    Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Joint Letter Regarding Amended Expert Report Schedule

Dear Judge Broderick:

    Keurig and JBR submit this joint letter regarding an updated schedule for briefing related to JBR's amended expert damages report. *See* ECF No. 2391 (agreeing to a schedule).

    The parties have agreed that the deposition of Dr. Macartney will proceed after the original deadline, February 20, 2026. The parties thus jointly propose the following amended schedule:

| | |
|---|---|
| March 2, 2026 | Deposition of Dr. Macartney |
| March 20, 2026 | Parties file any *Daubert* motions |
| April 10, 2026 | Parties file any *Daubert* oppositions |
| April 24, 2026 | Parties file any *Daubert* replies |

                              Respectfully submitted,

                              */s/ Alan Freedman*

                              Alan Freedman

cc: All counsel of record (by ECF)

SO ORDERED: 2/20/2026

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE