UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | CIVIL ACTION NO. 14 MD 2542 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On March 2, 2026, Ryan W. Marth, Esq., filed a notice of appearance for substitute counsel advising the Court that he was replacing William V. Reiss, Esq., as counsel for **Kenneth B. Burkley, Sally Rizzo, Henry A. Rocker, Todd W. Springer, Roger Davidson, James G. Long, Petitioners**. (Dkt. No. 2435 (the "Notice")). On March 3, 2026, the Court endorsed the Notice. (Dkt. No. 2436 (the "Endorsement")). Mr. Marth has since informed the Court that the Notice was inadvertently filed in this action and has requested the Court remove the Notice and Endorsement from the docket.

Accordingly, the Clerk of Court is respectfully directed to strike the Notice (Dkt. No. 2435) and the Endorsement (Dkt. No. 2436) from the docket in this action.

Dated:    New York, New York
           March 9, 2026                             SO ORDERED.

                                                                                    SARAH L. CAVE
                                                                                   United States Magistrate Judge