**MANDATE**

S.D.N.Y. – N.Y.C.
14-md-2542
Broderick, J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-six.

Present:

    Reena Raggi,
    Myrna Pérez,
    Sarah A. L. Merriam,
      *Circuit Judges.*

———————————

Kenneth B. Burkley, individually and on behalf of all others similarly situated, et al.,

      *Petitioners,*

    v.                             25-2908

Keurig Green Mountain Inc., et al.,

      *Respondents.*

———————————

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order denying class certification. They also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, and the Clerk of Court is directed to file the proposed reply on the docket. However, after consideration of the parties' arguments, including those asserted in the proposed reply brief, the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/19/2026**