**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | ) ) ) ) ) |

Civil Action No. 1:14-md-02542-VSB-SLC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Geoffrey H. Kozen, of Robins Kaplan LLP, hereby enters

his appearance in the above-captioned action on behalf of Class Plaintiffs, and hereby requests

that copies of all papers and notices in the above-captioned action be served upon the

undersigned electronically at the email address listed below and at the address listed below.

Dated:  May 6, 2026

**ROBINS KAPLAN LLP**

By:  */s/ Geoffrey H. Kozen*
        Geoffrey H. Kozen
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Tel:  612-349-8500
Email:  gkozen@robinskaplan.com

*Attorney for Class Plaintiffs*

1

97126710.1

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on May 6, 2026 the foregoing document was served on all counsel via the Court's ECF system.

Dated:  May 6, 2026                          **ROBINS KAPLAN LLP**

By:  */s/ Geoffrey H. Kozen*
       Geoffrey H. Kozen
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Tel:  612-349-8500
Email:  gkozen@robinskaplan.com

*Attorney for Class Plaintiffs*

2

97126710.1