UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                      :
                                                            :
KEURIG GREEN MOUNTAIN SINGLE-      :                14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                     :
LITIGATION                                             :            **ORDER**
                                                            :
*This Document Relates to All Actions*          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 15, 2026, an action was filed in the Southern District of New York by

20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond, Inc., against Keurig Green Mountain,

Inc., alleging violations of Sections 1 & 2 of the Sherman Act and Section 3 of the Clayton Act.

(No. 26-cv-4074, Doc. 1.)  On the same date, counsel for Plaintiff in that case filed a related case

statement representing that the newly filed case was related to this litigation.  (No. 26-cv-4074,

Doc. 3.)  By June 5, 2026, the parties shall meet and confer and file a joint statement of no longer

than five pages with their views on relatedness and whether the Rules of Procedure of the United

States Judicial Panel on Multidistrict Litigation are implicated.

SO ORDERED.

Dated:      May 20, 2026
            New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge