# Buchanan

**Mackenzie A. Baird**
412 562 1825
mackenzie.baird@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
T 412 562 8800
F 412 562 1041

June 1, 2026

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re:**   ***In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation;***
         **No. 14-MD-2542-VSB-SLC (S.D.N.Y.)**
         **Joint Letter Regarding Schedule for Keurig's Fee Petition**

Dear Judge Cave:

Keurig and Winn-Dixie have met and conferred on a proposed briefing schedule for Keurig's motion for attorneys' fees, pursuant to Judge Broderick's currently sealed May 18, 2026 order.  The parties jointly propose the following schedule:

| | |
|---|---|
| July 17, 2026 | Keurig files fee petition. |
| August 17, 2026 | Winn-Dixie files opposition to fee petition. |
| September 16, 2026 | Keurig files reply in support of fee petition. |

Respectfully submitted,

*/s/ Mackenzie A. Baird*

Mackenzie A. Baird

cc:    Counsel of Record via ECF