UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:                                                      :
                                                            :
KEURIG GREEN MOUNTAIN SINGLE-      :            14-MD-2542 (VSB)
SERVE COFFEE ANTITRUST                   :
LITIGATION                                             :            **ORDER**
                                                            :
*This Document Relates to All Actions*        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the letter filed by McLane Company, Inc., TreeHouse Foods, Inc., Bay

Valley Foods, LLC, and Sturm Foods requesting clarification regarding scheduling.  (Doc.

2432.)  On May 19, 2026, I issued an Opinion & Order on Plaintiff Winn-Dixie's motion for

reconsideration, and various outstanding sealing requests.  (Doc. 2469.)  On June 8, 2026, I

issued an Opinion & Order on Keurig's motion to exclude the amended expert report and related

testimony of Dr. Gareth Macartney.  (Doc. 2474.)  These Opinions & Orders will be unsealed

once the parties have filed their proposed redactions and I have reviewed the proposed

redactions.  I will issue an Opinion & Order on the parties' cross motions for summary judgment,

(Docs. 1489, 1492), by September 18, 2026.  I will issue an Opinion & Order on Keurig's

motion for summary judgment in the Winn-Dixie action by October 16, 2026.  (Doc. 2062.)

      Once consolidated pretrial proceedings have concluded before me, the parties to Case No.

14-CV-677, initially filed in the Eastern District of California (the "JBR Action"), should meet

and confer to discuss any remand to the transferor court for trial.  (*See* Jud. Panel Multidistrict

Litig. Rs. 10.1–10.3.)  The parties should meet and confer by November 16, 2026, and propose a

schedule to the court for pre-trial exchanges or remand, in the JBR Action, by December 7, 2026.

With regard to any trial in this District, the parties should indicate when during the second quarter

of 2027 the parties would be available for trial.

SO ORDERED.

Dated:      June 9, 2026
            New York, New York

Vernon S. Broderick
United States District Judge