**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| 20230930-DK-BUTTERFLY-1, INC., f/k/a BED BATH & BEYOND INC., <br><br> Plaintiff, <br><br> v. <br><br> KEURIG GREEN MOUNTAIN, INC., <br><br> Defendant. | **Oral Argument Requested** <br><br> No. 1:26-cv-04074 (VSB) |

### KEURIG'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, supporting Declaration of Alan B. Freedman dated June 11, 2026, and exhibits appended thereto, Defendant Keurig Green Mountain, Inc. hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing all claims in the complaint of 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond, Inc.

Dated: June 11, 2026

/s/ Leah Brannon

CLEARY GOTTLIEB STEEN & HAMILTON LLP
**Leah Brannon**
**Carl Lawrence Malm**
**Alan B. Freedman**
lbrannon@cgsh.com
lmalm@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1508

**Luke A. Barefoot**
lbarefoot@cgsh.com
One Liberty Plaza
New York, NY 10006
(212) 225-2829

BUCHANAN INGERSOLL & ROONEY PC
**Wendelynne J. Newton**
**Mackenzie A. Baird**
wendelynne.newton@bipc.com
mackenzie.baird@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8932

*Attorneys for Defendant Keurig Green Mountain, Inc.*