

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

June 18, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re: *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, Case No. 1:14-md-02542; Related Case *20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc. v. Keurig*, No. 1:26-cv-04074: Letter-Motion for Approval of Extension of Time**

Dear Judge Broderick:

Pursuant to Rule 1.H of Your Honor's Individual Rules & Practices in Civil Cases, Plaintiff 20230930-DK-Butterfly-1, Inc. respectfully requests a modest extension of its time to respond to Defendant, Keurig Green Mountain Inc.'s Motion to Dismiss filed on June 11, 2026 ("Motion").

Pursuant to Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, opposing or response papers must be served within 14 days after service of the moving papers and any reply papers must be served within seven days after service of the response. Accordingly, Plaintiff's response is currently due on **June 25, 2026** and Keurig's reply is presently due on **July 2, 2026**.

In light of the upcoming holidays, Plaintiff seeks a modest extension of its time to respond to the Motion such that Plaintiff's deadline to file its response is extended from **June 25, 2026 to July 16, 2026**. Keurig has represented that it will consent to Plaintiff's request provided that its time to file a reply in support of its Motion is extended from **July 2, 2026 to July 31, 2026.** This modest extension to the briefing schedule will provide Plaintiff's counsel with sufficient time to thoroughly evaluate the arguments raised in Keurig's Motion and consult with its client and will enable Keurig's counsel to do the same in connection with its reply as to the arguments raised in Plaintiff's forthcoming opposition.

The parties have not previously sought any modification of the briefing schedule in connection with the Motion. An extension will not affect any scheduled dates because the Court has not issued a Scheduling Order in this related action.

**C Crowell**

Respectfully submitted,

*/s/ William V. Reiss*
William V. Reiss
**CROWELL & MORING LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: 212-803-4029
Fax: 212-223-4134
wreiss@crowell.com

*Counsel for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.*

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.                    6/22/2026