# Buchanan

**Mackenzie A. Baird**
412 562 1825
mackenzie.baird@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
T 412 562 8800
F 412 562 1041

June 23, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542;
> Letter Regarding Motions to Seal in the BJ's and Winn-Dixie Actions

Dear Judge Broderick:

I write on behalf of Keurig regarding the summary judgment and *Daubert* materials filed under seal in the BJ's and Winn-Dixie actions.  *See* ECF Nos. 2063, 2064, 2079, 2084, 2087, 2089, 2090, 2100, 2102, 2112, 2114, 2115, 2120, 2123, 2127, 2129, and 2133.

On May 18, 2026, the Court entered an Opinion & Order adopting the Special Master's Third Supplemental Report and Recommendation and Fourth Supplemental Report and Recommendation [ECF Nos. 2316 and 2328], which granted certain sealing requests made by Keurig, BJ's, and several third parties.[1]  As we previously advised the Court, Keurig and Plaintiffs BJ's Wholesale Club, Inc., Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC are in agreement as to the appropriate application of the Special Master's sealing rulings to the summary judgment and *Daubert* filings listed above.  *See* ECF No. 2358.

The parties met and conferred again on June 22 and agreed to file public versions of the redacted summary judgment and *Daubert* records listed above by July 2, 2026.  As to Winn-Dixie, the Court also denied certain motions to seal filed by Winn-Dixie without prejudice to propose more limited redactions.  As indicated above, the parties previously agreed to the appropriate application of the Special Master's sealing rulings as to the *Daubert*-related filings made by Winn-Dixie [ECFs Nos. 2114 and 2089] referenced in the May 18 Opinion & Order, and we understand that Winn-Dixie is prepared to re-file those papers.  We have been informed by counsel for Winn-Dixie that it intends to separately request an extension from Your Honor of the time to propose redactions to the separate discovery motions referenced in the May 18 Opinion & Order.

---

[1] The May 18, 2026 Opinion & Order was issued temporarily under seal to permit requests for redaction by June 16, 2026.  As of this filing, no party has requested redaction of the May 18, 2026 Opinion & Order.

June 23, 2026
Page - 2 -

Respectfully submitted,

*/s/ Mackenzie A. Baird*

Mackenzie A. Baird

cc:    Counsel of Record via ECF