**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | MDL No. 2542 |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| | Related Case Nos. 1:21-cv-7504, 1:21-cv-7493 |

*This Document Relates to*:

BJ'S WHOLESALE CLUB, INC.,

Plaintiff,

against-

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

AND

WINN-DIXIE STORES, INC.;  and
BI-LO HOLDING, LLC,

Plaintiff,

against-

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

**DECLARATION OF ZACH TSCHIDA**

I, Zach Tschida, hereby declare under penalty of perjury as follows.

1.      I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP.  I am one of the attorneys representing Defendant Keurig Green Mountain in the above-captioned matter.  I

respectfully submit this declaration as a supplement to Keurig's Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

2.      Keurig will provide the following Exhibits, which are true and correct copies of the following documents, to the Court and the parties:

| Exhibit | Description |
| --- | --- |
| 1 | Nick Lazaris (Keurig) (Day 1) Transcript (Excerpt) |
| 2 | Bob Giacomelli (JBR) (Day 1) Transcript (Excerpt) |
| 3 | David Vermylen (TreeHouse) Transcript (Excerpt) |
| 4 | Expert Report of Dr. Kevin Murphy (BJ's and Winn-Dixie actions) (Excerpt) |
| 5 | U.S. Patent No. 5,325,765A |
| 6 | Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Transcript (Excerpt) |
| 7 | Expert Report (BJ's) of Dr. Jeffrey Leitzinger (Excerpt) |
| 8 | Expert Report (Winn-Dixie) of Dr. Jeffrey Leitzinger (Excerpt) |
| 9 | Walmart (Rosencranz) 30(b)(6) Transcript (Excerpt) |
| 10 | Winn-Dixie's Amended Responses to RFA (Excerpt) |
| 11 | WD0276752 (Winn-Dixie (Rice) 30(b)(6) Dep. Ex. 12) (Email dated Nov. 7, 2014) |
| 12 | Winn-Dixie (Rice) 30(b)(6) Transcript (Excerpt) |
| 13 | BJ's 30(b)(6) (Day 2) Transcript (Excerpt) |
| 14 | Keurig Dr. Pepper, 2018 10-K Annual Report, December 31, 2018 (Excerpt) |
| 15 | Leitzinger (Apr. 2, 2021) Transcript (Excerpt) |
| 16 | *Southeastern Grocers* "About Us" webpage |
| 17 | Expert Report of Martin A. Asher (Winn-Dixie) (Excerpt) |

Case 1:14-md-02542-VSB-SLC   Document 2065   Filed 06/13/23   Page 3 of 5

| | |
|---|---|
| 18 | ROG001177688 (Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Dep. Ex. 9) (Email dated Aug. 22, 2012) |
| 19 | ROG001180390 (Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Dep. Ex. 10) (Email dated Oct. 11, 2012) |
| 20 | ROG001195100 (Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Dep. Ex. 12) (Email dated Aug. 14, 2013) |
| 21 | Richard Sturgill (Winn-Dixie) Transcript (Excerpt) |
| 22 | Orlando Leon (Winn-Dixie) Transcript (Excerpt) |
| 23 | ROG001992460 (Orlando Leon (Winn-Dixie) Dep. Ex. 13) (Email dated Nov. 14, 2014) |
| 24 | WD0475630 (Presentation) (Excerpt) |
| 25 | Winn-Dixie (Mullinax) 30(b)(6) (Day 2) Transcript (Excerpt) |
| 26 | WD0332484 (Winn-Dixie (Rice) 30(b)(6) Dep. Ex. 6A & B) (Presentation dated Oct. 30, 2014) |
| 27 | WD0270560 (Winn-Dixie (Rice) 30(b)(6) Dep. Ex. 23) (Email dated Jan. 3, 2017) |
| 28 | WD0275685 (Winn-Dixie (Rice) 30(b)(6) Dep. Ex. 16) (Email dated Dec. 16, 2015) |
| 29 | Leitzinger (Mar. 17, 2023) Transcript (Excerpt) |
| 30 | Winn-Dixie Responses to Keurig's Interrogatories |
| 31 | BJ's Wholesale Club Holdings, 2023 10-K Annual Report, January 28, 2023 (Excerpt) |
| 32 | BJ's 30(b)(6) (Day 1) Transcript (Excerpt) |
| 33 | Melissa O'Brien (BJ's) Transcript (Excerpt) |
| 34 | Michael Coppola (BJ's) Transcript (Excerpt) |
| 35 | Mark Griffin (BJ's) Transcript (Excerpt) |
| 36 | *BJ's* "Investor Relations" webpage |
| 37 | WD0036240 (Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Dep. Ex. 17) (Email dated Apr. 1, 2016) (Excerpt) |
| 38 | BWCI0038939 (Email dated July 5, 2017) |

Case 1:14-md-02542-VSB-SLC   Document 2065   Filed 06/13/23   Page 4 of 5

| | |
|---|---|
| 39 | Coppola (BJ's) Dep. Ex. 6 (BJ's Wholesale Club Holdings, 2022 10-K Annual Report, January 29, 2022) (Excerpt) |
| 40 | BWCI0233236 (Coppola Dep. Ex. 15) (Email dated Nov. 14, 2017) |
| 41 | BJ's Responses to Keurig's RFAs (Excerpt) |
| 42 | BJ's Responses to Keurig's Interrogatories (Excerpt) |
| 43 | BWCI0060333 (Coppola (BJ's) Dep. Ex. 2) (Email dated Dec. 11, 2015) |
| 44 | BWCI0302962 (O'Brien (BJ's) Dep. Ex. 10) (Email dated June 7, 2017) |
| 45 | BWCI0059688 (Coppola (BJ's) Dep. Ex. 20) (Email dated Oct. 27, 2015) |
| 46 | BWCI0335423 (O'Brien (BJ's) Dep. Ex. 15) (Email dated Apr. 5, 2016) |
| 47 | Lisa Morton (BJ's) Transcript (Excerpt) |
| 48 | BWCI0008064 (Morton (BJ's) Dep. Ex. 1) (Email dated Mar. 21, 2016) |
| 49 | WD0414195 (Winn-Dixie (Mullinax) 30(b)(6) (Day 2) Dep. Ex. 24) (Email dated Oct. 28, 2015) |
| 50 | ROG001924426 (Morton (BJ's) Dep. Ex. 12) (Email dated Mar. 1, 2016) |
| 51 | Jim Rogers (JBR) (Feb. 12, 2019) Transcript (Excerpt) |
| 52 | BWCI0003726 (Morton (BJ's) Dep. Ex. 18) (Email dated Mar. 8, 2016) |
| 53 | Memo. Op., *Keurig, Inc. v. Sturm Foods Inc.*, Case No. 1:10-cv-00841- SLR-MPT (D. Del. 2010) ("*Sturm*"), ECF No. 337 |
| 54 | *Sturm* Settlement Agreement |
| 55 | Asher (Apr. 12, 2023) Transcript (Excerpt) |
| 56 | Reply Rpt. of Martin A. Asher |
| 57 | Sur-Reply Rpt. of Martin A. Asher (Excerpt) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  */s/ Zach Tschida*
Zach Tschida
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:  (202) 974-1500
ztschida@cgsh.com