**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | MDL No. 2542 |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| *This Document Relates to*: | Related Case Nos. 1:21-cv-7504; 1:21-cv-7493 |

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

*This Document Relates to*:

BJ'S WHOLESALE CLUB, INC.,

                                   Plaintiff,

                    against-

KEURIG GREEN MOUNTAIN, INC.,

                                   Defendant.

AND

WINN-DIXIE STORES, INC.;  and
BI-LO HOLDING, LLC,

                                   Plaintiff,

                    against-

KEURIG GREEN MOUNTAIN, INC.,

                                   Defendant.

---

MDL No. 2542

Master Docket No. 1:14-md-02542 (VSB) (SLC)

Related Case Nos. 1:21-cv-7504; 1:21-cv-7493

---

**DECLARATION OF ALAN B. FREEDMAN**

I, Alan B. Freedman, hereby declare under penalty of perjury as follows.

1.      I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP.  I am one of the attorneys representing Defendant Keurig Green Mountain, Inc. in the above-captioned matter.  I respectfully submit this declaration in support of Keurig's Memoranda of Law in Support

of its Motions to Exclude the Expert Reports and Testimony of BJ's Expert, Dr. Phillip M. Johnson, and Winn-Dixie's Expert, Dr. Martin A. Asher (the "Motions").

2.    Keurig will submit the following Exhibits, which are true and correct copies of the following documents, to the Court and the parties:

| Exhibit | Description |
| --- | --- |
| 1 | Expert Report of Dr. Phillip Johnson (BJ's) |
| 2 | Reply Expert Report of Dr. Phillip Johnson (BJ's) |
| 3 | Expert Report of Dr. Jeffrey Leitzinger (BJ's) (Excerpt) |
| 4 | BJ's (Williams) 30(b)(6) (Day 2) Transcript (Excerpt) |
| 5 | Johnson Transcript (Excerpt) |
| 6 | Rebuttal Expert Report of Dr. Keith Ugone (for BJ's action) (Excerpt) |
| 7 | Jim Rogers (JBR) (Feb. 12, 2019) Transcript (Excerpt) |
| 8 | Pete Rogers (JBR) (Day 1) Transcript (Excerpt) |
| 9 | Leitzinger (Mar. 17, 2023) Transcript (Excerpt) |
| 10 | *Palgrave Handbook of Econometrics* (Excerpt) |
| 11 | Expert Report of Martin A. Asher (Winn-Dixie) |
| 12 | Asher Transcript (Excerpt) |
| 13 | Reply Report of Martin A. Asher (Winn-Dixie) |
| 14 | Sur-Reply Report of Martin A. Asher (Winn-Dixie) |
| 15 | Expert Report of Dr. Jeffrey Leitzinger (Winn-Dixie) (Excerpt) |
| 16 | Winn-Dixie (Mullinax) 30(b)(6) (Day 2) Transcript (Excerpt) |
| 17 | Orlando Leon (Winn-Dixie) Transcript (Excerpt) |
| 18 | Rebuttal Expert Report of Dr. Keith Ugone (for Winn-Dixie action) (Excerpt) |

3.      The Motions also cite the following documents, which have been previously submitted to the Court and the parties:

| ECF No. | Description of Previously Submitted Exhibits |
|---------|----------------------------------------------|
| 1455 Ex. 2 | Expert Report of Dr. Phillip Johnson (McLane) |
| 1455 Ex. 3 | Rebuttal Expert Report of Dr. Keith Ugone (for McLane action) (Excerpt) |
| 1455 Ex. 6 | Pete Rogers (JBR) (Day 2) Transcript (Excerpt) |
| 1455 Ex. 8 | ROG002345100 (Email dated Nov. 16, 2012) |
| 1455 Ex. 13 | Leitzinger (Apr. 2, 2021) Transcript (Excerpt) |
| 1459 Ex. 7 | Tess Wilkins (former Costco) Transcript (Excerpt) |
| 1459 Ex. 18 | ROG001951775 (Giacomelli (JBR) (Day 2) Dep. Ex. 25) (Email dated July 4, 2015) |
| 2065 Ex. 4 | Expert Report of Dr. Kevin Murphy (for BJ's and Winn-Dixie actions) (Excerpt) |
| 2065 Ex. 6 | Winn-Dixie (Mullinax) 30(b)(6) (Day 1) Transcript (Excerpt) |
| 2065 Ex. 50 | ROG001924426 (Morton (BJ's) Dep. Ex. 12) (Email dated Mar. 1, 2016) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ *Alan B. Freedman*
Alan B. Freedman
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1647
*afreedman@cgsh.com*

3