Case 1:14-md-02542-VSB-SLC   Document 2117   Filed 08/11/23   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | MDL No. 2542 |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | Master Docket No. 1:14-md-02542 (VSB) (SLC) |
| | Related Case Nos. 1:21-cv-7504; 1:21-cv-7493 |

*This Document Relates to*:

BJ'S WHOLESALE CLUB, INC.,

                Plaintiff,

       against-

KEURIG GREEN MOUNTAIN, INC.,

                Defendant.

AND

WINN-DIXIE STORES, INC.;  and
BI-LO HOLDING, LLC,

                Plaintiff,

       against-

KEURIG GREEN MOUNTAIN, INC.,

                Defendant.

**DECLARATION OF ALAN B. FREEDMAN**

I, Alan B. Freedman, hereby declare under penalty of perjury as follows.

1.      I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP.  I am one of the attorneys representing Defendant Keurig Green Mountain, Inc. in the above-captioned matter.  I respectfully submit this declaration in support of Keurig's Memorandum of Law in

Opposition to BJ's and Winn-Dixie's Motions to Exclude Certain Opinions of Keith R. Ugone, Ph.D and Kevin Murphy, Ph.D (the "*Daubert* Opposition").

2. Keurig will submit the following Exhibits, which are true and correct copies of the following documents, to the Court and the parties:

| Exhibit | Description |
|---|---|
| 1 | Dr. Keith Ugone (Apr. 4, 2023) Transcript (Excerpt) |
| 2 | *Econometric Analysis* (Excerpt) |
| 3 | *Introductory Econometrics: A Modern Approach* (Excerpt) |
| 4 | Prof. Kevin Murphy (Mar. 23, 2021) Transcript (Excerpt) |
| 5 | BWCI0087783 (Email dated Mar. 1, 2016) |
| 6 | KGM01539907 (Presentation dated June 26, 2013) |

3. The *Daubert* Opposition also cites the following documents, which have been previously submitted to the Court and the parties:

| ECF No. | Description of Previously Submitted Exhibits |
|---|---|
| 2079 Ex. A | Expert Report of Keith Ugone (for BJ's action) |
| 2089 Ex. 1 | *Quantitative Techniques for Competition and Antitrust Analysis* (Excerpt) |
| 2089 Ex. 2 | Expert Report of Keith Ugone (for Winn-Dixie action) |
| 2089 Ex. 6 | Expert Report of Prof. Kevin Murphy (for BJ's and Winn-Dixie actions) |
| 2090 Ex. 2 | Reply Expert Report of Phillip Johnson (BJ's) |
| 2090 Ex. 10 | *Palgrave Handbook of Econometrics* (Excerpt) |
| 2090 Ex. 11 | Expert Report of Martin Asher (Winn-Dixie) |
| 2090 Ex. 12 | Asher Transcript (Excerpt) |
| 2090 Ex. 15 | Expert Report of Dr. Jeffrey Leitzinger (Winn-Dixie) (Excerpt) |

| 2090 Ex. 16 | Winn-Dixie (Mullinax) 30(b)(6) (Day 2) Transcript (Excerpt) |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ *Alan B. Freedman*
Alan B. Freedman
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1647
*afreedman@cgsh.com*