**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: KEURIG GREEN MOUNTAIN
SINGLE-SERVE COFFEE ANTITRUST LITIGATION**                    MDL No. 2542

(SEE ATTACHED SCHEDULE)

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the actions on the attached schedule on June 9, 2026. Prior to expiration of that order's 7-day stay of transmittal, interested parties Treehouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. filed a notice of opposition to the proposed transfer. They have now informed the Panel that they wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on June 9, 2026, is LIFTED. The actions are transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vernon S. Broderick.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

Tammi M. Hellwig
Clerk of Court

By _____
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KEURIG GREEN MOUNTAIN
SINGLE–SERVE COFFEE ANTITRUST LITIGATION                          MDL No. 2542

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| NEW YORK EASTERN | | | |
| NYE | 1 | 26–02960 | Taurus Acquisition Group v. Keurig Green Mountain, Inc. et al |
| NYE | 1 | 26–02962 | HBP I, LLC v. Keurig Green Mountain, Inc. et al |
| NYE | 1 | 26–03119 | Target Corporation v. Keurig Green Mountain, Inc. |