UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 2, 2026, the following actions were transferred and/or consolidated to the main action captioned above (the "MDL") "for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vernon S. Broderick[:]"

- No. 26 Civ. 4074 (S.D.N.Y.) ("Bed Bath & Beyond Action");
- No. 26 Civ. 3119 (E.D.N.Y.) ("Target Action");
- No. 26 Civ. 2962 (E.D.N.Y.) ("HBP Action"); and
- No. 26 Civ. 2960 (E.D.N.Y.) ("Taurus Action") (together, the "Transferred Actions").

(Dkt. No. 2515; see Dkt. No. 2518).

On July 14, 2026, the Honorable Vernon S. Broderick referred the Transferred Actions to the undersigned for general pretrial management. (Dkt. No. 2518). By **August 4, 2026**, the parties in the Transferred Actions shall meet and confer concerning any additional discovery that needs to take place in the Transferred Actions and file a joint letter in the MDL updating the Court on the status of discovery and any issues ripe for the Court's attention. A telephone conference with counsel for all parties in the Transferred Actions to discuss the status of discovery in the Transferred Actions is scheduled for **August 12, 2026 at 11:00 a.m. ET** on the Court's conference

line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
July 14, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge