UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 2, 2026, the following actions were transferred and/or consolidated to the main action captioned above (the "MDL") "for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vernon S. Broderick[:]"

- No. 26 Civ. 4074 (S.D.N.Y.) ("Bed Bath & Beyond Action");
- No. 26 Civ. 3119 (E.D.N.Y.) ("Target Action");[1]
- No. 26 Civ. 2962 (E.D.N.Y.) ("HBP Action");[2] and
- No. 26 Civ. 2960 (E.D.N.Y.) ("Taurus Action")[3] (together, the "Transferred Actions").

(Dkt. No. 2515; see Dkt. No. 2518).

On July 14, 2026, the Honorable Vernon S. Broderick referred the Transferred Actions to the undersigned for general pretrial management. (Dkt. No. 2518). On the same day, we directed the parties in the Transferred Actions (the "Transferred Parties") to, by **August 4, 2026**, meet and confer concerning any additional discovery that needs to take place in the Transferred Actions and file a joint letter in the MDL (the "Letter") updating the Court on the status of discovery and

[1] For the purpose of the transfer, corresponding S.D.N.Y. docket numbers were created for the Transferred Actions that originated in the E.D.N.Y. The corresponding S.D.N.Y. docket number for the Target Action is No. 26 Civ. 6089.
[2] The corresponding S.D.N.Y. docket number for the HBP Action is No. 26 Civ. 6088.
[3] The corresponding S.D.N.Y. docket number for the Taurus Action is No. 26 Civ. 6087.

any issues ripe for the Court's attention. (Dkt. No. 2519). We also scheduled a telephone conference with counsel for all the Transferred Parties to discuss the status of discovery in the Transferred Actions for **August 12, 2026 at 11:00 a.m. ET** (the "Conference") on the Court's conference line. (Id.)

As of July 27, 2026, all of the Transferred Parties have been processed to appear on the docket in the MDL. Accordingly, we highlight for the Transferred Parties the **August 4, 2026** deadline to file the Letter and the Conference scheduled for **August 12, 2026 at 11:00 a.m. ET**. (Dkt. No. 2519). Counsels for the Transferred Parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

1. Counsel for Plaintiff in the Target Action:

   Philip J. Iovieno
   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   919 Third Avenue
   New York, NY 10022

2. Counsel for Plaintiff in the HBP Action:

   Luis E. Suarez, Esq.
   Heise Suarez Melville, P.A.
   2990 Ponce De Leon Boulevard
   Suite 300
   Coral Gables, FL 33134

3. Counsel for Plaintiff in the Taurus Action:

   Luis E. Suarez, Esq.
   Heise Suarez Melville, P.A.
   2990 Ponce De Leon Boulevard
   Suite 300
   Coral Gables, FL 33134

Dated: New York, New York
July 27, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge