UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously scheduled a conference for **August 12, 2026 at 11:00 a.m. ET** (the "Conference") with the parties in the following actions that were transferred and/or consolidated into the main action captioned above (the "MDL") and referred to the undersigned for general pretrial management:

- No. 26 Civ. 4074 (S.D.N.Y.) ("Bed Bath & Beyond Action");
- No. 26 Civ. 3119 (E.D.N.Y.) ("Target Action");[1]
- No. 26 Civ. 2962 (E.D.N.Y.) ("HBP Action");[2] and
- No. 26 Civ. 2960 (E.D.N.Y.) ("Taurus Action")[3] (together, the "Transferred Actions").

(Dkt. Nos. 2515; 2518–19; 2528).

The Court further directed the parties in the Transferred Actions (the "Transferred Parties") to, by **August 4, 2026**, meet and confer concerning any additional discovery that needs to take place in the Transferred Actions and file a joint letter in the MDL (the "Letter")

[1] For the purpose of the transfer, corresponding S.D.N.Y. docket numbers were created for the Transferred Actions that originated in the E.D.N.Y. The corresponding S.D.N.Y. docket number for the Target Action is No. 26 Civ. 6089.
[2] The corresponding S.D.N.Y. docket number for the HBP Action is No. 26 Civ. 6088.
[3] The corresponding S.D.N.Y. docket number for the Taurus Action is No. 26 Civ. 6087.

updating the Court on the status of discovery and any issues ripe for the Court's attention. (Dkt. Nos. 2519; 2528).

On July 24, 2026, another case was transferred from the Eastern District of New York to the MDL, and on July 28, 2026, referred to the undersigned for general pretrial management:

- No. 26 Civ. 3950 (E.D.N.Y.) ("Performance Food Group Action").[4]

(Dkt. Nos. 2527; 2529).

Accordingly, the parties in the Performance Food Group Action shall join the Transferred Parties in the Letter due by **August 4, 2026**, and shall appear at the Conference on **August 12, 2026 at 11:00 a.m. ET** on the Court's conference line. (Dkt. Nos. 2519; 2528). Counsel for the parties in the Performance Food Group Action, and counsel for the parties in the Transferred Action, are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to counsel for Plaintiffs in the Performance Food Group Action:

Philip J. Iovieno
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
919 Third Avenue
New York, NY 10022

Dated: New York, New York
July 28, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge

[4] The corresponding S.D.N.Y. docket number for the Performance Food Group Action is No. 26 Civ. 6344.