U.S. DISTRICT COURT
FILED
SEP 03 2026
VB
S.D. OF N.Y.

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KEURIG GREEN MOUNTAIN SINGLE–SERVE COFFEE ANTITRUST LITIGATION** **MDL No. 2542**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –6)**

On June 3, 2014, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 24 F.Supp.3d 1361 (J.P.M.L. 2014). Since that time, 13 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Vernon S. Broderick.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Broderick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 3, 2014, and, with the consent of that court, assigned to the Honorable Vernon S. Broderick.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Sep 03, 2026
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

Tammi M. Hellwig
Clerk of Court
By ______
Deputy Clerk

**IN RE: KEURIG GREEN MOUNTAIN SINGLE–SERVE COFFEE ANTITRUST LITIGATION** MDL No. 2542

**SCHEDULE CTO–6 – TAG–ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NEW YORK EASTERN | | | |
| NYE | 1 | 26–04881 | The Golub Corporation et al v. Keurig Green Mountain, Inc. et al |