**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | ECF Case<br><br>MDL No. 2542<br><br>Master Docket No. 1:14-md-2542-VSB-SLC |
| JBR, Inc. (D/B/A ROGERS FAMILY COMPANY),<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC. (F/K/A GREEN MOUNTAIN COFFEE ROASTERS, INC. AND AS SUCCESSOR TO KEURIG, INC.),<br><br>Defendant/<br>Counterclaim Plaintiff. | 1:14-cv-04242-VSB-SLC |

**NOTICE OF PLAINTIFF JBR, INC.'S MOTION FOR AN ORDER SUGGESTING REMAND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law, Plaintiff JBR, Inc. d/b/a Rogers Family Company hereby moves this Court for an order suggesting to the Judicial Panel on Multidistrict Litigation that the action captioned *JBR, Inc. v. Keurig Green Mountain, Inc.*, No. 2:14-cv-00677-KJM-CKD, be remanded to the United States District Court for the Eastern District of California, the district from which it was transferred. Now that summary judgment had been decided in this MDL proceeding, JBR moves, pursuant to the Court's prior orders and 28 U.S.C. § 1407, that the Court recommend to the United States Judicial Panel on Multidistrict Litigation that JBR's claims against Keurig Green Mountain, Inc. be remanded to the Eastern District of California for all further proceedings.

Dated: September 25, 2026

Respectfully submitted,

By: *_/s/ Daniel Johnson Jr._*

Daniel Johnson Jr. (CA Bar No. 57409)
Mario Moore (CA Bar No. 231644)
**DAN JOHNSON LAW GROUP, LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415-604-4500
Email: dan@danjohnsonlawgroup.com
Email: mario@danjohnsonlawgroup.com

**Local Rule 7.1(c) Certificate of Compliance**

The undersigned, counsel of record for JBR, Inc. (d/b/a Rogers Family Company), certifies that this brief contains 123 words, which complies with the word limit of Local Rule 7.1

Dated: September 25, 2026

Respectfully submitted,

By: *_/s/ Daniel Johnson Jr.*__________________

Daniel Johnson Jr. (CA Bar No. 57409)
Mario Moore (CA Bar No. 231644)
**DAN JOHNSON LAW GROUP, LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415-604-4500
Email: dan@danjohnsonlawgroup.com
Email: mario@danjohnsonlawgroup.com