UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | : | 14-MD-2542 (VSB) |
| | : | **ORDER** |
| | : | |

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff JBR's filing requesting that I issue a suggestion of remand to the transferor court in the Eastern District of California, filed on September 25, 2026. (Doc. 2559.) In its submission, JBR indicated that it had "requested Keurig's position" on the motion and that "Keurig's counsel said they would oppose," but did not provide further details, (*id.* at 2 n.1), including whether JBR had met and conferred with Keurig regarding remand as I requested,[1] or indicate the basis of Keurig's objection beyond stating that the motion was "premature," (*id.*). It is hereby:

ORDERED, that, in light of JBR's motion, Keurig should provide the basis for its opposition to the motion by October 13, 2026.

SO ORDERED.

Dated: October 2, 2026
New York, New York

Vernon S. Broderick
United States District Judge

---

[1] On June 9, 2026, I issued an order directing that "[t]he parties should meet and confer by November 16, 2026, and propose a schedule to the court for pre-trial exchanges or remand, in the JBR Action, by December 7, 2026." (Doc. 2476.)