CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

D: +1 202 974 1959
lmalm@cgsh.com

October 14, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

**Re: *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, No. 14-MD-2542-VSB-SLC (S.D.N.Y.); Letter Motion to Seal**

Your Honor:

Keurig respectfully submits this letter to request that this Court redact portions of Keurig's Memorandum of Law in Opposition to JBR's Motion for Suggestion of Remand ("Opposition") that relate to the Court's September 18, 2026 Sealed Opinion & Order.

The Opposition contains only a high-level discussion of the Court's Opinion & Order, which Keurig does not believe is appropriate for sealing under the Court's prior orders. *See* ECF No. 2566 (elaborating on Keurig's position). *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). However, based on recent positions taken by Plaintiffs, *see* ECF No. 2580, Keurig requests that the Court temporarily seal portions of the Opposition pending its decision on that matter.

Sincerely,

*/s/ C. Lawrence Malm*

C. Lawrence Malm

I will allow the motion papers to be filed under seal pending the public filing of the redacted version of the Court's September 18, 2026 Sealed Opinion & Order.

SO ORDERED:

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
October 15, 2026

cc: Counsel of record via ECF