**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | Case No. 1:14-md-02542 (VRB) (SLC)<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick<br><br>*This document concerns the McLane action 1:19-cv-00325* |

**PLAINTIFF MCLANE COMPANY, INC'S CERTIFICATE OF SERVICE REGARDING ITS OPPOSITION TO KEURIG'S MOTION TO EXCLUDE AND DISMISS MCLANE'S DAMAGES**

I hereby certify that the sealed version of Plaintiff McLane Company, Inc.'s Opposition to Keurig's Motion to Exclude and Dismiss McLane's Damages was served on the parties per the agreed service list on October 16, 2026 via electronic mail, as listed below. The same document was electronically filed under seal on October 16, 2026.

**For Direct Purchaser Plaintiffs:**

Ellen G. Jalkut (EJalkut@robinskaplan.com)

Jonathan Edelman (jedelman@robinskaplan.com)

Julia McGarth (jmcgrath@gelaw.com)

Michael Buchman (mbuchman@saverilawfirm.com)

Robert Eisler (reisler@gelaw.com)

Geoffrey Kozen (gkozen@robinskaplan.com)

**For Plaintiff TreeHouse:**

Aldo Badini (aldo.badini@winstontaylor.com)

Dan Webb (dan.webb@winstontaylor.com)

Susannah Torpey (susannah.torpey@winstontaylor.com)

Diana Hughes Leiden (diana.leiden@winstontaylor.com)

Johanna Hudgens (johanna.hudgens@winstontaylor.com)

Matthew DalSanto (Matthew.Dalsanto@winstontaylor.com)

John Thornburgh (John.Thornburgh@winstontaylor.com)

Lisa Coutu (Lisa.Coutu@winston.taylor.com)

Lauren Duxstad (lauren.duxstad@winstontaylor.com)

Ashley Latham (ashley.latham@winstontaylor.com)

Zach Alexander (zach.alexander@winstontaylor.com)

Sofia Vescovo (sofia.vescovo@winstontaylor.com)

Hector Correa Gaviria (hector.correagaviria@winstontaylor.com)

Rachel Benjamin (rachel.benjamin@winstontaylor.com)

**For Plaintiff JBR, Inc. (D/B/A Rogers Family Company):**

Andrew Greenfeld (andrew@danjohnsonlawgroup.com)

Bill Talbott (bill@danjohnsonlawgroup.com)

Dan Johnson (dan@danjohnsonlawgroup.com)

Mario Moore (mario@danjohnsonlawgroup.com)

Philip Wu (philip@danjohnsonlawgroup.com)

(JBR-Keurig_DJLG_Service@danjohnsonlawgroup.com)

**For Plaintiff McLane:**

Alex Brown (alex.brown@alston.com)

Doug Cunningham (doug.cunningham@alston.com)

Emily Welch (emily.welch@alston.com)

Parker Miller (parker.miller@alston.com)

Robert Poole (robert.poole@alston.com)

Valarie Williams (valarie.williams@alston.com)

**For Plaintiff Keurig:**

Alan Freedman (afreedman@cgsh.com)

Dina Rabinovitz (drabinovitz@cgsh.com)

Everett Coraor(ecoraor@cgsh.com)

Gretchen Jankowski (gretchen.jankowski@bipc.com)

Joe Kay (jkay@cgsh.com)

Julia Beggs (jbeggs@cgsh.com)

Larry Malm (lmalm@cgsh.com)

Leah Brannon (lbrannon@cgsh.com)

Mackenzie Baird (mackenzie.baird@bipc.com)

Matt Pilsner (matthew.pilsner@bipc.com)

Rahul Mukhi (rmukhi@cgsh.com )

Wendelynne Newton (wendelynne.newton@bipc.com)

William Van Kirk (william.vankirk@bipc.com)

**For Plaintiff BJ's:**

Kristen J. McAhern (KJMcAhren@mintz.com)

Mark Singer (MSinger@mintz.com)

Michael E. Petrella (mpetrella@mintz.com)

Nicholas A. Gravante (NGravante@mintz.com)

Philip Iovieno (piovieno@mintz.com)

Sean O'Shea (soshea@mintz.com)

**For Plaintiffs Winn-Dixie/Bi-Lo:**

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff 20230930-DK-Butterfly-1, Inc. (F/K/A Bed Bath & Beyond):**

Daniel A. Sasse (dsasse@crowell.com)

Matthew J. McBurney (mmcburney@crowell.com)

William V. Reiss (wreiss@crowell.com)

**For Plaintiff Dewar Capital LLC:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Lawrence Brandman (lawrence@lsbrandmanpllc.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

**For Plaintiffs Golub Corporation, Fareway Stores, Alex Lee, Marc Glassman, and Brookshire Grocery:**

Eric R. Lifvendahl (eric@liflaw.com)

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

Richard L. Coffman (rcoffman@coffmanlawfirm.com)

**For Plaintiff HBP I, LLC:**

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff Performance Food Group, Core-Mark, Reinhart Foodservice, and Cheney Brothers:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Lawrence Brandman (lawrence@lsbrandmanllc.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

**For Plaintiff Taurus Acquisition Group:**

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff Target Corporation:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

Dated: October 19, 2026

Respectfully submitted,

*/s/ Valarie C. Williams*

Valarie C. Williams (*Pro Hac Vice*)
B. Parker Miller (*Pro Hac Vice*)
Alexander G. Brown (*Pro Hac Vice*)
James C. Grant (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

Phone: 404-881-7000
Fax: 404-881-7777
valarie.williams@alston.com
alex.brown@alston.com
jim.grant@alston.com
parker.miller@alston.com

Steven L. Penaro
ALSTON & BIRD LLP
90 Park Avenue
15th Floor
New York, NY 10016-1387
Phone: 212-210-9400
Fax: 212-210-9444
steve.penaro@alston.com

*Counsel for Plaintiff McLane Company, Inc.*