**WINSTON TAYLOR.**

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

**Aldo A. Badini**
Partner
+1 (212) 294-6700
Aldo.Badini@winstontaylor.com

October 16, 2026

Application granted.

SO ORDERED:

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

October 19, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

**Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*,
MDL No. 2542: Letter Motion to Seal**

Dear Judge Broderick:

We write on behalf of Plaintiffs TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc.'s (collectively, "TreeHouse") to respectfully request leave to file TreeHouse's Statement in Opposition to Keurig's Motion to Exclude and Dismiss Certain Treehouse, JBR, and McLane Damages under seal, along with a redacted version of an exhibit to TreeHouse's corresponding declaration, pursuant to Sections 5.B(ii) and 5.B(iii) of the Court's Individual Rules & Practices in Civil Cases and Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions.[1]

These documents feature discussion of the Court's September 18, 2026 Sealed Order & Opinion, which the Court ruled can be filed under seal pending the public filing of the redacted version of this Order. *See* ECF No. 2591.

Pursuant to Individual Rule 5.B(iii), TreeHouse has conferred with Keurig regarding this motion to seal. Keurig has no objections.

Respectfully submitted,

*/s/ Aldo A. Badini*

---

[1] While TreeHouse acknowledges the need to narrowly tailor sealing or redaction in accordance with these rules, TreeHouse respectfully requests permission to file its complete Statement in Opposition to Keurig's Motion to Exclude and Dismiss Certain Treehouse, JBR, and McLane Damages under seal because nearly all content relates to the Court's September 18, 2026 Sealed Opinion & Order and thus would require redaction.