ALSTON & BIRD

55 Second Street, Suite 2100
San Francisco, CA 94105
415-243-1000 | Fax: 415-243-1001

Application granted.
SO ORDERED:
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
October 19, 2026

October 16, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re: ***In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542: Letter Motion to Seal Opposition to Keurig Green Mountain, Inc.'s Motion to Exclude and Dismiss Certain Treehouse, JBR, and McLane Damages**

Dear Judge Broderick:

We write on behalf of Plaintiff McLane Company, Inc. ("McLane") to respectfully request leave to file McLane's Opposition to Keurig's Motion to Exclude and Dismiss McLane's Damages ("Opposition") under seal, pursuant to Sections 5.B(ii) and 5.B(iii) of Judge Broderick's Individual Rules & Practices in Civil Cases and Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions.

While McLane acknowledges the need to narrowly tailor sealing or redaction in accordance with these rules, McLane respectfully requests permission to file its complete Opposition under seal due to the extent it features discussion of the Court's September 18, 2026 Sealed Order & Opinion, which the Court ruled can be filed under seal pending the public filing of the redacted version of this Order. *See* ECF No. 2591.

Pursuant to Individual Rule 5.B(iii), McLane has conferred with Keurig regarding this letter motion to seal. Keurig has no objections.

Sincerely,

*/s/ Valarie C Williams*
Valarie C. Williams



One Atlantic Center, 1201 West Peachtree Street | Atlanta, GA 30309-3424 | 404-881-7000 | Fax: 404-881-7777
Rue Guimard 9 | B-1040 Brussels, BE | +32 2 486 88 20
1900 Avenue of the Stars, Suite 450 | Los Angeles, CA 90067-1554 | 310-228-3880 | Fax: 310-228-3870
Vantage South End, 1120 South Tryon Street, Suite 300 | Charlotte, NC 28203-6818 | 704-444-1000 | Fax: 704-444-1111
321 N. Clark Street, Suite 2650 | Chicago, IL 60654-4714 | 312-702-8700
Chase Tower, 2200 Ross Avenue, Suite 2300 | Dallas, TX 75201 | 214-922-3400 | Fax: 214-922-3899
LDN:W Sixth Floor, 3 Noble Street | London, EC2V 7EE, United Kingdom | +44 20 8161 4000
350 South Grand Avenue, 51st Floor | Los Angeles, CA 90071 | 213-576-1000 | Fax: 213-576-1100
90 Park Avenue | New York, NY 10016 | 212-210-9400 | Fax: 212-210-9444
555 Fayetteville St, Suite 600 | Raleigh, NC 27601 | 919-862-2200 | Fax: 919-862-2260
55 Second Street, Suite 2100 | San Francisco, CA 94105 | 415-243-1000 | Fax: 415-243-1001
755 Page Mill Road, Building C – Suite 200 | Palo Alto, CA 94304-1005 | 650-838-2000 | Fax: 650-838-2001
The Atlantic Building, 950 F Street, NW | Washington, DC 20004-1404 | 202-239-3300 | Fax: 202-239-3333