Ahern and Associates, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
www.ahernandassociatespc.com

October 21, 2026

**VIA ECF**

The Honorable Sarah L. Cave. United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re: ***Winn-Dixie Stores, Inc. et al. v. Keurig Green Mountain, Inc., et al.*, Case No. 21-cv-7504**

Your Honor,

I write on behalf of the Winn-Dixie Plaintiffs. Pursuant to Rule I(G)(2) of Your Honor's Individual Rules of Practice, Standing Order 19-mc-583, and Section 6 of the Court's ECF Rules and Instructions, Plaintiffs request that the Court seal the Exhibit 1 to Winn-Dixie Plaintiffs' Motion for Leave to File Exhibit 3 to Their Response to Keurig's Fee Petition. The Winn-Dixie Plaintiffs request that Exhibit 1 be sealed to protect the confidentiality interests of Winn-Dixie and Keurig.

Specifically, the confidentiality interests relate to attorney work product, which this Court has held is a sufficient basis to support sealing. *Interactive Brokers LLC v. Wong*, 2026 U.S. Dist. LEXIS 192982 *1 (S.D.N.Y. 2026); *Treehouse Foods, Inc. v. Keurig Green Mountain*, 2021 U.S. Dist. LEXIS 29592 *30 (S.D.N.Y. 2021). This applies to the extensive discussion of work product in the Exhibit 1, which set forth in detail the time entries that reflect the work product. In addition, in Exhibit 1, there are references to hourly rates. The hourly rates that a law firm charges to a particular client is sensitive, confidential pricing information of the type that this Court had already held in this case is a sufficient basis for sealing.

In addition, the submissions that are the subject of the Fee Petition remain under seal. This is an additional basis for sealing.

Moreover, this Court granted Plaintiffs' Motion to Seal the other similar Exhibits to Their Response to Keurig's Fee Petition. See ECF 2557.

Finally, a redacted version of Exhibit 3 to Plaintiffs' Response to Keurig's Fee Petition was filed on September 23, 2026, at ECF 2554-4.

Respectfully Submitted,

Patrick J. Ahern
patrick.ahern@ahernandassociatespc.com
(312) 404-3760

Cc: All Counsel via ECF