UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION

CIVIL ACTION NO.: 14 MD 2542 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously set a deadline of **October 30, 2026** for the parties in the following transferred actions to file a joint letter (the "Letter") setting forth the status of pleadings and discovery:

- No. 26 Civ. 4074 (S.D.N.Y.) ("Bed Bath & Beyond Action");
- No. 26 Civ. 3119 (E.D.N.Y.) ("Target Action");[1]
- No. 26 Civ. 2962 (E.D.N.Y.) ("HBP Action");[2] and
- No. 26 Civ. 2960 (E.D.N.Y.) ("Taurus Action");[3] and
- No. 26 Civ. 3950 (E.D.N.Y.) ("Performance Food Group Action")[4] (together, the "Transferred Actions").

(Dkt. Nos. 2515; 2518–19; 2528; 2536).

On September 3, 2026, the action captioned The Golub Corporation et al v. Keurig Green Mountain, Inc., No. 26 Civ. 4881 (E.D.N.Y.) ("Golub Action")[5] was transferred from the Eastern

[1] For the purpose of the transfer, corresponding S.D.N.Y. docket numbers were created for the Transferred Actions that originated in the E.D.N.Y. The corresponding S.D.N.Y. docket number for the Target Action is No. 26 Civ. 6089.
[2] The corresponding S.D.N.Y. docket number for the HBP Action is No. 26 Civ. 6088.
[3] The corresponding S.D.N.Y. docket number for the Taurus Action is No. 26 Civ. 6087.
[4] The corresponding S.D.N.Y. docket number for the Performance Food Group Action is No. 26 Civ. 6344.
[5] The corresponding S.D.N.Y. docket number for the Golub Action is No. 26 Civ. 7971.

District of New York to this District, where the Multidistrict Litigation (the "MDL") is pending, and on September 10, 2026, referred to the undersigned for general pretrial management. (Dkt. Nos. 2540; 2544). Further, on September 9, 2026, the action captioned Dewar Capital LLC v. Keurig Green Mountain, Inc., No. 26 Civ. 5230 (the "Dewar Action")[6] was also transferred from the Eastern District of New York to this District, and on September 23, 2026, referred to the undersigned for general pretrial management. (Dkt. Nos. 2551; 2556).

Given that the Golub Action and the Dewar Action have now been incorporated into the MDL, the parties in the Golub Action and the Dewar Action shall join in the Letter due from the parties in the Transferred Actions by **October 30, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

1. Counsel for plaintiffs in the Golub Action:

   Luis E. Suarez
   Heise Suarez Melville, P.A.
   2990 Ponce De Leon Boulevard
   Suite 300
   Coral Gables, FL 33134

   and

2. Counsel for plaintiffs in the Dewar Action:

   Philip J. Iovieno
   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   919 Third Avenue
   New York, NY 10022

Dated: New York, New York
October 26, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge

[6] The corresponding S.D.N.Y. docket number for the Dewar Action is No. 26 Civ. 8439.