UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION | : | 14-MD-2542 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 18, 2026, I issued a Sealed Opinion & Order on the parties' cross-motions for summary judgment. ("Opinion"). I directed the parties to submit any proposed redactions to the Opinion by October 19, 2026. (*Id.*) In the interim, I permitted the parties to temporarily file under seal any references to the Opinion in their filings, pending the public filing of the redacted version of the Opinion. (*See* Docs. 2575, 2578, 2590, 2591, 2604, 2605 (granting motions to seal).)

On October 16, 2026, Defendant Keurig submitted proposed redactions to the Opinion, which Plaintiffs did not oppose. (Docs. 2592, 2593.) On October 20, 2026, I adopted those redactions in the public version of the Opinion. (Doc. 2606.) Accordingly, it is hereby:

ORDERED that Keurig's letter motion to seal limited redactions to the Opinion is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 2592.

IT IS FURTHER ORDERED that if a party wishes for Docs. 2561, 2562, 2563, 2572, 2583, 2593, 2595, 2598, or 2600 to remain under seal, it must submit a 2-page letter by October 30, 2026, demonstrating, with legal authority, countervailing factors that overcome the presumption in favor of public access to judicial documents. *See United States v. Amodeo*, 71

F.3d 1044, 1048 (2d Cir. 1995). If no letters are filed by that date, I will direct the Clerk of Court to unseal Docs. 2561, 2562, 2563, 2572, 2583, 2593, 2595, 2598, and 2600.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge