**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***In re KEURIG GREEN MOUNTIAN SINGLE – SERVE COFFEE ANTITRUST LITIGATION*** | **MDL No. 2542** |
| | **Master Docket No. 1:14-md-02542 (VSB)(SLC)** |
| **THIS DOCUMENT RELATES TO:** | **1:26cv07971 (Golub Action)** |
| ***The Golub Corporation, et al v. Keurig Green Mountain, Inc. et al*** | |

**~~[PROPOSED]~~ ORDER FOR ADMISSION PRO HAC VICE**

The Court has considered Applicant Richard L. Coffman's Motion for Admission Pro Hac Vice and it is hereby granted.

Applicant has declared that he is a member in good standing of the State Bar of Texas and his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Richard L. Coffman |
| Firm Name: | The Coffman Law Firm |
| Address: | 3355 West Alabama Street, Suite 240 |
| City/State/Zip: | Houston, Texas 77098 |
| Telephone/Fax: | (713) 528-6700 / (866) 835-8250 |
| Email: | rcoffman@coffmanlawfirm.com |

Accordingly, and having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs The Golub Corporation, Fareway Stores, Inc., Alex Lee, Inc., Marc Glassman, Inc. and Brookshire Grocery Company in this action;

IT IS HEREBY ORDERED that Richard L. Coffman is admitted to practice Pro Hac Vice in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

The Clerk of Court is respectfully directed to close Dkt. No. 2617 in 14 MD 2542 and Dkt. No. 9 in 26 Civ. 7971.

SO ORDERED. October 28, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge