CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1959
lmalm@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. October 28, 2026

October 27, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

**Re: *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*, No. 14-MD-2542-VSB-SLC (S.D.N.Y.); Joint Letter Motion for Proposed Briefing Schedule and Length Limitations in BJ's and Winn-Dixie Cases**

Your Honor:

Pursuant to Rule 1.H of Your Honor's Individual Rules and Practices, Keurig and Plaintiffs BJ's Wholesale Club, Inc., Winn-Dixie Stores, Inc., and BI-LO Holdings, LLC jointly propose briefing deadlines and length limitations for Keurig's upcoming motions, including for reconsideration, following the Court's October 16, 2026 Summary Judgment Opinion and Order (ECF No. 2602).

After meeting and conferring, the parties jointly propose the schedule below, with lengths similar to those approved for post summary judgment briefing in the TreeHouse, JBR, and McLane cases. *See* ECF Nos. 2581, 2582, 2590. The proposed schedule also accounts for the intervening Thanksgiving holiday and ongoing briefing schedules, which warrant a modest extension of the periods provided under Local Civil Rules 6.1 and 6.3.

| | | |
|---|---|---|
| November 6, 2026 | Keurig files motions. | 8,750 words per brief |
| December 4, 2026 | Winn-Dixie and BJ's file oppositions to motions. | 8,750 words per brief |
| December 18, 2026 | Keurig files replies in support of motions. | 3,500 words per brief |

This is the parties' first request to modify this briefing schedule and will not affect other scheduled dates. The parties reserve all arguments and objections concerning Keurig's upcoming motions.

Respectfully submitted,

*/s/ C. Lawrence Malm*

C. Lawrence Malm

cc: Counsel of record via ECF