**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation

(This Document Applies to All Cases)

Case No.: 1:14-md-02542-VSB-SLC

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Maureen Kane Berg, the undersigned hereby moves this Court to withdraw the appearance of Maureen Kane Berg as a counsel of record for Plaintiffs who are not part of the Direct Purchaser Plaintiff class (collectively "DPPs") in the above-captioned actions.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Maureen Kane Berg*

Maureen Kane Berg (IL Bar No. 6200319)
Lockridge Grindal Nauen PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4037
Email: mkberg@locklaw.com

*Counsel for Direct Purchaser Plaintiffs*