**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation<br><br>(This Document Applies to All Cases) | Case No.: 1:14-md-02542-VSB-SLC |

**DECLARATION OF MAUREEN KANE BERG**

I, Maureen Kane Berg, declare as follows:

1. I submit this Declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Motion to Withdraw as Counsel for all Plaintiffs who are not Direct Purchaser Plaintiffs (collectively, "DPPs"). I was admitted Pro Hac Vice on behalf of *all* Plaintiffs on July 2, 2019 (ECF No. 637), which was in error, as I represent only the Direct Purchaser Plaintiff class.

2. Plaintiffs who are not part of the DPP class will continue to be represented by counsel dedicated to their classes.

3. My withdrawal will not delay the matter or prejudice any party, and there is no retaining or charging lien being asserted.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Maureen Kane Berg*

Maureen Kane Berg (IL Bar No. 6200319)
Lockridge Grindal Nauen PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4037
Email: mkberg@locklaw.com

*Counsel for Direct Purchaser Plaintiffs*