Crowell

**William V. Reiss**
WReiss@crowell.com
(212) 803-4029 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

The Court is in receipt of the status letter filed by Keurig and the Newly-Filed Plaintiffs dated October 30, 2026. (Dkt. No. 2629). By **December 11, 2026**, Keurig and the Newly-Filed Plaintiffs shall file a proposed discovery schedule for the Newly-Filed Actions.

SO ORDERED. November 2, 2026

SARAH L. CAVE
United States Magistrate Judge

October 30, 2026

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

**Re: Newly-Filed Actions (14-MD-2542); Joint Status Update**

Your Honor:

Pursuant to the Court's orders of August 5, 2026 (ECF No. 2536) and October 26, 2026 (ECF No. 2618), Defendant Keurig Green Mountain Inc. ("Keurig") and Plaintiffs 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond, Inc. ("BBB"), Target Corporation ("Target"), Taurus Acquisition Group ("Taurus"), HBP I, LLC ("HBP"), the Performance Food Group, Inc. entities ("PFG"), Dewar Capital LLC ("Dewar"), the Golub Corporation entities ("Golub"), and Transform SR Holdings LLC ("Sears") (collectively, the "Newly-Filed Plaintiffs") write to jointly update the Court on the status of pleadings and discovery in the actions brought by the Newly-Filed Plaintiffs (the "Newly-Filed Actions").[1]

**Status of Pleadings**: Keurig moved to dismiss BBB's complaint on June 11, 2026. ECF No. 2477. The motion is fully briefed and pending before Judge Broderick. Keurig has answered the complaints filed by Target, Taurus, HBP, PFG, and Golub. Keurig's response to the complaint filed by Dewar is due on or before November 30, 2026. There is no pending deadline for Keurig's answer or potential motion to dismiss in the Sears case because Sears has not effectuated service or requested waiver of service.

**Status of Discovery**: Per the Court's August 5, 2026 Order, the Newly-Filed Plaintiffs have obtained the Litigation Record from the other plaintiffs in this MDL. The parties have met and conferred several times and agreed to the following:

- It is the intent of the parties to proceed with discovery expeditiously and to avoid duplication with discovery previously conducted in this MDL.

[1] The Newly-Filed Actions include the following cases: (1) BBB – No. 26 Civ. 4074 (S.D.N.Y.); (2) Target – No. 26 Civ. 3119 (E.D.N.Y.); (3) Taurus – No. 26 Civ. 2960 (E.D.N.Y.); (4) HBP – No. 26 Civ. 2962 (E.D.N.Y.); (5) PFG – No. 26 Civ. 3950; (6) Dewar – No. 26 Civ. 5230 (E.D.N.Y.); (7) Golub – No. 26 Civ. 4881 (E.D.N.Y.); and (8) Sears – No. 26 Civ. 6279 (E.D.N.Y.).

- Subject to the below limitations, discovery in the Newly-Filed Actions shall commence immediately.

- At the outset, discovery from Keurig in the Newly-Filed Actions shall be limited to certain negotiated categories of non-custodial information dated post-2017, the end of the prior discovery period in this MDL. Plaintiffs in the Newly-Filed Actions shall coordinate on discovery and jointly issue requests for production to which Keurig will not object on the basis of timing. Keurig reserves all other objections to such discovery.

- In the meantime, the parties will negotiate a schedule for the remainder of fact discovery in the Newly-Filed Actions. The parties respectfully request until December 11, 2026, to submit a proposal to the Court. At this time, the parties believe they can complete fact discovery in six months.

- With respect to discovery of additional custodial information, the Newly-Filed Plaintiffs intend to be efficient and do not intend to reopen the prior custodial discovery produced in this MDL without good cause for doing so. Keurig reserves the right to object to any such discovery.

- With respect to document discovery from the Newly-Filed Plaintiffs, Keurig intends to limit such discovery to non-duplicative, non-cumulative discovery uniquely relevant to the Newly-Filed Plaintiffs' claims.

- With respect to document discovery from the Newly-Filed Plaintiffs, Keurig and the Newly-Filed Plaintiffs will negotiate the scope of document discovery on a good-faith basis, including potential custodial and non-custodial sources after the Newly-Filed Plaintiffs serve their initial disclosures in accordance with Rule 26(a)(1).

Dated: October 30, 2026


/s/ William V. Reiss
CROWELL & MORING LLP
**William V. Reiss**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: 212-803-4029
Fax: 212-223-4134
wreiss@crowell.com

**Daniel A. Sasse**
3 Park Plaza
20th Floor
Irvine, CA 92614
Phone: 949-798-1347
Fax: 949-263-8414
dsasse@crowell.com

**Matthew J. McBurney**
600 5th Street NW
Washington, DC 20001
Phone: 202-624-2500
Fax: 202-628-5116
mmcburney@crowell.com

*Attorneys for Plaintiff 20230930-DK-Butterfly-1, Inc., f/k/a Bed Bath & Beyond Inc.*

/s/ Carl Lawrence Malm
CLEARY GOTTLIEB STEEN & HAMILTON LLP
**Leah Brannon**
**Carl Lawrence Malm**
**Alan B. Freedman**
lbrannon@cgsh.com
lmalm@cgsh.com
afreedman@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1508

BUCHANAN INGERSOLL & ROONEY PC
**Wendelynne J. Newton**
**Mackenzie A. Baird**
wendelynne.newton@bipc.com
mackenzie.baird@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8932

*Attorneys for Defendant Keurig Green Mountain, Inc.*

*/s/ Philip J. Iovieno*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
**Philip J. Iovieno**
**Sean O'Shea**
**Michael E. Petrella**
**Mark A. Singer**
**Abigail Kingsley**
919 Third Avenue
New York, NY 10022
Tel: (212) 955-3000
Fax: (212) 983-3115
PIovieno@Mintz.com
SOShea@Mintz.com
MPetrella@Mintz.com
MSinger@Mintz.com
AKingsley@Mintz.com

**Kristen J. McAhren**
1255 12th Street, NW
Suite 1100
Washington, DC 20004
Tel: (202) 434-7300
Fax: (202) 434-7400
KJMcahren@mintz.com

*Attorneys for Plaintiff Target Corporation; for Plaintiffs Performance Food Group, Inc., Core-Mark International, LLC, Core-Mark US, LLC, Reinhart Foodservice, LLC and Cheney Brothers, Inc. and for Plaintiff Dewar Capital LLC, Assignee of the Bon-Ton Entities*

**Lawrence Brandman**
LAW OFFICES OF LAWRENCE S. BRANDMAN PLLC
119 Norfolk Drive
East Hampton, NY 11937
Tel: (646) 327-3559
E-mail: lawrence@lsbrandmanpllc.com

*Co-Counsel for Plaintiffs Performance Food Group, Inc., Core-Mark International, LLC, Core-Mark US,*

*LLC, Reinhart Foodservice, LLC and Cheney Brothers, Inc. and for Plaintiff Dewar Capital LLC, Assignee of the Bon-Ton Entities*

Crowell

/s/ *Luis E. Suarez*
HEISE SUAREZ MELVILLE, P.A.
**Luis E. Suarez**
**Justin V. Arborn**
3 International Drive, Suite 205
Rye Brook, New York 10573
Telephone: (305) 800-4476
lsuarez@hsmpa.com
jarbron@hsmpa.com

AHERN AND ASSOCIATES, P.C.
**Patrick J. Ahern**
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Attorneys for Plaintiff Taurus Acquisition Group, as Assignee of Specialty Retail Shops Holding Corp. and Shopko Stores Operating Co., LLC*

Crowell

*/s/ Luis E. Suarez*
HEISE SUAREZ MELVILLE, P.A.
**Luis E. Suarez**
**Justin V. Arborn**
3 International Drive, Suite 205
Rye Brook, New York 10573
Telephone: (305) 800-4476
lsuarez@hsmpa.com
jarbron@hsmpa.com

AHERN AND ASSOCIATES, P.C.
**Patrick J. Ahern**
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Attorneys for Plaintiff HBP I, as assignee of the Antitrust Claims of Great Atlantic & Pacific Tea Company*

Crowell

*/s/ Philip J. Iovieno*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
**Philip J. Iovieno**
**Sean O'Shea**
**Michael E. Petrella**
**Mark A. Singer**
**Abigail Kingsley**
919 Third Avenue
New York, NY 10022
Tel: (212) 955-3000
Fax: (212) 983-3115
PIovieno@Mintz.com
SOShea@Mintz.com
MPetrella@Mintz.com
MSinger@Mintz.com
AKingsley@Mintz.com

**Kristen J. McAhren**
1255 12th Street, NW
Suite 1100
Washington, DC 20004
Tel: (202) 434-7300
Fax: (202) 434-7400
KJMcahren@mintz.com

**Lawrence Brandman**
LAW OFFICES OF LAWRENCE S. BRANDMAN PLLC
119 Norfolk Drive
East Hampton, NY 11937
Tel: (646) 327-3559
Email: lawrence@lsbrandmanllc.com

*Attorneys for Plaintiff Performance Food Group, Inc., Core-Mark International, LLC, Core-Mark US, LLC, Reinhart Foodservice, LLC and Cheney Brothers, Inc.*

*/s/ Luis E. Suarez*
HEISE SUAREZ MELVILLE, P.A.
**Luis E. Suarez**
**Justin V. Arborn**
3 International Drive, Suite 205
Rye Brook, New York 10573
Telephone: (305) 800-4476
lsuarez@hsmpa.com
jarbron@hsmpa.com

AHERN AND ASSOCIATES, P.C.
**Patrick J. Ahern**
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

THE COFFMAN LAW FIRM
**Richard L. Coffman**
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com

LIFVENDAHL LAW, LLC
**Eric R. Lifvendahl**
265 Latrobe Ave.
Northfield, Illinois 60093
Telephone: (847) 830-7002
Email: eric@liflaw.com

*Attorneys for Plaintiffs The Golub Corporation, Fareway Stores, Inc., Alex Lee, Inc., Marc Glassman, Inc., and Brookshire Grocery Company*

Crowell

*/s/ Luis E. Suarez*
HEISE SUAREZ MELVILLE, P.A.
**Luis E. Suarez**
**Justin V. Arborn**
3 International Drive, Suite 205
Rye Brook, New York 10573
Telephone: (305) 800-4476
lsuarez@hsmpa.com
jarbron@hsmpa.com

AHERN AND ASSOCIATES, P.C.
**Patrick J. Ahern**
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

LIFVENDAHL LAW, LLC
**Eric R. Lifvendahl**
265 Latrobe Ave.
Northfield, Illinois 60093
Telephone: (847) 830-7002
Email: eric@liflaw.com

*Attorneys for Plaintiff Transform SR Holdings LLC*