Buchanan

**Mackenzie A. Baird**
412 562 1825
mackenzie.baird@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
T 412 562 8800
F 412 562 1041

October 30, 2026

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

**Re:** ***In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542; Letter Requesting Continued Sealing of ECF Nos. 2593 and 2600**

Your Honor:

Keurig respectfully submits this letter in accordance with the Court's October 28, 2026 Order, ECF No. 2621, concerning materials that were temporarily filed under seal. Keurig respectfully requests that two documents identified in the Court's Order remain under seal: ECF Nos. 2593 and 2600.

The document filed at ECF No. 2593 is the highlighted version of the Court's September 18, 2026 Sealed Opinion & Order and reflects the proposed redactions requested in Keurig's letter motion to seal, ECF No. 2592. The Court granted Keurig's motion and adopted these redactions in the public version of the Opinion that was filed at ECF No. 2606. The highlighted, unredacted version of the Sealed Opinion & Order at ECF No. 2593 should remain under seal.

The document filed at ECF No. 2600 is TreeHouse's Statement in Opposition to Keurig's Motion to Exclude and Dismiss Certain Treehouse, JBR, and McLane Damages. On page 18 of the Opposition, TreeHouse quotes the 2012 email that was previously sealed at the request of third party Sagentia. The Court granted redaction of this same quotation on page 12 of the Opinion, *see* ECF No. 2606 at 12, and TreeHouse redacted this quotation in the public version of its Opposition filed on October 21, *see* ECF No. 2609 at 18. This quotation on page 18 of the unredacted Opposition filed at ECF No. 2600 should remain under seal for the reasons set forth in Keurig's October 16 letter motion, ECF No. 2592 at 2.

Keurig met and conferred via email with counsel for Plaintiffs. McLane does not oppose this request. TreeHouse Plaintiffs stated they "do not currently object to maintaining the redactions set forth in ECF No. 2593 on the same basis that the Court approved them in ECF No. 2621…TreeHouse nonetheless reserves the right to publicly admit evidence related to any of the redactions at trial. TreeHouse takes no position on the redactions in ECF No. 2600." JBR has not provided its position.

Respectfully submitted,

*/s/ Mackenzie A. Baird*

Mackenzie A. Baird

cc: Counsel of record via ECF

Keurig's motion is GRANTED. The Clerk of Court is respectfully directed to unseal Docs. 2561, 2562, 2563, 2572, 2583, 2595, and 2598, pursuant to my prior Order (Doc. 2621). Docs. 2593 and 2600 can remain under seal.

Treehouse is directed to re-file a public version of its sealed memorandum (Doc. 2600) that redacts only the quoted language on page 18 referenced above by November 6, 2026.

**SO ORDERED:**

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

November 2, 2026