**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ***In re KEURIG GREEN MOUNTIAN SINGLE – SERVE COFFEE ANTITRUST LITIGATION*** | **MDL No. 2542** |
| | **Master Docket No. 1:14-md-02542 (VSB)(SLC)** |
| **THIS DOCUMENT RELATES TO:** | **1:2026cv07971 (Golub Action)** |
| ***The Golub Corporation, et al v. Keurig Green Mountain, Inc. et al*** | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Richard L. Coffman, of The Coffman Law Firm, hereby enters his appearance in the above-captioned actions on behalf of Plaintiffs The Golub Corporation, Fareway Stores, Inc., Alex Lee, Inc., Marc Glassman, Inc. and Brookshire Grocery Company, and herby requests that copies of all papers and notices in the above-captioned action be served upon the undersigned electronically at the email address listed below and at the address listed below.

Dated: November 3, 2026

**THE COFFMAN LAW FIRM**

By: /s/ *Richard L. Coffman*
Richard L. Coffman
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com
*Attorney for the Golub Complaint Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3, 2026 the forgoing document was served on all counsel via the Court's ECF system.

Dated: November 3, 2026

**THE COFFMAN LAW FIRM**

By: /s/ *Richard L. Coffman*

Richard L. Coffman
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Telephone: (713) 528-6700
Email: rcoffman@coffmanlawfirm.com
*Attorney for the Golub Complaint Plaintiffs*