**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: KEURIG GREEN MOUNTAIN SINGLE SERVE COFFEE ANTITRUST LITIGATION | Case No. 1:14-md-02542 (VSB) (SLC)<br>MDL No. 2542<br><br>Hon. Vernon S. Broderick |

**PLAINTIFF BJ'S WHOLESALE CLUB, INC.'S CERTIFICATE OF SERVICE REGARDING SEALED EXHIBIT A TO THE LETTER MOTION REQUESTING LIMITED REDACTIONS TO THE COURT'S OCTOBER 16, 2026 SEALED OPINION AND ORDER**

I hereby certify that the sealed version of Exhibit A (Highlighted Proposed Redactions to the Court's October 16, 2026 Sealed Opinion and Order) to the Letter Motion Requesting Limited Redactions to the Court's October 16, 2026 Sealed Opinion and Order, submitted on behalf of Keurig and BJ's, was served on the parties per the agreed service list on November 16, 2026 via electronic mail, as listed below. The same document was electronically filed under seal on November 16, 2026.

**For Direct Purchaser Plaintiffs:**

Ellen G. Jalkut (EJalkut@robinskaplan.com)

Jonathan Edelman (jedelman@robinskaplan.com)

Julia McGarth (jmcgrath@gelaw.com)

Michael Buchman (mbuchman@saverilawfirm.com)

Robert Eisler (reisler@gelaw.com)

Geoffrey Kozen (gkozen@robinskaplan.com)

**For Plaintiff TreeHouse:**

Aldo Badini (aldo.badini@winstontaylor.com)

Dan Webb (dan.webb@winstontaylor.com)

Susannah Torpey (susannah.torpey@winstontaylor.com)

Diana Hughes Leiden (diana.leiden@winstontaylor.com)

Johanna Hudgens (johanna.hudgens@winstontaylor.com)

Matthew DalSanto (Matthew.Dalsanto@winstontaylor.com)

John Thornburgh (John.Thornburgh@winstontaylor.com)

Lisa Coutu (Lisa.Coutu@winston.taylor.com)

Lauren Duxstad (lauren.duxstad@winstontaylor.com)

Ashley Latham (ashley.latham@winstontaylor.com)

Zach Alexander (zach.alexander@winstontaylor.com)

Sofia Vescovo (sofia.vescovo@winstontaylor.com)

Hector Correa Gaviria (hector.correagaviria@winstontaylor.com)

Rachel Benjamin (rachel.benjamin@winstontaylor.com)

**For Plaintiff JBR, Inc. (D/B/A Rogers Family Company):**

Andrew Greenfeld (andrew@danjohnsonlawgroup.com)

Bill Talbott (bill@danjohnsonlawgroup.com)

Dan Johnson (dan@danjohnsonlawgroup.com)

Mario Moore (mario@danjohnsonlawgroup.com)

Philip Wu (philip@danjohnsonlawgroup.com)

(JBR-Keurig_DJLG_Service@danjohnsonlawgroup.com)

**For Defendant Keurig:**

Alan Freedman (afreedman@cgsh.com)

Dina Rabinovitz (drabinovitz@cgsh.com)

Everett Coraor (ecoraor@cgsh.com)

Gretchen Jankowski (gretchen.jankowski@bipc.com)

Joe Kay (jkay@cgsh.com)

Julia Beggs (jbeggs@cgsh.com)

Larry Malm (lmalm@cgsh.com)

Leah Brannon (lbrannon@cgsh.com)

Mackenzie Baird (mackenzie.baird@bipc.com)

Matt Pilsner (matthew.pilsner@bipc.com)

Rahul Mukhi (rmukhi@cgsh.com)

Wendelynne Newton (wendelynne.newton@bipc.com)

William Van Kirk (william.vankirk@bipc.com)

**For Plaintiff McLane:**

Alex Brown (alex.brown@alston.com)

Doug Cunningham (doug.cunningham@alston.com)

Emily Welch (emily.welch@alston.com)

Parker Miller (parker.miller@alston.com)

Robert Poole (robert.poole@alston.com)

Valarie Williams (valarie.williams@alston.com)

**For Plaintiffs Winn-Dixie/Bi-Lo:**

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff 20230930-DK-Butterfly-1, Inc. (F/K/A Bed Bath & Beyond):**

Daniel A. Sasse (dsasse@crowell.com)

Matthew J. McBurney (mmcburney@crowell.com)

William V. Reiss (wreiss@crowell.com)

**For Plaintiff Dewar Capital LLC:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Lawrence Brandman (lawrence@lsbrandmanpllc.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

**For Plaintiffs Golub Corporation, Fareway Stores, Alex Lee, Marc Glassman, and Brookshire Grocery:**

Eric R. Lifvendahl (eric@liflaw.com)

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

Richard L. Coffman (rcoffman@coffmanlawfirm.com)

**For Plaintiff HBP I, LLC:**

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff Performance Food Group, Core-Mark, Reinhart Foodservice, and Cheney Brothers:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Lawrence Brandman (lawrence@lsbrandmanllc.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

**For Plaintiff Taurus Acquisition Group:**

Justin V. Arborn (jarborn@hsmpa.com)

Luis E. Suarez (lsuarez@hsmpa.com)

Nicholas J. Standish (nstandish@hsmpa.com)

Patrick J. Ahern (patrick.ahern@ahernandassociatespc.com)

**For Plaintiff Target Corporation:**

Abigail Kingsley (AKingsley@Mintz.com)

Kristen J. McAhren (KJMcahren@mintz.com)

Mark A. Singer (MSinger@Mintz.com)

Michael E. Petrella (MPetrella@Mintz.com)

Philip J. Iovieno (PIovieno@Mintz.com)

Sean O'Shea (SOShea@Mintz.com)

Dated: November 16, 2026

Respectfully submitted,


*/s/ Kristen J. McAhren*
Kristen J. McAhren
Philip J. Iovieno
Mark A. Singer
Nicholas A. Gravante, Jr.
Michael E. Petrella
Sean O'Shea
Abigail Kingsley

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Phone: 212-935-3000
KJMcAhren@mintz.com
PIovieno@mintz.com
MSinger@mintz.com
NGravante@mintz.com
MPetrella@mintz.com
SOShea@mintz.com
AKingsley@mintz.com

*Counsel for Plaintiff BJ's Wholesale Club, Inc.*